The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

STATE OF ARIZONA, et al.,

PLAINTIFFS,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

DEFENDANTS.

NO. 2:25-CV-02015-TMC

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

NOTE ON MOTION CALENDAR: DECEMBER 12, 2025

This matter came before the Court on the Motion for Preliminary Injunction by States of Arizona, Washington, Minnesota, District of Columbia, California, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, Jessica Shirley, Chair of the Pennsylvania Energy Development Authority, and the Wisconsin Economic Development Corporation (collectively, Plaintiffs). Having considered Plaintiff's Motion, Defendants' response, Plaintiff's reply, and the arguments of the parties, if any, the Court, for the reasons stated in the accompanying Memorandum and Opinion, hereby ORDERS that Plaintiffs' Motion for Preliminary Injunction is GRANTED.

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

It is further ORDERED that:

1. Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order are enjoined from:

a. Reprogramming, recharacterizing, returning to the general fund of the Treasury, or otherwise making unavailable by any means the funds that were obligated to Plaintiffs for Solar for All on August 6, 2025;

b. Eliminating, reducing or otherwise modifying the 7% recorded obligation that EPA has preserved for each Plaintiff; and

c. Otherwise taking any further steps to implement the Deobligation Directive as to Plaintiffs.

2. The closeout deadlines and requirements set forth in 2 C.F.R. § 200.344 are stayed, and Defendants are enjoined from taking any enforcement action against Plaintiffs pursuant to 2 C.F.R. § 200.339 or 2 C.F.R. § 200.344.

3. Defendants' attorneys shall provide written notice of this Order to all Defendants, their employees, and anyone acting in concert with them within 24 hours of entry of this Order. Defendants shall file a copy of the notice within 24 hours of its dissemination.

4. Defendants shall file a status report with the Court within 48 hours of entry of this Order confirming their compliance with the Court's preliminary injunction.

5. A bond is not necessary under these circumstances and the Court exercises its discretion not to require one.

6. This preliminary injunction remains in effect until further order of this Court.

DATED this _____ day of _________________ 2025.

_________________________________
THE HONORABLE TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Presented by:

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

*s/ C.L. Junine So*
C. L. Junine So, WSBA # 58779
Sarah E. Smith-Levy, WSBA # 55770
Leah Brown, WSBA # 45803
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
leah.brown@atg.wa.gov
*Attorneys for the State of Washington*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 2:25-CV-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744