UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>                Defendants. | NO. 2:25-cv-02015-TMC<br><br>DECLARATION OF MAREN MAHONEY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, MAREN MAHONEY, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Arizona. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with the State of Arizona Governor's Office of Resiliency (Office of Resiliency) staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director at the Office of Resiliency.

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

3.      I have been in this position since February 6, 2023. I received a J.D. from New York Law School in 2005 and am licensed to practice law in the States of New York and Arizona. I also hold a Master's degree in Sustainability from Arizona State University from 2011 and have approximately 15 years of professional experience working in energy policy, regulation, and programming in Arizona and other states.

4.      In my capacity as Director of the Office of Resiliency, I manage a staff of 15, responsible for developing natural resource and infrastructure policy and programs for the Office of the Governor. The Office of Resiliency acts as the State Energy Office for the State of Arizona. We administer several federal grants that were authorized in the Bipartisan Infrastructure Law and the Inflation Reduction Act, including the Solar for All award.

5.      I submit this declaration to provide details on the ways the U.S. Environmental Protection Agency's (EPA) termination of the Solar for All (SFA) program has harmed Arizona.

**The Solar for All Program**

6.      In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate $7 billion to EPA, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

7.      In accordance with Congress's directive, EPA designed and launched the Solar for All Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

other financial assistance to residential rooftop and residential-serving community solar projects, benefiting low-income and disadvantaged communities, in addition to project-deployment technical assistance, such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8. On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**The Office of Resiliency Applied for and Received SFA Funding**

9. On October 11, 2023, the Office of Resiliency submitted an application under the NOFO.

10. In developing its application, the Office of Resiliency consulted with a number of stakeholders, including numerous local governments. Among others, the Office of Resiliency consulted with representatives from the City of Phoenix, the City of Tucson, Mohave County, and the City of Flagstaff; Tribal governments, including the Navajo Nation, Hopi Tribe, Tohono O'odham Tribe, Salt River Pima Maricopa Indian Community, and the Gila River Indian Community; utility representatives from Arizona Public Service, Salt River Project, Tucson Electric Power, the Grand Canyon State Electric Cooperative Association, and the Mohave Electric Cooperative; Arizona State University; solar industry association representatives from the Arizona Solar Energy Industries Association (AriSEIA); non-profit organizations providing services to low-income Arizonans, including Solar United Neighbors (SUN); and community based organizations, including VoteSolar and Grid Alternatives.

11. The Office of Resiliency was awarded $155,720,000 of SFA funding on July 8, 2024. On July 11, 2024, the EPA transmitted an Assistance Agreement to the Office of

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Resiliency. A true and correct copy of the Office of Resiliency's initial Assistance Agreement is attached hereto as **Exhibit 1**.

12. EPA obligated the entire balance of the Office of Resiliency's SFA award on July 11, 2024, the date of the Assistance Agreement. Arizona's $155,720,000 award appeared shortly thereafter in the Office of Resiliency's Automated Standard Application Payments (ASAP) accounts.

### The Office of Resiliency Planned and Designed its SFA Offerings

13. Between the date of its award and December 2024, the Office of Resiliency negotiated its work plan and budget with EPA. On November 24, 2024, the Office of Resiliency submitted its final work plan (Work Plan) and budget documents to EPA. The Work Plan outlined the Office of Resiliency's plan for planning, designing, and implementing an SFA program within Arizona. A true and correct copy of the Office of Resiliency's Work Plan is attached hereto as **Exhibit 2**. During this time, the Office of Resiliency was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan. On December 4, 2024, EPA lifted the funding restriction, providing de facto approval of the Work Plan.

14. The Office of Resiliency's Work Plan proposed deploying 61 megawatts of distributed solar, increasing the State's distributed solar generation from the current 7 megawatts. This would be accomplished using three strategies: 1) low and no-interest loans to homeowners for rooftop solar; 2) developing neighborhood scale solar in low income and Tribal communities and contracting with utility providers to issue monthly utility bill credits; and 3) a solar plus storage resilience pilot for homes that are not connected to the grid (for Tribal and rural communities).

15. Pursuant to its approved Work Plan, the Office of Resiliency elected to take a full Program Planning Period to design and ready for implementation Arizona's SFA program, Solar for All Arizonans.

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

16. Between December 2024 and August 2025, the Office of Resiliency did the following:

    a. Developed EPA required documents, including Title VI compliance documents, a Quality Management Plan (QMP), and a Quality Assurance Project Plan (QAPP), in consultation with the Arizona Department of Environmental Quality. The development of these documents required around 120 hours of combined staff working hours. The QMP and QAPP documents were submitted to the EPA on Friday, May 30, 2025.

    b. Began drafting a formal risk management strategy for the Solar for All Arizonans as a whole, including incorporating existing policies and procedures for preventing, identifying, and mitigating potential conflicts of interest (COI) and waste, fraud, and abuse. It is estimated that at least 45 hours of combined staff time were required for this task.

    c. Began a hiring process to onboard necessary staff to administer Solar for All Arizonans. This activity included developing six job descriptions, posting of these job descriptions on the State of Arizona Job Posting website, reviewing an estimated 250 applications, completing preliminary and secondary interviews, and hiring and onboarding the Solar Access and Resilience Program Manager. It is estimated that at least 200 hours of combined staff time were required for this task.

    d. Launched the Solar For All Arizonans Advisory Council to provide input on various aspects of the Solar for All Arizonans program design to ensure the program meets community needs. The Office of Resiliency staff spent nine weeks developing the Advisory Council, which is composed of public, private, and Tribal entities from several different regions across Arizona. The Advisory Council met on July 9, 2025, to discuss program

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

goals, strategies, outcomes, timeline, and program outreach. The Council discussed roles and responsibilities and gave input on community outreach strategy.

e. Began developing the Consumer Protection Guide to serve as a comprehensive resource for Solar for All Arizonans participants to understand and engage with the solar energy market. Its primary objectives were to provide essential information, facilitate informed decision-making, and safeguard the interests of all participants. The Guide was to be distributed to the Advisory Council for discussion during its August 13, 2025, meeting. The Office of Resiliency staff has already expended at least 110 hours developing the Guide.

f. Engaged with the Arizona Governor's Office on Tribal Relations to design and plan a Tribal Solar Strategy Working Group, intended to identify ways to ensure Solar for All Arizonans benefits and programming were available and accessible to Tribal community members. The first meeting of this Tribal Solar Strategy Working Group was scheduled for September 3, 2025, with an official Tribal consultation tentatively scheduled for October 14, 2025. Tribal consultation is a two-way, government-to-government exchange of information and dialogue between official representatives of the State and Tribal Nations regarding state agency actions or policies before the state agency makes decisions on those actions or policies. The process requires that a state agency provide sufficient advance notice to appropriate Tribal Leaders of upcoming consultation sessions and, following the consultation sessions, explains to those Tribal Leaders how the final agency decision incorporates Tribal input.

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

g. Developed grant-impact informational documents and related materials for public dissemination. These documents and associated information were posted to the Office of Resiliency website and shared with interested and related organizations during monthly community meetings. It is estimated that these projects required, at a minimum, 50 hours of cumulative staff time to draft, update, and maintain these documents and information.

17. The Office of Resiliency also used the Program Planning Period to further develop the three strategies outlined in its application and discussed above. For example, the Office of Resiliency did the following:

a. Drafted and compiled all required documents for a competitive request for grant application (RFGA), previously scheduled to be made available to eligible applicants on August 7, 2025. This RFGA was developed in line with State grant-making statutes and policies, and it was designed to solicit applications to implement the neighborhood solar program across Arizona. Completing this task required at least 160 hours of combined staff time.

b. Drafted a request for information (RFI) to gather information on, and likely terms of, financial products for residential solar systems for households with low-income (less than 80% area median income) participating in the Solar for All Arizonans program. Completing this task required at least an estimated 25 hours of combined staff time.

c. Began drafting a QAPP household savings appendix to demonstrate household savings calculation methodology, the data elements that Solar for All staff would be collecting for that calculation, and data collection methods. Intended to submit the appendix to EPA by the end of August

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

2025. Preliminary calculations indicate that household savings under the program would have been at least 20% for each participating Arizona household. This is based on the average electricity expenditures from prior electricity bills or from average electricity expenditures across program participants. It is estimated that this task has taken at least 20 hours of staff time.

d. Developed a framework for the residential rooftop solar and solar plus storage programs, from marketing and outreach to project completion. Established standard criteria for contracted vendors to set up financing mechanisms, support a contractor network, and contract with community advocacy organizations to engage Arizonans to participate in the program. Completing this task required at least 60 hours of combined staff time.

e. Began the procurement process, established scope of work, and contracted for grant writing technical assistance workshops to be held monthly during the fall of 2025. Completing this task required at least 30 hours of combined staff time.

18. The Office of Resiliency has been actively working on designing and preparing to launch its SFA programming throughout 2025 and anticipated it would launch Solar for All Arizonans in early 2026.

**EPA Eliminated the Solar For All Program and Terminated Arizona's SFA Award**

19. On August 7, 2025, I became aware that EPA had decided to terminated the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[1]

---

[1] Lee Zeldin (@epaleezeldin), X (Aug. 7, 2025, 11:07 AM), https://x.com/epaleezeldin/status/1953518426602803684.

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

>  **Lee Zeldin** ⬥ ●
> @epaleezeldin
>
> The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".
>
> In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!
>
> The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.
>
> Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

20. Later that same day, the Office of Resiliency received a letter from EPA terminating Arizona's SFA award. A true and correct copy of the letter is attached hereto as **Exhibit 3**.

21. The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program.

22. Prior to the termination notice, the Office of Resiliency's ASAP account contained $155,678,188.41 of Arizona's SFA award. On August 8, 2025, however, I learned that EPA had suspended Arizona's ASAP account for the SFA program.

23. Sometime prior to August 18, 2025, EPA changed the Office of Resiliency's ASAP account status again. During this time period, EPA changed the account status indicator

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

to "Liquidated"; changed the performance period end dates from April 30, 2029, and August 30, 2029, to August 15, 2025, and December 8, 2025, respectively; and reduced the Available Balance from $155,678,188.41 to $10,891,908.14.

24. To date, EPA has not provided the Office of Resiliency with any explanation regarding the changes made to the Office of Resiliency's ASAP account.

25. On August 28, 2025, pursuant to the Assistance Amendment, the Office of Resiliency submitted a Notice of Disagreement to EPA's Award Official, Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 4**.

26. On September 5, 2025, pursuant to the Termination Letter, the Office of Resiliency submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 5**.

27. On September 22, 2025, the Office of Resiliency received an email acknowledging receipt of the Notice of Disagreement and Dispute of Termination from EPA Grants and Management Business Operations Division Acting Director Phillip Schindel. The email also stated that a decision regarding the dispute will be issued by February 24, 2026. A true and correct copy of this email is attached hereto as **Exhibit 6**.

28. On October 1, 2025, the Office of Resiliency received an email containing instructions on how it was to close out its SFA grant. A true and correct copy of this email is attached hereto as **Exhibit 7**.

29. On October 23, 2025, the Office of Resiliency received a letter from EPA stating that it had determined that the Office of Resiliency's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 8**.

30. On November 7, 2025, the Office of Resiliency responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that the Office of Resiliency begin closing out its grant. A true and correct copy of the Office of Resiliency's letter is attached hereto as **Exhibit 9**.

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**Termination of the Solar for All Program Has and Will Harm Arizona and Its Residents**

**A. The Loss of the Solar for All Program Has and Will Cause Harm**

31. Between the various programs it intended to offer using the funding EPA awarded pursuant to the SFA program, the Office of Resiliency expected to serve approximately 11,232 low-income households, reducing electrical bills by approximately $165 million in the aggregate. With the loss of the previously obligated funds, the Office of Resiliency will no longer be able to offer low and no-interest loans to single family households, grants to utility/nonprofit or municipality partnerships to develop neighborhood scale solar projects in low income and Tribal communities, and to distribute resulting savings via monthly utility bill credits and grants for distributed solar plus storage to Tribal and rural homes that lack electricity access.

32. In addition, the Office of Resiliency expected Solar for All Arizonans to create thousands of new green jobs in Arizona's solar industry. This compounds the harm already caused to the solar industry by the Trump Administration's early end of federal tax credits for distributed solar.

33. Solar For All Arizonans was set to invest $33 million in green mortgages to integrate rooftop solar into the purchase of a new home, easing financial assistance and combining programs to simultaneously address energy burdens. The loss of this funding continues to exacerbate energy burdens across Arizona.

34. The financial strategies included in Solar For All Arizonans would invest $16.7 million to drive market-making, public and private capital mobilization, and long-term capacity building for capital providers through a low interest loan fund. This would also include a technical assistance program for community development financial institutions (CDFIs) and nonprofit lenders. This revolving loan fund would continue supporting energy stability and resilience beyond the initial Solar For All investment–with the potential to impact several future

DECLARATION OF MAREN MAHONEY  
IN SUPPORT OF MOTION FOR  
PRELIMINARY INJUNCTION  
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON  
Environmental Protection Division  
800 Fifth Avenue STE 2000  
Seattle, WA 98104  
(206) 464-7744

generations of Arizonans. Without this program, for many Arizonans, energy will continue to remain unattainable, unstable, and at best unaffordable.

### B. The Loss of the $156 Million Award to the Office of Resiliency Has and Will Cause Harm

35. The loss of SFA also represents multiple other harms, including the additional challenge to Arizona's ability to meet the projected 40% increase in load growth demand in the coming years, leading to a less reliable, resilient grid and higher electricity bills for households and businesses. It also will make it more difficult for Arizona's utilities to reach their voluntary carbon-neutrality goals by 2050.

36. The unexpected, premature end of the SFA program also harms the Office of Resiliency as an employer. The Office of Resiliency used SFA funding to hire a Solar Access and Resilience Program Manager and was in the process of interviewing candidates to hire five additional staff. Now that the SFA program has been terminated, the Office of Resiliency will have to identify an additional funding source to continue employing the staff member who had been recently hired for his expertise in distributed solar and specifically to develop Solar for All Arizonans. The Office of Resiliency does not receive substantial funds from the State's general fund, meaning funding and staff time allocations must be rerouted from other grant programs not related to solar energy.

37. The loss of SFA funding has caused the loss of necessary technical assistance that would have provided critical insights into how to maximize household savings for low and moderate-income households taking advantage of distributed solar opportunities. This information is critical to households facing rising electric bills, particularly through Arizona's long, hot summers.

38. Moreover, to the best of my knowledge, the loss of Arizona's SFA award eliminates the only statewide low-income solar low-interest/grant program, preventing

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

prospective families from benefiting from reduced energy bills and improved self-reliance and energy independence.

39. The loss of the Solar for All Arizonans program will also result in a loss of improved air quality and increased health benefits for Arizonans across the State. With Solar For All, Arizona would have experienced a reduction of 316,000 lbs of particulate matter 2.5 (PM 2.5), 1.8 million lbs of nitric oxide (NOx), and 939,000 lbs of sulfur dioxide (SO2). The program was also expected to avoid 2.4 million tons of carbon dioxide (CO2) emissions, representing an average drop of 42% in annual emissions avoided per participating household. Improved air quality has been tied to reduced cases of childhood asthma and increased employee productivity.

40. The Office of Resiliency collaborated with multiple Tribal governments to develop the proposal SFA programming. Based on these engagements, and as informed by community best practice, certain funds from each of the aforementioned strategies were prioritized to benefit Tribal communities. It is estimated that 15,000 Tribal households in Arizona lack any access to electricity, and many Tribal communities that do have electricity access often experience outages due to aging infrastructure and lack of investment in these areas. Stripping SFA funding from the Office of Resiliency prohibits these funds from being able to benefit Tribal communities and undermines the work done to improve the relationship between the State and Tribal governments and communities. Terminating this program–especially for Tribal members without electricity–exacerbates economic and educational disparities, prevents homes from accessing running water, and aggravates negative health consequences associated with surviving Arizona summers without any relief from the heat from an already-vulnerable population.

41. Separately, the Hopi Tribe, located in northern Arizona, was awarded $25 million from the EPA's Solar for All program. The Tribe planned to electrify 600 homes on the Tribe's

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

reservation with distributed solar plus battery storage systems with the award. Thus, with the loss of the Solar for All award, Arizona and its residents lost the capacity to electrify hundreds of residences through collaborative efforts between the Office of Resiliency and the Hopi Utility Corporation.

42. Moreover, the Office of Resiliency acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. At minimum, the Office of Resiliency expended approximately 820 employee hours on SFA programming. In doing so, the Office of Resiliency had to forgo other funding opportunities and other program and policy development opportunities. There is no way to recover this lost time or effort.

43. The Office of Resiliency cannot launch Solar for All Arizonans without the administrative support and funding provided by EPA's Solar for All program. The vast majority of the state budget supports statutorily required, ongoing expenditures, and the federal cuts from H.R. 1 to essential government services, such as public safety and Medicaid, present new, significant impacts to the State's fiscal future. The State is also statutorily constrained in its ability to raise additional revenue.

44. The SFA program allowed the Office of Resiliency to work closely with EPA in developing its Work Plan. EPA provided crucial programmatic support to the Office of Resiliency. That ongoing collaboration and programmatic support had value to the Office of Resiliency, including data analysis to maximize participant benefits, and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

### Conclusion

45. EPA's decision to terminate the entire Solar for All program has caused and will continue to cause irreparable harm to Arizona and its residents.

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this _7_th day of November, 2025, in Phoenix, Arizona.

*Maren Mahoney*
Director
Governor's Office of Resiliency
Executive Office of the State of Arizona

DECLARATION OF MAREN MAHONEY
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744