# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al., <br><br>                      Plaintiffs, <br><br>  v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br>                      Defendants. | NO. 2:25-cv-02015-TMC <br><br> DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, Dominique Gomez, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am a resident of the State of Colorado. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with Colorado Energy Office ("CEO") staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

    2.    I am the Deputy Director at CEO.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

3. I received a Bachelor of Arts degree from Yale University, a Masters of Public Policy from the Kennedy School of Government at Harvard University, and a Masters of Business Administration from the Stanford Graduate School of Business.

4. Prior to my work at CEO, I was employed by the State of New Mexico, and Cascadia Consulting Group of Seattle, Washington. I also served as the Chief Operating Officer of WaterSmart Software in San Francisco, California, and Program Director at the Salazar Center for North American Conservation at Colorado State University.

5. As Deputy Director of the Colorado Energy Office, I oversee CEO's staff, as well as our state- and federally-funded programs, and the creation and implementation of an annual budget. I ensure that our federally-funded programs are compliant with all reporting and other requirements. Our programs include a number of federally-funded awards, including several from the Department of Energy as well as the Environmental Protection Agency ("EPA").

6. As Deputy Director, I support CEO in meeting its statutory mission to:

   a. Support Colorado's transition to a more equitable, low-carbon, and clean energy economy and promote resources that reduce air pollution and greenhouse gas [("GHG")] emissions, including pollution and emissions from electricity generation, buildings, industry, agriculture, and transportation;
   b. Promote economic development and high quality jobs in Colorado through advancing clean energy, transportation electrification, and other technologies that reduce air pollution and [GHG] emissions, including helping to finance those investments;
   c. Promote energy efficiency;
   d. Promote an equitable transition toward zero emission buildings;
   e. Promote an equitable transition to transportation electrification, zero emission vehicles, transportation systems, and land use patterns that reduce energy use and [GHG] emissions;
   f. Increase energy security;

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

   g. Support lower long-term consumer costs and support reduced energy cost burden for lower-income Coloradans; and
   h. Protect the environment and public health.[1]

7. In my capacity as Deputy Director of CEO, I am responsible for overseeing CEO's implementation of the Solar for All ("SFA") program and ensuring the program is compliant with all reporting and other requirements.

8. I submit this declaration to provide details on the ways in which the Environmental Protection Agency's termination of the SFA Program has harmed CEO and Colorado.

**The Solar for All Program**

9. In 2022, President Biden signed the Inflation Reduction Act. Pub. Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Pub. Law 1No. 17-169, Sec. 60103, 136 Stat. 2065-66 (2022) (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

10. In accordance with Congress's directive, EPA designed and launched the SFA Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets

---

[1] Colo. Rev. Stat. § 24-38.5-101.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects that benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

11. On June 28, 2023, EPA published its Notice of Funding Opportunity ("NOFO"), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to states, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Colorado Applied for and Received SFA Funding**

12. On October 11, 2023, CEO submitted an application under the NOFO.

13. In developing its application, CEO consulted with a number of stakeholders, including non-profits, solar developers, trade associations, local governments, tribal entities, financial institutions and other State agencies.

14. CEO was awarded a total of $156,120,000.00 of SFA funding on April 22, 2024, of which $400,000 was provided as in-kind assistance from EPA.[2] On July 9, 2024, EPA

---

[2] EPA awarded Colorado $400,000 in in-kind EPA assistance to cover things like convenings and peer networking, market data collection, research and analysis, tool building, and education and outreach, to assist Recipients in achieving the objectives of the Solar for All program. The in-kind contribution is part of Colorado's award amount, but it was not included in Colorado's Automated Standard Application Payments Authorization Amount.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

transmitted an Assistance Agreement to CEO. A true and correct copy of CEO's Assistance Agreement is attached hereto as **Exhibit 1**.

15. EPA obligated the entire $156,120,000.00 balance of CEO's SFA award on July 9, 2024, the date of the Assistance Agreement, and cash funds totaling $155,720,000.00 (the total award minus $400,000 of EPA's in-kind assistance) were certified on July 10, 2024, and applied on September 3, 2024, with an effective date of September 1, 2024. CEO's $155,720,000.00 award appeared shortly thereafter in CEO's Automated Standard Application Payments ("ASAP") accounts.

### Colorado Plans and Designs its SFA Offerings

16. Between the date of its award and December 2024, CEO negotiated its work plan and budget with EPA. EPA approved CEO's initial Work Plan on December 4, 2024, and the 2% funding restriction was lifted. On January 16, 2025, CEO submitted its final Work Plan to EPA to proceed out the planning period phase. The Work Plan outlined CEO's plan for planning, designing, and implementing an SFA Program within Colorado. A true and correct copy of CEO's Work Plan is attached hereto as **Exhibit 2.** EPA approved the attached revised and final Workplan on January 18, 2025.

17. CEO's Work Plan proposed to deliver the benefits of renewable electric generation to more than 20,000 low-income households through a combination of single-family rooftop solar, affordable multifamily rooftop solar, and community solar projects. The Work Plan complemented the robust solar market in Colorado by enabling the State to increase the number of low-income households that can take advantage of distributed solar investments and provide access to affordable, resilient, and clean solar energy as well as the related benefits

DECLARATION OF DOMINIQUE
GOMEZ IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

of lower utility bills, improved public health through reduced pollution from power generation, and creation of wealth and jobs for local communities. These efforts are critical to achieving the Governor's objective of 100% carbon-free electricity for Colorado by 2040 and the legislature's GHG emissions reductions goals while protecting Colorado consumers from the high and unpredictable costs of electric generation from natural gas and other fossil fuels, consistent with CEO's statutory mission.

18. Pursuant to its approved Work Plan, CEO continued with its proposed activities to design and prepare for implementation of its SFA program.

19. During this year, CEO:

a. Hired eight staff members including a Director, Associate Director, Communications and Engagement Specialists, Workforce Development Specialist, two (2) Solar Program Managers, Data Analyst and a Quality Assurance Manager;

b. Developed a new Quality Management Program to ensure the integrity of environmental data used in its activities. This was achieved through drafting and obtaining EPA approval of two key documents: (1) A Quality Management Plan, which outlines the overall quality system and management controls, and (2) a Quality Assurance Project Plan, which details how CEO will plan, implement, and assess specific environmental data activities;

c. Drafted a Workforce Development Plan which outlines a comprehensive framework to assess and implement workforce strategies in the solar sector. The Work

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Plan allocated $11.5 million to develop solar jobs in Colorado, including programs for targeted job training and business development support;[3]

    d.    Established the foundational infrastructure for the program, including setting up a dedicated website, creating a program-specific email, and designing a new Colorado Solar for All ("COS4A") logo to represent the team's identity. Managed the creation and distribution of quarterly newsletters, ensuring consistent communication with stakeholders by providing updates, program developments, and key opportunities; and

    e.    Selected members for the advisory council to facilitate ongoing stakeholder feedback, with an official launch this summer. This council was set to play a crucial role in guiding the program and offering strategic insights for future growth and impact.

20.    CEO also continued to further develop three of the six programs outlined in its application. For example, CEO:

    a.    Hired a consultant to refine the financial strategy for deploying $55 million in low-cost loans aimed at supporting solar installations for single-family and multifamily housing. This effort led to the creation of a Request for Application ("RFA") to identify experienced, mission-aligned financial institutions capable of originating, underwriting, deploying, and efficiently managing capital for solar projects serving income-qualified (low- and moderate-income) households across Colorado.

---

[3] CEO, Colorado Solar For All: Workforce Development Plan, 4 (June 2025), https://drive.google.com/file/d/1Belc5W0B2-3LHY-mQBUb7dVIK7WWafLu/view.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

The loan and lease products developed through this initiative will be issued to third-party ownership entities, such as solar developers and owners of income-restricted multifamily housing, ensuring the effective integration of solar energy in these communities;

  b. Drafted an RFA to select experienced, mission-aligned public or nonprofit weatherization providers to administer and install single-family rooftop solar systems for low-income households as part of the COS4A program. A total of $18.7 million will support the Single Family 100% Subsidy Program, which aims to install rooftop solar systems on approximately 976 low-income homes across Colorado's 64 counties, grouped into 9 regions; and

  c. Drafted an RFA to provide training and upskilling for new entrants and existing workers in the solar industry. COS4A will fund eligible entities to support, expand, or create training programs that build technical skills, expand apprenticeship opportunities, strengthen leadership and soft skills, and integrate solar content into existing education pathways. A total of $11.5 million will support the Solar Workforce initiatives.

21. CEO has been actively working on designing and preparing to launch its SFA programming throughout 2025, and launched Colorado's first SFA program in September 2025 with two additional offerings expected to launch in late 2025. CEO has since had to cancel those offerings.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**EPA Eliminates the Solar For All Program and Terminates Colorado's SFA Grant**

22. On August 7, 2025, I became aware that EPA had decided to terminate the SFA Program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[4]



The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".

In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!

The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.

Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

23. Later on that same day, CEO received a letter from EPA terminating CEO's SFA grant. A true and correct copy of the letter is attached hereto as **Exhibit 3**.

24. The letter stated that the One Big Beautiful Bill Act ("OBBBA") had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and the agency "no

---

[4] Lee Zeldin (@epaleezeldin), X (Aug. 7, 2025, 11:07 AM), https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program. Exh. 3 at 1.

25. Prior to the termination notice, on August 6, 2025, CEO's ASAP account available balance was $155,429,817.43, which represents the cumulative authorized amount of the EPA Award $155,720,000 minus funds drawn down by CEO for authorized work prior to that date. On August 11, 2025, however, I learned that EPA had suspended CEO's ASAP account for the SFA Program.

26. Sometime prior to, or on, August 11, 2025, EPA changed CEO's ASAP account status again. This time, EPA changed the account status indicator to "Liquidated," changed the performance period end dates from August 31, 2029 to August 7, 2025, and reduced the available balance from $155,429,817.43 to $11,170,269.80.

27. To date, EPA has not provided CEO with any explanation regarding the changes made to CEO's ASAP account.

28. On August 25, 2025, pursuant to the Assistance Amendment, Colorado submitted a Notice of Disagreement to EPA's Award Official, Phillip Schindel. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 4**.

29. On September 5, 2025, pursuant to the Termination Letter, Colorado submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 5**.

30. On October 1, 2025, CEO received an email containing instructions on how CEO was to closeout their SFA grant. This email did not acknowledge CEO's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 6**.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

31. On October 28, 2025 CEO received a letter from EPA stating that it had determined that CEO's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 7**.

32. On November 4, 2025 CEO responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that CEO begin closing out their grants. A true and correct copy of CEO's letter is attached hereto as **Exhibit 8**.

### Termination of the Solar For All Program Has and Will Harm Colorado and Its Residents

33. The loss of the SFA Program will harm Colorado and its residents.

34. Between the various programs CEO intended to offer using the funding EPA awarded pursuant to the SFA program, CEO was expecting to serve 20,000 low-income households, reducing electrical bills by 30%-100%. With the loss of the previously obligated funds, CEO will no longer be able to offer no-cost solar installations for low-income households, or the electrical upgrades or roof repairs needed to enable that solar energy. Additionally, CEO will no longer be able to provide low-cost loans for single and multifamily housing, subsidies for community solar, critical storage or support for solar workforce development.

35. In addition, CEO's SFA Program was expected to create at least 1,000 new green jobs in Colorado's solar industry. Loss of these jobs compounds the harm already caused to the solar industry by the early end of federal tax credits for distributed solar. Solar makes up

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

the largest portion of electric power generation jobs in Colorado,[5] and the State is the 12th fastest growing clean energy jobs market in the country.[6]

36. The premature end of the SFA Program also harms CEO as an employer. CEO used SFA funding to hire eight staff members. Additionally, three large solicitations to deploy funds were about to be published: $18.7 million for single family rooftop systems, $55 million in loan products to support single and multifamily properties, and $11.5 million in workforce development grants. Now that the SFA Program has been terminated, CEO will have to lay off staff dedicated to the program, and will be unable to move forward on its commitments to fund solar deployments and workforce development. It is very unlikely CEO will be able to secure funding from the State to make up for the loss of SFA funding. Even before EPA's efforts to terminate the SFA program, Colorado was already struggling with the impacts of OBBBA on its budget. Earlier this month, Colorado Governor Jared Polis called a special session to address the State budget shortfall caused by OBBBA.[7] Governor Polis also established a State hiring freeze through the end of 2025 to further stabilize the budget.[8]

37. The loss of SFA funding will limit CEO's ability to access additional utility dollars for solar programs to benefit low-income Coloradans. In a proceeding before Colorado's Public Utilities Commission, Public Service Company of Colorado proposes to

---

[5] U.S. Department of Energy, Office of Energy Jobs, USEER 2023: Colorado, 2023, https://www.energy.gov/sites/default/files/2023-06/USEER23-CO-v2.pdf; *see also* C CEO, Colorado Solar For All: Workforce Development Plan, 3 (June 2025), https://drive.google.com/file/d/1Belc5W0B2-3LHY-mQBUb7dVIK7WWafLu/view.

[6] E2, Clean Jobs America 2024, 22 (Sept. 2024), https://cleanjobsamerica.e2.org/wp-content/uploads/2024/09/E2-2024-Clean-Jobs-America-Report_September-17-2024.pdf.

[7] Jared Polis, *Governor Polis Calls Special Session to Address Budget Hole Created by Federal Bill* (Aug 6, 2025), https://governorsoffice.colorado.gov/governor/news/governor-polis-calls-special-session-address-budget-hole-created-federal-bill.

[8] *Id.*

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

allocate approximately $3 million in its budget to CEO for its Solar Rewards On-site program for Income-Qualified customers.[9] CEO had planned to administer that funding through the staff and program infrastructure built for SFA. If the SFA funding is lost, CEO will not be able to administer the utility-funded program as currently proposed, which will further harm low-income Coloradans.

38. More generally, loss of SFA funding and the loss of federal support for solar energy generally will harm Colorado and its residents and will interfere with Colorado's ability to achieve important policy goals related to reducing climate pollution and transitioning to a clean energy economy.

39. In 2019, the Colorado legislature officially recognized that Colorado is experiencing harmful climate impacts as a result of GHG emissions, and therefore set statewide GHG reduction goals of at least a 26% reduction in statewide GHG emissions by 2025, 50% reduction in GHG emissions by 2030, and 90% reduction in GHG emissions by 2050 relative to a 2005 baseline.[10] In 2023, Colorado's General Assembly updated the economy-wide emissions reduction targets to a 65% reduction by 2035, 75% reduction by 2040, 90% by 2045 and net zero statewide GHG pollution by 2050.[11]

---

[9] Colorado Public Utilities Commission, Proceeding No. 25A-0194E, Hrg. Ex. 102, Answer Testimony of Deborah E. Erwin, 7, Table DEE-D-1: Proposed Budget in 2026-27 RE Plan (May 12, 2025), https://www.dora.state.co.us/pls/efi/efi_p2_v2_demo.show_document?p_dms_document_id=1041348&p_session_id=.
[10] Colo. Rev. Stat. § 25-7-102(2)(g) (2019); see also Colo. Rev. Stat. § 25-7-103(22.5) (defining "statewide greenhouse gas pollution").
[11] Colo. Rev. Stat. § 25-7-102(2)(g)(I)(C)-(E) (2023) (additional targets for 2035, 2040, and 2045); Colo. Rev. Stat. § 25-7-102(2)(g)(I)(F) (2023) (increasing the target for 2050 from 90% reduction in statewide GHGs to 100% reduction).

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

40. To meet these goals, Colorado has taken significant steps to reduce GHG pollution from many sectors, including the electric generation sector, and the State is working with utilities to transition away from the use of coal and toward the use of clean energy resources. For example, Colorado requires investor-owned retail electric utilities and wholesale electric generation and transmission cooperatives to submit to the Colorado Public Utilities Commission an application for approval of an electric resource plan demonstrating how the utility will meet the energy policy goals of the State.[12] Colorado's efforts to encourage utilities to use clean energy resources will be hampered by this loss of SFA funding which would support the adoption of significant rooftop and community solar.

41. Additionally, CEO, in conjunction with other State agencies, developed a GHG Pollution Reduction Roadmap ("Roadmap") that was released in 2021. The Roadmap assessed the ways Colorado could satisfy the legislative intent of the General Assembly to achieve its emission targets and established a sector-based approach to combating pollution.[13] The Roadmap requires "two key transformations in the electricity sector: (1) a need to serve increasing electricity demands due to population growth and electrification of fossil devices, and (2) a need to significantly reduce emissions from coal and natural gas generation by developing new renewable resources."[14] Colorado requires "significant" development of solar energy to follow the Roadmap.[15]

---

[12] Colo. Rev. Stat § 40-2-134; 4 Colo. Code Regs. § 723-3603(a).
[13] Governor Jared Polis, Colorado Greenhouse Gas Pollution Reduction Roadmap (Jan. 14, 2021), https://drive.google.com/file/d/1jzLvFcrDryhhs9ZkT_UXkQM_0LiiYZfq/view.
[14] Id. at 117.
[15] Id.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

42. In 2024, Colorado released a report which examined meeting statewide energy needs through 2040 in a report titled Pathways to Deep Decarbonization in Colorado's Electric Sector by 2040 ("Pathways to Deep Decarbonization Report").[16] The Pathways to Deep Decarbonization Report concluded that "the most efficient pathway to near zero emissions relies on wind, solar and storage for most energy."[17] It also stated that "modeling shows that under all scenarios wind and solar will provide most of the electricity to power the future grid because they will continue to be the lowest marginal cost resource in utility procurement."[18] The loss of the SFA funding will undermine Colorado's efforts to reach its statutory emission reduction targets, and limit the State's ability to use one of the most cost-effective energy technologies available.

43. It is also imperative that Colorado continues this transition to clean energy because the State suffers from severe ozone pollution, which is exacerbated by climate change. The Front Range is particularly impacted, with ozone action day alerts being issued on 65 days in 2021, which was the highest number at that time since record-keeping began in 2011.[19] The delay of further solar development in the State through SFA funding will hinder this transition.

44. Moreover, CEO acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. CEO expended more than 7,200 employee hours on SFA programming starting in August 2024. In addition, CEO has engaged dozens of stakeholders

---

[16] Colorado Energy Office, Pathways to Deep Decarbonization in Colorado's Electric Sector by 2040, https://drive.google.com/file/d/1-0bU7_rDCgpNfI859zryE1BtLe2Ecgti/view.
[17] *Id.* at 5.
[18] *Id.* at 26.
[19] Rocky Mountain PBS, *Colorado's efforts are not enough to solve its ozone problem* (July 14, 2022), https://www.rmpbs.org/blogs/news/colorado-ozone-pollution-legislation/.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

across the State to help plan and build support for the program. These stakeholders provided their time, expertise, and input with the expectation that their work would benefit Colorado communities by supporting the deployment of a successful statewide low income focused solar and workforce development program. There is no way to recover this lost time or effort.

45. CEO cannot launch its own SFA Program without the administrative support and funding provided by EPA's SFA program. CEO simply cannot backfill with State funds to keep its SFA offerings available given existing State budget shortfalls.

46. The SFA program also allowed CEO to work closely with EPA in developing and implementing its work plan. EPA provided crucial programmatic support to CEO, including technical assistance in developing and administering the program through guidance documents and templates, webinars and toolkits, best practices from other awardees and support in meeting program goals and compliance. That ongoing collaboration and programmatic support had value to CEO and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

**Conclusion**

47. EPA's decision to terminate the entire SFA program has caused and will continue to cause irreparable harm to Colorado and its residents.

DECLARATION OF DOMINIQUE GOMEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

16

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November, 2025, at Denver, Colorado.

*Dominique A. Gomez*

_____
Dominique Gomez
Deputy Director
Colorado Energy Office

DECLARATION OF DOMINIQUE
GOMEZ IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

17

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744