# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> Defendants. | NO. 2:25-cv-02015-TMC <br><br> DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, Katherine S. Dykes, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Connecticut. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with agency staff, or from my review of relevant documents and information. If called as a witness, I would testify competently to the matters set forth below.

2. I am the Commissioner of the State of Connecticut Department of Energy and Environmental Protection (DEEP).

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

3. I was appointed Commissioner of DEEP by Connecticut Governor Ned Lamont and confirmed by the Connecticut General Assembly on February 20, 2019. Prior to becoming Commissioner, I served DEEP as Deputy Commissioner for Energy (2012-2016) and as Chair of the Connecticut Public Utilities Regulatory Authority (2016-2019). I hold a bachelor's degree in history and environmental studies from Yale University, a master's degree in history, also from Yale, and a juris doctor from Yale Law School.

4. In my capacity as Commissioner of DEEP, I am responsible for overseeing the agency's energy and environmental protection work, including our efforts to combat climate change, reduce pollution, reduce costs for consumers, advance environmental justice, and promote reliable, affordable, and renewable energy, including via the Solar for All (SFA) program.

5. I submit this declaration to provide details on the ways in which the Environmental Protection Agency's (EPA) termination of the Solar for All (SFA) program has harmed Connecticut.

**The Solar for All Program**

6. In 2022, President Biden signed the Inflation Reduction Act, Public Law No. 117-169. Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting projects in communities across the country to reduce greenhouse gas and air pollution.

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

7. In accordance with Congress's directive, EPA designed and launched the SFA program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8. On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**DEEP Applied for and Received SFA Funding**

9. On October 12, 2023, DEEP submitted an application under the NOFO.

10. In developing its application, DEEP consulted with a number of stakeholders, including the Connecticut Green Bank, Connecticut Housing Finance Authority, Connecticut Public Utilities Regulatory Authority, Connecticut Department of Housing, and the Connecticut Department of Economic and Community Development, as well as receiving public comments.

11. DEEP was awarded $62.45 million of SFA funding on April 22, 2024, $400,000 of which was in-kind technical assistance from EPA. On July 12, 2024, EPA transmitted an Assistance Agreement to DEEP, attached as Exhibit 1. DEEP received an amended Assistance

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1  Agreement from EPA on December 12, 2024, attached as Exhibit 2, with updated terms and conditions, but the award amount was unchanged.

12. EPA obligated the entire balance of DEEP's SFA award as of the date of the Assistance Agreement. Connecticut's $62.05 million award (i.e., minus the technical assistance amount) appeared shortly thereafter in DEEP's Automated Standard Application Payments (ASAP) account.

**DEEP Planned and Designed its SFA Offerings and Began Implementation**

13. Between the date of its award and December 2024, DEEP negotiated its work plan and budget with EPA. On December 27, 2024, DEEP submitted its final Work Plan to EPA, which EPA approved on January 15, 2025. The Work Plan set forth DEEP's plan for implementing an SFA program within Connecticut. A true and correct copy of DEEP's Work Plan is attached as Exhibit 3. During this time, DEEP was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan.

14. DEEP's Work Plan proposed to increase access to solar and energy storage technologies for low-income and disadvantaged communities in Connecticut, as defined by EPA, with a focus on multifamily affordable housing. DEEP expected to serve 7,400 households, deploy 27 megawatts (MW) of new solar capacity, and deploy 6.5 megawatt-hours (MWh) of new energy storage capacity, while avoiding 14,702 short tons of carbon dioxide emissions annually and saving participating customers $76,220,000.00. EPA approved DEEP's work plan on January 15, 2025, and the funding restriction was lifted.

15. To accomplish those goals, DEEP planned to provide direct financial assistance, in partnership with its named subgrantees, the Connecticut Green Bank and Connecticut Housing Finance Authority, by:

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

- providing increased incentives for residential energy storage installed with solar,
- providing a new loan or lease program for single-family households to adopt solar, energy storage, and enabling upgrades,
- creating a revolving loan fund for multifamily affordable housing owners to access solar, energy storage, and enabling upgrades,
- creating a lease option for multifamily affordable housing owners to access solar, energy storage, and enabling upgrades, and
- providing additional solar financing for single-family and/or multifamily affordable housing projects based on identified market gaps through the Green Bank's existing Capital Solutions program.

DEEP also planned to provide technical assistance, including workforce development technical assistance, community outreach and engagement technical assistance, tools and technical support for communities, and building audits for solar and energy storage.

16. DEEP has been actively working on designing and preparing to launch its SFA programming throughout 2025 and anticipated that it would launch Connecticut's SFA programming in August 2025. DEEP experienced some delays in the beginning of the implementation period when SFA funds were suspended in ASAP from January 30, 2025 to February 19, 2025, but persisted with implementation activities despite the uncertainty caused by the suspension.

17. DEEP's implementation activities have included multiple stakeholder engagements, including public meetings with the Connecticut Equity and Environmental Justice Council and written comment opportunities for the public. DEEP also maintains and regularly updates a webpage about its implementation of the Solar for All program for public awareness.

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

18. DEEP has been working closely with its planned subgrantees to finalize the financial assistance offerings, including negotiating reporting requirements and determining interest rates and customer pathways. DEEP was in the final stages of internal approval of a contract to be executed with one of these planned subgrantees. Though not funded with the SFA program, DEEP entered into a contract with an entity to complete a workforce needs assessment which would have informed the workforce development technical assistance funded by SFA along with other workforce development needs.

19. DEEP issued a draft request for proposals for technical assistance service providers and received public comments on the draft. DEEP was days away from issuing a final request for proposals for this technical assistance when EPA sent the termination letter.

20. Additionally, DEEP has complied with all EPA requirements and spent time drafting and submitting its Quality Management Plan and Quality Assurance Project Plan, as well as two semi-annual progress reports and a transaction and project level report. DEEP also attended multiple EPA webinars regarding program implementation and reporting and participated in an EPA working group to provide feedback on household savings guidance for the program. DEEP was working with the National Renewable Energy Lab (NREL), which was delivering the in-kind technical assistance that was awarded to DEEP as part of SFA and had recently completed the initial technical assistance scoping process.

**EPA Eliminates the SFA Program and Terminates DEEP's SFA Grant**

21. On August 7, 2025, DEEP became aware that EPA had decided to terminate the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[1]

---

[1] Lee Zeldin (@epaleezeldin), X (Aug. 7, 2025, 11:07 AM),

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744



22. Later that same day, DEEP received a letter from EPA purporting to terminate DEEP's SFA grant. A true and correct copy of the letter is attached as Exhibit 4.

23. The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All," and that EPA "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program.

24. On August 8, DEEP received an Assistance Amendment from EPA revising the amount of the SFA award to $0 and providing administrative conditions. A true and correct copy of the Assistance Amendment is attached as Exhibit 5.

---

https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

25. Prior to the termination notice, DEEP's ASAP account contained the entire remaining balance of DEEP's $62,050,000.00 SFA award. As of August 8, 2025, however, EPA had suspended DEEP's ASAP account for the SFA program.

26. Shortly thereafter, EPA changed DEEP's ASAP account status again. This time, EPA changed the account status indicator to "Liquidated," changed the performance period end date, and reduced the Available Balance from $62,050,000.00 to $4,341,009.62.

27. To date, EPA has not provided DEEP with any explanation regarding the changes made to DEEP's ASAP account.

28. On August 28, 2025, pursuant to the Assistance Amendment, DEEP submitted a Notice of Disagreement to EPA's Award Official, Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as Exhibit 6.

29. On September 5, 2025, pursuant to the Termination Letter, DEEP submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as Exhibit 7.

30. On October 1, 2025, DEEP received an email containing instructions on how DEEP was to close out its SFA grant. This email did not acknowledge DEEP's pending administrative dispute. A true and correct copy of this email is attached as Exhibit 8.

31. On October 21, 2025, DEEP received a letter from EPA stating that it had determined that DEEP's administrative dispute was moot. A true and correct copy of this letter, which was dated October 20, 2025, is attached as Exhibit 9.

32. On November 3, 2025, DEEP responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that DEEP begin closing out their grants. A true and correct copy of DEEP's letter is attached as Exhibit 10.

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**Termination of the Solar for All Program Harms Connecticut and its Residents**

33. The loss of the Solar for All program will harm Connecticut and its residents.

34. Across the various programs DEEP intended to offer using the funding EPA awarded pursuant to the SFA program, DEEP was expecting to serve an estimated 7,400 low-income and disadvantaged community households, providing an estimated $8,439 per household over the lifetime of the projects in reductions to the electric bills of those customers. With the loss of the previously obligated funds, DEEP may no longer be able to offer or will offer fewer low interest loans and leases for solar and energy storage installations and associated enabling upgrades like roof repairs and electric panel upgrades for single-family low-income and disadvantaged community households and multi-family affordable housing properties.

35. In addition, DEEP's SFA program was expected to create new jobs in Connecticut's solar industry. The loss of this program compounds the harm already caused to the solar industry by the Trump Administration's early end of federal tax credits for distributed solar.

36. The premature end of the SFA program also harms DEEP's business relationships. DEEP used SFA funding to: (A) negotiate contracts with two subgrantees, the Connecticut Green Bank and Connecticut Housing Finance Authority; (B) release a draft request for proposals to identify subgrantees to utilize the technical assistance funding, and (C) participate in many EPA program officer meetings, EPA-led webinars, and working group meetings in furtherance of program implementation. In order to implement the projects intended to be supported by the SFA program, DEEP will either need to secure state funding to cover the anticipated costs or may be forced to abandon those projects if other funding sources cannot be identified.

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

37. DEEP will also suffer reputational harm with the premature end of SFA funding. DEEP has hosted or participated in five public meetings and offered four public comment opportunities about how to use this funding, which created an expectation from key stakeholders in Connecticut's clean energy industry, with whom DEEP interacts on a regular basis. The sudden withdrawal of SFA funding and program activities will hurt DEEP's reputation with these stakeholders and negatively impact DEEP's credibility, particularly on its ability to deliver in future programs. This reputational harm will come with economic consequences, as stakeholders may assign a risk premium to working with DEEP, which could increase program costs, or stakeholders could simply decide not to do business with DEEP, hindering DEEP's ability to implement future grants and programs.

38. The loss of SFA funding and the loss of federal support for solar energy will harm Connecticut and its residents by impairing Connecticut's ability to meet its statutory targets to reduce greenhouse gas (GHG) emissions and add more renewable generation through the Renewable Portfolio Standard (RPS), and these harms will fall most heavily on the low-income households and disadvantaged communities that SFA was intended to assist.

39. The RPS requires electric suppliers to obtain a specified percentage of the energy they sell or distribute to Connecticut customers from renewable sources, such as solar, through the purchase of Renewable Energy Certificates. Public Act 18-50, codified at Connecticut General Statutes (CGS) §16-245a, doubled the RPS requirement from 20% by 2020 to 40% by 2030. Public Act No. 25-173 modified this provision to require the state's electric suppliers to directly meet an at least 33% renewable energy supply requirement by 2040, to account for removing carbon-emitting resources like biomass and landfill methane gas from eligibility under the RPS going forward. That requirement is, paired with a directive to DEEP to develop a

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

schedule for solicitations of new zero-carbon renewable energy resources, such as solar, needed to serve an additional 7% of load with renewable energy by 2030 (i.e., to achieve a 40% renewable energy supply in the state by 2030).

40. Public Act 18-82, "An Act Concerning Climate Change Planning and Resiliency," requires Connecticut to achieve economy-wide GHG emission reductions of at least 45% below 2001's GHG emissions level by January 1, 2030, adding to the existing requirement of at least 80% below 2001's GHG emissions level by January 1, 2050.

41. Public Act 25-125, "An Act Concerning the Protection of the Environment and the Development of Renewable Energy Sources and Associated Job Sectors," requires Connecticut to achieve net-zero GHG emissions economy-wide by 2050.

42. Public Act 22-5, "An Act Concerning Climate Change Mitigation," requires Connecticut to achieve a 100% GHG emissions-free electricity supply in the state by January 1, 2040.

43. The SFA program funding was an important element in Connecticut's plans to attain these statutory greenhouse gas reduction and renewable energy goals, set by the Legislature for the benefit of Connecticut residents by their elected officials.  Connecticut residents are harmed when they suffer the environmental and public health impacts of climate change and air pollution because the federal government reneged on its funding commitments.

44. DEEP acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. DEEP has expended well over 500 employee hours on SFA programming. In so doing, DEEP had to forgo other funding opportunities, program structures, and support for implementing other state programs. There is no way to recover this lost time or effort.

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

45. DEEP cannot implement its Solar for All program without the administrative support and funding provided by EPA's Solar for All program. The lack of advance notice, combined with state budget constraints, make it extremely challenging to replace the $62.45 million in federal funding and in-kind technical assistance through SFA to enable these planned projects to continue.

46. The SFA program also allowed DEEP to work closely with EPA in developing and implementing its work plan. EPA provided crucial programmatic support to DEEP, including by providing technical assistance. That ongoing collaboration and programmatic support had value to DEEP, and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

**Conclusion**

47. EPA's decision to terminate the entire Solar for All program has caused and will continue to cause irreparable harm to Connecticut and its residents.

48. I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November, 2025, at Hartford, Connecticut.

Katherine S. Dykes
Commissioner
State of Connecticut Department of Energy and Environmental Protection

DECLARATION OF KATHERINE S. DYKES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744