**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>                    Defendants. | NO. 2:25-cv-02015-TMC<br><br>DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

1. I, Nick Burger, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I am a resident of the District of Columbia (hereinafter "the District" or "DC"). I am familiar with the information in the statements set forth below through personal knowledge, consultation with my colleagues in the Energy Administration of the District of Columbia's Department of Energy and the Environment (DOEE), and from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

3. I am the Deputy Director of the Energy Administration at DOEE.

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

4. I lead a team of energy professionals at DOEE that works to improve access to renewable energy and clean transportation options in the District, as well as improve the efficiency of buildings. I joined DOEE as Deputy Director in 2022. Previous to that, I was a Senior Economist at the RAND Corporation and Director of their DC office. I have a PhD in Economics from the University of California at Santa Barbara where my research focused on energy and climate.

5. In my capacity as Deputy Director of the Energy Administration, I am responsible for the overall operations of the District of Columbia's Solar for All (D.C. SFA) Program, including financial management and federal compliance, and I lead the team responsible for implementing the expansion of the D.C. SFA with funding from the federal Solar for All program.

6. I submit this declaration to provide details on ways in which the Environmental Protection Agency's (EPA) termination of the Greenhouse Gas Reduction Fund Solar for All (GGRF SFA) program has harmed the District.

**The Solar for All Program**

7. DOEE has been operating its own program, D.C. SFA, in the District of Columbia since 2016, which has been funded by locally generated revenue sources. D.C. Code § 8-1774.16. The stated goal of D.C. SFA is to enroll 100,000 low- to-moderate income households by 2032. In the past seven (7) years, enrollments in the D.C. SFA program have grown to over 11,000 low- to-moderate income households. While not insignificant, the number of households that the District must enroll in D.C. SFA over the next seven (7) years must increase substantially if it is to meet D.C. SFA's legislative goal. This, in turn, will require DOEE to expend substantially more funds than what its annual local budgets currently allow to develop solar facilities to accommodate the necessary increased enrollments.

8. In 2022, then-President Biden signed the Inflation Reduction Act of 2022, Public Law No. 117-169 (2022) (IRA). Among other things, the IRA amended the Clean Air Act to

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

authorize and appropriate seven (7) billion dollars to EPA, to remain available to EPA to obligate until September 30, 2024. This funding was appropriated to EPA to make competitive grants to states, nonprofits, and other eligible entities to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies, such as solar. IRA, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This grant funding was part of Congress's larger efforts to create the Greenhouse Gas Reduction Fund (GGRF), a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

9. Using this funding, EPA launched the GGRFSFA program. The GGRF SFA program was intended to encourage the deployment of residential distributed solar energy to lower energy bills on a nation-wide scale. The GGRF SFA program created the means for millions of Americans to benefit from solar energy and related renewable energy technologies while catalyzing a transformation in markets serving low-income and disadvantaged communities. GGRF SFA grantees would subsidize or finance residential rooftop and residential-serving community solar projects in and for the benefit of low-income communities. In addition, GGRF SFA would provide project-deployment technical assistance, such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

10. On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the GGRF SFA program. The NOFO indicated that, pursuant to the IRA and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**DOEE Applied for and Received SFA Funding**

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

11. On July 28, 2023, in response to the federal NOFO, DOEE released a Request for Partners (RFP) seeking organizations to join a coalition application for the EPA's GGRF SFA program to provide funding and support with technical expertise, enrollment, outreach, workforce development, project siting, and more. DOEE received 20 applications and through a competitive review process, selected six (6) organizations to join the GGRF SFA coalition application:

- DC Sustainable Energy Utility (DCSEU)[1] operated by Vermont Energy Investment Corporation– Sustainable energy program provider to administer the incentive-based subsidy option for solar developers ($24,000,000 award);
- City First Enterprises – Community development financial institution leveraging solar financing for multifamily affordable housing projects ($6,003,658.80 award);
- International Brotherhood of Electrical Workers (IBEW) – Local electrical union that will expand workforce training for District residents from disadvantaged communities and meet the demand for clean energy infrastructure ($3,003,658.80 award);
- Interfaith Power and Light – Outreach and technical assistance partner who mobilizes people of faith to take action to combat the effects of climate change ($603,658.80 award);
- Green and Healthy Homes Initiative – Outreach and technical assistance partner nationally recognized for work to create healthy and efficient homes for all ($803,658.80 award);
- Groundswell – Clean energy program expert who will provide comprehensive subscriber and data management services for community solar projects ($1,503,658.80 award)

DOEE had already agreed to partner with the DC Green Bank[2] to provide $19,753,658.80 for the Green Bank to administer a revolving loan fund. The DC Green Bank is an instrumentality of the District of Columbia, with extensive experience financing clean energy projects.

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

12. To develop its application, DOEE engaged a broad spectrum of stakeholders, including all seven coalition partners as well as other DC government agencies such as the Department of Buildings and DC's construction permitting office. We met with the electric utility, the DC Public Service Commission, the District Office of the People's Council, industry associations, financial institutions and other stakeholders and interested parties including DOEE's Solar Task Force[3] as well as community members and housing providers. The stakeholders' involvement shaped both the strategic direction and operational components embedded in the NOFO application.

13. On October 12, 2023, DOEE submitted its application to EPA under the NOFO.

14. DOEE was awarded $62,450,000.00 of GGRF SFA program funding on July 9, 2024. On July, 12, 2024, EPA transmitted a Grant Agreement to DOEE. A true and correct copy of DOEE's initial Grant Agreement is attached hereto as **Exhibit 1**. On December 19, 2024, EPA transmitted an Assistance Amendment to DOEE in which it was confirmed that DOEE was to receive $62,450,000.00 of GGRF SFA program funding. **Exhibit 2**.

15. Pursuant to the Grant Agreement, EPA obligated the entire $62,450,000.00 balance of DOEE's GGRF SFA award as of the date of the Agreement. Until EPA approved an updated budget and work plan, DOEE did not have access to the funds in the Automated Standard Application for Payments (ASAP) system but was allowed to incur pre-award expenses totaling no more than two percent of the total grant award. The Assistance Amendment dated December 19, 2024, reflected EPA's approval of the revised budget and work plan, and the total amount of funds appeared shortly thereafter in DOEE's ASAP account.

**DOEE Plans and Designs its SFA Offerings**

16. Between the date of its award and December 19, 2024, DOEE negotiated its work plan and budget with EPA and adjusted them to reflect the actual amount awarded. On October 28, 2024, DOEE submitted its final Work Plan to EPA, which outlined DOEE's plan for

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

planning, designing, and implementing its GGRF SFA program. A true and correct copy of DOEE's Work Plan is attached hereto as **Exhibit 3**.

17. DOEE's Work Plan describes the scope of activities for which the District intended to use GGRF SFA program funding. It outlines program administration and oversight, including the delivery of subawards to the seven (7) coalition partners; expansion of no-cost rooftop solar and subscriptions to community renewable energy facilities (CREFs)[4] for income-eligible households; and provisions for upgrades such as roof and electrical service improvements to make buildings solar-ready. The plan establishes financing mechanisms, including a revolving loan fund in partnership with DC Green Bank and City First Enterprises and a per watt incentive grant administered by the DCSEU. It outlines outreach and enrollment strategies, in coordination with Interfaith Power and Light of the DMV and the Green and Healthy Homes Initiative, designed to ensure equitable participation across the community. It also includes workforce development through coalition partner IBEW to increase enrollment in electrical apprenticeship programs and outlines collaboration with other local partners to build clean-energy job pathways. Collectively, these measures balance direct solar deployment with supportive programs to maximize access and deliver long-term benefits for low-income District residents.

18. Because DOEE already has an existing D.C. SFA program, DOEE elected not to take a full Program Planning Year but to begin implementation as of December 19, 2024.

19. From the date of the award, DOEE did the following:

    **A.**     **Program Administration**

- Executed subawards for seven (7) coalition partners and organized a DOEE GGRF SFA program grants management team;
- Submitted a draft Quality Assurance Project Plan per EPA requirements;

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

- Developed financial models including loan terms and incentive rates, financial screening tools, underwriting processes, term sheets, compliance guidance documents and loan agreement templates;
- Identified 14 prospective SFA loan investments totaling $30M in partnership with DC Green Bank. Executed a loan term sheet with one borrower for a loan of $2,666,918.45 for solar development;
- Launched a Request for Proposal with the DCSEU which resulted in the execution of five subcontracts for solar development totaling $9,020,863.50;
- Created process flow models detailing how different stakeholders would engage with and move through the program;
- Selected, purchased licenses for project management software and began to implement project management processes;
- Began the development of a DOEE compliance database to track projects' compliance with federal requirements such as Davis Bacon and Related Acts (DBRA) and Building America, Buy America;
- Selected a DBRA compliance staff and created DBRA compliance procedures and resources for contractors;
- Held biweekly meetings with coalition partners to coordinate planning and implementation activities;
- Established procedures around processing and tracking subrecipient invoices for reimbursement;
- With feedback from the EPA reporting team, developed customized reporting templates for each partner around the EPA performance reports. We developed guidelines for reporting and held training sessions with each subrecipient about how to complete the reporting template;

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

- Began regular meetings with National Renewable Energy Laboratory (NREL) to create a technical assistance plan;
- Began the development of a model for providing indirect benefits to income qualified households who do not have an electric bill because utilities are included in their rent;
- Maintained public datasets and project maps to track outcomes and issued a Request for Information to align SFA with the District's broader clean-energy financing strategies.

### B. Communications and Community Engagement

In addition, DOEE and its partners developed communication strategies and invested in community engagement to build awareness and subscriber pipelines. DOEE announced the federal award and expansion targets on Earth Day 2024, publicly positioning the program as a major initiative to save DC residents money on energy and build clean energy in the District. DOEE developed a new D.C. SFA website with an online portal for residents and stakeholders to enroll in D.C. SFA, receive individualized assistance in navigating different program offerings and connect with coalition partners. We updated outreach materials including flyers and presentation templates. We organized a community D.C. SFA Launch Event in April 2025 in conjunction with DC Climate Week.

Through IBEW, 2,544 District residents were engaged around workforce development, generating 1,051 applications for the IBEW Electrical Apprenticeship Programs. DOEE and its outreach partners implemented engagement plans that reached 427 District residents and 17 community organizations. Outreach activities included SFA community events, educational seminars, and trainings for community canvassing

20. DOEE began designing and preparing to launch its expanded D.C. SFA program, which included funds from the GGRF SFA program, in July 2024, after the announcement of the grant award and officially launched the program on April 30, 2025.

**EPA Eliminates the GGRF SFA Program and Terminates DOEE's Grant**

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

DISTRICT OF COLUMBIA OFFICE OF THE
ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

21. On August 7, 2025, DOEE received a letter from EPA terminating DOEE's GGRF SFA grant. A true and correct copy of the letter is attached hereto as **Exhibit 4.**

22. The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the GGRF SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the GGRF SFA program. The letter also noted that recipients could continue to request payment from the ASAP system for allowable costs incurred up to the date of the termination notice.

23. Immediately prior to the termination notice, DOEE's ASAP account contained the $61,382,444.31 of DOEE's GGRF SFA funds. On August 8, 2025, however, I learned that the GGRF SFA program funds had disappeared from DOEE's ASAP account. About a week later, DOEE's ASAP account access changed to a "liquidated" status and funds appeared to be available to draw down. However, the "available balance" on the account was substantially reduced from $61,382,444.31 to $4,296,771.10 and the performance period end dates were changed from April 30, 2029, and August 30, 2029, to August 15, 2025, and December 8, 2025, respectively.

24. As of the date of this Declaration, EPA has not provided DOEE with any explanation as to (1) why the DOEE GGRF SFA ASAP account has been placed into a "liquidated" status, (2) why the available balance has been substantially reduced and how the new balance amount was determined, (3) why the performance period end dates have been modified, or (4) the status of the $57,085,673.21 in funds that are no longer reflected in DOEE's GGRF SFA ASAP account.

25. On August 26, 2025, pursuant to the Assistance Amendment, DOEE submitted a Notice of Disagreement to EPA's Award Official, Devon Brown, and EPA's Disputes Decision

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

Official, Michael Molina. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 5**.

26. On September 5, 2025, pursuant to the Termination Letter, DOEE submitted a Dispute of Termination to EPA's Disputes Decision Official, Michael Molina, with a copy to EPA's Award Official, Devon Brown. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 6**.

27. On October 1, 2025, DOEE received an email containing instructions on how DOEE was to closeout their SFA grant. This email did not acknowledge DOEE's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 7**.

28. On October 28, DOEE received a letter from EPA stating that it had determined that DOEE's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 8**.

29. On November 6, DOEE responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that DOEE begin closing out their grants. A true and correct copy of DOEE's letter is attached hereto as **Exhibit 9**.

**Termination of the GGRF SFA Program Has and Will Harm the District and its Residents**

30. The loss of the GGRF SFA program will harm the District and its residents.

31. DOEE and the District relied on the availability of GGRF SFA program funding to plan for significant expansion of a number of solar-related programs and activities. This was based on EPA's assurance that, once the grant was made to DOEE, it would be available for the full grant term. DOEE specifically asked EPA about whether the GGRF SFA program funding was in jeopardy of being rescinded and, on November 8, 2024, received the following assurance from the EPA SFA grant administrator:

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

> We can confirm that GGRF grantees will retain their funds as long they comply with their award agreements. GGRF was funded through the Inflation Reduction Act, which was passed by Congress and signed by the President. As such, program funding, which includes funds awarded to grantees as well as OGGRF [Office of the Greenhouse Gas Reduction Fund] administrative funds, does not rely on annual agency appropriations from Congress and is therefore less susceptible to funding cycles.
>
> OGGRF has already obligated programmatic funds to grantees, meaning the government and grant recipients have entered legal contracts known as award agreements. Award agreements are definite commitments that create a legal liability of the government for the award. Once signed—and as long as the recipient complies with the award agreement—the obligated funds are committed to that purpose. **(Exhibit 10)**

32. Between the various programs DOEE intended to offer using the funding EPA awarded pursuant to the federal SFA program, DOEE was expecting to serve an additional 12,000 low- to moderate- income households, reducing their household costs by at least $500 annually for 15 years. This comes at a time when the cost of electricity is increasing, the cost of food and other basic life necessities is increasing, and safety net programs such as the Low-Income Home Energy Assistance Program (LIHEAP), Supplemental Nutrition Assistance Program/Temporary Assistance for Needy Families (SNAP/TANF), and Medicaid are being reduced or scaled back. DOEE planned to create a new revolving loan fund with GGRF SFA program funding which will not happen if the funds are lost. It was anticipated that loans would be repaid and recycled multiple times throughout the program period allowing for the deployment of more than $56,000,000 in loan funding. With the loss of funding through the GGRF SFA Program, DOEE will have to use limited local funding to support the development of new no cost solar rooftop systems on single family homes or CREF systems to produce additional community solar subscriptions. While we do not yet know the exact amount of local funding that may be available to develop solar over the time frame that aligns with the GGRF SFA program grant period of performance, the expected maximum amount would be in the range of a few million as opposed to the $24,000,000 planned to be provided with GGRF SFA program

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

funding. As a result, far fewer residents will have access to additional community solar subscriptions. Without GGRF SFA program funds, DOEE will not be able to provide the roof and electrical system upgrades to enable more buildings and households to install solar. Community outreach and engagement, enrollment and program navigation support, and recruitment for green workforce training that were GGRF SFA program-funded are now unfunded.

33. In addition, the expanded D.C. SFA program was expected to create more than 500 new jobs in the District's solar industry. The loss of these job opportunities adds to the harm already caused to the solar industry by the early end of federal tax credits for distributed solar.

34. The premature end of GGRF SFA program also harms DOEE as an employer. DOEE had used GGRF SFA program funding for three full-time positions to support the expanded D.C. SFA. DOEE executed five (5) subgrant agreements with subrecipients totaling $11,918,294, an MOU with the DC Green Bank to transfer $19,753,659, and added $14,000,000 to an existing contract with the DCSEU. These subawards also include up to 40 staff positions funded either wholly or partially by EPA's GGRF SFA program funding. Now that the GGRF SFA program has been terminated, the jobs of these staff employed by DOEE and its subrecipients are at risk of being terminated.

35. More than 30 projects for which there are executed contracts have been halted and will not be able to proceed without GGRF SFA program funds. The DC Green Bank executed a loan term sheet with an approved borrower for $2,666,918.45. The DCSEU released a competitive RFP application and executed five (5) subcontracts totaling $9,020,863.50. These projects included a combination of local and federal funding, in order to utilize local money for solar development before the end of the District's fiscal year on September 30, 2025. DCSEU must assess which projects, if any, could meet local funding timeline requirements. The loss of the GGRF SFA program funds puts our ability to utilize 2025 fiscal year local funds at risk and causes additional uncertainty and delay. Even if funding is restored, the budget for these projects

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

1   was calculated based on the assumption that they would receive the Investment Tax Credits of
2   at least 30 percent (30%), possibly up to 60 percent (60%). These credits will expire if the
3   projects are not started by December 31, 2025. The termination of the GGRF SFA program could
4   substantially increase the cost of these solar projects, making them infeasible. Local funding for
5   D.C. SFA in 2026 will not allow DOEE to cover the loss of the GGRF SFA program funds. At
6   most, it would only represent approximately six percent (6%) of the GGRF SFA program grant
7   amount.

8       36.    DOEE was also awarded an in-kind technical assistance award with NREL for
9   $450,000 which has also been paused and could be terminated. Technical assistance areas
10  included solutions for interconnection challenges and enhancing grid performance by identifying
11  optimal areas for solar and/or storage installations. These are all important operational policies
12  for the District, and the loss of this technical assistance can have a broader impact on the
13  District's capacity to develop policies that best balance various stakeholder needs and costs at a
14  time of increasing electricity and grid infrastructure costs.

15      37.    More generally, the loss of federal support for solar energy will harm the District
16  and its residents, who have seen a significant increase in their electric bills this year.[5] The loss
17  of investment and jobs also comes when the District's economy has been shrinking.[6]

18      38.    The termination of GGRF SFA program jeopardizes the District's ability to meet
19  its statutory climate mandates under the Climate Commitment Amendment Act of 2022, which
20  requires achieving carbon neutrality by 2045. Because these targets rely heavily on expanding
21  renewable energy, the loss of the GGRF SFA program funding hampers solar deployment critical
22  for compliance with both the Act and the District's Renewable Portfolio Standard (RPS), which
23  mandates that the District achieve 100 percent (100%) renewable electricity by 2032. Moreover,
24  the RPS mandates a percentage of all retail electricity sales in the District to be from local solar
25  energy sources (solar carve-out). For example, in 2025, the RPS' solar carve-out requires four
26  and three-tenths percent (4.3%) of retail electricity sales in the District to be from local solar

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC
13
DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

energy (D.C. Code § 34-1432(c)(15)). The loss of the GGRF SFA program funding also eliminates promised 50 percent (50%) electricity bill savings, no-cost solar access, and workforce development for low-income communities. In addition, without the GGRF SFA program funding, investments in roof and electrical upgrades, resilience-building, and green jobs training will not move forward, weakening progress toward both climate and energy affordability commitments.

39. Moreover, DOEE acted in reasonable reliance on its fully-obligated GGRF SFA program funding continuing to be available. DOEE expended more than 5,500 employee hours on GGRF SFA programming. There is no way to recover this lost time or effort.

40. Nor can DOEE simply backfill with District funds to keep its expanded D.C. SFA offerings available at levels necessary to achieve the D.C. SFA's statutory goal of enrolling 100,000 low- to-moderate income households into the program. Maintaining the D.C. SFA program at its current level of progress and ambition will require supplementary funding sources that may not exist

**Conclusion**

41. EPA's decision to terminate the GGRF SFA program and its funding awarded to DOEE has caused, and will continue to cause, irreparable harm to the District and its residents.

42. The termination of the GGRF SFA program will cause harm to the District by stripping away $62,450,000 in expected federal funding that DOEE and its partners had already begun to deploy. Without those dollars, the District will not be able to expand low- and moderate-income solar access, which means fewer residents will see reductions in energy bills, fewer community solar projects will be built, and fewer opportunities for local green jobs and workforce training will be available. The termination also undermines the District's climate and energy affordability goals by slowing progress on renewable energy deployment in neighborhoods most burdened by high energy costs and pollution.

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November, 2025, at Washington, D.C.

_____
Nick Burger
Deputy Director
Department of Energy and Environment

DECLARATION OF NICK BURGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6th Street NW
Washington, D.C. 20001
(202) 727-3400