1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9

10

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | DECLARATION OF GWEN YAMAMOTO LAU IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

18    I, GWEN YAMAMOTO LAU, declare under the penalty of perjury pursuant to 28

19  U.S.C. § 1746 that the following is true and correct:

20    1.    I am a resident of the State of Hawai'i. I am familiar with the information in the

21  statements set forth below either through personal knowledge, consultation with Attorney

22  General staff, or from my review of relevant documents and information. If called as a witness,

23  I could and would testify competently to the matters set forth below.

24    2.    I am the Executive Director at the Hawaii Green Infrastructure Authority

25  ("HGIA" or "Authority").

26

DECLARATION OF GWEN YAMAMOTO
LAU IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No 2.25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

3.      I have almost forty years of leadership and lending experience, including the last eight years as Executive Director of the Authority.  In addition to a BBA degree in Accounting from the University of Hawaiʻi at Manoa, I am also a graduate of the University of Wisconsin – Madison's Graduate School of Banking.

4.      In my capacity as Executive Director of the Hawaii Green Infrastructure Authority, I am responsible for overseeing all aspects of the Agency and its financing programs, including the Solar for All - HI Financing Program.

5.      I submit this declaration to provide details on the ways in which the Environmental Protection Agency's termination of the Solar for All (SFA) Program has harmed Hawaiʻi.

**The Solar for All Program**

6.      In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies.  Public Law 117-169, Sec. 60103, 136 Stat  2065-66 (codified at 42 U S.C  § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

7.      In accordance with Congress's directive, EPA designed and launched the Solar for All Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects

DECLARATION OF GWEN YAMAMOTO
LAU IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No  2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8.    On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Hawaiʻi Applied for and Received SFA Funding**

9.    On October 10, 2023, HGIA submitted an application under the NOFO.

10.    In developing its application, HGIA consulted with a number of stakeholders, including members in low-income and disadvantaged communities, small businesses and nonprofits supporting disadvantaged communities, technical assistance providers, energy stakeholders, state and local governments, and received twenty-six (26) support letters, including the following (in alphabetical order):

    a.    **Chamber of Commerce Hawaii**, a statewide community of more than 2,000 businesses including small businesses and nonprofits representing 200,000+ employees;

    b.    **Hawaii Executive Collaborative Climate Coalition**, formed in 2022 to address systemic barriers that impede meaningful climate action in Hawaii;

    c.    **Coalition for Green Capital**, a lead applicant for the National Clean Investment Fund, which formed the American Green Bank Consortium for green banks, capital providers, developers and other clean energy supporters nationwide;

    d.    **Elemental Excelerator**, a Honolulu based, national nonprofit investor focused on scaling climate solutions for deep community impact;

    e.    **Enterprising Women of Color**, a technical assistance provider for diverse and dynamic women entrepreneurs;

DECLARATION OF GWEN YAMAMOTO LAU IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No 2.25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

f.   **Feed the Hunger Fund**, a certified Community Development Financial Institution that provides financing and business development services to small, local food and farming entrepreneurs in Hawaii and California;

g.   **Hawaii Alliance for Community-Based Economic Development**, a statewide nonprofit intermediary to address social, economic and environmental justice concerns through community-based economic development and asset building strategies;

h.   **Hawaii Energy**, working to empower island families and businesses on behalf of the Hawaii Public Utilities Commission to make smart energy choices to reduce energy consumption, save money, and pursue a 100% clean energy goal by eliminating waste and being more efficient;

i.   **Hawaii Habitat for Humanity**, a certified Community Development Financial Institution working to promote economic development in Hawaii through affordable housing;

j.   **Hawaii Housing Finance Development Corporation**, the state's housing and finance development agency offering affordable housing for low-income residents through affordable housing developments and state-sponsored homeownership initiatives;

k.   **Hawaiian Electric Company, Inc.**, an investor-owned electric utility serving ninety-five (95%) percent of the ratepayers in Hawaiʻi;

l.   **Hawaii Solar Energy Association**, a nonprofit organization comprised of installers, distributors, manufacturers, auditors and financiers of solar water heating, photovoltaic, battery storage and other resilient energy systems;

m   **Hawaii State Energy Office**, maximizing the deployment of cost-effective investments in clean energy production and management to grow the economy while promoting Hawaii's energy security;

n.   **Hoʻahu Energy Cooperative Molokai**, a community-owned and managed energy cooperative whose profits will be shared with its subscribers and vested toward community ownership of its projects;

o   **Holomua Collective**, a nonprofit organization committed to making Hawaiʻi more affordable for all working families;

p.   **Institute for Native Pacific Education & Culture ("INPEACE")**, a nonprofit organization that offers programs and services that strengthen, support, and educate families, communities and small businesses;

q.   **L.E.I. Foundation**, a native Hawaiian organization serving community and economic development in Waianae;

r.   **Maui Economic Development Board**, a nonprofit working with businesses, government, educators and community leaders to support the development of a robust and balanced economy that benefits the people of Maui County;

s.   **Maui Economic Opportunity**, a nonprofit Community Action Agency dedicated to comprehensively serve those in poverty;

t.  **Minority Business Development Center**, which is a part of a national network, working to grow and develop minority business enterprises in the state through business analysis, market access, and capital access services;

u.  **Patsy T Mink Center for Business & Leadership** is a Women's Business Center with a mission to equip women to become successful entrepreneurs and leaders by providing one-on-one business counseling, innovative workshops and unique, specialized programs in a nurturing environment;

v.  **Hawaii Small Business Development Center** provides professional business advisory services, research and training to business owners and new entrepreneurs in order to promote growth, innovation, productivity, and management improvement;

w.  **U.S. Small Business Administration's Hawaii District Office** provides its programs and services to start and expand small businesses within its service area;

x.  **University of Hawaii**, a public university with 83% of its student population classified as minorities or people of color;

y.  **Veteran's Business Outreach Center of the Pacific** is a program of the University of Hawaii at Hilo designed to provide entrepreneurial development services, such as business training, counseling and mentoring to active duty service members, veterans and spouses owning or considering starting a small business; and

z.  **Workforce Development Council** is an agency attached to the State's Department of Labor and Industrial Relations, which serves as an information clearinghouse for all workforce development programs, as well as preparing and overseeing the comprehensive state plan for workforce development in Hawaii.

11.    HGIA was awarded $62,450,000 of SFA funding on April 22, 2024. On July 8, 2024, EPA transmitted an Assistance Agreement to the Hawaii Green Infrastructure Authority. A true and correct copy of the Hawaii Green Infrastructure Authority's Assistance Agreement is attached hereto as **Exhibit 1**.

12.    EPA obligated the entire balance of HGIA's SFA award the date of the Assistance Agreement. Hawaii's $62,050,000 award, which is net of the $400,000 in-kind technical assistance grant from the National Renewable Energy Laboratory, appeared shortly thereafter in Hawaiʻi's Automated Standard Application Payments (ASAP) accounts.

**Hawaii Green Infrastructure Plans and Designs its SFA Offerings**

DECLARATION OF GWEN YAMAMOTO
LAU IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No 2.25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

13.    Between the date of its award and December 2024, HGIA negotiated its work plan and budget with EPA. On December 10, 2024, HGIA submitted its final Work Plan to EPA. The Work Plan outlined HGIA's plan for planning, designing, and implementing an SFA Program within Hawai'i.  A true and correct copy of HGIA's Work Plan is attached hereto as **Exhibit 2**. During this time, HGIA was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan.

14.    HGIA's Work Plan proposed a comprehensive program with very specific goals to:

    a.  Reduce greenhouse gas emissions;

    b.  Lower the energy burden for our most vulnerable households; and

    c.  Leverage risk-mitigating financing mechanisms to invite private capital to increase impact while creating a sustainable financing program.

SFA-HI will finance rooftop solar + storage for eligible single-family dwellings, and subsidized multi-family rental projects, as well as community solar projects located on four islands in the state.  Contrary to what some might believe, SFA-HI funds are administered and financed directly through HGIA.  There are no pass-through entities diluting public funds.  In fact, HGIA's financing attracts, incorporates and leverages private capital to exponentially increase the impact of each public dollar.  Over eighty-five percent (85.5%) of the SFA funds were designated for financial assistance to leverage private capital, bridge the access to capital gap, and lower the energy burden for over five thousand seven hundred (5,700) of the state's most vulnerable households.

In addition to low-cost, flexible, inclusive financing to facilitate solar and storage adoption for low-income families and disadvantaged communities statewide, the program also includes technical assistance, capacity building, strategic communications, community outreach,

DECLARATION OF GWEN YAMAMOTO LAU IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2 25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

workforce development and credit enhancements to increase access to capital for solar contractors serving disadvantaged communities, such as:

a. <u>Financial Literacy</u>. Making available financial literacy for all participants to help them make sound financial decisions with future electric bill savings and, as applicable, solar tax credits, expected to aggregate, on average, almost $100,000 for these low-income families;

b. <u>Climate Finance Training</u>. SFA-HI will create and provide university faculty and professional based instruction and capacity building for two sequential, accreditation-level, upper-level undergraduate, graduate, and early/mid-career professional development addressing the foundational skills and tools needed for planning, design and assessment of rooftop solar project; and financing and entity level implementation of solar projects and programs with a focus on lending, leveraging and green budgeting. The program will be designed to be launched through an NGO partnership platform led by thought leaders experienced in strategy, analysis, innovation, training, advanced facilitation and technical assistance as well as an educational organization focused on creating intellectual and economic wealth through providing education and programming. This program will not only train climate finance professionals in Hawai'i, but also help scale inclusive green lending nationwide.

DECLARATION OF GWEN YAMAMOTO
LAU IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2 25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

c. <u>Workforce development</u>.  SFA-HI will complement the Good Jobs Challenge Clean Energy Sector Partnership to develop pathways to high quality green jobs for low-income and disadvantaged communities.

d. <u>Credit Enhancements for solar contractors</u>.  Modeled after the existing State Small Business Credit Initiative (SSBCI) Collateral Support program administered by HGIA, SFA-HI plans include co-designing a credit enhancement program with local lenders to fill access to capital gaps for solar contractors servicing disadvantaged communities.

e. <u>Solar Playbooks</u>.  Create tools and guides that complement outreach efforts of other local organizations to help facilitate solar adoption.

f. <u>Expediting DHHL permitting</u>.  SFA-HI will explore the feasibility of automating the building permitting process for the Department of Hawaiian Home Lands, and if feasible, implement.

g. <u>Community-Based Renewable Energy ("CBRE") Technical Assistance</u>. SFA-HI and NREL will explore the feasibility of enhancements to Hawaii's CBRE or Community Solar program to increase adoption for both developers and subscribers.

h. <u>Enhancements to On-Bill Platform</u>.  SFA-HI will explore the feasibility of upgrading HGIA's on-bill servicing platform, and if feasible, implement.

EPA approved HGIA's work plan on December 16, 2024, and the funding restriction was lifted. EPA incorporated the work plan into the Agreement with the Hawaii Green

DECLARATION OF GWEN YAMAMOTO
LAU IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No 2.25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle WA 98104
(206) 464-7744

1    Infrastructure Authority. A true and correct copy of HGIA's revised Assistance

2    Agreement is attached hereto as **Exhibit 3**.

3         15.    Pursuant to its approved Work Plan, HGIA launched its SFA-HI Program

4    and started accepting applications at the end of 2024.

5    16.    Since the launch of the SFA-HI program, HGIA did the following:

6         a.  Issued four Requests for Proposals in accordance with the approved

7             Workplan, as follows:

8                 i.  Solar for All Communications Contractor – issued on December

9                     16, 2024 and contracted on May 27, 2025;

10                ii.  Solar for All Focus Group Contractor – issued on December 16,

11                     2024 and contracted on May 14, 2025;

12                iii.  Single Audit Contractor – issued on February 27, 2025 and

13                     contracted on June 19, 2025;

14                iv.  Solar for All Climate Finance Curriculum Contractor – issued on

15                     March 14, 2025 and contracted on July 3, 2025.

16        b.  Drafted four easy to read and understand, comprehensive step-by-step

17            playbooks as part of our Technical Assistance strategy to help low-income

18            households and disadvantaged communities understand the financial and

19            non-financial benefits of energy efficiency measures, solar PV, and

20            energy storage systems, as well as maintenance responsibilities and best

21            practices, as follows:

22                i.  Residential Rooftop Solar PV Playbook;

23                ii.  Student's Guide to Solar (which includes pathways to Green

24                     Careers);

25                iii.  Community Solar Playbook

26                iv.  Multi-family Project Solar Playbook

Over the course of a four-month period (March 7, 2025 to June 27, 2025), HGIA staff met with subject matter experts at the National Renewable Energy Laboratory (NREL) to review the technical aspects of the Solar Playbooks.

In early July, the Playbooks were made available to the SFA Communications Contractor to add graphic design enhancements and to extract relevant "soundbites" to be incorporated into the larger SFA Communications Strategy.

The Playbooks were also provided to the Focus Group Contractor as part of the planned outreach to Department of Hawaiian Homelands homeowners and Hawaiian Homestead Boards, communities impacted by and organizations involved in community solar, subsidized multi-family project owners, property managers and tenants, and individuals representing low-income households and disadvantaged communities from diverse industries, demographics and geographies on Kauai, Oahu, Molokai, Maui and the Big Island.

c.  While many programs adopted EPA's "model" Quality Management Plan (QMP), HGIA chose to customize the QMP to ensure it would be able to meet the quality deliverables aligned with the SFA-HI financing program. HGIA's QMP was submitted to EPA on March 26, 2025.

d.  Similarly, while many programs adopted EPA's "model" Quality Assurance Project Plan ("QAPP"), HGIA chose to customize the QAPP to ensure it would be able to implement a quality assurance plan aligned with the SFA-HI financing program.  HGIA's initial QAPP was submitted to EPA on April 4, 2025.  An updated version of the QAPP was submitted

DECLARATION OF GWEN YAMAMOTO LAU IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No  2 25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle  WA 98104
(206) 464-7744

to EPA on October 30, 2025, incorporating comments from EPA's Household Savings Best Practices.

e.  HGIA completed and submitted the Semi-Annual Report for the period ended December 31, 2024 on January 30, 2025; and the Semi-Annual Report for the period ended June 30, 2025, on July 30, 2025.

f.  One of the SFA reporting requirements is its Transaction and Project Level Report ("TPL"), which requires hundreds of data elements to be inputted and submitted.  While EPA provided a "Data Dictionary" that purportedly defined 371 data elements, the definitions provided for many data elements were not clearly articulated.

While HGIA's first TPL report was submitted on April 28, 2025, it did not have any data to report since the Agency had not funded any SFA-HI loans as of December 31, 2024.  However, because HGIA had SFA-HI approved loans that would be funded before June 30, 2025, it was critical to understand the data elements required for the TPL report due October 2025.  As such, we engaged NREL beginning April 2025 to assist with defining and interpreting the data EPA required to be reported.  However after almost two months of meetings, we realized that EPA needed to be a party to the discussion to provide definitive feedback and clarity.

In an effort to assist all SFA programs, HGIA took the lead in completing and submitting the TPL report to the EPA on June 10, 2025 for further discussion.  On June 13, 2025, HGIA and NREL staff met with Rebecca Houston-Read, Vineet Pandharpukar, Justine Sears and Zachary McNealy of the EPA to review and discuss the data inputs in the TPL report.  While some of the questions were addressed, HGIA was asked to send a follow-up email with additional questions.  On June 15, 2025, the TPL report was

DECLARATION OF GWEN YAMAMOTO
LAU IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No  2.25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    further updated and an email was sent to EPA staff with the remaining

2    TPL related questions.  Over 1,026 minutes or 17 hours were spent

3    working to interpret the data elements required on the TPL report.  HGIA

4    is still awaiting response and clarity for the remaining data elements in

5    question on the TPL report.  Nevertheless, HGIA submitted its June 30,

6    2025 TPL report to EPA on October 30, 2025.

7    g.  On June 23, 2025, HGIA's Communications and Focus Group

8    Contractors held a charrette to ensure alignment of SFA-HI program

9    goals, discuss approach for research and communications and plan next

10    steps (e.g., ensuring Playbooks, outreach and marketing strategies are

11    tailored to the SFA-HI Workplan and community needs).  In addition to

12    Contractor and HGIA staff, representatives from the Hawaii State Energy

13    Office, Hawaii Public Utilities Commission, Hawaiian Electric Company,

14    Council for Native Hawaiian Advancement and a solar developer

15    participated and provided feedback to be incorporated into the

16    Communications, Marketing and Outreach Strategy.

17    h.  HGIA held numerous meetings with several community solar developers,

18    with plans to finance seven (7) community solar projects statewide

19    aggregating 15.45 MW.

20    i.  In addition to the community solar projects, HGIA was in the process of

21    underwriting and processing a number of SFA eligible residential rooftop

22    applications.

23    j.  HGIA's website was updated with SFA-HI program information and staff

24    participated in a number of community outreach events, including the

25    Climate Change Mitigation and Adaptation Commission Community

26    Fair; Elapaio Social Services Community Fair; Priced Into Paradise Expo;

DECLARATION OF GWEN YAMAMOTO     12     ATTORNEY GENERAL OF WASHINGTON
LAU IN SUPPORT OF MOTION FOR               Environmental Protection Division
PRELIMINARY INJUNCTION                   800 Fifth Avenue STE 2000
No  2:25-cv-02015-TMC                          Seattle  WA 98104
                                        (206) 464-7744

1    Solarize808 Stakeholder Convening in Waianae; Energy Equity Hui
2    Stakeholder Convening; Molokai Resource Fair; Science & Sustainability
3    Festival at the Bishop Museum; and Hauula Hoolaulea and Emergency
4    Fair.

5    17.    As Hawaii's Green Bank, HGIA has been financing solar installations for
6    underserved ratepayers since 2015 and had indicated to the EPA in its Workplan that it will start
7    accepting SFA-HI loan applications during the 4th quarter of 2024.

8    18.    With EPA's approval of HGIA's Amended Workplan, the Program Planning
9    period ended and HGIA officially launched its SFA-HI program on December 16, 2024 and has
10    been actively processing applications from eligible applicants.

11    **EPA Eliminates the Solar For All and Terminates Hawaii Green Infrastructure**
12    **Authority's SFA Grant**

13    19.    On August 7, 2025, I became aware that EPA had decided to terminated the SFA
14    program. EPA first announced the decision through an X post from EPA Administrator Zeldin.
15    The post is reproduced below.[1]

16    

    **Lee Zeldin** 🏛️ ✓
    @epaleezeldin                                              ...

18    The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction
    Fund, which included a $7 billion pot called "Solar for All".

19
20    In some cases, your tax dollars were diluted through up to FOUR pass-
    through entities, each taking their own cut off the top!

21    The bottom line is this: EPA no longer has the statutory authority to
22    administer the program or the appropriated funds to keep this
    boondoggle alive.

23
24    Today, the Trump EPA is announcing that we are ending Solar for All for
    good, saving US taxpayers ANOTHER $7 BILLION!

25
26    [1]    Lee    Zeldin    (@epaleezeldin),    X    (Aug    7,    2025,    11 07    AM),
    https //x com/epaleezeldin/status/1953518426602803684

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    20.    Later that same day, HGIA received a letter from EPA terminating the Hawaii

2    Green Infrastructure Authority's SFA grant. A true and correct copy of the letter is attached

3    hereto as **Exhibit 4**.

4    21.    The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the

5    underlying authority for the SFA program and rescinded unobligated amounts to carry out the

6    program. EPA stated that it believed OBBBA had "effectively and completely terminated the

7    statutory authority and all appropriations related to Solar for All" and "no longer possesses either

8    the substantive legal authority or the financial appropriations" needed to continue the SFA

9    program.

10    22.    Prior to the termination notice, HGIA's ASAP account contained the

11    $61,586,182.54 balance of HGIA's SFA award. On August 12, 2025, however, I learned that

12    EPA had suspended HGIA's ASAP account for the SFA program.

13    23.    Sometime prior to August 18, 2025, EPA changed HGIA's ASAP account status

14    again.  This time, EPA changed the account status indicator to "Liquidated," changed the

15    performance period end dates from May 1, 2024 to April 30, 2029 to May 1, 2024 to August 7,

16    2025 and reduced the Available Balance from $61,586,182.54 to $4,112,822.98 .

17    24.    To date, EPA has not provided HGIA with any explanation regarding the changes

18    made to HGIA's ASAP account.

19    25.    On August 27, 2025, pursuant to the Assistance Amendment, HGIA submitted a

20    Notice of Disagreement to EPA's Award Official, Michael Molina. A true and correct copy of

21    the Notice of Disagreement is attached hereto as **Exhibit 5**.

22    26.    On September 5, 2025, pursuant to the Termination Letter, HGIA submitted a

23    Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct

24    copy of the Dispute of Termination is attached hereto as **Exhibit 6**.

25

26

27.    On October 1, 2025, HGIA received an email containing instructions on how HGIA was to closeout their SFA grant. This email did not acknowledge HGIA's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 7**.

28.    On October 27, 2025, HGIA received a letter dated October 23, 2025, from EPA stating that it had determined that HGIA's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 8**.

29.    On November 6, 2025, HGIA responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that HGIA begin closing out their grants. A true and correct copy of HGIA's letter is attached hereto as **Exhibit 9**.

**Termination of the Solar for All Program Has and Will Harm Hawaiʻi and its Residents**

30.    The loss of the Solar for All Program will harm Hawaiʻi and its residents.

31.    Between the various programs HGIA intended to offer using the funding EPA awarded pursuant to the SFA program, HGIA was expecting to serve over 5,700 low-income households, reducing electrical bills by with a minimum estimated 20% electric utility bill savings. With the loss of the previously obligated funds, HGIA will no longer be able to offer financing at a lower interest rate than HGIA's existing financing program, nor will it be able to provide subsidies to help eligible households reach the minimum 20% estimated utility bill savings threshold, along with planned wrap-around services.

32.    In addition, leveraging private capital for total project costs in excess of $145.0 million, HGIA's SFA -HI program expected to create/retain at least 1,436 green jobs in Hawaii's solar industry; generate some $18.3 million in state tax revenue, and have a multiplier impact of $356.0 million for Hawaiʻi. This compounds the harm already caused to the solar industry by the Trump Administration's early end of federal tax credits for distributed solar.

DECLARATION OF GWEN YAMAMOTO LAU IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2 25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON Environmental Protection Division 800 Fifth Avenue STE 2000 Seattle, WA 98104 (206) 464-7744

1    33.    The premature end of the SFA Program also harms HGIA as an employer. HGIA
2    used SFA funding to support three employees and had executed contracts with vendors. Now
3    that the SFA Program has been terminated, we have already been forced to eliminate a position,
4    as well as required staff to take on responsibilities outside of their job description to remain
5    employed. Additionally, vendors remain in limbo due to the uncertainty and may need to adjust
6    their staffing levels due to the sudden and unexpected loss of the SFA funds. With other State
7    Departments negatively impacted by the reduction or termination of other Federal programs, it
8    is unlikely that HGIA will be able to get state funding to cover its shortfalls.

9    34.    Commercial projects, especially complex community solar projects require
10   funding commitments to start the pre-development and construction phases. With the
11   unexpected urgency resulting from the changes in Federal tax credits, the termination of the SFA
12   program places these projects, meant to benefit thousands of Hawaii's residents, in jeopardy.

13   35. The loss of SFA funding and the loss of federal support for solar energy generally
14   will harm Hawaiʻi and its residents. In alignment with Hawaii's clean energy goals, Governor
15   Green issued Executive Order 25-01 on January 27, 2025, outlining one of the Order's intention
16   to "facilitate the addition of at least 50,000 new distributed renewable energy installations,
17   focused on delivering clean energy benefits to low- and moderate-income residents through the
18   Hawaii Green Infrastructure Authority and its programs." The SFA funds serve as a critical slice
19   of the capital stack to help achieve the state's goals.

20   36    Moreover, HGIA acted in reasonable reliance on its fully-obligated SFA funding
21   continuing to be available. HGIA expended thousands of hours, dating back to mid-2023 when
22   the SFA NOFO was first released, through many versions of the initial application, followed by
23   revisions to the initial Workplan and budgets, followed by hours of webinars, trainings, and pre-
24   launch meetings. Upon launch, many more hours have been spent by HGIA's entire staff on
25   implementing the SFA-HI workplan. In so doing, HGIA had to forgo other funding
26

DECLARATION OF GWEN YAMAMOTO              16              ATTORNEY GENERAL OF WASHINGTON
LAU IN SUPPORT OF MOTION FOR                                    Environmental Protection Division
PRELIMINARY INJUNCTION                                              800 Fifth Avenue STE 2000
No 2 25-cv-02015-TMC                                                   Seattle, WA 98104
                                                                          (206) 464-7744

1    opportunities, program structures, and delayed implementation of other projects and initiatives.

2    There is no way to recover this lost time or effort.

3        37.    HGIA cannot continue to operate its own Solar for All program without the

4    administrative support and funding provided by EPA's Solar for All program. Due to budgetary

5    shortfalls caused by the devastating Lahaina wildfires, coupled with the termination of Federal

6    funds for other necessary human services and other programs, Hawai'i does not have sufficient

7    funds to continue the SFA-HI program without the funding support from the EPA.

8        38.    The SFA program also allowed HGIA to work closely with EPA in developing

9    and implementing its work plan.  EPA provided crucial programmatic support to HGIA,

10   including the technical assistance provided by the National Renewable Energy Laboratories.

11   That ongoing collaboration and programmatic support had value to HGIA and the loss of that

12   collaboration and programmatic support cannot be remedied through funding alone.

13   **Conclusion**

14       39.    EPA's decision to terminate the entire Solar for All program has caused and will

15   continue to cause irreparable harm to Hawai'i and its residents.

16       I declare under penalty of perjury under the laws the United States of America that the

17   foregoing is true and correct to the best of my knowledge.

18       Executed on this 6th day of November, 2025, at Honolulu, Hawai'i.

19

20

21                                    _____

22                                    Gwen Yamamoto Lau
                                      Executive Director
23                                    Hawaii Green Infrastructure Authority

24

25

26