# EXHIBIT 1

**Attachment I – Letters of Support - Meaningful Benefits Plan**

**Letters Included:**

- Alternatives for Community and Environment
- Berkshire Environmental Action Team
- Bluehub Capital
- Boston Community Solar Cooperative
- Cape Light Compact
- Capital Good Fund
- Center for Sustainable Energy
- City of Boston, MA
- City of New Bedford, MA
- Climate First Bank
- Coalition for Community Solar Access
- Codman Square Neighborhood Development Corporation
- Co-op Power
- Cooperative Credit Union Association
- Energy Allies
- Franklin Hampshire Workforce board
- Greater Springfield Habitat for Humanity
- Green Energy Consumers Alliance
- GreenRoots
- International Brotherhood of Electrical Workers
- Massachusetts Chapter of the National Association of Housing and Redevelopment Officials
- Mill Cities Communities Investments
- National Electrical Contractors Association
- Northeast Energy Efficiency and Electrification Council
- Pioneer Valley Photovoltaics, Inc.
- Posigen
- Rare
- Resonant Energy
- ReVision Energy
- RL Cook Community Consulting
- Self Help Inc
- Sun Group Energy
- Syncarpha Capital
- UMass Clean Energy Extension
- UMass Five College Federal Credit Union



October 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Alternatives for Community & Environment, Inc. (ACE), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Alternatives for Community & Environment, Inc. (ACE) builds the power of communities of color and low income communities in Massachusetts to eradicate environmental racism and classism, create healthy and sustainable communities, and achieve environmental justice. ACE is one of the co-convenors of the EJ table, a statewide coalition anchored by five grassroots organizations. We work together to create strategies to address environmental racism and improve the quality of life for EJ populations throughout the state. Our collaboration led to the passage of the EJ provisions in the Roadmap Law, a sweeping climate law that codified the definition of an environmental justice population, formed an Environmental Justice Advisory Council to advise the Governor and Secretary of Energy and Environmental Affairs, and required our state Department of Environmental Protection to incorporate an assessment of cumulative impacts into air permit proceedings.

We have been involved in various campaigns over our 30 year history to address the deep inequities of our energy infrastructure. We are keenly aware of the need to prioritize equity in any decarbonization efforts and deeply committed to radically shifting how we use our existing energy infrastructure and how new projects are permitted and sited. We support programs that will not only increase access to solar for low income residents and communities of color, but will also help to lower energy bills. It is a top priority to reach low-income populations, immigrants, people with English isolation, and renters. ACE therefore supports the proposed Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

Another core value at ACE is to meaningfully engage residents of EJ populations and local communities and will help to ensure that the state takes equitable climate action. This means sharing information with people in the languages they speak, using words that they understand, and creating processes and practices that give them a say in decision-making about their communities. We therefore support the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Alternatives for Community & Environment, Inc. (ACE) would support the Commonwealth of Massachusetts' Solar for All grant by:

- Continuing to coordinate and facilitate EJ table discussions with EEA and DOER to ensure that implementation of the program achieves the goal of meaningfully engaging EJ populations and other communities that have been left behind in the transition to clean energy;
- sharing information about the services provided by the grant with our members, neighborhood residents, and partner organizations throughout Boston and across the state.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Alternatives for Community & Environment, Inc. (ACE) would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Dwaign Tyndal
Executive Director





20 Chapel St., Pittsfield, MA 01201
413-464-9402 • www.thebeatnews.org

**VIA ELECTRONIC MAIL /** Solar@masscec.com

September 7, 2023

Mr. Michael S. Regan
Administrator, U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Dear Mr. Regan,

Berkshire Environmental Action Team (BEAT) wishes to express our strong support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged Environmental Justice communities equitably benefit from Massachusetts' ambitious Solar for All program.

BEAT's mission is to work with our community to protect the environment for wildlife in support of the natural world that sustains us all. We focus attention on the environmental justice neighborhoods in the Berkshires and have been heavily involved with connecting EJ and low and middle income communities with opportunities for energy efficiency and clean energy options.

The proposal put forward by Mass Clean Energy Center (MassCEC) and the Massachusetts Department of Energy Resources (DOER) has the synergy and foresight to dovetail the solar project models with a strong suite of already existing state programs that will maximize the benefits to participating communities. These include existing efficiency and electrification programs, solar incentive programs, and we hope the final draft will also include the current electricity storage incentive programs for additional community resilience. We are also pleased to see an emphasis on workforce development in related trades and especially as it provides the opportunity for the program to focus on recruitment directly from the communities participating in the proposed programs.

Elements of the proposed plan that we're especially happy to see are:

- Asset ownership opportunities for low-income households, lending a hand-up for wealth creation in commonly underserved communities;

- Investment in workforce and entrepreneurship opportunities in low-income and disadvantaged communities. These are opportunities long sought after in our region in Berkshire County, with both technical high schools and area colleges always on the lookout for pathways for students to enter the clean energy economy;
- Engaging cities and utilities to identify properties that would benefit most from solar PV or solar PV plus upgrades like a roof or HVAC replacement. In our advocacy work for engaging Pittsfield's EJ neighborhoods in efficiency and clean energy programs, we've seen the barriers presented by older housing stock and low income occupants who can't afford these "pre-weatherization" work and equipment replacement;
- Focus on education, outreach, marketing and direct community engagement for all eligible low-income households across the Commonwealth of Massachusetts to understand and access the Solar for All programs; and
- Inclusion of low-income and disadvantaged communities in program design and operations through formal structures including participatory governance.

BEAT is excited to support this project. We think it will be a game changer for communities most in need, and will help level the playing field as the entire state moves toward our ambitious climate and net-zero goals signed into law in recent years. It's especially fortunate that DOER and MassCEC are proposing such a broadly inclusive program right at the time that we're working with organizations within Pittsfield's EJ neighborhoods to spark interest in community solar.

Thank you for considering this application. Berkshire Environmental Action Team supports MassCEC and DOER in this endeavor.

Sincerely,


Jane Winn, *Executive Director*
*Berkshire Environmental Action Team*


Rosemary Wessel, *Program Director*
*No Fracked Gas in Mass, A Program of Berkshire Environmental Action Team*



September 8, 2023

The Honorable Michael Regan
Administrator, U.S. Environmental Protection
Agency 1200 Pennsylvania Avenue, N.W.
Room 3426 WJC North
Washington, DC 20460

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of BlueHub Capital I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

BlueHub Capital is a national, nonprofit, mission-driven community development financing organization serving low-income and environmental justice communities. Since 1985, BlueHub has invested over $2.6 billion and leveraged over $13 billion in public and private investment nationwide to further our mission of building healthy communities where low-income people live and work.

The elements of the Massachusetts' proposed Solar for All program that BlueHub Capital is particularly proud to support within the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and the Equitable Access and Meaningful Involvement Plan, are those that would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs; and
- Ensure a wide range of diverse communities will be served, while prioritizing low-income and the most disadvantaged households.



Committed to reducing the impact of climate change on low-income and environmental justice communities in the past decade, BlueHub has invested over $100 million in renewable energy, energy efficiency and resiliency projects serving low-income and environmental justice populations. BlueHub makes investments that create wealth and educational opportunity; that fill unmet needs for quality jobs, health- and childcare, housing and community facilities; and that allow underserved communities to adopt new renewable technologies and combat climate change. Throughout our history, BlueHub's financing has integrated the affordability, equity and environmental needs of our borrowers:

- BlueHub Loan Fund, a community development financial institution (CDFI), finances energy efficiency, resiliency, and renewable energy improvements and has a Sustainability Rating from Sustainalytics, a global sustainability rating agency. Our portfolio monitoring tracks sustainability measures taken or met by our portfolio borrowers. Sixty five percent of our recent lending has been to projects with explicit climate or sustainability features.
- Our affiliate BlueHub Energy pioneered affordable, third-party solar programs for nonprofits and low-income housing, developing over 7 megawatts of rooftop and community solar facilities and being recognized as a "Solar Champion of Change" by The White House in 2014.
- We led the Green Building Production Network, which introduced green and sustainability development strategies to Boston community development corporations serving low-income communities.
- BlueHub co-founded, led and capitalized WegoWise, Inc., a company that provides low-cost utility and carbon tracking and benchmarking data for affordable housing developments. WegoWise, now sold and operating separately, has the largest database of multifamily building performance database in the world.
- We have used our development and financing experience to successfully propose solar and renewable energy legislation, policies and programs that equitably serve environmental justice communities.
- We develop environmental financing and innovative strategies to ensure that low-income and environmental justice communities are not left behind in the transition to a clean, renewable energy system, including a new electric vehicle-to-grid (V2G) pilot program that is working to lower the cost of electric vehicles for drivers with low incomes.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and BlueHub would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact us if you have any questions or need additional information.

Signature page follows:



Sincerely,

DeWitt Jones
President, BlueHub Energy

Karen Kelleher
President, BlueHub Loan Fund

Brenda Loya
Chief Operating Officer
BlueHub Capital

Elyse Cherry
Chief Executive Officer
BlueHub Capital



September 28, 2023

Michael S. Regan
EPA Administrator
US Environmental Protection Agency (EPA)
1200 Pennsylvania Avenue,
 N.W.. Washington, D.C. 20460

RE:  EPA Solar for All Application Submission by the Commonwealth of Massachusetts.

We aare writing to express our strong support for the Commonwealth of Massachusetts's application to the EPA's Solar for All Program. The Boston Community Solar Cooperative valued the opportunity to participate in stakeholder engagement meetings organized by the Massachusetts Department of Energy Resources (DOER) and the Massachusetts Clean Energy Center (MassCEC). During numerous stakeholder sessions we had an opportunity to provide input and feedback on the proposed Massachusetts Solar for All application to the EPA. Community lead solar project development and community ownership of solar generation units (SGU's) are at the core of the mission of the Boston Community Solar Cooperative.

The Boston Community Solar Cooperative is committed to Community Solar 2.0 where solar generation is owned by community members who receive a better than average traditional Community Solar "benefit" of a 10 to 20% discount off of a subscriber's electricity bill. While a 20% discount is better than nothing and clean energy generation is better for the environment than burning fossils fuels, BCSC believe we can do better. Our vision of community solar enables community ownership by community members and generates "passive income" from the sale of electricity to off takers. Our mission of enabling passive income to members is being made a reality by the Boston Community Solar Cooperative in partnership with the Dorchester Food Coop.  BCSC seeks to minimize project debt by leveraging grants, tax credit transfers and low-cost financing in order to provide members with "passive" income from the sales of electricity. The recurring income we generate for members can be used to pay for energy, housing, food and other essential recurring household expenses many low income families struggle to make monthly.

We applaud Massachusetts' proposed Solar for All program design that include forgivable loans to cooperative owned community solar, technical assistance to enable tax credit transfers and low-cost project financing. These proposed Massachusetts Solar for All program provisions will empower our cooperative to lower project development costs and build more solar projects that will benefit the low-income residents of the environmental justice communities of Dorchester, Mattapan, Roxbury and Jamaica Plain in the City of Boston.

We are excited about the Massachusetts Solar for All and encourage  the EPA to award Massachusetts the maximum amount available based on the Solar for All program rules.

**Boston**
**Community**
**Solar**
**Cooperative**

Sincerely,

_____
Declan Keefe

_____
Eli Goldman

_____
Kate Raisz

_____
Gregory King

_____
D. Beth Griffith

_____
Ruth Lazare

_____
Kendra Beaver

**Cape Light Compact** JPE
261 Whites Path, Unit 4, South Yarmouth, MA 02664
Energy Efficiency 1.800.797.6699 l Power Supply 1.800.381.9192
Fax: 774.330.3018 l capelightcompact.org

August 29, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Cape Light Compact Joint Powers Entity (Compact), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Compact is a municipal energy services organization operated by the 21 towns on Cape Cod and Martha's Vineyard. The Compact serves the energy interest of residents, homeowners, businesses, and communities by providing energy efficiency programs, competitively priced renewable electricity supply and consumer advocacy on energy issues. The Compact is the only municipal Program Administrator administering the Mass Save program. The Compact has long championed solar energy for income eligible customers on Cape Cod and Martha's Vineyard. Our latest efforts to address the barriers income eligible residents face in pursuing solar is the Cape and Vineyard Electrification Offering (CVEO). CVEO is focused on decarbonizing 100 single-family homes that are deed restricted for affordability through the installation of heat pumps paired with solar and battery storage. The Compact has extensive experience administering federal and state grants.

An element of Massachusetts' proposed Solar for All program that the Compact is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

*Working Together Toward A Smarter Energy Future*

Aquinnah l Barnstable l Bourne l Brewster l Chatham l Chilmark l Dennis l Dukes County l Eastham l Edgartown l Falmouth
Harwich l Mashpee l Oak Bluffs l Orleans l Provincetown l Sandwich l Tisbury l Truro l Wellfleet l West Tisbury l Yarmouth

The Compact is prepared to support the Commonwealth's Meaningful Benefits Plan through the continuation and expansion of CVEO. As the local administrator of the Mass Save program, the Compact is uniquely positioned to comprehensively serve income-eligible residents. The Compact would be able to utilize rate payer energy efficiency funds and Solar For All funds to decarbonize income eligible homes through electrification paired with solar and battery storage. The availability of federal funds to pursue solar will reduce customer bill impacts and help to ensure that the Commonwealth achieves its climate goals in an equitable manner.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Compact would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. The Compact has over 25 years of experience successfully partnering with MA DOER and MassCEC to serve the income eligible population on Cape Cod and Martha's Vineyard. The Commonwealth's Solar for All application proposes to continue and expand this successful partnership with public and not-for-profit organizations – a goal the Compact supports 100%. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Margaret T. Downey
Administrator
mdowney@capelightcompact.org
508-375-6636

Cc:     Cape Light Compact Governing Board



September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of The Capital Good Fund ("Good Fund"), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Founded in 2009, Good Fund is a 501c3 nonprofit and U.S. Treasury-certified Community Development Financial Institution whose 42-person staff serves lower-income families throughout ten states, including Massachusetts. Our mission is to create pathways out of poverty and advance a green economy through inclusive financial services. We've financed 12,000 loans for $36 million across our three product lines, with a 96% repayment rate; we've also graduated 2,000 families from our Financial Coaching program. Among our products are solar loans and leases as well as energy-efficiency loans, with a focus on electrification measures. Of particular note is that we are an active participant in the Commonwealth's Mass Save program, through which we offer interest-free loans for weatherization measures; and we have, since 2021, offered a Solar loan to Commonwealth families. 80% of our customers are low-income (80% Area Median Income or below); two-thirds are People of Color; and two-thirds come from female-headed households.

An element of Massachusetts' proposed Solar for All program that Good Fund is particularly proud to support is the Meaningful Benefits Plan, which would, among other things:

> Deliver a minimum 20% of household savings to program beneficiaries;
> Increase low-income and disadvantaged households' access to solar through financing products;
> Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;

Should the Commonwealth receive funding, Good Fund will support the achievement of these goals in several ways. Most notably, we're prepared to significantly scale up our own green-financing activities to serve thousands of families in Massachusetts. We are especially excited about our solar leasing program, called BRIGHT, which is leveraging the IRA's new Direct Pay provisions for nonprofits, to help families that would otherwise be unable to monetize the clean energy tax credit to save money. The BRIGHT lease will deliver at least 20% month-one savings to families looking to benefit from solar and battery storage, while removing the need to incur debt or deal with system operations and maintenance. Crucially, the BRIGHT program is "shovel ready"—as soon as funding is allocated, we can begin to get "glass on roof" for families in need of bill relief.  Beyond that, we're prepared to be supportive of the Commonwealth's programming wherever possible–leveraging our deep experience as a community-based nonprofit financial institution to help the state succeed.



For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Good Fund would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Andrew Posner

Founder & CEO

Capital Good Fund

andy@capitalgoodfund.org

401-339-5437

August 31, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Center for Sustainable Energy (CSE), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CSE is a national nonprofit that accelerates the adoption of sustainable distributed energy and clean transportation through effective and equitable program design and administration. CSE is currently the program administrator for clean energy programs in 11 states valued at over $4 Billion. The Solar on Multifamily Affordable Housing (SOMAH) Program, Self-Generation Incentive Program (SGIP) in the San Diego Gas & Electric (SDG&E) service territory, and San Diego Solar Equity Program (SDSEP) are examples of our experience administering programs to successfully support the installation of solar and energy storage in low-income and overburdened communities, initiate local workforce development strategies, coordinate marketing, education and outreach efforts, and build equity and resilience using community-based solar solutions.

An element of Massachusetts' proposed Solar for All program that CSE is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

CSE's administered SOMAH program currently provides substantial household energy savings with a 39-61% reduction of customers' service bills. CSE manages SDSEP which provides incentives to expedite asset ownership for low-income households that increases property equity, achieves year-over-year energy savings, and maintains community energy resiliency.

Another element of Massachusetts' proposed Solar for All program that CSE is particularly proud to support is the Project Deployment Technical Assistance Plan:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

For both SOMAH and SDSEP, CSE directly involves contractors by developing and maintaining an established network of licensed and certified solar installers. CSE is currently working with the California Energy

Center for
Sustainable
Energy®

Commission to develop an Energy Storage Permitting Guidebook, which will streamline siting, permitting, and interconnection activities for project deployments.

Finally, CSE supports Massachusetts' proposed Equitable Access and Meaningful Involvement Plan for the Solar for All program which will:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

CSE shares Massachusetts' mission in providing equitable access to solar energy to low-income populations significantly burdened by negative socio-economic policies and environmental pollution. As the current program administrator for several large-scale equity-based solar and storage incentive programs, CSE understands the need for accountability and transparency of programs focused on benefiting low-income residents.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CSE would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Karen Glitman*

Karen Glitman
Senior Director, Distributed Energy Resources
Center for Sustainable Energy
Email: karen.glitman@energycenter.org
Phone: (857) 702-8527 Ext=558



*City of Boston, Massachusetts*
*Office of the Mayor*
**Michelle Wu**
**Oliver Sellers-Garcia, Green New Deal Director**

October 10, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the City of Boston, I am writing in support of the Commonwealth of Massachusetts' Solar for All grant application. The City is excited to participate as a close partner of the Boston Housing Authority, a sub-awardee and coalition partner in the application being led by the Massachusetts Department of Energy Resources and Massachusetts Clean Energy Center. As a municipality with approximately 56,000 income restricted units, 20,000 tenant-based vouchers for affordable housing, and 65% of residents living in rented housing, we are committed to ensuring that low-income and disadvantaged communities equitably benefit from the Solar for All program.

Boston's experience, including deploying solar throughout the City, designing community solar offerings and implementing federal grants, will inform its ability to help equitably distribute the Solar for All funding. For instance:

- The City administers, and has experience complying with the conditions of, federal grants and funding source, including through the Boston Housing Authority, which owns and/or oversees over 12,000 rental units and owns 63 housing developments;
- Through its Renew Boston Trust, the City contracts for development of solar systems on municipal properties;
- The City runs neighborhood solarization programs that include outreach to low-income building owners; and

- The City's Community Choice Electricity program included a proposal to provide over 20,000 low-income customers meaningful discounts on their electricity costs through the Commonwealth's Solar Massachusetts Renewable Target (SMART) program.

Boston is excited to work with state agencies to deploy financing support from the Solar for All program to solar projects at public housing across the Commonwealth. The Boston Housing Authority will leverage its procurement, contracting, and financing experience to help expedite delivery of funds and solar projects to low-income residents and disadvantaged communities. For example, the Boston Housing Authority will contribute its experience in:

- Conducting state- and federally-compliant procurements that enable state- and HUD-funded housing to participate and accelerate deployment to low and medium income housing providers.

- Creating good jobs and incorporating low-income residents in economic opportunities. The Boston Housing Authority and Building Pathways have modeled a long-standing partnership with public housing tenants entering pre-apprenticeship programs. (Building Pathways is an independent nonprofit that was founded by the Greater Boston Building Trades Unions.)

- Improving labor standards in the clean energy sector by creating a pipeline of solar-related work for which wages are protected by state and federal rules.

Within the City, we are also ready to support delivery of Solar for All financing to other forms of affordable housing, including naturally occurring affordable housing and buildings/complexes owned by community development corproations. Examples of existing programs we can use to educate building owners about funding for solar include the Mayor's Office of Housing, which offers financial support to buildings exploring decarbonization strategies, and the Building Energy Retrofit Resource Hub, which helps larger buildings assess strategies to reduce greenhouse gas emissions.

We support the Commonwealth's application to the Solar for All Program and appreciate the inclusion of financing for both direct ownership and community solar models and the particular attention to public housing as a method for channeling support to low-income communities. We urge the Environmental Protection Agency to award the full amount requested in the application.

2

Thank you for your attention.

Sincerely,

Green New Deal Director and Senior Advisor to Mayor Michelle Wu



**City of New Bedford Conservation Commission • Department of Environmental Stewardship**

133 William Street · Room 304 · New Bedford, Massachusetts 02740
Telephone: (508) 991.6188

**Conservation • Environmental Stewardship • Resilience**

**MAYOR**
JON MITCHELL

August 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the City of New Bedford's Department of Resilience and Environmental Stewardship, I am writing to express our wholehearted support for the Commonwealth of Massachusetts' Solar For All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

New Bedford became a leader in municipal solar over a decade ago and we are now establishing ourselves as the off-shore wind energy deployment and maintenance hub on the northeast Atlantic coast. We have worked throughout our many Environmental Justice communities through Mass Save and other programs to bring clean energy options to low-income residents. We also recently completed a Brownfields Job Training Program funded by EPA, enabling us to train over 80 Greater New Bedford residents to work in new construction along our expanding working waterfront. New Bedford's resilience vision is to make New Bedford a thriving, self-sustaining city that is physically, culturally, and economically secure and ready to implement innovative approaches to preparing for tomorrow's possibilities. We understand that the City cannot claim resilience until all of our neighborhoods are resilient. We regularly work with our state and federal partners to grow economic mobility with and within our EJ communities. We are committed to continuing to support our EJ neighborhoods to overcome barriers to clean energy adoption, realize solar-related economic benefits, acquire training for clean energy deployment, and serve low-income and disadvantaged communities.

The City of New Bedford is particularly proud to support Massachusetts' proposed Solar For All program's Meaningful Benefits Plan which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;



- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).

The City of New Bedford is currently supporting the development of Resilience Hubs by two community-based organizations (CBOs) serving low-income EJ communities. We are working with these CBOs to deploy solar on their buildings and to incorporate storage to ensure power is available to area residents in the event of an outage. The City intends establish a Residential Energy Access program focused on making clean energy options available throughout low-income neighborhoods. We will use best practices and lessons learned during our Brownfields Job Training Program to support local job training and opportunities for sustainable local job creation.

Another element of Massachusetts' Solar for All Program that New Bedford is eager to support is the Project Deployment Technical Assistance Plan which will:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

The City of New Bedford is working to develop a program to incentivize deployment of solar and other clean energy alternatives on non-owner-occupied multifamily housing so that the tenant can realize the financial benefits of transition to solar.

The City of New Bedford is also committed to support the Massachusetts' Solar for All Program's Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar For All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households;
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

New Bedford is creating an inventory of neighborhoods and prioritizing those with the greatest energy burdens to ensure equitable access to the benefits of local Solar for All programming. New Bedford will create a Residential Energy Coordinator position to conduct outreach in EJ neighborhoods and to support residents through the process of financing and implementation. We will employ residents of the



133 William Street-Room 304, New Bedford, MA 02740 - Telephone 508-991-6188

communities that we are working to serve to maximize the impact of outreach and marketing strategies that will be culturally appropriate and responsive to the needs of the communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the City of would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me directly at 508-979-1487 or michele.paul@newbedford-ma.gov should you wish to discuss New Bedford's plan for collaboration with MA DOER and MassCEC's Solar For All program.


Sincerely,

Michele Paul, LSP
Director, Resilience and Environmental Stewardship, City of New Bedford





Monday, September 18, 2023

5301 Central Ave.
St. Petersburg, FL 33710
**climatefirstbank.com**

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Climate First Bancorp, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Climate First Bancorp is the bank holding company for Climate First Bank, an FDIC-insured community bank with a mission to provide environmentally and socially impactful lending. Along with the Bank, Climate First Bancorp has a controlling interest in OneEthos, a minority-led, mission-driven technology company focused on providing digital, capacity and market-building solutions to financial institutions that are traditionally underserved by technology such as community banks, CDFIs, credit unions, and green banks. OneEthos is one of the few financial technology companies in the nation that is regulated by the Federal Reserve Bank. The Bancorp, Bank, and OneEthos are Certified B Corps and registered as state benefit corporations.

Climate First Bank's leadership team has extensive experience deploying affordable solar financing at scale, while demonstrating that financial excellence can occur without ethical compromise. Ken LaRoe, CEO and Founder pioneered solar lending in Florida at First Green Bank, the very first bank in the eastern United States with an environmental and social mission. Mr. LaRoe was the CEO and Founder of First Green Bank and Florida Choice Bank prior to starting Climate First Bank.

An element of Massachusetts' proposed Solar for All program that Climate First Bancorp is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

With the support of the fully digitized solar lending platform developed by OneEthos, the Bank has generated and processed over $140 million in residential rooftop solar applications over the last 16 months. Our digital platform enables customer outreach, education, and financing at point-of-sale from a vetted network of solar contractors, including minority-owned, veteran-owned, woman-owned, and Business Enterprise Certified solar installers. Approximately 35% of the loans originated are currently located in CDFI investment areas. We believe we can do far more with the support of incentives from the Greenhouse Gas Reduction Fund.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Climate First Bancorp would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely

Marcio deOliveira
EVP, Chief Digital Banking Officer
marcio.deoliveira@climatefirstbank.com
(727) 335-0523



October 6, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Coalition for Community Solar Access (CCSA), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Coalition for Community Solar Access (CCSA) is a national coalition of businesses and nonprofits working to expand customer choice and access to solar for all American households and businesses through shared solar programs. We have worked to expand community solar in Massachusetts by providing input in public proceedings on policy design, providing technical experts for working groups and commissions on interconnection and siting, and promoting best practices among industry participants to ensure a positive experience for community solar subscribers. We have been actively engaged in DOER's stakeholder process in developing their Solar For All application, providing feedback on the Commonwealth's Straw Proposal and sharing our view of the most effective approaches to best serve low income customers.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, CCSA intends to further this leadership. Specifically, we plan to continue engagement with MA DOER and MassCEC in the implementation of their Solar For All program, providing recommendations on program design to provide maximum benefits to low-income customers. Additionally, CCSA plans to offer technical support to MA DOER and MassCEC to assist in their efforts to provide greater net savings for low income customers and simplify the subscription process for customers through the SMART program. As the primary association representing community solar providers, CCSA stands ready to facilitate communication and feedback between industry participants, their customers, and the program administrators.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CCSA will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Kate Daniel*

Kate Daniel
Northeast Regional Director
Coalition for Community Solar Access (CCSA)
kdaniel@communitysolaraccess.org



9/8/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Codman Square Neighborhood Development Corporation (CSNDC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CSNDC is a grassroots community organization committed to developing affordable housing, promoting economic mobility, building community power, and fighting for racial justice within the environmental justice neighborhoods of Codman Square and South Dorchester. CSNDC is a BIPOC led organization and has a 41-year long track record in community revitalization and deep community partnerships. For the past decade years CSNDC has prioritized projects and programming promoting neighborhood scale environmental justice including

- providing energy outreach services to connect residents to low-to-no cost resources such as highly efficient AC units and energy assessments that simultaneously combat the impacts of heat island effects and reduce energy bills;
- building and maintaining energy efficient, LEED certified affordable housing units
- and helping meet the need for a diverse pool of skilled workers in growing sustainability fields through workforce development programs that train local men of color

CSNDC is proud to support all three elements of Massachusetts proposed Solar for All Program. The Project Deployment Technical Assistance Plan, is relevant to CSNDC's work an affordable housing developer and we look forward to benefitting from the technical assistance to help us develop a pipeline of solar projects, overcome barriers related to project deployment such as siting, permitting, interconnection, and understand financing options available to us though various federal, state, and utility programs. Additionally, CSNDC is particularly supportive of the Workforce Development component of the Technical Assistance Plan. The goal within the Solar for All proposal to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects broadly across the Commonwealth is particularly relevant to the black and brown community we serve that continues to face high un-and-underemployment rates. If awarded, CSNDC commits to help connect the residents we serve to the clean energy career opportunities that will be supported by Solar for All funding.

CSNDC also supports the Meaningful Benefits Plan component and Equitable Access and Meaningful Involvement Plan. Specifically, CSNDC's Energy Ambassador program helps connect the low-and-moderate income residents we serve to energy programs to help them save money. As such we support the goals of Solar For All to deliver a minimum 20% of household savings to program beneficiaries; to increase low-income and disadvantaged households' access to solar through financing products, and to facilitate ownership opportunities for low-income households. CSNDC will use the outreach channels we have within our community to promote Solar for All programs and will partner with MassCEC and DOER to help reach residents in our community.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CSNDC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

**Meredith Geraghty**
Vice President of Basebuilding Strategy and Fundraising

**Codman Square Neighborhood Development Corporation**
587 Washington Street, Dorchester, MA 02124
www.csndc.com
617-825-4224 ext. 142
meredith@csndc.com



September 1st, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Co-op Power, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Co-op Power is a 20 year old consumer-owned, multi-class, multi-race energy cooperative incorporated in Massachusetts with 1200 household owner-members and dozens of small businesses, non-profits and municipal owner-members working on a not-for-profit basis to create a just and sustainable energy future. We serve communities across Massachusetts along with others in the Northeast, pioneering models for community ownership of solar in order to bring the benefits of solar ownership to all communities - including and especially to low income and disadvantaged communities - along with the jobs, wealth building and consumer savings that come along with it.

Co-op Power has developed 4.4MW of community solar and 900 kW of commercial solar projects in addition to supporting more than a thousand residential installations, all originated by and directed by community-based leadership. All projects are either community-owned or are on a path to community-ownership within ten years through a tax

equity flip financing model or a project sale with buy-back options. Co-op Power is currently managing a community solar subscription program for more than 800 subscribers; 75% qualify as low-income. More than 50% of our members are from EJ communities and our board is BIPOC-led.

We are working with Sunwealth to commission our 760 kW SMART program low-income community solar array in Easthampton MA. We were the lead developer on that project before we sold it to Sunwealth with the agreement to purchase the project back after 10 years and we are managing the solar subscription program in the meantime delivering on-bill credits to our 85 low-income, owner-members.

Co-op Power and its member-owners have extensive experience in community education and identifying and overcoming barriers to clean energy adoption, especially in low income and disadvantaged communities. When we began in 2002, we worked extensively with DOER and MTC, bringing the voices of our consumer-members from low income and disadvantaged communities along with middle-class and wealthy communities to help shape the MassSave, SREC, Mass Solar Loan and later the SMART programs. Our leadership base from low-income and disadvantaged communities has ensured that our clean energy community organizing and advocacy raises up the environmental, economic, social and political challenges facing environmental justice communities and plays a leadership role in addressing those challenges.

- Co-op Power operated a MassSave energy efficiency program in Boston and W Mass with 4 crews on the road for five years focusing service and workforce development in low income communities before there was state support for that type of focus.
- Co-op Power ran a Green Jobs Training Program, training more than 400 young people and out-of-work adults in energy efficiency, solar installation, clean energy marketing, energy cooperative development and cooperative management.
- We supported the development of seven community energy cooperatives in our network.
- We trained more than 40 plumbers to install residential solar hot water systems and installed more than 100 systems ourselves in a community participation and education program we ran for a decade.
- We served as the host developer providing a wide range of technical assistance and financing services for the start up of a dozen businesses including Northeast Biodiesel, PV Squared, Energia, SDA, Alpha-B, Resonant Energy, and five solar businesses in order to create jobs and deliver clean energy services to residential communities, especially focused on low income communities.
- Co-op Power has complied with a wide variety of state and federal grant requirements including Davis-Bacon.
- Co-op Power is currently providing technical assistance on solar options to a wide range of community-based commercial and community solar initiatives including one funded by DOE/NREL for the City of Lawrence.

An element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

Co-op Power is planning to develop 4.5MW of community owned solar in Massachusetts serving at least 575 households with projects valued at $10.8M in the next 3-4 years. Our projects will maximize the household savings possible for each site with at least a 20% savings, prioritizing benefits to low income and disadvantaged communities. 75% of the benefits will go to households in low income and disadvantaged communities. These installations will include storage where financially viable. Our Good Green Jobs program will continue to train people for a wide range of solar-related employment opportunities.

Another element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Project Deployment Technical Assistance Plan, which would,

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Co-op Power will continue to provide technical assistance to community energy cooperatives in our network along with municipalities, nonprofits, and other not-for-profit, community-based networks, to support solar project pipeline development. Our deep member-leader TA bench can help projects overcome barriers in all areas of solar project development. Co-op Power will continue to support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs. Our Good Green Jobs program will continue to train people for a wide range of solar-related employment opportunities and our business development efforts will continue to support

entrepreneurs in the development of social enterprises that can provide essential services to residential communities, especially in low income and disadvantaged communities.

Another element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Co-op Power's community solar projects are cooperative owned by the subscribers and our commercial projects are owned by the project host or a non-profit or municipality. Low-income and disadvantaged communities are directly involved in selecting projects to work on, designing their projects, operating and owning them.  All of our 1200 household members are invited to develop and participate in solar projects in their communities and we prioritize projects that are led by and that serve low income and disadvantaged communities as well as our other member-owners.  All of our projects include leadership from low income and disadvantaged communities and serve low income and disadvantaged communities.  Our education, organizing and marketing materials are are designed to facilitate participation by households in the target communities. Materials are translated as required and language and images are adjusted as required.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Co-op Power would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Lynn Benander

Lynn Benander
President, Co-op Power
413-552-6446
lynn@cooppower.coop

September 19, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Cooperative Credit Union Association (CCUA), I am writing to express our support for the Commonwealth of Massachusetts' *Solar for All* grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The CCUA represents nearly 200 credit unions in Delaware, Massachusetts, New Hampshire, and Rhode Island, empowering them, individually and collectively, to provide consumers with outstanding financial services. Our member credit unions serve nearly 5 million members across our five states. CCUA has also supported many initiatives to improve the lives of low-income citizens of Massachusetts.

A brief list of our green initiatives and support of low-income communities include:

1. Massachusetts credit unions accounted for $99.8 million of financing for residential solar projects under the CEC's Mass Solar Loan program, most of which went to households of low to moderate means.
2. The CCUA partnered with a financial technology company that provided free solar siting services to credit union members, along with access to pre-approved solar installers.
3. We have helped raise nearly $3 million dollars in our *Bed for Every Child* initiative, which provides beds and bedding to low-income families through the Commonwealth.

An element of Massachusetts' proposed Solar for All program that the CCUA is particularly proud to support is the <u>Meaningful Benefits Plan</u> which would:

- Deliver a minimum 20% of household savings to program beneficiaries
- Increase low-income and disadvantaged households' access to solar through financing products
- Facilitate asset ownership opportunities for low-income households

*Serving the Underserved* is a common mantra in the credit union industry, and we have truly come to live that statement, and through our local credit unions, truly understand the challenges facing low-income and disadvantaged communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the CCUA would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe (and have witnessed!) that the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology, and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ronald McLean
President/CEO



September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Energy Allies, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Energy Allies is a 501 c3 nonprofit organization dedicated to revolutionizing energy by ensuring the communities most impacted by climate change lead local clean energy solutions. Energy Allies catalyzes community-led energy projects through community solar policy and energy justice educational resources in climate-impacted communities. Our partnership with the Department of Energy, MIT, and Stanford has led to the development of EnergyScore, a more accurate predictor of defaults that is inclusive of all households. Our research, conducted in collaboration with the Department of Energy Solar Energy Technologies Office (SETO), highlights the importance of policy in promoting equitable inclusion of all income levels and involving communities in designing local energy solutions. Additionally, we are founding members of the Boston Community Solar Cooperative, a new entity in Boston founded on expanding equitable access to solar ownership opportunities.

An element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

Through our work with the Boston Community Solar Cooperative and other ongoing projects, we are well-positioned to facilitate asset ownership opportunities for low-income households. Our unique,



community-led process allows community champions to lead the decision-making process associated with project development and is highly aligned with the proposed program outlined here.

Another element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, and interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

With the recent release of the Inflation Reduction Act, Energy Allies is positioning itself to act as a nonprofit solar developer with the aim to maximize economic benefits in low-income and disadvantaged communities. Through this effort, we are highly intentional in working with small and WMBE contractors who historically may have been unable to work on solar projects in Massachusetts.

Another element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Energy Allies would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Eli Goldman*
*Energy Allies*
*egoldman@energy-allies.org*



September 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of MassHire Franklin Hampshire Workforce Board, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

MassHire Franklin Hampshire Workforce Board is the region's policy-making authority in developing workforce skills. In partnership with government, business, labor, education and community-based organizations, the MassHire FHWB coordinates and oversees the region's publicly funded workforce training and placement programs. In the past, we have worked hard to develop solar installer training with Greenfield Community College. More recently, we have partnered with Greenfield Community College to create their first HVAC training program in partnership with local employers.

An element of Massachusetts' proposed Solar for All program that MassHire Franklin Hampshire Workforce Board is particularly proud to support the Meaningful Benefits Plan and the Equitable Access and Meaningful Involvement Plan, which would:

*Meaningful Benefits Plan*
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

*Equitable Access and Meaningful Involvement Plan*
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

MassHire Franklin Hampshire Workforce Board plans to support the Meaningful Benefits Plan by assisting with the development, implementation, and resources to ensure there is quality jobs within the Solar/Green Energy sector. We have done similar projects in 2008 with the Green Sector Initiative and more recently (2023) with Greenfield Community College through the MassCEC's Equity Workforce Grant for HVAC.

Another element of Massachusetts' proposed Solar for All program that MassHire Franklin Hampshire Workforce Board is proud to support is the Equitable Access and Meaningful Involvement Plan. We can help connect the initiative to local Community Based Organizations, which in turn can leverage their knowledge and expertise to ensure marketing strategies are culturally appropriate. We are a rural region and are happy to assist with education, outreach, and direct community engagement through our existing parthernships.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MassHire Franklin Hampshire Workforce Board would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Rebecca Bialecki, PhD
Executive Director
MassHire Franklin Hampshire Workforce Board
rbialecki@masshirefhwb.org
413.773.1835

**Greater Springfield**
# Habitat for Humanity®

240 Cadwell Drive, West Springfield Avenue
West Springfield, MA 01089
Phone 413-739-5503
support@habitatspringfield.org
www.habitatspringfield.org

August 29, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Greater Springfield Habitat for Humanity, Inc. (GSHFH), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GSHFH is a housing ministry dedicated to strengthening communities by empowering low-income families to change their lives and the lives of future generations through homeownership and home preservation opportunities. This is accomplished by working in partnership with diverse people, from all walks of life, to build simple, decent, affordable housing. We have over 35 years of experience working in Hampden County MA with lower-income families to provide access to homeownership, and home repair services. We work in partnership to maximize our impact by promoting the MassSave and the SMART Program and tax incentives available to homeowners as additional benefits beyond our programs. We have navigated numerous grants from HUD, local municipalities, and private funders to create and maintain our programs. We have begun the process of integrating solar and other green building methods as stand practice for our new home construction projects.

Elements of Massachusetts' proposed Solar for All program that GSHFH is particularly proud to support are the Meaningful Benefits Plan, which would:

- Deliver a minimum of 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households; and

Another element of Massachusetts' proposed Solar for All program that GSHFH is proud to support is the Project Deployment Technical Assistance Plan which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

- Support overcoming barriers related to project deployment such as siting, permitting, and interconnection;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local, and utility programs.

GSHFH is also in support of Massachusetts's proposed Solar for All program elements in the Equitable Access and Meaningful Involvement Plan which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Through our homeownership programs GSHFH would support the MA Solar for All program by incorporating solar into our new/rehab construction projects enabling access to solar to all of our first-time home buyers. Through our home preservation and repair programs we can educate current homeowners on the benefits of solar and help them to make needed upgrades to allow for solar installation on their properties. GSHFH can easily work on creating a pipeline of projects, we receive numerous inquiries daily from homeowners who are looking to improve their homes and make them more affordable and energy-efficient. We also work in partnership with local vocational schools to provide access to hands-on learning experiences and training through volunteer opportunities, co-op, internships, and apprenticeship positions for students interested in the construction fields. Exposure to solar installation would be a valuable tool in helping many of these students as they choose future career paths in the building industry.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Greater Springfield Habitat for Humanity would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Aimee Giroux, Executive Director
Greater Springfield Habitat for Humanity, Inc.
giroux@habitatspringfield.org 413-739-5503

# GREEN ENERGY CONSUMERS ALLIANCE

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Green Energy Consumers Alliance, Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Green Energy Consumers Alliance (Green Energy Consumers) is a 501(c)3 non-profit organization with a mission to harness the power of consumers and communities to speed the transition to a zero-carbon future. We do so by advocating for sound public policy and by operating programs that help consumers access clean energy technologies to reduce their personal greenhouse gas (GHG) emissions.

With a track record of successful initiatives since 1982, Green Energy has been at the forefront of driving positive change in the energy sector. In the early 2000s, we led several groups in the Greater Boston Million Solar Roofs Initiative, a DOE-support project. We also administered large-scale residential energy efficiency projects funded by the American Recovery and Reinvestment Act. In 2016, we developed the Green Municipal Aggregation model in collaboration with Good Energy, LLC in Massachusetts and have recently expanded the model to Rhode Island. We serve those communities by purchasing renewable energy certificates from local suppliers in New England, making clean energy affordable and accessible to residents in both states.

# GREEN ENERGY
# CONSUMERS ALLIANCE

We support the multi-faceted approach proposed by Massachusetts including the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan. It would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

If Massachusetts receives a grant from Solar for All, Green Energy Consumers Alliance will be ready to educate consumers, installers, and communities about the resulting programs. We are also exploring ways that we might directly participate in the market through project development and consumer aggregation.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Green Energy Consumers would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience

**greenenergyconsumers.org**

**Boston:** 284 Amory Street, Boston, MA 02130 | Phone: 800-287-3950
**Providence:** 188 Valley St, Suite 221, Providence, RI 02909 | Phone: 401-861-6111

# GREEN ENERGY
# CONSUMERS ALLIANCE

deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Larry Chretien
Green Energy Consumers Alliance, Inc.
Larry@greenenergyconsumers.org



2 October 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**RE:     *Support for the Commonwealth of Massachusetts' Solar for All Application***

Dear Administrator Regan:

On behalf of the members, staff and board of GreenRoots, I am writing to express our enthusiastic support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GreenRoots is an environmental justice organization with 30 years of organizing our communities of Chelsea and East Boston to advocate for a healthier and more just environment. During that time, we have advocated for better access to energy efficiency and clean energy initiatives in BIPOC communities such as our own. From creating greater equities in Mass Save projects, to promoting solar panels and battery storage among low income, Spanish-speaking renters in East Boston to pioneering a microgrid with our partners in Chelsea, we see engagement and participation of traditionally excluded communities as key to realizing a carbon-free future with equity, inclusion and sustainability.

GreenRoots is particularly proud to support many of the elements of Massachusetts' proposed Solar for All program, including the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement Plan, which would:
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

GreenRoots would happily support the above listed efforts through partnering on outreach and program design in environmental justice communities, leverage our existing community relations to bring visibility and efficacy to the projects and advise on overcoming barriers to implementation of clean energy technologies in our communities. Beyond the on-the-ground practical concerns of program implementation, we are also interested in addressing the systemic and policy barriers to successful adoption of these technologies in EJ communities. In particular, the complex intricacies that stymie the implementation of microgrid solutions to resiliency and sustainability of our electrical grid are of particular concern to us. Additionally, the challenge of implementing energy efficiency and solar programs within the context of a rapidly gentrifying neighborhood, where building improvements are desperately needed, but also represent a serious threat to housing affordability is an area we have much experience and hold strong opinions.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and GreenRoots would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

John Walkey
Director of Waterfront and Climate Justice Initiatives
GreenRoots
johnw@greenrootschelsea.org



October 3rd, 2023

Hon. Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Honorable Administrator Regan,

We, the united voices of the International Brotherhood of Electrical Workers (IBEW) Locals 7 of Western Massachusetts, Local 96 of Central Massachusetts, Local 103 of Greater Boston, and Local 223 of Southeast Massachusetts, strongly support the Solar for All Proposal from the Commonwealth of Massachusetts, led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). The Solar for All Program will be a solid step towards a cleaner and more equitable future in Massachusetts and beyond.

Our support is rooted in our shared goals of promoting an equitable clean energy transition and ensuring high-road careers for all in the clean energy industry. We fully back the Project Deployment Technical Assistance, Meaningful Benefits, and Equitable Access and Meaningful Involvement Plans in this application. The Commonwealth's proposed program will create high-road careers, generate sustainable economic growth, and provide much needed environmental and social justice. We especially applaud the Commonwealth's proposed program for its focus on workforce development through registered apprenticeship programs and fair living wages and benefits.

We also believe the program's commitment to focusing on projects in historically disenfranchised communities and for low-income housing is crucial for rectifying historical inequities and fostering a more inclusive clean energy economy. By prioritizing these communities in terms of both projects and workforce, the Solar for All Program demonstrates a holistic approach towards environmental justice and economic empowerment.

In conclusion, we affirm our staunch support for the Solar for All Proposal. Its vision resonates with our long-term goals of promoting a just transition to clean energy, equitable workforce development, and environmental resilience in our communities. We eagerly anticipate the positive impact the Solar for All Program will have on the

Commonwealth of Massachusetts and stand ready to contribute our expertise and support towards its successful implementation.

Thank you for your consideration. We welcome any further discussion about this transformative initiative for Massachusetts' clean energy future.

Sincerely,

DocuSigned by:

*Dan D'Alma*

3A88144E3F3A44D...

Dan D'Alma
Business Manager
IBEW Local 7
Western Massachusetts

DocuSigned by:

*Thomas J. Maloney*

B497908C7B4B4C7...

Thomas J. Maloney
Business Manager
IBEW Local 96
Central Massachusetts





DocuSigned by:

*Louis J Antonellis*

D50A19D57A5C403...

Lou Antonelis
Business Manager
IBEW Local 103
Greater Boston

DocuSigned by:

*Douglas P. Nelson*

E391588065F6450...

Douglas P. Nelson
Business Manager
IBEW Local 223
Southeast Massachusetts





National Association of
Housing & Redevelopment Officials

September 26, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' "Solar for All" Application**

Administrator Regan:

On behalf of the Massachusetts Chapter of the National Association of Housing and Redevelopment Officials (MassNAHRO), I am writing to express our support for the Commonwealth of Massachusetts' "Solar for All" grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious "Solar for All" program.

MassNAHRO represents the 240 local housing authorities in the Commonwealth that own and operate 43,000 units of state-subsidized public housing, serving more than 70,000 of the Commonwealth's low-income veterans, seniors, families, and people with disabilities. Given the diversity of size, capacity, and experience of local housing authorities across Massachusetts, MassNAHRO, on behalf of our members, supports the key programs considered under the "Solar for All" grant.

One element of Massachusetts' proposed "Solar for All" program that MassNAHRO is particularly pleased to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).

MassNAHRO is further pleased to support the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through "Solar for All" and other state, federal, local and utility programs.

Finally, MassNAHRO is pleased to support the Equitable Access and Meaningful Involvement Plan, which would:
- Ensure equitable access to the "Solar for All" program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' "Solar for All" program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

These three programs representing the core of "Solar for All" would play a vital role in assisting our members, the 240 local housing authorities in Massachusetts, in playing a meaningful and coordinated role in helping to achieve their critical benchmarks and intended outcomes. MassNAHRO's members look forward to cooperating with MA DOER and MassCEC in their efforts to advance the interests of climate justice and sustainability for all members of our society.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MassNAHRO would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious "Solar for All" program. MassNAHRO is convinced that MA DOER and MassCEC have ably demonstrated the experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.

Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Donna Brown-Rego
Executive Director

# Mill Cities Community Investments

*community development financial institution serving the Merrimack Valley*

50 Island Street suite 103 ◆ Lawrence, MA 01840 ◆ 978-258-2772

www.mccinvest.org

September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Mill Cities Community Investments (MCCI), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

<u>MCCI Overview</u>

MCCI is committed to closing the capital access gap in low-to-moderate income (LMI) communities and under-resourced populations across Massachusetts through a range of low-cost loan programs and small business training and technical assistance. Many of MCCI's Board, leadership and staff members represent the communities we service in the Merrimack Valley region and across the state, comprising both local community and banking leaders. MCCI employs a grassroots approach, building deep trust in the communities we serve.

MCCI provides residential loan products that assist LMI homeowners in upgrading and retaining homes with code issues, inefficient systems, and aging structures or equipment. In 2022, MCCI adopted a broader "green lending" approach across the entire Residential portfolio, focused on supporting LMI homeowners in the Merrimack Valley and beyond looking to transition to clean energy and energy-efficient systems. Green lending provides MCCI an opportunity to expand on the existing Home Improvement loan programs while supporting the reduction of greenhouse gas emissions. These efforts align with MCCI's mission and current work of advancing community revitalization by providing a holistic menu of home improvement products that meets the need of homeowners at whatever stage of home renovation they are in --whether it's financing lead paint removal, repairs, weatherization, or moving fully to clean energy via a solar project.

MCCI's expertise aligns with financing the rehabilitation, repair and retrofitting of existing single family home housing stock in MA in service of electrification and decarbonization of homes. We specialize in lending to individuals and families in under-resourced communities, innovating to find solutions for financial needs, and



# Mill Cities Community Investments

*community development financial institution serving the Merrimack Valley*

50 Island Street suite 103 ◆ Lawrence, MA 01840 ◆ 978-258-2772

www.mccinvest.org

offering flexibility in our underwriting process. Committed to helping homeowners improve the health and quality of their homes through a sustainable lens, MCCI currently offers 4 residential products:

1. <u>Home Improvement</u>[*]: Financing repairs, additions, alterations, renovations, accessibility improvements, code violations
2. <u>"Get the Lead Out"[*]</u>: Lead abatement program for owner-occupied homeowners, investor, and nonprofits
3. <u>Mass Save 0% HEAT Loan</u>: Energy efficiency loans financing heating systems, hot water systems, insulation, window replacements and any projects approved by Mass Save
4. <u>Solar Plus "Pilot" Program</u>: Solar Panel installation, battery storage plus roof replacement, and other energy efficiency programs to catalyze solar installation

MCCI has built significant momentum in the past year through deepening relationships with key members of green efforts across the state as well as moving into a leadership position in the Merrimack Valley and working with partners across the region to help fully transition LMI residents to clean energy. The team has pursued ongoing education, as well, including through participating in the Justice40 initiative, learning more about the barriers of decarbonization preventing the transition of households in LMI communities towards clean energy usage., steps of weatherization, and solar installation specifically within LMI communities, Additionally, MCCI's Residential Program Manager completed Solar Consumer Lending courses through Inclusiv at the University of New Hampshire focused on financial inclusion and empowerment through a solar lens.

<u>MCCI Support</u>

The elements of Massachusetts' proposed Solar for All program that MCCI is particularly proud to support are within The Meaningful Benefits Plan and The Project Deployment Technical Assistance Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households;
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects; and
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Supporting elements from both plans, the Residential Team has implemented a new solar loan product that will provide access to flexible capital to LMI homeowners in the Merrimack Valley and in the future across the state. The intention of Solar Plus is to remove barriers for homeowners who may have more than one financing need with regards to improving their homes and transitioning to renewable energy and to keep the costs manageable, with a clear return on investment. It is also an opportunity to support LMI homeowners with an

---

[*] In partnership with MassHousing



# Mill Cities Community Investments

*community development financial institution serving the Merrimack Valley*

50 Island Street suite 103 ◆ Lawrence, MA 01840 ◆ 978-258-2772

www.mccinvest.org

affordable option to own (versus lease) their own solar panels (without needing to tap into predatory lending options), plus make any necessary retrofits/repairs as needed all in one hybrid product. This program will help cover the costs related to the installation of solar photovoltaic panels, battery storage, and other expenses associated with energy-efficient improvements. The Solar Plus program builds on the existing Home Improvement suite of products as a natural progression and holistic approach of moving homes from safe/livable to energy efficient to renewable with cost savings.

With a goal of increasing our impact on homeowners in the communities we serve, the Residential Team plans to soon incorporate technical assistance support into the program. Technical assistance will enable MCCI to increase capacity (both internally and externally) focused around supporting homeowners throughout the decision-making process of adapting their homes towards becoming more energy efficient. These activities will include educating the homeowner about their existing housing and suitability needs for the transition, connecting them with resources, and assisting them in getting quotes for the projects to be financed. After loans are approved and closed, the residential technical assistance support will ensure that the project is carried out and completed adequately for the homeowner. With a stronger understanding of the resources available to them, MCCI's home improvement program has the power to generate greater impact across LMI communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MCCI would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Glynn Lloyd
Executive Director



October 3rd, 2023



Hon. Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts 'Solar for All Application

Honorable Administrator Regan,

We, the undersigned chapters of the National Electrical Contractors Association encompassing Greater Boston, Central and Western Massachusetts, Southeast Massachusetts, Rhode Island, New Hampshire, and Maine, are pleased to support the Commonwealth of Massachusetts 'Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). NECA is at the forefront of the clean energy transition, championing equitable work, supporting MBWE contractors and a diverse workforce, and offering unparalleled training for our electricians and contractors to ensure the highest standards in the industry.

The proposed Massachusetts Solar for All Program will be a conduit for further catalyzing the equitable clean energy transition not only in Massachusetts, but also nationally, through its best practices and leadership. With a strong emphasis on ensuring this transition results in sustainable high-road careers, economic development, and environmental justice for all, Massachusetts will set a robust example for others to follow. We are especially proud to support the Project Deployment Technical Assistance, Meaningful Benefits, and Equitable Access and Meaningful Involvement Plans in the Commonwealth's Application.

The Commonwealth recognizes that the key to achieving the goals laid out in these plans is through engaging contractors who uphold fair living wages and benefits, prioritize the utilization of graduates from registered apprenticeship programs, and specialize in performing licensed electrical work. The Project Deployment Technical Assistance Plan is particularly crucial as it paves the way for more successful solar projects by supporting contractors and property managers to develop the technical and financial capacity necessary to implement equitable clean energy projects. By tackling barriers such as siting, permitting, interconnection, and providing direct technical and financial assistance to property managers and building owners, this plan will simplify the process of accessing financing, grants, tax credits, and other incentives, making the Solar for All Program more attainable and beneficial for all involved.

The Meaningful Benefits Plan and the Equitable Access and Meaningful Involvement Plan further underscore the holistic approach of the Commonwealth towards ensuring that the benefits of the Solar for All Program are far-reaching and inclusive. By aiming to deliver meaningful energy savings to program beneficiaries, increasing access to solar through new financing products, and enhancing community resiliency, these plans are well-aligned with the goals of promoting asset ownership among low-income households and creating quality job opportunities in accordance with the Biden Administration's Good Jobs Principles. Furthermore, the emphasis on equitable access, community engagement, and participatory governance in the program highlights the Commonwealth's commitment to fostering a sense of ownership and inclusivity among the communities participating in and served by Solar For All.

Lastly, the Commonwealth of Massachusetts has long stood at the forefront of our nation's shift towards a clean energy future. With a proven track record, the MA DOER and MassCEC have substantial expertise in deploying technical assistance and incentive funding to support the equitable clean energy transition.

Please do not hesitate to reach out should you require any further information or clarification. Thank you for your consideration.

Sincerely,

Kristen Gowin
Executive Manager
National Electrical Contractors Association, Greater Boston Chapter


On behalf of:
- NECA Greater Boston Chapter
- NECA Central and Western Massachusetts Chapters
-  Michael McDonough, Executive Manager
- NECA Southeast Massachusetts & Rhode Island Chapter
-  Spencer Marks, Executive Manager
- NECA Greater Boston Chapter, New Hampshire Division
- NECA Greater Boston Chapter, Maine Division

# Northeast Energy Efficiency and Electrification Council

9/19/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Northeast Energy Efficiency and Electrification Council (NEEEC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

NEEEC has been involved in supporting the growth and expansion of clean and equitable energy policies and programs for the past 25 years. We have recently refocused our efforts to incorporate both electrification including solar with efficiency strategies that need to work collaboratively. As the Executive Director of NEEEC I have worked for many decades on supporting solar as both a climate and equity strategy, including helping to create the first legislative plan for creating Community Solar as a state program in 2008. Solar is a critical part of the plan that needs to address both climate and equity in our energy economy and for 30 years have worked hard to support multiple strategies, financing plans, third party owned solar and community solar. We also work closely with the low income agencies and Mass Save to help insure effective collaboration and service delivery to the low income communities.

An element of Massachusetts' proposed Solar for All program that NEEEC is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

NEEEC is actively working with the low income community and Mass Save to insure that the energy efficiency and renewable energy strategy programs are effectively implemented. The whole range of strategies and plans that MA DOER and MassCEC are proposing are directly related to the policy efforts that we have supported for many years. We would provide consulting to both local agencies, organizations, municipalities as well as DOER and MassCEC to support the implementation of the range of plans proposed. We are particularly focused on working with both the low income statewide organization LEAN which delivers both MassSave and WAP as well as the Mass Save Program administrators to help on the ground support and delivery of these plans. Our board of directors has an excellent track record on an individual level of working for decades in equitable clean energy policies and will assist with this effort.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and NEEEC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful

benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Stephen L. Cowell
Executive Director
Northeast Energy Efficiency and Electrification Council
steve@cowellconsulting.org
cell: 617-816-4826



September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Pioneer Valley Photovoltaics, Inc. (d.b.a PV Squared), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

PV Squared is a worker-owned cooperative and B-lab certified solar and storage development and installation company based in Greenfield, MA. Our mission is to design, build, and maintain quality solar projects with heart and humanity to empower our community with clean, local energy. Since our founding in 2002, we have installed 22 megawatts (MW) of solar and storage across over 2,000 projects in MA, VT, NY, and CT.  In August of 2023, PV Squared celebrated its 2,000th job completion on Sanderson Place, affordable senior housing in Sunderland, MA. Many PV Squared installations have been in rural areas. These installations have furnished over 105 megawatt-hours (MWh) of electrical energy directly to homeowners, businesses, municipalities, and places of worship. This includes River Valley Co-op Easthampton, which will be North America's first net-zero grocery store and will reduce the energy burden for 100 low-income households.

An element of Massachusetts' proposed Solar for All program that PV Squared is particularly proud to support is the Meaningful Benefits Plan and Project Deployment Technical Assistance Plan, which would:

- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

PV Squared is proud of our work to support Massachusetts' proposed Solar for All Meaningful Benefits Plan. For example, PV Squared has a long-standing commitment to Habitat for Humanity. For more than a decade, PV Squared's on-going collaboration with Pioneer Valley Habitat for Humanity has included donated equipment and services for planning, design, permitting, construction, and long-term support for solar PV projects at dozens of new residential buildings.  Many of these buildings have achieved net zero results with regard to both carbon emissions and utility costs for these new homeowners. Additionally, PV Squared is a worker-owned cooperative based in Greenfield, MA. We hire locally, provide benefits and competitive wages, as well as a pathway to worker-ownership to all PV Squared workers.  PV Squared's diverse installation team and women-led company does not look like the typical construction company.

Another element of Massachusetts' proposed Solar for All program that PV Squared is particularly proud to support is the Project Deployment Technical Assistance Plan.  PV Squared is dedicated to educating clients about the feasibility of solar installations, taking into consideration what financing options are available and the design requirements of each particular installation.  We continue to work with policy makers and community organizers to make solar more accessible.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and PV Squared would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ayala Carter, HR Specialist

teamleaders@pvsquared.coop



September 6, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of PosiGen, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

PosiGen is a national leader in providing accessible and affordable solar and energy efficiency services to low-and-moderate income communities. Founded in 2011 and headquartered in New Orleans, PosiGen now serves 25,000 customers across 7 states, including Massachusetts which PosiGen expanded to in 2022. Our solar lease is unique in that it has no income or FICO score requirements, provides first year savings and system production guarantees, and energy efficiency work is included with every project to help reduce the home's energy burden. PosiGen has also partnered with entities including the Connecticut Green Bank, Philadelphia Energy Authority, and DC Green Bank to expand access to solar to underserved communities.

An element of Massachusetts' proposed Solar for All program that PosiGen is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

PosiGen strongly supports the wide range of meaningful benefits the Solar For All competition will provide, specifically a minimum 20% household savings. Low-income households in the northeast have one of the highest energy burdens in the country, but often lack the ability to install solar and energy storage due to financing barriers or deferred maintenance on the home that makes solar not viable. The support from Massachusetts' Solar For All program will be critical in overcoming those barriers to provide meaningful, immediate benefits for participants.



For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and PosiGen would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,


*/s/ Kyle Wallace*

Kyle Wallace
VP, Public Policy & Government Affairs
PosiGen Inc.
kwallace@posigen.com
(208) 608-6179



September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Rare, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Rare's Boston-based program, "Solar Helping Ignite Neighborhood Economies" (SHINE), is an example of partnership between community organizations and private industry, catalyzed with an investment from the MassCEC, to take a whole-systems approach to an equitable solar workforce. We intend to use an integrated effort including solar workforce development, residential-serving community solar development in disadvantaged communities (DACs), and community solar signup campaigns tailored to such communities to reduce poverty in Boston-area DACs. We will recruit members of DACs for comprehensive solar technician training programs, work with community organizations in the same DACs to become community solar host sites, and work with local solar developers to hire our candidates, thus creating a pipeline of new workers and quality solar jobs in which to place them.

An element of Massachusetts' proposed Solar for All program that Rare is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The Project Deployment Technical Assistance Plan:

- Invests in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Supports property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Workforce Development is a critical pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth.

Financial and technical assistance through Solar For All has the dual benefits of creating a pipeline of candidates for well-paying, in-demand jobs amongst DACs while also making solar available in those same communities. The nation-leading Massachusetts SMART program creates favorable incentives for solar, but workforce training is costly and runs counter to the private industry's preferences for scale and speed. Massachusetts' proposal would be critical to ensuring that the necessary quantity and timing of investments will be available to make community solar feasible for community-serving organizations located in DACs. This will ensure those projects contain guarantees for on-site workforce training, as well as delivering solar benefits to community-based organizations and energy-burdened households.

If awarded funding and the Commonwealth conducts a competitive request for proposals, Rare intends to apply to expand the SHINE program to serve other DACs across the Commonwealth.

Additionally, Rare is proud to support the Meaningful Benefits and Equitable Access and Meaningful Involvement Plans as proposed in the Commonwealth's Solar for All application. These plans prioritize:

- Delivering a minimum 20% of household savings to program beneficiaries;
- Investing in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles
- Ensuring a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households

The solar development dimension of our SHINE model aligns with the US Department of Energy's goals on creating meaningful benefits for solar by providing a minimum of 20% savings to income qualified community solar subscribers from DACs. And our workforce development component involves commitments from solar developers and engineering firms to hire SHINE trainees (un-or-underemployed members of DACs) into prevailing wage jobs.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Rare would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Senior Director, Climate Culture Boston
95 Waltham Street, West Newton, MA 02465
Rare
flowenstein@rare.org
413-854-8319



8/29/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Resonant Energy, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Resonant Energy is a solar development company founded in Boston, MA in 2016 dedicated to expanding access to solar in the Northeast. To date, our primary work has been in developing financing and deployment strategies to reduce adoption barriers and serve affordable housing providers, nonprofits, small businesses, and low-income households. We have installed over 200 projects, representing over 7.4 MWs of high impact installations in MA and NY to date, over 60% of which were in low-income census tracts. Our current approach includes helping to found and launch the successful STAR Program with LISC Boston and MACDC, through which we've provided technical assistance to over 45 developers across MA in assessing the solar potential of their housing portfolio over the past 3 years. As of August 2023, we have another 8 MW of new solar in the pipeline, the majority of which has derived from the success of the STAR Program.

An element of Massachusetts' proposed Solar for All program that Resonant Energy is particularly proud to support is the [Meaningful Benefits Plan and the Project Deployment Technical Assistance Plan which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

We plan to support these goals by scaling up the STAR Program to bring more technical assistance to affordable housing providers across the state to help them understand their options for proceeding with solar and how best to navigate the increasingly complex array of federal, state, and local incentives and requirements. We hope to do this by helping to coach housing owners on the ideal financing formats for each building based on its specific financing restrictions (e.g. active LIHTC, HUD 202, etc.) to ensure that it has a financially and legally viable path forward while optimizing the project for direct tenant benefit that meets or exceeds the 20% savings threshold for each unit.

We likewise plan to develop low-income community solar projects that meet or exceed savings targets for end users and meet other goals, including workforce development goals and a long held community goal of siting more installations in the communities that the projects intend to serve.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Resonant Energy would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Isaac Baker, Co-CEO*
*Resonant Energy*
*Isaac@resonant.energy*
*617-506-9574*



September 29, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

ReVision Energy, an employee owned, certified B Corporation solar company in New England, would like to share our strong support for the Commonwealth of Massachusetts' Solar for All grant application, submitted by the Massachusetts Department of Energy Resources and the Massachusetts Clean Energy Center. As a member of Massachusetts's growing clean energy industry whose mission is quite literally to make life better by building our just and equitable electric future, we are strong supporters of the state submitting a thoughtful, competitive application to the Environmental Protection Agency's Solar for All Program within the Greenhouse Gas Reduction Fund given the immense opportunity to bring the benefits of clean energy to low-income Bay Staters.

ReVision Energy is a strong supporter of Massachuetts' Meaningful Benefits Plan. To democratize the clean energy transition, ReVision Energy is proactively helping low- to moderate-income and environmental justice communities gain access to solar energy, heat pumps, battery storage, and electric vehicle charging stations. Our work includes proactively securing every possible funding and financing opportunity to reduce the barrier of up-front installation costs through both public and private entities. We have installed solar projects low-income multi-family housing, manufactured home communities, and other community solar installations for the purposes of serving marginalized populations. Additionally, we are an active member of Amicus Solar, a member-owned purchasing cooperative of nearly 80 high-quality, independent, values-driven solar energy companies. This network has actively advocated for policy mechanisms to serve low-income communities at the federal level and is currently working to develop a model for our companies to take full advantage of the Inflation Reduction Act's updates to the Investment Tax Credit to ultimately bring more and more low-income Americans the benefits of clean energy. We believe this experience can help serve the state in its implementation of Solar for All funding.

Additionally, we support the Project Deployment Technical Assistance Plan given its focus on workforce development. In 2018, ReVision Energy launched the first ever in-house electrical apprenticeship program and full Training Center to address the need for qualified workforce to implement clean energy solutions. Recently, we have added pre-apprenticeship programs to our offerings, including specific training modules for New Americans. All programming is closely aligned with our justice and equity values, ensuring compensation throughout the work-and-learn program to provide on-the-job technical training to complement both the professional and personal lives of our apprentices. We appreciate and strongly support Massachusetts' focus in investing in workforce and entrepreneurship opportunities, especially in low-income and disadvantaged communities, and we hope our experience can assist in the meaningful deployment of funding.



Overall, we believe Massachusetts has demonstrated experience and an incredible track record of deploying technical and financial assistance for solar technology, and the state will absolutely be able to successfully deliver meaningful benefits to underserved communities through Solar for All funding. We thank the Agency for the opportunity to offer this letter of support, and we respectfully request for full support of Massachusetts' application. Thank you.

Sincerely,

Lindsay L. Bourgoine
Director, Policy & Government Affairs
ReVision Energy

September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of R. Lee Cook Community Consulting and its numerous collaborating organizations and supporters across our state, I am writing to express our fervent support, for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are staunchly committed to supporting MA DOER and MassCEC in their ongoing efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Employing my background in business, media, IT services and as an educator and civic leader in Massachusetts and New England, I formed RL Cook Community Consulting in 2021, primarily to increase the promotion of Green Energy Adoption and enhance public outreach, education and engagement in racial minority neighborhoods and underserved communities across our commonwealth. I initiated outreach discussions with members of MA DOER and MassCEC about ways and means to enhance their engagement with Environmental Justice communities in 2020. In 2022, applied for and was approved for a grant by MassCEC upon creation of its EmPower Program. We actively educate and collaborate with prominent community and civic leaders, community-based organizations and residents within the African American, Latino, Haitian, Native American community and the underserved across the commonwealth.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, my organization and its partners, intends to further assist this leadership. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:
 One element of the Massachusetts Solar for All Proposal, RL Cook Community Consulting is particularly pleased to support, is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

1

- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Additionally, another element of Massachusetts' proposed Solar for All program, that R.L. Cook Community Consulting is proud to support, is its Meaningful Benefits Plan, which would:

- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households;

And the final element of the Commonwealth's Solar for All proposal that we ardently support is in the area of Project Deployment Technical Assistance. Specifically, R.L. Cook Community Consulting along with its partners, strongly endorse and fervently support a very significant increase in:

- Investment in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and R. L. Cook along with our partners, will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*R Lee Cook*

R. Lee Cook, M.Ed.

Founder, CEO
RL Cook Community Consulting
Fowler Clark Epstein Farm 1786
C/O The Urban Farming Institute
487 Norfolk Street, Mattapan, in Boston MA 02126
TheGreenBulletinBoard.com
RLeeCook@gmail.com
617-851-9620 iPhone



# Self Help Inc

## Programs & Resources to Help Families & Individuals Thrive

10/3/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Self Help Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

*Self Help, Inc.* is a nonprofit Community Action Agency (CAA) created to help low-income families and individuals stabilize and secure their lives through education, strategic assistance, and building on opportunities in their communities. We provide a range of services for families and households in 30 cities and towns across Southeastern Massachusetts.

Out Conservation Department assists hundreds of clients each year with reducing their energy burden with qualifying our clients for available benefits and inspecting their homes for opportunities for new heating systems, weatherization projects, major repairs to facilitate those projects and the installation of air source heat pumps that are installed by qualified contractors who are overseen by our trained staff.

An element of Massachusetts' proposed Solar for All program that Self Help Inc is particularly proud to support is the Meaningful Benefits Plan, the Project Deployment Technical Assistance Plan and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Self Help Inc has a longstanding history of supporting our clients with energy efficiency measures by working with them, our contractors and various program and grant administrators to realize improvements to our clients homes to make them more cost efficient, comfortable and enable our clients to help realize the value of their investment. Our program actively engages with over 15,000 eligible clients each year who participate in our Fuel Assistance program over the 30 cities and towns that we serve.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Self Help Inc. would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Jason Preuss
Self Help Inc
Conservation Program Director
508-580-4481 ext 1728
jpreuss@selfhelpinc.org



September 8th 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Sun Group Energy Consultants, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Sun Group Energy Consultants is a Massachusetts based Certified Minority Business Enterprise with a focus on expanding solar access to underserved communities. We specialize in solar education for low- to moderate-income, English-isolated, racially and ethnically minoritized groups. We help facilitate the transition to solar where possible. Our solar eduction initiatives have reached over 1000 Massachusetts families and helped 150+ families make the switch to solar, 73% or whom are members of priority groups. Massachusetts has repeatedly demonstrated its commitments to scaling renewable energy adoption in the state and I have seen the difference that these programs make in incentivizing the transition to solar. Specifically, net metering combined with programs like SRECs, SMART and Mass Save have created an enabling environment that make it feasible for our clients to transition.

An element of Massachusetts' proposed Solar for All program that Sun Group Energy Consultants is particularly proud to support is the Equitable Access and Meaningful Improvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households;
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Historically low-income and disadvantaged households have been locked out of solar due to low marketing and outreach, leading to low visual spatial representation and lack of trust which leads to low adoption rates, perpetuating the cycle. We believe that breaking that cycle begins with equitable access to critical information, enabling the community to make informed decisions about solar. During the last year, we have been building a

digital platform that would automate solar proposal generation with minimal user inputs and empower community members to independently navigate the process of going solar transparently. This technology is enabled by a grant which we received from MassCEC and supported by an ecosystem of an underrepresented partner community and community-based organizations. I believe that initiatives, such as this, make a sizable contribution to expanding solar access at scale and I believe that the Commonwealth of Massachusetts is an invaluable driver of such initiatives.

Another element of Massachusetts' proposed Solar for All program that Sun Group Energy Consultants is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products; and
- Facilitate asset ownership opportunities for low-income households;

To this end, I have also seen the role of the Commonwealth in deploying solutions such as interest rate buy-down on solar, electrification and weatherization loans as well as the SMART program. These programs have helped to drive down the cost of solar and increased the return on investment in ways that have enabled Massachusetts residents to adopt solar more readily.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Sun Group Energy Consultants would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,


*Uzonna Mkparu*
*Sun Group Energy Consultants*
*Uzonna@sungroupenergy.org; (917)327-1584*



September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Syncarpha Capital, LLC, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Syncarpha is an experienced, privately funded, developer, owner and operator of commercial scale solar facilities primarily in the northeast but with a presence throughout the United States. Syncarpha has developed, constructed, financed, and currently owns and operates close to 200 MW of solar projects across the country. The team has over 300 megawatts in construction or under development nationwide. Syncarpha's previous experience with community solar includes owning, operating, and managing systems through our community solar brand, Solar Gardens by Syncarpha. Syncarpha has a total of 15 community solar projects that are either in development or in operation in Massachusetts. 4 projects were part of the SREC II Program and 11 projects part of the current SMART Program.

Many of these projects have or will be expanding access to solar for many customers in Massachusetts through the Solar Massachusetts Renewable Target Program (SMART), which is the Commonwealth's statewide solar incentive program that encourages long-term sustainable solar growth through incentives for community solar projects. Community Solar is a model that allows developers to deliver solar to customers in a more meaningful and impactful way by letting customers own a portion of an off-grid solar project as a subscriber credit for any excess generation for their subscribed portion of the system. This model promotes ownership, access, and savings to opportunities to electricity customers.

While we support the current SMART program, we understand there is more work that needs to be done in order to reach the most vulnerable populations and provide community solar access to low-income customers throughout Massachusetts. The current proposal from the Department of Energy Resources (DOER) on Phase II of SMART Tariff Revisions would allow for electricity or bill credits to be allocated through a municipal load aggregation program, more specifically, through a Low-Income Community Shared Solar Program (LICSS), which provides municipalities the optionality to opt-in to receive energy and bill credits from qualifying community solar project under the SMART program. LICSS would provide adder incentives to developers which

would translate into millions of dollars in savings annually for customers. On top of providing incentives/savings to developers and customers, LICSS would reduce customer on-boarding processes and prevent inflated administrative costs by implementing a "simplified" billing structure between host municipalities. The approval of LICSS has been delayed mainly due to it being batched with the broader Phase II review of the SMART Program, currently under review.

An element of Massachusetts' proposed Solar for All program that Syncarpha Capital is particularly proud to support is the Meaningful Benefits, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

With Solar for All funding, Massachusetts would be able to further support programs like the Low-Income Community Shared Solar Program through the SMART program. The LICSS Municipal Aggregation program is expected to offer an estimated 35% in energy savings to low-income households which would surpass the 20% minimum under the plan, as well as, offer an opportunity for electricity customers to own a portion of a solar system and provide access to a more diverse population of customers, specifically renters or electricity customers that cannot install a physical system on their property. Lastly, the additional funding provided to programs like LICSS would help spur more development of qualified LICSS projects and invest in the Massachusetts job economy through both part time and full-time jobs.

Another element of Massachusetts' proposed Solar for All Program that Syncarpha Capital is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar for All program endeavors to serve

Our current pipeline of projects in the SMART are all community solar projects which would ensure a diverse range of customers can participate in the solar transition through ownership, access, and savings. Under future Guidelines for Municipal Aggregation, Developers and Municipalities will work together to identify Low Income customers. At Syncarpha we make this a priority through our community solar management platform, Solar Gardens by Syncarpha that handles both marketing our projects to a diverse customer base and promotes community engagement. Lastly, the Solar for All funding would help the state distribute grants and programs that will help identify more customers in low income and disadvantaged communities and provide developers like Syncarpha the right tools and resources to extend solar access to a more diverse electricity customer base.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Syncarpha Capital would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,


*Chris Savastano*

Chris Savastano, Chief Development Officer
Syncarpha Capital, LLC
Email: chris.savastano@syncarpha.com

# UMassAmherst

## Clean Energy Extension

ag.umass.edu/clean-energy

*The Clean Energy Extension is an Affiliate of the UMass Amherst
Center for Agriculture, Food and the Environment*

209 Agricultural Engineering Building • University of Massachusetts • 250 Natural Resources Way • Amherst, MA 01003 • p: 413.545.8510

September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts'** *Solar for All* **Application**

Dear Administrator Regan:

On behalf of University of Massachusetts Clean Energy Extension (CEE), I am writing to express our support for the Commonwealth of Massachusetts' *Solar for All* grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious *Solar for All* program.

The Clean Energy Extension (CEE) was established in 2015 with MA DOER support and our broad mission is to help the Commonwealth meet its clean energy and climate commitments. As an extension program, we provide information, technical assistance, and applied research to help reduce market barriers and support under-resourced municipalities, non-profits, and community organizations in achieving clean energy adoption and benefits. With support from NREL, we have developed a *Community Planning for Solar Toolkit* which we now deploy with municipalities to proactively plan for solar development. We have done extensive work to demonstrate the substantial economic benefits of local solar ownership and are working with our rural and minority communities and economic development organizations to demonstrate and evaluate local ownership business models and market activities. In coordination with our local state legislative delegation, we have organized and are delivering a four-part virtual *Western Massachusetts Solar Forum* to elevate our region's understanding of solar siting and equity issues and opportunities. We are currently working with a community coalition in Lawrence, MA under a contract with NREL to support community share solar development and direct solar economic benefits to the minority and low-income population that dominates the city. Our program works closely with MA DOER's SMART program, providing review of predetermination applications for projects seeking qualification as dual-use (or agrivoltaics) solar projects, and in the implementation of the Pollinator Friendly PV Certification program which receives a SMART incentive adder. We are leading a substantial U.S. DOE project researching the agricultural and economic impacts of agrivoltaics projects in Massachusetts.

An element of Massachusetts' proposed *Solar for All* program that CEE is particularly proud to support is the Meaningful Benefits Plan which would:

- Deliver a minimum 20% of household savings to program beneficiaries;

- Increase low-income and disadvantaged households' access to solar through financing products;

- Facilitate asset ownership opportunities for low-income households;

CEE will support to these efforts by expanding the outreach and implementation of our solar planning toolkit through the state, and by furthering our network of local solar developers, cooperatives, community economic development corporations, and local lending institutions to utilize *Solar for All* funding to support emerging business models for local ownership and residential and community shared solar access to our rural and minority low-income communities.

Another element of Massachusetts' proposed *Solar for All* program that CEE is particularly proud to support is the Equitable Access and Meaningful Involvement Plan which would:

- Ensure equitable access to the *Solar for All* program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' *Solar for All* program endeavors to serve; and

- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

CEE will support these efforts by preparing information sheets and offering regional webinars to promote *Solar for All* programs targeted to our eligible communities. We will particularly be helpful to the Commonwealth in disseminating information and networking in the rural portions of western Massachusetts where CEE is a particularly trusted and recognized entity. We will partner with research units on campus to help the state evaluate market barriers, policy gaps, and the economic impacts of *Solar for All*.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Clean Energy Extension would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious *Solar for All* program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Dwayne S. Breger, Ph.D.
Director, Clean Energy Extension
Extension Professor, Environmental Conservation

UMassAmherst | Clean Energy Extension



200 Westgate Center Drive
P.O. Box 1060
Hadley MA 01035-1060

August 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of UMassFive College Federal Credit Union (UMassFive), I am writing to express our support for the Commonwealth of Massachusetts' *Solar for All* grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

UMassFive, a mid-sized **low-income designated credit union**, is a leader in clean energy financing in the Commonwealth, with a strong commitment and history of serving low income households and other disadvantaged communities. A brief list of our accomplishments include:

1. Since 2017, UMassFive has funded over 5,000 residential solar projects totaling more than $125 million.
2. In conjunction with MassSave, we have funded another 2,000 HEAT Loans for over $24 million (over the same time period), providing 0.00% financing for energy saving home improvements.
3. UMassFive was the top lender in the Mass Solar Loan program, financing nearly 2,000 projects for $62.6 million, more than double the next highest volume lender. Of those projects, **72% went to families meeting the low and moderate income definition**. Less than half of the other lenders' financing went to families of modest means.
4. UMassFive and partner stakeholders won a $1.7 million grant from Mass DOER to run a pilot to deploy the combination of air source heat pumps and solar installations **targeting low income households** in western Massachusetts.
5. Joined with the UMass Clean Energy Extension in a proposal to **create wealth for African American communities through solar ownership as a form of reparations**.
6. Recently won a $650,000 grant to test a pilot aimed at the decarbonization of commercial buildings in the Commonwealth.

An element of Massachusetts' proposed Solar for All program that UMassFive is particularly proud to support is the <u>Meaningful Benefits Plan</u> which would:

- Deliver a minimum 20% of household savings to program beneficiaries
- Increase low-income and disadvantaged households' access to solar through financing products
- Facilitate asset ownership opportunities for low-income households

Specifically, UMassFive plans on drawing upon our extensive expertise in underwriting and funding solar projects for low income households. *Serving the Underserved* is a common mantra in the credit union industry, and we have truly come to live that statement, with a unique understanding of the challenges facing low-income, rural, people of color, and the LBGTQIA+ communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and UMassFive would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe (and have witnessed!) that the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology, and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Richard R Kump

Richard R. Kump (he/his)
President & CEO
rkump@umassfive.coop
413.256.5504

**Attachment J – Letters of Support - Distributed Solar Market Strategy**

**Letters Included:**

- City of Framingham, MA
- Energy New England
- Eversource
- Massachusetts Attorney General's Office
- Massachusetts Department of Agricultural Resources
- Massachusetts Department of Environmental Protection
- Massachusetts Department of Public Utilities
- Massachusetts Governor's Office of Climate Innovation and Resilience
- Massachusetts House of Representatives - Jeffrey Roy - Chair of the Joint Committee on Telecommunications, Utilities, and Energy
- Massachusetts Municipal Wholesale Electric Company
- Mass Save Program Administrators- Cape Light Compact, Eversource, National Grid, Unitil
- Massachusetts Senate – Mike Barrett- Chair of the Joint Committee on Telecommunications, Utilities, and Energy
- Unitil



# CITY OF FRAMINGHAM
## OFFICE OF THE MAYOR

**Charlie J. Sisitsky**
Mayor

**o** 508-532-5401
**e** mayor@framinghamma.gov
**w** www.framinghamma.gov

**MEMORIAL BUILDING**
150 Concord Street, Room 213
Framingham, MA 01702

**Michael A. Tusino III**
Chief Operating Officer

Mr. Michael S. Regan                                    September 28, 2023
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of City of Framingham, Massachusetts, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Situated in Middlesex County approximately 20 miles west of Boston, the City of Framingham recognizes the critical role that clean energy technologies will play in supporting the economic, environmental, and social health of our community, the region, and the greater Commonwealth. Back in 2019, Framingham pursued and earned designation through the national SolSmart program to make it easier and faster for our residents to adopt solar PV. Alongside ongoing efforts to advance solar and battery storage across municipal facilities, the City partnered with neighboring communities in the MetroWest Solar & Clean Heat Challenge in 2021 and 2022 to provide locally-vetted options for solar PV and heat pumps for our residents and small businesses. Following the adoption of a commitment to achieve net zero emissions by 2050, the City is also working on developing its first Climate Action Plan that will place a strong focus on increasing the role of solar PV and other clean energy technologies in powering our homes, businesses, and municipal facilities.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, the City of Framingham intends to further this leadership. To do this, we intend to support efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts. Building on our current collaborations to improve awareness of clean energy programs and opportunities, we seek to utilize our experience, knowledge, and data to support the MA DOER and MassCEC on the engagement

1

of residents, businesses, and organizations within our community. Through a strong focus on climate equity, we will support outreach to Framingham's Environmental Justice populations, prioritizing low-income and disadvantaged households that can benefit most from participation in the proposed solar programs.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future, and the City of Framingham will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology, and collectively, will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Charlie Sisitsky
Mayor, City of Framingham

2



9/25/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Energy New England and our member Municipal Light Plants (MLP), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Energy New England (ENE) was founded in 1998 to enhance the competitive position of public power entities in response to deregulation and to attain operating efficiencies in energy risk management and retail account management. We are a municipal light plant cooperative established under Chapter 164, Section 47C of the Massachusetts General Laws. Our ownership is made up of light departments in Braintree, Concord, Hingham, Reading, Taunton and Wellesley, Massachusetts.

ENE is the largest wholesale risk management and energy trading organization serving the needs of municipal utilities in the northeast. We currently manage the power supplies of over twenty municipal electric systems serving more than 1100 MW of electric load and more than 550 MW of generation in all six New England states. We advise on and/or conduct more than one billion kilowatt hours in wholesale power transactions and 100-150 million kilowatt hours in retail transactions annually.

ENE's member MLPs are currently on pace to exceed the states renewable portfolio standards decades earlier than required, and we are constantly working with our membership to not only understand where more renewables can fit into their power supply portfolio, but also how those same projects can be installed within their community for the largest benefit possible.

While Massachusetts is already national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, Energy New England intends to further this leadership. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:

ENE is committed to working not only with MassCEC and the MA DOER on this program, but with our Municipal Light Plant clients on how to best incorporate community solar, residential roof-top solar. Some items that ENE will specifically be advocating for:

- Facilitate asset ownership opportunities for low-income households;
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Energy New England will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Vincent J. Ragucci, III*

Vincent J. Ragucci, III

Energy New England, LLC
5 Hampshire St., Suite 100
Mansfield, MA 02048
Phone: (508) 698-1240
Cell:   (617) 513-9370
Email:  vragucci@ene.org

# EVERSOURCE

October 1, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Eversource Energy (Eversource), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Eversource Energy is the largest Electric Distribution Company in Massachusetts, serving more than 1.4 million customers throughout the Commonwealth. Currently, Eversource works closely with Massachusetts state agencies in support of the SMART program, the Commonwealth's primary distributed solar incentive effort. To date, nearly 75,000 Eversource customers have installed and interconnected more than 1.5 GW of distributed solar.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, Eversource continually works  to further this leadership on behalf of our customers and the communities we serve. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:

- We have filed a proposal currently before the Department of Public Utilities to increase income-eligible customer participation in community solar by streamlining the developer customer acquisition process and eliminating potential consumer protection concerns.
- We continue to make improvements to our interconnection processes that are designed to streamline the interconnection process and reduce application costs.

1

- We promote policies that reduce interconnection cost barriers for community-scale distributed solar projects.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Eversource will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

*Andrew C Belden*

Andrew Belden
Vice President, Solar Programs
Eversource Energy
andrew.belden@eversource.com

2



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

October 4, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Massachusetts Attorney General's Office (MA AGO), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

The MA AGO is the statutory ratepayer advocate for Massachusetts ratepayers. In this role, the MA AGO has proactively addressed consumer protection issues that arise around the marketing and installation of solar, with a particular focus on protecting consumers in low-income and disadvantaged communities. Over the past several years, the MA AGO has hosted Solar Consumer Protection Workshops and Roundtables to promote education and training in the industry—especially with respect to the responsible marketing of solar products. The MA AGO also released guidance and FAQs for residents who are considering solar: https://www.mass.gov/info-details/frequently-asked-questions-about-solar-products-for-customers-in-massachusetts. Finally, the MA AGO has supported efforts by towns and municipalities to implement community shared solar programs to benefit their low-income residents.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, the MA AGO intends to further this leadership. Specifically, we intend to continue to engage in proactively addressing consumer protection issues in the solar industry as well as conduct additional outreach and education to communities, with a focus on low-income and disadvantaged communities—which will ultimately enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts.

1

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the MA AGO will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*/s/ Elizabeth A. Anderson*
Elizabeth A. Anderson
Assistant Attorney General
Chief, Energy & Telecom. Division
Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200

cc: Elizabeth Mahony, Commissioner, Massachusetts Department of Energy Resources

# THE COMMONWEALTH OF MASSACHUSETTS

### EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS



## Department of Agricultural Resources
100 Cambridge Street, 9th Floor, Boston, MA 02114
www.mass.gov/agr



| Maura T. Healey | Kimberley Driscoll | Rebecca L. Tepper | Ashley E. Randle |
|---|---|---|---|
| GOVERNOR | LIEUTENANT GOVERNOR | SECRETARY | COMMISSIONER |

September 22, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Massachusetts Department of Agricultural Resources (MDAR), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

MDAR cultivates a robust and equitable agricultural economy, promotes a safe and resilient food system, and preserves a healthy environment for Massachusetts farmers, animals, and consumers. In 2009, we launched the Agricultural Energy Grant Program (ENER) that provides funding to farms for agricultural energy projects that improve their energy efficiency, making farms more sustainable and energy independent, minimizing their environmental impact through the use of clean energy, while making them more economically sustainable at the same time. Over the past 14 years, MDAR has awarded $8.5 million in funding through this program to nearly 400 applicants. MDAR has also collaborated with MA DOER to develop Agricultural Solar Tariff Generation Units (ASTGU) under MA DOER's Department's Solar Massachusetts Renewable Target (SMART) Program, catalyzing the development of solar projects that both produce clean electricity and allow for continued agricultural use of the land where the project is sited.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, MDAR intends to further this leadership. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:

- Support urban agriculture initiatives that improve food access and health outcomes in traditionally underserved communities, helping build community and enhance living conditions in these neighborhoods.
- Support and promote policies that protect farmland, encouraging infill housing, compact development, and other smart-growth principles that both enhance urban development and protect open space and natural resources.
- Continue to operate the above-mentioned Agricultural Energy Grant Program and participate in the SMART program, growing the amount of solar production in the Commonwealth and demonstrating its efficacy in reducing emissions while supporting economic growth.
- Expand and continue our environmental justice work, ensuring that all of these efforts are rooted in a commitment to equitable support for communities that have traditionally been excluded from innovative initiatives that not only benefit the immediate community but also play a role in collective efforts to address shared challenges.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MDAR will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ashley E. Randle

Ashley Randle, Commissioner
Ashley.Randle@mass.gov
857-343-2129



Commonwealth of Massachusetts
Executive Office of Energy & Environmental Affairs

# Department of Environmental Protection

100 Cambridge Street Suite 900 Boston, MA 02114 • 617-292-5500

Maura T. Healey
Governor

Kimberley Driscoll
Lieutenant Governor

Rebecca L. Tepper
Secretary

Bonnie Heiple
Commissioner

October 4, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Massachusetts Department of Environmental Protection (MassDEP) I am writing to express support for the Commonwealth of Massachusetts' Solar for All grant application, led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). My agency is committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from the ambitious Massachusetts Solar for All program.

MassDEP's mission is to protect and enhance the Commonwealth's natural resources - air, water, and land - to provide for the health, safety, and welfare of all people, and to ensure a clean and safe environment for future generations. In carrying out this mission MassDEP commits to address and advance environmental justice and equity for all people of the Commonwealth.

While Massachusetts is already national leader on policies that support inclusive clean energy deployment and create high-quality green jobs, MassDEP intends to strengthen this leadership within state government and the Executive Office of Energy and Environmental Affairs. We will support efforts designed to reduce barriers to clean energy solutions in low-income and disadvantaged communities and enhance the Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts. MassDEP's ongoing Clean Energy Results Program, and regular interagency collaboration with MA DOER and MassCEC have created an effective partnership that will support the Solar for All program.

For decades, the Commonwealth has been at the vanguard of our nation's transition to a clean energy future and MassDEP will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology

This information is available in alternate format. Please contact Melixza Esenyie at 617-626-1282.
TTY# MassRelay Service 1-800-439-2370
MassDEP Website: www.mass.gov/dep

Printed on Recycled Paper

and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Bonnie Heiple*

Bonnie Heiple, Commissioner
Massachusetts Department of Environmental Protection
100 Cambridge Street
Boston, MA 02114
617-292-5956



**THE COMMONWEALTH OF MASSACHUSETTS**

# DEPARTMENT OF PUBLIC UTILITIES

**MAURA T. HEALEY**
GOVERNOR

**KIMBERLEY DRISCOLL**
LIEUTENANT GOVERNOR

**REBECCA L. TEPPER**
SECRETARY OF ENERGY
AND ENVIRONMENTAL AFFAIRS

ONE SOUTH STATION
BOSTON, MA 02110
(617) 305-3500

**JAMES M. VAN NOSTRAND**
CHAIR

**CECILE M. FRASER**
COMMISSIONER

**STACI RUBIN**
COMMISSIONER

October 4, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts Solar for All Application**

Dear Administrator Regan:

On behalf of the Massachusetts Department of Public Utilities (DPU), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). The DPU oversees the investor-owned electric power, natural gas, and water companies in Massachusetts, ensures that they provide their customers with the most reliable service and the lowest possible cost, and oversees and implements initiatives that encourage clean and renewable energy.

We are committed to supporting MA DOER and MassCEC in their efforts to expand access to solar to low-income and disadvantaged communities. Should they propose certain Solar for All programs or initiatives that would be implemented or administered by the electric distribution companies (EDCs) we regulate, the DPU, consistent with our regulatory authority, will work to ensure that such programs produce meaningful and equitable cost savings and other benefits (e.g., resiliency, workforce development) while minimizing impacts on the ratepayers of the Commonwealth. While Massachusetts is already a national leader on policies and programs that support inclusive clean energy deployment and the creation of high-quality green jobs, the DPU intends to further this leadership. The DPU is undertaking or recently completed the following activities or regulatory decisions that will reduce the barriers to clean energy solutions in low-

**Privileged, confidential, protected communication, for the intended recipient only**
FAX: (617) 345-9101
**www.mass.gov/dpu**

income and disadvantaged communities and will help ensure the success of our Commonwealth's Solar for All programs and broader climate-related efforts.

- In D.P.U. 20-145, the Department approved the expansion of MA DOER's flagship SMART solar incentive program from 1,600 MW to 3,200 MW of new solar generating capacity, including five percent set aside for low-income solar. We are currently reviewing EDC proposals for a separate offering dedicated towards the development of low-income community shared solar.

- In rulemaking D.P.U. 21-100, the Department is promulgating changes to our net metering regulations that will expand access to net metering to new and larger privately-owned BTM solar systems as well as smaller publicly owned solar systems, per the legislative changes enacted in the 2021 Climate Act. In addition, the Department will be implementing a new process for administering new legislative exceptions that allow for more than one net metering facility on a single parcel of land, of which one exception is conditional on all buildings on that parcel being low- or moderate-income housing.

- In D.P.U. 22-64 and 22-65, the Department is reviewing an EDC's proposal to construct co-located solar and storage on company-owned land that are intended to benefit municipalities at high risk from the effects of climate change, with preference for those with environmental justice populations.

- In D.P.U. 22-47, the Department approved the first Capital Improvement Project (CIP) proposal that allows an EDC to construct certain distribution system upgrades in the Marion-Fairhaven area that will enable 151 MW of distributed generation, including 11 MW of small, customer-owned rooftop solar. The Department is currently reviewing 10 other CIP proposals.

- In D.P.U. 22-137, the Department approved a pilot program offering that combines home weatherization, heat pumps, energy storage, and solar in 100 low- or moderate-income homes on Cape Cod.

- In 2024, the D.P.U. will review the EDCs' electric sector modernization plans (ESMPs) to proactively upgrade their distribution systems to, among other goals and objectives, enable increased, timely adoption of renewable energy and distributed energy resources and reduce impacts on and provide benefits to low-income ratepayers throughout the Commonwealth, as mandated by the 2022 Clean Energy Act.

**Privileged, confidential, protected communication, for the intended recipient only**

Page 3

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the DPU will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

James M. Van Nostrand, Chair
Department of Public Utilities
James.VanNostrand@mass.gov



OFFICE OF THE GOVERNOR
**COMMONWEALTH OF MASSACHUSETTS**
STATE HOUSE BOSTON, MA 02133
(617) 725-4000

**MAURA T. HEALEY**
GOVERNOR

**KIMBERLEY DRISCOLL**
LIEUTENANT GOVERNOR

October 6, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Office of Climate Innovation and Resilience, a unit of the Office of Governor Maura T. Healey, I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Governor Healey established the Office of Climate Innovation and Resilience in January 2023 through Executive Order 604. The Climate Office has a mandate to marshal the resources of the executive branch of Massachusetts government to achieve climate reduction policies and programs. In particular, the Climate Office works across all eleven secretariats that comprise the Massachusetts executive branch of government, including the Executive Office of Housing and Livable Communities and the Executive Office of Energy and Environmental Affairs to ensure efficient and coordinated program design and delivery. With this unique authority, the Climate Office has supported the efforts of the Department of Energy Resources and the Clean Energy Center to engage housing entities across the Commonwealth in the design of the Solar for All program.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future. While Massachusetts is already a national leader on delivering programs that support inclusive clean energy deployment and the creation of high-quality green jobs, the Office of Climate intends to support the implementation of Massachusetts' ambitious

Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Specifically, we intend to act as a convenor and coordinator across state government to provide continual policy and program coordination and stand ready to address any obstacles that may arise in the deployment of the Massachusetts Solar for All program. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Jonathan E. Schrag
Deputy Climate Chief &
Director of Investment for
Decarbonization and Resilience
Governor's Office of Climate Innovation and Resilience
Office of Governor Maura T. Healey
Statehouse Room 194
Boston, MA 02133
jonathan.schrag@mass.gov
m. 617-939-6989



*The Commonwealth of Massachusetts*

**HOUSE OF REPRESENTATIVES**
**STATE HOUSE, BOSTON 02133-1054**

Chairman
Joint Committee on Telecommunications,
Utilities and Energy

STATE HOUSE, ROOM 43
TEL. (617) 722-2030
Jeffrey.Roy@MAhouse.gov

**JEFFREY N. ROY**
**STATE REPRESENTATIVE**
10th NORFOLK DISTRICT
FRANKLIN AND MEDWAY

October 2, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

In my capacity as House Chair of the Joint Committee on Telecommunications, Utilities, and Energy in the Massachusetts Legislature, I am writing to express my support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). The Massachusetts House, under Speaker Mariano's leadership, is committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

As House Chair, my committee has jurisdiction over law pertaining to clean energy such as solar and wind and the local power grid.  In 2021, thanks to Speaker Mariano's strong support, we passed the *Next-Generation Roadmap* bill that not only included nation-leading, economy-wide emissions targets, but also championed expanded solar access.  We codified equity and accessibility requirements in the current SMART solar program by allowing low-income individuals to enroll without signing contracts. We further eliminated restrictions on sharing solar net metering credits across utility service territories.  The 2022 *Drive* act created the Grid Modernization Advisory Council, which requires the utilities to make proactive upgrades to the electricity grid in order to improve grid reliability, resilience, and the interconnection of renewable energy sources.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, my office intends to further this leadership. I have filed legislation to reduce barriers to clean energy solutions in low-income and disadvantaged communities and enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:

**REP. JEFFREY N. ROY**

Mr. Michael S. Regan
October 2, 2023
Page 2

H.3992, An Act to expand customer access to a modern grid

- This bill seeks to address delays in distributed resources connecting to the power grid by directing the Department of Public Utilities to promulgate time limit rules; establishing an interconnection cost allocation framework (proportionate to project size); and forming a working group to review interconnection tariffs, standards, and processes.

H.3215, An Act to expedite permitting for electric decarbonization infrastructure projects

- This legislation would allow electric distribution companies to build utility infrastructure needed for solar and other decarbonization projects by consolidating and expediting state review and permitting processes through a newly-established permitting office within the Executive Office of Energy and Environmental Affairs.
- It would further ensure that robust community engagement occurs on the front end before these permitting processes take place.

H.3220, An Act relative to advanced metering infrastructure in the Commonwealth

- This bill would reduce barriers to solar access by implementing consolidated billing for current or future community solar customers, including low-income customers. This would ensure a customer receives a single bill from their solar company instead of a separate electric utility bill and solar bill.

My team is actively examining these bills and hundreds more, while working with our state and community partners, to produce yet another comprehensive climate law that advances the Commonwealth's goals for a clean and just energy transition. We intend to increase the pace and coordination of distributed energy generation, as well as improve access to solar and electrification technologies for residents of all incomes and geographies.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Massachusetts House will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Very truly yours,



Jeffrey N. Roy



September 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the Massachusetts Municipal Wholesale Electric Company (MMWEC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Massachusetts Municipal Wholesale Electric Company (MMWEC) is the Commonwealth of Massachusetts' designated joint action agency for consumer-owned municipal utilities. Through its enabling state legislation, Chapter 775 of 1975, MMWEC became a not-for-profit, public corporation and political subdivision of the Commonwealth of Massachusetts. MMWEC's enabling legislation gave it the unique power to issue tax-exempt revenue bonds to finance electric generating facilities and other projects. Using this statutory authority, MMWEC has issued more than $7 billion in bonds since 1976. MMWEC provides a variety of power supply, financial, risk management and other services to the state's 40 consumer-owned, municipal utilities.

MMWEC's municipal utility members are committed to decarbonizing and electrifying their power portfolios, in alignment with the Commonwealth's carbon reduction goals. Approximately half of MMWEC's members have already met the 2030 decarbonization targets of 50% carbon-free energy sales. All of MMWEC's member utilities have power portfolio "roadmaps" to guide the way to net zero carbon emissions in 2050, including plans for solar, wind and energy storage.

Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, and MMWEC and its members are aligned with the Commonwealth's clean energy policies and initiatives. In demonstration of that alignment, MMWEC intends to support the efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts. As the joint action

agency for municipal utilities in Massachusetts, we will work with each participating municipal light plant to achieve the following goals outlined in the proposal:

- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement.

MMWEC and its members are committed to addressing environmental justice concerns and improving access to energy efficiency, decarbonization and electrification initiatives for underserved communities, including low and moderate income residents, and renters. MMWEC anticipates that these grant funds will help municipal utilities increase access to solar for these hard to reach groups.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MMWEC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ronald C. DeCurzio
Chief Executive Office
Massachusetts Municipal Wholesales Electric Company



October 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts's Solar for All Application**

Dear Administrator Regan:

As the Sponsors of the Mass Save® energy efficiency program,[1] we are writing to support the Commonwealth of Massachusetts's Solar for All grant application, led by the Massachusetts Department of Energy Resources ("DOER") and the Massachusetts Clean Energy Center ("MassCEC"). The Sponsors are dedicated to serving low-income and disadvantaged communities so that they equitably benefit from the Commonwealth's nation-leading energy efficiency programs that we administer. We are excited to partner with DOER and MassCEC to maximize the benefits these communities enjoy from Solar for All funds.

For more than a decade, the Mass Save programs have consistently ranked among the top statewide energy efficiency programs in the nation because of our success promoting weatherization and efficient heating and our focus on ensuring equitable access for low- and moderate-income customers and environmental justice communities. Through our partnership with the Low-Income Energy Affordability Network ("LEAN"), the Sponsors have deployed over $1.1 billion dollars working with more than 470,000 low-income customers since 2010. We are also partnering closely with municipalities and community-based organizations through our Community First Partnership program to ensure equitable access to the benefits of efficiency and electrification for all residents of the Commonwealth. Because of our work to date in partnership with DOER and MassCEC, Massachusetts enjoys the most robust energy efficiency delivery program of any state in the nation, which we will build on to rapidly deploy Solar for All funds, modeling how to pair electrification and solar deployment.

As the Mass Save programs now prioritize electrification and decarbonization, we are concerned about our most financially challenged customers. By facilitating access to low-cost electricity through rooftop solar and community solar, Solar for All funds will help to unlock the benefits of

---

[1] Mass Save® is a collaborative of Massachusetts' electric and natural gas utilities and energy efficiency service providers including Berkshire Gas, Cape Light Compact, Eversource, Liberty, National Grid, and Unitil. We empower residents, businesses, and communities to make energy efficient upgrades by offering a wide range of services, rebates, incentives, trainings, and information. The Massachusetts Program Administrators ("PAs"), also known or referred to as the Mass Save Sponsors, develop and implement energy efficiency programs and solutions across Massachusetts. Collectively, the PAs serve approximately 96% of the almost 7 million residents of Massachusetts.

**WE ARE MASS SAVE®:**

     



heat pumps and other electric appliances for more residents of the Commonwealth. The Sponsors are most excited to work with DOER and MassCEC on the following priorities and opportunities: (1) community engagement and customer outreach, especially in Environmental Justice communities, through our existing Community First Partnership network; (2) ensuring equitable access to Solar for All funding, such as through our existing partnership with LEAN, which offers zero-cost weatherization, heat pumps, and other efficiency upgrades to low-income residents; and (3) assisting building owners and property manager access both Solar for All funds and other existing incentives available through Mass Save.

The Sponsors have well over a decade of experience addressing many of the challenges that could impede the rollout of the Solar for All program. The Sponsors have worked closely with allies and partners to build a robust market for weatherization, just as we are doing now for heat pumps. From training and support for contractors to online tools for consumers, our work is charting the course to an electrified future. DOER and MassCEC are essential to these efforts, and we would be pleased to partner with them to deploy Solar for All funds effectively. Through this partnership, the Commonwealth's proposal will leverage significant local funds alongside Solar for All dollars to achieve the program's decarbonization goals for low-income and disadvantaged communities.

For decades, the Commonwealth of Massachusetts has been in the vanguard of our nation's transition to a clean energy future, as exemplified by Mass Save and the work of agencies like DOER and MassCEC. DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology, and we are confident they will successfully deliver meaningful benefits to underserved communities, particularly because they will channel Solar for All funds through existing, successful programs.

Please feel free to contact us if you have any questions or need additional information.

Sincerely,

The Massachusetts Program Administrators

Katherine Peters
Director, Massachusetts Implementation
Eversource Energy

Christopher Porter
Director, Customer Energy Management
National Grid

WE ARE MASS SAVE®:










Cindy L. Carroll
Vice President, Customer Energy Solutions
Unitil Service Corp.

Margaret T. Downey
Administrator
Cape Light Compact JPE

     



The Commonwealth of Massachusetts
**MASSACHUSETTS SENATE**

SENATOR MICHAEL J. BARRETT
*Third Middlesex District*

Mike.Barrett@MAsenate.gov
www.MAsenate.gov

STATE HOUSE
BOSTON, MA 02133-1054
TEL. (617) 722-1572

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

I am writing to express my support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). I am committed to supporting them in their efforts to ensure that low-income and disadvantaged communities equitably benefit from the ambitious program.

As Senate Chair of the Joint Committee on Telecommunications, Utilities, and Energy, I was as a chief architect of the Climate Act of 2021, *An Act Creating a Next-Generation Roadmap for Massachusetts Climate Policy*, and the Climate Act of 2022, *An Act Driving Clean Energy and Offshore Wind*. Both pieces of legislation achieved major advancements for solar energy in Massachusetts.

The 2021 law, for the first time, set 5-year emission limits and sector sublimits, including the setting of numerical benchmarks for, among other things, solar photovoltaics. It loosened certain limitations on net metering, allowing municipal buildings to host rooftop solar projects with a generating capacity equal to or less than 60 KW and net-meter the resulting power. It also loosened limitations on net metering by enabling transfers of net metering credits across companies and across load zones.

The 2022 law, among other solar improvements, closed a "donut hole" in the state's net metering rules, so that all Class I solar systems of up to 25kW can

1

take advantage of net metering; and it loosened the state regulation that allowed only one solar installation on a single parcel of land.

Thanks in part to these landmark climate laws and the efforts of many in the administration, Massachusetts has shown a commitment to clean energy and green jobs.  But the work's not done yet.

As we continue to build on the progress we've made, I am confident MA DOER and MassCEC will collectively be able to successfully implement the Solar for All program in Massachusetts.  They have demonstrated experience deploying technical assistance and incentive funding for solar technology.  Please feel free to contact me if you or your team have any follow up questions.

Sincerely,

State Senator Mike Barrett

2



September 29, 2023


Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Fitchburg Gas and Electric Light Company, d/b/a/ Unitil (Unitil" or the "Company"), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). Unitil is committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Unitil's electric service territory includes the towns of Lunenburg, Townsend, Ashby and the city of Fitchburg, all located in north-central Massachusetts. The Company provides service to approximately 34,000 customers in those communities. Unitil also provides natural gas service to approximately 16,100 customers in Fitchburg, Ashby, Townsend and a portion of Lunenburg. The Company has interconnected close to 3,000 solar facilities to the electric distribution system totaling close to 45 MW.

Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs. Unitil supports efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts. The Company remains an active partner with the DOER in the timely and cost-effective interconnection of solar onto the electric distribution system.


For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Unitil will be proud to support the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and Mass CEC have demonstrated experience deploying technical assistance and incentive funding



for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please do not hesitate to contact me if you have any questions or need additional information.

Sincerely,

Kevin Sprague
Vice President, Engineering
Unitil

**Attachment K – Letters of Support - Project-Deployment and Technical Assistance**

**Letters Included:**

- Action for Equity
- Action Inc.
- Benjamin Franklin Cummings Institute of Technology
- Bluehub Capital
- Boston Chapter of the International Association of Electrical Inspectors
- Boston Main Street
- Building Pathways MA
- Center for Sustainable Energy
- City of New Bedford, MA
- Clean Energy Solutions
- Climate First Bank
- Coalition for Community Solar Access
- Codman Square neighborhood Development Corporation
- Commonwealth Green Low-Income Housing Coalition
- Co-op Power
- Emerald Cities Collaborative
- Energy Allies
- Entrepreneurial and Business Collaborative
- Greater Springfield Habitat for Humanity
- Green and Healthy Homes Initiative
- Green Energy Consumers Alliance
- Greenfield Community College
- GreenRoots
- International Brotherhood of Electrical Workers - Massachusetts
- Local Initiatives Support Corporation
- Mass Audubon
- Massachusetts Workforce Association
- Massachusetts Chapter of the National Association of Housing and Redevelopment Officials
- Metropolitan Area Planning Council
- Mill Cities Communities Investments
- National Electrical Contractors Association
- Neighbor to Neighbor
- Northeast Clean Energy Council
- Northeast Energy Efficiency and Electrification Council
- Pioneer Valley Photovoltaics, Inc.
- PowerOptions
- Rare

- ReVision Energy
- RL Cook Community Consulting
- Self Help Inc.
- Solar Energy Business Assocation of New England
- Union of Concerned Scientists
- Western Massachusetts Chapter of the International Association of Electrical Inspectors
- Worcester Community Action Council



September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of **Action for Equity** I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

We have recently established the innovative Green Equity Partnership—a joint Employer—Community program for deep skills acquisition for BIPOC workers and contractors entering the building decarbonization market. We have been able to do this with MassCEC support. We would be delight to expand our capacity to support our workers, employers and community entering the growing solar field. We are committed to access to quality jobs and will work for ensure that there is equitable funding for prevailing wage jobs. Action for Equity is a 20-year-old coalition based in communities of color. Our work across all issues has focused on increasing inclusion and removing structural barriers. We have many years of work engaging with cities on development decisions that would be helpful in this work. We look forward to supporting the Commonwealth of Massachusetts' Solar for All Application.

An element of Massachusetts' proposed Solar for All program that Action for Equity is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The Project Deployment Technical Assistance Plan:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

367 Washington St.
Dorchester, MA, 02124
action4equity.org
Tel (617) 506-7232

Alternatives for Community and Environment (ACE)
Arborway Committee
Boston Tenant Coalition
City Life/Vida Urbana
Conservation Law Foundation
Greater Four Corners Action Coalition
Heritage Circle

Jamaica Plain Racial Justice and Equity Collaborative
Livable Streets Alliance
La Colaborativa
La Comunidad Inc
Sierra Club of Massachusetts
Somerville Community Corporation
United for a Fair Economy



- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

A workforce development pillar is a critical component to support the expansion of the solar industry needed to meet the Commonwealth's decarbonization goals, while also ensuring that these well-paying jobs are accessible to all residents. If awarded funding and the Commonwealth conducts a competitive request for proposals, Action for Equity and our partners would be interested in applying .

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Action for Equity would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Marvin Martin
Executive Director

**367 Washington St.**
**Dorchester, MA, 02124**
**action4equity.org**
**Tel (617) 506-7232**

Alternatives for Community and Environment (ACE)
Arborway Committee
Boston Tenant Coalition
City Life/Vida Urbana
Conservation Law Foundation
Greater Four Corners Action Coalition
Heritage Circle

Jamaica Plain Racial Justice and Equity Collaborative
Livable Streets Alliance
La Colaborativa
La Comunidad Inc
Sierra Club of Massachusetts
Somerville Community Corporation
United for a Fair Economy



October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Action Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Action Inc. is the lead vendor (LV) for National Grid in the income eligible Mass Save programs here in the Commonwealth. Action Inc works with a number of subgrantees and partners to deliver energy efficiency, decarbonization, and electrification services throughout Massachusetts. Action Inc. is a subgrantee of the Executive Office of Housing and Livable Communities (EOHLC), implementing the DOE WAP and HHS HWAP programs. We have partnered with MA CEC in the past on an electrification and solar installation grant that greatly helped to inform our current air source heat pump (ASHP) program protocols. Locally, Action Inc. implements the LIHEAP program.

Action Inc. has experience in pairing up clients with energy-related fiscal benefits, acting as a general contractor to oversee installations in income eligible households, and advocating for Low-Income Community Solar (LICS) here in MA. Action Inc. is proud to support all three aspects of this proposal which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

**Main Office**
180 Main Street
Gloucester, MA 01930
978-282-1000

**Emergency Shelter**
370 Main Street
Gloucester, MA 01930
978-282-1000

**Energy Services – North**
47 Washington Street
Gloucester, MA 01930
978-283-2131

**Energy Services – South**
3 Centennial Drive STE 230
Peabody, MA 01960
978-283-2131

actioninc.org

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Action Inc. would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Peggy Hegarty-Steck
Chief Executive Officer



41 Berkeley St.
Boston, MA 02116

September 14, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Franklin Cummings Tech, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Founded in 1908, Benjamin Franklin Cummings Institute of Technology (Franklin Cummings Tech) is a private minority majority nonprofit technical college in Boston.   The college's mission is to deliver transformative technical and trade education that leads to economic advancement.   The college prepares talented, low-income individuals who often are first generation college students. Franklin Cummings Tech's student demographics are diverse; 76% of students are of color, almost 50% of our students are first-generation college-goes, and the median household income of our students is under $33,500.  Franklin Cummings Tech offers a wide- range of programming focused on the clean energy sector.

An element of Massachusetts' proposed Solar for All program that Franklin Cummings Tech is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The Project Deployment Technical Assistance Plan:

Workforce Development is a pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth. A workforce development pillar is a critical component to support the expansion of the solar industry needed to meet the Commonwealth's decarbonization goals, while also ensuring that these well-paying jobs are accessible to all residents. If awarded funding and the Commonwealth conducts a competitive request for proposals, Franklin Cummings Technology plans to submit a proposal to be a training provider.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and [*Name of Organization*] would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have

demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,



September 8, 2023

The Honorable Michael Regan
Administrator, U.S. Environmental Protection
Agency 1200 Pennsylvania Avenue, N.W.
Room 3426 WJC North
Washington, DC 20460

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of BlueHub Capital I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

BlueHub Capital is a national, nonprofit, mission-driven community development financing organization serving low-income and environmental justice communities. Since 1985, BlueHub has invested over $2.6 billion and leveraged over $13 billion in public and private investment nationwide to further our mission of building healthy communities where low-income people live and work.

The elements of the Massachusetts' proposed Solar for All program that BlueHub Capital is particularly proud to support within the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and the Equitable Access and Meaningful Involvement Plan, are those that would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs; and
- Ensure a wide range of diverse communities will be served, while prioritizing low-income and the most disadvantaged households.



Committed to reducing the impact of climate change on low-income and environmental justice communities in the past decade, BlueHub has invested over $100 million in renewable energy, energy efficiency and resiliency projects serving low-income and environmental justice populations. BlueHub makes investments that create wealth and educational opportunity; that fill unmet needs for quality jobs, health- and childcare, housing and community facilities; and that allow underserved communities to adopt new renewable technologies and combat climate change. Throughout our history, BlueHub's financing has integrated the affordability, equity and environmental needs of our borrowers:

- BlueHub Loan Fund, a community development financial institution (CDFI), finances energy efficiency, resiliency, and renewable energy improvements and has a Sustainability Rating from Sustainalytics, a global sustainability rating agency. Our portfolio monitoring tracks sustainability measures taken or met by our portfolio borrowers. Sixty five percent of our recent lending has been to projects with explicit climate or sustainability features.
- Our affiliate BlueHub Energy pioneered affordable, third-party solar programs for nonprofits and low-income housing, developing over 7 megawatts of rooftop and community solar facilities and being recognized as a "Solar Champion of Change" by The White House in 2014.
- We led the Green Building Production Network, which introduced green and sustainability development strategies to Boston community development corporations serving low-income communities.
- BlueHub co-founded, led and capitalized WegoWise, Inc., a company that provides low-cost utility and carbon tracking and benchmarking data for affordable housing developments. WegoWise, now sold and operating separately, has the largest database of multifamily building performance database in the world.
- We have used our development and financing experience to successfully propose solar and renewable energy legislation, policies and programs that equitably serve environmental justice communities.
- We develop environmental financing and innovative strategies to ensure that low-income and environmental justice communities are not left behind in the transition to a clean, renewable energy system, including a new electric vehicle-to-grid (V2G) pilot program that is working to lower the cost of electric vehicles for drivers with low incomes.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and BlueHub would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact us if you have any questions or need additional information.

Signature page follows:



Sincerely,

DeWitt Jones
President, BlueHub Energy

Karen Kelleher
President, BlueHub Loan Fund

Brenda Loya
Chief Operating Officer
BlueHub Capital

Elyse Cherry
Chief Executive Officer
BlueHub Capital



October 2, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Paul Revere Chapter (Boston, MA) of the International Association of Electrical Inspectors (IAEI), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Our association educates and equips electrical professionals while unifying the industry to promote electrical safety. Electrical inspectors, multi-hat inspectors, electrical installers and contractors, testing agencies, standards organizations, manufacturers, and distributors all working together to ensure the public safety. We've collaborated with MA DOER and MassCEC over the years to provide joint trainings for our industry professionals as well as supported guidance documents on the latest codes and standards.

While Massachusetts is already national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, our association intends to further this leadership by once again collaborating with MA DOER and MassCEC. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection.

1

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Paul Revere Chapter of IAEI will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

IAEI Paul Revere Chapter
www.PaulRevereIAEI.com

2



PO Box 302712                                      (617) 942-2439
670 Centre St. Suite 7                        jpcentresouth.com
Jamaica Plain, MA 02130          director@jpcentresouth.com

October 12, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Boston Main Streets www.boston.gov/departments/economic-development/boston-main-streets is a network of 20 independent nonprofit Main Streets organizations that exist across Boston. The twenty Main Streets are located in neighborhoods across the City of Boston and use a comprehensive revitalization approach to create, build, and sustain healthy commercial districts. In addition, our goal is to embed equity into our Main Streets' programs. This is particularly true as our local economy feels the impact of COVID-19. We want to help close the racial wealth gap. We plan to support new and existing businesses to enhance the local economic development in our neighborhoods and create more jobs.

We support the Massachusetts Solar for All application to the EPA which:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;



PO Box 302712
670 Centre St. Suite 7
Jamaica Plain, MA 02130

(617) 942-2439
jpcentresouth.com
director@jpcentresouth.com

- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Each Main Streets organization works closely with local businesses to promote their services, streamline their operations and lower the operating cost to boost profits and increase the personal wealth of the business owners in our neighborhoods. The availability of clean low cost solar powered electricity aligns with our efforts to reduce the cost of doing business for local merchants.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and our organization would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ginger Brown
Executive Director



1705 Columbus Ave
PO Box 190900
Roxbury, MA 02119

**BuildingPathwaysMA.org**

September 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Building Pathways, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Building Pathways is a non-profit organization based in Roxbury, Massachusetts dedicated to increasing the participation, retention and advancement of under-represented groups in the union building trades workforce, occupations that will have a central role in increasing solar capacity in the Commonwealth. Among its programs, Building Pathways offers a building trades apprenticeship readiness program to prepare under-represented groups for apprenticeships in the building trades. And through our Northeast Center for Tradeswomen's Equity program and Massachusetts Girls in Trades initiative, we educate women career seekers and female high school students about career opportunities in the building trades.

An element of Massachusetts' proposed Solar for All program that Building Pathways is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The proposal intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth. A workforce development pillar is a critical component to support the expansion of the solar industry needed to meet the Commonwealth's decarbonization goals, while also ensuring that these well-paying jobs are accessible to all residents. If awarded funding and the Commonwealth conducts a competitive request for proposals, Building Pathways will strongly consider responding to the RFP for funding to support our workforce development programs.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and building Pathways would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Mary Vogel
Executive Director

Center for Sustainable Energy
EnergyCenter.org

August 31, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Center for Sustainable Energy (CSE), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CSE is a national nonprofit that accelerates the adoption of sustainable distributed energy and clean transportation through effective and equitable program design and administration. CSE is currently the program administrator for clean energy programs in 11 states valued at over $4 Billion. The Solar on Multifamily Affordable Housing (SOMAH) Program, Self-Generation Incentive Program (SGIP) in the San Diego Gas & Electric (SDG&E) service territory, and San Diego Solar Equity Program (SDSEP) are examples of our experience administering programs to successfully support the installation of solar and energy storage in low-income and overburdened communities, initiate local workforce development strategies, coordinate marketing, education and outreach efforts, and build equity and resilience using community-based solar solutions.

An element of Massachusetts' proposed Solar for All program that CSE is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

CSE's administered SOMAH program currently provides substantial household energy savings with a 39-61% reduction of customers' service bills. CSE manages SDSEP which provides incentives to expedite asset ownership for low-income households that increases property equity, achieves year-over-year energy savings, and maintains community energy resiliency.

Another element of Massachusetts' proposed Solar for All program that CSE is particularly proud to support is the Project Deployment Technical Assistance Plan:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

For both SOMAH and SDSEP, CSE directly involves contractors by developing and maintaining an established network of licensed and certified solar installers. CSE is currently working with the California Energy

Commission to develop an Energy Storage Permitting Guidebook, which will streamline siting, permitting, and interconnection activities for project deployments.

Finally, CSE supports Massachusetts' proposed Equitable Access and Meaningful Involvement Plan for the Solar for All program which will:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

CSE shares Massachusetts' mission in providing equitable access to solar energy to low-income populations significantly burdened by negative socio-economic policies and environmental pollution. As the current program administrator for several large-scale equity-based solar and storage incentive programs, CSE understands the need for accountability and transparency of programs focused on benefiting low-income residents.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CSE would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

*Karen Glitman*

Karen Glitman
Senior Director, Distributed Energy Resources
Center for Sustainable Energy
Email: karen.glitman@energycenter.org
Phone: (857) 702-8527 Ext=558



**City of New Bedford Conservation Commission •**
**Department of Environmental Stewardship**

133 William Street · Room 304 · New Bedford, Massachusetts 02740
Telephone: (508) 991.6188

**Conservation • Environmental Stewardship • Resilience**

MAYOR
JON MITCHELL

August 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the City of New Bedford's Department of Resilience and Environmental Stewardship, I am writing to express our wholehearted support for the Commonwealth of Massachusetts' Solar For All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

New Bedford became a leader in municipal solar over a decade ago and we are now establishing ourselves as the off-shore wind energy deployment and maintenance hub on the northeast Atlantic coast. We have worked throughout our many Environmental Justice communities through Mass Save and other programs to bring clean energy options to low-income residents.  We also recently completed a Brownfields Job Training Program funded by EPA, enabling us to train over 80 Greater New Bedford residents to work in new construction along our expanding working waterfront. New Bedford's resilience vision is to make New Bedford a thriving, self-sustaining city that is physically, culturally, and economically secure and ready to implement innovative approaches to preparing for tomorrow's possibilities. We understand that the City cannot claim resilience until all of our neighborhoods are resilient. We regularly work with our state and federal partners to grow economic mobility with and within our EJ communities. We are committed to continuing to support our EJ neighborhoods to overcome barriers to clean energy adoption, realize solar-related economic benefits, acquire training for clean energy deployment, and serve low-income and disadvantaged communities.

The City of New Bedford is particularly proud to support Massachusetts' proposed Solar For All program's Meaningful Benefits Plan which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;



133 William Street-Room 304, New Bedford, MA 02740 - Telephone 508-991-6188

- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).

The City of New Bedford is currently supporting the development of Resilience Hubs by two community-based organizations (CBOs) serving low-income EJ communities.  We are working with these CBOs to deploy solar on their buildings and to incorporate storage to ensure power is available to area residents in the event of an outage.  The City intends establish a Residential Energy Access program focused on making clean energy options available throughout low-income neighborhoods.  We will use best practices and lessons learned during our Brownfields Job Training Program to support local job training and opportunities for sustainable local job creation.

Another element of Massachusetts' Solar for All Program that New Bedford is eager to support is the Project Deployment Technical Assistance Plan which will:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

The City of New Bedford is working to develop a program to incentivize deployment of solar and other clean energy alternatives on non-owner-occupied multifamily housing so that the tenant can realize the financial benefits of transition to solar.

The City of New Bedford is also committed to support the Massachusetts' Solar for All Program's Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar For All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households;
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

New Bedford is creating an inventory of neighborhoods and prioritizing those with the greatest energy burdens to ensure equitable access to the benefits of local Solar for All programming. New Bedford will create a Residential Energy Coordinator position to conduct outreach in EJ neighborhoods and to support residents through the process of financing and implementation. We will employ residents of the



communities that we are working to serve to maximize the impact of outreach and marketing strategies that will be culturally appropriate and responsive to the needs of the communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the City of would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me directly at 508-979-1487 or michele.paul@newbedford-ma.gov should you wish to discuss New Bedford's plan for collaboration with MA DOER and MassCEC's Solar For All program.

Sincerely,

Michele Paul, LSP
Director, Resilience and Environmental Stewardship, City of New Bedford





85 Merrimac Street, Suite 300, Boston, MA 02114 617-491-0443 cleanenergysol.com

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of Clean Energy Solutions, inc. (CESI), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CESI is an engineering and financing consultant to cities, towns, and NPOs in MA who are developing neighborhood-led virtual microgrids that incorporate the Massachusetts SMART Program, Community Solar programs, and Community Choice Aggregation to overcome barriers to clean energy adoption and solar-related economic benefits in environmental justice neighborhoods.

An element of Massachusetts' proposed Solar for All program that CESI is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

   a)  increase low-income and disadvantaged households' access to solar through financing products;

   b)  Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;

   c)  support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

   d)  support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs; and

e)  ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement.

CESI has been delivering such project deployment technical assistance under contract to many municipalities and community-based nonprofits for two decades, some of which have been supported by CEC and DOER funding. CESI was the engineering and financing consultant chosen by Chinatown and Chelsea to design and lead development of the first neighborhood-led "virtual microgrids," which are now being emulated in other municipalities in MA. CESI drafted the RFPs used by municipal and NPO procurement offices to select ESCOs and general contractors to finance and install the microgrid and resilience assets. We therefore would support enthusiastically the CEC/DOER proposal to secure SFA funding of additional technical assistance, needed to reach many more EJ communities with the benefits of access to solar energy, savings, resilience, environmental stewardship, job opportunities and choice. For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CESI would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,


David S Dayton
Chairman, Clean Energy Solutions, Inc.
ddayton@cleanenergysol.com
617 510 1428



85 Merrimac Street, Suite 300, Boston, MA 02114 617-491-0443 cleanenergysol.com

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of our company, we enthusiastically support the MA Clean Energy Center application to EPA for the Solar for All Program. As a thirty-five year veteran of working with low income affordable housing agencies to improve the energy burdens, comfort and costs of utilities in this country and Canada, I have not before witnessed the financial, climate, and economic dividends potentially forthcoming from this program. In concert with the ITC and the IRA's DOE Electrification program, residents and their owners in public housing agencies can look forward to cost reductions exceeding 50% in most parts of the country, including Maryland.

Our role in your application process has been reaching out to and educating the Commonwealth's housing authorities regarding the benefits of the program. HUD properties to date have been largely neglected by the twenty or so community solar programs nationwide with low income carve outs, chiefly for two reasons: (1) the absence of incentives for owners; and (2) the inflexibility of HUD in adjusting utility allowances for residents and owners. The significant dollars, in total and per individual, represented by Solar for All, and the nascent recognition at HUD that their policies need modifications, gives me hope that we can overcome both barriers.

We are very supportive of your efforts to engage the Boston Housing Authority as a potential agent for other housing authorities in the implementation stage, and in your singling out housing authorities as a primary audience for your efforts. We also believe the statewide association of housing authorities, MASS NAHRO, will be a major ally in enlisting their members to participate.

With a successful application, Clean Energy Solutions would seek to earn a project-deployment technical assistance strategy contract to reach out again to public housing agencies, educating them about the benefits of the program, assisting in their strategies to enroll residents, and helping them assess what on-site solar installation opportunities they have. We would also help them recruit Section 3 residents to employment opportunities. Finally, we would work with them and you to facilitate their leveraging SfA funds with other IRA and utility incentives. Most significantly, we would urge them to capitalize the savings stream from solar rate reductions and other energy efficiency investments made easier with additional IRA incentives to design and install additional measures, including windows, storm doors, and

resilience measures.  We believe that the savings streams can generate $10,000 per unit for such investments.

There are an estimated 65,000 units in the state and federal programs administered by public housing authorities. Their residents are a very deserving set of stakeholders, who can also be enrolled in large numbers without undue effort once their owners are committed. And their owners should share your commitment to dramatically reducing GHG emissions.

CESI is also an engineering and financing consultant to cities, towns, and NPOs in MA who are developing neighborhood-led virtual microgrids that incorporate the Massachusetts SMART Program, Community Solar programs, and Community Choice Aggregation to overcome barriers to clean energy adoption and solar-related economic benefits in environmental justice neighborhoods.

An element of Massachusetts' proposed Solar for All program that CESI is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

a) increase low-income and disadvantaged households' access to solar through financing products;

b) Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;

c) support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

d) support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs; and

e) ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusets through education, outreach, marketing and direct community engagement.

CESI has been delivering such project deployment technical assistance under contract to many municipalities and community-based nonprofits for two decades, some of which have been supported by CEC and DOER funding. CESI was the engineering and financing consultant chosen by Chinatown and Chelsea to design and lead development of the first neighborhood-led "virtual microgrids," which are now being emulated in other municipalities in MA. CESI drafted the RFPs used by municipal and NPO

procurement offices to select ESCOs and general contractors to finance and install the microgrid and resilience assets. We therefore would support enthusiastically the CEC/DOER proposal to secure SFA funding of additional technical assistance, needed to reach many more EJ communities with the benefits of access to solar energy, savings, resilience, environmental stewardship, job opportunities and choice. For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CESI would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact us if you have any questions or need additional information.

Sincerely,

Stephen J. Morgan
President, Clean Energy Solutions, Inc.
smorgan@cleanenergysol.com
617-834-2974

And

David S Dayton
Chairman, Clean Energy Solutions, Inc.
ddayton@cleanenergysol.com
617 510 1428

3



85 Merrimac Street, Suite 300, Boston, MA 02114 617-491-0443 cleanenergysol.com

U.S Environmental Protection Agency
Office of the Greenhouse Gas Reduction Fund
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE:  Massachusetts Clean Energy Center Solar for All Application
c/o Kelsey Read

October 2, 2023

Dear EPA colleagues:

 On behalf of our company, we enthusiastically support the MA Clean Energy Center application to EPA
for the Solar for All Program.  As a thirty-five year veteran of working with low income affordable
housing agencies to improve the energy burdens, comfort and costs of utilities in this country and
Canada, I have not before witnessed the financial, climate, and economic dividends potentially
forthcoming from this program.  In concert with the ITC and the IRA's DOE Electrification program,
residents and their owners in public housing agencies can look forward to cost reductions exceeding
50% in most parts of the country, including Maryland.

Our role in your application process has been reaching out to and educating to the Commonwealth's
housing authorities to the benefits of the program.  HUD properties to date have been largely neglected
by the twenty or so community solar programs nationwide with low income carve outs, chiefly for two
reasons:  (1) the absence of incentives for owners; and (2) the inflexibility of HUD in adjusting utility
allowances for residents and owners.  The significant dollars, in total and per individual, represented by
Solar for All, and the nascent recognition at HUD that their policies need modifications, gives me hope
that we can overcome both barriers.

We are very supportive of your efforts to engage the Boston Housing Authority as a potential agent for
other housing authorities in the implementation stage, and in your singling out housing authorities as a
primary audience for your efforts.  We also believe the statewide association of housing authorities,
MASS NAHRO, will be a major ally in enlisting their members to participate.

With a successful application, Clean Energy Solutions would seek to earn a project-deployment technical
assistance strategy contract to reach out again to public housing agencies, educating them about the
benefits of the program, assisting in their strategies to enroll residents, and helping them assess what
on-site solar installation opportunities they have.  We would also help them recruit Section 3 residents
to employment opportunities.  Finally, we would work with them and you to facilitate their leveraging
SfA funds with other IRA  and utility incentives.  Most significantly, we would urge them to capitalize the
savings stream from solar rate reductions and other energy efficiency investments made easier with
additional IRA incentives to design and install additional measures, including windows, storm doors, and

resilience measures.  We believe that the savings streams can generate $10,000 per unit for such investments.

There are an estimated 65,000 units in the state and federal programs administered by public housing authorities. Their residents are a very deserving set of stakeholders, who can also be enrolled in large numbers without undue effort once their owners are committed.  And their owners should share your commitment to dramatically reducing GHG emissions.

Congratulations on your thoughtful and comprehensive approach to this opportunity, and I look forward to the prospect of working with you later next year.

Sincerely yours,

Stephen J. Morgan
President



Monday, September 18, 2023

5301 Central Ave.
St. Petersburg, FL 33710
**climatefirstbank.com**

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Climate First Bancorp, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Climate First Bancorp is the bank holding company for Climate First Bank, an FDIC-insured community bank with a mission to provide environmentally and socially impactful lending. Along with the Bank, Climate First Bancorp has a controlling interest in OneEthos, a minority-led, mission-driven technology company focused on providing digital, capacity and market-building solutions to financial institutions that are traditionally underserved by technology such as community banks, CDFIs, credit unions, and green banks. OneEthos is one of the few financial technology companies in the nation that is regulated by the Federal Reserve Bank. The Bancorp, Bank, and OneEthos are Certified B Corps and registered as state benefit corporations.

Climate First Bank's leadership team has extensive experience deploying affordable solar financing at scale, while demonstrating that financial excellence can occur without ethical compromise. Ken LaRoe, CEO and Founder pioneered solar lending in Florida at First Green Bank, the very first bank in the eastern United States with an environmental and social mission. Mr. LaRoe was the CEO and Founder of First Green Bank and Florida Choice Bank prior to starting Climate First Bank.

An element of Massachusetts' proposed Solar for All program that Climate First Bancorp is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

With the support of the fully digitized solar lending platform developed by OneEthos, the Bank has generated and processed over $140 million in residential rooftop solar applications over the last 16 months. Our digital platform enables customer outreach, education, and financing at point-of-sale from a vetted network of solar contractors, including minority-owned, veteran-owned, woman-owned, and Business Enterprise Certified solar installers. Approximately 35% of the loans originated are currently located in CDFI investment areas. We believe we can do far more with the support of incentives from the Greenhouse Gas Reduction Fund.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Climate First Bancorp would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Marcio deOliveira
EVP, Chief Digital Banking Officer
marcio.deoliveira@climatefirstbank.com
(727) 335-0523



October 6, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Coalition for Community Solar Access (CCSA), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Coalition for Community Solar Access (CCSA) is a national coalition of businesses and nonprofits working to expand customer choice and access to solar for all American households and businesses through shared solar programs. We have worked to expand community solar in Massachusetts by providing input in public proceedings on policy design, providing technical experts for working groups and commissions on interconnection and siting, and promoting best practices among industry participants to ensure a positive experience for community solar subscribers. We have been actively engaged in DOER's stakeholder process in developing their Solar For All application, providing feedback on the Commonwealth's Straw Proposal and sharing our view of the most effective approaches to best serve low income customers.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, CCSA intends to further this leadership. Specifically, we plan to continue engagement with MA DOER and MassCEC in the implementation of their Solar For All program, providing recommendations on program design to provide maximum benefits to low-income customers. Additionally, CCSA plans to offer technical support to MA DOER and MassCEC to assist in their efforts to provide greater net savings for low income customers and simplify the subscription process for customers through the SMART program. As the primary association representing community solar providers, CCSA stands ready to facilitate communication and feedback between industry participants, their customers, and the program administrators.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CCSA will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Kate Daniel*

Kate Daniel
Northeast Regional Director
Coalition for Community Solar Access (CCSA)
kdaniel@communitysolaraccess.org



9/8/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Codman Square Neighborhood Development Corporation (CSNDC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CSNDC is a grassroots community organization committed to developing affordable housing, promoting economic mobility, building community power, and fighting for racial justice within the environmental justice neighborhoods of Codman Square and South Dorchester. CSNDC is a BIPOC led organization and has a 41-year long track record in community revitalization and deep community partnerships. For the past decade years CSNDC has prioritized projects and programming promoting neighborhood scale environmental justice including

- providing energy outreach services to connect residents to low-to-no cost resources such as highly efficient AC units and energy assessments that simultaneously combat the impacts of heat island effects and reduce energy bills;
- building and maintaining energy efficient, LEED certified affordable housing units
- and helping meet the need for a diverse pool of skilled workers in growing sustainability fields through workforce development programs that train local men of color

CSNDC is proud to support all three elements of Massachusetts proposed Solar for All Program. The Project Deployment Technical Assistance Plan, is relevant to CSNDC's work an affordable housing developer and we look forward to benefitting from the technical assistance to help us develop a pipeline of solar projects, overcome barriers related to project deployment such as siting, permitting, interconnection, and understand financing options available to us though various federal, state, and utility programs. Additionally, CSNDC is particularly supportive of the Workforce Development component of the Technical Assistance Plan. The goal within the Solar for All proposal to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects broadly across the Commonwealth is particularly relevant to the black and brown community we serve that continues to face high un-and-underemployment rates. If awarded, CSNDC commits to help connect the residents we serve to the clean energy career opportunities that will be supported by Solar for All funding.

CSNDC also supports the Meaningful Benefits Plan component and Equitable Access and Meaningful Involvement Plan. Specifically, CSNDC's Energy Ambassador program helps connect the low-and-moderate income residents we serve to energy programs to help them save money. As such we support the goals of Solar For All to deliver a minimum 20% of household savings to program beneficiaries; to increase low-income and disadvantaged households' access to solar through financing products, and to facilitate ownership opportunities for low-income households. CSNDC will use the outreach channels we have within our community to promote Solar for All programs and will partner with MassCEC and DOER to help reach residents in our community.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CSNDC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

**Meredith Geraghty**
Vice President of Basebuilding Strategy and Fundraising

**Codman Square Neighborhood Development Corporation**
587 Washington Street, Dorchester, MA 02124
www.csndc.com
617-825-4224 ext. 142
meredith@csndc.com



8/29/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Commonwealth Green Low-Income Housing Coalition, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Commonwealth Green Low-Income Housing Coalition has worked for over 9 years connecting low-income housing providers such as shelters, halfway houses, public housing authorities, group homes and additional homes with clean energy programming and upgrades. This has included the LEAN program – a Mass Save affiliate for low-income housing in Massachusetts. Our work on energy efficiency, planning, insulation and energy audits, building our own solar and expanding community based solar, LED lighting and water conservation have assisted dozens of low-income housing organizations in accessing clean energy upgrades. In return for these upgrades, the low-income, generally urban organizations can repurpose their savings for the care and well-being of homeless families and individuals, low-income families, and others in need.

Some elements of Massachusetts' proposed Solar for All program that CGLIHC are particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Facilitate asset ownership opportunities for low-income households

- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

CGLIHC has experience in building small scale solar for low-income housing, connecting community-based solar opportunities to shelters and programs, and promoting solar energy as a tool for low-income communities to reduce carbon and lower costs over time.  Solar for All will provide additional opportunities for our already-experienced staff to build solar power into low-income neighborhoods.
A
Additionally, CGLIHC's agenda intersects with the Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan insofar as we market solar to low-income communities through our wide network of nonprofit partners, we connect solar providers to these communities, and we have assisted in building and access issues as they arise.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Commonwealth Green Low-Income Housing Coalition would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

*David McMahon*
*Commonwealth Green Low-Income Housing Coalition*
*davemcmahon@dismasisfamily.org*
*30 Richards Street*
*Worcester, MA 01603*
*(508) 579-9249*



September 1st, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Co-op Power, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Co-op Power is a 20 year old consumer-owned, multi-class, multi-race energy cooperative incorporated in Massachusetts with 1200 household owner-members and dozens of small businesses, non-profits and municipal owner-members working on a not-for-profit basis to create a just and sustainable energy future. We serve communities across Massachusetts along with others in the Northeast, pioneering models for community ownership of solar in order to bring the benefits of solar ownership to all communities - including and especially to low income and disadvantaged communities - along with the jobs, wealth building and consumer savings that come along with it.

Co-op Power has developed 4.4MW of community solar and 900 kW of commercial solar projects in addition to supporting more than a thousand residential installations, all originated by and directed by community-based leadership. All projects are either community-owned or are on a path to community-ownership within ten years through a tax

equity flip financing model or a project sale with buy-back options. Co-op Power is currently managing a community solar subscription program for more than 800 subscribers; 75% qualify as low-income. More than 50% of our members are from EJ communities and our board is BIPOC-led.

We are working with Sunwealth to commission our 760 kW SMART program low-income community solar array in Easthampton MA. We were the lead developer on that project before we sold it to Sunwealth with the agreement to purchase the project back after 10 years and we are managing the solar subscription program in the meantime delivering on-bill credits to our 85 low-income, owner-members.

Co-op Power and its member-owners have extensive experience in community education and identifying and overcoming barriers to clean energy adoption, especially in low income and disadvantaged communities.  When we began in 2002, we worked extensively with DOER and MTC, bringing the voices of our consumer-members from low income and disadvantaged communities along with middle-class and wealthy communities to help shape the MassSave, SREC, Mass Solar Loan and later the SMART programs.  Our leadership base from low-income and disadvantaged communities has ensured that our clean energy community organizing and advocacy raises up the environmental, economic, social and political challenges facing environmental justice communities and plays a leadership role in addressing those challenges.

- Co-op Power operated a MassSave energy efficiency program in Boston and W Mass with 4 crews on the road for five years focusing service and workforce development in low income communities before there was state support for that type of focus.
- Co-op Power ran a Green Jobs Training Program, training more than 400 young people and out-of-work adults in energy efficiency, solar installation, clean energy marketing, energy cooperative development and cooperative management.
- We supported the development of seven community energy cooperatives in our network.
- We trained more than 40 plumbers to install residential solar hot water systems and installed more than 100 systems ourselves in a community participation and education program we ran for a decade.
- We served as the host developer providing a wide range of technical assistance and financing services for the start up of a dozen businesses including Northeast Biodiesel, PV Squared, Energia, SDA, Alpha-B, Resonant Energy, and five solar businesses in order to create jobs and deliver clean energy services to residential communities, especially focused on low income communities.
- Co-op Power has complied with a wide variety of state and federal grant requirements including Davis-Bacon.
- Co-op Power is currently providing technical assistance on solar options to a wide range of community-based commercial and community solar initiatives including one funded by DOE/NREL for the City of Lawrence.

An element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

Co-op Power is planning to develop 4.5MW of community owned solar in Massachusetts serving at least 575 households with projects valued at $10.8M in the next 3-4 years.  Our projects will maximize the household savings possible for each site with at least a 20% savings, prioritizing benefits to low income and disadvantaged communities.  75% of the benefits will go to households in low income and disadvantaged communities. These installations will include storage where financially viable.  Our Good Green Jobs program will continue to train people for a wide range of solar-related employment opportunities.

Another element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Project Deployment Technical Assistance Plan, which would,

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Co-op Power will continue to provide technical assistance to community energy cooperatives in our network along with municipalities, nonprofits, and other not-for-profit, community-based networks, to support solar project pipeline development. Our deep member-leader TA bench can help projects overcome barriers in all areas of solar project development.  Co-op Power will continue to  support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs. Our Good Green Jobs program will continue to train people for a wide range of solar-related employment opportunities and our business development efforts will continue to support

entrepreneurs in the development of social enterprises that can provide essential services to residential communities, especially in low income and disadvantaged communities.

Another element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Co-op Power's community solar projects are cooperative owned by the subscribers and our commercial projects are owned by the project host or a non-profit or municipality. Low-income and disadvantaged communities are directly involved in selecting projects to work on, designing their projects, operating and owning them.  All of our 1200 household members are invited to develop and participate in solar projects in their communities and we prioritize projects that are led by and that serve low income and disadvantaged communities as well as our other member-owners.  All of our projects include leadership from low income and disadvantaged communities and serve low income and disadvantaged communities.  Our education, organizing and marketing materials are are designed to facilitate participation by households in the target communities. Materials are translated as required and language and images are adjusted as required.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Co-op Power would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Lynn Benander
President, Co-op Power
413-552-6446
lynn@cooppower.coop



September 21, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Emerald Cities Collaborative, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Emerald Cities Collaborative (ECC) is a national non-profit organization that partners with labor unions, community organizations, social justice advocates, development intermediaries, research and technical assistance providers, and socially responsible businesses dedicated to building high road – sustainable, just and inclusive – regional economies. The Collaborative envisions a future in which American cities are the greenest and most equitable in the world, leading the way to head off global climate change while creating a vital new economic sector with low-income and communities of color as central actors and beneficiaries in this new economy. Within Massachusetts this work has included leading economic inclusion initiatives with a variety of partners to deliver small business development and workforce development training opportunities that uplift and empower historically underserved and underrepresented communities. ECC has worked with the MassCEC and DOER to provide policy and programming recommendations that are informed by our on the ground experience from direct implementation of economic inclusion and equitable building electrification and decarbonization initiatives.

Elements of Massachusetts' proposed Solar for All program that Emerald Cities Collaborative is particularly proud to support is the **Equitable Access and Meaningful Involvement Plan**, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Another element of Massachusetts' proposed Solar for All program that Emerald Cities Collaborative is particularly proud to support is the **Project Deployment Technical Assistance Plan** which would invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities.

ECC plans to support the elements listed above under the two plans mentioned by working closely with and encouraging other community-based organization partners to engage in the Solar For All program. ECC is nationally recognized as a leader when it comes to building collaborative multi-stakeholder tables that advance racial, economic, and climate justice. ECC plans to leverage that experience to support MassCEC and DOER with developing enhanced community engagement and participation strategies in Massachusetts as a part of the Solar For All program.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Emerald Cities Collaborative would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Alexis Washburn
Emerald Cities Collaborative
Northeast Regional Director
awashburn@emeraldcities.org

National Office:
1660 L Street NW
Washington, DC 20036

Local Office:
50 Milk Street
Boston, MA 02108



September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Energy Allies, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Energy Allies is a 501 c3 nonprofit organization dedicated to revolutionizing energy by ensuring the communities most impacted by climate change lead local clean energy solutions. Energy Allies catalyzes community-led energy projects through community solar policy and energy justice educational resources in climate-impacted communities. Our partnership with the Department of Energy, MIT, and Stanford has led to the development of EnergyScore, a more accurate predictor of defaults that is inclusive of all households. Our research, conducted in collaboration with the Department of Energy Solar Energy Technologies Office (SETO), highlights the importance of policy in promoting equitable inclusion of all income levels and involving communities in designing local energy solutions. Additionally, we are founding members of the Boston Community Solar Cooperative, a new entity in Boston founded on expanding equitable access to solar ownership opportunities.

An element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

Through our work with the Boston Community Solar Cooperative and other ongoing projects, we are well-positioned to facilitate asset ownership opportunities for low-income households. Our unique,



community-led process allows community champions to lead the decision-making process associated with project development and is highly aligned with the proposed program outlined here.

Another element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, and interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

With the recent release of the Inflation Reduction Act, Energy Allies is positioning itself to act as a nonprofit solar developer with the aim to maximize economic benefits in low-income and disadvantaged communities. Through this effort, we are highly intentional in working with small and WMBE contractors who historically may have been unable to work on solar projects in Massachusetts.

Another element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Energy Allies would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Eli Goldman*
*Energy Allies*
*egoldman@energy-allies.org*

September 6, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Entrepreneurial and Business Collaborative (E&BC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). Our organization is dedicated to serving and promoting minority and LGBTQ-owned businesses in Massachusetts. We are writing this letter with strong conviction to convey our wholehearted support for MassCEC and their initiatives, including the Commonwealth Solar for All program and the State-Based Home Energy Efficiency Contractor Training Grants.

The MassCEC and the Commonwealth have demonstrated a steadfast commitment to equity, inclusivity, and progressive thinking, and we wholeheartedly align with their values. It is our unwavering resolve to actively contribute to the triumphant realization of these groundbreaking initiatives.

Entrepreneurial & Business Collaborative (E&BC) stands united in unwavering support of the MassCEC and the Commonwealth application and their momentous potential to drive unprecedented economic prosperity and sustainable development within Massachusetts. We wholeheartedly commend MassCEC and the Commonwealth for their unwavering dedication to equity, inclusivity, and the realization of sustainable economic growth. As a local organization passionately advocating for the success of minority and LGBTQ-owned businesses, we are eager to lend our unrivaled expertise, substantial resources, and expansive networks to help materialize the visionary goals. It is with utmost urgency and conviction that we implore the DOER to wholeheartedly support and invest in these unequivocally vital initiatives.

Thank you for considering our resolute stance and unwavering dedication. We firmly believe that through relentless collaboration and unwavering support, we will forge a vibrant, inclusive, and climate-critical workforce.

Sincerely,

Ronald Molina-Brantley
Entrepreneurial & Business Collaborative
Founder / CEO



ENTREPRENEURIAL & BUSINESS COLLABORATIVE
183 DARTMOUTH TERRACE ● SPRINGFIELD, MA 01103



240 Cold Spring Avenue
West Springfield, MA 01089
Phone 413-739-5503
support@habitatspringfield.org
www.habitatspringfield.org

August 29, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Greater Springfield Habitat for Humanity, Inc. (GSHFH), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GSHFH is a housing ministry dedicated to strengthening communities by empowering low-income families to change their lives and the lives of future generations through homeownership and home preservation opportunities. This is accomplished by working in partnership with diverse people, from all walks of life, to build simple, decent, affordable housing. We have over 35 years of experience working in Hampden County MA with lower-income families to provide access to homeownership, and home repair services. We work in partnership to maximize our impact by promoting the MassSave and the SMART Program and tax incentives available to homeowners as additional benefits beyond our programs. We have navigated numerous grants from HUD, local municipalities, and private funders to create and maintain our programs. We have begun the process of integrating solar and other green building methods as stand practice for our new home construction projects.

Elements of Massachusetts' proposed Solar for All program that GSHFH is particularly proud to support are the Meaningful Benefits Plan, which would:

- Deliver a minimum of 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households; and

Another element of Massachusetts' proposed Solar for All program that GSHFH is proud to support is the Project Deployment Technical Assistance Plan which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

- Support overcoming barriers related to project deployment such as siting, permitting, and interconnection;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local, and utility programs.

GSHFH is also in support of Massachusetts's proposed Solar for All program elements in the Equitable Access and Meaningful Involvement Plan which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Through our homeownership programs GSHFH would support the MA Solar for All program by incorporating solar into our new/rehab construction projects enabling access to solar to all of our first-time home buyers. Through our home preservation and repair programs we can educate current homeowners on the benefits of solar and help them to make needed upgrades to allow for solar installation on their properties. GSHFH can easily work on creating a pipeline of projects, we receive numerous inquiries daily from homeowners who are looking to improve their homes and make them more affordable and energy-efficient. We also work in partnership with local vocational schools to provide access to hands-on learning experiences and training through volunteer opportunities, co-op, internships, and apprenticeship positions for students interested in the construction fields. Exposure to solar installation would be a valuable tool in helping many of these students as they choose future career paths in the building industry.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Greater Springfield Habitat for Humanity would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Aimee Giroux, Executive Director
Greater Springfield Habitat for Humanity, Inc.
giroux@habitatspringfield.org 413-739-5503



2714 Hudson Street
Baltimore, MD 21224-4716
**P:** 410-534-6447
**F:** 410-534-6475
**www.ghhi.org**

September 27, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Green & Healthy Homes Initiative (GHHI), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GHHI is a nonprofit organization dedicated to addressing the social determinants of health and the advancement of racial and health equity through the creation of healthy, safe, and energy efficient homes. GHHI serves low income and disadvantaged communities across the country. In Massachusetts, GHHI is currently working with the Massachusetts Association of Community Development Corporations to produce a report on housing quality both statewide and in the cities of Brockton, Holyoke, and Springfield. Previously, GHHI has also worked in Springfield and Worcester to produce feasibility studies and business plans for home-based asthma services.

GHHI is a national leader in advancing innovative, high quality energy efficiency programs and policies. GHHI has conducted solar installations as part of its direct service program in Maryland. GHHI was a critical partner with NYSERDA in the design and launch of the Healthy Homes Value-Based Payment Pilot, which combines energy efficiency services with home-based education to address asthma in New York. GHHI supported the design of a similar statewide program with Connecticut Green Bank. GHHI designed and is implementing a holistic housing intervention pilot in New Jersey, New Jersey Whole House, which aligns health, safety and energy efficiency interventions, funded through a mix of public and private investment, to prepare low-to-moderate income housing for electrification.

An element of Massachusetts' proposed Solar for All program that GHHI is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

DocuSign Envelope ID: A818A4BF-B932-437B-B70B-BAE161967409

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

GHHI has extensive experience from its whole home model on how to comprehensively assess for housing deficiencies that would prevent deployment of solar technologies, and how to sequence and coordinate resources to provide those enabling upgrades. GHHI also has a wealth of experience in identifying federal, state, and local resources such as WAP and HUD grants that could be used to address certain deficiencies in preparation for solar deployment. To promote workforce development, GHHI would create a tailored comprehensive home assessment template which can be used to efficiently identify all hazards and deficiencies in the home, and implement healthy housing-related workforce development courses alongside planned solar-focused workforce development courses. GHHI also would support the analysis of housing, health, environmental justice, and other datasets to identify properties that would benefit most from solar PV and enabling upgrades.

Another element of Massachusetts' proposed Solar for All program that GHHI is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse communities will be served, while prioritizing low-income and the most disadvantaged households.

GHHI would support equitable access and distribution of benefits through promoting a holistic retrofit strategy. This approach will maximize assistance to low-income and disadvantaged communities, ensuring that energy deficiencies and health and safety hazards are addressed simultaneously when implementing solar-enabling upgrades. The homes most in need of solar retrofits will actually receive investment, rather than be deferred due to needed repairs. GHHI would provide capacity building and technical assistance services to design programs that serve a wide range of communities; to conduct asset and gap analyses; to carry out performance measurement and evaluation design, and to support community outreach and education efforts. For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and GHHI would be proud to play a critical role in supporting

Support for the Commonwealth of Massachusetts' Solar for All Application
Page 3 of 3
September 27, 2023

the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ruth Ann Norton
President & CEO

# GREEN ENERGY
# CONSUMERS ALLIANCE

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Green Energy Consumers Alliance, Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Green Energy Consumers Alliance (Green Energy Consumers) is a 501(c)3 non-profit organization with a mission to harness the power of consumers and communities to speed the transition to a zero-carbon future. We do so by advocating for sound public policy and by operating programs that help consumers access clean energy technologies to reduce their personal greenhouse gas (GHG) emissions.

With a track record of successful initiatives since 1982, Green Energy has been at the forefront of driving positive change in the energy sector. In the early 2000s, we led several groups in the Greater Boston Million Solar Roofs Initiative, a DOE-support project. We also administered large-scale residential energy efficiency projects funded by the American Recovery and Reinvestment Act.  In 2016, we developed the Green Municipal Aggregation model in collaboration with Good Energy, LLC in Massachusetts and have recently expanded the model to Rhode Island. We serve those communities by purchasing renewable energy certificates from local suppliers in New England, making clean energy affordable and accessible to residents in both states.

greenenergyconsumers.org

**Boston:** 284 Amory Street, Boston, MA 02130 | Phone: 800-287-3950
**Providence:** 188 Valley St, Suite 221, Providence, RI 02909 | Phone: 401-861-6111

# GREEN ENERGY CONSUMERS ALLIANCE

We support the multi-faceted approach proposed by Massachusetts including the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan. It would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

If Massachusetts receives a grant from Solar for All, Green Energy Consumers Alliance will be ready to educate consumers, installers, and communities about the resulting programs. We are also exploring ways that we might directly participate in the market through project development and consumer aggregation.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Green Energy Consumers would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience

**greenenergyconsumers.org**

**Boston:** 284 Amory Street, Boston, MA 02130 | Phone: 800-287-3950
**Providence:** 188 Valley St, Suite 221, Providence, RI 02909 | Phone: 401-861-6111

# GREEN ENERGY
# CONSUMERS ALLIANCE

deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Larry Chretien
Green Energy Consumers Alliance, Inc.
Larry@greenenergyconsumers.org



# GREENFIELD COMMUNITY COLLEGE

September 15, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Greenfield Community College, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Workforce Development is a pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth. A workforce development pillar is a critical component to support the expansion of the solar industry needed to meet the Commonwealth's decarbonization goals, while also ensuring that these well-paying jobs are accessible to all residents. If awarded funding and the Commonwealth conducts a competitive request for proposals, Greenfield Community College would certainly submit an application to the Commonwealth to provide solar-related workforce development training to residents of Western Massachusetts.

Greenfield Community College Workforce Development is currently launching a new robust training program for HVAC workers in 2024 to meet current and anticipated labor market needs. This semester-long training will combine technical and professional career skills with strong student supports designed to help each student be successful. The training will target populations currently and historically under-represented in the HVAC trade, people living in Environmental Justice neighborhoods, youth ages 18-24, women, and individuals re-entering the workforce after incarceration, and it offers a pathway to a career with family-sustaining wages. The program will include a semester of training, student stipends at key milestones, professional certifications, career readiness workshops, comprehensive student supports, a two-month paid internship with a regional HVAC employer, a community of practice for support through the training period and the first year of work, and

commitment from employers to consider successful candidates for immediate hire. We know how to work closely with industry experts to design meaningful training programs that meet the needs of local employers and just as importantly, we know how to provide meaningful resources and support to students to help them finish our training programs successfully.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Greenfield Community College would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Michelle K. Schutt, Ph.D.
President, Greenfield Community College
Greenfield, MA



2 October 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**RE:**     ***Support for the Commonwealth of Massachusetts' Solar for All Application***

Dear Administrator Regan:

On behalf of the members, staff and board of GreenRoots, I am writing to express our enthusiastic support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GreenRoots is an environmental justice organization with 30 years of organizing our communities of Chelsea and East Boston to advocate for a healthier and more just environment. During that time, we have advocated for better access to energy efficiency and clean energy initiatives in BIPOC communities such as our own. From creating greater equities in Mass Save projects, to promoting solar panels and battery storage among low income, Spanish-speaking renters in East Boston to pioneering a microgrid with our partners in Chelsea, we see engagement and participation of traditionally excluded communities as key to realizing a carbon-free future with equity, inclusion and sustainability.

GreenRoots is particularly proud to support many of the elements of Massachusetts' proposed Solar for All program, including the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement Plan, which would:
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

GreenRoots would happily support the above listed efforts through partnering on outreach and program design in environmental justice communities, leverage our existing community relations to bring visibility and efficacy to the projects and advise on overcoming barriers to implementation of clean energy technologies in our communities. Beyond the on-the-ground practical concerns of program implementation, we are also interested in addressing the systemic and policy barriers to successful adoption of these technologies in EJ communities. In particular, the complex intricacies that stymie the implementation of microgrid solutions to resiliency and sustainability of our electrical grid are of particular concern to us. Additionally, the challenge of implementing energy efficiency and solar programs within the context of a rapidly gentrifying neighborhood, where building improvements are desperately needed, but also represent a serious threat to housing affordability is an area we have much experience and hold strong opinions.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and GreenRoots would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

John Walkey
Director of Waterfront and Climate Justice Initiatives
GreenRoots
johnw@greenrootschelsea.org

DocuSign Envelope ID: FC76SBDB-4B81-4202-989E-A127FB0D4D6C



October 3rd, 2023

Hon. Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Honorable Administrator Regan,

We, the united voices of the International Brotherhood of Electrical Workers (IBEW)
Locals 7 of Western Massachusetts, Local 96 of Central Massachusetts, Local 103 of
Greater Boston, and Local 223 of Southeast Massachusetts, strongly support the Solar for
All Proposal from the Commonwealth of Massachusetts, led by the Massachusetts
Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy
Center (MassCEC). The Solar for All Program will be a solid step towards a cleaner and
more equitable future in Massachusetts and beyond.

Our support is rooted in our shared goals of promoting an equitable clean energy
transition and ensuring high-road careers for all in the clean energy industry. We fully
back the Project Deployment Technical Assistance, Meaningful Benefits, and Equitable
Access and Meaningful Involvement Plans in this application. The Commonwealth's
proposed program will create high-road careers, generate sustainable economic growth,
and provide much needed environmental and social justice. We especially applaud the
Commonwealth's proposed program for its focus on workforce development through
registered apprenticeship programs and fair living wages and benefits.

We also believe the program's commitment to focusing on projects in historically
disenfranchised communities and for low-income housing is crucial for rectifying
historical inequities and fostering a more inclusive clean energy economy. By prioritizing
these communities in terms of both projects and workforce, the Solar for All Program
demonstrates a holistic approach towards environmental justice and economic
empowerment.

In conclusion, we affirm our staunch support for the Solar for All Proposal. Its vision
resonates with our long-term goals of promoting a just transition to clean energy,
equitable workforce development, and environmental resilience in our communities. We
eagerly anticipate the positive impact the Solar for All Program will have on the

DocuSign Envelope ID: FC766BDB-4B81-4392-989E-4127FB0D4D6C

Commonwealth of Massachusetts and stand ready to contribute our expertise and support towards its successful implementation.

Thank you for your consideration. We welcome any further discussion about this transformative initiative for Massachusetts' clean energy future.

Sincerely,

DocuSigned by:

*Dan D'Alma*

3A88144E3F3A44D...

Dan D'Alma
Business Manager
IBEW Local 7
Western Massachusetts

DocuSigned by:

*Thomas J. Maloney*

B497908C7B4B4C7...

Thomas J. Maloney
Business Manager
IBEW Local 96
Central Massachusetts





DocuSigned by:

*Louis J Antonellis*

D50A19D57A5C403...

Lou Antonelis
Business Manager
IBEW Local 103
Greater Boston

DocuSigned by:

*Douglas P. Nelson*

E391588065F6450...

Douglas P. Nelson
Business Manager
IBEW Local 223
Southeast Massachusetts





# LISC BOSTON

September 15, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Local Initiatives Support Corporation (LISC) Boston, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

LISC is one of the country's largest community development support organizations working to forge resilient and inclusive communities of opportunity in the US; great places to work, live, visit, do business, and raise families. LISC has equally deep local roots, having invested more than $414 million in Massachusetts communities over nearly 40 years. We prioritize equity in our investments, from affordable housing and quality schools to growing business and connecting community with financing, technical assistance, and resources to build capacity and stability.

LISC Boston's Green Homes Initiative has led energy and healthy housing work with Massachusetts affordable housing owners for over a decade. In that time, LISC has helped drive resources to the state's affordable housing sector, aligned incentives to help owners maximize the energy efficiency of their properties, integrate appropriate clean energy technologies, decrease carbon emissions, improve climate readiness, and provide residents with a higher quality of life through healthy housing improvements. Since 2010, we have worked with over 80 affordable housing owners and property managers statewide to track energy performance of at least 17,000 units through benchmarking, undergo energy retrofits in 5,000+ units, and leverage over $17 million. Through our Energy Cohort peer learning network, we also engage with and support capacity building for 350+ affordable housing professionals.

In 2020, LISC co-created and launched the Solar Technical Assistance Retrofit (STAR) Program with solar provider Resonant Energy and affordable housing umbrella advocacy organization Massachusetts Association of Community Development Corporations (MACDC). STAR is a path-breaking program designed to remove barriers and dramatically increase the adoption of solar PV for affordable housing developments across the Commonwealth. STAR participants receive staff time support grants and free technical analysis services to analyze the solar potential and financing options for their portfolio.

So far, we have provided portfolio-wide solar analyses to 44 affordable housing organizations across Massachusetts. The 22 organizations that are moving forward to date will be installing at least 7.7 megawatts of solar, which represents at least $26 million in avoided electricity costs and more than $500,000 in direct resident benefits.

We are pleased to support Massachusetts' proposed Solar for All program particularly due to its focus on the following equitable elements:

- Support affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Support affordable housing building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for affordable housing owners; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

The Solar for All program would enable Massachusetts to significantly scale up solar access for our affordable housing partners and drive direct benefits to disadvantaged communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and LISC Boston would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Emily P. Jones

Emily Jones
Senior Program Officer
LISC Boston
ejones@lisc.org | 617.410.4336



September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Mass Audubon, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Mass Audubon is the largest nature-based conservation organization in New England. On behalf of our 160,000 members and supporters, we protect wildlife, conserve and restore resilient land, advocate for impactful climate and environmental policies, offer nationally recognized education programs for adults and children, and provide endless opportunities for all to experience the outdoors at our wildlife sanctuaries.

Our organization supports the rapid and responsible deployment of solar and other clean power sources that are essential in achieving the Commonwealth's goal of net-zero greenhouse gas emissions by 2050. We've led a study analyzing the available sites for placing ground-mount solar while also protecting nature and productive farmland – this is a vision that aligns with strong public preferences for clean energy that co-exists with nature – and we've found that the Commonwealth has ample space to deploy solar on already-developed lands, as well as rooftops and other spaces in the built environment.[1] Thus, we are advocating for a shift in SMART program energy incentives away from utility-scale ground-mount solar projects in forests, and redeployment of those incentives to solar on already-developed sites, and leaning into supporting distributed solar, particularly community solar that brings solar energy's benefits to low-income and disadvantaged communities.

---

[1] These include rooftops, parking lots and other previously developed or altered sites and other lands of low ecological value including land containing compacted urban soils, gravel pits, and other land that is barren of native plant growth due to human activity and land that is part of a parcel containing built land that is not BioMap Core Habitat or Critical Natural Landscape.

Mass Audubon strongly supports the Project Deployment Technical Assistance Plan, which would:

- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

Mass Audubon will continue to advocate for the responsible deployment of solar in Massachusetts, and for eliminating all state incentives (including pass-through of federal funds) for any ground-mount solar projects on natural and working lands to protect our carbon sequestration ability. The Solar for All program is a great opportunity to marry these goals with siting more solar in the built environment close to load, and specifically doing more of this in the form of community energy projects for low-income customers who may otherwise face challenges in accessing solar resources. With our statewide reach, and connections in hundreds of municipalities and regional planning agencies across the state, we are well-placed to do outreach regarding reducing 'soft costs' and administrative barriers which are slowing solar deployment at the local level. We are also represented in and advocating at multiple forums around interconnections, permitting, and siting, including the state's new Committee on Clean Energy Siting and Permitting.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future, and Mass Audubon would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Michelle Manion, VP of Policy and Advocacy
Mass Audubon
mmanion@massaudubon.org



**MASS WORKFORCE ASSOCIATION**
**ONE SYSTEM – ONE VOICE**

October 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Mass Workforce Association, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Mass Workforce Association (MWA) is the voice for the Commonwealth's workforce development system, encompassing an array of partners and stakeholders, including MassHire Career Centers and Workforce Boards. MWA provides a unified voice for the state's regionally-led workforce development system to ensure it is responsive to the dynamic demands of business, job seekers, incumbent workers, and youth throughout the Commonwealth.

An element of Massachusetts' proposed Solar for All program that MWA is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The Project Deployment Technical Assistance Plan:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

Workforce Development is a pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth. A workforce development pillar is a critical component to support the expansion of the solar industry needed to meet the Commonwealth's decarbonization goals, while also ensuring that these well-paying jobs are accessible to all residents.  Workforce development is an integral part of economic development for our state.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MWA would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Kelly M Hanlon*
*Massachusetts Workforce Association*
*40 Court Street Suite 1150*
*Boston, MA 02108*
*khanlon@massworkforce.com*



National Association of
Housing & Redevelopment Officials

September 26, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' "Solar for All" Application**

Administrator Regan:

On behalf of the Massachusetts Chapter of the National Association of Housing and Redevelopment Officials (MassNAHRO), I am writing to express our support for the Commonwealth of Massachusetts' "Solar for All" grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious "Solar for All" program.

MassNAHRO represents the 240 local housing authorities in the Commonwealth that own and operate 43,000 units of state-subsidized public housing, serving more than 70,000 of the Commonwealth's low-income veterans, seniors, families, and people with disabilities. Given the diversity of size, capacity, and experience of local housing authorities across Massachusetts, MassNAHRO, on behalf of our members, supports the key programs considered under the "Solar for All" grant.

One element of Massachusetts' proposed "Solar for All" program that MassNAHRO is particularly pleased to support is the Meaningful Benefits Plan, which would:
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).

MassNAHRO is further pleased to support the Project Deployment Technical Assistance Plan, which would:
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through "Solar for All" and other state, federal, local and utility programs.

Finally, MassNAHRO is pleased to support the Equitable Access and Meaningful Involvement Plan, which would:
- Ensure equitable access to the "Solar for All" program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' "Solar for All" program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

These three programs representing the core of "Solar for All" would play a vital role in assisting our members, the 240 local housing authorities in Massachusetts, in playing a meaningful and coordinated role in helping to achieve their critical benchmarks and intended outcomes. MassNAHRO's members look forward to cooperating with MA DOER and MassCEC in their efforts to advance the interests of climate justice and sustainability for all members of our society.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MassNAHRO would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious "Solar for All" program. MassNAHRO is convinced that MA DOER and MassCEC have ably demonstrated the experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.

Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Donna Brown-Rego
Executive Director



*Smart Growth & Regional Collaboration*

Friday, September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20004

**RE: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Metropolitan Area Planning Council (MAPC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application led by the Massachusetts Department of Energy Resources (MA DOER) and Massachusetts Clean Energy Center (MassCEC). MAPC is proud to offer this letter of support for MA DOER and MassCEC's efforts to increase equitable access to solar PV in low income and disadvantaged communities through their Solar for All program application.

MAPC is the regional planning agency serving the people who live and work in the 101 cities and towns of Greater Boston. We are committed to smart growth, sustainability, regional collaboration, and advancing equity. For nearly 15 years, our Clean Energy department has worked closely with our municipalities, MA DOER and MassCEC, and other key stakeholders to advance equitable clean energy adoption in accordance with the Commonwealth's climate and energy goals. We work closely with municipalities to develop climate action and net zero plans, design and implement clean energy programs and policies, procure solar PV and other clean energy technologies, and deliver technical assistance. We represent municipal interests on the Commonwealth's Energy Efficiency Advisory Council, Grid Modernization Advisory Council, and Global Warming Solutions Act Implementation Advisory Committee.

An element of Massachusetts' proposed Solar for All program MAPC is particularly excited to support is the Project Deployment Technical Assistance Plan, which aims to:
- Help overcome barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Support property managers and building owners with direct technical and financial assistance to understand financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, and utility programs.

MAPC looks forward to supporting MA DOER and MassCEC in delivering technical assistance to address barriers to solar PV deployment at the municipal level. We regularly work with municipalities as part of our energy and climate planning efforts to assess municipal data sources and can support municipal-led outreach efforts to buildings with high need and potential. Despite significant support from the Commonwealth, local barriers persist to increasing solar PV deployment, and we are excited to work with MA DOER and MassCEC to deliver effective technical assistance to municipal governments.

Additionally, MAPC is proud to support the Equitable Access and Meaningful Involvement Plan in the proposed application, which will:

- Ensure equitable access to the Solar for All program for all eligible low-income households across Massachusetts through education, outreach, marketing and community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

MAPC regularly works with municipalities and their key stakeholders to facilitate stakeholder engagement and develop energy and climate outreach and engagement strategies. We look forward to supporting MA DOER and MassCEC in ensuring the Solar for All program is designed and successfully implemented with meaningful involvement from disadvantaged communities.

MAPC is committed to supporting the Commonwealth's clean energy goals and programs, including supporting the implementation of Massachusetts' ambitious Solar for All program. The proposed program application builds on MA DOER and MassCEC's proven record of accelerating the deployment of solar PV through years of providing technical assistance, incentives, financing, and community-oriented programs. We believe the proposed Solar for All program will help strengthen the Commonwealth's focus on ensuring the benefits of our growing solar PV market are meaningfully shared with disadvantaged and environmental justice communities.

Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Lizzi Weyant
Deputy Executive Director
Metropolitan Area Planning Council
eweyant@mapc.org | 617-933-0703

Jeremy Koo
Assistant Director of Clean Energy
Metropolitan Area Planning Council
jkoo@mapc.org | 617-933-0715

# Mill Cities Community Investments

*community development financial institution serving the Merrimack Valley*

50 Island Street suite 103 ◆ Lawrence, MA 01840 ◆ 978-258-2772

www.mccinvest.org

September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Mill Cities Community Investments (MCCI), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

<u>MCCI Overview</u>

MCCI is committed to closing the capital access gap in low-to-moderate income (LMI) communities and under-resourced populations across Massachusetts through a range of low-cost loan programs and small business training and technical assistance. Many of MCCI's Board, leadership and staff members represent the communities we service in the Merrimack Valley region and across the state, comprising both local community and banking leaders. MCCI employs a grassroots approach, building deep trust in the communities we serve.

MCCI provides residential loan products that assist LMI homeowners in upgrading and retaining homes with code issues, inefficient systems, and aging structures or equipment. In 2022, MCCI adopted a broader "green lending" approach across the entire Residential portfolio, focused on supporting LMI homeowners in the Merrimack Valley and beyond looking to transition to clean energy and energy-efficient systems. Green lending provides MCCI an opportunity to expand on the existing Home Improvement loan programs while supporting the reduction of greenhouse gas emissions. These efforts align with MCCI's mission and current work of advancing community revitalization by providing a holistic menu of home improvement products that meets the need of homeowners at whatever stage of home renovation they are in --whether it's financing lead paint removal, repairs, weatherization, or moving fully to clean energy via a solar project.

MCCI's expertise aligns with financing the rehabilitation, repair and retrofitting of existing single family home housing stock in MA in service of electrification and decarbonization of homes. We specialize in lending to individuals and families in under-resourced communities, innovating to find solutions for financial needs, and



# Mill Cities Community Investments

*community development financial institution serving the Merrimack Valley*

50 Island Street suite 103 ◆ Lawrence, MA 01840 ◆ 978-258-2772

www.mccinvest.org

offering flexibility in our underwriting process. Committed to helping homeowners improve the health and quality of their homes through a sustainable lens, MCCI currently offers 4 residential products:

1. Home Improvement*: Financing repairs, additions, alterations, renovations, accessibility improvements, code violations
2. "Get the Lead Out"*: Lead abatement program for owner-occupied homeowners, investor, and nonprofits
3. Mass Save 0% HEAT Loan: Energy efficiency loans financing heating systems, hot water systems, insulation, window replacements and any projects approved by Mass Save
4. Solar Plus "Pilot" Program: Solar Panel installation, battery storage plus roof replacement, and other energy efficiency programs to catalyze solar installation

MCCI has built significant momentum in the past year through deepening relationships with key members of green efforts across the state as well as moving into a leadership position in the Merrimack Valley and working with partners across the region to help fully transition LMI residents to clean energy. The team has pursued ongoing education, as well, including through participating in the Justice40 initiative, learning more about the barriers of decarbonization preventing the transition of households in LMI communities towards clean energy usage., steps of weatherization, and solar installation specifically within LMI communities, Additionally, MCCI's Residential Program Manager completed Solar Consumer Lending courses through Inclusiv at the University of New Hampshire focused on financial inclusion and empowerment through a solar lens.

MCCI Support

The elements of Massachusetts' proposed Solar for All program that MCCI is particularly proud to support are within The Meaningful Benefits Plan and The Project Deployment Technical Assistance Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households;
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects; and
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Supporting elements from both plans, the Residential Team has implemented a new solar loan product that will provide access to flexible capital to LMI homeowners in the Merrimack Valley and in the future across the state. The intention of Solar Plus is to remove barriers for homeowners who may have more than one financing need with regards to improving their homes and transitioning to renewable energy and to keep the costs manageable, with a clear return on investment. It is also an opportunity to support LMI homeowners with an

---

* In partnership with MassHousing



# Mill Cities Community Investments

*community development financial institution serving the Merrimack Valley*

50 Island Street suite 103 ♦ Lawrence, MA 01840 ♦ 978-258-2772

www.mccinvest.org

affordable option to own (versus lease) their own solar panels (without needing to tap into predatory lending options), plus make any necessary retrofits/repairs as needed all in one hybrid product. This program will help cover the costs related to the installation of solar photovoltaic panels, battery storage, and other expenses associated with energy-efficient improvements. The Solar Plus program builds on the existing Home Improvement suite of products as a natural progression and holistic approach of moving homes from safe/livable to energy efficient to renewable with cost savings.

With a goal of increasing our impact on homeowners in the communities we serve, the Residential Team plans to soon incorporate technical assistance support into the program. Technical assistance will enable MCCI to increase capacity (both internally and externally) focused around supporting homeowners throughout the decision-making process of adapting their homes towards becoming more energy efficient. These activities will include educating the homeowner about their existing housing and suitability needs for the transition, connecting them with resources, and assisting them in getting quotes for the projects to be financed. After loans are approved and closed, the residential technical assistance support will ensure that the project is carried out and completed adequately for the homeowner. With a stronger understanding of the resources available to them, MCCI's home improvement program has the power to generate greater impact across LMI communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MCCI would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Glynn Lloyd
Executive Director





October 3rd, 2023

Hon. Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts 'Solar for All Application

Honorable Administrator Regan,

We, the undersigned chapters of the National Electrical Contractors Association encompassing Greater Boston, Central and Western Massachusetts, Southeast Massachusetts, Rhode Island, New Hampshire, and Maine, are pleased to support the Commonwealth of Massachusetts 'Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). NECA is at the forefront of the clean energy transition, championing equitable work, supporting MBWE contractors and a diverse workforce, and offering unparalleled training for our electricians and contractors to ensure the highest standards in the industry.

The proposed Massachusetts Solar for All Program will be a conduit for further catalyzing the equitable clean energy transition not only in Massachusetts, but also nationally, through its best practices and leadership. With a strong emphasis on ensuring this transition results in sustainable high-road careers, economic development, and environmental justice for all, Massachusetts will set a robust example for others to follow. We are especially proud to support the Project Deployment Technical Assistance, Meaningful Benefits, and Equitable Access and Meaningful Involvement Plans in the Commonwealth's Application.

The Commonwealth recognizes that the key to achieving the goals laid out in these plans is through engaging contractors who uphold fair living wages and benefits, prioritize the utilization of graduates from registered apprenticeship programs, and specialize in performing licensed electrical work. The Project Deployment Technical Assistance Plan is particularly crucial as it paves the way for more successful solar projects by supporting contractors and property managers to develop the technical and financial capacity necessary to implement equitable clean energy projects. By tackling barriers such as siting, permitting, interconnection, and providing direct technical and financial assistance to property managers and building owners, this plan will simplify the process of accessing financing, grants, tax credits, and other incentives, making the Solar for All Program more attainable and beneficial for all involved.

The Meaningful Benefits Plan and the Equitable Access and Meaningful Involvement Plan further underscore the holistic approach of the Commonwealth towards ensuring that the benefits of the Solar for All Program are far-reaching and inclusive. By aiming to deliver meaningful energy savings to program beneficiaries, increasing access to solar through new financing products, and enhancing community resiliency, these plans are well-aligned with the goals of promoting asset ownership among low-income households and creating quality job opportunities in accordance with the Biden Administration's Good Jobs Principles. Furthermore, the emphasis on equitable access, community engagement, and participatory governance in the program highlights the Commonwealth's commitment to fostering a sense of ownership and inclusivity among the communities participating in and served by Solar For All.

Lastly, the Commonwealth of Massachusetts has long stood at the forefront of our nation's shift towards a clean energy future. With a proven track record, the MA DOER and MassCEC have substantial expertise in deploying technical assistance and incentive funding to support the equitable clean energy transition.

Please do not hesitate to reach out should you require any further information or clarification. Thank you for your consideration.

Sincerely,

Kristen Gowin
Executive Manager
National Electrical Contractors Association, Greater Boston Chapter

On behalf of:
- NECA Greater Boston Chapter
- NECA Central and Western Massachusetts Chapters
  - Michael McDonough, Executive Manager
- NECA Southeast Massachusetts & Rhode Island Chapter
  - Spencer Marks, Executive Manager
- NECA Greater Boston Chapter, New Hampshire Division
- NECA Greater Boston Chapter, Maine Division



October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of Neighbor to Neighbor Massachusetts, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Neighbor to Neighbor MA is a statewide advocacy organization committed to building collective power in communities of color. We have 1600 members across 4 chapters, who work to raise awareness about issues that affect our communities, and to turn that awareness into action through grassroots organizing, legislative advocacy, and voter activation efforts. We are particularly committed to Environmental Justice, and have helped to shape EJ policy across the Commonwealth, specifically through organizing against environmental harm in disadvantaged communities, and anchoring the Mass Renews Alliance- a statewide coalition that brings policy, labor, and grassroots organizations together to advocate for solutions to the climate crisis through a Just Transition framework.

An element of Massachusetts' proposed Solar for All program that Neighbor to Neighbor MA is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;



- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Neighbor to Neighbor MA can use its network to support this Plan by educating members of the neighborhoods in which we work about it. We are also eager to connect those in our community who are ready to work with opportunities for workforce development. We believe in holistic solutions to the compounded problems that our people face and so many of those- poverty, a lack of affordable housing, and endemic violence- can be mitigated by opportunities for good paying green jobs from which people of color have historically been excluded.

Another element of Massachusetts' proposed Solar for All program that Neighbor to Neighbor MA can support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Neighbor to Neighbor MA does outreach to thousands of people per year in each of our chapter cities on a range of issues, and we are thus well positioned to assist with outreach to low-income homeowners to inform them of the Plan's benefits. We are also a multilingual organization with experience in participatory governance, and could help consult on marketing and outreach strategies to ensure they are as effective as possible.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Neighbor to Neighbor MA would be proud to play a



critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

J. Miles Gresham
Interim Co-Executive Director
Campaign Manager
Neighbor to Neighbor Massachusetts
(716) 531-3877
Miles@n2nma.org

September 21, 2023

Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of The Northeast Clean Energy Council  ("NECEC" or "The Council"), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

NECEC leads the just, equitable, and rapid transition to a clean energy future and a diverse climate economy. NECEC is the only organization in the Northeast that covers all of the clean energy market segments, representing the business perspectives of investors and clean energy companies across every stage of development. NECEC members span the broad spectrum of the clean energy industry, including energy efficiency, clean transportation, wind, solar, energy storage, microgrids, fuel cells, and advanced and "smart" technologies.

The Council is dedicated to growing the clean energy economy in Massachusetts and across the region, in pursuit of our mission to create a world-class and equitable clean energy hub in the Northeast. The Council's 250+ members include companies based in Massachusetts and those from elsewhere who do business or hope to make future investments in the state.

NECEC actively follows and seeks to advance the maximum and equitable deployment of state and utility programs and policies related to energy efficiency and renewable energy development. Along with promoting the development of clean energy resources that help this sector thrive and contribute to economic development, NECEC works to ensure energy equity, public health and justice are fully considered in energy planning processes such as the state's Electric Sector Modernization Plans and the Mass SAVE energy efficiency programs.

Through our public policy work, we engage in efforts to continually improve and support the Solar Massachusetts Renewable Target (SMART) program, the Green Communities Program and other state initiatives. We have worked closely with partner organizations dedicated to environmental justice as well as renewable energy industry leaders in developing shared principles relative to energy siting and permitting.

An element of Massachusetts' proposed Solar for All program that NECEC is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

**How NECEC would support the Project Deployment Technical Assistance Plan:**

Through our public policy work and the leadership of our diversity, equity and inclusion / workforce development team, NECEC will support the Massachusetts Solar For All program by serving as a convener and a conduit of information. NECEC's network includes thousands of connections across the clean energy industry, utilities, other non-profits, community and institutional leaders and more. We will seek to be a partner to the Commonwealth of Massachusetts to understand the project goals and help find solutions that can advance our shared goals related to climate, clean energy and equity.

In addition, NECEC is currently the lead project applicant with U.S. EPA Region 1 in a collaborative with 26 other state and non profit organizations seeking to develop the New England Center for Environmental and Energy Justice (NEC-EJECA), intended to be the first of its kind technical assistance center that supports environmental and energy justice (EEJ) communities that are disproportionately plagued by environmental pollution and environmental justice challenges. NEC-EJECA's goal is to empower and build EEJ communities' capacity to achieve their own individual visions of a thriving community by providing responsive technical assistance, training, and resources.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and NECEC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Joseph A. Curtatone*

Joseph Curtatone, President
Northeast Clean Energy Council

# Northeast Energy Efficiency and Electrification Council

9/19/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Northeast Energy Efficiency and Electrification Council (NEEEC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

NEEEC has been involved in supporting the growth and expansion of clean and equitable energy policies and programs for the past 25 years. We have recently refocused our efforts to incorporate both electrification including solar with efficiency strategies that need to work collaboratively. As the Executive Director of NEEEC I have worked for many decades on supporting solar as both a climate and equity strategy, including helping to create the first legislative plan for creating Community Solar as a state program in 2008. Solar is a critical part of the plan that needs to address both climate and equity in our energy economy and for 30 years have worked hard to support multiple strategies, financing plans, third party owned solar and community solar. We also work closely with the low income agencies and Mass Save to help insure effective collaboration and service delivery to the low income communities.

An element of Massachusetts' proposed Solar for All program that NEEEC is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

NEEEC is actively working with the low income community and Mass Save to insure that the energy efficiency and renewable energy strategy programs are effectively implemented. The whole range of strategies and plans that MA DOER and MassCEC are proposing are directly related to the policy efforts that we have supported for many years. We would provide consulting to both local agencies, organizations, municipalities as well as DOER and MassCEC to support the implementation of the range of plans proposed. We are particularly focused on working with both the low income statewide organization LEAN which delivers both MassSave and WAP as well as the Mass Save Program administrators to help on the ground support and delivery of these plans. Our board of directors has an excellent track record on an individual level of working for decades in equitable clean energy policies and will assist with this effort.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and NEEEC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful

benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Stephen L. Cowell
Executive Director
Northeast Energy Efficiency and Electrification Council
steve@cowellconsulting.org
cell: 617-816-4826



September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Pioneer Valley Photovoltaics, Inc. (d.b.a PV Squared), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

PV Squared is a worker-owned cooperative and B-lab certified solar and storage development and installation company based in Greenfield, MA. Our mission is to design, build, and maintain quality solar projects with heart and humanity to empower our community with clean, local energy. Since our founding in 2002, we have installed 22 megawatts (MW) of solar and storage across over 2,000 projects in MA, VT, NY, and CT. In August of 2023, PV Squared celebrated its 2,000th job completion on Sanderson Place, affordable senior housing in Sunderland, MA. Many PV Squared installations have been in rural areas. These installations have furnished over 105 megawatt-hours (MWh) of electrical energy directly to homeowners, businesses, municipalities, and places of worship. This includes River Valley Co-op Easthampton, which will be North America's first net-zero grocery store and will reduce the energy burden for 100 low-income households.

An element of Massachusetts' proposed Solar for All program that PV Squared is particularly proud to support is the Meaningful Benefits Plan and Project Deployment Technical Assistance Plan, which would:

- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

PV Squared is proud of our work to support Massachusetts' proposed Solar for All Meaningful Benefits Plan. For example, PV Squared has a long-standing commitment to Habitat for Humanity. For more than a decade, PV Squared's on-going collaboration with Pioneer Valley Habitat for Humanity has included donated equipment and services for planning, design, permitting, construction, and long-term support for solar PV projects at dozens of new residential buildings. Many of these buildings have achieved net zero results with regard to both carbon emissions and utility costs for these new homeowners. Additionally, PV Squared is a worker-owned cooperative based in Greenfield, MA. We hire locally, provide benefits and competitive wages, as well as a pathway to worker-ownership to all PV Squared workers. PV Squared's diverse installation team and women-led company does not look like the typical construction company.

Another element of Massachusetts' proposed Solar for All program that PV Squared is particularly proud to support is the Project Deployment Technical Assistance Plan. PV Squared is dedicated to educating clients about the feasibility of solar installations, taking into consideration what financing options are available and the design requirements of each particular installation. We continue to work with policy makers and community organizers to make solar more accessible.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and PV Squared would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ayala Carter, HR Specialist

teamleaders@pvsquared.coop



September 29, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of PowerOptions, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

PowerOptions is a nonprofit with a mission to reduce the cost, carbon, and complexity of energy for nonprofits and public entities in Massachusetts. Originally created by the Commonwealth of Massachusetts in 1998, PowerOptions was formed to aggregate the buying power of Massachusetts' government entities and nonprofits in procuring electricity and natural gas supply and to streamline the procurement process for these entities. As such, PowerOptions has a 25 year history of running programmatic procurements for energy-related products and services on behalf of Massachusetts public entities, previously as a subsidiary of a Massachusetts government authority and currently on behalf of MassCEC and their sponsoring relationship of PowerOptions' procurement programs.  PowerOptions has been able to streamline procurement for solar for Massachusetts public entities as it operates under a specific enabling statute (MGL Chapter 164, Section 137) which allows public entities to participate in PowerOptions' programs without having to conduct project-specific competitive procurements. PowerOptions' programs are open to all nonprofits and public entities and include a robust solar program that has aided the Commonwealth in deploying over 85MW of solar projects since 2011. The projects are projected to deliver savings of over $150mil, of which a large portion include projects with public housing authorities, given PowerOptions' unique role in Massachusetts energy procurement.  This experience has given PowerOptions deep experience with the Massachusetts solar landscape, having helped its Massachusetts members contract for over 120 projects across varying state and federal incentive programs, and an ever-evolving regulatory and interconnection



landscape. Utilizing these procurement programs and expertise, PowerOptions has dramatically expedited solar procurement/implementation among Massachusetts public entities and nonprofits historically.

PowerOptions is highly supportive of the programming proposed by MA DOER and MassCEC and committed to collaborating to help expedite solar deployment in Massachusetts consistent with the goals of the Solar for All program: 1) expanding access to affordable resilient solar for low-income and disadvantaged communities, while 2) delivering meaningful benefits to those communities through community ownership models, workforce development, and other novel approaches we create together.

An element of Massachusetts' proposed Solar for All program that PowerOptions is uniquely positioned to support is the Project Deployment Technical Assistance Plan. PowerOptions' scope of assistance could be provided under the PowerOptions solar programs. This could entail:

- Leveraging PowerOptions' MassCEC-sponsored statewide procurement programs to provide nonprofits and public entities serving low-income and disadvantaged communities with competitively-procured solar project proposals, pre-negotiated contract templates, and technical assistance.
- Supporting municipalities, housing authorities, community development corporations, state agencies, school districts, and other nonprofits in developing pipelines of solar projects within the low-income communities they serve by performing broad scope technical analyses and heatmapping to site viable projects.
- Supporting public entities and nonprofits in overcoming barriers related to project deployment such as procurement laws, financial analysis, and contracting.
- Assisting in creating business models to help deliver the financial benefits of solar projects sited at nonprofits and public entities to low income households.
- Engaging municipalities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement, as well as helping to identify eligible low income electricity accounts to be the recipients of solar bill credits.
- Supporting property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

PowerOptions – through its competitively procured solar programs – helps nonprofits and public entities, including dozens of public housing authorities and private affordable housing institutions, with all aspects of solar project deployment from initial project evaluation to contracting and throughout the project life cycle. Understanding that these institutions are often without the internal resources and experience to successfully



complete projects on their own, PowerOptions provides support and guidance without any cost to the project host until the project is up and running.

The Commonwealth of Massachusetts is a leader in our nation's transition to a clean energy future and PowerOptions is proud to have helped play a significant role in the Commonwealth's procurement and deployment of solar.  Collaborating with the implementation of Massachusetts' ambitious Solar For All program is consistent with our mission and relationship with MassCEC, as well as aligned with our experience and capabilities. We believe the MA DOER and MassCEC have shown the thought leadership to address the goals of the Solar For All program, and we have full confidence in their ability to drive results.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Heather Takle
President & CEO
PowerOptions, Inc.
857.410.1670
htakle@poweroptions.org



September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Rare, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Rare's Boston-based program, "Solar Helping Ignite Neighborhood Economies" (SHINE), is an example of partnership between community organizations and private industry, catalyzed with an investment from the MassCEC, to take a whole-systems approach to an equitable solar workforce. We intend to use an integrated effort including solar workforce development, residential-serving community solar development in disadvantaged communities (DACs), and community solar signup campaigns tailored to such communities to reduce poverty in Boston-area DACs. We will recruit members of DACs for comprehensive solar technician training programs, work with community organizations in the same DACs to become community solar host sites, and work with local solar developers to hire our candidates, thus creating a pipeline of new workers and quality solar jobs in which to place them.

An element of Massachusetts' proposed Solar for All program that Rare is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The Project Deployment Technical Assistance Plan:

- Invests in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Supports property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Workforce Development is a critical pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth.

Financial and technical assistance through Solar For All has the dual benefits of creating a pipeline of candidates for well-paying, in-demand jobs amongst DACs while also making solar available in those same communities. The nation-leading Massachusetts SMART program creates favorable incentives for solar, but workforce training is costly and runs counter to the private industry's preferences for scale and speed. Massachusetts' proposal would be critical to ensuring that the necessary quantity and timing of investments will be available to make community solar feasible for community-serving organizations located in DACs. This will ensure those projects contain guarantees for on-site workforce training, as well as delivering solar benefits to community-based organizations and energy-burdened households.

If awarded funding and the Commonwealth conducts a competitive request for proposals, Rare intends to apply to expand the SHINE program to serve other DACs across the Commonwealth.

Additionally, Rare is proud to support the Meaningful Benefits and Equitable Access and Meaningful Involvement Plans as proposed in the Commonwealth's Solar for All application. These plans prioritize:

- Delivering a minimum 20% of household savings to program beneficiaries;
- Investing in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles
- Ensuring a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households

The solar development dimension of our SHINE model aligns with the US Department of Energy's goals on creating meaningful benefits for solar by providing a minimum of 20% savings to income qualified community solar subscribers from DACs. And our workforce development component involves commitments from solar developers and engineering firms to hire SHINE trainees (un-or-underemployed members of DACs) into prevailing wage jobs.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Rare would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Senior Director, Climate Culture Boston
95 Waltham Street, West Newton, MA 02465
Rare
flowenstein@rare.org
413-854-8319



September 29, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

ReVision Energy, an employee owned, certified B Corporation solar company in New England, would like to share our strong support for the Commonwealth of Massachusetts' Solar for All grant application, submitted by the Massachusetts Department of Energy Resources and the Massachusetts Clean Energy Center. As a member of Massachusetts's growing clean energy industry whose mission is quite literally to make life better by building our just and equitable electric future, we are strong supporters of the state submitting a thoughtful, competitive application to the Environmental Protection Agency's Solar for All Program within the Greenhouse Gas Reduction Fund given the immense opportunity to bring the benefits of clean energy to low-income Bay Staters.

ReVision Energy is a strong supporter of Massachuetts' Meaningful Benefits Plan. To democratize the clean energy transition, ReVision Energy is proactively helping low- to moderate-income and environmental justice communities gain access to solar energy, heat pumps, battery storage, and electric vehicle charging stations. Our work includes proactively securing every possible funding and financing opportunity to reduce the barrier of up-front installation costs through both public and private entities. We have installed solar projects low-income multi-family housing, manufactured home communities, and other community solar installations for the purposes of serving marginalized populations. Additionally, we are an active member of Amicus Solar, a member-owned purchasing cooperative of nearly 80 high-quality, independent, values-driven solar energy companies. This network has actively advocated for policy mechanisms to serve low-income communities at the federal level and is currently working to develop a model for our companies to take full advantage of the Inflation Reduction Act's updates to the Investment Tax Credit to ultimately bring more and more low-income Americans the benefits of clean energy. We believe this experience can help serve the state in its implementation of Solar for All funding.

Additionally, we support the Project Deployment Technical Assistance Plan given its focus on workforce development. In 2018, ReVision Energy launched the first ever in-house electrical apprenticeship program and full Training Center to address the need for qualified workforce to implement clean energy solutions. Recently, we have added pre-apprenticeship programs to our offerings, including specific training modules for New Americans. All programming is closely aligned with our justice and equity values, ensuring compensation throughout the work-and-learn program to provide on-the-job technical training to complement both the professional and personal lives of our apprentices. We appreciate and strongly support Massachusetts' focus in investing in workforce and entrepreneurship opportunities, especially in low-income and disadvantaged communities, and we hope our experience can assist in the meaningful deployment of funding.



Overall, we believe Massachusetts has demonstrated experience and an incredible track record of deploying technical and financial assistance for solar technology, and the state will absolutely be able to successfully deliver meaningful benefits to underserved communities through Solar for All funding. We thank the Agency for the opportunity to offer this letter of support, and we respectfully request for full support of Massachusetts' application. Thank you.

Sincerely,

Lindsay L. Bourgoine
Director, Policy & Government Affairs
ReVision Energy

September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of R. Lee Cook Community Consulting and its numerous collaborating organizations and supporters across our state, I am writing to express our fervent support, for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are staunchly committed to supporting MA DOER and MassCEC in their ongoing efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Employing my background in business, media, IT services and as an educator and civic leader in Massachusetts and New England, I formed RL Cook Community Consulting in 2021, primarily to increase the promotion of Green Energy Adoption and enhance public outreach, education and engagement in racial minority neighborhoods and underserved communities across our commonwealth. I initiated outreach discussions with members of MA DOER and MassCEC about ways and means to enhance their engagement with Environmental Justice communities in 2020. In 2022, applied for and was approved for a grant by MassCEC upon creation of its EmPower Program. We actively educate and collaborate with prominent community and civic leaders, community-based organizations and residents within the African American, Latino, Haitian, Native American community and the underserved across the commonwealth.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, my organization and its partners, intends to further assist this leadership. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:
One element of the Massachusetts Solar for All Proposal, RL Cook Community Consulting is particularly pleased to support, is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

1

- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Additionally, another element of Massachusetts' proposed Solar for All program, that R.L. Cook Community Consulting is proud to support, is its Meaningful Benefits Plan, which would:

- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households;

And the final element of the Commonwealth's Solar for All proposal that we ardently support is in the area of Project Deployment Technical Assistance. Specifically, R.L. Cook Community Consulting along with its partners, strongly endorse and fervently support a very significant increase in:

- Investment in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and R. L. Cook along with our partners, will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

R. Lee Cook, M.Ed.

Founder, CEO
RL Cook Community Consulting
Fowler Clark Epstein Farm 1786
C/O The Urban Farming Institute
487 Norfolk Street, Mattapan, in Boston MA 02126
TheGreenBulletinBoard.com
RLeeCook@gmail.com
617-851-9620 iPhone

2



# Self Help Inc

## Programs & Resources to Help Families & Individuals Thrive

10/3/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Self Help Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

*Self Help, Inc.* is a nonprofit Community Action Agency (CAA) created to help low-income families and individuals stabilize and secure their lives through education, strategic assistance, and building on opportunities in their communities. We provide a range of services for families and households in 30 cities and towns across Southeastern Massachusetts.

Out Conservation Department assists hundreds of clients each year with reducing their energy burden with qualifying our clients for available benefits and inspecting their homes for opportunities for new heating systems, weatherization projects, major repairs to facilitate those projects and the installation of air source heat pumps that are installed by qualified contractors who are overseen by our trained staff.

An element of Massachusetts' proposed Solar for All program that Self Help Inc is particularly proud to support is the Meaningful Benefits Plan, the Project Deployment Technical Assistance Plan and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Self Help Inc has a longstanding history of supporting our clients with energy efficiency measures by working with them, our contractors and various program and grant administrators to realize improvements to our clients homes to make them more cost efficient, comfortable and enable our clients to help realize the value of their investment. Our program actively engages with over 15,000 eligible clients each year who participate in our Fuel Assistance program over the 30 cities and towns that we serve.


For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Self Help Inc. would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Jason Preuss
Self Help Inc
Conservation Program Director
508-580-4481 ext 1728
jpreuss@selfhelpinc.org



**Solar Energy Business Association of New England**

September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Solar Energy Business Association of New England ("SEBANE"), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

SEBANE's mission is to protect and promote the New England solar industry through informed policy intervention, coalition building, and stakeholder education. Our activities include:

- Representing the solar industry before state regulators and policymakers.
- Advancing progressive energy policy across the New England region in collaboration with other solar stakeholder groups.
- Hosting educational seminars, thought leadership, and networking forums designed to bring SEBANE members and other solar stakeholder together to exchange knowledge, ideas, and business opportunities.
- Providing opportunities for member companies to play a key leadership role in advancing the solar industry through board or committee service.

SEBANE has worked closely with key stakeholders of the Massachusetts solar industry (including DOER and MassCEC) for many years to help create and improve solar programs and initiatives.

An element of Massachusetts' proposed Solar for All program that SEBANE is particularly proud to support is the  Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Another element of Massachusetts' proposed Solar for All program that SEBANE is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

SEBANE plans to support these initiatives by hosting themed working groups, creating and delivering training programs and collaborating with other solar stakeholders. Given our industry focus and local membership base, we are well placed to play a key role in some of these initiatives.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and SEBANE would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Mark Sylvia
President
msylvia@bluewave.energy

**Union of**
**Concerned Scientists**

ucsusa.org  Two Brattle Square, Cambridge, MA 02138-3780  t 617.547.5552  f 617.864.9405
1825 K Street NW, Suite 800, Washington, DC 20006-1232  t 202.223.6133  f 202.223.6162
500 12th Street, Suite 340, Oakland, CA 94607-4087  t 510.843.1872  f 510.843.3785
One North LaSalle Street, Suite 1904, Chicago, IL 60602-4064  t 312.578.1750  f 312.578.1751

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

I write today on behalf of the Union of Concerned Scientists, a Massachusetts-based
national non-profit organization that puts science into action to build a healthier planet,
a safer world, and a more equitable society. Working with our thousands of supporters
in Massachusetts and our half-million supporters across the country, we advance
equitable science-based solutions to some of the world's most pressing problems,
including on climate and clean energy.

I appreciate the chance to express our support for the Commonwealth of
Massachusetts' Solar for All grant application, which is being led by the
Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts
Clean Energy Center (MassCEC). We are committed to supporting MA DOER and
MassCEC in their efforts to ensure that low-income and disadvantaged communities
equitably benefit from Massachusetts' crucial Solar for All program.

UCS has actively engaged in providing technical expertise to advance policies to
decarbonize the electricity sector in Massachusetts for many years. That work has
included, for example, analyses on the risks of Massachusetts' and other states'
overreliance on natural gas (2015), on the feasibility of procuring ambitious levels of
clean energy with a focus on offshore wind (2016), and more recently—in
partnership with Massachusetts environmental justice group GreenRoots—on the
benefits of equitably transitioning the state to 100% clean energy (2022). In terms of
the potential role of rooftop solar for underserved communities, UCS and GreenRoots
conducted an analysis in 2019 centered on the technical potential of rooftop solar
paired with energy storage to benefit the residents of East Boston, including
recommendations on how to overcome barriers for solar. As the Solar for All
program gets launched, UCS could support the deployment of technical assistance by

leveraging data to assist low-income and disadvantaged communities in maximizing the effectiveness of funding for projects that are a priority for them.

In addition to UCS's technical expertise, we also have multiple channels of communication with our supporters and general audience via bilingual (English and Spanish) blogposts, podcasts, presence on social media and participation in public spaces at the intersection of energy and equity. All of these could be important platforms for sharing general educational and outreach about the Solar for All program in Massachusetts to advance equitable access and meaningful involvement.

We very much appreciate your attention to the Commonwealth of Massachusetts' application to the Solar for All program, and to the important opportunity that it represents to help historically underserved communities, and advance a truly just clean energy transition. The Union of Concerned Scientists would be proud to support the implementation of Massachusetts' ambitious Solar for All program, helping the state advance our nation's transition to an equitable clean energy future.

We believe the experience of MA DOER and MassCEC in deploying technical assistance and incentivizing funding for solar technology coupled with meaningful engagement of historically overlooked communities will successfully deliver meaningful benefits to those most in need and the state at large.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,


Paula García
Union of Concerned Scientists
pgarcia@ucsusa.org



October 2, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Western Massachusetts Chapter of the International Association of Electrical Inspectors (IAEI), I am writing to express our support for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Our association educates and equips electrical professionals while unifying the industry to promote electrical safety. Electrical inspectors, multi-hat inspectors, electrical installers and contractors, testing agencies, standards organizations, manufacturers, and distributors all working together to ensure the public safety. We've collaborated with MA DOER and MassCEC over the years to provide joint trainings for our industry professionals as well as supported guidance documents on the latest codes and standards.

While Massachusetts is already national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, our association intends to further this leadership by once again collaborating with MA DOER and MassCEC. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection.

1

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Western Massachusetts Chapter of IAEI will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program._We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Paul Asselin
IAEI Western Massachusetts Chapter
passelin@elmelec.com
413-575-7971

2

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Worcester Community Action Council (WCAC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Founded in 1965 as part of the War on Poverty, Worcester Community Action Council was created to address disparities caused by root causes issues of systemic racisms and income inequality. Our values of advancing equitable access, elevating all voices, and partnering with people are embedded in the role we play as the federally designated anti-poverty agency for Central and South-Central Massachusetts. WCAC embodies service to the community through our Mission: Helping people move to economic self-sufficiency through programs, partnerships, and advocacy.

Specifically, our agency's heating assistance and energy efficiency programs provide a complementary approach to reduce energy burden of income eligible households by providing payment assistance and increasing energy efficiency while ensuring client's health and safety. Through our existing programs and staff expertise, WCAC can directly support project deployment and equitable access through our work to facilitate adoption through client referrals and expand education among our client base through our current efforts to:

- Provide clients with on-bill payment assistance for heating and access to utility discount rates.
- Provide complete weatherization services including insulation, air sealing and health and safety measures to homeowners and tenants that can prepare them best for solar readiness.
- Provide heating system repair and replacement to eligible households, prioritizing emergency "no-heat" situations.
- Provide instant energy savings by replacing incandescent lightbulbs with LEDs and inefficient appliances with newer models to maximize efficiency and electricity usage.
- Provide emergency payment assistance, appropriate referrals to arrearage management programs, energy efficiency programs, solar programs, and other wrap around resources which will assist households reduce their energy burdens.

An element of Massachusetts' proposed Solar for All program that WCAC is particularly proud to support is the Project Deployment Technical Assistance, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects.
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities.
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing, and direct community engagement.
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar for All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

WCAC is additionally happy to support the Equitable Access and Meaningful Involvement Plan by building on our work to:

- Provide energy efficiency and include solar awareness education and tools to households, empowering them to reduce their electricity demand and optimize use of clean technology.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and WCAC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Marybeth Campbell, CEO*
*Worcester Community Action Council*
*mcampbell@wcac.net or 508-754-1176 ext 120*

**Attachment L – Letters of Support - Equitable Access and Meaningful Involvement**

**Letters Included:**

- Action Inc.
- Alternatives for Community and Environment
- Berkshire Environmental Action team
- Bluehub Capital
- Boston Medical Center
- Center for Sustainable Energy
- City of Boston, MA
- City of Lawrence, MA
- City of New Bedford, MA
- Climate First Bank
- Codman Square Neighborhood Development Corporation
- Co-op Power
- Emerald Cities Collaborative
- Energy Allies
- Executive Office of Housing and Livable Communities
- Franklin Hampshire Workforce Board
- Greater Grove Hall Main Streets
- Greater Springfield Habitat for Humanity
- Green Energy Consumers Alliance
- GreenRoots
- Groundwork Lawrence
- Hebrew Senior Life
- International Brotherhood of Electrical Workers - Massachusetts
- Local Initiatives Support Corporation
- Malden Housing Authority
- Massachusetts Association of Community Development Corporations
- Massachusetts Building Trades Union
- Massachusetts Chapter of the National Association of Housing and Redevelopment Officials
- Massachusetts Municipal Association
- Massachusetts Municipal Wholesale Electric Company
- Mass Save Program Administrators- Cape Light Compact, Eversource, National Grid, Unitil
- Metropolitan Area Planning Council
- Monarch Strategic Ventures
- National Electrical Contractors Association
- Neighbor to Neighbor
- Northeast Energy Efficiency and Electrification Council

- Rare
- Rl Cook Community Consulting
- Self Help Inc.
- Solar Energy Business Association of New England
- Springfield technical Community College
- Sun Group Energy
- Syncarpha Capital
- The Neighborhood Developers
- Town of Barnstable, MA
- UMass Clean Energy Extension
- Union of Concerned Scientists
- Veterans benefits Clearinghouse Development Corporation
- Worcester Community Action Council
- Worcester Housing Authority



October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Action Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Action Inc. is the lead vendor (LV) for National Grid in the income eligible Mass Save programs here in the Commonwealth. Action Inc works with a number of subgrantees and partners to deliver energy efficiency, decarbonization, and electrification services throughout Massachusetts. Action Inc. is a subgrantee of the Executive Office of Housing and Livable Communities (EOHLC), implementing the DOE WAP and HHS HWAP programs. We have partnered with MA CEC in the past on an electrification and solar installation grant that greatly helped to inform our current air source heat pump (ASHP) program protocols. Locally, Action Inc. implements the LIHEAP program.

Action Inc. has experience in pairing up clients with energy-related fiscal benefits, acting as a general contractor to oversee installations in income eligible households, and advocating for Low-Income Community Solar (LICS) here in MA. Action Inc. is proud to support all three aspects of this proposal which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

**Main Office**
180 Main Street
Gloucester, MA 01930
978-282-1000

**Emergency Shelter**
370 Main Street
Gloucester, MA 01930
978-282-1000

**Energy Services – North**
47 Washington Street
Gloucester, MA 01930
978-283-2131

**Energy Services – South**
3 Centennial Drive STE 230
Peabody, MA 01960
978-283-2131

actioninc.org

- o Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- o Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- o Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- o Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- o Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- o Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- o Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Action Inc. would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Peggy Hegarty-Steck
Chief Executive Officer



October 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Alternatives for Community & Environment, Inc. (ACE), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Alternatives for Community & Environment, Inc. (ACE) builds the power of communities of color and low income communities in Massachusetts to eradicate environmental racism and classism, create healthy and sustainable communities, and achieve environmental justice. ACE is one of the co-convenors of the EJ table, a statewide coalition anchored by five grassroots organizations. We work together to create strategies to address environmental racism and improve the quality of life for EJ populations throughout the state. Our collaboration led to the passage of the EJ provisions in the Roadmap Law, a sweeping climate law that codified the definition of an environmental justice population, formed an Environmental Justice Advisory Council to advise the Governor and Secretary of Energy and Environmental Affairs, and required our state Department of Environmental Protection to incorporate an assessment of cumulative impacts into air permit proceedings.

We have been involved in various campaigns over our 30 year history to address the deep inequities of our energy infrastructure. We are keenly aware of the need to prioritize equity in any decarbonization efforts and deeply committed to radically shifting how we use our existing energy infrastructure and how new projects are permitted and sited. We support programs that will not only increase access to solar for low income residents and communities of color, but will also help to lower energy bills. It is a top priority to reach low-income populations, immigrants, people with English isolation, and renters. ACE therefore supports the proposed Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

Another core value at ACE is to meaningfully engage residents of EJ populations and local communities and will help to ensure that the state takes equitable climate action. This means sharing information with people in the languages they speak, using words that they understand, and creating processes and practices that give them a say in decision-making about their communities. We therefore support the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Alternatives for Community & Environment, Inc. (ACE) would support the Commonwealth of Massachusetts' Solar for All grant by:

- Continuing to coordinate and facilitate EJ table discussions with EEA and DOER to ensure that implementation of the program achieves the goal of meaningfully engaging EJ populations and other communities that have been left behind in the transition to clean energy;
- sharing information about the services provided by the grant with our members, neighborhood residents, and partner organizations throughout Boston and across the state.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Alternatives for Community & Environment, Inc. (ACE) would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Dwaign Tyndal
Executive Director





20 Chapel St., Pittsfield, MA 01201
413-464-9402 • www.thebeatnews.org

**VIA ELECTRONIC MAIL /** Solar@masscec.com

September 7, 2023

Mr. Michael S. Regan
Administrator, U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Dear Mr. Regan,

Berkshire Environmental Action Team (BEAT) wishes to express our strong support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged Environmental Justice communities equitably benefit from Massachusetts' ambitious Solar for All program.

BEAT's mission is to work with our community to protect the environment for wildlife in support of the natural world that sustains us all. We focus attention on the environmental justice neighborhoods in the Berkshires and have been heavily involved with connecting EJ and low and middle income communities with opportunities for energy efficiency and clean energy options.

The proposal put forward by Mass Clean Energy Center (MassCEC) and the Massachusetts Department of Energy Resources (DOER) has the synergy and foresight to dovetail the solar project models with a strong suite of already existing state programs that will maximize the benefits to participating communities. These include existing efficiency and electrification programs, solar incentive programs, and we hope the final draft will also include the current electricity storage incentive programs for additional community resilience. We are also pleased to see an emphasis on workforce development in related trades and especially as it provides the opportunity for the program to focus on recruitment directly from the communities participating in the proposed programs.

Elements of the proposed plan that we're especially happy to see are:

- Asset ownership opportunities for low-income households, lending a hand-up for wealth creation in commonly underserved communities;

- Investment in workforce and entrepreneurship opportunities in low-income and disadvantaged communities. These are opportunities long sought after in our region in Berkshire County, with both technical high schools and area colleges always on the lookout for pathways for students to enter the clean energy economy;
- Engaging cities and utilities to identify properties that would benefit most from solar PV or solar PV plus upgrades like a roof or HVAC replacement. In our advocacy work for engaging Pittsfield's EJ neighborhoods in efficiency and clean energy programs, we've seen the barriers presented by older housing stock and low income occupants who can't afford these "pre-weatherization" work and equipment replacement;
- Focus on education, outreach, marketing and direct community engagement for all eligible low-income households across the Commonwealth of Massachusetts to understand and access the Solar for All programs; and
- Inclusion of low-income and disadvantaged communities in program design and operations through formal structures including participatory governance.

BEAT is excited to support this project. We think it will be a game changer for communities most in need, and will help level the playing field as the entire state moves toward our ambitious climate and net-zero goals signed into law in recent years. It's especially fortunate that DOER and MassCEC are proposing such a broadly inclusive program right at the time that we're working with organizations within Pittsfield's EJ neighborhoods to spark interest in community solar.

Thank you for considering this application. Berkshire Environmental Action Team supports MassCEC and DOER in this endeavor.

Sincerely,


Jane Winn, *Executive Director*
*Berkshire Environmental Action Team*


Rosemary Wessel, *Program Director*
*No Fracked Gas in Mass, A Program of Berkshire Environmental Action Team*



September 8, 2023

The Honorable Michael Regan
Administrator, U.S. Environmental Protection
Agency 1200 Pennsylvania Avenue, N.W.
Room 3426 WJC North
Washington, DC 20460

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of BlueHub Capital I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

BlueHub Capital is a national, nonprofit, mission-driven community development financing organization serving low-income and environmental justice communities. Since 1985, BlueHub has invested over $2.6 billion and leveraged over $13 billion in public and private investment nationwide to further our mission of building healthy communities where low-income people live and work.

The elements of the Massachusetts' proposed Solar for All program that BlueHub Capital is particularly proud to support within the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and the Equitable Access and Meaningful Involvement Plan, are those that would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs; and
- Ensure a wide range of diverse communities will be served, while prioritizing low-income and the most disadvantaged households.

Committed to reducing the impact of climate change on low-income and environmental justice communities in the past decade, BlueHub has invested over $100 million in renewable energy, energy efficiency and resiliency projects serving low-income and environmental justice populations. BlueHub makes investments that create wealth and educational opportunity; that fill unmet needs for quality jobs, health- and childcare, housing and community facilities; and that allow underserved communities to adopt new renewable technologies and combat climate change. Throughout our history, BlueHub's financing has integrated the affordability, equity and environmental needs of our borrowers:

- BlueHub Loan Fund, a community development financial institution (CDFI), finances energy efficiency, resiliency, and renewable energy improvements and has a Sustainability Rating from Sustainalytics, a global sustainability rating agency. Our portfolio monitoring tracks sustainability measures taken or met by our portfolio borrowers. Sixty five percent of our recent lending has been to projects with explicit climate or sustainability features.
- Our affiliate BlueHub Energy pioneered affordable, third-party solar programs for nonprofits and low-income housing, developing over 7 megawatts of rooftop and community solar facilities and being recognized as a "Solar Champion of Change" by The White House in 2014.
- We led the Green Building Production Network, which introduced green and sustainability development strategies to Boston community development corporations serving low-income communities.
- BlueHub co-founded, led and capitalized WegoWise, Inc., a company that provides low-cost utility and carbon tracking and benchmarking data for affordable housing developments. WegoWise, now sold and operating separately, has the largest database of multifamily building performance database in the world.
- We have used our development and financing experience to successfully propose solar and renewable energy legislation, policies and programs that equitably serve environmental justice communities.
- We develop environmental financing and innovative strategies to ensure that low-income and environmental justice communities are not left behind in the transition to a clean, renewable energy system, including a new electric vehicle-to-grid (V2G) pilot program that is working to lower the cost of electric vehicles for drivers with low incomes.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and BlueHub would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact us if you have any questions or need additional information.

Signature page follows:



Sincerely,

DeWitt Jones
President, BlueHub Energy

Karen Kelleher
President, BlueHub Loan Fund


Brenda Loya
Chief Operating Officer
BlueHub Capital

Elyse Cherry
Chief Executive Officer
BlueHub Capital



September 30, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Boston Medical Center, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Boston Medical Center (BMC) is a 514-bed academic medical center located in Boston's South End, and is the largest safety net hospital in New England. Boston Medical Center is committed to empowering all patients to thrive, through our innovative and equitable care. In addition to this commitment, our leadership in health equity, research, and teaching is driving the future of care. For over 150 years, our top doctors, nurses, and staff have served the Greater Boston area by providing accessible care for everyone, providing not only traditional medical care, but also programs and services to address health related social needs. All of this supports our mission to provide exceptional care for all. Our vision is to make Boston the healthiest urban population in the world. This audacious goal sets the tone for our growth and a successful future, and drives our culture, activities, and strategy.

At BMC, we're modeling a new kind of excellence in healthcare, and it includes empowering our patients through clean power. In October of 2023 we will announce a first-of-its-kind program, Clean Power Prescription, which will use solar power generated at BMC to distribute solar net metering credits to patient who report difficulty paying their utility bills. A one-megawatt solar array on the roof of BMC's 960 Mass Ave building will generate virtual net metering solar credits, which will apply directly to participating patients' electric bills. In the pilot phase, which will launch in October 2023, enrolled households will receive an approximately $50 credit monthly for 12 months.

Clean Power Prescription allows low-income households a novel pathway by which to benefit from lower-cost renewable energy and participate in the national movement to decarbonize the power grid. This innovative program is made possible by the 2022 Inflation Reduction Act's "<u>Low</u>



Income Communities Bonus Credit," a tax credit incentivizing solar projects that direct clean energy to low-income households. To our knowledge, BMC is the first health care system in the nation to leverage this IRA policy and bring renewable power to patients experiencing energy insecurity. Beyond the pilot phase, we plan to scale up the program by outreaching to other businesses, institutions, and property owners to invite them to partner with the CPPP by hosting solar arrays that contribute solar credits to our patients.

Boston Medical Center supports the Massachusetts Solar for All application to the EPA which will:

•    Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

•    Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

•    Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and

•    Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Boston Medical Center would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Anna Goldman, MD, MPA, MPH
Primary Care Physician and Program Director, Clean Power Prescription
Boston Medical Center

Center for Sustainable Energy
EnergyCenter.org

August 31, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Center for Sustainable Energy (CSE), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CSE is a national nonprofit that accelerates the adoption of sustainable distributed energy and clean transportation through effective and equitable program design and administration. CSE is currently the program administrator for clean energy programs in 11 states valued at over $4 Billion. The Solar on Multifamily Affordable Housing (SOMAH) Program, Self-Generation Incentive Program (SGIP) in the San Diego Gas & Electric (SDG&E) service territory, and San Diego Solar Equity Program (SDSEP) are examples of our experience administering programs to successfully support the installation of solar and energy storage in low-income and overburdened communities, initiate local workforce development strategies, coordinate marketing, education and outreach efforts, and build equity and resilience using community-based solar solutions.

An element of Massachusetts' proposed Solar for All program that CSE is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

CSE's administered SOMAH program currently provides substantial household energy savings with a 39-61% reduction of customers' service bills. CSE manages SDSEP which provides incentives to expedite asset ownership for low-income households that increases property equity, achieves year-over-year energy savings, and maintains community energy resiliency.

Another element of Massachusetts' proposed Solar for All program that CSE is particularly proud to support is the Project Deployment Technical Assistance Plan:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

For both SOMAH and SDSEP, CSE directly involves contractors by developing and maintaining an established network of licensed and certified solar installers. CSE is currently working with the California Energy

One mission — DECARBONIZE.®

Commission to develop an Energy Storage Permitting Guidebook, which will streamline siting, permitting, and interconnection activities for project deployments.

Finally, CSE supports Massachusetts' proposed Equitable Access and Meaningful Involvement Plan for the Solar for All program which will:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

CSE shares Massachusetts' mission in providing equitable access to solar energy to low-income populations significantly burdened by negative socio-economic policies and environmental pollution. As the current program administrator for several large-scale equity-based solar and storage incentive programs, CSE understands the need for accountability and transparency of programs focused on benefiting low-income residents.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CSE would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

*Karen Glitman*

Karen Glitman
Senior Director, Distributed Energy Resources
Center for Sustainable Energy
Email: karen.glitman@energycenter.org
Phone: (857) 702-8527 Ext=558



*City of Boston, Massachusetts*
*Office of the Mayor*
**Michelle Wu**
**Oliver Sellers-Garcia, Green New Deal Director**

October 10, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the City of Boston, I am writing in support of the Commonwealth of
Massachusetts' Solar for All grant application.  The City is excited to participate as a close
partner of the Boston Housing Authority, a sub-awardee and coalition partner in the
application being led by the Massachusetts Department of Energy Resources and
Massachusetts Clean Energy Center.  As a municipality with approximately 56,000 income
restricted units, 20,000 tenant-based vouchers for affordable housing, and 65% of residents
living in rented housing, we are committed to ensuring that low-income and disadvantaged
communities equitably benefit from the Solar for All program.

Boston's experience, including deploying solar throughout the City, designing community
solar offerings and implementing federal grants, will inform its ability to help equitably
distribute the Solar for All funding.  For instance:

- The City administers, and has experience complying with the conditions of, federal
  grants and funding source, including through the Boston Housing Authority, which
  owns and/or oversees over 12,000 rental units and owns 63 housing
  developments;
- Through its Renew Boston Trust, the City contracts for development of solar
  systems on municipal properties;
- The City runs neighborhood solarization programs that include outreach to low-
  income building owners; and

- The City's Community Choice Electricity program included a proposal to provide over 20,000 low-income customers meaningful discounts on their electricity costs through the Commonwealth's Solar Massachusetts Renewable Target (SMART) program.

Boston is excited to work with state agencies to deploy financing support from the Solar for All program to solar projects at public housing across the Commonwealth.  The Boston Housing Authority will leverage its procurement, contracting, and financing experience to help expedite delivery of funds and solar projects to low-income residents and disadvantaged communities.  For example, the Boston Housing Authority will contribute its experience in:

- Conducting state- and federally-compliant procurements that enable state- and HUD-funded housing to participate and accelerate deployment to low and medium income housing providers.

- Creating good jobs and incorporating low-income residents in economic opportunities. The Boston Housing Authority and Building Pathways have modeled a long-standing partnership with public housing tenants entering pre-apprenticeship programs. (Building Pathways is an independent nonprofit that was founded by the Greater Boston Building Trades Unions.)

- Improving labor standards in the clean energy sector by creating a pipeline of solar-related work for which wages are protected by state and federal rules.

Within the City, we are also ready to support delivery of Solar for All financing to other forms of affordable housing, including naturally occurring affordable housing and buildings/complexes owned by community development corproations.  Examples of existing programs we can use to educate building owners about funding for solar include the Mayor's Office of Housing, which offers financial support to buildings exploring decarbonization strategies, and the Building Energy Retrofit Resource Hub, which helps larger buildings assess strategies to reduce greenhouse gas emissions.

We support the Commonwealth's application to the Solar for All Program and appreciate the inclusion of financing for both direct ownership and community solar models and the particular attention to public housing as a method for channeling support to low-income communities.  We urge the Environmental Protection Agency to award the full amount requested in the application.

2

Thank you for your attention.

Sincerely,

Green New Deal Director and Senior Advisor to Mayor Michelle Wu



# CITY OF LAWRENCE
### OFFICE OF THE MAYOR

City Hall · 200 Common Street · Lawrence, MA 01840
Tel: (978) 620-3010 · www.cityoflawrence.com

Brian A. DePeña
Mayor of Lawrence

Sept 5, 2023

**Mr. Michael S. Regan**
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the City of Lawrence, I am writing to express my support for the Commonwealth of Massachusetts' *Solar for All* grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). As a city with a high proportion of low-income and disadvantaged residents, we remain committed to supporting MA DOER and MassCEC in their efforts to ensure that communities such as ours benefit equitably from Massachusetts' ambitious Solar for All program.

An element of the proposed *Solar for All* program that the Mayor's team is enthusiastic to support is the equitable Access and Meaningful Involvement Plan, which would:

- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs
- Facilitate asset ownership opportunities for low-income households
- Increase low-income and disadvantaged households' access to solar through financing products
- Ensure that the most disadvantaged households are not exploited through deceptive marketing practices by solar installers
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance
- Ensure equitable access to the *Solar for All* program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing, and direct community engagement

1

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, my office intends to augment this leadership by reducing barriers to clean energy solutions for our low-income and disadvantaged communities. Our work can complement and enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts.

Our initiatives include:

- The Mayor's Mandate to ensure that MassSave prioritizes electric- and oil-heated properties for enhanced weatherization projects, followed by heat pump installations for a cleaner means for heating and cooling
- Use of municipal and utility data to help identify properties that would benefit most from solar PV, or solar PV plus an "enabling" upgrade, such as roof or HVAC replacement
- Enactment of the Zero by 2035 plan to bring municipal operations to a net-zero carbon footprint. We are working to cover all city-owned solar-capable rooftops with solar PV arrays; five properties are already in the planning stage.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future. The City of Lawrence would be proud to play a key role in implementing the Massachusetts' ambitious *Solar for All* program.

MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology. We are confident that by partnering with cities like ours, they will be able to deliver meaningful benefits to underserved communities.

Please feel free to contact me if you have any questions or need additional information.

Cordially,

Mayor Brian A. DePeña
City of Lawrence
Office: 978-620-3010
*www.cityoflawrence.com*

2



**City of New Bedford Conservation Commission •
Department of Environmental Stewardship**

133 William Street · Room 304 · New Bedford, Massachusetts 02740
Telephone: (508) 991.6188
**Conservation • Environmental Stewardship • Resilience**

**MAYOR**
JON MITCHELL

August 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the City of New Bedford's Department of Resilience and Environmental Stewardship, I am writing to express our wholehearted support for the Commonwealth of Massachusetts' Solar For All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

New Bedford became a leader in municipal solar over a decade ago and we are now establishing ourselves as the off-shore wind energy deployment and maintenance hub on the northeast Atlantic coast. We have worked throughout our many Environmental Justice communities through Mass Save and other programs to bring clean energy options to low-income residents. We also recently completed a Brownfields Job Training Program funded by EPA, enabling us to train over 80 Greater New Bedford residents to work in new construction along our expanding working waterfront. New Bedford's resilience vision is to make New Bedford a thriving, self-sustaining city that is physically, culturally, and economically secure and ready to implement innovative approaches to preparing for tomorrow's possibilities. We understand that the City cannot claim resilience until all of our neighborhoods are resilient. We regularly work with our state and federal partners to grow economic mobility with and within our EJ communities. We are committed to continuing to support our EJ neighborhoods to overcome barriers to clean energy adoption, realize solar-related economic benefits, acquire training for clean energy deployment, and serve low-income and disadvantaged communities.

The City of New Bedford is particularly proud to support Massachusetts' proposed Solar For All program's Meaningful Benefits Plan which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;



- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).

The City of New Bedford is currently supporting the development of Resilience Hubs by two community-based organizations (CBOs) serving low-income EJ communities. We are working with these CBOs to deploy solar on their buildings and to incorporate storage to ensure power is available to area residents in the event of an outage. The City intends establish a Residential Energy Access program focused on making clean energy options available throughout low-income neighborhoods. We will use best practices and lessons learned during our Brownfields Job Training Program to support local job training and opportunities for sustainable local job creation.

Another element of Massachusetts' Solar for All Program that New Bedford is eager to support is the Project Deployment Technical Assistance Plan which will:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

The City of New Bedford is working to develop a program to incentivize deployment of solar and other clean energy alternatives on non-owner-occupied multifamily housing so that the tenant can realize the financial benefits of transition to solar.

The City of New Bedford is also committed to support the Massachusetts' Solar for All Program's Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar For All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households;
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

New Bedford is creating an inventory of neighborhoods and prioritizing those with the greatest energy burdens to ensure equitable access to the benefits of local Solar for All programming. New Bedford will create a Residential Energy Coordinator position to conduct outreach in EJ neighborhoods and to support residents through the process of financing and implementation. We will employ residents of the



communities that we are working to serve to maximize the impact of outreach and marketing strategies that will be culturally appropriate and responsive to the needs of the communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the City of would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me directly at 508-979-1487 or michele.paul@newbedford-ma.gov should you wish to discuss New Bedford's plan for collaboration with MA DOER and MassCEC's Solar For All program.


Sincerely,

Michele Paul, LSP
Director, Resilience and Environmental Stewardship, City of New Bedford





Monday, September 18, 2023

5301 Central Ave.<br>St. Petersburg, FL 33710<br><strong>climatefirstbank.com</strong>

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Climate First Bancorp, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Climate First Bancorp is the bank holding company for Climate First Bank, an FDIC-insured community bank with a mission to provide environmentally and socially impactful lending. Along with the Bank, Climate First Bancorp has a controlling interest in OneEthos, a minority-led, mission-driven technology company focused on providing digital, capacity and market-building solutions to financial institutions that are traditionally underserved by technology such as community banks, CDFIs, credit unions, and green banks. OneEthos is one of the few financial technology companies in the nation that is regulated by the Federal Reserve Bank. The Bancorp, Bank, and OneEthos are Certified B Corps and registered as state benefit corporations.

Climate First Bank's leadership team has extensive experience deploying affordable solar financing at scale, while demonstrating that financial excellence can occur without ethical compromise. Ken LaRoe, CEO and Founder pioneered solar lending in Florida at First Green Bank, the very first bank in the eastern United States with an environmental and social mission. Mr. LaRoe was the CEO and Founder of First Green Bank and Florida Choice Bank prior to starting Climate First Bank.

An element of Massachusetts' proposed Solar for All program that Climate First Bancorp is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

With the support of the fully digitized solar lending platform developed by OneEthos, the Bank has generated and processed over $140 million in residential rooftop solar applications over the last 16 months. Our digital platform enables customer outreach, education, and financing at point-of-sale from a vetted network of solar contractors, including minority-owned, veteran-owned, woman-owned, and Business Enterprise Certified solar installers. Approximately 35% of the loans originated are currently located in CDFI investment areas. We believe we can do far more with the support of incentives from the Greenhouse Gas Reduction Fund.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Climate First Bancorp would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely

Marcio deOliveira
EVP, Chief Digital Banking Officer
marcio.deoliveira@climatefirstbank.com
(727) 335-0523



9/8/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Codman Square Neighborhood Development Corporation (CSNDC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

CSNDC is a grassroots community organization committed to developing affordable housing, promoting economic mobility, building community power, and fighting for racial justice within the environmental justice neighborhoods of Codman Square and South Dorchester. CSNDC is a BIPOC led organization and has a 41-year long track record in community revitalization and deep community partnerships. For the past decade years CSNDC has prioritized projects and programming promoting neighborhood scale environmental justice including
- providing energy outreach services to connect residents to low-to-no cost resources such as highly efficient AC units and energy assessments that simultaneously combat the impacts of heat island effects and reduce energy bills;
- building and maintaining energy efficient, LEED certified affordable housing units
- and helping meet the need for a diverse pool of skilled workers in growing sustainability fields through workforce development programs that train local men of color

CSNDC is proud to support all three elements of Massachusetts proposed Solar for All Program. The Project Deployment Technical Assistance Plan, is relevant to CSNDC's work an affordable housing developer and we look forward to benefitting from the technical assistance to help us develop a pipeline of solar projects, overcome barriers related to project deployment such as siting, permitting, interconnection, and understand financing options available to us though various federal, state, and utility programs. Additionally, CSNDC is particularly supportive of the Workforce Development component of the Technical Assistance Plan. The goal within the Solar for All proposal to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects broadly across the Commonwealth is particularly relevant to the black and brown community we serve that continues to face high un-and-underemployment rates. If awarded, CSNDC commits to help connect the residents we serve to the clean energy career opportunities that will be supported by Solar for All funding.

CSNDC also supports the Meaningful Benefits Plan component and Equitable Access and Meaningful Involvement Plan. Specifically, CSNDC's Energy Ambassador program helps connect the low-and-moderate income residents we serve to energy programs to help them save money. As such we support the goals of Solar For All to deliver a minimum 20% of household savings to program beneficiaries; to increase low-income and disadvantaged households' access to solar through financing products, and to facilitate ownership opportunities for low-income households. CSNDC will use the outreach channels we have within our community to promote Solar for All programs and will partner with MassCEC and DOER to help reach residents in our community.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and CSNDC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,


**Meredith Geraghty**
Vice President of Basebuilding Strategy and Fundraising

**Codman Square Neighborhood Development Corporation**
587 Washington Street, Dorchester, MA 02124
www.csndc.com
617-825-4224 ext. 142
meredith@csndc.com



September 1st, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Co-op Power, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Co-op Power is a 20 year old consumer-owned, multi-class, multi-race energy cooperative incorporated in Massachusetts with 1200 household owner-members and dozens of small businesses, non-profits and municipal owner-members working on a not-for-profit basis to create a just and sustainable energy future. We serve communities across Massachusetts along with others in the Northeast, pioneering models for community ownership of solar in order to bring the benefits of solar ownership to all communities - including and especially to low income and disadvantaged communities - along with the jobs, wealth building and consumer savings that come along with it.

Co-op Power has developed 4.4MW of community solar and 900 kW of commercial solar projects in addition to supporting more than a thousand residential installations, all originated by and directed by community-based leadership. All projects are either community-owned or are on a path to community-ownership within ten years through a tax

equity flip financing model or a project sale with buy-back options. Co-op Power is currently managing a community solar subscription program for more than 800 subscribers; 75% qualify as low-income. More than 50% of our members are from EJ communities and our board is BIPOC-led.

We are working with Sunwealth to commission our 760 kW SMART program low-income community solar array in Easthampton MA. We were the lead developer on that project before we sold it to Sunwealth with the agreement to purchase the project back after 10 years and we are managing the solar subscription program in the meantime delivering on-bill credits to our 85 low-income, owner-members.

Co-op Power and its member-owners have extensive experience in community education and identifying and overcoming barriers to clean energy adoption, especially in low income and disadvantaged communities.  When we began in 2002, we worked extensively with DOER and MTC, bringing the voices of our consumer-members from low income and disadvantaged communities along with middle-class and wealthy communities to help shape the MassSave, SREC, Mass Solar Loan and later the SMART programs.  Our leadership base from low-income and disadvantaged communities has ensured that our clean energy community organizing and advocacy raises up the environmental, economic, social and political challenges facing environmental justice communities and plays a leadership role in addressing those challenges.

- Co-op Power operated a MassSave energy efficiency program in Boston and W Mass with 4 crews on the road for five years focusing service and workforce development in low income communities before there was state support for that type of focus.
- Co-op Power ran a Green Jobs Training Program, training more than 400 young people and out-of-work adults in energy efficiency, solar installation, clean energy marketing, energy cooperative development and cooperative management.
- We supported the development of seven community energy cooperatives in our network.
- We trained more than 40 plumbers to install residential solar hot water systems and installed more than 100 systems ourselves in a community participation and education program we ran for a decade.
- We served as the host developer providing a wide range of technical assistance and financing services for the start up of a dozen businesses including Northeast Biodiesel, PV Squared, Energia, SDA, Alpha-B, Resonant Energy, and five solar businesses in order to create jobs and deliver clean energy services to residential communities, especially focused on low income communities.
- Co-op Power has complied with a wide variety of state and federal grant requirements including Davis-Bacon.
- Co-op Power is currently providing technical assistance on solar options to a wide range of community-based commercial and community solar initiatives including one funded by DOE/NREL for the City of Lawrence.

An element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

Co-op Power is planning to develop 4.5MW of community owned solar in Massachusetts serving at least 575 households with projects valued at $10.8M in the next 3-4 years.  Our projects will maximize the household savings possible for each site with at least a 20% savings, prioritizing benefits to low income and disadvantaged communities.  75% of the benefits will go to households in low income and disadvantaged communities. These installations will include storage where financially viable.  Our Good Green Jobs program will continue to train people for a wide range of solar-related employment opportunities.

Another element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Project Deployment Technical Assistance Plan, which would,

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Co-op Power will continue to provide technical assistance to community energy cooperatives in our network along with municipalities, nonprofits, and other not-for-profit, community-based networks, to support solar project pipeline development. Our deep member-leader TA bench can help projects overcome barriers in all areas of solar project development.  Co-op Power will continue to  support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs. Our Good Green Jobs program will continue to train people for a wide range of solar-related employment opportunities and our business development efforts will continue to support

entrepreneurs in the development of social enterprises that can provide essential services to residential communities, especially in low income and disadvantaged communities.

Another element of Massachusetts' proposed Solar for All program that Co-op Power is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Co-op Power's community solar projects are cooperative owned by the subscribers and our commercial projects are owned by the project host or a non-profit or municipality. Low-income and disadvantaged communities are directly involved in selecting projects to work on, designing their projects, operating and owning them.  All of our 1200 household members are invited to develop and participate in solar projects in their communities and we prioritize projects that are led by and that serve low income and disadvantaged communities as well as our other member-owners.  All of our projects include leadership from low income and disadvantaged communities and serve low income and disadvantaged communities.  Our education, organizing and marketing materials are are designed to facilitate participation by households in the target communities. Materials are translated as required and language and images are adjusted as required.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Co-op Power would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

Lynn Benander
President, Co-op Power
413-552-6446
lynn@cooppower.coop



September 21, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Emerald Cities Collaborative, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Emerald Cities Collaborative (ECC) is a national non-profit organization that partners with labor unions, community organizations, social justice advocates, development intermediaries, research and technical assistance providers, and socially responsible businesses dedicated to building high road – sustainable, just and inclusive – regional economies. The Collaborative envisions a future in which American cities are the greenest and most equitable in the world, leading the way to head off global climate change while creating a vital new economic sector with low-income and communities of color as central actors and beneficiaries in this new economy. Within Massachusetts this work has included leading economic inclusion initiatives with a variety of partners to deliver small business development and workforce development training opportunities that uplift and empower historically underserved and underrepresented communities. ECC has worked with the MassCEC and DOER to provide policy and programming recommendations that are informed by our on the ground experience from direct implementation of economic inclusion and equitable building electrification and decarbonization initiatives.

Elements of Massachusetts' proposed Solar for All program that Emerald Cities Collaborative is particularly proud to support is the **Equitable Access and Meaningful Involvement Plan**, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Another element of Massachusetts' proposed Solar for All program that Emerald Cities Collaborative is particularly proud to support is the **Project Deployment Technical Assistance Plan** which would invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities.

ECC plans to support the elements listed above under the two plans mentioned by working closely with and encouraging other community-based organization partners to engage in the Solar For All program. ECC is nationally recognized as a leader when it comes to building collaborative multi-stakeholder tables that advance racial, economic, and climate justice. ECC plans to leverage that experience to support MassCEC and DOER with developing enhanced community engagement and participation strategies in Massachusetts as a part of the Solar For All program.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Emerald Cities Collaborative would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Alexis Washburn
Emerald Cities Collaborative
Northeast Regional Director
awashburn@emeraldcities.org

National Office:
1660 L Street NW
Washington, DC 20036

Local Office:
50 Milk Street
Boston, MA 02108



September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Energy Allies, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Energy Allies is a 501 c3 nonprofit organization dedicated to revolutionizing energy by ensuring the communities most impacted by climate change lead local clean energy solutions. Energy Allies catalyzes community-led energy projects through community solar policy and energy justice educational resources in climate-impacted communities. Our partnership with the Department of Energy, MIT, and Stanford has led to the development of EnergyScore, a more accurate predictor of defaults that is inclusive of all households. Our research, conducted in collaboration with the Department of Energy Solar Energy Technologies Office (SETO), highlights the importance of policy in promoting equitable inclusion of all income levels and involving communities in designing local energy solutions. Additionally, we are founding members of the Boston Community Solar Cooperative, a new entity in Boston founded on expanding equitable access to solar ownership opportunities.

An element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

Through our work with the Boston Community Solar Cooperative and other ongoing projects, we are well-positioned to facilitate asset ownership opportunities for low-income households. Our unique,



community-led process allows community champions to lead the decision-making process associated with project development and is highly aligned with the proposed program outlined here.

Another element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, and interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

With the recent release of the Inflation Reduction Act, Energy Allies is positioning itself to act as a nonprofit solar developer with the aim to maximize economic benefits in low-income and disadvantaged communities. Through this effort, we are highly intentional in working with small and WMBE contractors who historically may have been unable to work on solar projects in Massachusetts.

Another element of Massachusetts' proposed Solar for All program that Energy Allies is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Energy Allies would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Eli Goldman*
*Energy Allies*
*egoldman@energy-allies.org*

Commonwealth of Massachusetts

# EXECUTIVE OFFICE OF HOUSING & LIVABLE COMMUNITIES

Maura T. Healey, Governor ◆ Kimberley Driscoll, Lieutenant Governor ◆ Edward M. Augustus Jr., Secretary

September 18, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Executive Office of Housing and Livable Communities (EOHLC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

As a secretariat, EOHLC administers approximately $2.5B worth of state and federal funding to support the diverse housing and community development needs across the Commonwealth of Massachusetts. EOHLC's mission is to strengthen cities, towns, and neighborhoods to enhance the quality of life of Massachusetts residents. EOHLC's core activities include:

- Providing technical assistance and approvals to municipalities for zoning and planning activities to support housing production, smart growth, and transit-oriented development;
- Subsidizing production and preservation of privately-owned affordable housing;
- Preserving Massachusetts' unique portfolio of state-aided public housing;
- Providing rental vouchers (e.g. Section 8) to low-income households and people with disabilities;
- Stabilizing vulnerable households through emergency shelter, permanent supportive housing, and homelessness prevention programs;
- Assisting low-income households with home energy costs and weatherization services; and
- Increasing economic mobility among low-income and disadvantaged households in the Commonwealth.

EOHLC is the Commonwealth's administering and oversight agency for the state-aided public housing program, the Low-Income Home Energy Assistance Program (LIHEAP), the Weatherization Assistance Program (WAP), the Heating Emergency Assistance Retrofit Task Weatherization Assistance Program (HEARTWAP), the Community Services Block Grant Program (CSBG), the Community Development

Block Grant (CDBG) program, and the federal and state Low-Income Housing Tax Credit (LIHTC) programs. As such, EOHLC is committed to supporting the successful implementation of the Solar for All program. Our secretariat's relationships with regional, municipal, and community-based organizations will help to ensure that benefits are delivered to low-income and disadvantaged communities. Our experience with complementary climate, sustainability, energy, and equity focused activities may also be leveraged:

- EOHLC funds and partners with the 23 Community Action Agencies who implement the LIHEAP, WAP, HEARTWAP, and CSBG programs;
- EOHLC architects, engineers, and program administers act as advocates and advisors for 234 public housing authorities when structuring contracts and agreements for energy efficiency upgrades, on-site solar, net metering credits, and power purchase agreements; and
- EOHLC also works closely with the Mass Save energy efficiency program and the Low-Income Energy Affordability Network to ensure that low-income housing is appropriately served.

An element of Massachusetts' proposed Solar for All program that EOHLC is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

EOHLC will broker relationships and coordinate among various stakeholder groups including Community Action Agencies, Public Housing Authorities, and affordable housing owners across the state. We will engage our partner network for marketing, education, outreach, and advice on program implementation. The targeted beneficiaries of Solar For All are already served by one of EOHLC's subsidy programs, so we will leverage our current touchpoints and relationships with those clients. In addition, EOHLC will provide guidance and technical assistance to affordable housing partners and advise MA DOER and MassCEC through startup and implementation.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and EOHLC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Edward M. Augustus, Jr.
Secretary



September 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of MassHire Franklin Hampshire Workforce Board, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

MassHire Franklin Hampshire Workforce Board is the region's policy-making authority in developing workforce skills. In partnership with government, business, labor, education and community-based organizations, the MassHire FHWB coordinates and oversees the region's publicly funded workforce training and placement programs. In the past, we have worked hard to develop solar installer training with Greenfield Community College. More recently, we have partnered with Greenfield Community College to create their first HVAC training program in partnership with local employers.

An element of Massachusetts' proposed Solar for All program that MassHire Franklin Hampshire Workforce Board is particularly proud to support the Meaningful Benefits Plan and the Equitable Access and Meaningful Involvement Plan, which would:

*Meaningful Benefits Plan*
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

*Equitable Access and Meaningful Involvement Plan*
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

MassHire Franklin Hampshire Workforce Board plans to support the Meaningful Benefits Plan by assisting with the development, implementation, and resources to ensure there is quality jobs within the Solar/Green Energy sector. We have done similar projects in 2008 with the Green Sector Initiative and more recently (2023) with Greenfield Community College through the MassCEC's Equity Workforce Grant for HVAC.

Another element of Massachusetts' proposed Solar for All program that MassHire Franklin Hampshire Workforce Board is proud to support is the Equitable Access and Meaningful Involvement Plan. We can help connect the initiative to local Community Based Organizations, which in turn can leverage their knowledge and expertise to ensure marketing strategies are culturally appropriate. We are a rural region and are happy to assist with education, outreach, and direct community engagement through our existing parthernships.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MassHire Franklin Hampshire Workforce Board would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Rebecca Bialecki, PhD
Executive Director
MassHire Franklin Hampshire Workforce Board
rbialecki@masshirefhwb.org
413.773.1835



October 1, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of Greater Grove Hall Main Streets, I am writing to express our support
for the Commonwealth of Massachusetts' Solar for All grant application, which is
being led by the Massachusetts Department of Energy Resources (MA DOER)
and the Massachusetts Clean Energy Center (MassCEC). We are committed to
supporting MA DOER and MassCEC in their efforts to ensure that low-income
and disadvantaged communities equitably benefit from Massachusetts' Solar for
All program.

Grove Hall is an environmental justice community and would benefit from this
type of initative.

We support the Massachusetts Solar for All application to the EPA which:

- Support solar developers, contractors, and affordable housing developers to
  develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting,
  permitting, and interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and
  disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help
  identify properties that would benefit most from solar PV or solar PV plus an
  "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and
  financial assistance to understand all of the financing options, grants, tax credits,
  and other incentives that may be available to them through Solar for All and other
  state, federal, local and utility programs.



Each Main Streets organization works closely with local businesses to promote their services, streamline their operations, and lower the operating cost to boost profits and increase the personal wealth of the business owners in our neighborhoods. The availability of clean low-cost solar-powered electricity aligns with our efforts to reduce the cost of doing business for local merchants.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and our organization would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,



_____
Ed Gaskin
Executive Director
Greater Grove Hall Main Street
320 Blue Hill Avenue
Dorchester, MA02121-1922



240 Cold Spring Avenue
West Springfield, MA 01089
Phone 413-739-5503
support@habitatspringfield.org
www.habitatspringfield.org

August 29, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Greater Springfield Habitat for Humanity, Inc. (GSHFH), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GSHFH is a housing ministry dedicated to strengthening communities by empowering low-income families to change their lives and the lives of future generations through homeownership and home preservation opportunities. This is accomplished by working in partnership with diverse people, from all walks of life, to build simple, decent, affordable housing. We have over 35 years of experience working in Hampden County MA with lower-income families to provide access to homeownership, and home repair services. We work in partnership to maximize our impact by promoting the MassSave and the SMART Program and tax incentives available to homeowners as additional benefits beyond our programs. We have navigated numerous grants from HUD, local municipalities, and private funders to create and maintain our programs. We have begun the process of integrating solar and other green building methods as stand practice for our new home construction projects.

Elements of Massachusetts' proposed Solar for All program that GSHFH is particularly proud to support are the Meaningful Benefits Plan, which would:

- Deliver a minimum of 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households; and

Another element of Massachusetts' proposed Solar for All program that GSHFH is proud to support is the Project Deployment Technical Assistance Plan which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

- Support overcoming barriers related to project deployment such as siting, permitting, and interconnection;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local, and utility programs.

GSHFH is also in support of Massachusetts's proposed Solar for All program elements in the Equitable Access and Meaningful Involvement Plan which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Through our homeownership programs GSHFH would support the MA Solar for All program by incorporating solar into our new/rehab construction projects enabling access to solar to all of our first-time home buyers. Through our home preservation and repair programs we can educate current homeowners on the benefits of solar and help them to make needed upgrades to allow for solar installation on their properties. GSHFH can easily work on creating a pipeline of projects, we receive numerous inquiries daily from homeowners who are looking to improve their homes and make them more affordable and energy-efficient. We also work in partnership with local vocational schools to provide access to hands-on learning experiences and training through volunteer opportunities, co-op, internships, and apprenticeship positions for students interested in the construction fields. Exposure to solar installation would be a valuable tool in helping many of these students as they choose future career paths in the building industry.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Greater Springfield Habitat for Humanity would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Aimee Giroux, Executive Director
Greater Springfield Habitat for Humanity, Inc.
giroux@habitatspringfield.org 413-739-5503



2714 Hudson Street
Baltimore, MD 21224-4716
P: 410-534-6447
F: 410-534-6475
www.ghhi.org

September 27, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Green & Healthy Homes Initiative (GHHI), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GHHI is a nonprofit organization dedicated to addressing the social determinants of health and the advancement of racial and health equity through the creation of healthy, safe, and energy efficient homes. GHHI serves low income and disadvantaged communities across the country. In Massachusetts, GHHI is currently working with the Massachusetts Association of Community Development Corporations to produce a report on housing quality both statewide and in the cities of Brockton, Holyoke, and Springfield. Previously, GHHI has also worked in Springfield and Worcester to produce feasibility studies and business plans for home-based asthma services.

GHHI is a national leader in advancing innovative, high quality energy efficiency programs and policies. GHHI has conducted solar installations as part of its direct service program in Maryland. GHHI was a critical partner with NYSERDA in the design and launch of the Healthy Homes Value-Based Payment Pilot, which combines energy efficiency services with home-based education to address asthma in New York. GHHI supported the design of a similar statewide program with Connecticut Green Bank. GHHI designed and is implementing a holistic housing intervention pilot in New Jersey, New Jersey Whole House, which aligns health, safety and energy efficiency interventions, funded through a mix of public and private investment, to prepare low-to-moderate income housing for electrification.

An element of Massachusetts' proposed Solar for All program that GHHI is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

GHHI has extensive experience from its whole home model on how to comprehensively assess for housing deficiencies that would prevent deployment of solar technologies, and how to sequence and coordinate resources to provide those enabling upgrades. GHHI also has a wealth of experience in identifying federal, state, and local resources such as WAP and HUD grants that could be used to address certain deficiencies in preparation for solar deployment. To promote workforce development, GHHI would create a tailored comprehensive home assessment template which can be used to efficiently identify all hazards and deficiencies in the home, and implement healthy housing-related workforce development courses alongside planned solar-focused workforce development courses. GHHI also would support the analysis of housing, health, environmental justice, and other datasets to identify properties that would benefit most from solar PV and enabling upgrades.

Another element of Massachusetts' proposed Solar for All program that GHHI is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse communities will be served, while prioritizing low-income and the most disadvantaged households.

GHHI would support equitable access and distribution of benefits through promoting a holistic retrofit strategy. This approach will maximize assistance to low-income and disadvantaged communities, ensuring that energy deficiencies and health and safety hazards are addressed simultaneously when implementing solar-enabling upgrades. The homes most in need of solar retrofits will actually receive investment, rather than be deferred due to needed repairs. GHHI would provide capacity building and technical assistance services to design programs that serve a wide range of communities; to conduct asset and gap analyses; to carry out performance measurement and evaluation design, and to support community outreach and education efforts. For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and GHHI would be proud to play a critical role in supporting

DocuSign Envelope ID: A818A4BE-B932-437A-B70B-BAF161967409

Support for the Commonwealth of Massachusetts' Solar for All Application
Page 3 of 3
September 27, 2023

the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ruth Ann Norton
President & CEO

# GREEN ENERGY
# CONSUMERS ALLIANCE

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Green Energy Consumers Alliance, Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Green Energy Consumers Alliance (Green Energy Consumers) is a 501(c)3 non-profit organization with a mission to harness the power of consumers and communities to speed the transition to a zero-carbon future. We do so by advocating for sound public policy and by operating programs that help consumers access clean energy technologies to reduce their personal greenhouse gas (GHG) emissions.

With a track record of successful initiatives since 1982, Green Energy has been at the forefront of driving positive change in the energy sector. In the early 2000s, we led several groups in the Greater Boston Million Solar Roofs Initiative, a DOE-support project. We also administered large-scale residential energy efficiency projects funded by the American Recovery and Reinvestment Act. In 2016, we developed the Green Municipal Aggregation model in collaboration with Good Energy, LLC in Massachusetts and have recently expanded the model to Rhode Island. We serve those communities by purchasing renewable energy certificates from local suppliers in New England, making clean energy affordable and accessible to residents in both states.

# GREEN ENERGY CONSUMERS ALLIANCE

We support the multi-faceted approach proposed by Massachusetts including the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, and Equitable Access and Meaningful Involvement Plan. It would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

If Massachusetts receives a grant from Solar for All, Green Energy Consumers Alliance will be ready to educate consumers, installers, and communities about the resulting programs. We are also exploring ways that we might directly participate in the market through project development and consumer aggregation.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Green Energy Consumers would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience

**greenenergyconsumers.org**

**Boston:** 284 Amory Street, Boston, MA 02130 | Phone: 800-287-3950
**Providence:** 188 Valley St, Suite 221, Providence, RI 02909 | Phone: 401-861-6111

# GREEN ENERGY CONSUMERS ALLIANCE

deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Larry Chretien
Green Energy Consumers Alliance, Inc.
Larry@greenenergyconsumers.org



2 October 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**RE:    *Support for the Commonwealth of Massachusetts' Solar for All Application***

Dear Administrator Regan:

On behalf of the members, staff and board of GreenRoots, I am writing to express our enthusiastic support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

GreenRoots is an environmental justice organization with 30 years of organizing our communities of Chelsea and East Boston to advocate for a healthier and more just environment. During that time, we have advocated for better access to energy efficiency and clean energy initiatives in BIPOC communities such as our own. From creating greater equities in Mass Save projects, to promoting solar panels and battery storage among low income, Spanish-speaking renters in East Boston to pioneering a microgrid with our partners in Chelsea, we see engagement and participation of traditionally excluded communities as key to realizing a carbon-free future with equity, inclusion and sustainability.

GreenRoots is particularly proud to support many of the elements of Massachusetts' proposed Solar for All program, including the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement Plan, which would:
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.


GreenRoots would happily support the above listed efforts through partnering on outreach and program design in environmental justice communities, leverage our existing community relations to bring visibility and efficacy to the projects and advise on overcoming barriers to implementation of clean energy technologies in our communities. Beyond the on-the-ground practical concerns of program implementation, we are also interested in addressing the systemic and policy barriers to successful adoption of these technologies in EJ communities. In particular, the complex intricacies that stymie the implementation of microgrid solutions to resiliency and sustainability of our electrical grid are of particular concern to us. Additionally, the challenge of implementing energy efficiency and solar programs within the context of a rapidly gentrifying neighborhood, where building improvements are desperately needed, but also represent a serious threat to housing affordability is an area we have much experience and hold strong opinions.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and GreenRoots would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,

John Walkey
Director of Waterfront and Climate Justice Initiatives
GreenRoots
johnw@greenrootschelsea.org



October 2, 2023


Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Groundwork Lawrence, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Groundwork Lawrence (GWL) is a nonprofit organization that has been changing places, changing lives, and changing systems in Lawrence, MA since 1999. Our mission is to bring about the sustained regeneration, improvement, and management of the physical environment by developing community-based partnerships which empower people, businesses, and organizations to promote environmental, economic, and social well-being. GWL invests in place-based initiatives and projects to positively transform the local community and the lives of those living in it.

Recognizing the environmental justice and climate-related needs of our community, GWL has worked closely with the whole community to collectively seek solutions to improve equity, mitigate environmental risks, and implement short- and long-term tactics to address climate challenges. Since the inception of our Green Streets program in 2008 and partnership with the state's Greening the Gateway Cities program, we have planted over 4000 trees to reduce urban heat island effect and increase energy efficiency and, in partnership with the City of Lawrence, have created and/or renovated 25 urban parks which play a key role in reducing urban heat, sequestering carbon, and offering residents cool, healthy recreation opportunities. Additionally, with the understanding that energy efficiencies are critical to climate resiliency, GWL has fostered a new partnership with MassSave through the Community First program for over a year. Leveraging a growing partnership

with All In Energy on joint outreach for energy efficiency and tree planting, over the next three years we are helping at least 200 residences complete weatherization and HVAC upgrades, 100 small business to take advantage of MassSave programs, and conducting outreach and help residents and businesses leverage MV Renewal funds (from the Columbia Gas fine) to be able to utilize MassSave offerings. Through these efforts, residents and small businesses will have decreased utility costs, increase their economic stability, and there will be a decrease in fossil fuel usage supporting MA's climate change 2030 goals and improving air quality in the Merrimack Valley which will improve public health.

An element of Massachusetts' proposed Solar for All program that Groundwork Lawrence is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Groundwork Lawrence would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Lesly Melendez
Executive Director
Groundwork Lawrence
lmelendez@groundworklawrence.org



September 21, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Hebrew SeniorLife, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Hebrew SeniorLife is a nonprofit Harvard Medical School-affiliated provider of senior care and communities with seven campuses in Greater Boston.

We are a [Solar Technical Assistance Retrofit (STAR) program](#) participant, which is a MassCEC-funded program co-led by Local Initiatives Support Corporation (LISC) Boston, the Massachusetts Association of Community Development Corporations (MACDC), and Resonant Energy. The STAR program has helped us identify technical and financing solutions to go solar across our affordable housing portfolio. We are particularly interested in supporting Massachusetts' proposed Solar for All program as it would provide additional opportunities for affordable housing organizations such as ours to access the benefits of solar. Additionally, we are interested in the opportunity to have affordable housing residents and other community members directly benefit from the Solar for All program.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Hebrew SeniorLife would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Deborah Morse
Vice President of Real Estate
Hebrew SeniorLife

October 3rd, 2023



Hon. Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Honorable Administrator Regan,

We, the united voices of the International Brotherhood of Electrical Workers (IBEW)
Locals 7 of Western Massachusetts, Local 96 of Central Massachusetts, Local 103 of
Greater Boston, and Local 223 of Southeast Massachusetts, strongly support the Solar for
All Proposal from the Commonwealth of Massachusetts, led by the Massachusetts
Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy
Center (MassCEC). The Solar for All Program will be a solid step towards a cleaner and
more equitable future in Massachusetts and beyond.

Our support is rooted in our shared goals of promoting an equitable clean energy
transition and ensuring high-road careers for all in the clean energy industry. We fully
back the Project Deployment Technical Assistance, Meaningful Benefits, and Equitable
Access and Meaningful Involvement Plans in this application. The Commonwealth's
proposed program will create high-road careers, generate sustainable economic growth,
and provide much needed environmental and social justice. We especially applaud the
Commonwealth's proposed program for its focus on workforce development through
registered apprenticeship programs and fair living wages and benefits.

We also believe the program's commitment to focusing on projects in historically
disenfranchised communities and for low-income housing is crucial for rectifying
historical inequities and fostering a more inclusive clean energy economy. By prioritizing
these communities in terms of both projects and workforce, the Solar for All Program
demonstrates a holistic approach towards environmental justice and economic
empowerment.

In conclusion, we affirm our staunch support for the Solar for All Proposal. Its vision
resonates with our long-term goals of promoting a just transition to clean energy,
equitable workforce development, and environmental resilience in our communities. We
eagerly anticipate the positive impact the Solar for All Program will have on the

Commonwealth of Massachusetts and stand ready to contribute our expertise and support towards its successful implementation.

Thank you for your consideration. We welcome any further discussion about this transformative initiative for Massachusetts' clean energy future.

Sincerely,

DocuSigned by:

*Dan D'Alma*

3A88144E3F3A44D...

Dan D'Alma
Business Manager
IBEW Local 7
Western Massachusetts

DocuSigned by:

*Thomas J. Maloney*

B497908C7B4B4C7...

Thomas J. Maloney
Business Manager
IBEW Local 96
Central Massachusetts





DocuSigned by:

*Louis J Antonellis*

D50A19D57A5C403...

Lou Antonelis
Business Manager
IBEW Local 103
Greater Boston

DocuSigned by:

*Douglas P. Nelson*

E391588065F6450...

Douglas P. Nelson
Business Manager
IBEW Local 223
Southeast Massachusetts





# LISC BOSTON

September 15, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Local Initiatives Support Corporation (LISC) Boston, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

LISC is one of the country's largest community development support organizations working to forge resilient and inclusive communities of opportunity in the US; great places to work, live, visit, do business, and raise families. LISC has equally deep local roots, having invested more than $414 million in Massachusetts communities over nearly 40 years. We prioritize equity in our investments, from affordable housing and quality schools to growing business and connecting community with financing, technical assistance, and resources to build capacity and stability.

LISC Boston's Green Homes Initiative has led energy and healthy housing work with Massachusetts affordable housing owners for over a decade. In that time, LISC has helped drive resources to the state's affordable housing sector, aligned incentives to help owners maximize the energy efficiency of their properties, integrate appropriate clean energy technologies, decrease carbon emissions, improve climate readiness, and provide residents with a higher quality of life through healthy housing improvements. Since 2010, we have worked with over 80 affordable housing owners and property managers statewide to track energy performance of at least 17,000 units through benchmarking, undergo energy retrofits in 5,000+ units, and leverage over $17 million. Through our Energy Cohort peer learning network, we also engage with and support capacity building for 350+ affordable housing professionals.

In 2020, LISC co-created and launched the Solar Technical Assistance Retrofit (STAR) Program with solar provider Resonant Energy and affordable housing umbrella advocacy organization Massachusetts Association of Community Development Corporations (MACDC). STAR is a path-breaking program designed to remove barriers and dramatically increase the adoption of solar PV for affordable housing developments across the Commonwealth. STAR participants receive staff time support grants and free technical analysis services to analyze the solar potential and financing options for their portfolio.

So far, we have provided portfolio-wide solar analyses to 44 affordable housing organizations across Massachusetts. The 22 organizations that are moving forward to date will be installing at least 7.7 megawatts of solar, which represents at least $26 million in avoided electricity costs and more than $500,000 in direct resident benefits.

We are pleased to support Massachusetts' proposed Solar for All program particularly due to its focus on the following equitable elements:

- Support affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Support affordable housing building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for affordable housing owners; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*.

The Solar for All program would enable Massachusetts to significantly scale up solar access for our affordable housing partners and drive direct benefits to disadvantaged communities.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and LISC Boston would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Emily Jones
Senior Program Officer
LISC Boston
ejones@lisc.org | 617.410.4336

     **Malden Housing Authority**     
**Executive Office**
**630 Salem Street, Malden, MA 02148**
**PH: (781)322-3150 ~ FAX: (781)322-3543 ~ TTY/TDD: (800)545-1833, x.103** *(24 hrs)*

9/27/2023

Solar for All Grant Committee
U.S. Environmental Protection Agency
Office of the Greenhouse Gas Reduction Fund
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460

Submitted via: Kelsey Read (KRead@MassCEC.com)
Massachusetts Clean Energy Center Submission: Massachusetts Solar for All Submission

Dear Solar for All Grant Review Committee:

The Malden Housing Authority (MHA) hereby submits this letter in enthusiastic support of EPA's Solar for All Program. MHA believes the Solar for All Program will allow solar opportunities to be developed that will provide direct benefits to our nearly 1,400 low, very low and extremely low-income HUD and state assisted Public Housing families by reducing their energy burden while increasing the comfort of their units. MHA shares your commitment to reduce Greenhouse Gas Emissions (GHG) and looks forward to utilizing this program to further our Nation's critically important de-carbonization efforts.

MHA also intends to link utilization of the Solar for All Program with other federal programs and opportunities that will emanate from the Inflation Reduction Act (IRA) including Section 179D of the US Tax Code, Investment Tax Credits (ITC) and the DOE's Electrification program, which could lead to project cost reductions exceeding 50%. MHA may also be able to capitalize the savings stream from solar rate reductions and other energy efficiency investments, made easier with additional IRA incentives, to design and install additional energy conservation measures, including windows, storm doors, and resilience measures. MHA believes these savings streams will generate approximately $10,000 per unit for such investments.

Public Housing Authorities (PHAs) are uniquely positioned to utilize this program. In Massachusetts alone, PHAs administer tens of thousands of federal and state subsidized public housing units and an equal amount of Section 8 Housing Choice Vouchers. PHA resident families are also a very deserving set of stakeholders who can be enrolled in large numbers without undue effort.

MHA plans to work closely with the Massachusetts Clean Energy Center and with the Boston Housing Authority (BHA), charged with aggregating many MA PHA proposed solar projects to submit to the EPA for funding. MHA intends to submit an application to the program along with many of our MA PHA colleagues and looks forward to your favorable review and approval of our proposal at that time.

Respectfully yours:

Stephen G. Finn
Executive Director

**The Malden Housing Authority is an Equal Opportunity Housing Provider and a Drug and Smoke-Free Agenc**



Massachusetts Association of Community Development Corporations

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Massachusetts Association of Community Development Corporations (MACDC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All Program.

MACDC is a membership organization that seeks to build and sustain a high performing and adaptive community development sector that is supported by private and public investment and sound public policies.  We advance racial and economic equity by creating healthy communities where everyone lives in housing they can afford, benefits from economic opportunities, and can fully participate in the civic life of their community.  We support our 64 Members community development corporations (CDCs) and our more than 30 Associate Members in their efforts to utilize clean energy in the development of new affordable housing, and in their efforts to incorporate renewable energy into their existing rental portfolios.

In 2020, working with longstanding community development intermediary LISC and with solar provider Resonant Energy, we launched the Solar Technical Assistance Retrofit (STAR) Program. STAR is an innovative program designed to remove barriers and substantially increase the adoption of solar PV for affordable housing developments statewide. STAR Program participants receive staff time support grants and free technical assistance to analyze the solar potential and financing options for their portfolio.

So far, we have provided portfolio-wide solar analysis to 44 affordable housing organizations across the Commonwealth- including to 30 MACDC Member organizations. The 22 organizations that are moving forward to date will be installing at least 7.7 megawatts of solar, which represents at least $26 million in avoided electricity costs and more than $500,000 in direct resident benefits.

We are particularly pleased to support the Massachusetts' Solar for All Program, due to its Equitable Investment and Meaningful Involvement Plan, which will achieve the following:



- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households;
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar for All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

The Solar for All Program continues the Commonwealth of Massachusetts' commitment to the transition to a clean every future, and MACDC is pleased to support it. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology, and collectively will be able to successfully deliver meaningful benefits to underserved communities.

Please don't hesitate to contact me with any questions, at donb@macdc.org, or at 617-379-5926.

Sincerely,

Don Bianchi
Director of Housing



Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

October 6th, 2023

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan,

Massachusetts Building Trades Unions and the 75,000 union tradeswomen and tradesmen across the Commonwealth stand in support of Massachusetts' Clean Energy Center (CEC) and Dept. of Energy Resources' (DOER) Solar For All proposal. Its design to electrify and provide clean energy to the state, as well as to establish strong labor standards and workforce in doing so, is exactly what our unions and President Biden's clean energy workforce standards strive for.

Ensuring public housing authorities and communities can access solar will be a key component of reaching the Commonwealth's climate goals. Ensuring a highly trained, well-paid union workforce for the labor required will be equally important to meeting these goals.

To that effect, usage of Project Labor Agreements is a proven, effective way in Massachusetts of delivering projects at scale, under-budget and on-time while including and enforcing workforce participation goals into projects. Including partnerships with union-affiliated apprenticeship and pre-apprenticeship programs across the state will also ensure racial and gender equity objectives are advanced through workforce development initiatives. We've discussed these labor standards with MA CEC and DOER and have mutual agreement of the importance of labor standards in this application. We are eager to work together going forward on this application's design and implementation.

We support this Solar for All Application and look forward to further work with the MA state government on growing the crucial electrification workforce. Building Trades Unions like the IBEW 103 have a proven track record of doing so while ensuring recruitment and training of women and people of color from the communities where this work will occur.

Sincerely,

Francis X. Callahan, Jr.
President, Massachusetts Building Trades Unions
35 Highland Ave, Malden, MA, 02148
(781) 321-6282



National Association of
Housing & Redevelopment Officials

September 26, 2023

Mr. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' "Solar for All" Application**

Administrator Regan:

On behalf of the Massachusetts Chapter of the National Association of Housing and Redevelopment Officials (MassNAHRO), I am writing to express our support for the Commonwealth of Massachusetts' "Solar for All" grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious "Solar for All" program.

MassNAHRO represents the 240 local housing authorities in the Commonwealth that own and operate 43,000 units of state-subsidized public housing, serving more than 70,000 of the Commonwealth's low-income veterans, seniors, families, and people with disabilities. Given the diversity of size, capacity, and experience of local housing authorities across Massachusetts, MassNAHRO, on behalf of our members, supports the key programs considered under the "Solar for All" grant.

One element of Massachusetts' proposed "Solar for All" program that MassNAHRO is particularly pleased to support is the Meaningful Benefits Plan, which would:
- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).

MassNAHRO is further pleased to support the Project Deployment Technical Assistance Plan, which would:
- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;

- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through "Solar for All" and other state, federal, local and utility programs.

Finally, MassNAHRO is pleased to support the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the "Solar for All" program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' "Solar for All" program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

These three programs representing the core of "Solar for All" would play a vital role in assisting our members, the 240 local housing authorities in Massachusetts, in playing a meaningful and coordinated role in helping to achieve their critical benchmarks and intended outcomes. MassNAHRO's members look forward to cooperating with MA DOER and MassCEC in their efforts to advance the interests of climate justice and sustainability for all members of our society.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MassNAHRO would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious "Solar for All" program. MassNAHRO is convinced that MA DOER and MassCEC have ably demonstrated the experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.

Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Donna Brown-Rego
Executive Director



3 Center Plaza, Suite 610 • Boston, MA 02108
617-426-7272 • 800-882-1498 • fax 617-695-1314
www.mma.org

October 2, 2023

Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan,

On behalf of the 351 cities and towns of the Commonwealth, the Massachusetts Municipal Association (MMA) is writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to partner with MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

As local officials meet the ongoing challenges of climate change while striving towards decarbonization goals and timelines, continued and sizable support for renewable energy infrastructure across the Commonwealth will be essential. Efforts to expand solar energy production have continued rapidly at the local and regional level in Massachusetts. This process is catalyzed by strong state-local partnerships and the availability of state funding and support for critical projects.

Municipal leaders from across the Commonwealth have been adopting clean energy in ways that align with their own unique needs. From rural towns in the Berkshires, gateway cities in central Massachusetts, to coastal communities on Cape Cod – our members understand the value of this important work for residents and ratepayers. However, more federal and statewide support will be necessary to translate big picture goals into actionable items that communities can pursue, especially for populations who already struggle to access existing opportunities.

This is why the MMA is particularly proud of a key element of the proposed Solar for All program in Massachusetts: the Equitable Access and Meaningful Involvement Plan, which would:

- Provide equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement; and

- Ensure a wide range of diverse communities will be served, while prioritizing low-income and the most disadvantaged households.

The MMA supports communities as they learn best practices, engage in information sharing, and implement creative strategies to assist individuals and families. Through our publications, we communicate regularly with mayors, town managers and administrators, city councilors, select board members, and town finance committee members to bring the most relevant and up-to-date information about federal funding opportunities like Solar for All to local decision makers. Our organization stands ready to ensure that these benefits will reach low-income and disadvantaged households that might not otherwise be able to access solar energy deployment programs.

For decades, the Commonwealth of Massachusetts has served as a national leader in our nation's transition to a clean energy future. The Massachusetts Municipal Association would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will successfully deliver meaningful benefits to underserved communities. If you have any questions, please do not hesitate to contact me or MMA Legislative Analyst Josie Ahlberg at jahlberg@mma.org at any time.


Sincerely,

Adam Chapdelaine
Executive Director & CEO



September 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

On behalf of the Massachusetts Municipal Wholesale Electric Company (MMWEC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Massachusetts Municipal Wholesale Electric Company (MMWEC) is the Commonwealth of Massachusetts' designated joint action agency for consumer-owned municipal utilities. Through its enabling state legislation, Chapter 775 of 1975, MMWEC became a not-for-profit, public corporation and political subdivision of the Commonwealth of Massachusetts. MMWEC's enabling legislation gave it the unique power to issue tax-exempt revenue bonds to finance electric generating facilities and other projects. Using this statutory authority, MMWEC has issued more than $7 billion in bonds since 1976. MMWEC provides a variety of power supply, financial, risk management and other services to the state's 40 consumer-owned, municipal utilities.

MMWEC's municipal utility members are committed to decarbonizing and electrifying their power portfolios, in alignment with the Commonwealth's carbon reduction goals. Approximately half of MMWEC's members have already met the 2030 decarbonization targets of 50% carbon-free energy sales. All of MMWEC's member utilities have power portfolio "roadmaps" to guide the way to net zero carbon emissions in 2050, including plans for solar, wind and energy storage.

Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, and MMWEC and its members are aligned with the Commonwealth's clean energy policies and initiatives. In demonstration of that alignment, MMWEC intends to support the efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts. As the joint action

agency for municipal utilities in Massachusetts, we will work with each participating municipal light plant to achieve the following goals outlined in the proposal:

• Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
• Facilitate asset ownership opportunities for low-income households; and
• Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
• Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
• Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement.

MMWEC and its members are committed to addressing environmental justice concerns and improving access to energy efficiency, decarbonization and electrification initiatives for underserved communities, including low and moderate income residents, and renters. MMWEC anticipates that these grant funds will help municipal utilities increase access to solar for these hard to reach groups.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and MMWEC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Ronald C. DeCurzio
Chief Executive Office
Massachusetts Municipal Wholesales Electric Company



October 5, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts's Solar for All Application**

Dear Administrator Regan:

As the Sponsors of the Mass Save® energy efficiency program,[1] we are writing to support the Commonwealth of Massachusetts's Solar for All grant application, led by the Massachusetts Department of Energy Resources ("DOER") and the Massachusetts Clean Energy Center ("MassCEC"). The Sponsors are dedicated to serving low-income and disadvantaged communities so that they equitably benefit from the Commonwealth's nation-leading energy efficiency programs that we administer. We are excited to partner with DOER and MassCEC to maximize the benefits these communities enjoy from Solar for All funds.

For more than a decade, the Mass Save programs have consistently ranked among the top statewide energy efficiency programs in the nation because of our success promoting weatherization and efficient heating and our focus on ensuring equitable access for low- and moderate-income customers and environmental justice communities. Through our partnership with the Low-Income Energy Affordability Network ("LEAN"), the Sponsors have deployed over $1.1 billion dollars working with more than 470,000 low-income customers since 2010. We are also partnering closely with municipalities and community-based organizations through our Community First Partnership program to ensure equitable access to the benefits of efficiency and electrification for all residents of the Commonwealth. Because of our work to date in partnership with DOER and MassCEC, Massachusetts enjoys the most robust energy efficiency delivery program of any state in the nation, which we will build on to rapidly deploy Solar for All funds, modeling how to pair electrification and solar deployment.

As the Mass Save programs now prioritize electrification and decarbonization, we are concerned about our most financially challenged customers. By facilitating access to low-cost electricity through rooftop solar and community solar, Solar for All funds will help to unlock the benefits of

---

[1] Mass Save® is a collaborative of Massachusetts' electric and natural gas utilities and energy efficiency service providers including Berkshire Gas, Cape Light Compact, Eversource, Liberty, National Grid, and Unitil. We empower residents, businesses, and communities to make energy efficient upgrades by offering a wide range of services, rebates, incentives, trainings, and information. The Massachusetts Program Administrators ("PAs"), also known or referred to as the Mass Save Sponsors, develop and implement energy efficiency programs and solutions across Massachusetts. Collectively, the PAs serve approximately 96% of the almost 7 million residents of Massachusetts.

**WE ARE MASS SAVE®:**

     



heat pumps and other electric appliances for more residents of the Commonwealth. The Sponsors are most excited to work with DOER and MassCEC on the following priorities and opportunities: (1) community engagement and customer outreach, especially in Environmental Justice communities, through our existing Community First Partnership network; (2) ensuring equitable access to Solar for All funding, such as through our existing partnership with LEAN, which offers zero-cost weatherization, heat pumps, and other efficiency upgrades to low-income residents; and (3) assisting building owners and property manager access both Solar for All funds and other existing incentives available through Mass Save.

The Sponsors have well over a decade of experience addressing many of the challenges that could impede the rollout of the Solar for All program. The Sponsors have worked closely with allies and partners to build a robust market for weatherization, just as we are doing now for heat pumps. From training and support for contractors to online tools for consumers, our work is charting the course to an electrified future. DOER and MassCEC are essential to these efforts, and we would be pleased to partner with them to deploy Solar for All funds effectively. Through this partnership, the Commonwealth's proposal will leverage significant local funds alongside Solar for All dollars to achieve the program's decarbonization goals for low-income and disadvantaged communities.

For decades, the Commonwealth of Massachusetts has been in the vanguard of our nation's transition to a clean energy future, as exemplified by Mass Save and the work of agencies like DOER and MassCEC. DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology, and we are confident they will successfully deliver meaningful benefits to underserved communities, particularly because they will channel Solar for All funds through existing, successful programs.

Please feel free to contact us if you have any questions or need additional information.

Sincerely,

The Massachusetts Program Administrators

Katherine Peters
Director, Massachusetts Implementation
Eversource Energy

Christopher Porter
Director, Customer Energy Management
National Grid

WE ARE MASS SAVE®:

     



Cindy L. Carroll
Vice President, Customer Energy Solutions
Unitil Service Corp.

Margaret T. Downey
Administrator
Cape Light Compact JPE

    



*Smart Growth & Regional Collaboration*

Friday, September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20004

**RE: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Metropolitan Area Planning Council (MAPC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application led by the Massachusetts Department of Energy Resources (MA DOER) and Massachusetts Clean Energy Center (MassCEC). MAPC is proud to offer this letter of support for MA DOER and MassCEC's efforts to increase equitable access to solar PV in low income and disadvantaged communities through their Solar for All program application.

MAPC is the regional planning agency serving the people who live and work in the 101 cities and towns of Greater Boston. We are committed to smart growth, sustainability, regional collaboration, and advancing equity. For nearly 15 years, our Clean Energy department has worked closely with our municipalities, MA DOER and MassCEC, and other key stakeholders to advance equitable clean energy adoption in accordance with the Commonwealth's climate and energy goals. We work closely with municipalities to develop climate action and net zero plans, design and implement clean energy programs and policies, procure solar PV and other clean energy technologies, and deliver technical assistance. We represent municipal interests on the Commonwealth's Energy Efficiency Advisory Council, Grid Modernization Advisory Council, and Global Warming Solutions Act Implementation Advisory Committee.

An element of Massachusetts' proposed Solar for All program MAPC is particularly excited to support is the Project Deployment Technical Assistance Plan, which aims to:
- Help overcome barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;

- Support property managers and building owners with direct technical and financial assistance to understand financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, and utility programs.

MAPC looks forward to supporting MA DOER and MassCEC in delivering technical assistance to address barriers to solar PV deployment at the municipal level. We regularly work with municipalities as part of our energy and climate planning efforts to assess municipal data sources and can support municipal-led outreach efforts to buildings with high need and potential. Despite significant support from the Commonwealth, local barriers persist to increasing solar PV deployment, and we are excited to work with MA DOER and MassCEC to deliver effective technical assistance to municipal governments.

Additionally, MAPC is proud to support the Equitable Access and Meaningful Involvement Plan in the proposed application, which will:
- Ensure equitable access to the Solar for All program for all eligible low-income households across Massachusetts through education, outreach, marketing and community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

MAPC regularly works with municipalities and their key stakeholders to facilitate stakeholder engagement and develop energy and climate outreach and engagement strategies. We look forward to supporting MA DOER and MassCEC in ensuring the Solar for All program is designed and successfully implemented with meaningful involvement from disadvantaged communities.

MAPC is committed to supporting the Commonwealth's clean energy goals and programs, including supporting the implementation of Massachusetts' ambitious Solar for All program. The proposed program application builds on MA DOER and MassCEC's proven record of accelerating the deployment of solar PV through years of providing technical assistance, incentives, financing, and community-oriented programs. We believe the proposed Solar for All program will help strengthen the Commonwealth's focus on ensuring the benefits of our growing solar PV market are meaningfully shared with disadvantaged and environmental justice communities.

Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Lizzi Weyant
Deputy Executive Director
Metropolitan Area Planning Council
eweyant@mapc.org | 617-933-0703

Jeremy Koo
Assistant Director of Clean Energy
Metropolitan Area Planning Council
jkoo@mapc.org | 617-933-0715



October 6, 2023

Jo Ann Bodemer
Energy Efficiency Division Director
Massachusetts Department of Energy Resources
100 Cambridge Street, 9th Floor
Boston, MA  02114

Dear Director Bodemer,

Monarch Strategic Ventures (MSV) is pleased to express our strong support for the Massachusetts Department of Energy Resources' (DOER) application to secure federal funding under the $7 billion Solar for All (SFA) competition. The Inflation Reduction Act's (IRA) Greenhouse Gas Reduction Fund (GGRF) represents a significant opportunity to make meaningful investments in residential distributed solar energy and storage in markets serving low-income and disadvantaged communities. MSV, a dedicated entity established to harness the potential of IRA clean energy incentives, is poised to play a vital role in realizing the goals of the SFA initiative.

MSV's primary focus lies in the affordable housing sector, where we see immense potential for reducing the environmental impacts and energy costs in low-income communities. Multifamily housing, especially when catering to low- to moderate-income households, represents a substantial portion of the built environment and energy consumption. Through solar energy adoption and other clean energy measures, we aim to contribute significantly to the reduction of $CO_2$ emissions, aligning with the overarching goals of the SFA program.

Furthermore, our affiliation with Monarch Private Capital (MPC), a leading tax equity fund manager specializing in impact investment funds, positions us as a strong partner in this endeavor. MPC's extensive track record in managing tax equity investments in affordable housing and renewable energy, underscores our unique expertise and relationships in these sectors. We have successfully delivered clean power, invested in low-income housing, built strong developer relationships, and reduced $CO_2$ emissions across 41 states and the District of Columbia.

MSV shares DOER's goal to make solar accessible to low-income households and disadvantaged communities across the state of Massachusetts and fully supports their proposal for the SFA. The purpose of this letter is to convey our sincere appreciation of and willingness to partner on efforts to enhance and catalyze opportunities for clean technology deployment and innovation in the state's most disadvantaged and historically underserved communities.

We realize that DOER's capacity to satisfactorily enter into such an agreement is fundamentally dependent on the ability to obtain the requested, substantial grant award to achieve the desired outcomes for the Solar for All competition. We hope you are successful in achieving this goal and look forward to finalizing our shared plan to accelerate deployment of clean energy through a public/private investment partnership.

MSV commends DOER Resources for applying to the SFA competition and strongly supports your application. Furthermore, we authorize you to submit this letter as part of your application for an award pursuant to the GGRF SFA guidance.

Sincerely,

Walter L. McLeod
Managing Director
wmcleod@monarchprivate.com
(540) 848-1340



October 3rd, 2023

Hon. Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts 'Solar for All Application

Honorable Administrator Regan,

We, the undersigned chapters of the National Electrical Contractors Association
encompassing Greater Boston, Central and Western Massachusetts, Southeast
Massachusetts, Rhode Island, New Hampshire, and Maine, are pleased to support
the Commonwealth of Massachusetts 'Solar for All grant application, which is being
led by the Massachusetts Department of Energy Resources (MA DOER) and the
Massachusetts Clean Energy Center (MassCEC). NECA is at the forefront of the
clean energy transition, championing equitable work, supporting MBWE contractors
and a diverse workforce, and offering unparalleled training for our electricians and
contractors to ensure the highest standards in the industry.

The proposed Massachusetts Solar for All Program will be a conduit for further
catalyzing the equitable clean energy transition not only in Massachusetts, but also
nationally, through its best practices and leadership. With a strong emphasis on
ensuring this transition results in sustainable high-road careers, economic
development, and environmental justice for all, Massachusetts will set a robust
example for others to follow. We are especially proud to support the Project
Deployment Technical Assistance, Meaningful Benefits, and Equitable Access and
Meaningful Involvement Plans in the Commonwealth's Application.

The Commonwealth recognizes that the key to achieving the goals laid out in these
plans is through engaging contractors who uphold fair living wages and benefits,
prioritize the utilization of graduates from registered apprenticeship programs, and
specialize in performing licensed electrical work. The Project Deployment Technical
Assistance Plan is particularly crucial as it paves the way for more successful solar
projects by supporting contractors and property managers to develop the technical
and financial capacity necessary to implement equitable clean energy projects. By
tackling barriers such as siting, permitting, interconnection, and providing direct
technical and financial assistance to property managers and building owners, this
plan will simplify the process of accessing financing, grants, tax credits, and other
incentives, making the Solar for All Program more attainable and beneficial for all
involved.

The Meaningful Benefits Plan and the Equitable Access and Meaningful Involvement Plan further underscore the holistic approach of the Commonwealth towards ensuring that the benefits of the Solar for All Program are far-reaching and inclusive. By aiming to deliver meaningful energy savings to program beneficiaries, increasing access to solar through new financing products, and enhancing community resiliency, these plans are well-aligned with the goals of promoting asset ownership among low-income households and creating quality job opportunities in accordance with the Biden Administration's Good Jobs Principles. Furthermore, the emphasis on equitable access, community engagement, and participatory governance in the program highlights the Commonwealth's commitment to fostering a sense of ownership and inclusivity among the communities participating in and served by Solar For All.

Lastly, the Commonwealth of Massachusetts has long stood at the forefront of our nation's shift towards a clean energy future. With a proven track record, the MA DOER and MassCEC have substantial expertise in deploying technical assistance and incentive funding to support the equitable clean energy transition.

Please do not hesitate to reach out should you require any further information or clarification. Thank you for your consideration.

Sincerely,

Kristen Gowin
Executive Manager
National Electrical Contractors Association, Greater Boston Chapter


On behalf of:
- NECA Greater Boston Chapter
- NECA Central and Western Massachusetts Chapters
-  Michael McDonough, Executive Manager
- NECA Southeast Massachusetts & Rhode Island Chapter
-  Spencer Marks, Executive Manager
- NECA Greater Boston Chapter, New Hampshire Division
- NECA Greater Boston Chapter, Maine Division



October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004


Re: Support for the Commonwealth of Massachusetts' Solar for All Application


Dear Administrator Regan:

On behalf of Neighbor to Neighbor Massachusetts, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Neighbor to Neighbor MA is a statewide advocacy organization committed to building collective power in communities of color.  We have 1600 members across 4 chapters, who work to raise awareness about issues that affect our communities, and to turn that awareness into action through grassroots organizing, legislative advocacy, and voter activation efforts.  We are particularly committed to Environmental Justice, and have helped to shape EJ policy across the Commonwealth, specifically through organizing against environmental harm in disadvantaged communities, and anchoring the Mass Renews Alliance- a statewide coalition that brings policy, labor, and grassroots organizations together to advocate for solutions to the climate crisis through a Just Transition framework.

An element of Massachusetts' proposed Solar for All program that Neighbor to Neighbor MA is particularly proud to support is the Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;



- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Neighbor to Neighbor MA can use its network to support this Plan by educating members of the neighborhoods in which we work about it. We are also eager to connect those in our community who are ready to work with opportunities for workforce development. We believe in holistic solutions to the compounded problems that our people face and so many of those- poverty, a lack of affordable housing, and endemic violence- can be mitigated by opportunities for good paying green jobs from which people of color have historically been excluded.

Another element of Massachusetts' proposed Solar for All program that Neighbor to Neighbor MA can support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Neighbor to Neighbor MA does outreach to thousands of people per year in each of our chapter cities on a range of issues, and we are thus well positioned to assist with outreach to low-income homeowners to inform them of the Plan's benefits. We are also a multilingual organization with experience in participatory governance, and could help consult on marketing and outreach strategies to ensure they are as effective as possible.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Neighbor to Neighbor MA would be proud to play a



critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

J. Miles Gresham
Interim Co-Executive Director
Campaign Manager
Neighbor to Neighbor Massachusetts
(716) 531-3877
Miles@n2nma.org

# Northeast Energy Efficiency and Electrification Council

9/19/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Northeast Energy Efficiency and Electrification Council (NEEEC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

NEEEC has been involved in supporting the growth and expansion of clean and equitable energy policies and programs for the past 25 years. We have recently refocused our efforts to incorporate both electrification including solar with efficiency strategies that need to work collaboratively. As the Executive Director of NEEEC I have worked for many decades on supporting solar as both a climate and equity strategy, including helping to create the first legislative plan for creating Community Solar as a state program in 2008. Solar is a critical part of the plan that needs to address both climate and equity in our energy economy and for 30 years have worked hard to support multiple strategies, financing plans, third party owned solar and community solar. We also work closely with the low income agencies and Mass Save to help insure effective collaboration and service delivery to the low income communities.

An element of Massachusetts' proposed Solar for All program that NEEEC is particularly proud to support is the Meaningful Benefits Plan, Project Deployment Technical Assistance Plan, Equitable Access and Meaningful Involvement plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

NEEEC is actively working with the low income community and Mass Save to insure that the energy efficiency and renewable energy strategy programs are effectively implemented. The whole range of strategies and plans that MA DOER and MassCEC are proposing are directly related to the policy efforts that we have supported for many years. We would provide consulting to both local agencies, organizations, municipalities as well as DOER and MassCEC to support the implementation of the range of plans proposed. We are particularly focused on working with both the low income statewide organization LEAN which delivers both MassSave and WAP as well as the Mass Save Program administrators to help on the ground support and delivery of these plans. Our board of directors has an excellent track record on an individual level of working for decades in equitable clean energy policies and will assist with this effort.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and NEEEC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful

benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Stephen L. Cowell
Executive Director
Northeast Energy Efficiency and Electrification Council
steve@cowellconsulting.org
cell: 617-816-4826



September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Rare, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Rare's Boston-based program, "Solar Helping Ignite Neighborhood Economies" (SHINE), is an example of partnership between community organizations and private industry, catalyzed with an investment from the MassCEC, to take a whole-systems approach to an equitable solar workforce. We intend to use an integrated effort including solar workforce development, residential-serving community solar development in disadvantaged communities (DACs), and community solar signup campaigns tailored to such communities to reduce poverty in Boston-area DACs. We will recruit members of DACs for comprehensive solar technician training programs, work with community organizations in the same DACs to become community solar host sites, and work with local solar developers to hire our candidates, thus creating a pipeline of new workers and quality solar jobs in which to place them.

An element of Massachusetts' proposed Solar for All program that Rare is particularly proud to support is the Project Deployment Technical Assistance Plan, in which Workforce Development is a pillar. The Project Deployment Technical Assistance Plan:

- Invests in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Supports property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Workforce Development is a critical pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth.

Financial and technical assistance through Solar For All has the dual benefits of creating a pipeline of candidates for well-paying, in-demand jobs amongst DACs while also making solar available in those same communities. The nation-leading Massachusetts SMART program creates favorable incentives for solar, but workforce training is costly and runs counter to the private industry's preferences for scale and speed. Massachusetts' proposal would be critical to ensuring that the necessary quantity and timing of investments will be available to make community solar feasible for community-serving organizations located in DACs. This will ensure those projects contain guarantees for on-site workforce training, as well as delivering solar benefits to community-based organizations and energy-burdened households.

If awarded funding and the Commonwealth conducts a competitive request for proposals, Rare intends to apply to expand the SHINE program to serve other DACs across the Commonwealth.

Additionally, Rare is proud to support the Meaningful Benefits and Equitable Access and Meaningful Involvement Plans as proposed in the Commonwealth's Solar for All application. These plans prioritize:

- Delivering a minimum 20% of household savings to program beneficiaries;
- Investing in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles
- Ensuring a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households

The solar development dimension of our SHINE model aligns with the US Department of Energy's goals on creating meaningful benefits for solar by providing a minimum of 20% savings to income qualified community solar subscribers from DACs. And our workforce development component involves commitments from solar developers and engineering firms to hire SHINE trainees (un-or-underemployed members of DACs) into prevailing wage jobs.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Rare would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Senior Director, Climate Culture Boston
95 Waltham Street, West Newton, MA 02465
Rare
flowenstein@rare.org
413-854-8319

September 7, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of R. Lee Cook Community Consulting and its numerous collaborating organizations and supporters across our state, I am writing to express our fervent support, for the Commonwealth of Massachusetts Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are staunchly committed to supporting MA DOER and MassCEC in their ongoing efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts's ambitious Solar for All program.

Employing my background in business, media, IT services and as an educator and civic leader in Massachusetts and New England, I formed RL Cook Community Consulting in 2021, primarily to increase the promotion of Green Energy Adoption and enhance public outreach, education and engagement in racial minority neighborhoods and underserved communities across our commonwealth. I initiated outreach discussions with members of MA DOER and MassCEC about ways and means to enhance their engagement with Environmental Justice communities in 2020. In 2022, applied for and was approved for a grant by MassCEC upon creation of its EmPower Program. We actively educate and collaborate with prominent community and civic leaders, community-based organizations and residents within the African American, Latino, Haitian, Native American community and the underserved across the commonwealth.

While Massachusetts is already a national leader on policies that support inclusive clean energy deployment and the creation of high-quality green jobs, my organization and its partners, intends to further assist this leadership. Specifically, we intend to support the following efforts that can reduce barriers to clean energy solutions in low-income and disadvantaged communities and may enhance Massachusetts' Solar for All program and the Commonwealth's broader climate-related efforts:
One element of the Massachusetts Solar for All Proposal, RL Cook Community Consulting is particularly pleased to support, is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

1

- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Additionally, another element of Massachusetts' proposed Solar for All program, that R.L. Cook Community Consulting is proud to support, is its Meaningful Benefits Plan, which would:

- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households;

And the final element of the Commonwealth's Solar for All proposal that we ardently support is in the area of Project Deployment Technical Assistance. Specifically, R.L. Cook Community Consulting along with its partners, strongly endorse and fervently support a very significant increase in:

- Investment in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and R. L. Cook along with our partners, will be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

R. Lee Cook, M.Ed.

Founder, CEO
RL Cook Community Consulting
Fowler Clark Epstein Farm 1786
C/O The Urban Farming Institute
487 Norfolk Street, Mattapan, in Boston MA 02126
TheGreenBulletinBoard.com
RLeeCook@gmail.com
617-851-9620 iPhone

2



# Self Help Inc

## Programs & Resources to Help Families & Individuals Thrive

10/3/2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Self Help Inc., I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

*Self Help, Inc.* is a nonprofit Community Action Agency (CAA) created to help low-income families and individuals stabilize and secure their lives through education, strategic assistance, and building on opportunities in their communities. We provide a range of services for families and households in 30 cities and towns across Southeastern Massachusetts.

Out Conservation Department assists hundreds of clients each year with reducing their energy burden with qualifying our clients for available benefits and inspecting their homes for opportunities for new heating systems, weatherization projects, major repairs to facilitate those projects and the installation of air source heat pumps that are installed by qualified contractors who are overseen by our trained staff.

An element of Massachusetts' proposed Solar for All program that Self Help Inc is particularly proud to support is the Meaningful Benefits Plan, the Project Deployment Technical Assistance Plan and Equitable Access and Meaningful Involvement Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products;
- Increase resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and critical infrastructure in low-income communities during a grid outage;
- Facilitate asset ownership opportunities for low-income households; and

- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;
- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Self Help Inc has a longstanding history of supporting our clients with energy efficiency measures by working with them, our contractors and various program and grant administrators to realize improvements to our clients homes to make them more cost efficient, comfortable and enable our clients to help realize the value of their investment. Our program actively engages with over 15,000 eligible clients each year who participate in our Fuel Assistance program over the 30 cities and towns that we serve.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Self Help Inc. would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Jason Preuss
Self Help Inc
Conservation Program Director
508-580-4481 ext 1728
jpreuss@selfhelpinc.org



**Solar Energy Business Association of New England**

September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of the Solar Energy Business Association of New England ("SEBANE"), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

SEBANE's mission is to protect and promote the New England solar industry through informed policy intervention, coalition building, and stakeholder education. Our activities include:

- Representing the solar industry before state regulators and policymakers.
- Advancing progressive energy policy across the New England region in collaboration with other solar stakeholder groups.
- Hosting educational seminars, thought leadership, and networking forums designed to bring SEBANE members and other solar stakeholder together to exchange knowledge, ideas, and business opportunities.
- Providing opportunities for member companies to play a key leadership role in advancing the solar industry through board or committee service.

SEBANE has worked closely with key stakeholders of the Massachusetts solar industry (including DOER and MassCEC) for many years to help create and improve solar programs and initiatives.

An element of Massachusetts' proposed Solar for All program that SEBANE is particularly proud to support is the  Project Deployment Technical Assistance Plan, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects;

- Support overcoming barriers related to project deployment such as siting, permitting, interconnection;
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities;
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement;
- Support property managers and building owners with direct technical and financial assistance to understand all of the financing options, grants, tax credits, and other incentives that may be available to them through Solar for All and other state, federal, local and utility programs.

Another element of Massachusetts' proposed Solar for All program that SEBANE is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

SEBANE plans to support these initiatives by hosting themed working groups, creating and delivering training programs and collaborating with other solar stakeholders. Given our industry focus and local membership base, we are well placed to play a key role in some of these initiatives.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and SEBANE would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Mark Sylvia
President
msylvia@bluewave.energy



One Armory Square
Suite 1 • PO Box 9000
Springfield, MA 01102-9000
(413) 781-7822 • www.stcc.edu

September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Springfield Technical Community College (STCC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

STCC, the Commonwealth's only technical community college, continues the pioneering legacy of the Springfield Armory with comprehensive and technical education in manufacturing, STEM, healthcare, business, social services, and the liberal arts. STCC's highly regarded workforce, certificate, degree,
and transfer programs are the most affordable in Springfield and provide unequaled opportunity for the vitality of Western Massachusetts. Notably, we have a thriving HVAC/Energy Systems program that is a prominent point of reference for all-things solar.  Founded in 1967, the college – a federally designated Hispanic Serving Institution (HSI) – seeks to close achievement gaps among students who are historically underrepresented in STEM fields.  With a recently launched strategic plan (Momentum: 2023-2028), we have as a strategic goal the priority to elevate our technical mission.

An element of Massachusetts' proposed Solar for All program that STCC is particularly proud to support is the Equitable Access and Meaningful Involvement Plan:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and



One Armory Square
Suite 1 • PO Box 9000
Springfield, MA 01102-9000
(413) 781-7822 • www.stcc.edu

- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

At STCC, we work tirelessly toward racially equitable outcomes by ensuring access to opportunities, removing barriers to success, and committing to antiracism. We embrace our identity as a Hispanic Serving Institution and are intentional in our efforts to best support Students of Color and Students from all marginalized identity groups. Our student body is majority of color, with over 30% Latino/Latina/Latinx, 14% African American/Black, and an additional percentage of students multiracial.

STCC's faculty, staff, and administration will support this experience by:

- encouraging students' feelings of connectedness, confidence, and agency in the learning process.
- building practices, processes, and procedures that lead to equitable student outcomes, while committing to address student need.
- engaging in student-centered work that guides and empowers students to transform their lives through education.

Workforce Development is a pillar of the Commonwealth of Massachusetts' Solar For All proposal which intends to include funding and initiatives to facilitate the recruitment, training, placement and retention of Massachusetts residents, inclusive of disadvantaged communities into clean energy roles that support the deployment of solar projects facilitated through Solar For All, and broadly across the Commonwealth. A workforce development pillar is a critical component to support the expansion of the solar industry needed to meet the Commonwealth's decarbonization goals, while also ensuring that these well-paying jobs are accessible to all residents. If awarded funding and the Commonwealth conducts a competitive request for proposals, STCC is interested in applying for the funding opportunity to develop a certificate program, and provide workforce development training and wrap-around services for solar installation in the region.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Springfield Technical Community College would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

John B. Cook, Ph.D.
President



September 8th 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Sun Group Energy Consultants, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Sun Group Energy Consultants is a Massachusetts based Certified Minority Business Enterprise with a focus on expanding solar access to underserved communities. We specialize in solar education for low- to moderate-income, English-isolated, racially and ethnically minoritized groups. We help facilitate the transition to solar where possible. Our solar eduction initiatives have reached over 1000 Massachusetts families and helped 150+ families make the switch to solar, 73% or whom are members of priority groups. Massachusetts has repeatedly demonstrated its commitments to scaling renewable energy adoption in the state and I have seen the difference that these programs make in incentivizing the transition to solar. Specifically, net metering combined with programs like SRECs, SMART and Mass Save have created an enabling environment that make it feasible for our clients to transition.

An element of Massachusetts' proposed Solar for All program that Sun Group Energy Consultants is particularly proud to support is the Equitable Access and Meaningful Improvement Plan, which would:

- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households;
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar For All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

Historically low-income and disadvantaged households have been locked out of solar due to low marketing and outreach, leading to low visual spatial representation and lack of trust which leads to low adoption rates, perpetuating the cycle. We believe that breaking that cycle begins with equitable access to critical information, enabling the community to make informed decisions about solar. During the last year, we have been building a

digital platform that would automate solar proposal generation with minimal user inputs and empower community members to independently navigate the process of going solar transparently. This technology is enabled by a grant which we received from MassCEC and supported by an ecosystem of an underrepresented partner community and community-based organizations. I believe that initiatives, such as this, make a sizable contribution to expanding solar access at scale and I believe that the Commonwealth of Massachusetts is an invaluable driver of such initiatives.

Another element of Massachusetts' proposed Solar for All program that Sun Group Energy Consultants is particularly proud to support is the Meaningful Benefits Plan, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Increase low-income and disadvantaged households' access to solar through financing products; and
- Facilitate asset ownership opportunities for low-income households;

To this end, I have also seen the role of the Commonwealth in deploying solutions such as interest rate buy-down on solar, electrification and weatherization loans as well as the SMART program. These programs have helped to drive down the cost of solar and increased the return on investment in ways that have enabled Massachusetts residents to adopt solar more readily.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Sun Group Energy Consultants would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,


*Uzonna Mkparu*
*Sun Group Energy Consultants*
*Uzonna@sungroupenergy.org; (917)327-1584*



September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Syncarpha Capital, LLC, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Syncarpha is an experienced, privately funded, developer, owner and operator of commercial scale solar facilities primarily in the northeast but with a presence throughout the United States. Syncarpha has developed, constructed, financed, and currently owns and operates close to 200 MW of solar projects across the country. The team has over 300 megawatts in construction or under development nationwide. Syncarpha's previous experience with community solar includes owning, operating, and managing systems through our community solar brand, Solar Gardens by Syncarpha. Syncarpha has a total of 15 community solar projects that are either in development or in operation in Massachusetts. 4 projects were part of the SREC II Program and 11 projects part of the current SMART Program.

Many of these projects have or will be expanding access to solar for many customers in Massachusetts through the Solar Massachusetts Renewable Target Program (SMART), which is the Commonwealth's statewide solar incentive program that encourages long-term sustainable solar growth through incentives for community solar projects. Community Solar is a model that allows developers to deliver solar to customers in a more meaningful and impactful way by letting customers own a portion of an off-grid solar project as a subscriber credit for any excess generation for their subscribed portion of the system. This model promotes ownership, access, and savings to opportunities to electricity customers.

While we support the current SMART program, we understand there is more work that needs to be done in order to reach the most vulnerable populations and provide community solar access to low-income customers throughout Massachusetts. The current proposal from the Department of Energy Resources (DOER) on Phase II of SMART Tariff Revisions would allow for electricity or bill credits to be allocated through a municipal load aggregation program, more specifically, through a Low-Income Community Shared Solar Program (LICSS), which provides municipalities the optionality to opt-in to receive energy and bill credits from qualifying community solar project under the SMART program. LICSS would provide adder incentives to developers which

would translate into millions of dollars in savings annually for customers. On top of providing incentives/savings to developers and customers, LICSS would reduce customer on-boarding processes and prevent inflated administrative costs by implementing a "simplified" billing structure between host municipalities. The approval of LICSS has been delayed mainly due to it being batched with the broader Phase II review of the SMART Program, currently under review.

An element of Massachusetts' proposed Solar for All program that Syncarpha Capital is particularly proud to support is the Meaningful Benefits, which would:

- Deliver a minimum 20% of household savings to program beneficiaries;
- Facilitate asset ownership opportunities for low-income households; and
- Invest in quality jobs and businesses in line with the Biden Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022).*

With Solar for All funding, Massachusetts would be able to further support programs like the Low-Income Community Shared Solar Program through the SMART program. The LICSS Municipal Aggregation program is expected to offer an estimated 35% in energy savings to low-income households which would surpass the 20% minimum under the plan, as well as, offer an opportunity for electricity customers to own a portion of a solar system and provide access to a more diverse population of customers, specifically renters or electricity customers that cannot install a physical system on their property. Lastly, the additional funding provided to programs like LICSS would help spur more development of qualified LICSS projects and invest in the Massachusetts job economy through both part time and full-time jobs.

Another element of Massachusetts' proposed Solar for All Program that Syncarpha Capital is particularly proud to support is the Equitable Access and Meaningful Involvement Plan, which would:

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar for All program endeavors to serve

Our current pipeline of projects in the SMART are all community solar projects which would ensure a diverse range of customers can participate in the solar transition through ownership, access, and savings. Under future Guidelines for Municipal Aggregation, Developers and Municipalities will work together to identify Low Income customers. At Syncarpha we make this a priority through our community solar management platform, Solar Gardens by Syncarpha that handles both marketing our projects to a diverse customer base and promotes community engagement. Lastly, the Solar for All funding would help the state distribute grants and programs that will help identify more customers in low income and disadvantaged communities and provide developers like Syncarpha the right tools and resources to extend solar access to a more diverse electricity customer base.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and Syncarpha Capital would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Chris Savastano*

Chris Savastano, Chief Development Officer
Syncarpha Capital, LLC
Email: chris.savastano@syncarpha.com



September 28, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of The Neighborhood Developers, I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC).  TND is a community development corporation based in Chelsea that builds and manages affordable housing in the adjoining immigrant gateway cities of Chelsea, Revere, and Everett.  Our mission is to create strong neighborhoods enabling community members to secure a stable home, achieve economic mobility, and determine their own future.  We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

We are a Solar Technical Assistance Retrofit (STAR) program participant, which is a MassCEC-funded program co-led by Local Initiatives Support Corporation (LISC) Boston, the Massachusetts Association of Community Development Corporations (MACDC), and Resonant Energy. The STAR program has helped us identify technical and financing solutions to convert a large proportion of our affordable housing portfolio's common area electric costs to solar energy.

Despite these successes, solar conversion remains prohibitively expensive or administratively blocked for many projects, while those that are able to make the switch lack the capital for more ambitious programs that would enhance savings and promote further expansion for affordable housing providers and residents.  Massachusetts' proposed Solar for All program would help bridge the gap for affordable housing organizations such as ours to share in the benefits of solar more fully, and for our residents and other community members to benefit directly from sustainable infrastructure.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and The Neighborhood Developers would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program.  We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities.  Please feel free to contact me if you have any questions or need additional information. I can be reached at rmares@tndinc.org.

Sincerely,

Rafael Mares, Executive Director



Mr. Michaell S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 110A
1200 Pennsylvania Avenue N.W.
Washington D.C 20004

Re: Support of Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan,

On behalf of the Town of Barnstable I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center ( Mass CEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

The Town of Barnstable is a coastal community and is keenly aware of the need to expand access to renewables. We are also a community that is committed to inclusion. Twenty languages are spoken in our high school and parents bring their students from all over the cape because of its strong commitment to celebrating this diversity. This is a cultural competence that will help ensure that the MA DOER Solar for All program benefits everyone.

Barnstable can also provide MA DOER with local and regional capacity. We have recently added staff that is exclusively dedicated to climate change and the renewable energy transition. These dedicated resources will help MA DOER roll out solar projects and reach disadvantaged households not only within our municipality, but through our connections with other towns and the Cape Light Compact we can push benefits regionwide. To date the Town of Barnstable has facilitated nearly 10 MW of solar expansion and through MA DOER we hope to do more.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Town of Barnstable would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.


Sincerely,

*Sean Hogan*

Sean Hogan
Environmental Sustainability Manager
Town of Barnstable

# UMass Amherst

**ag.umass.edu/clean-energy**

*The Clean Energy Extension is an Affiliate of the UMass Amherst Center for Agriculture, Food and the Environment*

## Clean Energy Extension

209 Agricultural Engineering Building • University of Massachusetts • 250 Natural Resources Way • Amherst, MA 01003 • p: 413.545.8510

September 8, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' *Solar for All* Application**

Dear Administrator Regan:

On behalf of University of Massachusetts Clean Energy Extension (CEE), I am writing to express our support for the Commonwealth of Massachusetts' *Solar for All* grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious *Solar for All* program.

The Clean Energy Extension (CEE) was established in 2015 with MA DOER support and our broad mission is to help the Commonwealth meet its clean energy and climate commitments. As an extension program, we provide information, technical assistance, and applied research to help reduce market barriers and support under-resourced municipalities, non-profits, and community organizations in achieving clean energy adoption and benefits. With support from NREL, we have developed a *Community Planning for Solar Toolkit* which we now deploy with municipalities to proactively plan for solar development. We have done extensive work to demonstrate the substantial economic benefits of local solar ownership and are working with our rural and minority communities and economic development organizations to demonstrate and evaluate local ownership business models and market activities. In coordination with our local state legislative delegation, we have organized and are delivering a four-part virtual *Western Massachusetts Solar Forum* to elevate our region's understanding of solar siting and equity issues and opportunities. We are currently working with a community coalition in Lawrence, MA under a contract with NREL to support community share solar development and direct solar economic benefits to the minority and low-income population that dominates the city. Our program works closely with MA DOER's SMART program, providing review of predetermination applications for projects seeking qualification as dual-use (or agrivoltaics) solar projects, and in the implementation of the Pollinator Friendly PV Certification program which receives a SMART incentive adder. We are leading a substantial U.S. DOE project researching the agricultural and economic impacts of agrivoltaics projects in Massachusetts.

An element of Massachusetts' proposed *Solar for All* program that CEE is particularly proud to support is the Meaningful Benefits Plan which would:

- Deliver a minimum 20% of household savings to program beneficiaries;

- Increase low-income and disadvantaged households' access to solar through financing products;

- Facilitate asset ownership opportunities for low-income households;

CEE will support to these efforts by expanding the outreach and implementation of our solar planning toolkit through the state, and by furthering our network of local solar developers, cooperatives, community economic development corporations, and local lending institutions to utilize *Solar for All* funding to support emerging business models for local ownership and residential and community shared solar access to our rural and minority low-income communities.

Another element of Massachusetts' proposed *Solar for All* program that CEE is particularly proud to support is the Equitable Access and Meaningful Involvement Plan which would:

- Ensure equitable access to the *Solar for All* program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing and direct community engagement;

- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and

- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' *Solar for All* program endeavors to serve; and

- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

CEE will support these efforts by preparing information sheets and offering regional webinars to promote *Solar for All* programs targeted to our eligible communities. We will particularly be helpful to the Commonwealth in disseminating information and networking in the rural portions of western Massachusetts where CEE is a particularly trusted and recognized entity. We will partner with research units on campus to help the state evaluate market barriers, policy gaps, and the economic impacts of *Solar for All*.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and the Clean Energy Extension would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious *Solar for All* program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Dwayne S. Breger, Ph.D.
Director, Clean Energy Extension
Extension Professor, Environmental Conservation

UMassAmherst | Clean Energy Extension

**Union of Concerned Scientists**

ucsusa.org Two Brattle Square, Cambridge, MA 02138-3780  t 617.547.5552  f 617.864.9405
1825 K Street NW, Suite 800, Washington, DC 20006-1232  t 202.223.6133  f 202.223.6162
500 12th Street, Suite 340, Oakland, CA 94607-4087  t 510.843.1872  f 510.843.3785
One North LaSalle Street, Suite 1904, Chicago, IL 60602-4064  t 312.578.1750  f 312.578.1751

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

Re: Support for the Commonwealth of Massachusetts' Solar for All Application

Dear Administrator Regan:

I write today on behalf of the Union of Concerned Scientists, a Massachusetts-based national non-profit organization that puts science into action to build a healthier planet, a safer world, and a more equitable society. Working with our thousands of supporters in Massachusetts and our half-million supporters across the country, we advance equitable science-based solutions to some of the world's most pressing problems, including on climate and clean energy.

I appreciate the chance to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' crucial Solar for All program.

UCS has actively engaged in providing technical expertise to advance policies to decarbonize the electricity sector in Massachusetts for many years. That work has included, for example, analyses on the risks of Massachusetts' and other states' overreliance on natural gas (2015), on the feasibility of procuring ambitious levels of clean energy with a focus on offshore wind (2016), and more recently—in partnership with Massachusetts environmental justice group GreenRoots—on the benefits of equitably transitioning the state to 100% clean energy (2022). In terms of the potential role of rooftop solar for underserved communities, UCS and GreenRoots conducted an analysis in 2019 centered on the technical potential of rooftop solar paired with energy storage to benefit the residents of East Boston, including recommendations on how to overcome barriers for solar. As the Solar for All program gets launched, UCS could support the deployment of technical assistance by

leveraging data to assist low-income and disadvantaged communities in maximizing the effectiveness of funding for projects that are a priority for them.

In addition to UCS's technical expertise, we also have multiple channels of communication with our supporters and general audience via bilingual (English and Spanish) blogposts, podcasts, presence on social media and participation in public spaces at the intersection of energy and equity. All of these could be important platforms for sharing general educational and outreach about the Solar for All program in Massachusetts to advance equitable access and meaningful involvement.

We very much appreciate your attention to the Commonwealth of Massachusetts' application to the Solar for All program, and to the important opportunity that it represents to help historically underserved communities, and advance a truly just clean energy transition. The Union of Concerned Scientists would be proud to support the implementation of Massachusetts' ambitious Solar for All program, helping the state advance our nation's transition to an equitable clean energy future.

We believe the experience of MA DOER and MassCEC in deploying technical assistance and incentivizing funding for solar technology coupled with meaningful engagement of historically overlooked communities will successfully deliver meaningful benefits to those most in need and the state at large.  Please feel free to contact me if you have any questions or need additional information.


Sincerely,


Paula García
Union of Concerned Scientists
pgarcia@ucsusa.org

**VBCDC**

Veterans Benefits Clearinghouse Development Corporation

September 20, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Veterans Benefits Clearinghouse Development Corporation (VBCDC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

VBCDC has been providing housing to veterans, seniors, adults, and children for the past 43 years. The corporation owns over 450 units of needed affordable housing. LISC has provided funding to VBCDC to purchase high efficient heating systems for its properties. We are currently working with Resonant Energy to install solar panels to provide additional solar heat to reduce heating cost.

We are a Solar Technical Assistance Retrofit (STAR) program participant, which is a MassCEC-funded program co-led by Local Initiatives Support Corporation (LISC) Boston, the Massachusetts Association of Community Development Corporations (MACDC), and Resonant Energy. The STAR program has helped us identify technical and financing solutions to go solar across our affordable housing portfolio. We are particularly interested in supporting Massachusetts' proposed Solar for All program as it would provide additional opportunities for affordable housing organizations such as ours to access the benefits of solar. Additionally, we are interested in the opportunity to have affordable housing residents and other community members directly benefit from the Solar for All program.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and VBCDC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar for All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

Harold Raymond
VBCDC President

495 Blue Hill Avenue, Dorchester, MA 02121
617-445-8262 (Tel) and 617-445-8266 (Fax)

October 3, 2023

Mr. Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

**Re: Support for the Commonwealth of Massachusetts' Solar for All Application**

Dear Administrator Regan:

On behalf of Worcester Community Action Council (WCAC), I am writing to express our support for the Commonwealth of Massachusetts' Solar for All grant application, which is being led by the Massachusetts Department of Energy Resources (MA DOER) and the Massachusetts Clean Energy Center (MassCEC). We are committed to supporting MA DOER and MassCEC in their efforts to ensure that low-income and disadvantaged communities equitably benefit from Massachusetts' ambitious Solar for All program.

Founded in 1965 as part of the War on Poverty, Worcester Community Action Council was created to address disparities caused by root causes issues of systemic racisms and income inequality. Our values of advancing equitable access, elevating all voices, and partnering with people are embedded in the role we play as the federally designated anti-poverty agency for Central and South-Central Massachusetts. WCAC embodies service to the community through our Mission: Helping people move to economic self-sufficiency through programs, partnerships, and advocacy.

Specifically, our agency's heating assistance and energy efficiency programs provide a complementary approach to reduce energy burden of income eligible households by providing payment assistance and increasing energy efficiency while ensuring client's health and safety. Through our existing programs and staff expertise, WCAC can directly support project deployment and equitable access through our work to facilitate adoption through client referrals and expand education among our client base through our current efforts to:

- Provide clients with on-bill payment assistance for heating and access to utility discount rates.
- Provide complete weatherization services including insulation, air sealing and health and safety measures to homeowners and tenants that can prepare them best for solar readiness.
- Provide heating system repair and replacement to eligible households, prioritizing emergency "no-heat" situations.
- Provide instant energy savings by replacing incandescent lightbulbs with LEDs and inefficient appliances with newer models to maximize efficiency and electricity usage.
- Provide emergency payment assistance, appropriate referrals to arrearage management programs, energy efficiency programs, solar programs, and other wrap around resources which will assist households reduce their energy burdens.

An element of Massachusetts' proposed Solar for All program that WCAC is particularly proud to support is the Project Deployment Technical Assistance, which would:

- Support solar developers, contractors, and affordable housing developers to develop pipelines of solar projects.
- Invest in workforce and entrepreneurship opportunities in low-income and disadvantaged communities.
- Engage cities and utilities to leverage municipal and utility data to help identify properties that would benefit most from solar PV or solar PV plus an "enabling" upgrade like a roof or HVAC replacement.
- Ensure equitable access to the Solar for All program for all eligible low-income households across the Commonwealth of Massachusetts through education, outreach, marketing, and direct community engagement.
- Ensure a wide range of diverse of communities will be served, while prioritizing low-income and the most disadvantaged households; and
- Ensure outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities Massachusetts' Solar for All program endeavors to serve; and
- Ensure, during the one-year planning period and the five-year implementation of the award, that low-income and disadvantaged communities are directly involved in program design and operations through formal structures including participatory governance.

WCAC is additionally happy to support the Equitable Access and Meaningful Involvement Plan by building on our work to:

- Provide energy efficiency and include solar awareness education and tools to households, empowering them to reduce their electricity demand and optimize use of clean technology.

For decades, the Commonwealth of Massachusetts has been at the vanguard of our nation's transition to a clean energy future and WCAC would be proud to play a critical role in supporting the implementation of Massachusetts' ambitious Solar For All program. We believe the MA DOER and MassCEC have demonstrated experience deploying technical assistance and incentive funding for solar technology and collectively will be able to successfully deliver meaningful benefits to underserved communities. Please feel free to contact me if you have any questions or need additional information.

Sincerely,

*Marybeth Campbell, CEO*
*Worcester Community Action Council*
*mcampbell@wcac.net or 508-754-1176 ext 120*



**Board of Commissioners**

**Joseph P. Carlson**
Chairman

**Joseph M. Capone**
Vice-Chairman

**Jose Ramos**
Treasurer

**William J. Eddy**
Member

**Rané Bracey-Westbrook**
Member

**Alex Corrales**
Chief Executive Officer

September 27, 2023

Solar for All Grant Committee
U.S. Environmental Protection Agency
Office of the Greenhouse Gas Reduction Fund
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460

Submitted via: Kelsey Read (KRead@MassCEC.com)Massachusetts
Clean Energy Center Submission: Massachusetts Solar for All Submission

Dear Grant Review Committee:

On behalf of the Worcester Housing Authority (WHA), we are submitting this letter to enthusiastically support EPA's Solar for All Program. WHA is a 3000 public housing unit and 4200 voucher agency in Central Massachusetts. We see the Solar for All Program as a way to develop solar opportunities to benefit our low-income residents by reducing their energy burden while increasing their comfort in their units. WHA shares your commitment to reduce Greenhouse Gas Emissions (GHG) and we look forward to using this program as an important part of our de-carbonization efforts.

We are also excited to utilize the Solar for All Program with other federal programs coming out of the Inflation Reduction Act (IRA) including Section 179D of the US Tax Code, Investment Tax Credits (ITC) and the DOE Electrification program, which we believe could result in project cost reductions exceeding 50%. We also feel that we might be able to capitalize the savings stream from solar rate reductions and other energy efficiency investments, made easier with additional IRA incentives, to design and install additional energy conservation measures, including windows, storm doors, and resilience measures. We believe that these savings streams can generate $10,000 per unit for such investments.

We believe that Public Housing Authorities (PHAs) are uniquely positioned to utilize this program. In Massachusetts alone, PHAs administer thousands of public housing and state subsidized units, and an equal amount of Housing Choice Vouchers. PHA residents are also a very deserving set of stakeholders, who we believe that can be enrolled in large numbers without undue effort.

Our plan is to work closely with the Massachusetts Clean Energy Center and with our colleague agency the Boston Housing Authority who will be aggregating many Massachusetts PHA proposed solar projects to submit to EPA for funding. We intend to submit an application to the program along with our Statewide PHA colleagues and we look forward to your favorable review and approval of our proposal.

Sincerely,

Alex Corrales
Chief Executive Officer

# EXHIBIT 2

5H - 84090201 - 0    Page 1

| | | |
|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Grant Agreement | **GRANT NUMBER (FAIN):** 84090201 **MODIFICATION NUMBER:** 0 **PROGRAM CODE:** 5H | **DATE OF AWARD** 07/08/2024 |
| | **TYPE OF ACTION** New | **MAILING DATE** 07/11/2024 |
| | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| **RECIPIENT TYPE:** State | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES 100 Cambridge Street, FL 9 Boston, MA 02114-2533 EIN: 04-6002284 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES 100 Cambridge Street, 9th Floor Boston, MA 02114-2533 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Samantha Meserve 100 CAMBRIDGE ST. 9th Floor BOSTON, MA 02114-2509 **Email:** samantha.meserve@mass.gov **Phone:** 617-823-2214 | Kelley Moore 290 Broadway New York, NY 10007, WD/DWMIB **Email:** Moore.Kelley@epa.gov **Phone:** 212-637-3265 | Shana Etheridge 1200 Pennsylvania Ave NW 3903R Washington, DC 20460 **Email:** Etheridge.Shana@epa.gov **Phone:** 202-564-9777 |

**PROJECT TITLE AND DESCRIPTION**

Massachusetts Solar for All "Note: A Special payment condition applies to this award."

See Attachment 1 for project description.

| **BUDGET PERIOD** 09/01/2024 - 08/31/2029 | **PROJECT PERIOD** 09/01/2024 - 08/31/2029 | **TOTAL BUDGET PERIOD COST** $ 0.00 | **TOTAL PROJECT PERIOD COST** $ 0.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 10/11/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 156,120,000.00. EPA agrees to cost-share 0.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 156,120,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| Environmental Protection Agency, Grants and Interagency Agreement Management Division 1200 Pennsylvania Ave, NW Mail code 3903R Washington, DC 20460 | Environmental Protection Agency, Office of the Greenhouse Gas Reduction Fund OA - Office of the Administrator 1200 Pennsylvania Ave, NW Mail code 3903R Washington, DC 20460 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Keva R. Lloyd - Acting Chief, Grants Management Branch | **DATE** 07/08/2024 |

5H - 84090201 - 0     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 155,720,000 | $ 155,720,000 |
| EPA In-Kind Amount | $ 0 | $ 400,000 | $ 400,000 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 156,120,000 | $ 156,120,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.959 - Zero-Emissions Technology Grant Program | National Environmental Policy Act: Sec. 102(2)(I)<br><br>Clean Air Act: Sec. 134(a)(1)<br><br>2023 Consolidated Appropriations Act (PL 117-328) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 2411U41018 | 2224 | E1SF3 | QU | 000MGBXG2 | 4129 | - | - | $ 155,720,000 |
| | | | | | | | | | $ 155,720,000 |

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 0 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 0 |
| 7. Construction | $ 0 |
| 8. Other | $ 0 |
| 9. Total Direct Charges | $ 0 |
| 10. Indirect Costs: 0.00 % Base | $ 0 |
| 11. Total (Share: Recipient ___0.00 % Federal ___0.00 %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 156,120,000 |
| 15. Total EPA Amount Awarded To Date | $ 156,120,000 |

## Attachment 1 - Project Description

Note: A special payment condition applies to this award.

This agreement provides funding under the Inflation Reduction Act. The recipient will provide financial and technical assistance to low-income and disadvantaged communities to deploy and benefit from residential-serving distributed solar energy and storage projects. These programs will ensure low-income households receive residential distributed solar by providing program beneficiaries household savings, community ownership, energy resilience, and other meaningful benefits.

Solar projects receiving financial assistance from the recipient may receive assistance for associated energy storage and upgrades that either enable project deployment or maximize the benefits of the project for low-income and disadvantaged communities. The recipient will also provide project-deployment services to enable low-income and disadvantaged communities to deploy and benefit from residential solar.The anticipated deliverables will include steps and milestones to implement the strategies and plans for the Solar for All Program, a distribute solar market strategy, the financial assistance strategy, the project-deployment technical assistance strategy, and an equitable access and meaningful involvement plan.

The expected outcomes include climate and air pollution benefits, equity and community benefits, and market transformation benefits. The intended beneficiaries include households in low-income and disadvantaged communities.

No subawards are included in this assistance agreement.

# Administrative Conditions

## A. General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later. These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award. The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## B. Correspondence Condition (updated 06/21/24)

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

Federal Financial Reports (SF-425): rtpfc-grants@epa.gov and EPA Grants Specialist.

MBE/WBE reports (EPA Form 5700-52A): DBE Coordinator, OMS-OGD-MBE_WBE@epa.gov and EPA Grants Specialist.

All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: EPA Project Officer and EPA Grants Specialist

Payment requests (if applicable): EPA Project Officer

Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: EPA Project Officer

## C. Intergovernmental Review Period

In accordance with 40 CFR Part 29, EPA must allow for an intergovernmental review comment period when a recipient or subrecipient intends to provide financial assistance to a project that involves construction or land use planning. With the exception of projects that will be carried out in the State of California, the recipient must ensure that directly affected State, areawide, regional, and local government entities have 60 calendar days to review the description of the project contained in the application for funding for the project and provide comments to the EPA Project Officer. Applications for funding for projects that will be carried out in the State of California must be submitted to the California Single Point of Contact at https://cfda.opr.ca.gov for review as provided in California law.

The recipient agrees to comply with the provisions of 40 CFR Part 29, implementing the Demonstration Cities, Metropolitan Development Act, the Intergovernmental Cooperation Act, and Executive Order 12372 as amended in 1983, to ensure that projects funded under federal programs are consistent with local planning requirements.

## D. Pre-Award Costs

As provided in 2 CFR 200.458, recipients are authorized to incur pre-award costs, which are costs that would have been allowable if incurred after the date of the Federal award. For competitive grants, EPA interprets the requirement in the regulation that pre-award costs be incurred "directly pursuant to the negotiation and in anticipation of the Federal award" to limit allowable pre-award costs to those a recipient incurs after EPA has notified the recipient that its application has been selected for award consideration and the start date of the Project Period as provided on the Notice of Award. The pre-award costs must have been included in the recipient's application to be allowable. As provided in 2 CFR 1500.9, recipients incur pre-award cost at their own risk. Please refer to *Section I.C: Pre-Award Costs* of the Interim General Budget Development Guidance for Applicants and Recipients of EPA Financial Assistance for additional information.

## E. Pre-Award Administrative Capability

***The following term and condition on pre-award administrative capability applies if the recipient is an Eligible Nonprofit Recipient as defined in the Eligible Recipient definition and if the recipient is both a Tribal government as defined in the Eligible Recipient definition and denoted as a not for profit on the Notice of Award:***

The recipient's pre-award certification review has not been completed. EPA's policy for awarding financial assistance in excess of $200,000 to non-profit organizations requires an Administrative Capability Assessment review of the recipient's administrative and financial management systems to be completed prior to the recipient drawing down any EPA funds per EPA Order 5700.8. Because EPA has not yet completed the review, the recipient is precluded from drawing down funds under this assistance agreement until EPA provides written confirmation of the completion of the assessment with satisfactory results. Please note, any costs incurred prior to EPA approval are at the recipient's own risk. If the recipient fails to respond or is unable to satisfactorily address all identified deficiencies within 90 calendar days of the award date of this assistance agreement or within any extension of time granted by EPA, the agreement may be terminated. Noncompliance with this term and condition may result in adverse action by EPA per 2 CFR 200.339.

## F. New Recipient Training Requirement

The recipient agrees to complete the EPA Grants Management Training for Applicants and Recipients and the How to Develop a Budget training within 90 calendar days of the date of award of this agreement. The recipient must notify the Grant Specialist via email when the required training is complete. For additional information on this training requirement, the recipient should refer to RAIN-2024-G01.

# Programmatic Conditions

Greenhouse Gas Reduction Fund (GGRF): Solar for ALL (SFA) Programmatic Terms and Conditions

## I. Programmatic Terms and Conditions

## A. Performance Reporting

In accordance with 2 CFR 200.329 and 2 CFR 200.337, the recipient agrees to the following two requirements of performance reporting: (1) performance reports and (2) transaction-level and project-level data. The recipient agrees to ensure that these reports cover its own expenditures as well as the expenditures of its subrecipients, contractors, and program beneficiaries in implementing the recipient's EPA-approved Solar for All Workplan under the federal award. The recipient agrees that EPA may amend the award agreement to reflect information collection instruments authorized by GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW), once such instruments are authorized.

The recipient acknowledges that knowingly and willfully making a false statement may be subject to criminal prosecution under 18 U.S.C. 1001 and/or other civil and administrative sanctions.

EPA intends to make the performance reporting information available to the public, either in whole or in part, through disclosing copies of the reports as submitted or using the content of the reports to prepare EPA reporting documents. Pursuant to 2 CFR 200.338, the recipient agrees to redact personally identifiable information (PII) and mark confidential business information (CBI) accordingly. Information claimed as CBI will be disclosed only to the extent, and by means of the procedures, set forth in 40 CFR Part 2, Subpart B. As provided at 40 CFR 2.203(b), if no claim of confidential treatment accompanies the information when it is received by EPA, it may be made available to the public by EPA without further notice to the recipient.

The EPA Project Officer may extend the due date for performance reporting requirements to the extent authorized by 2 CFR 200.329 and 2 CFR 200.344. On a case-by-case basis, the EPA Project Officer may waive or modify performance reporting requirements to the extent authorized by 2 CFR 200.329 and 2 CFR 200.344.

***The following additional term and condition applicable to performance reporting applies if the recipient is an Eligible Nonprofit Recipient as defined in the Eligible Recipient definition:***

The recipient agrees to have its chief executive officer (or equivalent) and chief reporting officer (or equivalent) review, sign, and submit reporting electronically to the EPA Project Officer. To the extent that the reporting is not compliant with the terms and conditions, or demonstrates noncompliance with the terms and conditions, the chief executive officer (or equivalent) and chief reporting officer (or equivalent) must note such noncompliance to the EPA Project Officer alongside the submission.

## 1. Performance Reports

### *Semi-Annual Report*

The recipient agrees to submit semi-annual reports (including but not limited to performance metrics) that are in accordance with information collection instruments approved through GGRF Accomplishment

Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW).

The recipient agrees to submit semi-annual performance reports electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The recipient may submit a request to their Project Officer for an extension to 60 days after the end of the reporting period to submit reports. A request may be made once, and it must include 1) an explanation of recipient's unique circumstance as to why they need the extension; 2) the length of the extension; and 3) the duration of the extension.

The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. If the period of performance begins prior to July 1, 2024, then the first semi-annual reporting period shall cover the first day of the period of performance through December 31, 2024.

The semi-annual performance report should cover activities from the preceding two quarters. For the semi-annual reporting period that ends December 31, recipients will provide information on activities conducted from April 1 to September 30 rather than from July 1 to December 31. For the semi-annual reporting period that ends June 30, recipients will provide information on activities conducted from October 1 to March 31 rather than from January 1 to June 30.

### _Final Report_

The recipient agrees to submit a final report in a format conducive for immediate public consumption. The final report must contain detailed narratives describing program performance for the entire period of performance, representing an overall assessment of the recipient's implementation of its EPA-approved Solar for All Workplan, supported with qualitative discussions and quantitative metrics. Additionally, the recipient should detail its program strategy and plans for performance reporting under the Closeout Agreement. The recipient must include the following broad, non-exhaustive elements in its annual reports:

Progress towards objectives on key performance metrics over the entire period of performance,

Summary of key activities completed in the entire period of performance, including case studies across different types of financial assistance and project-deployment technical assistance undertaken to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies,

Geographic coverage of financial assistance and project-deployment technical assistance deployed in the entire period of performance,

Descriptions and examples of actions the program took over the entire period of performance to meaningfully involve the communities the program serves in program design and operations,

Plans for key activities (including current transaction pipeline) to be completed as well as outputs and outcomes to be achieved under the Closeout Agreement.

These reports must be submitted ready to be published on the EPA website for public consumption and must not include any material that the recipient considers to be Confidential Business Information (CBI) or Personal Identifiable Information (PII). All reports will undergo an EPA review process to verify that there is no PII or CBI claims in publishable reports. Reports submitting with CBI claims will not comply with this requirement and may result in remedial action by EPA. Should EPA identify PII in reports, the

EPA Project Officer will require that the recipient re-submit the report without the PII so that it can be published without redaction.

The recipient agrees to submit **the final performance report electronically to** the EPA Project Officer no later than 120 calendar days after the end date of the period of performance.

## 2. Transaction-Level and Project-Level Data

The recipient agrees to submit semi-annual transaction-level and project-level data in accordance with information collection instruments approved through GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW).

The recipient agrees to submit the transaction-level and project-level data electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The recipient may submit a request to their Project Officer for an extension to 60 days after the end of the reporting period to submit reports. A request may be made once, and it must include 1) an explanation of recipient's unique circumstance as to why they need the extension; 2) the length of the extension; and 3) the duration of the extension.

The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. If the period of performance begins prior to July 1, 2024, then the first semi-annual reporting period shall cover the first day of the period of performance through December 31, 2024.

The semi-annual transaction-level and project-level reports should cover transactions originated in the preceding two quarters. For the semi-annual reporting period that ends December 31, recipients will provide information on transactions originated from April 1 to September 30 rather than from July 1 to December 31. For the semi-annual reporting period that ends June 30, recipients will provide information on transactions originated from October 1 to March 31 rather than from January 1 to June 30.

## B. Cybersecurity Condition

***The following terms and conditions applicable to cybersecurity apply if the recipient is a State as defined in the Eligible Recipient definition***:

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into

systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

***The following terms and conditions applicable to cybersecurity apply if the recipient is a Tribal Government as defined in the Eligible Recipient definition so long as the recipient is not identified as a not for profit on the Notice of Award:***

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable Tribal law and policy cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

***The following terms and conditions applicable to cybersecurity apply if the recipient is a Municipality or Eligible Nonprofit Recipient as defined in the Eligible Recipient definition and if the recipient is both a Tribal government as defined in the Eligible Recipient definition and denoted as a not for profit in the Notice of Award:***

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## C. Competency Policy

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements, the recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, the recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. The recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## D. Signage Required

### 1. Signage Requirements

a. Investing in America Emblem: The recipient will ensure that a sign is placed at construction sites supported in whole or in part by this award displaying the official Investing in America emblem and must identify the project as a "project funded by President Biden's Inflation Reduction Act," where the financial assistance used to fund the construction project exceeds $250,000. The recipient will also make optional

signage available for projects where the construction is less than $250,000. The sign must be placed at construction sites in an easily visible location that can be directly linked to the work taking place and must be maintained in good condition throughout the construction period. The recipient will ensure compliance with the guidelines and design specifications provided by EPA for using the official Investing in America emblem available at: https://www.epa.gov/invest/investing-america-signage.

b. Procuring Signs: Consistent with section 6002 of RCRA, 42 USC 6962, and 2 CFR 200.323, the recipient is encouraged to use recycled or recovered materials when procuring signs. Signage costs are considered an allowable cost under this assistance agreement provided that the costs associated with signage are reasonable. Additionally, to increase public awareness of projects serving communities where English is not the predominant language, the recipient is encouraged to translate the language on signs (excluding the official Investing in America emblem or EPA logo or seal) into the appropriate non-English language(s). The costs of such translation are allowable, provided the costs are reasonable.

## 2. Public or Media Events

The recipient agrees to notify the EPA Project Officer of public or media events publicizing the accomplishment of significant activities related to execution of the EPA-approved Solar for All Workplan and provide the opportunity for attendance and participation by federal representatives with at least 15 calendar days' notice. Additionally, the recipient agrees to provide the EPA Project Officer a minimum of 2 business days notice, with an updated version of the press release, prior to the publication of any press releases related to the Solar for All program. The EPA Project Officer may waive or modify these requirements.

## E. In-Kind Assistance

This action awards federal funds in the amount specified on the Notice of Award of which $400,000 is anticipated to be through in-kind assistance. The in-kind assistance will include but is not limited to convenings and peer networking, market data collection, research and analysis, tool building, and education and outreach, to assist recipients in achieving the objectives of the Solar for All program.

## F. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

## G. Leveraging and Fund Raising

### 1. Leveraging
The recipient agrees to make best efforts to provide the proposed leveraged funding that is described in its EPA-approved Solar for All Workplan. If the proposed leveraging does not materialize during the period of performance, and the recipient does not provide a satisfactory explanation, the Agency may consider this factor in evaluating future proposals from the recipient. In addition, if the proposed leveraging does not materialize during the period of performance, then EPA may reconsider the legitimacy of the award; if EPA determines that the recipient knowingly or recklessly provided inaccurate information regarding the leveraged funding described in the application, EPA may take action as authorized by 2 CFR Part 200 and/or 2 CFR Part 180 as applicable.

### 2. Fund Raising

2 CFR 200.442 provides coverage on allowable fund-raising costs, with additional details contained in Item 4 of the EPA Guidance on Selected Items of Cost for Recipients. Fund raising costs are an allowable cost and may include costs that are reasonable and necessary for raising additional capital to provide financial assistance to eligible zero emissions technologies or project-deployment technical assistance to enable low-income and disadvantaged communities to deploy and benefit from eligible zero emission technologies.

Allowable fund-raising costs must meet the following two criteria, in addition to meeting the requirements for allowability under 2 CFR Part 200, Subpart E as well as applicable provisions of 2 CFR Part 1500: (1) must be in support of the Greenhouse Gas Reduction Fund's third program objective to mobilize financing and private capital and (2) must be reasonable and necessary to raise capital from private-sector investors. Funds a recipient raises with costs borne by an EPA financial assistance agreement are considered program income, which must be treated in accordance with the Program Income Programmatic Term and Condition. When fund raising costs are paid for by both the award as well as other sources, a portion of the funds raised equal to the share of fund-raising costs charged to the award will be treated as program income.

## H. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure subrecipients develop and implement the Quality Assurance (QA) planning documents(s) in accordance with this term and condition and/or ensure subrecipients implement all applicable approved QA planning documents. Note, EPA will not approve any QA planning documents developed by a subrecipient. The recipient is responsible for reviewing and approving its subrecipient QA planning documents, if required based on the subrecipients environmental information collection operations.

## 1. Quality Management Plan (QMP)

a. Prior to beginning environmental information operations needed to complete the requirements outlined in the Performance Reporting Programmatic Term and Condition, the recipient must:

i. Submit a previously EPA-approved and current Quality Management Plan (QMP). The EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the recipient and EPA Project Officer in writing if the previously EPA-approved QMP is acceptable for this agreement,

ii. Develop a QMP in consultation with the EPA Project Officer and EPA QAM if a previously EPA-approved and current QMP is not in place,

iii. Submit the QMP within 90 days of the date of award for the first amendment of the agreement and obtain EPA Project Officer and EPA QAM approval,

iv. Review the approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA Project Officer and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental

information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA Project Officer and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

## 2. Quality Assurance Project Plan (QAPP)

a. Prior to beginning environmental information operations needed to complete the requirements outlined in the Performance Reporting Programmatic Term and Condition, the recipient must:

i. Develop a Quality Assurance Project Plan (QAPP) in consultation with the EPA Project Officer and EPA QAM,

ii. Submit the QAPP within 90 days of the date of award for the first amendment of the agreement and obtain EPA Project Officer and EPA QAM approval,

iii. Review the approved QAPP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QAPP to incorporate minor changes and notify the EPA Project Officer and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QAPP for re-approval. In general, a copy of any QAPP revision(s) made during the year should be submitted to the EPA Project Officer and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QAPP can be found in section 6 of EPA's Quality Assurance Project Plan (QAPP) Standard.

**The following materials contain quality specifications and definitions to facilitate adherence to these terms and conditions:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard;

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## I. Equipment Disposition

*The following term and condition applicable to equipment disposition applies if the recipient is a Municipality, Tribal Government, or Eligible Nonprofit Recipient as defined in the Eligible Recipient definition:*

In accordance with 2 CFR 200.313, when original or replacement equipment acquired under this agreement is no longer needed for the original project or program or for other activities currently or previously supported by EPA, the recipient may dispose of the equipment without further instruction from EPA.

## J. Real Property

In accordance with 2 CFR 200.311, title to real property acquired or improved under this agreement will vest upon acquisition in the recipient. This property must be used for the originally authorized purpose as long as needed for that purpose, during which time the recipient must not dispose of or encumber its title or other interests.

### Disposition

When real property is no longer needed for the originally authorized purpose, the recipient must obtain disposition instructions from EPA. The instructions will provide for one of the following alternatives:

1. Retain title after compensating EPA. The amount paid to EPA will be computed by applying EPA's percentage of participation in the cost of the original purchase (and costs of any improvements) to the fair market value of the property. However, in those situations where recipient is disposing of real property acquired or improved with a Federal award and acquiring replacement real property under the same Federal award, the net proceeds from the disposition may be used as an offset to the cost of the replacement property.

2. Sell the property and compensate EPA. The amount due to EPA will be calculated by applying EPA's percentage of participation in the cost of the original purchase (and cost of any improvements) to the proceeds of the sale after deduction of any actual and reasonable selling and fixing-up expenses. If the Federal award has not been closed out, the net proceeds from sale may be offset against the original cost of the property. When the recipient is directed to sell property, sales procedures must be followed that provide for competition to the extent practicable and result in the highest possible return.

3. Transfer title to EPA or to a third party designated/approved by EPA. The recipient is entitled to be paid an amount calculated by applying the recipient's percentage of participation in the purchase of the real property (and cost of any improvements) to the current fair market value of the property.

### Recordation

As authorized by 2 CFR 200.316, EPA requires that recipients who use EPA funding to purchase and improve real property through an EPA funded construction project record a lien or similar notice in the real property records for the jurisdiction in which the real property is located, which indicates that the real property has been acquired and improved with federal funding and that use and disposition conditions apply to the real property.

## K. Program Income

In accordance with 2 CFR 200.307(e)(2) and 2 CFR 1500.8(b), the recipient and any subrecipient must retain program income earned during the period of performance. Program income will be added to funds committed to the program by EPA and used for the purposes and under the conditions of the assistance agreement and beyond the period of performance based on a closeout agreement. Until such a closeout agreement is effective, the recipient and subrecipient are authorized to use program income under the conditions of the assistance agreement, pending execution of the closeout agreement. In accordance with 2 CFR 1500.8(d) as supplemented by the Period of Performance Programmatic Term and Condition, the recipient and subrecipient may only use program income once the award is fully drawn down or the period of performance ends for a different reason. Program income must be deposited and

held in an account meeting the requirements in the Financial Risk Management Programmatic Term and Condition.

In accordance with 2 CFR 200.307(b), costs incidental to the generation of program income may be deducted from gross income to determine program income, provided these costs have not been charged to the EPA award or another Federal financial assistance agreement. The recipient must retain adequate accounting records to document that any costs deducted from program income comply with regulatory requirements.

## L. Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the recipient received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy.

## II. Additional Programmatic Terms and Conditions

### A. Conflicts Among Authorities

Any inconsistency or conflict among the authorities governing the recipient's administration of this award will be resolved in the following order of precedence: public laws, regulations (including 2 CFR 200 and 2 CFR 1500), applicable notices published in the *Federal Register*, Executive Orders, and these award agreement terms and conditions.

### B. Specific Condition on Completion of EPA-approved Solar for All Workplan

Pursuant to 2 CFR 200.206(b) and (c), 2 CFR 200.208(b)(1), and 2 CFR 200.208(c)(2) and (6), EPA has determined that a specific condition is necessary to ensure that the recipient's EPA-approved Solar for All Workplan allows the recipient to effectively carry out the significant scale, complexity, and novelty of the Solar for All program. Based on this determination, until the documents listed below have been approved by the EPA Grants Management Officer or Award Official, the recipient may draw down no more than 2% of the EPA funding, identified in the Notice of Award, for direct costs for the following cost categories: personnel; fringe benefits; contractual costs for consultants procured in accordance with 2 CFR 200 and 1500; and indirect costs, that are necessary for the recipient to finalize the scope of work of this agreement. This limitation includes pre-award costs and costs the recipient incurs after award. EPA cannot confirm whether costs incurred or drawn down are allowable until EPA reviews and approves the documents below. Any costs incurred by the recipient are at their own risk until the documents below are approved by EPA.

Within 90 days of receipt of award, the recipient must submit the following documents to the EPA Project Officer identified in the Notice of Award:

Revised SF-424A, Budget Information for Non-Construction Programs

Indirect Rate Proposal or Agreement, if applicable

Revised Budget Narrative

Revised Project Specific Workplan (i.e., the EPA-approved Solar for All Workplan)

*Action Required to remove the specific condition.* EPA will review the recipient's submissions and will work with the recipient to refine the SF-424A to ensure that all costs are reasonable, allocable, and allowable; the budget narrative appropriately reflects the full budget of the award; and that there is sufficient detail of estimated funding amounts for each project task. Upon completion and EPA approval of the above documents, EPA will promptly remove this term and condition, as require by 2 CFR 200.208 (e), and all remaining funds will be available to the recipient to draw down reasonable, allocable, and allowable expenditures in accordance with its EPA-approved Solar for All Workplan.

*Method for Reconsideration.* If the recipient believes that this specific condition is not warranted or requires modification, the recipient must file a written objection within 21 days of the EPA award or amendment mailing date and must not draw down funds until the objection is resolved. The recipient must submit the written objection via email to the Award Official, Grant Specialist and Project Officer identified in the Notice of Award.

The EPA Award Official may modify this requirement on a case-by-case basis.

## C. Solar for All Workplan

### 1. EPA-approved Solar for All Workplan

The recipient agrees to implement this grant in accordance with its EPA-approved Solar for All Workplan. The recipient agrees that the public laws, regulations, applicable notices, Executive Orders, and these award agreement terms and conditions supersede the EPA-approved Solar for All Workplan in the event there are conflicting provisions in the EPA-approved Solar for All Workplan.

### 2. Specific condition on revisions to EPA-approved Solar for All workplan in the one-year planning period

The recipient's EPA-approved Solar for All Workplan may include work to refine the program during the one-year planning period. Pursuant to 2 CFR 200.206(b) and (c), 2 CFR 200.208(b)(1), and 2 CFR 200.208(c)(2) and (6), EPA has determined that a specific condition is necessary to ensure that the further revisions to the recipient's EPA-approved Solar for All Workplan allow the recipient to effectively carry out the significant scale, complexity, and novelty of the Solar for All program. Based on this determination, if the recipient makes revisions to its EPA-approved Solar for All Workplan during the one-year planning period, the recipient must first receive approval from the EPA Grants Management Officer or Award Official on the revised Solar for All Workplan prior to requesting drawdown on any revised work. EPA will not make payments for unapproved work and any costs incurred for unapproved work by the recipient are at its own risk.

The recipient may continue to request payments and EPA will make payments for costs covered by the EPA-approved Solar for All Workplan while the EPA Grants Management Officer or Award Official, as appropriate, reviews any revised Solar for All Workplan.

*Action Required to remove the specific condition.* If the recipient makes revisions to its workplan during

the planning period, the recipient must submit the revised workplan to EPA no later than 365 calendar days after the date of award for the first amendment of the agreement. EPA will review the recipient's submissions and will work with the recipient to refine the SF-424A to ensure that all costs are reasonable, allocable, and allowable; the budget narrative appropriately reflects the full budget of the award; and that there is sufficient detail of estimated funding amounts for each project task. Upon completion and EPA approval of any revisions to the EPA-approved Solar for All Workplan, timeline, budget narrative, budget detail, and SF-424A (if applicable), EPA will promptly remove this term and condition, as require by 2 CFR 200.208(e), and the recipient may then request payments for the revised work that has been approved by EPA.

*Method for Reconsideration.* If the recipient believes that this specific condition is not warranted or requires modification, the recipient must file a written objection within 21 days of the EPA award or amendment mailing date and must not draw down funds until the objection is resolved.  The recipient must submit the written objection via email to the Award Official, Grant Specialist and Project Officer identified in the Notice of Award.

## D. Allowable and Unallowable Activities

The recipient agrees to only use the award to support the following allowable activities: financial assistance and project-deployment technical assistance that enable low-income and disadvantaged communities to deploy and benefit from eligible zero emissions technologies as well as participant support costs for trainees in workforce development programs. All costs charged to the award to support these activities must meet the requirements for allowability under 2 CFR Part 200, Subpart E as well as applicable provisions of 2 CFR Part 1500. In addition, the recipient agrees to obtain prior approval from the EPA Award Official prior to the expenditure of the award for activities that involve acquiring real property, including related equipment purchases. Note, the recipient may meet this requirement by specifying the framework for all acquisitions of real property in its EPA-approved Solar for All Workplan.

The recipient agrees to not use the award for the following unallowable activities: (a) activities that support deployment of projects that do not meet the definition of eligible zero-emissions technologies; (b) Costs of acquiring "intangible property," as defined in 2 CFR 200.1; and (c) activities that support deployment of projects outside the boundaries of the ten EPA regions. The recipient also agrees not to use the award for activities associated with defending against, settling, or satisfying a claim by a private litigant, except when either (a) the claim stems from the recipient's compliance with the terms and conditions of the award agreement or (b) the recipient has obtained prior written approval from the EPA Project Officer.

## E. Foreign Entity of Concern

As part of carrying out this award, recipient agrees to ensure that entities the recipient contracts with, the recipient makes subawards to, or that receive funds as program beneficiaries at any tier of funding under this grant agreement are not—

(A) an entity owned by, controlled by, or subject to the direction of a government of a covered nation under 10 U.S.C. 4872(d);

(B) an entity headquartered in a covered nation under 10 U.S.C. 4872(d); or

(C) a subsidiary of an entity described in (A) or (B).

As of the date these terms and conditions become effective, covered nations under 10 U.S.C. § 4872(d) are the Democratic People's Republic of North Korea; the People's Republic of China; the Russian Federation; and the Islamic Republic of Iran.

## F. Low-Income and Disadvantaged Communities Expenditure Requirement

The recipient agrees to ensure that 100% of the award is used for the purposes of enabling low-income and disadvantaged communities to deploy and benefit from eligible zero emissions technologies. This requirement applies to the entire award provided to the recipient and "flows down" to all subrecipients.

## G. Revolving Loan Fund Characterization

EPA considers the portion of the award used to provide financial products, including financial products that are categorized as project-deployment technical assistance under this program, that may generate program income as a capitalization of a revolving loan fund for the purposes of 2 CFR 1500.8(d). Such financial assistance may include subawards or participant support costs. In accordance with section 2.0 *Applicability and Effective Date* and the definition of *Subaward* in section 3.0 of the EPA Subaward Policy, the EPA Subaward Policy does not apply to the recipient's subawards from the capitalization of a revolving loan fund.

EPA does not consider the remaining portion of the award as a capitalization of a revolving loan fund for the purposes of 2 CFR 1500.8(d). As such, all subgrants made by the recipient are subject to the EPA Subaward Policy.

## H. Subawards to For-Profit Entities

**The recipient is authorized to provide subawards to for-profit entities as included in the EPA-approved Solar for All Workplan. The recipient agrees to require that for-profit entities that receive such subawards:**

1. Can only recover their eligible and allowable direct and indirect costs from EPA-funded activities, including recovering the portion of their overhead costs attributable to the activities by applying either a Federally approved indirect cost rate, as authorized by 2 CFR 200.414(f), or the de-minimis rate if the subrecipient does not have a Federally approved rate;

2. Comply with the Management Fees General Term and Condition, which is incorporated by reference into the Establishing and Managing Subawards General Term and Condition;

3. Account for and use program income under the rules for program income pursuant to 2 CFR 1500.8(b) and the terms and conditions of the award agreement;

4. Be subject to the same requirements as non-profit subrecipients under 2 CFR Part 200 Subparts A through E, as federal awarding agencies are authorized to apply 2 CFR Part 200 Subparts A through E to for-profit entities in accordance with 2 CFR 200.101(b); and

5. Select an independent auditor consistent with the criteria set forth in 2 CFR 200.509 and obtain an independent audit substantially similar in scope and quality to that of the Single Audit (see 2 CFR 200.500 et. seq.); the subrecipient must submit the audit to the recipient within 9 months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent auditor, whichever is earlier; as provided in 2 CFR 200.337(a) the recipient must provide EPA, the EPA Office of Inspector General, and the Comptroller General with access to the subrecipient's independent auditor reports.

## I. Subawards as Part of Revolving Loan Funds

The following requirements apply when the recipient provides *Subawards* under 2 CFR 200.1 as part of a revolving loan fund. These requirements apply to the recipient and subrecipient in lieu of those specified in the Establishing and Managing Subawards General Term and Condition.

1. The recipient agrees to provide written guidelines for all subawards provided as part of a revolving loan fund. The recipient is precluded from drawing down funds for subawards provided as part of a revolving loan fund until the EPA Project Officer provides written confirmation of the guidelines. These guidelines must: (a) describe the activities that will be supported by the subawards; (b) specify the range of funding to be provided through the subawards; (c) identify which types of entities (i.e., governmental, non-profit, for-profit) will receive the subawards; and (d) specify how the subrecipients are eligible subrecipients in accordance with EPA's Subaward Policy. Additionally, if a recipient plans to subaward to a for-profit entity the recipient's response to (d) must specifically describe how the for-profit subrecipient will only receive reimbursement for their actual direct or approved indirect costs such that the subrecipient does not "profit" from the transaction.

2. The recipient must establish and follow a system that ensures all financial assistance agreements are in writing and contain all of the elements required by 2 CFR 200.332(a), including the indirect cost provision of 2 CFR 200.332(a)(4) for subawards. EPA has developed an optional template for subaward agreements available in Appendix D of the EPA Subaward Policy, which may also be used for such subaward agreements.

3. The subrecipient must comply with the internal control requirements specified at 2 CFR 200.303 and is subject to the 2 CFR Part 200, Subpart F, *Audit Requirements.* The pass-through entity must include a condition in all financial assistance agreements that requires subrecipients to comply with these requirements. No other provisions of the Uniform Grant Guidance, including the Procurement Standards, apply directly to the subrecipient.

4. Prior to making the subaward, the recipient must ensure that the subrecipient has a "unique entity identifier." This identifier is required for registering in the System for Award Management (SAM) and by 2 CFR Part 25 and 2 CFR 200.332(a)(1). The unique entity identifier (UEI) is generated when an entity registers in SAM. Information on registering in SAM and obtaining a UEI is available in the General Condition of the pass-through entity's agreement with EPA entitled *"System for Award Management and Universal Identifier Requirements."*

## J. Participant Support Costs

## 1. Participant Support Cost Requirements

The recipient may provide financial assistance and project-deployment technical assistance to enable low-income and disadvantaged communities to deploy and benefit from eligible zero emissions technologies in the form of participant support costs.

The recipient agrees to the following eligibility, restrictions, timelines, and other programmatic requirements on participant support costs, in addition to other requirements included in the terms and conditions of this award agreement:

A. The recipient and program beneficiaries are responsible for taxes, if any, on payments made to or on

behalf of entities participating in this program that are allowable as participant support costs under 2 CFR 200.1, 2 CFR 200.456, or 2 CFR 1500.1. EPA encourages the recipient and program beneficiaries to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of subsidies, rebates and other participant support cost payments. However, EPA does not provide advice on tax issues relating to these payments.

B. Participant support cost payments are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and the Suspension and Debarment General Term and Condition. The recipient, therefore, may not make participant support cost payments to entities excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180 and must ensure that subrecipients adhere to this requirement as well. The recipient is responsible for checking that program participants are not excluded from participation through either (1) checking the System for Award Management (SAM) or (2) obtaining eligibility certifications from the program participants.

The recipient is precluded from drawing down funds for participant support costs until the EPA Project Officer provides written confirmation of the guidelines. These guidelines must: (a) describe the activities that will be supported by the participant support costs; (b) specify the range of funding to be provided through the participant support costs; (c) identify which types of entities will have title to equipment (if any) purchased with a rebate or subsidy; (d) establish source documentation requirements (e.g., invoices) for accounting records; and (e) describe purchasing controls to ensure that the amount of the participant support cost is determined in a commercially reasonable manner as required by 2 CFR 200.404.

The recipient agrees to reporting and transaction documentation of participant support costs in support of the reporting requirements in the Performance Reporting Programmatic Term and Condition.

## 2. Participant Support Costs for Fellowship, Internship Programs and Similar Programs

When the recipient uses EPA funds for participant support costs payments as stipends for workforce development, scholarships, tuition remission and other forms of student aid, these participant support costs may only be used for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs

## K. Labor and Equitable Workforce Development Requirements

### 1. Davis-Bacon and Related Acts (DBRA)

#### A. Program Applicability

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to projects assisted by grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage Rate Requirements). Under the Greenhouse Gas Reduction Fund, the relevant construction type and prevailing wage classifications would be "Building" and "Residential." The Secretary of Labor's wage determinations are available at https://sam.gov/content/wage-determinations.

Therefore, recipient must ensure that any construction work financed in whole or in part with such financial assistance, as defined in these Terms and Conditions, provided under this agreement complies with Davis Bacon Act requirements.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with Davis-Bacon, the recipient agrees to promptly inform the EPA Project Officer for possible referral to the U.S. Department of Labor for guidance or enforcement action.

Consistent with the definition in 40 CFR 33.103 the term "construction" as used in this term and condition means the erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property.

#### B. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;

Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and

Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

**C. Recipient Responsibilities When Entering Into and Managing Contracts:**

**a. Solicitation and Contract Requirements:**

    **i. Include the Correct Wage Determinations in Bid Solicitations and Contracts:** Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

    **ii. Include DBRA Requirements in All Contracts:** Include "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

**b. After Award of Contract:**

    **i. Approve and Submit Requests for Additional Wages Rates:** Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

    **ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions:** Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

**D. Recipient Responsibilities When Establishing and Managing Additional Subawards:**

**a. Include DBRA Requirements in All Subawards (including Loans):** Include the following text on all subawards under this grant: "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

**b. Provide Oversight to Ensure Compliance with DBRA Provisions:** Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

## 2. Mega Construction Project Program

The recipient must work with the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) to identify projects that are within the scope of OFCCP's Mega Construction Project Program, which includes federally-assisted projects with a total project value above $35,000,000. If those projects are selected from a wide range of federally-assisted projects over which OFCCP has jurisdiction, those projects will be required to participate and partner with OFCCP in the OFCCP Mega Construction Projects program.

## 3. Compliance with Federal Statutes and Regulations

The recipient agrees to comply with other applicable federal statutes and regulations related to labor and equitable workforce development as well as to enforce compliance with subrecipients, contractors, and other partners. This includes but is not limited to applicable health and safety regulations as administer by the Occupational Health and Safety Administration.

## 4. Free and Fair Choice to Join a Union

In accordance with Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022), the recipient agrees to design and implement a policy to increase high-quality job opportunities for American workers and improving equitable access to these jobs, including in traditional energy communities, through the timely implementation of requirements for prevailing wages and registered apprenticeships and by focusing on high labor standards and the free and fair chance to join a union.

In accordance with the EPA General Terms and Conditions, grant funds may not be used to support or oppose union organizing, whether directly or as an offset for other funds.

## 5. Disadvantaged Business Enterprises

The recipient agrees to comply with 40 CFR Part 33, "Participation by Disadvantaged Business Enterprises in U.S. Environmental Protection Agency Programs" set forth requirements for making good faith efforts to ensure that Disadvantaged Business Enterprises, including Minority Business Enterprises and Women's Business Enterprises receive a fair share of contracts awarded with funds provided by EPA financial assistance agreements. These requirements apply to subrecipients in accordance with 40 CFR 33.102 and the definition of "Recipient" in 40 CFR 33.103.

## L. Build America, Buy America Act

The Build America, Buy America Act – Public Law 117-58, requires the EPA to ensure that "none of the funds made available for a Federal financial assistance program for infrastructure, including each deficient program, may be obligated for a project unless all of the iron, steel, manufactured products, and construction materials used in the project are produced in the United States." (P.L. 117-58, Secs 70911 – 70917).

The recipient is bound to the EPA Build America, Buy America General Term and Condition, which outlines the Build America, Buy America requirements that all recipients of EPA financial assistance awards must comply with.

If the recipient encounters a situation that presents uncertainties regarding Build America, Buy America applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

## M. Consumer Protection Requirements

The recipient agrees to carry out the following consumer financial protection requirements to the extent that the recipient directly interacts, transacts, or contracts with consumers:

1. Comply with the Equal Credit Opportunity Act, the Truth in Lending Act, the Consumer Financial Protection Act, and other federal consumer protection laws that apply;

2. Provide written disclosures to consumers containing information in clear and understandable language regarding purchasing, leasing, or financing as well as the costs associated with a consumer's transaction;

3. With regard to solar products or services, provide written disclosures on the impact of the solar project on the consumer's ability to sell or refinance their home and recording of any liens on the home; consumer rights; contact information for the solar project provider; and complaint procedures for the consumer if they have a problem with the solar project or sales process;

4. Require that all in-person and telephone marketing that directly interacts, transacts, or contracts with consumers be conducted in a language in which the consumer subject to the marketing is able to understand and communicate; and

5. Maintain a process for receiving, monitoring, and resolving consumer complaints, including ensuring that complaints are appropriately addressed and referring complaints, when necessary, to the appropriate government regulatory agency.

The recipient agrees to monitor and oversee subrecipients and contractors with respect to these consumer financial protection requirements to the extent that they directly interact, transact, or contract with consumers, in accordance with 2 CFR 200.332(d) and 2 CFR 200.318.

## N. Financial Risk Management Requirements

### 1. Cash Management Requirements
The recipient and any subrecipient must deposit and maintain advance payments of Federal funds into insured accounts, in accordance with 2 CFR 200.305(b)(7)(ii). Interest income earned on the advance payment from EPA to the recipient prior to disbursement is subject to the requirements on interest earned within 2 CFR 200.305(b)(8) and 2 CFR 200.305(b)(9); consequently, such interest earned in excess of $500 must be remitted annually to the Department of Health and Human Services Payment Management System.

The recipient and subrecipient are authorized to maintain program income in insured accounts. The recipient and subrecipient are also authorized to maintain program income in accounts where such income is used to purchase U.S. Savings Bonds, U.S. Treasury Marketable Securities, and U.S. Agency Marketable Securities, provided the duration of such instruments is no longer than 90 days and that such instruments are held-to-maturity if purchased directly; or short-term money market funds consisting solely of the aforementioned investment instruments and offering daily investor redemptions.  Interest income and other returns earned on funds that have already been disbursed is considered additional program income consistent with 2 CFR 1500.8(d) and is not subject to the requirements on interest earned within 2 CFR 200.305(b)(8) and 2 CFR 200.305(b)(9).

### 2. Climate-Related Financial Risks

The recipient agrees to comply with Executive Order 11988 (Floodplain Management). This may include accounting for and evaluating practicable alternatives or other mitigation related to ameliorating flood risks and protecting flood plains as part of its financial risk management policies and procedures.

The recipient agrees to comply with Executive Order 14030 (Climate-Related Financial Risk). This may include accounting for climate-related financial risks—including physical and transition risks—in its

financial risk management policies and procedures.\

### 3. Additional Requirements

The recipient agrees to not subordinate its interests in any asset that the recipient acquires with EPA funds or program income in a manner that waives EPA's claim for compensation under any applicable statutory claims, 2 CFR Part 200, or common law.

The recipient agrees to **apply** EPA's Final Financial Assistance Conflict of Interest Policy **to all subawards  and participant support costs made to entities receiving financial assistance or project-deployment technical assistance.** Notwithstanding the statement in section 2.0 of the Conflict of Interest (COI) Policy that it does not apply to "Subawards in the form of loans, loan guarantees, interest subsidies and principal forgiveness, purchases of insurance or similar transactions entered into with borrowers by recipients of revolving loan fund capitalization grants or other EPA financial assistance agreements where Agency funds may be used for lending activities," EPA is applying the COI Policy to these transactions through this term and condition.

The recipient agrees to provide subrecipients that receive subawards to provide financial assistance or project-deployment technical assistance with training and technical assistance on program-related matters, including on prudent financial risk management practices, in accordance with 2 CFR 200.332(e).

## O. Historic Preservation

### National Historic Preservation Act (NHPA)

Section 106 of the NHPA requires all federal agencies to consider the effects of their undertakings, including the act of awarding a grant or cooperative agreement, on historic properties, and to provide the Advisory Council on Historic Preservation (ACHP) a reasonable opportunity to comment on such undertakings. The recipient must assist the EPA Project Officer in complying with NHPA if any activities funded under this grant impact a historic property. Historic properties include: (a) land or buildings listed in or eligible for listing on the National Register of Historic Places; (b) buildings or structures that are greater than 50 years old; (c) archaeologically sensitive areas or in an area where traditional cultural properties are located; and (d) properties that are associated with significant historic events, are associated with significant people, embody distinctive characteristics, and contain important precontact information.

The recipient should work with their Project Officer to ensure that subrecipients are available to work with EPA on any required consultation process with the State or Tribal Historic Preservation Office prior to commencing the project to ensure compliance with Section 106 of the NHPA.

If NHPA compliance is required, necessary Section 106 consultation activities, such as historic or architectural surveys, structural engineering analysis of buildings, public meetings, and archival photographs, can be considered allowable and allocable grant costs.

### Archeological and Historic Preservation Act (AHPA)

This law applies if archeologically significant artifacts or similar items are discovered after an EPA-funded construction project has begun, and compliance may be coordinated with the NHPA, discussed above. The AHPA requires federal agencies to identify relics, specimens, and other forms of scientific,

prehistorical, historical, or archaeologic data that may be lost during the construction of federally-sponsored projects to ensure that these resources are not inadvertently transferred, sold, demolished or substantially altered, or allowed to deteriorate significantly. The recipient must ensure that subrecipients performing construction projects are aware of this requirement, and the recipient must notify EPA if the AHPA is triggered.

## P. Uniform Relocation Assistance and Real Property Acquisition Policies Act

The Uniform Relocation Assistance and Real Property Acquisition Policies Act (URA) applies to acquisitions of property and displacements of individuals and businesses that result from federally assisted programs. The URA and Federal Highway Administration's implementing regulations at 49 CFR Part 24 require the recipient to follow certain procedures for acquiring property for purposes under the federal award, such as notice, negotiation, and appraisal requirements. The statute and regulations also contain requirements for carrying out relocations of displaced persons and businesses, such as reimbursement requirements for moving expenses and standards for replacement housing. The recipient must comply with, and ensure subrecipients comply with, the URA and 49 CFR Part 34 if an EPA-funded acquisition of property results in permanent displacement of individuals or businesses. Note that although the URA does not apply to temporary displacement of residents, the cost for temporary relocation of residents may be an allowable cost under the "necessary and reasonable for the performance of the federal award" provision of 2 CFR 200.403(a). The recipient must obtain prior approval of the EPA Project Officer and EPA Award Official for the allowability of costs for temporary relocation of residents.

## Q. Other Federal Requirements

In addition to the statutes outlined in the Labor and Equitable Workforce Programmatic Term and Condition, Build America, Buy America Programmatic Act Term and Condition, Historic Preservation Programmatic Term and Condition, Uniform Relocation Assistance and Real Property Acquisitions Policy Act Programmatic Term and Condition, Consumer Protection Requirements Programmatic Term and Condition, and Financial Risk Management Programmatic Term and Condition, the recipient must comply with all federal cross-cutting requirements. These requirements include, but are not limited to:

**Endangered Species Act, as specified in 50 CFR Part 402:** Non-Federal entities must identify any impact or activities that may involve a threatened or endangered species. Federal agencies have the responsibility to ensure that no adverse effects to a protected species or habitat occur from actions under Federal assistance awards and conduct the reviews required under the Endangered Species Act, as applicable.

**Federal Funding Accountability and Transparency Act:** Recipients of financial assistance awards must comply with the requirements outlined in 2 CFR Part 170, *Reporting Subaward and Executive Compensation.*

**Farmland Protection Policy Act:** This statute requires EPA to use criteria developed by the Natural Resources Conservation Service (NRCS) to identify the potential adverse effects of Federal programs on farmland and its conversion to nonagricultural uses, to mitigate these effects, and to ensure that programs are carried out in a manner that is compatible with the farmland preservation policies of state and local governments, and private organizations. Recipients may need to work with EPA or NRCS, as appropriate, to ensure compliance.

**Coastal Zone Management Act:** Projects funded under federal financial assistance agreements must be consistent with a coastal State's approved management program for the coastal zone.

For additional information on cross-cutting requirements visit https://www.epa.gov/grants/epa-subaward-cross-cutter-requirements.

## R. Remedies for Non-Compliance

The recipient agrees to comply with the terms and conditions of the award agreement. Should the recipient fail to adhere to the terms and conditions of the award agreement, the EPA may seek remedies under 2 CFR 200.208 or 2 CFR 200.339 up to and including termination and the recovery of unallowable costs as well as advances not yet disbursed for allowable costs.

The recipient agrees to comply with the statutory requirements of Section 134 of the Clean Air Act. Should the recipient violate the statutory requirements of Section 134 by failing to use grant funds in accordance with Section 134 or by failing to ensure that the activities of subrecipients are in accordance with Section 134, EPA may seek remedies under Section 113, which may subject the recipient to civil administrative penalties through an EPA administrative enforcement action, civil penalties and/or injunctive relief through a civil judicial enforcement action by the U.S. Department of Justice (DOJ), or criminal penalties through a DOJ criminal judicial enforcement action. Should the recipient or its subrecipients make false claims or statements to EPA, EPA may refer the matter to DOJ to pursue claims under the False Claims Act (31 USC 3729) or take action under the Program Fraud Civil Remedies Act (40 CFR Part 27).

## S. Clarifications to EPA General Terms and Conditions

EPA agrees to make the following clarifications to the EPA General Terms and Conditions. These clarifications expand on, rather than replace or modify, the EPA General Terms and Conditions. The recipient agrees to comply with these clarifications.

## 1. Access to Records

In accordance with 2 CFR 200.337, EPA and the EPA Office of Inspector General (OIG) have the right to access any documents, papers, or other records, including electronic records, of the recipient and any subrecipient which are pertinent to this award in order to make audits, examinations, excerpts, and transcripts. This right of access also includes timely and reasonable access to the recipient and subrecipient's personnel for the purpose of interview, discussion, and on-site review related to such documents. This right of access shall continue as long as the records are retained.

## 2. Automated Standard Application Payments (ASAP) and Proper Payment Draw Down

***The following clarification to the ASAP and Proper Payment Draw Downs General Term and Condition applies if the recipient is a Municipality, Tribal Government, or Eligible Nonprofit Recipient as defined in the Eligible Recipient definition. States, as defined in the Eligible Recipient definition, are subject to the Proper Payment Drawdown for State Recipients General Term and Condition:***

The recipient is subject to the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down General Term and Condition.

The recipient is required to notify the EPA Project Officer of draws from ASAP in excess of the following amounts: $10,000,000 within a 24-hour period or $50,000,000 within a 7-day period. The recipient is required to provide such notification within 3 business days of the draw amount being surpassed.

## 3. Establishing and Managing Subawards

2 CFR 200.308 requires the recipient to obtain prior agency approval for "subawarding, transferring or contracting out of any work under a Federal award."

EPA will not require additional written approval from the EPA Award Official for a subaward to a subrecipient that is named in the recipient's EPA-approved Solar for All Workplan.

When the subrecipient is not named in the EPA-approved Solar for All Workplan, the recipient agrees to provide written guidelines that must be approved by the EPA Project Officer. The recipient is precluded from drawing down funds for subawards not named in the application until the EPA Project Officer provides written confirmation of the guidelines. These guidelines must: (a) describe the activities that will be supported by the subawards; (b) specify the range of funding to be provided through the subawards; (c) identify which types of entities (i.e., governmental, non-profit, for-profit) will receive the subawards; and (d) specify how the subrecipients are eligible subrecipients in accordance with EPA's Subaward Policy, and specifically how the subrecipients will comply with the requirement that the subrecipient recipient must only receive reimbursement for their actual direct or approved indirect costs such that they do not "profit" from the transaction.

## 4. Indirect Cost Rate

The recipient should note that subrecipients that receive loans cannot charge an indirect cost rate against their loans and that entities that receive participant supports costs cannot charge an indirect cost rate against their participant support cost payments.

Modified total direct costs (MTDC), as defined in 2 CFR 200.1, means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000.

## 5. Sufficient Progress

The EPA Project Officer may assess whether the recipient is making sufficient progress in implementing the EPA-approved Solar for All Workplan under this assistance agreement within 30 calendar days after the recipient submits its annual reporting requirements for the second, third, and fourth years for the award. "Sufficient progress" shall be assessed based on a comparison of the recipient's planned versus actual expenditures as well as planned versus actual outputs/outcomes. This term and condition "flows down" to subrecipients, with the recipient required to assess whether each subrecipient is making sufficient progress in implementing the EPA-approved Solar for All Workplan under its subaward agreement; the recipient may increase the frequency and scope of the review of sufficient progress of subrecipients, in accordance with 2 CFR 200.332 *Requirements for Pass-Through Entities.*

If the EPA Project Officer determines that the recipient has not made sufficient progress in implementing its EPA-approved Solar for All Workplan, the recipient, if directed to do so, must implement a corrective

action plan concurred on by the EPA Project Officer and approved by the Award Official or Grants Management Officer pursuant to 2 CFR 200.208.

6. Termination

EPA maintains the right to terminate the assistance agreement only as specified in 2 CFR 200.340, through either a partial or full termination. If EPA partially or fully terminates the assistance agreement, EPA must (1) deobligate uncommitted funds and reobligate them to another entity to effectuate the objectives of Section 134 of the Clean Air Act, 42 USC § 7434 within 90 days of the deobligation and (2) amend the recipient's assistance agreement to reflect the reduced amount, based on the deobligation. In accordance with 2 CFR 200.341, EPA must provide the recipient notice of termination.

T. Period of Performance

The period of performance under this award agreement will start on the date specified in the budget period and project period of the "Notice of Award" for this assistance agreement and end no later than five years from that date. However, the period of performance may end prior to five years from the end date specified in the budget period and project period of the "Notice of Award" if (1) the recipient has disbursed the entire award amount and (2) the EPA Project Officer has advised the EPA Award Official that all required work of the Federal award have been completed, in accordance with 2 CFR 200.344. EPA will not consider all required work to have been completed until the entire award amount (or its equivalent) has been used for allowable activities. In accordance with 2 CFR 200.344(b), the recipient agrees to liquidate all financial obligations incurred under the award no later than 120 calendar days after the end date of the period of performance.

The recipient should note that the recipient will not be considered to have used the entire award amount so long as any subrecipient has not met the requirements for closeout under 2 CFR 200.344.

U. Closeout Agreement

As provided at 2 CFR 200.307(f) and 2 CFR 1500.8(c), after the end of the period of performance of the assistance agreement, the recipient may keep and use program income at the end of the assistance agreement (retained program income) and use program income earned after the assistance agreement period of performance (post-closeout program income) in accordance with this term and condition. When used in this Closeout Agreement, the term "program income" includes both retained program income and post-closeout program income. The closeout agreement goes into effect for this assistance agreement the day after the assistance agreement period of performance ends, unless otherwise designated by the EPA Grants Management Officer or Award Official.

Prior to the effective date of the Closeout Agreement, the recipient agrees to submit a post-closeout program strategy, covering the use of program income retained and earned by the recipient and its subrecipients. This program strategy will become a condition of the Closeout Agreement, once the program strategy has been approved by the EPA Project Officer. EPA intends to make the program strategy, either in whole or in part, available to the public through disclosing copies of the program strategy as submitted or using the content of the program strategy. Pursuant to 2 CFR 200.338, the recipient agrees to redact personally identifiable information (PII) and mark confidential business information (CBI) accordingly. Information claimed as CBI will be disclosed only to the extent, and by means of the procedures, set forth in 40 CFR Part 2, Subpart B. As provided at 40 CFR 2.203(b), if no claim of confidential treatment accompanies the information when it is received by EPA, it may be made

available to the public by EPA without further notice to the recipient.

This term and condition is the entire Closeout Agreement between the EPA and the recipient. If any provisions of this Closeout Agreement are invalidated by a court of law, the parties shall remain bound to comply with the provisions of this Closeout Agreement that have not been invalidated. The Closeout Agreement will be interpreted and, if necessary, enforced under Federal law and regulations. The recipient shall comply with the requirements specified below as part of the Closeout Agreement. As specified in the Flow-Down Requirements Programmatic Term and Condition, the Closeout Agreement Programmatic Term and Condition flows down to subrecipients such that the recipient must enter into a corresponding Closeout Agreement with all subrecipients that have retained program income and/or that expect to earn post-closeout program income.

## 1. Allowable Activities

The recipient shall use program income in accordance with the Allowable and Unallowable Activities Programmatic Term and Condition, as applicable.

## 2. Reporting Requirements

The recipient shall submit program performance reports to the EPA Project Officer in accordance with the Performance Reporting Programmatic Term and Condition, as applicable. After September 30, 2031, the recipient shall disclose program performance reports publicly rather than submitting them to the EPA.

## 3. Low-Income and Disadvantaged Communities Expenditure Requirements

The recipient shall expend 100% of program income for the purposes of providing financial assistance and technical assistance in and benefiting enable low-income and disadvantaged communities to deploy and benefit from eligible zero emissions technologies and comply with this requirement in accordance with the Low-Income and Disadvantaged Communities Expenditure Requirements Programmatic Term and Condition, as applicable.

## 4. Cash Management Requirements

The recipient is authorized to maintain program income not yet deployed in support of its program strategy in insured accounts. The recipient is also authorized to maintain program income not yet deployed in support of its program strategy in accounts where such income is used to purchase U.S. Savings Bonds, U.S. Treasury Marketable Securities, and U.S. Agency Marketable Securities, provided the duration of such instruments is no longer than 90 days and that such instruments are held-to-maturity if purchased directly; or short-term money market funds consisting solely of the aforementioned investment instruments and offering daily investor redemptions. The recipient agrees to enforce these Cash Management Requirements on its subrecipients.

## 5. Remedies for Non-Compliance

The recipient agrees to identical remedies for non-compliance that are specified in the Remedies for Non-Compliance Programmatic Term and Condition, as applicable.

## 6. Suspension and Debarment

The recipient agrees to ensure that program income is not used to transfer funds in the form of subawards, participant support costs, or contracts to entities that are currently suspended, debarred, or otherwise declared ineligible under 2 CFR Part 180. The recipient may access the System for Award Management (SAM) exclusion list at https://sam.gov/SAM to determine whether an entity or individual is presently excluded or disqualified.

## 7. Non-Discrimination

The recipient must expend program income in compliance with EPA regulations at 40 CFR Part 7 regarding non-discrimination in EPA-funded programs, as applicable.

As provided in 2 CFR 200.300, the general terms and conditions of EPA grants implement nondiscrimination and social policy requirements:

a. Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, The Age Discrimination Act of 1975. The recipient agrees to comply with these laws, prohibiting discrimination in the provision of services or benefits, on the basis of race, color, national origin, sex, disability or age, in programs or activities receiving federal financial assistance.

Pursuant to EPA's regulations on "Nondiscrimination in Programs receiving Federal Assistance from the Environmental Protection Agency," in 40 CFR Part 5 and 40 CFR Part 7 the pass-through entity agrees, and will require all subrecipients to agree, not to discriminate on the basis of race, color, national origin, sex, disability or age.

b. Executive Order 11246 Part III of Executive Order No. 11246 (September 24, 1965) as amended prohibits discrimination in Federally assisted construction activities. As provided in section 301 of the Executive Order, Pass-through entities will ensure that subrecipients include the seven clauses specified in section 202 of the Order in all construction contracts. Section 302 defines "Construction contract" as "any contract for the construction, rehabilitation, alteration, conversion, extension, or repair of buildings, highways, or other improvements to real property." Contracts less than $10,000 are exempt from the requirements of the Order.

## 8. Record-Keeping

In accordance with 2 CFR 200.334(e), the recipient shall maintain appropriate records to document compliance with the requirements of the Closeout Agreement (i.e., records relating to the use of retained and post-closeout program income) for a three-year period following the end of the Closeout Agreement, unless one of the conditions specified in the regulation applies. EPA may obtain access to these records to verify that program income has been used in accordance with the terms and conditions of this Closeout Agreement. Records and documents relating solely to performing the grant agreement prior to closeout may be disposed of in accordance with 2 CFR 200.334.

Additionally, the recipient must maintain adequate accounting records for how program income is managed and spent as well as all other appropriate records and documents related to the activities conducted using retained and post-closeout program income.

The recipient agrees to ensure that subrecipients comply with Federal Funding Accountability and Transparency Act (FFATA) reporting requirements. Pass-through entities may use the terms of their subaward agreement or other effective means to meet their responsibilities.

## 9. Other Federal Requirements

The following other federal requirements apply to the use of program income under the terms of this Closeout Agreement:

> Davis-Bacon and Related Acts, as specified in the Labor and Equitable Workforce Programmatic Term and Condition;
>
> Build America, Buy America Act, as specified in the Build America, Buy America General Term and Condition;
>
> National Historic Preservation Act, as specified in the Historic Preservation Programmatic Term and Condition;
>
> Uniform Relocation Assistance and Real Property Acquisitions Policy Act, as specified in the Uniform Relocation Assistance and Real Property Acquisitions Policy Act Programmatic Term and Condition;
>
> Executive Order 11988 (Floodplain Management) and **Executive Order 14030 (Climate-Related Financial Risk)**, as specified in the Financial Risk Management Programmatic Term and Condition;
>
> Endangered Species Act, as specified in 50 CFR Part 402;
>
> Federal Funding Accountability and Transparency Act;
>
> Farmland Protection Policy Act; and
>
> Coastal Zone Management Act.

## 10. Amendments to the Closeout Agreement

The EPA Award Official or Grants Management Officer and the recipient must agree to any modifications to this Closeout Agreement. Agreed-upon modifications must be in writing and signed by each party. Oral or unilateral modifications shall not be effective or binding.

## 11. Termination of the Closeout Agreement

The EPA Award Official or Grants Management Officer and the recipient may mutually agree to terminate this Closeout Agreement.

## 12. Points of Contact

The points of contact for the Closeout Agreement are the EPA Project Officer (for the EPA) and Donna Williams (for the recipient). If changes are made to these points of contact, the respective party must notify the other within 30 days of the planned change.

## V. Accounting Principles

Each recipient and subrecipient must account for Solar for All award funds in accordance with generally accepted accounting principles (GAAP) as in effect in the United States. Further, the recipient and subrecipient must segregate and account for Solar for All award funds separately from all other program and business accounts during both the period of performance and under the Closeout Agreement. Additionally, the recipient and subrecipient must segregate and account for program income separately from its drawdowns of EPA award funds during the period of performance to maintain compliance with the Program Income Programmatic Term and Condition and the Period of Performance Programmatic Term and Condition.

## W. Internal Controls

Each recipient and subrecipient must comply with standards for internal controls described at 2 CFR 200.303. The "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States referenced in § 200.303 are available online at https://www.gao.gov/assets/gao-14-704g.pdf

## X. Audits

The recipient agrees to meet the requirements of 2 CFR Subpart F—Audit Requirements during both the period of performance and under the Closeout Agreement.

The recipient agrees to notify the EPA Project Officer within 30 days of the submission of the recipient's Single Audit to the Federal Audit Clearinghouse's Internet Data Entry System; the recipient also agrees to notify the EPA Project Officer within 30 days of the submission of any subrecipient's Single Audit (i.e., at any tier of subrecipients) to the Federal Audit Clearinghouse's Internet Data Entry System.

Additionally, in accordance with 2 CFR 200.332 and 2 CFR 200.501(h), the recipient agrees to disclose directly to the EPA Project Officer audited financial statements from any for-profit subrecipient (i.e., at any tier of subrecipients) that expends $1,000,000 or more of EPA funds from the recipient's grant program in the subrecipient's fiscal year. Any for-profit subrecipient that must disclose such financial statements is required to select an independent auditor consistent with the criteria set forth in 2 CFR 200.509 and obtain an independent audit substantially similar scope and quality to that of the Single Audit (see 2 CFR 200.500 et. seq.). The subrecipient must submit the audit to the recipient within 9 months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent auditor, whichever is earlier. As provided in 2 CFR 200.337(a) the recipient must provide EPA, the EPA Office of Inspector General, and the Comptroller General with access to the subrecipient's independent auditor reports.

## Y. Annual Workshop

Upon the request of the EPA Project Officer, the recipient must participate in an annual workshop (i.e., one workshop per calendar year) with other recipients under Solar for All. The workshop may include recipients from the National Clean Investment Fund and/or Clean Communities Investment Accelerator. The EPA Project Officer will contact the recipient to finalize details for each annual workshop.

## Z. EPA Project Officer Oversight and Monitoring

Pursuant to 2 CFR 200.206(b) and (c), 2 CFR 200.208(b)(1), and 2 CFR 200.208(c)(3)(4) and (6), EPA has determined that a specific condition is necessary to ensure that eligible recipients effectively carry

out the significant scale, complexity, and novelty of the Solar for All program. This specific condition will remain in effect throughout the period of performance unless the EPA Award Official determines, based on a request by the recipient or EPA Project Officer, that some or all of the specific conditions are no longer necessary for EPA to manage programmatic or financial risks.

The EPA Project Officer, or other EPA staff designated by the EPA Project Officer, will oversee and monitor the grant agreement through activities including:

1. Participating in project activities, to the extent permissible under EPA policies, such as: consultation on effective methods of carrying out the EPA-approved Solar for All Workplan, provided the recipient makes the final decision on how to perform authorized activities; coordination by EPA staff with other recipients under the Greenhouse Gas Reduction Fund and with other EPA programs, and other federal programs to avoid duplication of effort;

2. Reviewing the qualifications of key personnel, including senior management and board-level committee members or contractors employed by recipients. Note that EPA does not have the authority to select employees or contractors, including consultants, employed by the recipient;

3. Closely monitoring the recipient's management and oversight of subrecipients and procedures for ensuring that program beneficiaries adhere to program participation guidelines;

4. Closely monitoring the recipient's performance to verify compliance with the EPA-approved Solar for All Workplan and achievement of environmental results;

5. Participating in periodic telephone conference calls with recipient personnel to discuss project successes and challenges, and similar items impacting recipient performance;

6. Reviewing and commenting on performance reports prepared under the award agreement. Note that the final decision on the content of performance reports rests with the recipient;

7. Verifying that the recipient is expending the award on allowable activities, including but not limited to reviewing a sample of financial assistance transactions to verify compliance with regulatory requirements and the terms and conditions of this award;

8. Periodically reviewing costs incurred by the recipient as well as its contractors and subrecipients if needed to ensure appropriate expenditure of grant funds. Note that recipients are not required to submit documentation of costs incurred before obtaining payments of grant funds;

9. Working with other EPA officials to review and approve QAPPs and related documents or verifying that appropriate Quality Assurance requirements have been met where quality assurance activities are being conducted pursuant to an EPA-approved QMP; and

10. Monitoring the use of program income after the period of performance ends, in accordance with the terms of the Closeout Agreement.

*Method for Reconsideration.* If the recipient believes that this specific condition is not warranted or requires modification, the recipient must file a written objection within 21 days of the EPA award or amendment mailing date and must not draw down funds until the objection is resolved. The recipient must submit the written objection via email to the Award Official, Grant Specialist and Project Officer

identified in the Notice of Award.

Subject to approval by the EPA Award Official, the EPA Project Officer and the recipient may agree to additional areas of oversight and monitoring.

## AA. Compliant URL Links

The EPA may elect to develop informational materials to publicize the key characteristics of the recipient's Solar for All award. These materials may include links to recipient and/or subrecipients' websites. The recipient agrees to work with the EPA Project Officer or another member of Solar for All program staff to ensure any such links are compliant with pertinent EPA and government-wide standards.

## AB. Flow-Down Requirements

As described in 2 CFR 200.101, the terms and conditions of Federal awards flow down to subawards  unless a particular section of 2 CFR 200.101 or the terms and conditions of the Federal award specifically indicate otherwise. As required by 2 CFR 200.332(a)(2) and in accordance with the Establishing and Managing Subawards General Term and Condition, the recipient agrees to ensure that subrecipients are subject to the same requirements as those that apply to the pass-through entity's EPA award.

For the purposes of this award agreement, all terms and conditions must flow down to subawards to the extent they are applicable. The EPA Project Officer is authorized to waive the applicability of programmatic terms and conditions to subawards, unless the term and condition implements statutory, regulatory, or executive order requirements.

## AC. Financial Assistance in the Form of Credit Enhancements

If the recipient's EPA-approved Solar for All Workplan includes providing financial assistance in the form of credit enhancements such as loan loss reserves or loan guarantees, the recipient is authorized to draw down funds as cash reserves. "Cash reserves" means cash that is drawn down and subsequently held in order to support the recipient's deployment of financial assistance in the form of credit enhancements. Cash reserves involve the drawdown and disbursement of grant funds into an escrow account meeting the following standards: (1) the recipient does not retain possession of the grant funds; (2) the recipient cannot get the funds back from the escrow account upon demand; (3) the entity providing the escrow account is independent from the recipient; (4) the recipient is able to use the funds in the escrow account to support eligible uses of cash reserves, as defined here; and (5) the escrow account is with an "insured depository institution," as defined in 12 USC 1813. The recipient is not authorized to use an escrow account until the substantive terms of the escrow account have been reviewed and approved by the EPA Project Officer.

The recipient agrees to provide written guidelines for all financial assistance in the form of credit enhancements that must be approved by the EPA Project Officer prior to the recipient implementing its strategy, even if the form of credit enhancement is described in the EPA-approved Solar for All Workplan. These guidelines must describe how the expenditure enables low-income and disadvantaged communities to deploy and benefit from eligible zero-emissions technologies.

Any obligations that the recipient incurs in excess of the grant award funds allocated and expended to

execute its credit enhancement strategy are the recipient's responsibility. This limitation on the extent of the Federal Government's financial commitment to the recipient's credit enhancement strategy shall be communicated to all participating banks, borrowers, subrecipients, or program beneficiaries prior to the execution of any documentation governing such transactions with any such parties.

## AD. Additional Requirements for Eligible Nonprofit Recipients

*The following terms and conditions apply if the recipient is an Eligible Nonprofit Recipient as defined in the Eligible Recipient definition:*

### 1. Incorporation and Control

The recipient agrees to maintain its incorporation in the United States and to maintain its status as not being controlled by one or several entities that are not eligible recipients. Control is defined by either (i) control in any manner over the election of a majority of the directors, trustees, or general partners (or individuals exercising similar functions) or (ii) the power to exercise, directly or indirectly, a controlling influence over management policies or investment decisions.

### 2. Governance Requirements

### A. Board Size and Composition

The recipient agrees to ensure that its board size in terms of number of members (excluding advisory committees) is commensurate with the scope of oversight and monitoring activities as well as the scale, complexity, and risk profile of the recipient's EPA-approved Solar for All Workplan as well as other business activities. The board must have a sufficient number of members to adequately staff each of its committees.

The recipient agrees to ensure that its board consists of members that are qualified with relevant expertise, skills, and track record as well as representative members (including from low-income and disadvantaged communities).

In accordance with 2 CFR 200.329(e), in the event of a vacancy in board membership, the recipient agrees to notify the EPA Project Officer about the vacancy within 15 calendar days of the vacancy and make its best efforts to fill the vacancy with a qualified member within 120 calendar days of the vacancy.

### B. Board Independence

The recipient agrees to ensure that the majority of the board is independent, in accordance with the Internal Revenue Service's definition of "independent" for the purposes of Form 990 reporting.

### C. Board Policies and Procedures

The recipient agrees to enforce board policies and procedures including, among others, those that ensure strong ethics and mitigate conflicts of interest; ensure appropriate board training to review and assess internal risk assessments for all of the organization's significant activities; and ensure regular board engagement, including frequency of meetings and attendance procedures.

The recipient agrees to require recusals from any officers or members of the board of directors with a

personal or organizational conflict of interest in the decision-making and management related to financial transactions under this award. Such recusals must include but not be limited to decision-making and management of subawards and participant support cost payments to or from any organization in which an officer or member of the board of directors or their immediate family is directly employed by or has a consulting or other contractual relationship with, serves on the board, or is otherwise affiliated with the organization. The term "immediate family" has the same meaning as that term in the EPA's Final Financial Assistance Conflict of Interest Policy.

## 3. Legal Counsel

The recipient agrees to consult appropriate legal counsel. Counsel must review all agreements associated with any form of financial assistance provided that generates program income prior to execution of the documentation, unless the EPA Project Officer waives this requirement. The recipient is required to maintain and appropriately update such documentation during both the period of performance and under the Closeout Agreement. Upon request by the EPA Project Officer, the recipient agrees to provide certification from legal counsel that such documentation complies with these terms and conditions, the EPA-approved Solar for All Workplan, and applicable State and local law.

EXHIBIT 3

# Greenhouse Gas Reduction Fund

# Massachusetts Solar for All (MASFA) Program

## Workplan

## [October 9 , 2024]

**Project Title:** Massachusetts Solar for All (MASFA) Program

**Grant Number:** 84090201

**Organization Name:** Massachusetts Department of Energy Resources

**Geography:** Commonwealth of Massachusetts

Definitions ................................................................................................................. 3

1) Project Outputs, Outcomes, and Linkages to the EPA's Strategic Goals ..................... 6

   a. Outputs ............................................................................................................ 6

   b. Outcomes ......................................................................................................... 8

   c. Linkages to the US EPA's Strategic Goals ........................................................... 9

2) Meaningful Benefits ................................................................................................. 10

   a. Household Savings ........................................................................................... 10

   b. Equitable Access to Solar ................................................................................. 15

   c. Resilience Benefits .......................................................................................... 18

   d. Community Ownership ..................................................................................... 20

   e. Workforce Development ................................................................................... 21

3) Financial Assistance Strategy .................................................................................... 24

   a. Financial Assistance ........................................................................................ 24

   b. Revolving Loan Funds ...................................................................................... 29

   c. Enabling Upgrades .......................................................................................... 30

   d. Residential-serving community solar ................................................................. 32

   e. Grants of participant support costs to utilities or investor-owned utilities ............. 32

   f. Housing affordability ....................................................................................... 32

   g. Long-term asset operations .............................................................................. 33

MASFA Program Workplan

4)  Technical Assistance Strategy ................................................................. 35

    a.  Technical Assistance Overview ......................................................... 35

    b.  Workforce Development ................................................................. 37

    c.  Resilient Assets ............................................................................. 38

    d.  Community Benefits Agreements ..................................................... 40

5)  Equitable Access and Meaningful Involvement Plan................................... 40

    a.  Communities Served ...................................................................... 40

    b.  Customer Acquisition and Retention................................................. 41

    c.  Participatory Governance ............................................................... 42

    d.  Education and Outreach .................................................................. 42

6)  Fiscal Stewardship Plan.......................................................................... 43

    a.  Stewardship .................................................................................. 43

    b.  Subawards .................................................................................... 44

    c.  Consumer Financial Protections ...................................................... 44

7)  Timeline and Milestones ......................................................................... 45

8)  Budget Narrative ................................................................................... 45

    a.  Personnel...................................................................................... 45

    b.  Fringe Benefits .............................................................................. 46

    c.  Contractual................................................................................... 46

    d.  Other ........................................................................................... 47

    e.  Other - subaward .......................................................................... 47

    f.  Other – Participant Support Costs.............................**Error! Bookmark not defined.**

    g.  Indirect Charges ............................................................................ 49

    h.  Questionnaire ............................................................................... 49

MASFA Program Workplan

## Definitions

For the purposes of the MASFA Workplan and related programming, the definitions used are as follows:

- **BHA**: The Boston Housing Authority; a government agency providing public housing to Boston residents. Program administrator for the MASFA 'Solar on Public Housing Initiative'.
- **CBOs**: Community-Based Organizations; organizations and entities with a demonstrated history of engaging and supporting Low-Income and Disadvantaged such as community action partnerships, neighborhood revitalization organizations, advocacy groups, affordable housing providers, affordable housing developers, and non-profits.
- **CELH**: Clean Energy Lives Here; a MassCEC initiative providing a web-based resource library to provide MA consumers with information on the optimal clean energy home, including renewable and solar energy.
- **The Coalition**: The leading implementers of the MASFA funding, comprising DOER, MassCEC, BHA, and MassHousing, and the Massachusetts Community Climate Bank, operating inside MassHousing.
- **DBE**: Disadvantaged Business Enterprises; a for-profit entity at least 51% owned or controlled by socially and economically disadvantaged individuals. African Americans, Hispanics, Native Americans, Asian-Pacific and Subcontinent Asian Americans, and women are presumed to be socially and economically disadvantaged. Other individuals can also qualify as socially and economically disadvantaged on a case-by-case basis.
- **DOER**: Department of Energy Resources; the MA government agency that develops and implements policies and programs aimed at ensuring the adequacy, security, diversity, and cost-effectiveness of the State's energy supply.
- **DOL**: Department of Labor; a federal agency that fosters, promotes, and develops policies and programs to impact the welfare of wage earners, job seekers, and retirees; improve working conditions; advance opportunities for profitable employment; and assure work-related benefits and rights.
- **Gateway Cities**: A Massachusetts designation for 26 municipalities that anchor regional economies around the state with population greater than 35,000 and less than 250,000; median household income below the state average; and rate of educational attainment of a bachelor's degree or above that is below the state average.
- **GGRF**: Greenhouse Gas Reduction Fund; the funding source of Solar for All.
- **Good Jobs Principles**: Good Jobs Principles; eight principles issued by DOL, in partnership with the Department of Commerce, to identify what comprises a good job and to create a framework for workers, businesses, labor unions, advocates, researchers, state and local governments, and federal agencies for a shared vision of job quality.
- **ITC**: Investment Tax Credits; a federal tax credit for individuals installing solar systems on residential property under Section 25D of the tax code.

MASFA Program Workplan

- **LICSS**: Low-Income Community Shared Solar; a community shared solar project with at least 50% of its energy output allocated to low-income customers in the form of electricity or bill credits.
- **LIDAC**: Specific low-income/disadvantaged communities ('LIDAC') eligibility criteria for each pillar of MASFA programming are outlined in section 2) a.; however, all uses are consistent with the EPA and GGRF's definitions:
  - Communities identified as disadvantaged by the White House Council on Environmental Quality (CEQ) Climate and Economic Justice Screening and Mapping Tool (CEJST);
  - Disadvantaged communities as identified by the EPA's Environmental Justice Screens (EJ Screen), including the supplemental indexes and areas within Tribal lands;
  - Geographically dispersed low-income households, meaning individuals and households at or below the highest of either[1]:
    - 80% Area Median Income (AMI)
    - 200% of the Federal Poverty Level; or
    - 80% Statewide Non-Metropolitan Area AMI (only applicable for those in non-metropolitan areas); or
  - Properties providing affordable housing, meaning subsidized multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units, and an active affordability covenant.
- **MassCEC**: The Massachusetts Clean Energy Center; a quasi-public economic development agency dedicated to accelerating the growth of the clean energy and climate-tech sector across the State. Program administrator for the MASFA small residential, community solar and technical assistance programming.
- **MassHire**: a public instrumentality of the Commonwealth of Massachusetts consisting of a network of 16 MassHire Workforce Boards and 25 MassHire Career Centers responsible for distribution of WIOA funds and other public workforce development funds.
- **MCCB:** Massachusetts Community Climate Bank; A dedicated capital fund and associated set of programs located within MassHousing focused on delivering financing solutions to support decarbonization strategies in the residential sector, primarily in the low- and moderate-income multifamily rental and single-family homeownership markets. Program administrator for the MASFA Solar on Affordable Housing Initiative.
- **MassHousing**: The Massachusetts Housing Finance Agency, a public instrumentality of the Commonwealth of Massachusetts established by the Legislature and charged with

---

[1] For 2024 data, the U.S. Department of Housing and Urban Development's thresholds for 80% AMI are the highest of all three possible qualifying thresholds, uniformly across Massachusetts' towns, counties, and HUD FMR areas. Therefore, in accordance with the Solar for All Terms and Conditions, 80% AMI will be the income eligibility threshold for residents in all geographic areas of Massachusetts. The Coalition will update the data in this comparison annually to ensure continued accuracy.

MASFA Program Workplan

providing financing to increase the supply of single- and multi-family housing in the Commonwealth for occupancy by persons and families of low and moderate income.

- **MLP**: Municipal Light Plant; MA municipalities may own, maintain and operate an MLP to provide electric and/or gas services to their citizens. They have different structures and governance to investor-owned utilities, including ineligibility for SMART. There are currently 41 MLPs in MA.

- **PPA**: Power Purchase Agreement; an electricity supply agreement between a power producer and a customer, with electricity supplied either physically or by balance.

- **SMART**: Solar Massachusetts Renewable Target; the incentive program for solar projects in MA. Recipients are awarded a base compensation tariff by a utility company, subject to location- and off taker-based adders and subtractors. To be eligible, solar PV systems must be smaller than 5MW and interconnected with the grid.

- **WIOA**: Workforce Innovation Opportunity Act; federal legislation designed to help job seekers access employment, education, training, and support services to succeed in the labor market and to match employers with the skilled workers needed to compete in the global economy. WIOA funds are overseen by DOL and distributed in Massachusetts by MassHire.

MASFA Program Workplan

# 1) <u>Project Outputs, Outcomes, and Linkages to the EPA's Strategic Goals</u>

### a. Outputs

MASFA outputs will consist of six core program pillars:

i. **Small Residential - Zero Interest Loan** (**SR - Loan**): A financial product utilizing an Interest Rate Buy Down ("IRBD") to enable low-cost financing via local lenders. This program will also address barriers to adoption by directing residents to paired pathways for accessing external programs for financing efficiency, enabling upgrades, solar, and/or energy storage (further detailed in 3) c)). This initiative will be managed through an application platform to ensure that projects meet minimum technical requirements and installers are compliant with required training and business standards (further detailed in 4) c)) for participation in MASFA. To be administered by MassCEC.

ii. **Small Residential - Solar Lease Initiative (SR - Lease)**: A third-party ownership model to provide a low-cost rooftop solar offering for certain scenarios, such as where homeowners are not able to monetize federal tax credits themselves. This initiative is designed to help homeowners access the long-term benefits of solar PV by utilizing third-party capital to fund the early stages of a project. The initiative will allow eligible customers access to solar leases that are cash flow positive from day one, with a long-term option of ownership when appropriate. To be administered by MassCEC.

iii. **Affordable Multifamily - Solar on Public Housing Initiative (AMF - Public)**: A Statewide central procurement for public housing authorities to install solar PV on residential multifamily properties.  To maximize the range of owners and specific scenarios that can be impactfully served, the program will offer both an "Ownership Solution" and a "Third-Party Owned" solutions, and a subsidy (or forgivable portion of the financing) available to both that enable project economics to deliver impactful savings to tenants.  Benefits to be delivered to tenants on a master meter or receiving utility allowance through non-energy benefits.  Additionally designed to incorporate workforce development through organized labor apprenticeships. To be administered by BHA on behalf of all housing authorities statewide, in close coordination with the Massachusetts Executive Office of Housing and Livable Communities (EOHLC).

iv. **Affordable Multifamily - Solar on Affordable Housing Initiative (AMF - Private)**: The initiative will work with affordable housing owners to provide the technical assistance needed to navigate the complexities of project design, financing, and

implementation of solar PV, and help guide owners to existing sources of capital. A short-term revolving loan fund will enable ownership through bridge financing for owners to cover costs during the construction period and until receipt of other incentives (such as the ITC), with options for converting a portion of any remaining loan balance into a grant and/or sourcing a small permanent loan from MassHousing to repay a portion of the loan balance, determined on a project by project basis to ensure owners deliver at least 20% savings to all tenants. To maximize the range of owners and specific scenarios that can be impactfully served, the program will offer both an "Ownership Solution" and a "Third-Party Owned" solution. To be administered by Massachusetts Community Climate Bank.

v. **Low-Income Community Shared Solar Initiative (LICSS)**: MASFA funds will stack on top of existing SMART incentives to provide an additional incentive to LICSS projects that go above and beyond SMART's low-income eligibility requirements to provide meaningful benefits. These include providing verified net savings that exceed 20%, allocating more than 50% of output to LIDAC customers, and enrolling anchor off-takers that otherwise provide community benefits, such as local CBOs, non-profits, affordable multifamily properties, or municipal aggregation programs.

A portion of funding will be set aside to provide support for Community Owned Community Solar (COS) projects, if owned by a municipal, cooperative, or community non-profit or other public-serving entity. This additional support will be available to COS projects on top of the LICSS incentive and will include direct financial assistance to address development hurdles and technical assistance for market analysis, project planning, marketing, and outreach and engagement with stakeholders.

MassCEC will also allocate a portion of funding for grants to support a LICSS pilot program in MLP territories, who do not participate in the SMART Program and have different rate structures. Details will be established in consultation with MLPs during the planning period. During the planning period, the Coalition will engage a diverse group of stakeholders to ensure that program components match stated community needs. Among others, this stakeholder group may include solar developers, leadership from existing community-owned systems, DBE firms, and staff from MLPs.

In addition to the core programming, MASFA will provide additional supporting initiatives such as:

- Workforce development, including wrap-around support for solar apprentices, funding to support LIDAC entrants in training centers, and a Solar Business Accelerator;

MASFA Program Workplan

- Promotion of MASFA programming as a potential complement to existing decarbonization programming, such as CELH, MassSave Low Income efficiency programs, and the Weatherization Assistance Program (WAP);
- Technical assistance and support for Community owned solar development, to assist CBOS or other community owners in overcoming barriers to Community Owned CSS development;
- A CSS marketplace to publicly share information about community solar arrays that are actively enrolling participants. This marketplace will ease participation in community solar by centralizing projects and making comparisons between projects easy to distinguish. Funding from SFA will ensure that this CSS marketplace prioritizes community impact and benefits delivery to LIDACs;
- Grants and resources for CBO capacity building and to support CBOs to lead outreach and engagement for solar opportunities, including participation in CSS projects; and
- Municipality support and training, with a focus on automated permitting solutions.

**b. Outcomes**

Together, the outcomes of the programming being deployed using SFA funding are expected to include:

   i. Climate and Air Pollution Benefits
- 125MW of new solar capacity, including:
  - New residential solar capacity of 55MW
  - New community solar capacity of 70MW
- New battery storage capacity of 31MW
- Reduction in GHG emissions of 71,063 tons CO2 annually over the expected 20-year lifetime of solar panels, versus the equivalent energy generation through other energy generation methods

   ii. Equity and Community Benefits
- New solar utilization by about 29,000 LIDAC households, representing 3% of the households in geographically eligible low income and disadvantaged communities in MA (note that this percentage does not capture geographically dispersed eligible households).
  - Of those households, we estimate 5,726 will comprise small residences through our zero-interest loan and solar lease initiatives, 7,721 units in multi-family buildings, and 13,961 households served by new community solar projects.

MASFA Program Workplan

- Savings to households are estimated to reach over $372 million in aggregate. Reflecting benefits on average of $12,492 per household over the assumed 20-year lifespan of solar panels with each household is expected to save an anticipated $625 per year over the lifetime of the solar panels.

*Note that expected outcomes are based on anticipated and modeled project sizing, costs, participation rates, average building characteristics, electricity pricing and other factors, and are subject to change as actual values are realized over the course of the program.

iii. Market Transformation Benefits
- 2,819 new jobs (in job-years) created. For context, meeting Massachusetts solar needs by 2030 is estimated to require 720 additional full time solar PV installers active in the industry.[2] In addition, we expect to see:
  - Over 250 new entrant participants supported through pre-apprenticeship and on-ramp workforce development programs;
  - Improved solar training for more than 400 current electrical apprentices and journey workers; and
  - More than 50 businesses accessing resources through the Solar Business Acceleration and at least 20 engaged in receiving services.

iv. In the interests of transparency, as other programming metrics become available, they will be made publicly accessible through online publication.

c. **Linkages to the US EPA's Strategic Goals**

This award supports the following goals and objectives of the EPA Strategic Plan (2022-2026):

Goal 1: Tackle the Climate Crisis
- **Objective 1.1**: Reduce Emissions that Cause Climate Change

---

[2] https://www.masscec.com/reports/industry-2023/

9

MASFA Program Workplan

## 2) **Meaningful Benefits**

### a. Household Savings

Model proforma developed by the Coalition rely on average utility rates and typical household energy usage to set anticipated incentives and design programs to ensure a minimum 20% savings on household utility bills. Whenever possible all MASFA programs will prioritize funding projects that are able to deliver savings greater than 20% to participating households.

**Baseline:** Baseline figures to determine household energy savings are based on the most recent electricity delivery rates and average electricity supply rates published by Massachusetts investor-owned utilities (National Grid, Eversource, and Unitil) multiplied by the most recent available statewide monthly and annual residential energy usage data from U.S. Energy Information Administration. For each of Massachusetts' 41 communities served by MLPs, the baseline calculation will be based on each MLP's most recently published rates.  These calculations will be updated once each calendar year to reflect changes in supply and delivery rates across each utility territory, and will be reviewed with an opportunity for stakeholder input prior to program launches, and through program operational feedback loops.

**Calculations:** Projected system revenues and benefits to participating residents will be calculated in a manner specific to each program, incorporating components including projected electricity rates, current market mechanisms such as net metering, and existing incentive programs such as SMART. Throughout all calculations, consideration will be made to participant costs including loan payments, fees, O&M, and other costs to ensure savings are based on net impact. Details of approach and timing for each financial assistance program are below.

Emphasis will be placed throughout all MASFA programs to implement financial products that provide material benefits and do not inadvertently increase other economic burdens on participating households. In MLP territories, the revenue and benefits calculation will reflect market mechanisms and incentive programs specific to the applicable MLP, and be informed through engagement with MLPs.

Details on how each program will ensure household savings are below.

10

MASFA Program Workplan

    i. **SR - Loan**: The direct ownership pathway for small residential and single-family households enables participating residents to reap the full benefit of their solar PV project, which both historically, and based on a modeled sample customer, are typically significantly more than 20%. Program requirements will ensure that contractors demonstrate the minimum savings threshold will be met to establish eligibility for financial assistance. MassCEC, the administrator of the ZIL Program, will also conduct annual market assessments, updating program guidelines to ensure continued accuracy of project cost and savings assumptions. Possible increased electricity prices throughout and following the conclusion of MASFA programming will increase the level of savings the PV system will provide.

    ii. **SR - Lease**: The Lease product will be subject to competitive procurement, allowing MassCEC to ensure that all leases will meet or exceed the 20% minimum annual savings requirement to be eligible for funding.  This process will also encourage solutions that can deliver greater impacts than traditional lease structures and other potential community impacts, such as alternative underwriting approaches, limited or no price escalators, multiple pricing structure options, and options for energy storage and/or energy efficiency services. MassCEC will ensure that lease contract terms require a minimum 20% savings for the entirety of the pay-back period, both through and beyond the conclusion of the program.

    iii. **AMF**: The Solar on Public and Private Housing Initiatives will require public housing authorities and privately-owned regulated affordable housing that use MASFA funds to set aside a portion of electric cost savings that will be used to provide equivalent household benefits equal to and, whenever possible, greater than 20% in a manner consistent with HUD-approved paths to deliver benefits. Emphasis will be placed on strategies that provide material benefits and do not inadvertently increase other economic burdens on tenants, i.e. are not counted as annual income[3].  Financial assistance will support opportunities for direct ownership across both programs via bridge loans. Loans will be sized accordingly to enable projects to deliver the minimum required savings to tenants. In the third-party model, typically facilitated by a "Build-Own-Operate" company, the system owner receives a grant for a portion of the system costs in exchange for providing, by contract, a benefit to all residents that is equivalent to 20% or more of the value of average electric costs.  Within this sector, the ownership model is preferred because it will enable property owners to maximize the energy savings, equity, and other benefits passed on to residents. The tailored incentive approach to these projects and the direct involvement of Boston Housing Authority and MCCB in shaping the funding formulas for each respective program will ensure that all solar facilities funded under this program meet the

---

[3] See 8/2/2023 HUD guidance on Treatment of Solar Credits in Master Metered Buildings in Public Housing Office of Public and Indian Housing (hud.gov)

MASFA Program Workplan

minimum 20% savings requirement. For ownership or third-party models, a housing authority may opt to pursue an energy performance contract structure when seeking to pair solar with other energy-saving interventions. Federally-assisted housing authorities typically split savings with HUD unless solar agreements are subject to an Energy Performance Contract, thus the EPC model enhances the ability of housing authorities to meet both HUD and EPA requirements.

The Coalition plans to structure household savings in a way that is easy for owners to deliver and ensures that tenants get to choose the benefits that will be most meaningful to them. We propose the following process to determine the funding formulas and delivery methods across the Private and Public Affordable programming:

- We will calculate 20% of the average utility bill for the project territory (see baseline calculation above) and multiply that amount by the number of units in the property to get the minimum annual funding required to be delivered to property households.
- As described above, the baseline figures will be updated once per calendar year. The Coalition may consider a published escalation factor to account for projects year by year changes and their ability to meet minimum savings requirements.
-  By default and where such resident councils or local tenant organizations exist, an applicant-property's resident council will choose from a shortlist of service options up to an amount that equals the minimum required funding. When choosing a benefits delivery method tenant councils may determine a schedule to revisit the selected delivery method. The Coalition will establish an approved default method for resident involvement in the choice of alternative benefits that will be used if a resident council is unable to make a determination, thereby ensuring that savings are not withheld from tenants. An applicant-property owner may propose other methodologies for selecting and delivering alternative benefits to tenants, for example, if no tenant organization exists or if an existing or proposed planning process engages a broader set of tenants or is clearly responsive to resident-identified goals.
- Property owners will report annually on services delivered and total cost, demonstrating that tenants received the minimum required meaningful benefits in line with the financial assistance.
- The Coalition will regularly review and assess updates to HUD and MA Executive Office of Housing and Livable Communities guidance anticipated to affect energy and utility policy for regulated affordable housing and housing authorities.

MASFA Program Workplan

To further refine its approach to delivering non-direct financial savings, the Coalition will provide interested parties with opportunities to comment on proposed plans. Coalition members have already engaged with environmental justice community stakeholders for preliminary feedback on the program and maintained a public-facing log of activities concerning the Solar For All program. The Coalition will also cite and utilize examples of indirect and/or non-energy benefits from existing federal guidance on solar programs in master-metered buildings. Such examples include financial empowerment programs, free or reduced cost internet access, and support for tenant activities and organizations among other examples.

The Coalition will also provide opportunities for public housing tenant organizations, housing authorities, and other affordable housing stakeholders to provide input on meaningful benefits from solar. The Coalition will also request applicants demonstrate how their application is responsive to tenants' needs. If an applicant has not specifically engaged tenants around solar programs, it must show that the benefits offered are tangibly related to tenants' needs and how they would engage tenants if awarded MASFA funds.

In consultation with MassHousing's Housing Stability team, MCCB is developing a menu of options for property resident councils to consider and choose between, maximizing resident choice and decision making.  All regulated affordable housing properties will dedicate a portion of the tenant benefit funding to support the property's resident council with relevant training and facilitation services as needed so that the council can effectively gather tenant opinions and make choices on behalf of the property as a whole (see below for more details).  Benefit options for tenants of public and private affordable housing are likely to include the following, with more options in development:

- **Resident Council training and ongoing support:** All properties will be required to receive support from a Resident Council, Tenant Board, or other resident leadership structure. Properties that do not have established resident leadership structures will be required to access training to establish a process for tenant input and choose among the benefit options within twelve months of loan closing.  Properties will contract directly with resident leadership support organizations such as the Mel King Institute for Community Building's Resident Leadership Academy[4].  Properties that do have established Councils may access services to support or consultation to establish a process for tenant input and choose among the other options for their property's meaningful benefits.

---

[4] Resident Leadership Academy | Mel King Institute

MASFA Program Workplan

- **Rent Reporting Services:** To provide opportunity for all residents to establish and boost credit scores. Rent reporting services use platforms to capture rental payment data and report to credit bureaus to build credit scores. This allows renters to build and establish their credit scores while helping property owners mitigate against initiating evictions. Some rent reporting companies offer other provisions. For example, MassHousing has recently initiated a pilot program with Esusu[5], who also provides rent relief loans and social impact data.
- **Free broadband and related services:** The Massachusetts Broadband Institute (MBI) is the central broadband office for the Commonwealth of Massachusetts. MBI's assessment of needs published in July 2024[6] found that "greater affordability, higher quality of service, and increased internet safety are top priorities" for residents across the state. MCCB will develop a shortlist of options and providers ranging from free quality high speed internet, low-cost devices, digital literacy support, cybersecurity support, and online public resource accessibility.
- **Community Programming:** Site and community-based programs create accessibility to resources, support youth development, bridge generational gaps, prevent social isolation and build connections. MassHousing has funded a range of third-party programming that could be leveraged or serve as a blueprint for programming initiatives, including drop in and homework programs; summer youth employment; technology initiatives; Resident Engagement Programs, with a vetted lists of wellness, arts and culture, and education workshops and activities; and onsite eviction prevention and economic mobility assistance.

Over the initial 9 months during program development, the Coalition will take the following steps to finalize funding formulas and delivery methods across public and private programming to ensure property tenants receive a minimum of 20% of the utility savings:

- Finalize the funding formulas for the Public and Private programs and menu of benefit options, in conjunction with the Financial Assistance structure and in consultation with stakeholders;
- Refine the funding formula guidelines to both account for changes in average utility bills over time and provide predictable operating costs to affordable housing owners;

---

[5] https://esusurent.com/
[6] https://broadband.masstech.org/sites/default/files/2024-07/BEAD%20Initial%20Proposal%20Volume%20II.pdf

MASFA Program Workplan

- Coordinate with MassHousing's Housing Stability team and other relevant stakeholders to finalize the menu of service options for year one;
- Engage with a statewide group of Resident Service Coordinator Directors to get feedback on the proposed menu of benefit options and delivery; and
- Establish a process for supporting and monitoring benefit delivery at the property level.

iv. **LICSS**: Eligibility for LICSS incentives will be contingent on a guaranteed minimum level of savings for customers and the commitment that savings will accrue throughout the MASFA funding term. Developers and system owners receiving MASFA funds for LICSS will be required to assess customers' electric usage to determine the subscription size that will deliver minimum energy bill savings and provide additional incentives for those projects that commit to provide household savings equal to or, whenever possible, greater than 20%. As applicable, savings will be verified annually by DOER as part of the SMART Program's existing annual low-income community solar compliance review.

b. **Equitable Access to Solar**

i. As noted in "Definitions", the MASFA program and its eligibility criteria will largely adhere to the EPA and GGRF's definitions of geographically based eligibility, geographically dispersed eligibility, and affordable housing eligibility.  However, each financial assistance program will have its own independent eligibility framework. For some programs, the full range of GGRF's LIDAC definition may not accurately represent the MASFA's target population. During program development, we will create program-specific plans to address such cases by adopting one or more of the definitions of LIDAC. By doing so, we will ensure that MASFA provides funding to those who need it most without increasing the difficulty of accessing funding. The designations of which LIDAC definitions apply to each program are further explained below. Eligibility criteria for specific programming will be reviewed considering stakeholder engagement, before and after program launch.

ii. **SR – Loan and Lease**: To ensure that incentives are allocated to those who need them the most, the small residential initiatives will use a slightly narrower definition of LIDAC than the full definition outlined in the EPA's Terms and Conditions. If using the full definition of LIDAC, geographic eligibility guidelines could allow homeowners outside of MASFA's target population to receive zero-percent interest rates on solar loans. For instance, homeowners residing in a disadvantaged community defined by CEJST or EJScreen but who do not meet income requirements may still be eligible for this program. To address this risk, we have

MASFA Program Workplan

elected to use only one of the definitions of LIDAC. Participants of the Loan and Lease programs may demonstrate 'Geographically-Dispersed' income eligibility in one of two ways:

- <u>Direct Income Verification</u>: The Coalition will procure a third-party income-verification consultant to provide services to program participants free of charge. Residents must display that their household income does not exceed income thresholds outlined in the definition of Geographically-Dispersed LIDAC, in accordance with annually updated data from the U.S. Department of Housing and Urban Development, the U.S. Department of Health and Human Services, and the CDFI Fund. The income-verification consultant will use tax returns to verify this information.

- <u>Proxy Income (Categorical) Eligibility</u>: Residents may provide documentation of participation in an approved state or federally run low-income assistance program. These programs must have income eligibility guidelines that do not exceed the income thresholds outlined in the definition of Geographically-Dispersed LIDAC. The Coalition is assembling a list of approved programs by comparing income eligibility thresholds for each program to the latest publicly available figures on FPL and AMI, as provided by the U.S. Department of Health and Human Services, the U.S. Department of Housing and Urban Development, and the CDFI Fund. This list will be revised annually to align with updated income eligibility thresholds. Residents who meet this criterion will still be required to verify that their income aligns with eligibility requirements.

iii. **AMF - Public**: This program will allow Public Housing Authorities or Building Owners of affordable housing to obtain grants or loans to purchase and install solar electric systems or to engage in a purchase power agreement. An eligible applicant shall be a Public Housing Authority as defined by HUD and/or a Local Housing Authority as recognized by the Massachusetts Executive Office of Housing and Livable Communities. HUD- and state-assisted public housing meet GGRF LIDAC definitions under category (d), properties providing affordable housing. Additionally, it is noted that public housing tenants are low-income and extremely low-income residents whose income is regularly screened. HUD-assisted public housing, for example, admits tenants under 80% AMI, but in Massachusetts, many public housing residents have incomes below 30% AMI. Many public housing communities will also qualify under the geographic screening tools used to identify environmental justice communities. Solar on public housing will benefit LIDACs through financial savings to low-income tenants, improved operation and housing quality in affordable housing properties, enhance non-energy benefits including but not

16

limited to low-cost or free internet access, and funding for community amenities including enhanced resident services.

Eligible properties shall include federally assisted properties owned by a housing authority and funded under Section 9 of the US Housing Act of 1937, federally-assisted property owned by a public housing authority or affiliated entity controlled by the housing authority assisted via project based vouchers under the Section 8 program, and other housing authority operated low-income housing properties, such as Low-Income Housing Tax Credit properties. State-assisted properties shall include properties operated by housing authorities established pursuant MGL 121b Section 3 and other applicable state law and include Local Housing Authority units funded by the Executive Office of Housing and Livable Communities. For any housing authority affiliated entity, the housing authority shall demonstrate that it owns and/or controls the affiliated entity and that the property in question is low-income housing. The number of properties BHA may fund under SFA will be capped relative to the total number of non-BHA properties throughout the state.

iv.  **AMF – Private**: The Private Initiative will allow owners to obtain grants or subsidized loans to purchase and install solar electric systems or to engage in a third-party PPA. Eligible Financial Assistance recipients will be nonprofit or for-profit owners of private affordable multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units and with an active affordability covenant from one of the following federal or state housing assistance programs: Low Income Housing Tax Credit, a housing assistance program administered by the U.S. Department of Housing and Urban Development (HUD), a housing assistance program administered by MassHousing, a housing assistance program administered by the Massachusetts Housing Partnership (MHP) or a housing assistance program administered by the Massachusetts Executive Office of Housing and Livable Communities (EOHLC).

This dedicated focus on regulated affordable housing ensures that low-income households will receive the benefits of solar. Additionally, as a part of program design over the next nine months, the Initiative will consider how we can enable more program participation by properties:

- Located in areas that are designated LIDAC communities, Environmental Justice communities, Areas of Economic Distress[7] or Gateway Cities; and/or

---

[7] **An Area of Economic Distress** is a census tract: (a) Where at least 20% of households that are Very Low-Income (50% of AMI or below) spend more than half of their income on housing; or (b) that are designated Qualified Opportunity Zones under 26 U.S.C 1400Z–1; or (c) that are Low-Income Housing Tax Credit Qualified

MASFA Program Workplan

- That maximize affordability either with a greater percentage of units that have regulated affordability covenants and/or with deeper affordability requirements; and/or
- Provide other quantifiable benefits to LIDAC communities or residents.

v. **LICSS**: This program will allow developers of community solar to access funding to construct community solar farms serving LIDACs. Solar PV sited within MLPs are not eligible to receive incentives from the SMART program. The MASFA LICSS program will carve out a portion of funds to be allocated to projects located in MLPs. The Coalition will use income and geographic-based eligibility criteria to verify that residents are eligible to participate in SFA-funded community solar projects. The Coalition will devise an outreach and engagement plan that is informed by stakeholder engagement from community-based organizations for how to most effectively reach eligible participants. This strategy will also include plans for reaching prospective site hosts for community solar arrays.

vi. **Supporting Initiatives**: These programs will provide LIDAC recipients of awards and partners working within LIDAC communities with funding for TA, WFD, building upgrades, and other objectives to improve implementation of MASFA programs as needed.

c. **Resilience Benefits**

i. MASFA programs will support the deployment and strategic operation of energy storage across the State, complementing existing incentive programs such as the Clean Peak Energy Standard, Connected Solutions, and SMART. Program-specific details are below. Financial assistance that supports installation of energy storage will adhere to guidance set by EPA. Installation of standalone storage will not be eligible to receive funds.

ii. **SR – Loan and Lease**: Although battery storage is key to increased resilience for small residential households, it is often complex and costly to pursue. As part of both MASFA small residential initiatives, residents will be provided information and resources to understand the value battery storage can provide and their eligibility to participate in existing MA programs. Participants of the MASFA Loan program that are interested in battery storage will be directed to the Mass Save HEAT Loan, a comparable zero-percent interest loan available to all Massachusetts residents of

---

Census Tracts; or (d) where greater than 20% of households have incomes below the poverty rate and the rental vacancy rate is at least 10%; or (e) where greater than 20% of the households have incomes below the poverty rate and the homeownership vacancy rate is at least 10%; or (f) are Underserved Rural Areas, as defined in the CMF Interim Rule (as amended February 8, 2016; 12 C.F.R. Part 1807)

MASFA Program Workplan

Investor-Owned Utility territories. As part of initial lender solicitation, Coalition will solicit participation from Mass Save HEAT Loan lenders in the MASFA Loan initiative to simplify obtaining loans through both programs for participants interested in storage. Financing options for energy storage may be available under the MASFA Lease program as part of the total financing package available, if such options are proposed by lease providers and selected through competitive procurement. Storage will only be sited in conjunction with residential serving PV projects funded through the MASFA Lease program. Total financial assistance deployed for storage will not exceed 10% of lease program funds. For MLP residents who are not currently eligible for existing energy storage programming, separate advice will be made available through CELH to help owners consider options.

iii.  **AMF – Public:** Given public housing's significant potential to serve as community resiliency hubs, support will be provided to housing developments that seek to integrate resilience benefits. This will be in the form of technical assistance to ensure that resiliency hubs can both operate during critical periods, without grid power, and provide grid services during non-critical operating periods. Storage systems will qualify for incentives under the Massachusetts SMART program promulgated by Massachusetts DOER. Energy storage systems may qualify for utility demand response programs such as Connected Solutions, a program administered by Eversource Energy.

iv.  **AMF – Private**: The Initiative will direct all Financial Assistance to affordable housing so that we can deliver the greatest reduction in energy burden for LIDAC communities.  The Coalition and the chosen technical assistance provider will offer technical assistance to each property, including support to explore the feasibility of integrating storage with solar to operate during critical periods without grid power. Where possible, the Coalition will connect building owners to non SFA funding sources, such as Connected Solutions, to explore applicability for leveraging those funds for installation. Storage systems will qualify for incentives under the Massachusetts SMART program promulgated by Massachusetts DOER. Energy storage systems may qualify for utility demand response programs such as Connected Solutions, a program administered by Eversource Energy.

v.  **LICSS**: Dependent on project size, LICSS projects may be required to be paired with energy storage, as it is a condition of SMART eligibility for projects greater than 1 MW AC that they include energy storage. During program development the Coalition will determine additional incentives to be available to MASFA for projects that provide resiliency benefits, such as delivering backup power to critical facilities that provide public services during emergencies or projects designed as microgrids serving eligible households. While the ability to provide such services is not typical of most community solar facilities today, the ability to provide resilience benefits will be a

MASFA Program Workplan

factor considered as part of the competitive procurement process to select LICSS projects.

d. **Community Ownership**

i. **SR – Loan**: For small residential households that can take on a loan and monetize the ITC, the Zero Interest Loan provides the most direct path toward system ownership. The Coalition will encourage ownership wherever practical and economically responsible for a resident (more details on decision support can be found in section 4) a)) to ensure that the full benefits of adopting solar are being directed to LIDAC neighborhoods whenever possible. Direct ownership is the most effective way of enabling households to reap the full economic benefit of solar, including long-term credit and wealth building benefits.

With this initiative, we are building upon the success and existing lender network of MassCEC's Mass Solar Loan Program, which helped 17 lenders issue nearly 5,800 loans, to which about 54% were low-or moderate-income residents. The Coalition is confident in the ability of this financial model to maximize the potential for ownership of assets in LIDACs while avoiding undue financial stress, as demonstrated by the low default rates to date in the Mass Solar Loan program. As of 2024, the default rate for MSL participants with incomes below 80% AMI is 0.93%.

ii. **SR – Lease**: The Lease initiative complements the Loan approach to provide optionality, particularly in circumstances where residents are unable to monetize the federal tax credit. This approach utilizes third-party ownership for a portion of the project life, with lessors that will be closely vetted and approved by MassCEC. A committee to evaluate and approve proposals will be established, including representatives from organizations that serve LIDACs to maximize the benefits delivered directly to households. The competitive approach to identifying lease providers can prioritize approaches that deliver greater benefits to residents, incorporate opportunities for wealth building in the community and offer pathways to system equity.

iii. **AMF**: Given the complexity and nuance involved in regulated affordable housing – the majority of which have master metered buildings - and regulations around utility allowances, the Coalition's focus for multifamily properties is on enabling onsite solar PV installations to maximize the number of low-income residents that can take advantage of the many positive benefits of solar power.

The Coalition and our TA provider will help property owners choose whether direct ownership of the PV installation or third-party ownership will best serve the needs of

20

the property and its residents. This optionality recognizes the individual circumstances and priorities different building owners may have, while ensuring availability of deeper benefits through ownership. Where appropriate, the Coalition will encourage owners to consider how the enhanced savings and equity in direct ownership may enable other long-term improvements and property upgrades that directly benefit tenants. Additionally, we expect that some affordable housing owners that receive financial assistance will be community-based nonprofits, where direct ownership will also broadly contribute to community ownership as defined by the EPA. Amongst applications using a third-party ownership model, the Coalition will consider using a scoring priority for projects that feature community ownership models in lieu of investor ownership.

iv. **LICSS**: Projects that present paths to local, cooperative, and/or non-profit ownership will be eligible for a MASFA LICSS incentive in addition to the SMART incentive. The Coalition will carve out a portion of Solar for All funds to provide direct financial assistance to community-owned projects to address specific barriers such as access to capital and tax credit monetization. The Coalition will refine its approach and continue to identify the unique funding needs required to enable community-owned solar arrays to be built during the one-year planning period. It is anticipated that these funds will be made as grants, or the Coalition will work with the project developers and local lenders to establish a loan product to offer low-cost short-term financing to meet the early capital needs that are often constraints for solar development. Through program development and stakeholder engagement the Coalition will assess additional financial assistance strategies other than direct grants or loans.

Technical assistance and market support will be offered to COS projects, recognizing that most community solar development in Massachusetts thus far has been through the third-party owned subscription model and that targeted support is required to activate the market for this ownership model. This will include technical assistance to support direct pay qualification and monetization of tax credits, marketing and outreach support, and market/economic analysis.

e. **Workforce Development**

i. MASFA funds towards workforce development will be deployed under four main pillars, each of which is designed to support expanded access to high-quality solar jobs within LIDACs while also providing opportunities for career advancement and solar business growth. MassCEC's Equity Workforce Program, which currently has over one hundred active grant organizations, with over two hundred partner organizations, is providing career pathway training to new entrants and incumbent

MASFA Program Workplan

workers, career awareness and exploration, and support to DBEs and other businesses emerging and expanding in the clean energy sector. The existing programs align with the standards set forth in the Good Jobs Principles due to MassCEC emphasizing workforce development practices that lead to quality jobs, sustaining wages, and continued career advancement post-placement, both during scoring of applications and during subsequent ongoing, high-touch technical assistance provided directly to grantees. Future awards made with MASFA funds will continue to uphold the Good Jobs Principles. Due to the established MassCEC Equity Workforce Program ecosystem and grant opportunities, work on the four pillars during the planning period will primarily focus on engaging with stakeholders for feedback and to expand partnerships and enhancing existing grant solicitations to integrate MASFA funds, standards, and definitions.

ii. **Apprenticeship/On-Ramp Support**: MassCEC already works with several pre-apprenticeship and solar training programs that provide defined on-ramps for entry-level solar positions, from laborers to electrical apprentices. MassCEC will assess the current barriers in these programs and others and determine how additional support services could ensure broader access and persistence through the initial training and into employment. Funding tied to this strategy will be deployed through grants to existing programs that need to offer expanded support services to address access issues.  Eligible uses will include addressing child care, transportation, and cost-of-living needs while in training. Additionally, these grants will enable programs to develop more robust career navigation and advancement services for participants. While most of this pillar will focus on expanding access for LIDACs by expanding existing programs and enhancing services and supports in these pre-apprenticeship and on-ramp programs, the funds may also support the creation of new pre-apprenticeship and on-ramp programs in regions of the state that currently lack these options and also have high concentrations of LIDAC residents.

iii. **Unions and Joint Apprenticeship Training Centers (JATCs)**: Union training centers have a strong track record of providing access to high-quality jobs. Ensuring that these union-affiliated training centers can offer the most up-to-date solar training will strengthen opportunities for LIDAC residents to access high-quality solar jobs, especially when robust referral partnerships between pre-apprenticeship and on-ramp training programs exist. Through communities of practice, in person convenings, and concerted technical assistance and matchmaking that are part of MassCEC's Equity Workforce Program, MassCEC has been strengthening on-ramp connections between unions and other workforce institutions, including MassHire, vocational technical high schools, community colleges and other postsecondary institutions, and CBO and for-profit training organizations, to ensure that new entrants from LIDAC communities and other disadvantaged backgrounds have

access to JATC training opportunities. JATCs can also provide upskilling and ongoing training in solar to ensure that more of their union signatories are equipped to take on solar installation work. Through this pillar of the plan, grant opportunities will be used to address current gaps and barriers to expanded solar training in JATCs across the state and continue strengthening connections between JATCs and other workforce organizations.

iv. **Solar Business Accelerator**: MassCEC's Equity Workforce Program currently offers grants to organizations that work to support the creation and growth of climate-critical businesses with a focus on businesses that would qualify as DBE's or be otherwise classified as underrepresented or disadvantaged under existing state classifications. Through these funding opportunities, MassCEC has grown a statewide ecosystem of support organizations responsive to the barriers faced by diverse businesses in clean energy. The Solar Business Accelerator will build on these programs' learnings and community partnerships to ensure that DBEs have expanded opportunities to benefit from the solar industry. Following a complete a needs assessment inventory of existing local programs, resources, and effective practices from peer statewide solar accelerator efforts, we will identify elements that promote increased opportunities for DBEs in line with the standards set forth by EPA's Six Good Faith Efforts, leverage the existing network and partners in MassCEC's existing business support ecosystem to support implementation, and develop a program framework to deploy targeted funding to support DBEs seeking to enter or grow in the solar sector. The grants issued to support this pillar of the strategy will require all programs and services offered through the Solar Business Accelerator to include implementation steps to maximize support to DBEs and LIDAC residents seeking to establish a business in the solar sector.

v. **Partnership Development**: This strategy pillar will ensure ongoing partnership development work and capacity-building for emerging and proven strategies that support job quality and more robust local community benefits for LIDAC residents. These efforts will be achieved through a three-pronged approach:
   - All the grants issued for the other three components of the strategy will require partnerships and emphasize the need for them to expand access to LIDAC residents;
   - MassCEC will convene all grantees to maximize connections and collaborative planning; and
   - Digital tools and platforms will be used to provide additional access to best practices and transparency about services available across the state.

## 3) **Financial Assistance Strategy**

### a. **Financial Assistance**

$125 million, or 80% of the award, will be directed to financial assistance. The MASFA program will include both rooftop residential solar and residential-serving community solar projects.

i. **SR – Loan**: The Loan will provide interest rate buy downs (IRBDs) to homeowners who close a solar loan. MASFA funds will be directed towards the homeowner's lender to cover the full interest rate on a loan for the entire loan term; as such, eligible homeowners will maintain interest rates of 0% on their solar loans. Due to the large volume of participants in the small residential initiatives and the diversity of homes that may be served, the size per project will vary. The median capacity of solar arrays funded through MassCEC's Mass Solar Loan program was 6.9 kW.  To account for various potential project sizes, the Coalition will ensure efficient use of funds by establishing maximum loan amounts, terms, and gross interest rates that participating lenders must agree to for the purposes of this program. The ZIL will draw from the small residential budget of $30 million (24% of award used for financial assistance, 19% of total award; actual breakdown between Loan and Lease budget use to be dependent on participation).

ii. **SR – Lease**: The Lease will award lease providers with grants to fund installation costs; this benefit is passed to the homeowner via lower lease rates. Due to the large volume of participants in the small residential initiatives and the diversity of homes that may be served, the size per project will vary. The median capacity of solar arrays funded through MassCEC's Mass Solar Loan program was 6.9 kW. The Solar Lease Initiative will draw from the small residential budget of $30 million (24% of award used for financial assistance, 19% of total award; actual breakdown between Loan and Lease budget use to be dependent on participation).

iii. **AMF – Public**: This initiative will offer public housing authorities grants or bridge loans to fund the installation of solar on publicly-owned multifamily buildings or the engagement in a third-party PPA. It will use $15 million (12% of award used for financial assistance, 10% of total award; with the breakout between the "ownership" and "third-party owned" approaches described below dependent on participation). Boston Housing Authority will act as the primary program administrator for this program.

The ownership model will center on a revolving loan fund to provide a 100% short term bridge loan for the solar PV costs to qualified building owners (to address

24

upfront cost barriers). In this approach, within 1-2 years of installation, when the building owner can monetize the ITC, the bridge loan will become due, and the monetized ITC, plus a building owner responsibility (which may be financed through other sources) will be repaid into the revolving loan fund to support future projects, while the remainder is forgiven. The forgiven portion will be programmatically responsive to project specifics to ensure the project can deliver a minimum 20% savings to tenant residents. The grant and Public Housing Technical Assistance will include guidance for operations and maintenance for an initial five-year period. Any repaid loan funds or other program income will be recycled to serve more properties.

The third-party owned approach will address upfront cost challenges through engaging a private third party to own and operate the system. This financial assistance will be delivered as a competitive grant offering to third party system owners. This subsidy will be no greater than 50% of the costs to install the solar PV. The exact funding amount will be responsive to individual projects and will be calculated on a project-by-project basis. The funding amount will be calculated to ensure that the project will meet, at minimum, the required savings amount. Under the third-party ownership model, O&M is the responsibility of the third-party owner, although the property owner will be obligated to cooperate with needed repairs.

To implement the program, the Coalition, leveraging BHA's capabilities to provide tailored solutions across the state, will work closely with EOHLC and existing procurements and offerings. The proposed centralized procurement will provide a one-stop-shop for public housing authorities to contract for solar PV design and installation, receive gap funding to accelerate deferred enabling capital maintenance needs, and receive benefits to distribute to residents, potentially leveraging procurements for Solar Contractors, Solar PPAs, Energy Service Contracts, or LICSS.

This centralized approach will create visibility into, and allow planning for equipment sourcing constraints, and enable projects supported to link to existing and new WFD programs, engage with the local workforce, and incorporate labor standards. For contractors centrally procured by the Coalition via a Request for Proposals, the Coalition will include supplier diversity selection criteria in its solicitation. The Coalition anticipates professional services like technical assistance and insurance to be centrally procured and will identify opportunities to use group procurement to drive down costs and enhance supplier diversity.

The Coalition is currently drafting a program manual that describes the program and its functions as well as competitive procurements that will be released to secure

MASFA Program Workplan

vendors to carry out program elements.

iv. **AMF – Private**: The Private Initiative will offer grants or subsidized loans (which may include short-term bridge loans paired with permanent financing from MCCB or other sources as needed) to fund the installation of solar on multifamily buildings or the contracting of a third-party Build-Own-Operate company. The nonprofit or for-profit owner of the property will be the transaction counterparty. MCCB will be the primary program administrator for this program, deploying and overseeing $20 million (16% of award used for financial assistance, 12% of total award; the breakout between the revolving bridge loans and grants opportunities described below will be dependent on participation).

This initiative's focus on regulated affordable housing will leverage MassHousing's deep expertise and natural touch points with building owners, affordable housing developers, other affordable housing lenders, and housing advocacy organizations to develop a strong project pipeline, efficiently deploy financial assistance, and effectively monitor projects over time. MassHousing has long-standing relationships with statewide advocates like the Massachusetts Association of CDCs, the MA Builders of Color Coalition, the Citizens' Housing and Planning Association, and organizations like MassInc's Gateway Institute that focus on underserved areas of the state that represent LIDACs across the Commonwealth.

Our proposed financial assistance concepts focus on buildings outside of their refinance cycle who face capital constraints in their ability to implement large scale capital improvements like solar installation until their primary affordable housing financing expires (typically a 15-year cycle). The Coalition will also closely collaborate with buildings approaching their refinance cycle to consider deeper retrofit projects that also include solar PV, coordinating with other capital providers.

MCCB will offer two primary related financial assistance products: (1) revolving bridge loans, a portion of which may be forgiven and converted to fund direct-ownership projects[8] and (2) grants to third-party owners. Financial assistance borrowers/ counterparties will be affordable housing owners and third-party PV owners. Program beneficiaries will be the tenants of the regulated affordable housing properties. Each loan will be individually structured to meet the specific needs of each property installing rooftop solar PV systems. Loan structure details include:

---

[8] For SFA projects that receive financial assistance to support direct ownership, "forgiveness" or "conversion to a grant" will be legally structured as long term, fully deferred, fully subordinated debt.

MASFA Program Workplan

- In our underwriting, we will model the amount of financial assistance required to 1) install the PV system, including any necessary enabling work such as roof repair; 2) deliver a 20% benefit to tenants as noted above; 3) ensure adequate funding is available to the building owner for ongoing operations and maintenance; and 4) provide operating cost savings to the building owner sufficient to incentivize participation in the program.
- Loan funds will be available to be drawn to pay for an approved scope of work to install solar PV systems on affordable housing buildings.
- After installation and commissioning, borrowers will be required to use ITC and any other relevant rebates or tax credits to pay down the loan balance.
- If there will be a remaining principal balance after tax credit repayment, during underwriting MassHousing will determine if they can offer a long-term subordinate loan that the property can comfortably service while also ensuring tenants receive their minimum 20% cost savings.
- To the extent that the remaining bridge loan balance is greater than can be comfortably supported by the property as a long-term subordinate loan, MCCB will forgive the remaining loan principal and convert it to a grant. The forgiven portion will be programmatically responsive to project specifics to ensure the project can deliver a minimum 20% savings to tenant residents.

Any repaid loan funds or other program income will be recycled to serve more properties. However, for purposes of conservative modeling of potential impact, we assumed that most properties would install a generic energy capacity constrained system that requires a significant amount of loan forgiveness.

Grants to third-party solar PV owners will be awarded competitively and will be no greater than 50% of the cost to install the solar PV. The exact funding amount will be responsive to individual projects and will be calculated on a project-by-project basis. The funding amount will be calculated to ensure that the project will meet, at minimum, the required savings amount. Under the third-party ownership model, O&M is the responsibility of the third-party owner, although the property owner will be obligated to cooperate with the repairs needed.

MCCB plans to launch these Financial Assistance Products by July 2025.  We have established a workplan timeline in line with our proposed launch, including:

- Secure a TA provider with an executed contract by April 2025:
  - Issue a Request For Proposals for a TA Provider by December 2024
  - Review RFPs and choose a provider by February 2024
- Product terms and requirements final by June 2025:
  - Work with TA provider to model and refine products starting in April 2025

MASFA Program Workplan

        ○   Vet and refine our proposed Financial Assistance products with MassHousing's network of advocacy organizations and developers starting in April 2025

   v.  **LICSS**: The Low-Income Community Shared Solar (LICSS) Initiative will build on MA's SMART Program, which currently provides an incentive rate adder for community solar projects that allocate at least 50% of a solar PV system's output to low-income customers in the form of electricity or bill credits within the same utility territory as the facility, consistent with Massachusetts' SMART program rules and PUC regulations. To be eligible to receive funding, projects must have a nameplate capacity less than or equal to 5 MW AC. The Coalition will leverage MASFA funds to enable project developers to deliver enhanced benefits to eligible households via SMART LICSS projects. MASFA funds will stack on top of SMART incentives to provide an additional incentive to projects that go above and beyond SMART's low-income eligibility requirements to provide meaningful benefits, including but not limited to providing verified net savings that exceed 20%, allocating more than 50% of output to LMI customers, and enrolling anchor off-takers that otherwise provide community benefits, such as local CBOs, non-profits, affordable multifamily properties, or municipal aggregation programs. The program will use $40 million (32% of award used for financial assistance; 26% of total award).

Funding will be made available to projects that result in new generation brought online through a grant offering paired with a competitive procurement process for project developers with the option to select multiple projects and offered over time in multiple rounds. These grants will be calculated to provide the capital required to ensure the projects are able to deliver the minimum required savings. By offering these funds via grants, the Coalition will be able to thoughtfully select projects to fund that deliver significant meaningful benefits, with an emphasis on providing deeper savings than the required 20%. MassCEC and DOER will work closely to devise and launch this grant program and will leverage DOER's strong administrative capabilities and oversight of the SMART program to administer the community solar financial assistance grant offering. The competitive procurement process will enable deeper impact by including selection criteria such as:

- Enrolling a higher proportion (greater than 50%) of low-income off-takers, and/or enrolling an anchor off-taker that delivers community benefits such as affordable housing or a municipal aggregation program;
- Delivering deeper savings to LIDACs;
- Ensuring access to residents with lower credit scores; and/or
- Delivering enhanced community impacts, inclusion of high road labor standards for contractors, engaging local workforce or DBE partners.

MASFA Program Workplan

In addition to this general grant offering to community solar projects, the Coalition will also carve out a portion of funding to provide support for Community Owned Solar ("COS") projects, if owned by a municipal, cooperative, or community non-profit or other public-serving entity as approved by the Coalition. This additional support will be available to COS projects in addition to the LICSS incentive and will include direct financial assistance to address development hurdles.

It is anticipated that these funds will be made either as grants or the Coalition will work with the project developers and local lenders to establish a loan product to offer low-cost short-term financing to meet the early capital needs that often constrain this type of solar development. Coalition staff have held a series of meetings with key stakeholders working on COS in Massachusetts to understand the barriers these projects face and anticipate continuing to work with stakeholders throughout program development to refine our approach to the financing mechanism for COS. These conversations and additional stakeholder work will inform the final program design, which will be finalized during the planning period.

Additionally, the Coalition will allocate a portion of MASFA funding for grants to support a LICSS pilot program in MLP territories. MLPs do not participate in the SMART Program and have different rate structures than Investor-Owned Utility territories, resulting in significantly different project economics and methods for delivering savings to customers. The Coalition will coordinate closely with MLPs during program planning period to identify potential LICSS opportunities and structure funding to maximize the number of eligible households receiving meaningful benefits.  The Coalition intends to use the planning period to refine these approaches to increased financial assistance for MLP and COS within the LICSS programs.

vi. **Assignable Funds:** The Coalition has budgeted $13 Million (10% of award used for financial assistance; 8% of total award) as assignable funds which can be assigned to financial assistance programs based on utilization and need. This will allow the MASFA programming to be adaptable to market conditions and demonstrated community need. During the Planning Period the Coalition will determine how to allocate these funds based on program performance and additional guidance issued in effort to maximize household savings to the greatest extent possible.

b. **Revolving Loan Funds**

i. Both Solar on Affordable Housing Initiatives (Public and Private) will utilize a revolving loan fund model; see sections 3) a) iii) and iv) for more details. Any repaid

29

loan funds or other program income from a given program will be recycled to serve more properties within that same program.

c. **Enabling Upgrades**

i. **Grants/Rebates**: The Coalition has budgeted $6.5 Million (5% of financial assistance total; 4% of total award) for targeted funding to support enabling upgrades (roof repair/replacement and electrical upgrades) for limited cases in which other funding sources are inaccessible. Given the limited budget, financial assistance of this type will be primarily directed to participants of the small residential programs. MassCEC is conducting an analysis of other home improvement financial assistance programs available to Massachusetts' low-income residents. The Coalition will establish exact eligibility requirements and funding amounts offered under this program in alignment with the results of said analysis. The program will launch prior to any resident's approval for either of the small residential initiatives.

The Coalition will consult with legal counsel and relevant stakeholders to explore and mitigate potential impacts on participants' tax liability or eligibility for income-qualified assistance programs due to enabling upgrades funding. The Coalition will explore approaches to deploy this financial assistance equitably and to limit adverse impacts of the funding. Explicit guidance on this matter will be detailed in program documentation and provided to participants through the Decision-Support provider.

ii. **SR**: When possible, low-income residents interested in weatherization measures will be directed to the Weatherization Assistance Program. Moderate-Income residents that do not live in MLPs will be directed to Mass Save weatherization incentives. Residents in need of larger enabling upgrades (roof repair/replacement and electrical panel upgrades) will work with the Decision Support Provider (see Section 4) a)) to establish if they are eligible for a grant through MASFA. Through the competitive procurement for lease providers, the ability to incorporate certain enabling upgrades into the lease product will be considered in parallel with requested MASFA funding. Any financial support related to projects including enabling upgrades will be tracked to ensure overall support remains below the 20% limit of enabling costs as a percentage of financial assistance.

iii. **AMF:** Deferred maintenance barriers are common in regulated affordable housing, with nuanced constraints around potential funding paths and competing priorities. After a Request for Proposals process with Coalition members, MCCB and Boston Housing Authority will independently contract with Technical Assistance Providers

to support potential Financial Assistance recipients. That support will include scoping projects, identifying other funding sources, and applying for Financial Assistance, among other tasks. Additionally, MassHousing and MCCB have been coordinating with the entities that offer other affordable decarbonization incentives available in Massachusetts, focusing on how these sources can stack and align to support comprehensive decarbonization solutions for individual properties. MCCB will explore opportunities for GGRF funding to complement SFA as these programs roll out in 2024/2025 to secure additional resources necessary for enabling upgrades along with other building decarbonization financing gaps.

In practice, our chosen TA providers will meet with potential project owners to assess property needs including enabling upgrades, and in consultation with the Coalition, will develop a project Sources and Uses budget that includes other relevant funding sources both for decarbonization work and affordable housing more broadly. As the project moves through our Financial Assistance pipeline, the TA provider will assist owners and make connections as needed so that owners can apply for all available funding sources. For example, if there are other potential rebates or incentives that are available on a reimbursement basis for qualifying enabling upgrades, MCCB or Boston Housing Authority can offer a larger SFA bridge loan that can be repaid when those incentives pay out. If there is other work needed for a specific property that does not qualify as an enabling upgrade under the MASFA program, but can be paid for by other incentives, Coalition members will work with the owner and relevant funding sources to identify other bridging solutions as needed. As the program rolls out, MassHousing and MCCB will evaluate applicants on an ongoing basis with an eye to identifying market gaps and potential financing solutions for future projects.

For public affordable housing, capital funding from HUD or EOHLC are eligible sources to support enabling upgrades. For state assisted housing authorities, introduction of non-state resources can support eligibility for matching awards under HILAPP and Sustainability programs. As such, a targeted enabling award using SFA resources may unlock other funding as a cost share. The Coalition will encourage housing authorities to pursue local funding streams including municipal capital funds, Community Preservation Act allocations, Housing Trust funds, and other sources as well.

iv. **LICSS**: Funding for enabling upgrades for LICSS will be directed toward building-mounted projects and will be coordinated where possible with other funding opportunities that may be available to local government and community facilities, such as Energy Efficiency Conservation Block Grants and the USDA's Community

MASFA Program Workplan

Facilities Program.

d. **Residential-serving community solar**

    i. Funding in this category will support new LICSS development and will not support projects currently delivering bill credits to customers. Residential serving community solar that is not located within a municipal light plant's service territory will be encouraged to participate in the SMART program. The SMART program provides an incentive rate adder for LICSS projects, which are defined in current SMART regulations as projects that allocate at least 50% of the solar PV system generation to low-income customers. The Coalition will build on the SMART program to deliver greater benefits to LIDAC by requiring that a project receiving funds from MASFA delivers at least 50% of its benefits to eligible residential customers. This requirement is inclusive of projects located in MLPs as well as community-owned projects. Projects that deliver greater than 50% and provide additional, deeper benefits may be prioritized in funding selections.

e. **Grants of participant support costs to utilities or investor-owned utilities**

    i. It is not anticipated that any proposed financial assistance will necessitate payments to investor-owned utilities.

    ii. In instances where support costs will be utilized by MLPs, compliance with EPA Subaward Policy will be established through the contracting process.

f. **Housing affordability**

    i. **SR**: Affordability maintenance requirements will be written into all agreements with owners of income eligible customers of these programs. For all tenant-occupied properties that receive Solar for All funds, the Coalition will require the building owner to sign a statement acknowledging for at least two years following the receipt of the funds:

- The owner agrees to rent the dwelling unit to a low-income tenant.
- The owner agrees not to evict a tenant to obtain higher rent tenants based upon the improvements.
- The owner agrees not to increase the rent of any tenant of the building as a result of the energy improvements with the exception of increases to recover actual increases in property taxes and/or specified operating expenses and maintenance costs.

MASFA Program Workplan

- The owner agrees that if the property is sold within two years of receipt of the rebates, the aforementioned conditions apply to the new owner and must be part of the purchase agreement.
- In the event the owner does not comply, the owner must (1) refund the rebate; and (2) reimburse attorney's fees and court costs.
- The owner will provide written notice to tenants explaining their rights and the building owner's obligations (e.g., add an addendum to the lease).

The Coalition will provide contact information for tenants to notify the state of breaches to this agreement. The Coalition will also require our partners to include this information in the consumer education campaign, so tenants are aware of their rights under the applicable state law.

ii. **AMF:** The Coalition intends to focus on market segments with regulated long-term affordability covenants that mitigate any risk of rapid cost rent increases for low-income and disadvantaged households. Chapter 40T of the Massachusetts General Laws protects residents of AMF properties that may be at risk from expiring affordability restrictions.

g. **Long-term asset operations**

i. **SR – Loan:** In ownership approaches, program requirements and technical assistance will ensure participants understand potential operations and maintenance risks and have options for pre-paid O&M services. The Coalition will coordinate with lenders, as well as Decision Support and Educational Materials contractors, to ensure participants are made aware of risks associated with their PV system and options available should they face a maintenance issue.

ii. **SR – Lease:** The Coalition will require that services procured for the lease program have operations and maintenance services worked into the project costs. Contractors will be required to include ongoing maintenance support as part of the lease product. Customer contracts will also be required to include production guarantees for the entire contract term.

iii. **AMF:** The Affordable Multifamily Initiatives will ensure that all approved projects adequately plan operations and maintenance in the project scope and ongoing operating budgets.  With the support of our selected TA providers, we will require that property owners plan for long term operations according to NREL's "Best Practices for Operation and Maintenance of Photovoltaic and Energy Storage

MASFA Program Workplan

Systems[9]" or other similar industry-wide resource identified in the future. Additionally, in our underwriting we will include operations and maintenance expenses in the property proforma to ensure that owners have sufficient sources to execute on their O&M plans. Under third party ownership models, operations and maintenance plan and insurance will be provided by the third party-owner.

iv. **LICSS**: The Coalition will require that proformas submitted as part of an application for funds under the LICSS program include long-term O&M costs. Including these costs in the financial modeling will allow for the funding provided by MASFA to be reactive to total project costs, including long-term elements such as O&M.

v. **Monitoring and Compliance**: As described in Section 4) c), during the active period of Solar for All, the Coalition will contract with an experienced firm to conduct quality assurance inspections at conclusion of construction for a subset of systems installed through all MASFA Financial Assistance initiatives. All systems will be subject to inspection at the Coalition's discretion throughout the active period of MASFA initiatives.

The Coalition will require that all equipment installed under MASFA financial assistance initiatives include manufacturer and workmanship warranties that are clearly detailed in contracts and in-line with industry best practices. To maximize energy output over the lifetime of a system, program participants will be provided with best practices for operations and maintenance, as well as guidance on how to monitor the performance of their system. Providing these resources will ensure that systems installed with MASFA funds continue to provide resident benefits over their system life.

Participation in Massachusetts SMART program will also help consumers monitor their systems' production over time (as a production based incentive) and help highlight potential production issues and enable auditing of applicable LICSS systems . SMART requires the use of standardized customer disclosure forms for all approved systems, which include operation and maintenance responsibilities as well as any performance or electricity production guarantees

vi. **Recycling:** The Coalition will be engaging with the Massachusetts Department of Environmental Protection throughout programming to ensure that solar panel recycling measures included in program design are coordinated with the state's

---

[9] NREL - Best Practices for Operation and Maintenance of Photovoltaic and Energy Storage Systems; 3rd Edition

MASFA Program Workplan

strategy.

## 4) **Technical Assistance Strategy**

### a. **Technical Assistance Overview**

    i. The Coalition has budgeted $23 Million (15% of total award) for Technical Assistance, in addition to the $6.5 Million of funding for Enabling Upgrades (see 3) c)). Deployment technical assistance offerings will be designed and provided with appropriate resources to assist owners, communities, and developers around siting, land use considerations, permitting, interconnection timelines, and installation quality. Education, outreach, and technical assistance will leverage existing incentives, relationships among developers and utilities, and planned utility system upgrades. Technical assistance will be available through the initiatives and providers below.

    ii. **SR**:
- Enabling Upgrades Grants: Detailed in Section 3) c).
- Decision Support: The Coalition will procure a Decision-Support provider to help individual residents consider the suite of MASFA offerings to decide which path is most appropriate for their housing, economic, and personal situation. This support will help residents consider limitations such as enabling upgrades, O&M costs, and tax liability. It will also utilize resources from Clean Energy Lives Here and the Educational Materials provider to help educate and provide guidance on types of solar offerings, energy storage, the incentive landscape, and supplemental program eligibility (i.e. low-income assistance programs, MCCB Energy Saver Home Loan, Mass Save HEAT loan, etc.).

    iii. **AMF**: Technical Assistance will be competitively procured to assist building owners to navigate and secure funding. MCCB will procure the Technical Assistance offering for the Private Affordable Multifamily program, while Boston Housing Authority will procure technical assistance for the proposed Public Affordable Multifamily program. During program development it will be assessed if it will be beneficial to procure technical assistance across public and private multifamily with a single RFP and under a single contract. TA will include elements such as:

- Supporting program design through financial modeling at the project and portfolio level, pipeline development, design specifications, development of application materials and reporting requirements consistent with EPA Terms and Conditions;

MASFA Program Workplan

- Helping owners of affordable housing implement solar projects that directly benefit their tenants, leveraging financial incentives made available via MASFA and connecting building owners to other available residential decarbonization program offerings;
- Assisting local housing authorities and private owners with accessing and monetizing ITC;
- Conducting feasibility studies to assess the potential of installing solar PV on site on affordable housing (this process should include looking into site-specific barriers as well as opportunities to co-locate solar with storage where possible);
- Assisting owners of affordable housing to create financial models to demonstrate required capital to build solar PV projects. Models should include discussions with building owners on ownership and lease options and the benefits and risks associated on a case-by-case basis. Models will include pathways for owners to deliver the minimum 20% bill discount required;
- Assisting owners of affordable housing to submit applications to MCCB and Boston Housing Authority, whichever is relevant, to receive financial assistance from MASFA programming;
- Connecting owners of affordable housing to a network of solar contractors; and/or
- Provide Operating & Maintenance support for direct owners including upfront training and guidance.

iv. **LICSS**: Technical assistance will be provided for primarily community owned community solar projects to assist generally with design, construction, and enrollment tasks. Items anticipated to be included in TA for LICSS include the following and will be further refined during program development.

- Technical Assistance will be competitively procured to assist CBOs to design and implement community owned LICSS projects.
- Technical assistance funding will be provided to local community-based organizations to support outreach and engagement, similar to, or in coordination with, the Mass Save Community First Partnership. These activities will include direct engagement with households by CBOs to increase participation in available programming. Examples may include tabling, speaking engagements, and written mailers. These outreach activities will leverage trusted CBOs to streamline customer engagement and increase participation in community solar projects.
- Technical assistance to municipal aggregation programs to procure electricity from eligible community solar projects.

36

MASFA Program Workplan

- Community Solar Marketplace: The Coalition will dedicate funds to support a larger state-run initiative to create a CSS marketplace. This platform will facilitate information sharing, customer acquisition, and consumer protection for residents interested in community solar. The dedicated funds from Solar for All will ensure that this marketplace prioritizes community impact and benefits for LIDACs in Massachusetts.

v. **Supporting Initiatives**:
- <u>Workforce Development</u>: Detailed in Section 2) e.
- <u>Quality Assurance Provider</u>: The Coalition will procure a Quality Assurance Provider to establish *Minimum Technical Requirements* for solar installations under the MASFA initiatives and conduct quality assurance inspections of solar projects installed through MASFA programs. More details on this provider can be found in Section 4) c.
- <u>Solar Permitting Software and Municipal Support Grants</u>: The Coalition will provide municipalities with funding to facilitate adoption of solar permitting software such as SolarAPP+ or Symbium, and support and guidance in meeting governance best practices such as through adoption of SolSmart. More details can be found in section 4) c.
- <u>Educational Materials</u>: The Coalition will procure a provider to develop educational materials on the suite of MASFA programming, consumer protection information, and workforce development and labor trainings. These materials will be available directly to residents, developers, and other agencies. They will also be paired with complementary technical assistance offerings such as the Decision Support Provider for individual residents and Capacity Building and Outreach offerings for municipalities and CBOs.
- <u>Capacity Building and Outreach Grants and Training</u>: The Coalition will pair MASFA funding with existing programs such as MassCEC's EmPower Program ("EmPower") and Mass Save's Community First Partnerships to engage community-based organizations and municipal committees. This funding will support customer acquisition and the development of new financial models. Grants and training will both help community representatives to serve as ambassadors by distributing educational materials and serving as trusted resources to residents, as well as help organizations build capacity for innovative financial models such as community-owned community solar.

b. **Workforce Development**

i. See Section 2) e.

37

MASFA Program Workplan

c. **Resilient Assets**

    i. The Coalition will procure at least one experienced firm to conduct quality assurance inspections of solar projects installed through MASFA programs. This will include PV systems installed through our Zero-Interest Loan, Solar Lease, Affordable Multifamily, and Low-Income Community Shared Solar initiatives. Quality assurance inspections will include the development of independent energy production estimates for each project, and will verify system compliance with Minimum Technical Requirements, to be developed and refined by the Coalition and the procured firm(s), as well as compliance with NEC/Massachusetts electrical code. Any non-compliance will be reported to the installer for remediation. Inspectors will inform the Coalition and property owners of any non-compliance and efforts by the installer to remediate it. Quality assurance firms will also conduct design reviews of PV systems installed through MASFA for installers new to the Coalition's programs.

    ii. To be eligible for participation in the program, contractors must have at minimum 40 hours of formal training in solar PV system design and installation, and demonstrate familiarity with best practices for PV system design and installation, National Electric Code, Massachusetts Building and Electric Codes, and permitting requirements.

    iii. Massachusetts' mature solar market has a number of existing platforms and utility processes related to siting and interconnection that like all projects in the state will be leveraged by Solar For All supported projects. These include existing DPU processes on grid modernization, interconnection and siting through Capital Investment Plans, and siting requirements through the SMART program.

    iv. Projects receiving Solar for All funding will be subject to the SMART program's siting restrictions, which are intended to promote responsible and resilient siting of assets:

- Ground-mounted projects larger than 500 kW are ineligible to participate in SMART if they are sited on permanently protected open space, and are restricted from participation if they are sited on land designated as Priority Habitat, Core Habitat, or Critical Natural Landscape according to the statewide Biomap Framework, which identifies lands and waters that are most important for conserving biological diversity in Massachusetts.
- The SMART program also offers incentive rate adders for projects sited in the built environment (i.e.. Parking canopies and building-mounted projects) as well as projects on disturbed land (i.e. landfills and brownfields).

38

MASFA Program Workplan

- Projects sited in wetland resource areas must receive an Order of Conditions from the local Conservation Commission authorizing the project.
- Projects sited on properties designated in the State Register of Historic Places must be authorized by the relevant regulatory body, such as a local Historic Commission.
- The SMART program offers an incentive rate adder for projects that can demonstrate at least a silver certification from the University of Massachusetts Clean Energy Extension (UMASS CEE) Pollinator-Friendly Certification Program, or other equivalent certification as determined by DOER.
- The SMART program offers an incentive rate adder for agrivoltaics projects that receive a pre-determination letter from the Massachusetts Department of Agricultural Resources (MDAR) and the UMASS CEE. Documentation required to receive this qualification includes:
    - The project will not interfere with the continued use of the land beneath the canopy for agricultural purposes;
    - The project is designed to optimize a balance between the generation of electricity and the agricultural productive capacity of the soils beneath;
    - The project is a raised structure allowing for continuous growth of crops underneath the solar photovoltaic modules, with height enough for labor and/or 16 machinery as it relates to tilling, cultivating, soil amendments, harvesting, etc. and grazing animals;
    - Description of the crop(s) to be grown to be provided by the farmer or farm agronomist in conjunction with UMass Amherst agricultural extension services, including compatibility with the design of the agricultural solar system for such factors as crop selection, sunlight percentage, etc.;
    - Annual reporting to the Department and MDAR of the productivity of the crop(s) and herd, including pounds harvested and/or grazed, herd size growth, success of the crop, potential changes, etc., shall be provided after project implementation and throughout the SMART incentive period; and
    - Other system design information, which shall include, but not be limited to: a. dual-use type, e.g., ground mount racking, pole towers, tracking, etc.; b. total gross acres of open farmland to be integrated with the project; c. type of crop(s) to be grown, including grazing crops; d. pounds of crop(s) projected to be grown and harvested, or grazed; e. animals to be grazed with herd size(s); and f. design drawing including mounting system type (fixed, tracking), panel tilt, panel row spacing,

MASFA Program Workplan

    v. Using MASFA technical assistance funds, the Coalition will provide small grants to municipalities within the Commonwealth that meet LIDAC population requirements to implement automated solar permitting software. Resources and training services will also be available to municipalities to support automated solutions. This grant offering will be rolling.

### d. Community Benefits Agreements

    i. **AMF:** During program development the Coalition will prioritize creating competitive funding opportunities that prioritize deep, meaningful benefits for LIDACs. In applying for funding for financial assistance for projects sited on affordable multifamily projects, applicants will be asked to indicate how they will complete community engagement with building tenants upon receiving SFA funding. This community engagement will determine optimal ways to deliver alternative benefits to tenants. During program development, the Coalition will develop a list of engagement methods for applicants to implement with an option for to suggest non-listed strategies. Buildings that have existing related survey data will be encouraged to leverage it as a resource. The Coalition will also propose a list of approved methods of delivering savings that building owners may refer to.

    ii. **LICSS:** As the Coalition drafts program manuals and solicitations for the LICSS program, it will consider elements such as Community Benefits Agreements to include in applications for grants under Solar For All. Scoring criteria for allocating funding will be determinant on a project's ability to maximize local community benefit. An applicant's ability to demonstrate that extensive community engagement has taken place by submitting a CBA as part of its application for funding may increase its score and likelihood for receiving funding.

## 5) Equitable Access and Meaningful Involvement Plan

### a. Communities Served

    i. The Coalition intends to reach LIDACs across the State, including low- and middle-income (LMI) communities, communities with limited English proficiency, Native American communities, and more. The Coalition will leverage existing relationships and networks – such as the EmPower Massachusetts (EmPower) grantee network through MassCEC, DOER's Green Communities program, Community First Partnerships (CFPs) around the state, and the Low-Income Energy Affordability Network (LEAN) – to ensure thoroughness of outreach efforts. Further, existing

relationships with regional planning agencies, municipalities, utility assistance programs, and CBOs will also be leveraged throughout the programs. The diversity of actors within the Coalition's networks will allow it to maximize reach across community types such as rural/suburban/urban communities, those with varying levels of English proficiency, and household types (single family, multifamily, owner-occupied, renter-occupied, and regulated or public affordable housing).

ii. The Coalition will use the GGRF's Properties Providing Affordable Housing definition for eligibility criteria for its AMF Public and Private financial assistance programs. Participants seeking funding from the Coalition's Small Residential financial assistance will verify eligibility with a procured third-party income verification provider or through demonstration of an applicable existing verification. Through this process, the Coalition will ensure that households participating in the Small Residential programs meet the GGRF's definition of Geographically Dispersed Low-Income Households. The Coalition will use both the GGRF's geographic and income-based eligibility criteria to verify LICSS participant eligibility. This approach is intended to ensure that programs do not disproportionately utilize funding or distribute savings to well-resourced individuals residing in geographically eligible areas.

### b. Customer Acquisition and Retention

i. While categorical eligibility will be the primary verification method (see 2) b) ii.), when this is not feasible, the Coalition will implement a supplemental, tax return-based income verification. This approach requires minimal effort on the part of the household but provides sufficient information to determine eligibility. For more details, see section 2) b.

ii. The Coalition would like to clarify that no other sources of funding will be leveraged for customer acquisition. MassCEC operates Clean Energy Lives Here, a consumer-facing clean energy information website, which may be used as part of education and outreach; however, such efforts will be indirect and the website will not play a central role in customer acquisition.

iii. The Coalition will not impose MASFA Program-wide requirements for customer retention. Guidelines and recommendations for each financial assistance initiative will be established in program documentation. These guidelines and recommendations will be informed by stakeholder feedback. MASFA initiatives will incorporate language in program agreements (loan agreements, contracts) regarding parameters around transfer of ownership or customers changing residential address. The Decision-Support provider will help residents evaluate

these parameters as a factor in their choice of which MASFA initiative to pursue.

c. **Participatory Governance**

    i. Throughout the application process, the Coalition made a conscious effort to collect stakeholder feedback through communication channels such as written responses to straw proposals, 1:1 conversations, and the establishment of an EJ stakeholder group which met biweekly to discuss the MASFA application. Stakeholders involved in these processes consist of residents and representatives of CBOs from LIDAC communities state-wide and were engaged through MassCEC's and DOER's networks; the Coalition intends to build on this engagement throughout the course of the program by regularly providing updates to stakeholders on program activities to date, soliciting feedback, and reassessing/modifying programming accordingly. This stakeholder network will also continue to expand over the course of the program as more communities are engaged and more networks/program participant groups become involved through DOER, MassCEC, MCCB and BHA.

    ii. Additionally, the Justice40 Working Group, established by the Commonwealth under the Office of the Undersecretary for Environmental Justice and Equity, will play a role in shaping the program to fit the needs of the communities we aim to serve; this working group consists of representatives from organizations across the state which have worked directly with EJ populations. Members of the Coalition will meet with this group throughout the program design phase and launch of various program components to seek assistance in developing a reporting, evaluation, and feedback framework to ensure a transparent, responsive SFA program. These engagements will allow the Coalition to most effectively approach and continue engagement with the stakeholders involved in the application process as various program components are deployed. The Coalition has engaged twice with this Working Group since submittal of the SFA application and plans to continue to engage them as more specific program details develop.

d. **Education and Outreach**

    i. The Coalition intends to use a variety of education and outreach methods to maximize the impact of the program, including:

- Utilizing existing programs such as EmPower and CFP to engage CBOs to serve as ambassadors for MASFA;
- Partnering with CBOs to promote MASFA offerings to the communities they serve through trusted channels;

MASFA Program Workplan

- Leveraging existing energy efficiency and housing support programs to co-deliver MASFA opportunities; and
- Creating program materials in a variety of languages and using clear, non-technical language to ensure accessibility.

   ii. Methods for engaging groups/organizations with deep community ties are discussed above under "Communities served" (section 5) a.) and "Participatory Governance" (section 5) c.), and will utilize a diverse range of channels and media including online through websites, virtual information sessions, surveys, email and social media; in-person outreach and stakeholder engagement; and through traditional communications media such as newspapers and op-eds.

## 6) **Fiscal Stewardship Plan**

### a. **Stewardship**

   i. Many of the SFA fiscal stewardship requirements (procurement standards, ethical obligations, conflict of interest law, public transparency, financial management practices, and whistleblower protections) are consistent with MA law and regulation.

   ii. The Coalition will implement protections that it has utilized in other federally funded programs. These protections include, but are not limited to grantee records, audits, appropriate documentation that demonstrates compliance with program requirements, onsite inspections, including random inspections to confirm project details, responding to third party complaints, and quality control inspections. To encourage reporting, the Coalition will provide an anonymous fraud/malpractice reporting webpage on the program's website.

The Coalition anticipates utilizing multiple tools for responding to concerns raised by audits and inspections that identify potential violations of MassCEC's existing Code of Conduct Policy. This Policy establishes "best practices" for responding to project issues, that range in severity from a request for clarification, to the issuance of a warning, to a permanent ban from future participation in MASFA programs.

The proposed revolving loan fund will be housed in a dedicated account and will be subject to the same safeguards and standards that Coalition members, as state or municipal public agencies, have in place on existing accounts. The revolving loan fund will be invested very conservatively, but any proceeds from interest or gains will be reallocated into MASFA program funds to support further projects even beyond the 5-year program period.

MASFA Program Workplan

**b. Subawards**

    i. DOER, as the primary awardee, will execute a Memorandum of Understanding (MOU) with each subrecipient outlining each entities' reporting obligations under each subaward. DOER is responsible for reporting on each subaward to EPA and if available, will report:

- Summaries of results of review of financial programmatic reports;
- Summaries of findings from the site visits and/or desk reviews to ensure effective performance by subawardees;
- Environmental results achieved by subawardees;
- Summaries of audit fundings and related DOER management decisions; and
- Actions that DOER has taken to correct deficiencies.

    ii. DOER will report the subawards to the Federal Funding Accountability and Transparency Act Subaward Reporting System in accordance with 2 CFR 170, Appendix A.

**c. Consumer Financial Protections**

    i. Consumer financial protections will be built into program design through the competitive solicitation approaches.

- For the single-and multi-family lease and community solar programs, the Coalition will restrict funding to pre-vetted lease and community-shared solar financial offers that ensure a fair deal for the building owner, the project developer, and the energy off-taker and enable the Coalition to require/incorporate key consumer protections that are not present in the community solar or third-party ownership markets at large.

- For the loan approaches, SFA funds will be limited to pre-vetted lenders, subject to appropriate federal regulations to ensure appropriate financial consumer protection laws are in place and enforced.

- An additional consumer protection avenue is available through projects' participation in the SMART Program, which has strict customer disclosure and consumer protection requirements, particularly as it applies to low-income customers. These requirements include rate escalation caps,

44

MASFA Program Workplan

guaranteed savings, and regular programmatic audits. Notably, these program audits and engagement with stakeholders have shown that solar leases often fail to provide meaningful benefits to low-income customers. To address these consumer protection concerns, the Coalition intends to use the program design stage to develop, in consultation with stakeholders, additional robust consumer protection requirements for projects receiving MASFA funds, thus also delivering greater consumer benefits.

ii. The Massachusetts Consumer Protection Law is one of the most robust consumer protection laws in the country. All companies receiving MASFA funds will be required to attest that they will abide by best practices for consumer protection.

## 7) **Timeline and Milestones**

See attached Excel sheet for program timeline.

## 8) **Budget Narrative**

a. **Personnel**

i. Total: 1,317,928
ii. DOER will hire one (1) full-time Program Manager (PM) and two (2) Program Coordinators (PCs) to implement the grant. The program manager will be responsible for overall management and implementation of the program, including managing subaward agreements and coordinating with EPA staff. One program coordinator will be responsible for the implementation of the LICSS program, including developing solicitations, reviewing applications and making award recommendations, coordinating with program participants, and assisting with program evaluation. One program coordinator will be responsible for ensuring all bi-annual, annual, and program close-out reporting requirements are met, including coordinating with subawardees, EPA staff, DOER fiscal staff, and reporting/compliance vendors.

DOER personnel salaries are determined by the NAGE Unit 6 Collective Bargaining Agreement.

iii. DOER personnel salaries are subject to a 4% annual cost-of-living adjustment.

MASFA Program Workplan

**b. Fringe Benefits**

    i. Total: $593,727

    ii. DOER's fringe benefit rate for fiscal year 2025 is 45.05%.  The fringe benefit rate is based on personnel costs and employer payroll tax rate.

    iii. The methodology used to calculate the fringe benefit rate is based on the actual costs to the Commonwealth's General Fund of providing health insurance and pension benefits, as well as sick leave and vacation buyback (terminal leave) and is designed to recover those costs from all federal grants and other non-budgetary accounts.

    iv. The Fiscal Year 2025 employer payroll tax rate has been calculated at 1.62% of gross compensation for regular and contractual employees (salaries expended under AA and CC object codes), based upon the employer share of taxes for Unemployment Insurance, Universal Health Insurance, Medicare, and the Paid Family Medical Leave assessment.

**c. Contractual**

    Contractual expenses as planned are as follows:

    i. **Technical Support for Community Solar Customer Enrollment**: $1,000,000: DOER will procure a vendor to develop a Community Solar Marketplace platform to supplement outreach and engagement efforts under the LICSS initiative. This platform will support equitable access and meaningful benefits for LIDACs by connecting LIDAC residents with community solar projects that have been pre-vetted to provide required savings and incorporate minimum consumer protections. The Coalition anticipates a one-year contract to develop and launch the platform, which will run for the duration of the program and beyond. This will be a competitively procured contract.

    ii. **Reporting and Compliance Support**: $500,000: DOER will procure a vendor to assist with data tracking and management to support reporting and compliance requirements. The Coalition anticipates this contract will last throughout the duration of the MASFA grant agreement. This will be a competitively procured contract.

    iii. **Financial Assistance Community Solar**: $30,000,000: Under the LICSS initiative, DOER will provide financial assistance grants (totaling $30M) to project developers to support community solar projects through a competitive process to provide

MASFA Program Workplan

deeper benefits, including but not limited to providing verified net savings that exceed 20%, allocating more than 50% of output to LMI customers, and enrolling anchor off-takers that otherwise provide community benefits. Contracts with LICSS project developers will last throughout the duration of the MASFA grant agreement, and contracts will be awarded through a competitive funding opportunity. Further details on this contractual cost can be found in the financial assistance strategy (3.a.iv). The following contractual cost guidelines will be followed for LICSS grants:

(a) LICSS grants will support the development and construction of residential-serving community solar projects that provide at least 20% net savings to LIDAC residents. Specifically, activities supported by contractual expenses may include but are not limited to equipment, labor, design, permitting, materials, and balance of system costs.

(b) Grant amounts will be determined on an individual project basis and will be based on a project's capital costs. However, DOER estimates that grants may range from $500,000 - $1,000,000 depending on project size.

(c) Titles to equipment purchased with grant funds may go to project developers/owners, financiers, or community/nonprofit owners in the case of COS.

(d) Recipients of LICSS grants will be required to provide invoices from vendors and contractors to support the grant amount.

(e) Applicants for LICSS grants will be required to provide quotations from vendors and contractors, as well as a description of all other financial resources and funding sources anticipated to be used by or for the project.

d. **Other**

  i. The Coalition is requesting $13M in assignable funding, which will be used to supplement any financial assistance initiative(s) where the support is deemed necessary once MASFA is launched and based on actual participation rates and market need. As various initiatives progress, this funding may go to one or more of the subawards listed below, contractual expenses under DOER-led programming, or a combination of the two. An initial allocation of these funds will be determined during the planning period.

  ii. The Coalition has also accounted for $400k of in-kind technical assistance provided by EPA as part of the SFA award.

e. **Other - subaward**

  i. A subgrant of $63,825,388 will be awarded to MassCEC for:

MASFA Program Workplan

- Administrative costs: $925,388
- Financial Assistance: $46.5M total
    - Small Residential Initiative: $30M
        - Estimated as $15M for Zero Interest Loan and $15M for the accelerated lease but that breakdown is subject to actual resident participation.
    - Cooperative/community-owned community-shared solar: $7M
    - MLP community solar projects: $3M
    - Enabling Upgrades grants: $6.5M
- Supporting initiatives (Contracts or Subawards): $16.4M total
    - Technical assistance for Small Residential initiatives - decision support: $3M
    - Capacity building and training for CBOs and municipalities: $3M
    - Technical assistance - alternative community ownership of LICSS: $1.5M
    - Municipal support (e.g. SolarAPP+): $0.6M
    - Quality assurance/inspections and audits: $1.3M
    - Workforce development/training initiatives: $7M
- The subaward will last for the full 5-year period, MassCEC is a governmental organization, a quasi-public economic development agency dedicated to accelerating the growth of the clean energy and climate-tech sector across the State.
- MassCEC will administer the Small Residential Initiatives, including the zero interest loan and residential lease. It will also administer financial assistance for community-owned community shared solar, MLP community solar exploration and targeted grants for enabling upgrades. MassCEC will also oversee a majority of the technical assistance and supporting initiatives (listed above),

ii. A subgrant of $19.8M will be awarded to BHA for:
- Administrative costs (inclusive of staffing, fringe and indirect calculated at 10% of staff, fringe and services): $1.8M
- Financial Assistance (AMF – Public Initiative): $15M
    - Estimated at $7.5M for "ownership solution" and $7.5M for "third-party owned" solution, but breakdown is subject to housing owner participation.
- Technical assistance for AMF – Public initiative (Contract): $3M
- The subaward will last for the full 5-year period, BHA is a governmental organization, providing public housing to Boston residents.
- BHA will administer the AMF - Public initiative, providing bridge loans and other financial assistance to support solar on public housing. BHA will also

48

solicit and contract for the corresponding technical assistance.

iii. A subgrant of $25.3M will be awarded to MCCB for:
- Administrative costs (inclusive of staffing, fringe and indirect calculated at 10% of staff, fringe and services): $2.3M
- Financial Assistance (AMF – Private Initiative): $20M
  - Estimated at $10M for "ownership solution" and $10M for "third-party owned" solution, but breakdown is subject to housing owner participation
- Technical assistance for AMF – Private initiative(Contract): $3M
- The subaward will last for the full 5-year period, MCCB is a governmental organization, a dedicated capital fund and associated set of programs located within MassHousing. MassHousing being a public instrumentality of the Commonwealth of Massachusetts established by the Legislature and charged with providing financing to increase the supply of single- and multi-family housing in the Commonwealth for occupancy by persons and families of low and moderate income.
- MCCB will administer the AMF – Private initiative, providing bridge loans and other financial assistance to support solar on income restricted multifamily housing. MCCB will also solicit and contract for the corresponding technical assistance.

iv. MA DOER has internal controls in place to monitor and manage the subrecipients per 2 CFR 200.331. Subrecipients will fill out reporting documents, but MA DOER will review reports before submitting. MA DOER will submit quarterly reporting once successfully reviewed. MA DOER reserves the right to require check-ins as needed to monitor programs. MA DOER has a strong collaborative working relationship with all subrecipients.

f. **Indirect Charges**

i. The Coalition is requesting a total of $382,957 for indirect costs for the 5-year period, with a rate of 13.59% and a base consisting of personnel salaries as well as applicable contractual costs (technical support for community solar customer enrollment and reporting and compliance support). This base reflects the Modified Total Direct Cost (MTDC) in DOER's negotiated indirect rate. Participant support costs and other excluded items are not included in the MTDC.

g. **Questionnaire**

MASFA Program Workplan

| Question | Response |
|---|---|
| Does this scope of work include conducting conferences or workshops? | No |
| Who is initiating the conference/workshop/meeting? | N/A |
| How is the conference/workshop/meeting being advertised? | N/A |
| Whose logo will be on the agenda and conference/workshop/meeting materials? | N/A |
| What is the percentage distribution of persons attending (I.e. % federal govt, public participants, state and local)? | N/A |
| Will there be proceedings or analysis and will the information be disseminated back to the appropriate (state/local/scientific) community? | N/A |
| Do you anticipate program income being generated from this conference/workshop/meeting including registration fees? | N/A |
| Are costs for light refreshments, meals or beverages included in the workplan or budget? | N/A |
| Will the assistance award result in the development of any copyrighted software or written materials? | No |
| Could an invention result from this project? (If yes, provide disposition instructions) | No |
| Does the project involve animal subjects? | No |
| Does the project involve collecting identical information from 10 or more people? | Yes |
| Any work outside the US included in the grant? | No |
| Does the grant involve or relate to geospatial information? Includes info identifying geographic location, or application/tools associated with such information – GPS, mapping or statistical data | Yes – geographic information will be used as part of determining eligibility for LICSS initiatives, and it is possible that map visualization software such as geographic information systems (GIS) will be used as part of |

MASFA Program Workplan

| | program implementation. |
|---|---|

# EXHIBIT 4

5H - 84090201 - 1    Page 1

| | | |
|---|---|---|
| | **GRANT NUMBER (FAIN):** 84090201 **MODIFICATION NUMBER:** 1 **PROGRAM CODE:** 5H | |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | | **DATE OF AWARD** 12/09/2024 |
| | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 12/09/2024 |
| | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| | |
|---|---|
| **RECIPIENT TYPE:** State | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** | **PAYEE:** |
| MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES 100 Cambridge Street, FL 9 Boston, MA 02114-2533 EIN:  04-6002284 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES 100 Cambridge Street, 9th Floor Boston, MA 02114-2533 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Samantha Meserve 100 CAMBRIDGE ST. 9th Floor BOSTON, MA 02114-2509 **Email:** samantha.meserve@mass.gov **Phone:** 617-823-2214 | Kelley Moore 290 Broadway New York, NY 10007, WD/DWMIB **Email:** Moore.Kelley@epa.gov **Phone:** 212-637-3265 | Shana Etheridge 1200 Pennsylvania Ave NW 3903R Washington, DC 20460 **Email:** Etheridge.Shana@epa.gov **Phone:** 202-564-9777 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Massachusetts Solar for All

This amendment removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation.

| **BUDGET PERIOD** 09/01/2024 - 08/31/2029 | **PROJECT PERIOD** 09/01/2024 - 08/31/2029 | **TOTAL BUDGET PERIOD COST** $ 156,120,000.00 | **TOTAL PROJECT PERIOD COST** $ 156,120,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 10/11/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 156,120,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| Environmental Protection Agency, Grants Management & Business Operations Division 1200 Pennsylvania Ave, NW Mail code 3903R Washington, DC 20460 | Environmental Protection Agency, Office of the Greenhouse Gas Reduction Fund OA - Office of the Administrator 1200 Pennsylvania Ave, NW Mail code 3903R Washington, DC 20460 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| **Digital signature applied by EPA Award Official** Keva R. Lloyd - Acting Chief, Grants Management Branch | **DATE** 12/09/2024 |
|---|---|

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 155,720,000 | $ 0 | $ 155,720,000 |
| EPA In-Kind Amount | $ 400,000 | $ 0 | $ 400,000 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 156,120,000 | $ 0 | $ 156,120,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.959 - Zero-Emissions Technology Grant Program | National Environmental Policy Act: Sec. 102(2)(I)<br><br>Clean Air Act: Sec. 134(a)(1)<br><br>2023 Consolidated Appropriations Act (PL 117-328) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5H - 84090201 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,317,928 |
| 2. Fringe Benefits | $ 593,727 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 31,500,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 122,325,388 |
| 9. Total Direct Charges | $ 155,737,043 |
| 10. Indirect Costs: 13.59 % Base MTDC | $ 382,957 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 156,120,000 |
| 12. Total Approved Assistance Amount | $ 156,120,000 |
| 13. Program Income | $ 4,375,000 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 156,120,000 |

# Administrative Conditions

### A. General Terms and Conditions

The Recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later. These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award. The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

### B. Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425): rtpfc-grants@epa.gov and EPA **Grants Specialist listed on the award**
- MBE/WBE reports (EPA Form 5700-52A):  Debora Bradford (Bradford.Debora@epa.gov), OMS-OGD-MBE_WBE@epa.gov, and the **EPA Grants Specialist listed on the award**
- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to Recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications**: EPA Grants Specialist listed on the award and EPA Project Officer listed on the award**
- Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: **EPA Project Officer listed on the award**

### C. Intergovernmental Review Period

In accordance with 40 CFR Part 29, EPA must allow for an intergovernmental review comment period when a Recipient or Subrecipient intends to provide financial assistance to a project that involves construction or land use planning. With the exception of projects that will be carried out in the State of California, the Recipient must ensure that directly affected State, areawide, regional, and local government entities have 60 calendar days to review the description of the project contained in the application for funding for the project and provide comments to the EPA Project Officer. Applications for funding for projects that will be carried out in the State of California must be submitted to the California Single Point of Contact at https://cfda.opr.ca.gov for review as provided in California law.

EPA has initiated the intergovernmental review process on behalf of the Recipient and will direct any pertinent comments from directly affected State, areawide, regional, and local government entities to the Recipient as needed.

The Recipient agrees to comply with the provisions of 40 CFR Part 29, implementing the Demonstration Cities, Metropolitan Development Act, the Intergovernmental Cooperation Act, and Executive Order 12372 as amended in 1983, to ensure that projects funded under federal programs are consistent with local planning requirements.

### D. Pre-Award Costs

As provided in 2 CFR 200.458, Recipients are authorized to incur pre-award costs, which are costs that would have been allowable if incurred after the date of the Federal award. For competitive grants, EPA interprets the requirement in the regulation that pre-award costs be incurred "directly pursuant to the negotiation and in anticipation of the Federal award" to limit allowable pre-award costs to those a Recipient incurs after EPA has notified the Recipient that its application has been selected for award consideration. The pre-award costs must be included in the workplan and budget to be eligible. As provided in 2 CFR 1500.9, Recipients incur pre-award costs at their own risk. Please refer to *Section I.C: Pre-Award Costs* of the Interim General Budget Development Guidance for Applicants and Recipients of EPA Financial Assistance for additional information

# Programmatic Conditions

## Solar For All (SFA) Programmatic Terms and Conditions (Updated 12/032024)

## I. DEFINITIONS

**Air Pollutant:** "Air Pollutant" means any air pollutant that is listed pursuant to Section 108(a) of the Clean Air Act (or any precursor to such an air pollutant). This includes particulate matter, ozone, carbon monoxide, sulfur dioxide, nitrogen dioxide, and lead (see 40 CFR Part 50) and their precursors (e.g., volatile organic compounds).

**Award Agreement:** Award Agreement means the set of legally binding documents between EPA and the Recipient under the federal award. Award Agreement is used interchangeably with Assistance Agreement and Notice of Award.

**Apprentice:** Apprentice means an individual working on a project receiving Financial Assistance who is participating in a Registered Apprenticeship program under the National Apprenticeship Act that meets the requirements of 29 CFR Parts 29 and 30.

**Contracts for Delivery of Financial Assistance:** 2 CFR 200.1 defines a contract as "for the purpose of Federal financial assistance, a legal instrument by which a recipient or subrecipient conducts procurement transactions under a Federal award." Contracts for Delivery of Financial Assistance involve the provision of services through procurement contracts. In this program, Contracts for Delivery of Financial Assistance are a form of Financial Assistance to projects which enable Low-Income and Disadvantaged Communities to deploy or benefit from zero-emissions technologies.

**Eligible Recipient:** Eligible Recipients under the Solar for All program include: (1) states (including territories as defined below), (2) municipalities, (3) Tribal governments, or (4) eligible nonprofit Recipients, each of which is defined in accordance with the Clean Air Act as described below:

- **State:** Section 302(d) of the Clean Air Act defines a state as a state, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands. Eligible Recipients that are states are identified on the Notice of Award as a "state" Recipient type.

- **Municipality:** Section 302(f) of the Clean Air Act provides that a municipality is a city, town, borough, county, parish, district, or other public body created by or pursuant to state law. This term may include councils of government (COGs) created by or pursuant to the laws of one or more states even if a COG is incorporated as a nonprofit organization. Eligible Recipients that are municipality are identified on the Notice of Award as either a "municipal", "county", or "township" Recipient type.

- **Tribal Government:** Section 302(r) of the Clean Air Act "Indian Tribe" as any "Indian Tribe, band, nation, or other organized group or community, including any Alaska Native village, which is Federally recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians." EPA includes Intertribal Consortia that meet the requirements of 40 CFR § 35.504 as an eligible Recipient under this category pursuant to the authority in 40 CFR § 35.501(b) to issue guidance extending Intertribal Consortia eligibility to environmental programs established subsequent to the effective date of 40 CFR Part 35, Subpart B. As provided in 40 CFR 35.504(a) all members of the Intertribal consortium must meet the definition of "Indian Tribe" in Section 302(r) of the Clean Air Act. Eligible Recipients that are Tribal

governments are identified on the Notice of Award as an Indian Tribe Recipient type. Eligible Recipients that are defined as Tribal governments because they are Intertribal Consortia may be identified as a not for profit on the Notice of Award. In these cases, the EPA-approved Solar for All workplan will identify the Recipient type as an Intertribal Consortia.

- **Eligible Nonprofit Recipient:** In accordance with Section 134(c)(1) of the Clean Air Act, a nonprofit organization must satisfy each of the below requirements to be deemed an eligible nonprofit Recipient under the Solar for All program:

    a. Meeting the definition of *Nonprofit organization* set forth in 2 CFR 200.1;

    b. Having an organizational mission consistent with being "designed to provide capital, leverage private capital, and provide other forms of financial assistance for the rapid deployment of low- and zero-emission products, technologies, and services;"

    c. Not receiving any "deposit" (as defined in Section 3(l) of the Federal Deposit Insurance Act) or "member account" or "account" (as defined in Section 101 of the Federal Credit Union Act);

    d. Being funded by public or charitable contributions; and

    e. Having the legal authority to invest in or finance projects.

Eligible Recipients that are eligible nonprofit Recipients are identified on the Notice of Award as a not for profit Recipient type, excluding Recipients that are identified as Intertribal Consortia on the EPA-approved Solar for All workplan.

**Eligible Zero-Emissions Technology**: Section 134(a)(1) of the Clean Air Act provides that grants be used to provide financial assistance and technical assistance "to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies." Section 134(c)(4) of the Clean Air Act provides that the term zero-emissions technology means any technology that produces zero emissions of (a) any air pollutant that is listed in Section 108(a) (or any precursor to such an air pollutant) and (b) any greenhouse gas. There are four eligible zero-emissions technology categories. The four categories are:

- **Residential Rooftop Solar:** Behind-the-meter solar photovoltaic (PV) power-producing facilities, including rooftop, pole-mounted, and ground-mounted PV systems, that deliver all the power generated from the facilities to residential customers in existing and new single-family homes, manufactured homes, or multifamily buildings. Residential rooftop solar includes behind-the-meter solar facilities serving multifamily buildings classified as commercial buildings so long as the solar facility benefits residential customers either directly or indirectly such as through tenant benefit agreements. Residential rooftop solar includes properties that are both rented and owned.

- **Residential-Serving Community Solar:** A solar PV power-producing facility or solar energy purchasing program from a power-producing facility, with up to 5 $MW_{ac}$ nameplate capacity, that delivers at least 50% of the power generated from the system—by delivering at least 50% of the benefits (e.g., financial savings, renewable energy credits) derived from the power generated by the community solar system—to residential customers within the same utility territory as the facility.

- **Associated Storage:** Infrastructure to store solar-generated power for the purposes of maximizing

residential rooftop and residential-serving community solar deployment that is deployed in conjunction with an eligible residential rooftop solar or residential-serving community solar project. Stand-alone energy storage infrastructure is not an eligible zero-emissions technology.

- **Enabling Upgrades:** Investments in energy and building infrastructure that are necessary to deploy or maximize the benefits of a residential rooftop and residential-serving community solar project. Enabling upgrades must satisfy all of the following criteria to be an eligible zero-emissions technology: (1) an investment in energy or building infrastructure and (2) necessary to deploy or maximize the benefits (i.e., financial savings or resiliency benefits) of a residential rooftop and residential-serving community solar project as defined above.

**Environmental Information:** Environmental Information is defined in EPA's <u>Environmental Information Quality Policy</u>. Environmental Information includes "data and information that describe environmental processes or conditions which support EPA's mission of protecting human health and the environment. Examples include but are not limited to: direct measurements of environmental parameters or processes; analytical testing results of environmental conditions (e.g., geophysical or hydrological conditions); information on physical parameters or processes collected using environmental technologies; calculations or analyses of environmental information; information provided by models; information compiled or obtained from databases, software applications, decision support tools, websites, existing literature, and other sources; development of environmental software, tools, models, methods and applications; and design, construction, and operation or application of environmental technology."

**Environmental Information Operations:** Environmental Information Operations is defined in EPA's <u>Environmental Information Quality Policy</u>. Environmental Information Operations means "[a] collective term for work performed to collect, produce, evaluate, or use environmental information and the design, construction, operation or application of environmental technology."

**EPA Project Officer**: EPA Project Officer means the project officer from the Office of the Greenhouse Gas Reduction Fund that is assigned, along with the EPA Grants Specialist, to monitor the Recipient on programmatic and technical aspects of the project and is typically authorized to make programmatic approvals on behalf of the EPA. Where required, the Recipient must notify or request approval from the EPA Project Officer through the EPA Project Officer's individual EPA email address as well <u>SFA@epa.gov</u> such that the Office of the Greenhouse Gas Reduction Fund may delegate an alternative EPA Project Officer in the case of any absence.

**EPA Award Official**: "EPA Award Official" means the award official from the Office of Grants and Debarment that is authorized to execute the award agreement, as well as any subsequent amendments to the award agreement, and to make any other final determinations required by law or regulation on behalf of the EPA.

**Financial Assistance:** Section 134(a)(1) of the Clean Air Act directs that Recipients use funds to provide financial assistance "to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies." Consistent with the definition of Federal financial assistance in 2 CFR 200.1, Financial Assistance means financial products, including debt (such as loans, partially forgivable loans, forgivable loans, zero-interest and below-market interest loans, loans paired with interest rate buydowns, secured and unsecured loans, lines of credit, subordinated debt, warehouse lending, and other debt instruments), credit enhancements (such as loan guarantees, loan guarantee funds, loan loss reserves, and other credit enhancement instruments that are not acquisitions of intangible property), subgrants, subsidies, and rebates. Expenditures for Financial Assistance are in the form of Contracts for

Delivery of Financial Assistance, Subawards, or Participant Support Costs, as defined in this Award Agreement. For the avoidance of doubt, financial products that build the capacity of communities and businesses to deploy solar including but not limited to predevelopment loans and grants or working capital lines of credit to businesses or other forms of financing to build the solar project pipeline are classified as Financial Assistance for the purposes of this program.

*Freely Associated States: Freely Associated States means the Republic of the Marshall Islands (the Marshalls), the Federated States of Micronesia (FSM), and the Republic of Palau (Palau).*

**Greenhouse Gas:** Greenhouse Gas means carbon dioxide, hydrofluorocarbons, methane, nitrous oxide, perfluorocarbons, and sulfur hexafluoride, as defined in Section 134(c)(2) of the Clean Air Act. Greenhouse Gas Emissions mean emissions of Greenhouse Gases.

**Low-Income and Disadvantaged Communities**: Section 134(a)(1) of the Clean Air Act directs that Recipients use funds for Financial Assistance and technical assistance "to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies." "Low-income and disadvantaged communities" means CEJST-identified disadvantaged communities, EJScreen-identified disadvantaged communities, geographically dispersed low-income households, and properties providing affordable housing, as defined below.

- *CEJST-Identified Disadvantaged Communities:* All communities identified as disadvantaged through version 1.0 of the Climate and Economic Justice Screening Tool (CEJST), released on November 22, 2022, which includes census tracts that meet the thresholds for at least one of the tool's categories of burden and land within the boundaries of Federally Recognized Tribes.

- *EJScreen-Identified Disadvantaged Communities:* **All communities** within version 2.3 of EJScreen **that fall within either (a) t**he limited supplemental set of census block groups that are at or above the 90th percentile for any of EJScreen's supplemental indexes when compared to the nation or state or (b) geographic areas within Tribal lands as included in EJScreen, which includes the following Tribal lands: Alaska Native Allotments, Alaska Native Villages, American Indian Reservations, American Indian Off-reservation Trust Lands, and Oklahoma Tribal Statistical Areas.

- *Geographically Dispersed Low-Income Households:* Low-income individuals and households living in Metropolitan Areas with incomes not more than 80% AMI or 200% FPL (whichever is higher), and low-income individuals and households living in Non-Metropolitan Areas with incomes not more than 80% AMI, 200% FPL, or 80% Statewide Non-Metropolitan Area AMI (whichever is highest). Federal Poverty Level (FPL) is defined using the latest publicly available figures from the U.S. Department of Health and Human Services. Area Median Income (AMI) is defined using the latest publicly available figures from the U.S. Department of Housing and Urban Development (HUD). Metropolitan Area and Non-Metropolitan Area are defined using the latest publicly available figures for county-level designations from the Office of Management and Budget. Statewide Non-Metropolitan Area AMI is defined using the latest publicly available figures from the U.S. Department of the Treasury's CDFI Fund, with an adjustment for household size using HUD's Family Size Adjustment factor.

- *Properties Providing Affordable Housing:* Properties providing affordable housing that fall within either of the following two categories: (a) multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units and with an active affordability covenant from one of the following housing assistance programs: (1) Low-Income Housing Tax Credit; (2) a housing assistance program administered by HUD, including Public Housing, Section 8 Project-Based

Rental Assistance, Section 202 Housing for the Elderly, Section 811 Housing for Disabled, Housing Trust Fund, Home Investment Partnership Program Affordable Rental and Homeowner Units, Permanent Supportive Housing, and other programs focused on ending homelessness that are funded under HUD's Continuum of Care Program; (3) a housing assistance program administered by USDA under Title V of the Housing Act of 1949, including under Sections 514 and 515; (4) a housing assistance program administered by a tribally designated housing entity, as defined in Section 4(22) of the Native American Housing Assistance and Self-Determination Act of 1996 (25 USC § 4103(22)); or (5) a housing assistance program administered by the Department of Hawaiian Homelands as defined in Title VIII of the Native American Housing Assistance and Self-Determination Act of 1996 (24 CFR 1006.10) or (b) naturally-occurring (unsubsidized) affordable housing with rents not exceeding 30% of 80% AMI for at least half of residential units.

- *Federally Recognized Tribal Entities:* All Federally Recognized Tribal entities, which are considered disadvantaged regardless of whether a Federally Recognized Tribe has land, consistent with M-23-09 (memorandum dated as of January 27, 2023) and CEJST. A "Federally Recognized Tribal Entity" means (i) any individual member of a Federally Recognized Tribe; (ii) any for-profit business that has at least 51 percent of its equity ownership (or the equivalent in limited liability companies) by members of Federally Recognized Tribes; (iii) any non-profit entity with at least 51 percent of its Board of Directors (i.e., Governing Board) comprised of members of Federally Recognized Tribes; or (iv) any Federally Recognized Tribal government entity.  Under this definition, any Federally Recognized Tribal Entity is included within the definition of Low-Income and Disadvantaged Communities, regardless of where that entity is located (i.e., the entity may be located in areas outside of the CEJST land area dataset, including but not limited to tribal service areas or counties).

**Materially Impaired**: For the definition and application of these terms under this Assistance Agreement (e. g. the Clarifications to EPA General Terms and Conditions) and any associated legal documentation related to the Assistance Agreement, note that EPA defines "Materially Impaired" in the context of effective performance of the Assistance Agreement as 1) the issuance of a written determination and finding from EPA that the Recipient has failed to achieve sufficient progress in accordance with the Sufficient Progress clause under the Clarifications to EPA General Terms and Conditions Programmatic Term and Condition and 2) if EPA in its sole discretion determines that a corrective action plan is an appropriate means of remedying the lack of sufficient progress, the subsequent issuance of a separate written determination and finding from EPA that the Recipient has not materially addressed its failure to achieve sufficient progress after implementing a corrective action plan concurred on by the EPA Project Officer and approved by the Award Official or Grants Management Officer pursuant to 2 CFR 200.208.

**Participant Support Costs**: 2 CFR 200.1 defines Participant Support Costs as "direct costs that support participants (see definition for Participant in § 200.1) and their involvement in a Federal award, such as stipends, subsistence allowances, travel allowances, registration fees, temporary dependent care, and per diem paid directly to or on behalf of participants." EPA regulations at 2 CFR 1500.1(a)(1) expand the definition of Participant Support Costs to include "subsidies, rebates, and other payments to Program Beneficiaries to encourage participation in statutorily authorized environmental stewardship programs," which includes the Greenhouse Gas Reduction Fund. In this program, Participant Support Costs are primarily a form of Financial Assistance to projects which enable Low-Income and Disadvantaged Communities to deploy or benefit from zero-emissions technologies.

**Period of Closeout**: Period of Closeout means the time interval between the beginning of the closeout

period (the date that the award has been closed out, in accordance with 2 CFR 200.344) to the end of the closeout period (the date that the Closeout Agreement has been terminated). The Period of Closeout may also be referred to as the Closeout Period.

**Period of Performance**: 2 CFR 200.1 defines Period of Performance as "the time interval between the start and end date of a Federal award, which may include one or more budget periods." For the purposes of this Award Agreement, the Period of Performance means the time interval between the start of the Federal award (either the first date that the Recipient has incurred allowable pre-award costs or the date on the Notice of Award, whichever is earlier) and the end of the Federal award (the date that the award has been closed out, in accordance with 2 CFR 200.344). The Period of Performance may also be referred to as the Performance Period.

**Post-Closeout Program Income**: Post-Closeout Program Income means Program Income retained at the end of the Period of Performance, which is subject to the terms and conditions of the Closeout Agreement, as well as Program Income earned by the Recipient during the Period of Closeout that is directly generated by a supported activity or earned as a result of the Federal award, which is also subject to the terms and conditions of the Closeout Agreement. Under the Closeout Agreement, the Recipient is authorized to deduct the cost of generating Post-Closeout Program Income under 2 CFR 200.307(d) and 2 CFR 1500.8(b), provided the costs are reasonable and necessary for performance under the federal award and the costs are not charged to the EPA award. Costs incidental to the generation of Post-Closeout Program Income include origination, servicing, and management costs that are not charged as direct costs to the Federal award or to Post Closeout Program Income. Costs of generating Post-Closeout Program Income can be incurred in advance of receiving the gross income, with the Recipient incurring the costs and later using gross income to reimburse itself for no more than the actual costs incurred to generate the Post-Closeout Program Income, provided the Recipient can account for the actual costs incurred.

**Program Administration Activities:** "Program administration activities" means activities that support administration of the grant program, to the extent such activities meet the requirements for allowability under 2 CFR Part 200, Subpart E as well as applicable provisions of 2 CFR Part 1500. Expenditures for program administration activities could include those for program performance, financial and administrative reporting, and compliance, including but not limited to activities to support, monitor, oversee, and audit Subrecipients, Contractors, and Program Beneficiaries. Program administration costs include procuring services and tools that support the Recipient in program design. Program administration activities may also include establishing and convening advisory councils, as described in Item 2 of EPA's Guidance on Selected Items of Cost for Recipients, and fundraising, as described in Item 4 of EPA's Guidance on Selected Items of Cost for Recipients.

**Program Beneficiary:** Program Beneficiary means an entity (either an individual or an organization) that receives Financial Assistance or Project Deployment Technical Assistance from the Recipient as an end-user. Expenditures for Financial Assistance or Project Deployment Technical Assistance to Program Beneficiaries are in the form of Participant Support Costs, as defined in 2 CFR 1500.1. A Program Beneficiary is distinct from a Subrecipient, as defined in 2 CFR 200.1.

**Program Income:** 2 CFR 200.1 defines Program Income as "gross income earned by the recipient or subrecipient that is directly generated by a supported activity or earned as a result of the Federal award during the period of performance except as provided in § 200.307(c)". 2 CFR 200.1 notes that Program Income "includes but is not limited to income from fees for services performed, the use or rental or real or personal property acquired under Federal awards, the sale of commodities or items fabricated under a

Federal award, license fees and royalties on patents and copyrights, and principal and interest on loans made with Federal award funds." For this program, Program Income also includes but is not limited to income from origination fees, servicing fees, and asset management fees; revenue from asset sales; release of grant funds previously used as Financial Assistance (such as through loan guarantees, loan loss reserves, or similar transactions); interest and other earnings on disbursements of grant funds that have not been transferred to third parties; and funds raised with costs charged against the grant award (such as private debt, philanthropic contributions, and other funds raised). EPA-specific rules on Program Income are provided at 2 CFR 1500.8, and rules on allowable fundraising costs are provided under 2 CFR 200.442 (with additional details in Item 4 of the EPA Guidance on Selected Items of Cost for Recipients). Under this program, the Recipient is authorized to deduct the cost of generating program income under 2 CFR 200.307(d) and 2 CFR 1500.8(b), provided the costs are reasonable and necessary for performance under the federal award and the costs are not charged to the EPA award. Costs incidental to the generation of program income include origination, servicing, and management costs that are not charged as direct costs to the Federal award or to Program Income. Costs of generating program income can be incurred in advance of receiving the gross income, with the Recipient incurring the costs and later using gross income to reimburse itself for no more than the actual costs incurred to generate the program income, provided the Recipient can account for the actual costs incurred. Program Income requirements flow down to Subrecipients but not to Contractors or Program Beneficiaries.

**Project-Deployment Technical Assistance:** Section 134(a)(1) of the Clean Air Act provides that funds for this competition be used for "technical assistance." Technical assistance is defined as "Project-Deployment Technical Assistance" and is services and tools provided by Recipients to enable Low-Income and Disadvantaged Communities to overcome non-financial barriers to rooftop residential solar or residential-serving community solar deployment or build the capacity of communities and businesses to deploy solar. Examples of these services and tools include workforce training, customer outreach and education, project deployment assistance such as siting, permitting, and interconnection support, coordination with utilities for the purposes of project deployment, distributed solar deployment training for developers, and other services and tools that enable Low-Income and Disadvantaged Communities to deploy or benefit from rooftop residential solar, and residential-serving community solar.

**Subaward:** 2 CFR 200.1 defines a Subaward as "an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant". A Subgrant refers to a Subaward in the form of a grant.

**Subrecipient:** Consistent with 2 CFR 200.1, Subrecipient means an entity that receives a Subaward from a pass-through entity to carry out part of a Federal award but does not include an entity that is a Program Beneficiary of such an award. A Subrecipient is distinct from a Program Beneficiary, which is referenced in 2 CFR 1500.1.

**Waste, Fraud, or Abuse:** For the definition and application of these terms under this Assistance Agreement (e.g. under the Financial Risk Management Requirements and Clarifications to EPA General Terms and Conditions) and any associated legal documentation related to the Assistance Agreement, refer to their use in the *Reporting Waste, Fraud, and Abuse* clause in the EPA General Terms and Conditions effective October 1, 2024 and 2 CFR 200.113: "credible evidence of the commission of a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code or a violation of the civil False Claims Act 31 U.S.C. 3729-3733."

## II. NATIONAL PROGRAMMATIC TERMS AND CONDITIONS

### A. Performance Reporting

In accordance with 2 CFR 200.329 and 2 CFR 200.337, the Recipient agrees to the following two requirements of performance reporting: (1) progress reports, (2) transaction and-project level report. These performance reporting requirements "flow-down" as needed to enable the Recipient to comply with the requirements described in this term and condition. The Recipient must ensure that these reports cover its own grant-related activities, and where applicable to a certain performance report or element of a performance report, the grant-related activities of its Subrecipients, Contractors, and/or Program Beneficiaries. The Recipient agrees that EPA may amend the Award Agreement to reflect information collection instruments authorized by GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW), once such instruments are authorized; to the extent that the information is not available for transactions that were closed prior to the amendment, the Recipient will not be out of compliance with the reporting requirements.

The Recipient acknowledges that knowingly and willfully making a material false statement may be subject to criminal prosecution under 18 U.S.C. 1001 and/or other civil and administrative sanctions.

EPA intends to make performance reporting information available to the public, either in whole or in part, through disclosing copies of the reports as submitted or using the content of the reports to prepare EPA reporting documents. Pursuant to 2 CFR 200.338, the Recipient agrees to redact personally identifiable information (PII) and mark confidential business information (CBI) prior to submission to EPA. Information claimed as CBI will be disclosed only to the extent, and by means of the procedures, set forth in 40 CFR Part 2, Subpart B. As provided at 40 CFR 2.203(b), if no claim of confidential treatment accompanies the information when it is received by EPA, it may be made available to the public by EPA without further notice to the Recipient. Recipient agrees that submitted information that does not include PII or CBI may be shared for program evaluation purposes, including with third parties.

The EPA Project Officer may extend the due date for performance reporting requirements to the extent authorized by 2 CFR 200.329 and 2 CFR 200.344. On a case-by-case basis, the EPA Project Officer may waive or modify performance reporting requirements to the extent authorized by 2 CFR 200.329 and 2 CFR 200.344. Notwithstanding any other provision of this Assistance Agreement, if Recipient's inability to submit the required performance reporting is due to issues with EPA systems, the Recipient shall be granted a reasonable extension to submit the reports after the technical issue has been corrected.

***The following additional term and condition applicable to performance reporting applies if the Recipient is an Eligible Nonprofit Recipient as defined in the Eligible Recipient definition:***

The Recipient agrees to have its chief executive officer (or equivalent) and chief reporting officer (or equivalent) review, sign, and submit performance reporting electronically to the EPA Project Officer. To the extent it is known, or should have been known, by the chief executive officer (or equivalent) and chief reporting officer (or equivalent) that the reporting is not materially compliant with the terms and conditions, or demonstrates material noncompliance with the terms and conditions, the chief executive officer (or equivalent) and chief reporting officer (or equivalent) must note such noncompliance to the EPA Project Officer alongside the submission. Should the chief executive officer (or equivalent) and chief reporting officer (or equivalent) signing the submission knowingly and willfully make any material false statement, they may be subject to criminal prosecution under 18 U.S.C. 1001 and/or other civil and administrative sanctions.

## 1. Progress Reports

### *Semi-Annual Report*

The Recipient agrees to submit semi-annual reports covering six months of the calendar year in accordance with information collection instruments approved through GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW). A single semi-annual report must be submitted to cover grant-related activities of the Recipient as well as Subrecipients as well as the grant-related activities of its Contractors and/or Program Beneficiaries where applicable to a certain element of the semi-annual report.

The Recipient agrees to submit semi-annual reports electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The Recipient may submit a request to the Project Officer for a permanent extension to 60 calendar days. A request may be made once, and it must include (i) an explanation of the Recipient's unique circumstance as to why they need the extension; (ii) the length of the extension (i.e., up to but not more than 60 calendar days after the semi-annual reporting period ends); and (iii) the duration of the extension (i.e., up to the remainder of the Period of Performance).

The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. The first semi-annual reporting period ends on December 31 and covers all activities beginning on the first day of the Period of Performance.

### *Final Report*

The Recipient agrees to submit a final report containing two documents. First, the Recipient must submit a report containing detailed narratives describing program performance for the entire Period of Performance, representing an overall assessment of the Recipient's implementation of its EPA-approved Solar for All Workplan, supported with qualitative discussions and quantitative metrics. The Recipient must include the following broad, non-exhaustive elements in its narrative report:

- Progress towards objectives on key performance metrics over the entire Period of Performance,
- Summary of key activities completed in the entire Period of Performance, including case studies across different types of Financial Assistance and Project-Deployment Technical Assistance undertaken to enable Low-Income and Disadvantaged Communities to deploy or benefit from zero-emissions technologies,
- Geographic coverage of Financial Assistance and Project-Deployment Technical Assistance deployed in the entire Period of Performance,
- Descriptions and examples of actions the program took over the entire Period of Performance to meaningfully involve the communities the program serves in program design and operations,
- Plans for key activities (including anonymized current transaction pipeline) to be completed as well as outputs and outcomes to be achieved under the Closeout Agreement.

Second, the Recipient must submit its program strategy for the Closeout Period to detail its use of Post-Closeout Program Income over the Closeout Period.

The two documents for the final report must be submitted to cover the grant-related activities of the

Recipient and its Subrecipients as well as the grant-related activities of its Contractors and/or Program Beneficiaries where applicable to a certain element of the final report.

The two documents for the final report must be submitted ready to be published on the EPA website for public consumption and must not include any material that the Recipient considers to be Confidential Business Information (CBI) or Personal Identifiable Information (PII). All reports will undergo an EPA review process to verify that there is no PII or claims of CBI. Should EPA identify PII or claims of CBI in reports, the EPA Project Officer will require that the Recipient re-submit the report without the PII or claims of CBI so that it can be published without redaction.

The Recipient agrees to submit the two documents for the final report electronically to the EPA Project Officer no later than 120 calendar days after the end date of the Period of Performance.

## 2. Transaction and Project-Level Report

The Recipient agrees to submit semi-annual transaction and project-level reporting in accordance with information collection instruments approved through GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW). The data submission must cover the grant-related activities of the Recipient and Subrecipients as well as the grant-related activities of its Contractors and/or Program Beneficiaries where applicable to a certain element of the data submission.

The Recipient agrees to submit the transaction and project-level report electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The Recipient may submit a request to the EPA Project Officer for a permanent extension to 60 calendar days. A request may be made once, and it must include (i) an explanation of the Recipient's unique circumstance as to why they need the extension; (ii) the length of the extension (i.e., up to but not more than 60 calendar days after the semi-annual reporting period ends); and (iii) the duration of the extension (i.e., up to the remainder of the Period of Performance).

The semi-annual reporting periods for data submission are as follows: October 1 to March 31; April 1 to September 30. The data submissions must cover transactions originated in the preceding two quarters. For the semi-annual reporting period that ends March 31, the Recipient must provide information on transactions originated from July 1 to December 31 rather than from October 1 to March 31. For the semi-annual reporting period that ends September 30, the Recipient must provide information on transactions originated from January 1 to June 30 rather than from April 1 to September 30. The first transaction and project-level report is due 30 calendar days after March 31, 2025, and must cover all transactions originated from the beginning of the Performance Period through December 31, 2024.

## B. Cybersecurity Condition

*The following terms and conditions applicable to cybersecurity apply if the Recipient is a State as defined in the Eligible Recipient definition:*

(a) The Recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the Recipient's network or information system and EPA networks used by the Recipient to transfer data under this agreement, are secure.

For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the Recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the Recipient agrees to contact the EPA Project Officer and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the Recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The Recipient agrees that any Subawards it makes under this agreement will require the Subrecipient to comply with the requirements in (b)(1) if the Subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The Recipient will be in compliance with this condition: by including this requirement in Subaward agreements; and during Subrecipient monitoring deemed necessary by the Recipient under 2 CFR 200.332(e), by inquiring whether the Subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the Recipient to contact the EPA Project Officer on behalf of a Subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the Subrecipient and EPA.

***The following terms and conditions applicable to cybersecurity apply if the Recipient is a Tribal Government as defined in the Eligible Recipient definition so long as the Recipient is not identified as a not for profit on the Notice of Award:***

(a) The Recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable Tribal law and policy cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the Recipient's network or information system and EPA networks used by the Recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the Recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the Recipient agrees to contact the EPA Project Officer no later than 90 calendar days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the Recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The Recipient agrees that any Subawards it makes under this agreement will require the Subrecipient to comply with the requirements in (b)(1) if the Subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The Recipient will be in compliance with this condition: by including this requirement in Subaward agreements; and during Subrecipient monitoring

deemed necessary by the Recipient under 2 CFR 200.332(e), by inquiring whether the Subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the Recipient to contact the EPA Project Officer on behalf of a Subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the Subrecipient and EPA.

***The following terms and conditions applicable to cybersecurity apply if the Recipient is a Municipality or Eligible Nonprofit Recipient as defined in the Eligible Recipient definition and if the Recipient is both a Tribal government as defined in the Eligible Recipient definition and denoted as a not for profit in the Notice of Award:***

(a) The Recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the Recipient's network or information system and EPA networks used by the Recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the Recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the Recipient agrees to contact the EPA Project Officer no later than 90 calendar days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the Recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The Recipient agrees that any Subawards it makes under this agreement will require the Subrecipient to comply with the requirements in (b)(1) if the Subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The Recipient will be in compliance with this condition: by including this requirement in Subaward agreements; and during Subrecipient monitoring deemed necessary by the Recipient under 2 CFR 200.332(e), by inquiring whether the Subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the Recipient to contact the EPA Project Officer on behalf of a Subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the Subrecipient and EPA.

## C. Competency Policy

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements, the Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, the Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. The Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA

Project Officer for this award.

## D. Public or Media Events

For public or media events that are planned more than 15 calendar days in advance, the Recipient agrees to notify the EPA Project Officer of public or media events it has organized publicizing the accomplishment of significant activities related to execution of the EPA-approved Solar for All workplan and provide the opportunity for attendance and participation by federal representatives with at least 15 calendar days' notice.

## E. In-Kind Assistance

This action awards federal funds in the amount specified on the Notice of Award of which $400,000 is anticipated to be through in-kind assistance. The in-kind assistance will include but is not limited to convenings and peer networking, market data collection, research and analysis, tool building, and education and outreach, to assist Recipients in achieving the objectives of the Solar for All program.

## F. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

## G. Leveraging and Fundraising

### 1. Leveraging

The Recipient agrees to make commercially reasonable efforts to provide the proposed leveraged funding that is described in its EPA-approved Solar for All workplan. If the proposed leveraging does not substantially materialize during the Period of Performance, and the Recipient does not provide a satisfactory explanation, the Agency may consider this factor in evaluating future grant applications from the Recipient. In addition, if the proposed leveraging does not substantially materialize during the Period of Performance and the Recipient does not provide a satisfactory explanation, then EPA may reconsider the legitimacy of the award; if EPA determines that the Recipient knowingly or recklessly provided inaccurate information regarding the leveraged funding described in the EPA-approved Solar for All workplan, EPA may take action as authorized by 2 CFR Part 200 and/or 2 CFR Part 180 as applicable.

### 2. Fundraising

2 CFR 200.442 provides coverage on allowable fundraising costs, with additional details contained in Item 4 of the EPA Guidance on Selected Items of Cost for Recipients. Fundraising costs described in the EPA-approved Solar for All Workplan are an allowable cost and may include costs that are reasonable and necessary for raising additional capital to provide Financial Assistance to eligible zero emissions technologies or Project-deployment Technical Assistance to enable Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero emission technologies.

Allowable fundraising costs must meet the following two criteria, in addition to meeting the requirements for allowability under 2 CFR Part 200, Subpart E as well as applicable provisions of 2 CFR Part 1500: (1) must be in support of the Greenhouse Gas Reduction Fund's third program objective to mobilize financing and private capital and (2) must be reasonable and necessary to raise capital from private

investors. Funds a Recipient raises for its own use with costs borne by an EPA Financial Assistance Agreement are considered Program Income, which must be treated in accordance with the Program Income Programmatic Term and Condition. When fundraising costs are paid for by both the award as well as other sources, a portion of the funds raised equal to the share of fundraising costs charged to the award will be treated as Program Income.

## H. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving Environmental Information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The Recipient shall ensure that Subawards involving Environmental Information issued under this agreement include appropriate quality requirements for the work. The Recipient shall ensure Subrecipients develop and implement Quality Assurance (QA) planning documents in accordance with this term and condition; and/or ensure Subrecipients implement all applicable approved QA planning documents. EPA will not approve any QA planning documents developed by a Subrecipient; the Recipient is responsible for reviewing and approving its Subrecipient QA planning document(s), if required based on the Subrecipient's Environmental Information Operations.

## 1. Quality Management Plan (QMP)

Prior to beginning Environmental Information Operations necessary to comply with the requirements specified in the Performance Reporting Programmatic Term and Condition, the Recipient must: (i) develop a QMP, (ii) prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard and submit the document for EPA review, and (iii) obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval. Alternatively, the Recipient may (i) submit a previously EPA-approved and current QMP and (ii) the EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the Recipient and EPA Project Officer (PO) in writing if the QMP is acceptable for this agreement.

The Recipient must submit the QMP within 90 calendar days after the date this amendment to the Award Agreement becomes effective, unless the Recipient requests an extension(s) that is granted by the QAM.

The Recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the Recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

## 2. Quality Assurance Project Plan (QAPP)

Prior to beginning Environmental Information Operations necessary to comply with the requirements specified in the Performance Reporting Programmatic Term and Condition, the Recipient must: (i) develop a QAPP, (ii) prepare the QAPP in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard, (iii) submit the document for EPA review, and (iv) obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval. Alternatively, the

Recipient may (i) submit a previously EPA-approved QAPP proposed to ensure the collected, produced, evaluated, or used environmental information is of known and documented quality for the intended use(s) and (ii) the EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the Recipient and EPA Project Officer (PO) in writing if the previously EPA-approved QAPP is acceptable for this agreement.

The Recipient must submit the QAPP within 90 calendar days after the date this amendment to the Award Agreement becomes effective, unless the Recipient requests an extension(s) that is granted by the QAM.

The Recipient must notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

The Recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the QAM at least annually and may also be submitted when changes occur.

For Reference:

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

## I. Real Property

In accordance with 2 CFR 200.311, title to Real Property acquired or improved under this agreement will vest upon acquisition by the Recipient, including but not limited to title to Real Property acquired through exercise of a remedy for default of a Financial Assistance arrangement. This Real Property must be used for the originally authorized purpose as long as needed for that purpose, during which time the Recipient must not dispose of or encumber its title or other interests. The Real Property Programmatic Term and Condition flows down to Subrecipients but not to Program Beneficiaries or Contractors that receive Financial Assistance, which may acquire title to Real Property after receiving Financial Assistance.

The Recipient must obtain prior approval from the EPA Award Official for the acquisition of Real Property. Note that the Recipient may meet this requirement by specifying the types of acquisitions of Real Property it plans to carry out in its EPA-approved Solar for All Workplan.

## Disposition

If the Recipient disposes of the property and uses the proceeds for the originally authorized purpose (i.e., under the terms and conditions of the Award Agreement), then the proceeds will be treated as Program Income and there are no further disposition requirements.

Otherwise, when Real Property is no longer needed for the originally authorized purpose, the Recipient

must obtain disposition instructions from EPA. The instructions will provide for one of the following alternatives:

1. Retain title after compensating EPA. The amount paid to EPA will be computed by applying EPA's percentage of participation in the cost of the original purchase (and costs of any improvements) to the fair market value of the property. However, in those situations where Recipient is disposing of Real Property acquired or improved with a Federal award and acquiring replacement Real Property under the same Federal award, the net proceeds from the disposition may be used as an offset to the cost of the replacement property.

2. Sell the property and compensate EPA. The amount due to EPA will be calculated by applying EPA's percentage of participation in the cost of the original purchase (and cost of any improvements) to the proceeds of the sale after deduction of any actual and reasonable selling and fixing-up expenses. If the Federal award has not been closed out, the net proceeds from sale may be offset against the original cost of the property. When the Recipient is directed to sell property, sales procedures must be followed that provide for competition to the extent practicable and result in the highest possible return.

3. Transfer title to EPA or to a third party designated/approved by EPA. The Recipient is entitled to be paid an amount calculated by applying the Recipient's percentage of participation in the purchase of the Real Property (and cost of any improvements) to the current fair market value of the property.

<u>Recordation</u>

As authorized by 2 CFR 200.316, EPA requires that Recipients who use EPA funding to purchase and improve Real Property through an EPA funded construction project record a lien or similar notice in the Real Property records for the jurisdiction in which the Real Property is located, which indicates that the Real Property has been acquired and improved with federal funding and that use and disposition conditions apply to the Real Property.

**J. Program Income**

In accordance with 2 CFR 200.307(c) and 2 CFR 1500.8(b), the Recipient must retain Program Income earned during the Period of Performance. Program Income will be added to funds committed to the program by EPA and used for the purposes and under the conditions of the Assistance Agreement and beyond the Period of Performance based on a Closeout Agreement.

In any period of time before such a Closeout Agreement is effective but after the Recipient has fully used the award for allowable activities, the Recipient is authorized to use Program Income under the terms and conditions of the Assistance Agreement, as opposed to the terms and conditions outlined under the Closeout Agreement Programmatic Term and Condition. The terms and conditions outlined under the Closeout Agreement Programmatic Term and Condition will supplant the terms and conditions of the Assistance Agreement once the Closeout Agreement becomes effective.

In accordance with 2 CFR 1500.8(d) as supplemented by the Period of Performance Programmatic Term and Condition, under ordinary circumstances, the Recipient may only use Program Income once the initial award funds are fully used for allowable activities or the Period of Performance ends for a different reason. However, Program Income may be used by the Recipient in advance of the initial award funds being fully used where reasonable and necessary to execute the activities in the EPA-approved Solar for All workplan.

## K. Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the Recipient or Subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the Recipient received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy.

## III. ADDITIONAL PROGRAMMATIC TERMS AND CONDITIONS

### A. Solar for All Workplan

#### 1. EPA-approved Solar for All Workplan

The Recipient agrees to implement this grant in accordance with its EPA-approved Solar for All Workplan. The Recipient agrees that the public laws, regulations, applicable notices, Executive Orders, and these award agreement terms and conditions supersede the EPA-approved Solar for All Workplan in the event there are conflicting provisions in the EPA-approved Solar for All Workplan.

#### 2. Specific condition on revisions to EPA-approved Solar for All workplan in the one-year planning period

The Recipient's EPA-approved Solar for All Workplan may include work to refine the program during the one-year planning period. Pursuant to 2 CFR 200.206(b) and (c), 2 CFR 200.208(b)(1), and 2 CFR 200.208(c)(2) and (6), EPA has determined that a specific condition is necessary to ensure that the further revisions to the Recipient's EPA-approved Solar for All Workplan allow the Recipient to effectively carry out the significant scale, complexity, and novelty of the Solar for All program. Based on this determination, if the Recipient makes revisions to its EPA-approved Solar for All Workplan during the one-year planning period, the Recipient must first receive approval from the EPA Project Officer on the revised Solar for All Workplan prior to requesting drawdown on any revised work. EPA will not make payments for unapproved work and any costs incurred for unapproved work by the Recipient are at its own risk.

The Recipient may continue to request payments and EPA will make payments for costs covered by the EPA-approved Solar for All Workplan while the EPA Project Officer, as appropriate, reviews any revised Solar for All Workplan.

*Action Required to remove the specific condition.* If the Recipient makes revisions to its workplan during the planning period, the Recipient must submit the revised workplan to EPA no later than 365 calendar days after the date of award for the first amendment of the agreement. Upon completion and EPA approval of any revisions to the EPA-approved Solar for All Workplan, timeline, budget narrative, budget detail, and SF-424A (if applicable), EPA will provide email confirmation that the grant recipient has met the Planning Period Term and Condition. The email confirmation from EPA will serve as evidence that this specific condition has been satisfied, with the specific condition removed without further action from the Recipient required upon receipt of the email in accordance with 2 CFR 200.208 (e).

*Method for Reconsideration.* If the Recipient believes that this specific condition is not warranted or requires modification, the Recipient must file a written objection within 21 calendar days of the EPA award or amendment mailing date and must not draw down funds until the objection is resolved.  The Recipient must submit the written objection via email to the Award Official, Grant Specialist and Project Officer identified in the Notice of Award.

## B. Allowable and Unallowable Activities

The Recipient agrees to only use the award to support the following allowable activities: Financial Assistance and Project-Deployment Technical Assistance that enable Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero emissions technologies as well as Participant Support Costs for trainees in workforce development programs. All costs charged to the award to support these activities must meet the requirements for allowability under 2 CFR Part 200, Subpart E as well as applicable provisions of 2 CFR Part 1500.

The Recipient agrees to not use the award for the following unallowable activities: (a) activities that support deployment of projects that do not meet the definition of eligible zero-emissions technologies; (b) Costs of acquiring "intangible property," as defined in 2 CFR 200.1; and (c) activities that support deployment of projects outside the boundaries of the ten EPA regions or in the Freely Associated States. The allowability of legal costs incurred in connection with the award shall be governed by applicable provisions of 2 CFR Part 200, Subpart E, including but not limited to 2 CFR 200.403, 2 CFR 200.435, 2 CFR 200.441 and 2 CFR 200.459.

## C. Foreign Entity of Concern

As part of carrying out this award, the Recipient agrees to ensure that entities the Recipient contracts with, the Recipient makes Subawards to, or that receive funds as Program Beneficiaries at any tier of funding under this grant agreement are not—

      (A) an entity owned by, controlled by, or subject to the direction of a government of a covered nation under 10 U.S.C. 4872(d);

      (B) an entity headquartered in a covered nation under 10 U.S.C. 4872(d); or

      (C) a subsidiary of an entity described in (A) or (B).

As of the date these terms and conditions become effective, covered nations under 10 U.S.C. § 4872(d) are the Democratic People's Republic of North Korea; the People's Republic of China; the Russian Federation; and the Islamic Republic of Iran.

## D. Low-Income and Disadvantaged Communities Expenditure Requirement

The Recipient agrees to ensure that 100% of the award is used for the purposes of enabling Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero emissions technologies. This requirement applies to the entire award provided to the Recipient and "flows down" to each Subrecipient.

## E. Revolving Loan Fund Characterization

EPA considers the portion of the award used to provide Financial Assistance, which may generate

Program Income, as a capitalization of a revolving loan fund for the purposes of 2 CFR 1500.8(d). Such Financial Assistance may include Subawards, Contracts for Delivery of Financial Assistance, or Participant Support Costs. In accordance with section 2.0 *Applicability and Effective Date* and the definition of *Subaward* in section 3.0 of the EPA Subaward Policy, the EPA Subaward Policy does not apply to the Recipient's Subawards from the capitalization of a revolving loan fund.

## F. Subawards to For-Profit Entities

The Recipient is authorized to provide Subawards to for-profit entities as included in the EPA-approved Solar for All Workplan. The Recipient agrees to require that for-profit entities that receive such Subawards:

1. Can only recover their eligible and allowable direct and indirect costs from EPA-funded activities, including recovering the portion of their overhead costs attributable to the activities by applying either a Federally approved indirect cost rate, as authorized by 2 CFR 200.414(f), or the de-minimis rate if the Subrecipient does not have a Federally approved rate;

2. Comply with the Management Fees General Term and Condition, which is incorporated by reference into the Establishing and Managing Subawards General Term and Condition;

3. Account for and use Program Income under the rules for Program Income pursuant to 2 CFR 1500.8 (b) and the terms and conditions of the award agreement;

4. Be subject to the same requirements as non-profit Subrecipients under 2 CFR Part 200 Subparts A through E, as federal awarding agencies are authorized to apply 2 CFR Part 200 Subparts A through E to for-profit entities in accordance with 2 CFR 200.101(a)(2); and

5. Select an independent auditor consistent with the criteria set forth in 2 CFR 200.509 and obtain an independent audit substantially similar in scope and quality to that of the Single Audit (see 2 CFR 200.500 et. seq.); the Subrecipient must submit the audit to the Recipient within 9 months of the end of the Recipient's fiscal year or 30 calendar days after receiving the report from an independent auditor, whichever is earlier; as provided in 2 CFR 200.337(a) the Recipient must provide EPA, the EPA Office of Inspector General, and the Comptroller General with access to the Subrecipient's independent auditor reports.

## G. Subawards as Part of Revolving Loan Funds

The following requirements apply when the Recipient provides Subawards under 2 CFR 200.1 as part of a revolving loan fund. These requirements apply to the Recipient and Subrecipient in lieu of those specified in the Establishing and Managing Subawards General Term and Condition.

1. For all Subawards as part of a revolving loan fund, the Recipient agrees to provide written documentation including the following information, unless already described in the EPA-approved Solar for All workplan. The Recipient is precluded from drawing down funds for such uses until the EPA Project Officer provides written approval of the submitted documentation. The documentation must: (a) describe the activities that will be supported by the Subawards; (b) specify the range of funding to be provided through the Subawards; (c) identify which types of entities (i.e., governmental, non-profit, for-profit) will receive the Subawards; and (d) specify how the Subrecipients are eligible Subrecipients in accordance with EPA's Subaward Policy. Additionally, if a Recipient plans to Subaward to a for-profit entity the Recipient's response to (d) must specifically describe how the for-profit Subrecipient will only receive

reimbursement for their actual direct or approved indirect costs such that the Subrecipient does not "profit" from the transaction.

2. The Recipient must establish and follow a system that ensures all Financial Assistance agreements are in writing and contain all of the elements required by 2 CFR 200.332(b), including the indirect cost provision of 2 CFR 200.332(b)(4) for Subawards. EPA has developed an optional template for Subaward agreements available in Appendix D of the EPA Subaward Policy, which may also be used for such Subaward agreements.

3. The Subrecipient must comply with the internal control requirements specified at 2 CFR 200.303 and is subject to the 2 CFR Part 200, Subpart F, *Audit Requirements*. The pass-through entity must include a condition in all Financial Assistance agreements that requires Subrecipients to comply with these requirements.

4. Prior to making the Subaward, the Recipient must ensure that the Subrecipient has a "unique entity identifier." This identifier is required for registering in the System for Award Management (SAM) and by 2 CFR Part 25 and 2 CFR 200.332(b)(1). The unique entity identifier (UEI) is generated when an entity registers in SAM. Information on registering in SAM and obtaining a UEI is available in the General Condition of the pass-through entity's agreement with EPA entitled *"System for Award Management and Universal Identifier Requirements."*

## H. Participant Support Costs

The Recipient may provide Financial Assistance and Project-Deployment Technical Assistance to enable Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero emissions technologies in the form of Participant Support Costs.

The Recipient agrees to the following eligibility, restrictions, timelines, and other programmatic requirements on Participant Support Costs, in addition to other requirements included in the terms and conditions of this award agreement:

> A. The Recipient and Program Beneficiaries are responsible for taxes, if any, on payments made to or on behalf of entities participating in this program that are allowable as Participant Support Costs under 2 CFR 200.1, 2 CFR 200.456, or 2 CFR 1500.1. EPA encourages the Recipient and Program Beneficiaries to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of subsidies, rebates and other Participant Support Cost payments. However, EPA does not provide advice on tax issues relating to these payments.

> B. Participant Support Cost payments are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and the Suspension and Debarment General Term and Condition. The Recipient, therefore, may not make Participant Support Cost payments to entities excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180 and must ensure that Subrecipients adhere to this requirement as well. The Recipient is responsible for checking that program participants are not excluded from participation through either (1) checking the System for Award Management (SAM) or (2) obtaining eligibility certifications from the program participants.

For all Financial Assistance provided in the form of Participant Support Costs specifically, the Recipient

agrees to provide written documentation including the following information, unless already described in the EPA-approved Solar for All workplan. The Recipient is precluded from drawing down funds for such uses until the EPA Project Officer provides written approval of the submitted documentation. This documentation must: (a) describe the activities that will be supported by the Participant Support Costs; (b) specify the range of funding to be provided through the Participant Support Costs; (c) identify which types of entities will have title to equipment (if any) purchased with a rebate or subsidy; (d) establish source documentation requirements (e.g., invoices) for accounting records; and (e) describe purchasing controls to ensure that the amount of the Participant Support Cost is determined in a commercially reasonable manner as required by 2 CFR 200.404.

## I. Contracts for Delivery of Financial Assistance

### 2 CFR 200 Procurement Standards

The Recipient may provide Financial Assistance to enable Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero emissions technologies in the form of procurement contracts (Contracts for Financial Assistance). The Recipient agrees to provide Contracts for Financial Assistance in compliance with the conflict of interest and competition requirements described in the 2 CFR Part 200 Procurement Standards. This includes but is not limited to the requirements at 2 CFR 200.318 to:

- Have and use documented procurement procedures to govern Contracts for Financial Assistance;
- Maintain oversight to ensure that contractors perform in accordance with the terms, conditions, and specifications of their contracts;
- Maintain written standards of conduct covering conflicts of interest and governing the actions of employees engaged in the selection, award, and administration of contracts as well as maintain written standards of conduct covering organizational conflicts of interest;
- Prioritize entering into inter-entity agreements where appropriate for procurement or use of common or shared goods and services as the Recipient seeks to mobilize financing and private capital;
- Award contracts only to responsible contractors possessing the ability to perform successfully under the terms and conditions of the proposed procurement; and
- Maintain records sufficient to detail the history of procurement.

Additional guidance is available at Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements.

## J. Labor and Equitable Workforce Development Requirements

### 1. Davis-Bacon and Related Acts (DBRA)

### A. Program Applicability

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to projects assisted by grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this Award Agreement shall be paid wages at

rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage Rate Requirements). Under the Greenhouse Gas Reduction Fund, the relevant construction type and prevailing wage classifications would be "Building" or "Residential." The Secretary of Labor's wage determinations are available at https://sam.gov/content/wage-determinations.

Under the Greenhouse Gas Reduction Fund, Davis-Bacon and Related Act requirements apply to forms of Financial Assistance that directly fund and are directly linked to specific construction projects that were not completed prior to the execution of the final binding documentation governing the use of the Financial Assistance. The Recipient must ensure that any construction work financed in whole or in part with such Financial Assistance, as defined in these Terms and Conditions, provided under this agreement complies with Davis-Bacon and Related Act requirements and the requirements of these Terms and Conditions.

Note, however, that under the Greenhouse Gas Reduction Fund, Davis-Bacon and Related Act requirements do not apply to any form of Financial Assistance which meets any of the following criteria:

- Financial Assistance which exclusively funds pre-construction (e.g. permitting or design work) or post-construction activities (e.g. subsidies for subscriptions to already constructed solar assets).
- Financial Assistance which serves end-users who are individual homeowners or tenants of single-family homes or multifamily buildings when these individual end-users ultimately select the contractor(s) and execute the contract(s) for the construction work, as opposed to the Recipient, Subrecipient, or a contractor hired by the Recipient or Subrecipient.
- Financial Assistance which serves end-users who meet the definition of Federally Recognized Tribal Entities, as defined under this Assistance Agreement, when these Federally Recognized Tribal Entities ultimately select the contractor(s) and execute the contract(s) for the construction work, as opposed to the Recipient, Subrecipient, or a contractor hired by the Recipient or Subrecipient.
- Financial Assistance which serves any end-user when such Financial Assistance is less than $250,000 for a project and the end-user ultimately selects the contractor(s) and executes the contract(s) for the construction work, as opposed to the Recipient, Subrecipient, or a contractor hired by the Recipient or Subrecipient.

If the Recipient encounters a situation that presents uncertainties regarding DBRA applicability under this Assistance Agreement, the Recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with a Subrecipient, Program Beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with the requirements of this Term and Condition or the Davis-Bacon and Related Act, the Recipient agrees to promptly inform the EPA Project Officer for possible referral to the U.S. Department of Labor for guidance or enforcement action.

Consistent with the definitions at 29 CFR § 5.2, the term "construction" refers to all types of work done on a particular building or work at the site of the work by laborers and mechanics employed be a contractor or subcontractor. Additional guidance is available in the definition of the term "building or work" in 29 CFR § 5.2.

## B. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

### C. Recipient Responsibilities When Entering Into and Managing Contracts:

#### a. Solicitation and Contract Requirements:

**i. Include the Correct Wage Determinations in Bid Solicitations and Contracts:** Recipients are responsible for complying with the procedures provided in 29 CFR 1.6(b) when soliciting bids and awarding contracts.

**ii. Include DBRA Requirements in All Contracts:** Include "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

#### b. After Award of Contract:

**i. Approve and Submit Requests for Additional Wages Rates:** Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

**ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions:** Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

### D. Recipient Responsibilities When Establishing and Managing Additional Subawards:

**a. Include DBRA Requirements in All Subawards (including Loans):** Include the following text on all Subawards under this grant: "By accepting this award, the EPA Subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

**b. Provide Oversight to Ensure Compliance with DBRA Provisions:** Recipients are responsible for oversight of Subrecipients and must ensure Subrecipients comply with the requirements in 29 CFR 5.6.

**c. Provide Oversight to Ensure Compliance with Participant Support Cost Requirements:** Recipients are responsible for oversight of Subrecipients and must ensure that Subrecipients comply with the requirements in subsection E, below.

### E. Recipient/Subrecipient Responsibilities When Managing Participant Support Costs to Program

Beneficiaries

When DBRA is applicable, Financial Assistance provided in the form of a Participant Support Cost to a Program Beneficiary shall include the following text:

"[Name of Recipient/Subrecipient providing the Financial Assistance] retains the following responsibilities for all contracts and subcontracts assisted by this [form of Financial Assistance]:

**a. Solicitation and Contract Requirements:**

**i. Include the Correct Wage Determinations in Bid Solicitations and Contracts:** "[Name of Recipient/Subrecipient providing the Financial Assistance] is responsible for ensuring that any contracts or subcontracts made by Program Beneficiaries and/or assisted by Participant Support Costs comply with the procedures provided in 29 CFR 1.6(b) when soliciting bids and awarding contracts.

**ii. Include DBRA Requirements in All Contracts:** Include the following text "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

**b. After Award of Contract**:

**i. Approve and Submit Requests for Additional Wages Rates:** Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

**ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions:** Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

The contract clauses set forth in this term and condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

## F. DBRA Compliance Monitoring Requirement

Reasonable and necessary costs for DBRA compliance are allowable and allocable grant costs. Such costs include, but are not limited to, the procurement of a payroll reporting and compliance management software product to meet the documentation and reporting requirements under 29 CFR 5.5(a)(3)(ii) for all construction projects assisted under this award.

## 1. Compliance with Federal Statutes and Regulations

The Recipient agrees to comply with other applicable federal statutes and regulations related to labor and equitable workforce development as well as to enforce compliance with Subrecipients, contractors, and other partners (e.g., by including such provisions in contractual agreements). This includes but is not

limited to applicable health and safety regulations as administered by the Occupational Safety and Health Administration.

## 2. Free and Fair Choice to Join a Union

In accordance with Executive Order 14082 (Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022), the Recipient agrees to design and implement a policy to increase high-quality job opportunities for American workers and improving equitable access to these jobs, including in traditional energy communities, through the timely implementation of requirements for prevailing wages and registered apprenticeships and by focusing on high labor standards and the free and fair chance to join a union.

In accordance with the EPA General Terms and Conditions, grant funds may not be used to support or oppose union organizing, whether directly or as an offset for other funds.

## K. Build America, Buy America Act

The Build America, Buy America Act – Public Law 117-58, requires the EPA to ensure that for any activity related to the construction, alteration, maintenance, or repair of infrastructure, "none of the funds made available for a Federal Financial Assistance program for infrastructure, including each deficient program, may be obligated for a project unless all of the iron, steel, manufactured products, and construction materials used in the project are produced in the United States." (P.L. 117-58, Secs 70911 – 70917).

The Recipient is bound to the EPA Build America, Buy America General Term and Condition, which outlines the Build America, Buy America (BABA) requirements that all Recipients of EPA Financial Assistance awards must comply with.

Under the Greenhouse Gas Reduction Fund, BABA requirements apply to forms of Financial Assistance that directly fund and are directly linked to specific infrastructure projects that were not completed prior to the date the Recipient's award funds were obligated by the EPA.

EPA interprets the definition of infrastructure consistent with 2 CFR 184 and M-24-02 (memorandum dated as of October 23, 2023), including the "public function" test, when determining whether projects qualify as public infrastructure, based on the Civil Rights Act definition of public accommodation.

The following types of Greenhouse Gas Reduction projects are deemed infrastructure for the purposes of BABA applicability:

    1. The public infrastructure portion of any property (e.g., retail in a mixed-use multi-family property) where the principal purpose of the Financial Assistance is to directly benefit such portion of the property;

    2. Privately-owned commercial buildings when they meet the "public function" test;

    3. Residential-serving community solar projects, which EPA deems "structures, facilities, and equipment that generate, transport, and distribute energy" per 2 CFR 184.4(c).

The following types of Greenhouse Gas Reduction projects are not deemed infrastructure for the

purposes of BABA applicability:

1. Single family homes;

2. Privately-owned, non-mixed-use, multi-family housing properties;

3. Privately-owned residential portions of mixed-use properties;

4. Any privately-owned, behind-the-meter energy generation and storage project that does not otherwise meet the definition of infrastructure.

The inclusion of the following types of funding, support, guarantee, or sponsorship in the funding stack of any Greenhouse Gas Reduction fund project does not trigger BABA, in and of itself or in combination:

1. Low-Income Housing Tax Credit (LIHTC);

2. Fannie Mae and Freddie Mac Backed Multifamily Mortgages;

3. Federal Housing Administration Insured Multifamily Mortgages;

4. HUD Section 8 Funding;

5. Other Federal, State, Tribal, or Local Housing Assistance Funding Sources: in general, subsidies issued by federal, state, Tribal, or local housing assistance funding sources that do not confer equity or ownership stakes for the governmental funding source do not trigger BABA applicability.

BABA applicability is assessed at the time of provision of Financial Assistance based on the terms, limitations, and requirements of the Financial Assistance. Applicability does not change retroactively based on a change of use (e.g., if a ground floor apartment is re-zoned for a restaurant). Recipients may not temporarily modify or mischaracterize usage to intentionally avoid BABA compliance.

If the Recipient encounters a situation that presents uncertainties regarding Build America, Buy America applicability under this Assistance Agreement, the Recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

## L. Consumer Protection Requirements

The Recipient agrees to carry out the following consumer protection requirements to the extent that the Recipient directly interacts, transacts, or contracts with consumers in the provision of Financial Assistance:

1. Comply with the Equal Credit Opportunity Act, the Truth in Lending Act, the Consumer Financial Protection Act, and other federal consumer protection laws that apply;

2. Provide written disclosures to consumers containing information in clear and understandable language regarding purchasing, leasing, or financing as well as the costs associated with a consumer's transaction;

3. With regard to solar products or services, provide written disclosures on the impact of the solar project on the consumer's ability to sell or refinance their home and recording of any liens on the home; consumer rights; contact information for the solar project provider; and complaint procedures for the consumer if they have a problem with the solar project or sales process;

4. Require that all in-person and telephone marketing that directly interacts, transacts, or contracts with consumers be conducted in a language in which the consumer subject to the marketing is able to understand and communicate; and

5. Maintain a process for receiving, monitoring, and resolving consumer complaints, including ensuring that complaints are appropriately addressed and referring complaints, when necessary, to the appropriate government regulatory agency.

The Recipient agrees to monitor and oversee Subrecipients and contractors with respect to these consumer financial protection requirements to the extent that they directly interact, transact, or contract with consumers, in accordance with 2 CFR 200.332(e) and 2 CFR 200.318.

## M. Financial Risk Management Requirements

### 1. Cash Management Requirements

The Recipient must deposit and maintain advance payments of Federal funds exclusively in insured accounts, in accordance with 2 CFR 200.305(b)(10). As provided in 2 CFR 200.1, an advance payment is "a payment that a Federal agency or pass-through entity makes by any appropriate payment mechanism and payment method before the recipient or subrecipient disburses the funds for program purposes." A Recipient drawing down funds from ASAP prior to disbursement for actual and allowable project costs constitutes an advance payment. Interest income earned on the advance payment from EPA to the Recipient prior to disbursement is subject to the requirements on interest earned within 2 CFR 200.305(b)(11) and 2 CFR 200.305(b)(12); consequently, such interest earned in excess of $500 must be remitted annually to the Department of Health and Human Services Payment Management System.

The Recipient is authorized to maintain Program Income in two types of accounts:

1. Insured accounts, including in amounts in excess of the federal insurance limit of $250,000.
2. Accounts where such income is used to purchase (i) U.S. Savings Bonds, U.S. Treasury Marketable Securities, and U.S. Agency Marketable Securities, provided the duration of such instruments is no longer than 90 calendar days (if purchased directly) and that such instruments are held-to-maturity (if purchased directly), or (ii) short-term money market funds consisting solely of the aforementioned investment instruments and offering daily investor redemptions. Note, the underlying instruments included in a short-term money market fund consisting solely of U.S. Savings Bonds, U.S. Treasury Marketable Securities, and U.S. Agency Marketable Securities and offering daily investor redemptions need not be of a particular duration or held-to-maturity.

Interest income and other returns earned on funds that have already been disbursed is considered additional Program Income consistent with 2 CFR 1500.8(d) and is not subject to the requirements on interest earned within 2 CFR 200.305(b)(11) and 2 CFR 200.305(b)(12).

### 2. Climate-Related Financial Risks

The Recipient agrees to comply with Executive Order 11988 (Floodplain Management). This may include accounting for and evaluating practicable alternatives or other mitigation related to ameliorating flood risks and protecting flood plains as part of its financial risk management policies and procedures.

The Recipient agrees to comply with Executive Order 14030 (Climate-Related Financial Risk). This may include accounting for climate-related financial risks—including physical and transition risks—in its financial risk management policies and procedures.

## 3. Additional Requirements

The Recipient agrees to not subordinate its interests in any asset that the Recipient acquires with EPA funds or Program Income in a manner that waives EPA's claim for compensation under any applicable statutory claims, 2 CFR Part 200, or common law. Once a Recipient uses grant funds for program purposes and incurs a financial obligation, as defined under 2 CFR 200.1, EPA will only seek claims on those funds in the event that they were used for costs that do not comply with the terms and conditions of the Award Agreement or if there is adequate evidence of Waste, Fraud, or Abuse, prompting adverse action by EPA per 2 CFR 200.339. This does not prohibit the use of subordinated debt as a form of Financial Assistance.

The Recipient agrees to apply EPA's Final Financial Assistance Conflict of Interest Policy to all Subawards  and Participant Support Costs made to entities receiving Financial Assistance or Project-Deployment Technical Assistance. Notwithstanding the statement in section 2.0 of the Conflict of Interest (COI) Policy that it does not apply to "Subawards in the form of loans, loan guarantees, interest subsidies and principal forgiveness, purchases of insurance or similar transactions entered into with borrowers by Recipients of revolving loan fund capitalization grants or other EPA Financial Assistance agreements where Agency funds may be used for lending activities," EPA is applying the COI Policy to these transactions through this term and condition.

The Recipient agrees to provide Subrecipients that receive Subawards to provide Financial Assistance or Project-Deployment Technical Assistance with training and technical assistance on program-related matters, including on prudent financial risk management practices, in accordance with 2 CFR 200.332(f).

## N. Historic Preservation

## National Historic Preservation Act (NHPA)

Section 106 of the NHPA requires all federal agencies to consider the effects of their undertakings, including the act of awarding a grant, on historic properties, and to provide the Advisory Council on Historic Preservation (ACHP) a reasonable opportunity to comment on such undertakings. The Recipient must assist the EPA Project Officer in complying with NHPA if any activities funded under this grant impact a historic property. Historic properties can include: (a) land or buildings listed in or eligible for listing on the National Register of Historic Places; (b) archaeologically sensitive areas or in an area where traditional cultural properties are located; and (c) properties that are associated with significant historic events, are associated with significant people, embody distinctive characteristics, and contain important precontact information.

The Recipient should work with their Project Officer to ensure that Subrecipients are available to work with EPA on any required consultation process with the State Historic Preservation Office (SHPO) or Tribal Historic Preservation Office (THPO) prior to commencing the project to ensure compliance with

Section 106 of the NHPA.

If NHPA compliance is required, necessary Section 106 consultation activities, such as historic or architectural surveys, structural engineering analysis of buildings, public meetings, and archival photographs, can be considered allowable and allocable grant costs.

Archeological and Historic Preservation Act (AHPA)

This law applies if archeologically significant artifacts or similar items are discovered after an EPA-funded construction project has begun, and compliance may be coordinated with the NHPA, discussed above. The AHPA requires federal agencies to identify relics, specimens, and other forms of scientific, prehistorical, historical, or archaeologic data that may be lost during the construction of federally-sponsored projects to ensure that these resources are not inadvertently transferred, sold, demolished or substantially altered, or allowed to deteriorate significantly. The Recipient must ensure that Subrecipients performing construction projects are aware of this requirement, and the Recipient must notify EPA if the AHPA is triggered.

## O. Uniform Relocation Assistance and Real Property Acquisition Policies Act

The Uniform Relocation Assistance and Real Property Acquisition Policies Act (URA) applies to acquisitions of property and displacements of individuals and businesses that result from federally assisted programs. The URA and Federal Highway Administration's implementing regulations at 49 CFR Part 24 require the Recipient to follow certain procedures for acquiring property for purposes under the federal award, such as notice, negotiation, and appraisal requirements. The statute and regulations also contain requirements for carrying out relocations of displaced persons and businesses, such as reimbursement requirements for moving expenses and standards for replacement housing. The Recipient must comply with, and ensure Subrecipients comply with, the URA and 49 CFR Part 34 if an EPA-funded acquisition of property results in permanent displacement of individuals or businesses. Note that although the URA does not apply to temporary displacement of residents, the cost for temporary relocation of residents may be an allowable cost under the "necessary and reasonable for the performance of the Federal award" provision of 2 CFR 200.403(a). The Recipient must obtain prior approval of the EPA Project Officer and EPA Award Official for the allowability of costs for temporary relocation of residents.

## P. Remedies for Non-Compliance

The Recipient agrees to comply with the terms and conditions of the Award Agreement. Should the Recipient fail to adhere to the terms and conditions of the Award Agreement, the EPA may impose additional conditions as set forth in 2 CFR 200.208. If the EPA determines that noncompliance cannot be remedied by imposing additional conditions, the EPA may seek remedies under 2 CFR 200.339 up to and including termination and the recovery of unallowable costs as provided in 2 CFR 200.343. As specified in 2 CFR 200.343, which will remain in effect throughout the term of this award, costs during suspension or after termination are allowable if (a) the costs result from financial obligations which were properly incurred by the non-Federal entity before the effective date of suspension or termination, are not in anticipation of it, and (b) the costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

The Recipient agrees to comply with the statutory requirements of Section 134 of the Clean Air Act. Should the Recipient violate the statutory requirements of Section 134 by failing to use grant funds in

accordance with Section 134 or by failing to ensure that the activities of Subrecipients are in accordance with Section 134, EPA may seek remedies under Section 113, which may subject the Recipient to civil administrative penalties through an EPA administrative enforcement action, civil penalties and/or injunctive relief through a civil judicial enforcement action by the U.S. Department of Justice (DOJ), or criminal penalties through a DOJ criminal judicial enforcement action.

Notwithstanding any other provision of this Award Agreement, EPA will not determine that Recipient has failed to comply with the terms and conditions of the Award Agreement, without providing a reasonable opportunity to remedy under 2 CFR 200.208, for good faith efforts to comply with the Performance Reporting National Programmatic Term and Condition, Additional Programmatic Terms and Conditions regarding Build America, Buy America or Labor and Equitable Workforce Development Requirements, requirements for Subrecipient oversight, or to obligate or expend funds for allowable activities.

## Q. Clarifications to EPA General Terms and Conditions

EPA agrees to make the following clarifications to the EPA General Terms and Conditions. These clarifications expand on, rather than replace or modify, the EPA General Terms and Conditions. The Recipient agrees to comply with these clarifications.

### 1. Automated Standard Application Payments (ASAP) and Proper Payment Draw Down

*The following clarification to the ASAP and Proper Payment Draw Downs General Term and Condition applies if the Recipient is a Municipality, Tribal Government, or Eligible Nonprofit Recipient as defined in the Eligible Recipient definition. States, as defined in the Eligible Recipient definition, are subject to the Proper Payment Drawdown for State Recipients General Term and Condition:*

The Recipient is subject to the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down General Term and Condition.

The Recipient is required to notify the EPA Project Officer of draws from ASAP in excess of the following amounts: $10,000,000 within a 24-hour period or $50,000,000 within a 7-day period. The Recipient is required to provide such notification within 3 business days of the draw amount being surpassed.

### 2. Establishing and Managing Subawards

2 CFR 200.308 requires the Recipient to obtain prior agency approval for "Subaward activities not proposed in the application and approved in the Federal award."

EPA will not require additional written approval from the EPA Award Official for a Subaward to a Subrecipient that is named in the Recipient's EPA-approved Solar for All Workplan.

When the Subrecipient is not named in the EPA-approved Solar for All Workplan, the Recipient agrees to provide written documentation that must be approved by the EPA Project Officer. The Recipient is precluded from drawing down funds for Subawards not named in the EPA-approved Solar for All workplan until the EPA Project Officer provides written confirmation of the documentation. The documentation must: (a) describe the activities that will be supported by the Subawards; (b) specify the range of funding to be provided through the Subawards; (c) identify which types of entities (i.e., governmental, non-profit, for-profit) will receive the Subawards; and (d) specify how the Subrecipients are eligible Subrecipients in accordance with EPA's Subaward Policy, and specifically how the

Subrecipients will comply with the requirement that the Subrecipient must only receive reimbursement for their actual direct or approved indirect costs such that they do not "profit" from the transaction.

## 3. Indirect Cost Rate

The Recipient should note that Subrecipients that receive loans cannot charge an indirect cost rate against their loans and that entities that receive Participant Supports Costs cannot charge an indirect cost rate against their Participant Support Cost payments, unless a class exception to this policy is issued by EPA.

Modified total direct costs (MTDC), as defined in 2 CFR 200.1, means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $50,000 of each Subaward (regardless of the period of performance of the Subawards under the award). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, Participant Support Costs and the portion of each Subaward in excess of $50,000.

Notwithstanding the General Term and Condition "Indirect Cost Rate Agreements," the Recipient may claim up to a 15% de minimis rate of modified total direct costs authorized by 2 CFR 200.414(f).

## 4. Sufficient Progress

The EPA Project Officer may assess whether the Recipient is making sufficient progress in implementing the EPA-approved Solar for All workplan under this Assistance Agreement within 90 calendar days of June 30, 2025 as well as within 90 calendar days of June 30 of each year thereafter during the Period of Performance. "Sufficient progress" shall be assessed based on a comparison of the Recipient's planned versus actual expenditures as well as planned versus actual outputs/outcomes. This term and condition "flows down" to Subrecipients, with the Recipient required to assess whether each Subrecipient is making sufficient progress in implementing the workplan under its Subaward Agreement; the Recipient may increase the frequency and scope of the review of sufficient progress of Subrecipients, in accordance with 2 CFR 200.332 *Requirements for Pass-Through Entities.*

If the EPA Project Officer determines that the Recipient has not made sufficient progress in implementing its EPA-approved Solar for All workplan, the Recipient, if directed to do so, must implement a corrective action plan concurred on by the EPA Project Officer and approved by the Award Official or Grants Management Officer pursuant to 2 CFR 200.208.

EPA will not find that the Recipient has failed to make sufficient progress in implementing its EPA-approved Solar For All workplan based on shifts between types of Financial Assistance over the Period of Performance (or other shifts in portfolio allocation, to the extent applicable, such as by region or market segment, over the Period of Performance). If EPA finds the Recipient has failed to achieve sufficient progress on deployment of Financial Assistance in general, or is achieving progress at a slower rate than projected under the EPA-approved Solar for All workplan, the Recipient will have an opportunity to implement a corrective action plan pursuant to 2 CFR 200.208.

## 5. Termination

EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 effective as of October 1, 2024, when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is Materially

Impaired or there is adequate evidence of Waste, Fraud, or Abuse, or material misrepresentation of eligibility status, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient selected under Funding Opportunity Number 66.959 (Zero Emissions Technologies Grant Program, also known as Solar For All) to effectuate the objectives of Section 134 of the Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination. If an Eligible Recipient has assumed a legal obligation properly incurred for an allowable activity entered into by a suspended or terminated Recipient, EPA will re-obligate funds to the Eligible Recipient to satisfy the legal obligation and accept an amended workplan and budget to that effect.

## R. Period of Performance

The Period of Performance under this Award Agreement will end on the date specified in the Notice of Award. However, the Period of Performance may end prior to the date specified in the Notice of Award if all required work of the Federal award has been completed, in accordance with 2 CFR 200.344. In accordance with 2 CFR 200.344(b), the Recipient agrees to liquidate all financial obligations incurred under the award no later than 120 calendar days after the end date of the Period of Performance. In this context, to "liquidate all financial obligations" means to pay outstanding bills, such as the payment of staff salaries accrued during the Period of Performance but for which the due date falls after the end date of the Period of Performance. To "liquidate all financial obligations" does not mean to liquidate, terminate, or accelerate outstanding obligations related to the provision of Financial Assistance to Qualified Projects at the end of the Period of Performance, which would continue to be subject to the Closeout Agreement.

The Recipient should note that the Recipient will not be considered to have met the requirements for closeout under its award under 2 CFR 200.344 so long as any Subrecipient has not met the requirements for closeout under its subaward under 2 CFR 200.344.

Notwithstanding the Extension of Project/Budget Period Expiration Date General Term and Condition, in accordance with 2 CFR 200.308(g)(2), the Recipient is authorized to initiate a one-time extension of the Period of Performance by up to 12 months without prior EPA approval, provided that the extension complies with the requirements 2 CFR 200.308(g)(2). In accordance with 2 CFR 200.308(g)(2), the Recipient must "notify the Federal agency in writing with the supporting justification and a revised period of performance at least 10 calendar days before the conclusion of the period of performance."

## S. Closeout Agreement

As provided at 2 CFR 200.307(c) and 2 CFR 1500.8(d), after the end of the Period of Performance of the Assistance Agreement, the Recipient may keep and use Program Income remaining at the end of the Assistance Agreement and use Post-Closeout Program Income in accordance with this term and condition. The Closeout Agreement goes into effect for this Assistance Agreement the earlier of 1) the day after the Assistance Agreement Period of Performance ends, 2) the first date when all required work of the Federal award has been completed in accordance with 2 CFR 200.344 and the Recipient has met the requirements for closeout (including but not limited to submitting the final report as specified in the Performance Reporting Programmatic Term and Condition) or 3) an alternative date that is mutually agreed by the Recipient and the EPA Grants Management Officer or Award Official.

In accordance with 2 CFR 200.344, EPA will proceed to closeout the Award Agreement and enter the

Closeout Period even if the Recipient has not met the requirements for closeout (including but not limited to submitting the final report as specified in the Performance Reporting Programmatic Term and Condition). As provided in 2 CFR 200.344: "When the recipient or subrecipient fails to complete the necessary administrative actions or the required work for an award, the Federal agency or pass-through entity must proceed with closeout based on the information available." This Closeout Agreement is therefore self-executing.

This term and condition is the entire Closeout Agreement between the EPA and the Recipient. If any provisions of this Closeout Agreement are invalidated by a court of law, the parties shall remain bound to comply with the provisions of this Closeout Agreement that have not been invalidated. The Closeout Agreement will be interpreted and, if necessary, enforced under Federal law and regulations. The Recipient shall comply with the requirements specified below as part of the Closeout Agreement. Definitions within 2 CFR 200.1, including as supplemented through *I. Definitions* of this award agreement, apply identically to how they do under the Period of Performance, unless otherwise noted.

As specified in the Flow-Down Requirements Programmatic Term and Condition, the Closeout Agreement Programmatic Term and Condition flows down to Subrecipients such that the Recipient must enter into a corresponding Closeout Agreement with any Subrecipient that has Program Income or anticipates generating Post-Closeout Program Income at the end of the Subrecipient's Period of Performance.

## 1. Allowable Activities

The Recipient shall use Post-Closeout Program Income in accordance with the Allowable and Unallowable Activities Programmatic Term and Condition, as applicable.

## 2. Reporting Requirements

After the Closeout Agreement becomes effective, the Recipient shall disclose annual reports publicly, in lieu of any of the reporting requirements described in the Performance Reporting Programmatic Term and Condition. The Recipient's public annual reports under the Closeout Agreement must meet the following broad requirements:

- Progress towards objectives on key performance metrics over the annual reporting period,
- Summary of key activities completed over the annual reporting period, including case studies across different types of Financial Assistance and Project-Deployment Technical Assistance undertaken to enable Low-Income and Disadvantaged Communities to deploy or benefit from zero-emissions technologies,
- Geographic coverage of Financial Assistance and Project-deployment Technical Assistance deployed over the annual reporting period,
- Descriptions and examples of actions the program took over the annual reporting period to meaningfully involve the communities the program serves in program design and operations,
- Plans for key activities (including anonymized current transaction pipeline) to be completed as well as outputs and outcomes to be achieved in the next annual reporting period.

## 3. Low-Income and Disadvantaged Communities Expenditure Requirements

The Recipient shall expend 100% of Program Income for the purposes of providing Financial Assistance and Technical Assistance in and benefiting Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero emissions technologies and comply with this requirement in accordance with the Low-Income and Disadvantaged Communities Expenditure Requirements Programmatic Term and Condition, as applicable.

## 4. Cash Management Requirements

The Recipient must maintain Post-Closeout Program Income in accordance with the Cash Management Requirements in the Financial Risk Management Requirements Programmatic Term and Condition, as applicable. However, the Recipient may submit a Cash Management Policy for review and approval by the EPA Project Officer, which can authorize the Recipient to deviate from the aforementioned Cash Management Requirements.

## 5. Remedies for Non-Compliance

The Recipient agrees to identical remedies for non-compliance that are specified in the Remedies for Non-Compliance Programmatic Term and Condition, as applicable. During the Closeout Period, the workplan and budget submitted for the Period of Performance are no longer applicable.

## 6. Suspension and Debarment

The Recipient agrees to ensure that Post-Closeout Program Income is not transferred to entities that are currently suspended, debarred, or otherwise declared ineligible under 2 CFR Part 180. The Recipient can maintain compliance with this requirement through either (1) checking the System for Award Management (for Subrecipients, Contractors, or Program Beneficiaries) or (2) obtaining eligibility certifications from counterparties (for Program Beneficiaries). The Recipient may access the System for Award Management (SAM) exclusion list at https://sam.gov/SAM to determine whether an entity or individual is presently excluded or disqualified.

## 7. Non-Discrimination

The Recipient must use Post-Closeout Program Income in compliance with EPA regulations at 40 CFR Part 7 regarding non-discrimination in EPA-funded programs, as applicable.

**Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, The Age Discrimination Act of 1975.** The Recipient agrees to comply with these laws, prohibiting discrimination in the provision of services or benefits, on the basis of race, color, national origin, sex, disability or age, in programs or activities receiving federal financial assistance.

Pursuant to EPA's regulations on "Nondiscrimination in Programs receiving Federal Assistance from the Environmental Protection Agency" in 40 CFR Part 5 and 40 CFR Part 7, the Recipient agrees, and will require all Subrecipients to agree, not to discriminate on the basis of race, color, national origin, sex, disability or age.

**Executive Order 11246 Part III of Executive Order No. 11246 (September 24, 1965) as amended prohibits discrimination in Federally assisted construction activities.** As provided in section 301 of the Executive Order, the Recipient will ensure that Subrecipients include the seven clauses specified in section 202 of the Order in all construction contracts. Section 302 defines "Construction contract" as "any

contract for the construction, rehabilitation, alteration, conversion, extension, or repair of buildings, highways, or other improvements to Real Property." Contracts less than $10,000 are exempt from the requirements of the Order.

## 8. Record-Keeping

In accordance with 2 CFR 200.334(e), the Recipient shall maintain appropriate records to document compliance with the requirements of the Closeout Agreement (i.e., records relating to the use of Post-Closeout Program Income) for a three-year period following the end of the Closeout Agreement, unless one of the conditions specified in the regulation applies. Note that this requirement applies if and when the Closeout Agreement is terminated, in accordance *with Item 14. Termination of the Closeout Agreement*. EPA may obtain access to these records to verify that Post-Closeout Program Income has been used in accordance with the terms and conditions of this Closeout Agreement. Records and documents relating solely to performing the grant agreement prior to closeout may be disposed of in accordance with 2 CFR 200.334.

Additionally, the Recipient must maintain adequate accounting records for how Post-Closeout Program Income is managed and spent as well as all other appropriate records and documents related to the activities conducted using Program Income.

The Recipient agrees to ensure that Subrecipients comply with Federal Funding Accountability and Transparency Act (FFATA) reporting requirements. The Recipient may use the terms of its Subaward Agreements or other effective means to meet its responsibilities.

## 9. Other Federal Requirements

The following other federal requirements apply to the use of Post-Closeout Program Income under the Closeout Period to the same extent they do under the terms of the Performance Period:

- Davis-Bacon and Related Acts, as specified in the Labor and Equitable Workforce Development Requirements Programmatic Term and Condition;
- Build America, Buy America Act, as specified in the Build America, Buy America Act Programmatic Term and Condition; and
- National Historic Preservation Act, as specified in the Historic Preservation Programmatic Term and Condition.

No other federal requirements apply to the use of Post-Closeout Program Income under the terms of this Closeout Agreement, other than those specified in this Closeout Agreement.

## 10. Amendments to the Closeout Agreement

The EPA Award Official or Grants Management Officer and the Recipient must agree to any modifications to the terms and conditions of this Closeout Agreement. Agreed-upon modifications must be in writing. Oral or unilateral modifications shall not be effective or binding.

## 11. Audit Requirements

The Recipient agrees to meet the requirements of 2 CFR Subpart F—Audit Requirements during the Closeout Period, as activities related to the Federal award referenced in 2 CFR 200.502(a) include activities during the Closeout Period.

Through September 30, 2031, the Recipient agrees to notify the EPA Project Officer within 30 calendar days of the submission of the Recipient's Single Audit to the Federal Audit Clearinghouse's Internet Data Entry System. This requirement "flows-down" to each Subrecipient in that the Recipient must also notify the EPA Project Officer within 30 calendar days of the Subrecipient's Single Audit to the Federal Audit Clearinghouse's Internet Data Entry System.

### 12. Termination of the Closeout Agreement

The Closeout Agreement terminates when either of the following situations occur: (1) the Recipient holds a de minimis amount of Post-Closeout Program Income and does not anticipate generating more than a de minimis amount of additional Post-Closeout Program Income or (2) the Recipient and the EPA Award Official or Grants Management Officer mutually agree to terminate the Closeout Agreement, with the Recipient remitting current and future Post-Closeout Program Income to the federal government.

The ability to terminate the Closeout Agreement flows down to Subrecipients, as a Closeout Agreement between the Recipient and Subrecipient terminates when either (1) the Subrecipient holds a de minimis amount of Post-Closeout Program Income and does not anticipate generating more than a de minimis amount of additional Post-Closeout Program Income or (2) the Subrecipient and the Recipient mutually agree to terminate the Closeout Agreement, with the Subrecipient remitting current and future Post-Closeout Program Income to the Recipient.

The de minimis amount must be agreed-upon in writing by the Recipient and the Director of the Office of the Greenhouse Gas Reduction Fund (or equivalent), prior to the Recipient using the "de minimis" criteria to terminate the Closeout Agreement.

### 13. Points of Contact

The points of contact for the Closeout Agreement are the EPA Project Officer (for the EPA) and the Authorized Representative on the EPA Key Contacts Form most recently submitted to the EPA Project Officer (for the Recipient). If changes are made to these points of contact, the respective party must notify the other within 30 calendar days of the planned change.

## T. Accounting Principles

The Recipient must account for all award funds in accordance with Generally Accepted Accounting Principles (GAAP) as in effect in the United States.

The Recipient must segregate and account for the award funds separately from all other program and business accounts. Additionally, the Recipient must segregate and account for Program Income separately from all other program and business accounts.

## U. Internal Controls

The Recipient must comply with standards for internal controls described at 2 CFR 200.303. The "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States referenced in § 200.303 are available online at https://www.gao.gov/assets/gao-14-704g.pdf

## V. Audits

The Recipient agrees to meet the requirements of 2 CFR Subpart F—Audit Requirements during the Period of Performance, as described in the Audit Requirements General Term and Condition.

Additionally, in accordance with 2 CFR 200.332 and 2 CFR 200.501(i), the Recipient agrees to disclose directly to the EPA Project Officer audited financial statements from any for-profit Subrecipient that expends $1,000,000 or more of EPA funds from the Recipient's grant program in the Subrecipient's fiscal year. Any for-profit Subrecipient that must disclose such financial statements is required to select an independent auditor consistent with the criteria set forth in 2 CFR 200.509 and obtain an independent audit substantially similar in scope and quality to that of the Single Audit (see 2 CFR 200.500 et. seq.). The Subrecipient must submit the audit to the Recipient within 9 months of the end of the Recipient's fiscal year or 30 days after receiving the report from an independent auditor, whichever is earlier.

The Recipient agrees to notify the EPA Project Officer within 30 calendar days of the submission of the Recipient's Single Audit to the Federal Audit Clearinghouse's Internet Data Entry System. This requirement "flows-down" to each Subrecipient in that the Recipient must also notify the EPA Project Officer within 30 calendar days of the Subrecipient's Single Audit to the Federal Audit Clearinghouse's Internet Data Entry System.

## W. EPA Project Officer Oversight and Monitoring

Pursuant to 2 CFR 200.206(b) and (c), 2 CFR 200.208(b)(1), and 2 CFR 200.208(c)(3)(4) and (6), EPA has determined that a specific condition is necessary to ensure that eligible Recipients effectively carry out the significant scale, complexity, and novelty of the Solar for All program. This specific condition will remain in effect throughout the period of performance unless the EPA Award Official determines, based on a request by the Recipient or EPA Project Officer, that some or all of the specific conditions are no longer necessary for EPA to manage programmatic or financial risks.

The EPA Project Officer, or other EPA staff designated by the EPA Project Officer or the Division Director of the Solar for All program, will oversee and monitor the grant agreement through activities, if determined necessary, including:

1. Upon request, requiring the Recipient to participate in an annual workshop (i.e., one workshop per calendar year) with other Recipients under the Solar for All program; the EPA Project Officer will contact the Recipient to finalize details for each annual workshop.

2. Participating in project activities, to the extent permissible under EPA policies, such as: consultation on effective methods of carrying out the EPA-approved Solar for All Workplan, provided the Recipient makes the final decision on how to perform authorized activities; coordination by EPA staff with other Recipients under the Greenhouse Gas Reduction Fund and with other EPA programs, and other federal programs to avoid duplication of effort;

3. Reviewing the qualifications of key personnel, including senior management and board-level committee members or contractors employed by Recipients. Note that EPA does not have the authority to select employees or contractors, including consultants, employed by the Recipient;

4. Closely monitoring the Recipient's management and oversight of Subrecipients and procedures for ensuring that program beneficiaries adhere to program participation guidelines;

5. Closely monitoring the Recipient's performance to verify compliance with the EPA-approved

Solar for All Workplan and achievement of environmental results;

6. Participating in periodic telephone conference calls with Recipient personnel to discuss project successes and challenges, and similar items impacting Recipient performance;

7. Reviewing and commenting on performance reports prepared under the Award Agreement. Note that the final decision on the content of performance reports rests with the Recipient;

8. Verifying that the Recipient is expending the award on allowable activities, including but not limited to asking for information on draws from ASAP or reviewing a sample of Financial Assistance transactions to verify compliance with regulatory requirements and the terms and conditions of this award;

9. Periodically reviewing costs incurred by the Recipient as well as its contractors and Subrecipients if needed to ensure appropriate expenditure of grant funds. Note that Recipients are not required to submit documentation of costs incurred before obtaining payments of grant funds;

10. Working with other EPA officials, including but not necessarily limited to the EPA QAM, to review and approve QAPPs and related documents or verifying that appropriate Quality Assurance requirements have been met where quality assurance activities are being conducted pursuant to an EPA-approved QMP; and

11. Monitoring the use of Program Income after the Period of Performance ends, in accordance with the terms of the Closeout Agreement.

*Method for Reconsideration*. If the Recipient believes that this specific condition is not warranted or requires modification, the Recipient must file a written objection within 21 calendar days of the EPA award or amendment mailing date and must not draw down funds until the objection is resolved. The Recipient must submit the written objection via email to the Award Official, Grant Specialist and Project Officer identified in the Notice of Award.

Subject to approval by the EPA Award Official, the EPA Project Officer and the Recipient may mutually agree to additional areas of oversight and monitoring.

## X. Compliant URL Links

The EPA may elect to develop informational materials to publicize the key characteristics of the Recipient's Solar for All award. These materials may include links to Recipient and/or Subrecipients' websites. The Recipient agrees to work with the EPA Project Officer or another member of Solar for All program staff to ensure any such links are compliant with pertinent EPA and government-wide standards.

## Y. Flow-Down Requirements

As described in 2 CFR 200.101(b)(1), the terms and conditions of Federal awards flow down to Subawards unless a particular section of 2 CFR 200.101 or the terms and conditions of the Federal award specifically indicate otherwise. As required by 2 CFR 200.332(b), the Recipient agrees to ensure that Subrecipients are aware of the requirements that apply to the Subrecipient.

For the purposes of this Award Agreement, all terms and conditions must flow down to Subawards to the extent they are applicable. The EPA Project Officer is authorized to waive the applicability of programmatic terms and conditions to Subawards, unless the term and condition implements statutory, regulatory, or executive order requirements.

## Z. Financial Assistance in the Form of Credit Enhancements

If the Recipient's EPA-approved Solar for All Workplan includes providing Financial Assistance in the form of credit enhancements such as loan loss reserves or loan guarantees, the Recipient is authorized to draw down funds as c**ash reserves.** "Cash reserves" means cash that is drawn down and subsequently held in order to support the Recipient's deployment of Financial Assistance in the form of credit enhancements. Cash reserves involve the drawdown and disbursement of grant funds into an escrow account meeting the following standards: (1) the Recipient does not retain possession of the grant funds; (2) the Recipient cannot get the funds back from the escrow account upon demand; (3) the entity providing the escrow account is independent from the Recipient; (4) the Recipient is able to use the funds in the escrow account to support eligible uses of cash reserves, as defined here; and (5) the escrow account is with an "insured depository institution," as defined in 12 USC 1813. The Recipient is not authorized to use an escrow account until the substantive terms of the escrow account have been reviewed and approved by the EPA Project Officer.

The Recipient agrees to provide written documentation for all Financial Assistance in the form of credit enhancements that must be approved by the EPA Project Officer prior to the Recipient implementing its strategy, unless already described in the EPA-approved Solar for All workplan. This documentation must describe how the expenditure enables Low-Income and Disadvantaged Communities to deploy and benefit from eligible zero-emissions technologies.

Any obligations that the Recipient incurs in excess of the grant award funds allocated and expended to execute its credit enhancement strategy are the Recipient's responsibility. This limitation on the extent of the Federal Government's financial commitment to the Recipient's credit enhancement strategy shall be communicated to all participating banks, borrowers, Subrecipients, or Program Beneficiaries prior to the execution of any documentation governing such transactions with any such parties.

## AA. Additional Requirements for Eligible Nonprofit Recipients

***The following terms and conditions apply if the Recipient is an Eligible Nonprofit Recipient as defined in the Eligible Recipient definition:***

## 1. Incorporation and Control

**The Recipient agrees to maintain its incorporation in the United States and to maintain its status as not being controlled by** one or several entities that are not eligible Recipients. Control is defined by either (i) control in any manner over the election of a majority of the directors, trustees, or general partners (or individuals exercising similar functions) or (ii) the power to exercise, directly or indirectly, a controlling influence over management policies or investment decisions.

## 2. Governance Requirements

## A. Board Size and Composition

The Recipient agrees to ensure that its board size in terms of number of members (excluding advisory committees) is commensurate with the scope of oversight and monitoring activities as well as the scale, complexity, and risk profile of the Recipient's EPA-approved Solar for All Workplan as well as other business activities. The board must have a sufficient number of members to adequately staff each of its committees.

The Recipient agrees to ensure that its board consists of members that are qualified with relevant expertise, skills, and track record as well as representative members (including from Low-Income and Disadvantaged Communities).

## B. Board Independence

The Recipient agrees to ensure that the majority of the board is independent, in accordance with the Internal Revenue Service's definition of "independent" for the purposes of Form 990 reporting.

## C. Board Policies and Procedures

The Recipient agrees to enforce board policies and procedures including, among others, those that ensure strong ethics and mitigate conflicts of interest; ensure appropriate board training to review and assess internal risk assessments for all of the organization's significant activities; and ensure regular board engagement, including frequency of meetings and attendance procedures.

The Recipient agrees to require recusals from any officers or members of the board of directors with a personal or organizational conflict of interest in the decision-making and management related to financial transactions under this award. Such recusals must include but not be limited to decision-making and management of Subawards and Participant Support Cost payments to or from any organization in which an officer or member of the board of directors or their immediate family is directly employed by or has a consulting or other contractual relationship with, serves on the board, or is otherwise affiliated with the organization. The term "immediate family" has the same meaning as that term in the EPA's Final Financial Assistance Conflict of Interest Policy.

## 3. Legal Counsel

The Recipient agrees to appoint or consult appropriate legal counsel if counsel is not already available.

## AB. Amendments to Award Agreement

The EPA Award Official or Grants Management Officer and the Recipient must agree to any modifications to the terms and conditions of this Award Agreement. Agreed-upon modifications must be in writing. Oral or unilateral modifications shall not be effective or binding.

## AC. Preservation of Guidance and Data

Any statutes, regulations, agency documents, policies, and guidance (including FAQs and EPA's Implementation Framework for the Greenhouse Gas Reduction Fund), or executive orders referenced herein are incorporated by reference into the Award Agreement as of the effective date of this amended Award Agreement. These incorporated documents will be controlling on Recipient and Subrecipients in the event such documents are deleted, repealed, rescinded, or replaced unless a statute provides otherwise. This includes, but is not limited to, the Uniform Administrative Requirements, Cost Principles

and Audit Requirements for Federal Awards; Title 2 CFR Part 200 effective October 1, 2024, and the EPA General Terms and Conditions effective October 1, 2024.

This provision cannot be changed without the consent of the Recipient.

EXHIBIT 5

# Greenhouse Gas Reduction Fund

# Massachusetts Solar for All (MASFA) Program

## Workplan

## [October 9 , 2024]

**Project Title:** Massachusetts Solar for All (MASFA) Program

**Grant Number:** 84090201

**Organization Name:** Massachusetts Department of Energy Resources

**Geography:** Commonwealth of Massachusetts

Definitions ................................................................................................................ 3

1) Project Outputs, Outcomes, and Linkages to the EPA's Strategic Goals ..................... 6

   a. Outputs ................................................................................................. 6

   b. Outcomes ............................................................................................. 8

   c. Linkages to the US EPA's Strategic Goals ............................................. 9

2) Meaningful Benefits ................................................................................. 10

   a. Household Savings ............................................................................... 10

   b. Equitable Access to Solar .................................................................... 15

   c. Resilience Benefits .............................................................................. 18

   d. Community Ownership ........................................................................ 20

   e. Workforce Development ...................................................................... 21

3) Financial Assistance Strategy ................................................................... 24

   a. Financial Assistance ............................................................................ 24

   b. Revolving Loan Funds ......................................................................... 30

   c. Enabling Upgrades .............................................................................. 30

   d. Residential-serving community solar .................................................... 32

   e. Grants of participant support costs to utilities or investor-owned utilities ............. 32

   f. Housing affordability ........................................................................... 32

   g. Long-term asset operations ................................................................. 33

MASFA Program Workplan

4) Technical Assistance Strategy ................................................................. 35

   a. Technical Assistance Overview ........................................................ 35

   b. Workforce Development ................................................................ 38

   c. Resilient Assets .......................................................................... 38

   d. Community Benefits Agreements ................................................... 40

5) Equitable Access and Meaningful Involvement Plan .............................. 40

   a. Communities Served .................................................................... 40

   b. Customer Acquisition and Retention .............................................. 41

   c. Participatory Governance ............................................................. 42

   d. Education and Outreach ............................................................... 42

6) Fiscal Stewardship Plan ...................................................................... 43

   a. Stewardship ............................................................................... 43

   b. Subawards ................................................................................. 44

   c. Consumer Financial Protections .................................................... 44

7) Timeline and Milestones ..................................................................... 45

8) Budget Narrative ............................................................................... 45

   a. Personnel ................................................................................... 45

   b. Fringe Benefits ........................................................................... 46

   c. Contractual ................................................................................ 46

   d. Other ......................................................................................... 47

   e. Other - subaward ........................................................................ 48

   f. Other – Participant Support Costs .................................................. 49

   g. Indirect Charges ......................................................................... 49

   h. Questionnaire ............................................................................. 50

MASFA Program Workplan

## <u>Definitions</u>

For the purposes of the MASFA Workplan and related programming, the definitions used are as follows:

- **BHA**: The Boston Housing Authority; a government agency providing public housing to Boston residents.  Program administrator for the MASFA 'Solar on Public Housing Initiative'.
- **CBOs**: Community-Based Organizations; organizations and entities with a demonstrated history of engaging and supporting Low-Income and Disadvantaged such as community action partnerships, neighborhood revitalization organizations, advocacy groups, affordable housing providers, affordable housing developers, and non-profits.
- **CELH**: Clean Energy Lives Here; a MassCEC initiative providing a web-based resource library to provide MA consumers with information on the optimal clean energy home, including renewable and solar energy.
- **The Coalition**: The leading implementers of the MASFA funding, comprising DOER, MassCEC, BHA, and MassHousing, and the Massachusetts Community Climate Bank, operating inside MassHousing.
- **DBE**: Disadvantaged Business Enterprises; a for-profit entity at least 51% owned or controlled by socially and economically disadvantaged individuals. African Americans, Hispanics, Native Americans, Asian-Pacific and Subcontinent Asian Americans, and women are presumed to be socially and economically disadvantaged. Other individuals can also qualify as socially and economically disadvantaged on a case-by-case basis.
- **DOER**: Department of Energy Resources; the MA government agency that develops and implements policies and programs aimed at ensuring the adequacy, security, diversity, and cost-effectiveness of the State's energy supply.
- **DOL**: Department of Labor; a federal agency that fosters, promotes, and develops policies and programs to impact the welfare of wage earners, job seekers, and retirees; improve working conditions; advance opportunities for profitable employment; and assure work-related benefits and rights.
- **Gateway Cities**: A Massachusetts designation for 26 municipalities that anchor regional economies around the state with population greater than 35,000 and less than 250,000; median household income below the state average; and rate of educational attainment of a bachelor's degree or above that is below the state average.
- **GGRF**: Greenhouse Gas Reduction Fund; the funding source of Solar for All.
- **Good Jobs Principles**: Good Jobs Principles; eight principles issued by DOL, in partnership with the Department of Commerce, to identify what comprises a good job and to create a framework for workers, businesses, labor unions, advocates, researchers, state and local governments, and federal agencies for a shared vision of job quality.
- **ITC**: Investment Tax Credits; a federal tax credit for individuals installing solar systems on residential property under Section 25D of the tax code.

3

MASFA Program Workplan

- **LICSS**: Low-Income Community Shared Solar; a community shared solar project with at least 50% of its energy output allocated to low-income customers in the form of electricity or bill credits.
- **LIDAC**: Specific low-income/disadvantaged communities ('LIDAC') eligibility criteria for each pillar of MASFA programming are outlined in section 2) a.; however, all uses are consistent with the EPA and GGRF's definitions:
  - Communities identified as disadvantaged by the White House Council on Environmental Quality (CEQ) Climate and Economic Justice Screening and Mapping Tool (CEJST);
  - Disadvantaged communities as identified by the EPA's Environmental Justice Screens (EJ Screen), including the supplemental indexes and areas within Tribal lands;
  - Geographically dispersed low-income households, meaning individuals and households at or below the highest of either[1]:
    - 80% Area Median Income (AMI)
    - 200% of the Federal Poverty Level; or
    - 80% Statewide Non-Metropolitan Area AMI (only applicable for those in non-metropolitan areas); or
  - Properties providing affordable housing, meaning subsidized multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units, and an active affordability covenant.
- **MassCEC**: The Massachusetts Clean Energy Center; a quasi-public economic development agency dedicated to accelerating the growth of the clean energy and climate-tech sector across the State. Program administrator for the MASFA small residential, community solar and technical assistance programming.
- **MassHire**: a public instrumentality of the Commonwealth of Massachusetts consisting of a network of 16 MassHire Workforce Boards and 25 MassHire Career Centers responsible for distribution of WIOA funds and other public workforce development funds.
- **MCCB:** Massachusetts Community Climate Bank; A dedicated capital fund and associated set of programs located within MassHousing focused on delivering financing solutions to support decarbonization strategies in the residential sector, primarily in the low- and moderate-income multifamily rental and single-family homeownership markets. Program administrator for the MASFA Solar on Affordable Housing Initiative.
- **MassHousing**: The Massachusetts Housing Finance Agency, a public instrumentality of the Commonwealth of Massachusetts established by the Legislature and charged with

---

[1] For 2024 data, the U.S. Department of Housing and Urban Development's thresholds for 80% AMI are the highest of all three possible qualifying thresholds, uniformly across Massachusetts' towns, counties, and HUD FMR areas. Therefore, in accordance with the Solar for All Terms and Conditions, 80% AMI will be the income eligibility threshold for residents in all geographic areas of Massachusetts. The Coalition will update the data in this comparison annually to ensure continued accuracy.

MASFA Program Workplan

providing financing to increase the supply of single- and multi-family housing in the Commonwealth for occupancy by persons and families of low and moderate income.

- **MLP**: Municipal Light Plant; MA municipalities may own, maintain and operate an MLP to provide electric and/or gas services to their citizens. They have different structures and governance to investor-owned utilities, including ineligibility for SMART. There are currently 41 MLPs in MA.

- **PPA**: Power Purchase Agreement; an electricity supply agreement between a power producer and a customer, with electricity supplied either physically or by balance.

- **SMART**: Solar Massachusetts Renewable Target; the incentive program for solar projects in MA. Recipients are awarded a base compensation tariff by a utility company, subject to location- and off taker-based adders and subtractors. To be eligible, solar PV systems must be smaller than 5MW and interconnected with the grid.

- **WIOA**: Workforce Innovation Opportunity Act; federal legislation designed to help job seekers access employment, education, training, and support services to succeed in the labor market and to match employers with the skilled workers needed to compete in the global economy. WIOA funds are overseen by DOL and distributed in Massachusetts by MassHire.

MASFA Program Workplan

# 1) <u>Project Outputs, Outcomes, and Linkages to the EPA's Strategic Goals</u>

### a. Outputs

MASFA outputs will consist of six core program pillars:

    i. **Small Residential - Zero Interest Loan (SR - Loan)**: A financial product utilizing an Interest Rate Buy Down ("IRBD") to enable low-cost financing via local lenders. This program will also address barriers to adoption by directing residents to paired pathways for accessing external programs for financing efficiency, enabling upgrades, solar, and/or energy storage (further detailed in 3) c)). This initiative will be managed through an application platform to ensure that projects meet minimum technical requirements and installers are compliant with required training and business standards (further detailed in 4) c)) for participation in MASFA. To be administered by MassCEC.

    ii. **Small Residential - Solar Lease Initiative (SR - Lease)**: A third-party ownership model to provide a low-cost rooftop solar offering for certain scenarios, such as where homeowners are not able to monetize federal tax credits themselves. This initiative is designed to help homeowners access the long-term benefits of solar PV by utilizing third-party capital to fund the early stages of a project. The initiative will allow eligible customers access to solar leases that are cash flow positive from day one, with a long-term option of ownership when appropriate. To be administered by MassCEC.

    iii. **Affordable Multifamily - Solar on Public Housing Initiative (AMF - Public)**: A Statewide central procurement for public housing authorities to install solar PV on residential multifamily properties.  To maximize the range of owners and specific scenarios that can be impactfully served, the program will offer both an "Ownership Solution" and a "Third-Party Owned" solutions, and a subsidy (or forgivable portion of the financing) available to both that enable project economics to deliver impactful savings to tenants.  Benefits to be delivered to tenants on a master meter or receiving utility allowance through non-energy benefits.  Additionally designed to incorporate workforce development through organized labor apprenticeships. To be administered by BHA on behalf of all housing authorities statewide, in close coordination with the Massachusetts Executive Office of Housing and Livable Communities (EOHLC).

    iv. **Affordable Multifamily - Solar on Affordable Housing Initiative (AMF - Private)**: The initiative will work with affordable housing owners to provide the technical assistance needed to navigate the complexities of project design, financing, and

implementation of solar PV, and help guide owners to existing sources of capital. A short-term revolving loan fund will enable ownership through bridge financing for owners to cover costs during the construction period and until receipt of other incentives (such as the ITC), with options for converting a portion of any remaining loan balance into a grant and/or sourcing a small permanent loan from MassHousing to repay a portion of the loan balance, determined on a project by project basis to ensure owners deliver at least 20% savings to all tenants. To maximize the range of owners and specific scenarios that can be impactfully served, the program will offer both an "Ownership Solution" and a "Third-Party Owned" solution. To be administered by Massachusetts Community Climate Bank.

v. **Low-Income Community Shared Solar Initiative (LICSS)**: MASFA funds will stack on top of existing SMART incentives to provide an additional incentive to LICSS projects that go above and beyond SMART's low-income eligibility requirements to provide meaningful benefits. These include providing verified net savings that exceed 20%, allocating more than 50% of output to LIDAC customers, and enrolling anchor off-takers that otherwise provide community benefits, such as local CBOs, non-profits, affordable multifamily properties, or municipal aggregation programs.

A portion of funding will be set aside to provide support for Community Owned Community Solar (COS) projects, if owned by a municipal, cooperative, or community non-profit or other public-serving entity. This additional support will be available to COS projects on top of the LICSS incentive and will include competitively offered direct financial assistance to address development hurdles and technical assistance for market analysis, project planning, marketing, and outreach and engagement with stakeholders.

MassCEC will also allocate a portion of funding for grants to support a LICSS pilot program in MLP territories, who do not participate in the SMART Program and have different rate structures. This funding opportunity will be offered via competitive solicitation to all MLPs operating in Massachusetts. Awards will be responsive to local rates and incentives applicable in the respective MLP service territory, similar to existing award funding structures available to SMART-eligible project incentives.

In addition to the core programming, MASFA will provide additional supporting initiatives such as:
- Workforce development, including wrap-around support for solar apprentices, funding to support LIDAC entrants in training centers, and a Solar Business Accelerator;

7

MASFA Program Workplan

- Promotion of MASFA programming as a potential complement to existing decarbonization programming, such as CELH, MassSave Low Income efficiency programs, and the Weatherization Assistance Program (WAP);
- Technical assistance and support for Community owned solar development, to assist CBOS or other community owners in overcoming barriers to Community Owned CSS development;
- A CSS marketplace to publicly share information about community solar arrays that are actively enrolling participants. This marketplace will ease participation in community solar by centralizing projects and making comparisons between projects easy to distinguish. Funding from SFA will ensure that this CSS marketplace prioritizes community impact and benefits delivery to LIDACs;
- Grants and resources for CBO capacity building and to support CBOs to lead outreach and engagement for solar opportunities, including participation in CSS projects; and
- Municipality support and training, with a focus on automated permitting solutions.

**b. Outcomes**

Together, the outcomes of the programming being deployed using SFA funding are expected to include:

  i.  Climate and Air Pollution Benefits
- 125MW of new solar capacity, including:
  - New residential solar capacity of 55MW
  - New community solar capacity of 70MW
- New battery storage capacity of 31MW
- Reduction in GHG emissions of 71,063 tons CO2 annually over the expected 20-year lifetime of solar panels, versus the equivalent energy generation through other energy generation methods

  ii. Equity and Community Benefits
- New solar utilization by about 29,000 LIDAC households, representing 3% of the households in geographically eligible low income and disadvantaged communities in MA (note that this percentage does not capture geographically dispersed eligible households).
  - Of those households, we estimate 5,726 will comprise small residences through our zero-interest loan and solar lease initiatives, 7,721 units in multi-family buildings, and 13,961 households served by new community solar projects.

8

MASFA Program Workplan

- Savings to households are estimated to reach over $372 million in aggregate. Reflecting benefits on average of $12,492 per household over the assumed 20-year lifespan of solar panels with each household is expected to save an anticipated $625 per year over the lifetime of the solar panels.

*Note that expected outcomes are based on anticipated and modeled project sizing, costs, participation rates, average building characteristics, electricity pricing and other factors, and are subject to change as actual values are realized over the course of the program.

iii. Market Transformation Benefits
- 2,819 new jobs (in job-years) created. For context, meeting Massachusetts solar needs by 2030 is estimated to require 720 additional full time solar PV installers active in the industry.[2] In addition, we expect to see:
  o Over 250 new entrant participants supported through pre-apprenticeship and on-ramp workforce development programs;
  o Improved solar training for more than 400 current electrical apprentices and journey workers; and
  o More than 50 businesses accessing resources through the Solar Business Acceleration and at least 20 engaged in receiving services.

iv. In the interests of transparency, as other programming metrics become available, they will be made publicly accessible through online publication.

c. **Linkages to the US EPA's Strategic Goals**

This award supports the following goals and objectives of the EPA Strategic Plan (2022-2026):

Goal 1: Tackle the Climate Crisis
- **Objective 1.1**: Reduce Emissions that Cause Climate Change

---

[2] https://www.masscec.com/reports/industry-2023/

MASFA Program Workplan

## 2) **Meaningful Benefits**

### a. Household Savings

Model proforma developed by the Coalition rely on average utility rates and typical household energy usage to set anticipated incentives and design programs to ensure a minimum 20% savings on household utility bills. Whenever possible all MASFA programs will prioritize funding projects that are able to deliver savings greater than 20% to participating households.

**Baseline:** Baseline figures to determine household energy savings are based on the most recent electricity delivery rates and average electricity supply rates published by Massachusetts investor-owned utilities (National Grid, Eversource, and Unitil) multiplied by the most recent available statewide monthly and annual residential energy usage data from U.S. Energy Information Administration. For each of Massachusetts' 41 communities served by MLPs, the baseline calculation will be based on each MLP's most recently published rates.  These calculations will be updated once each calendar year to reflect changes in supply and delivery rates across each utility territory, and will be reviewed with an opportunity for stakeholder input prior to program launches, and through program operational feedback loops.

**Calculations:** Projected system revenues and benefits to participating residents will be calculated in a manner specific to each program, incorporating components including projected electricity rates, current market mechanisms such as net metering, and existing incentive programs such as SMART. Throughout all calculations, consideration will be made to participant costs including loan payments, fees, O&M, and other costs to ensure savings are based on net impact. Details of approach and timing for each financial assistance program are below.

Emphasis will be placed throughout all MASFA programs to implement financial products that provide material benefits and do not inadvertently increase other economic burdens on participating households. In MLP territories, the revenue and benefits calculation will reflect market mechanisms and incentive programs specific to the applicable MLP, and be informed through engagement with MLPs.

Details on how each program will ensure household savings are below.

10

MASFA Program Workplan

    i.  **SR - Loan**: The direct ownership pathway for small residential and single-family households enables participating residents to reap the full benefit of their solar PV project, which both historically, and based on a modeled sample customer, are typically significantly more than 20%. Program requirements will ensure that contractors demonstrate the minimum savings threshold will be met to establish eligibility for financial assistance. MassCEC, the administrator of the ZIL Program, will also conduct annual market assessments, updating program guidelines to ensure continued accuracy of project cost and savings assumptions. Possible increased electricity prices throughout and following the conclusion of MASFA programming will increase the level of savings the PV system will provide.

    ii.  **SR - Lease**: The Lease product will be subject to competitive procurement, allowing MassCEC to ensure that all leases will meet or exceed the 20% minimum annual savings requirement to be eligible for funding.  This process will also encourage solutions that can deliver greater impacts than traditional lease structures and other potential community impacts, such as alternative underwriting approaches, limited or no price escalators, multiple pricing structure options, and options for energy storage and/or energy efficiency services. MassCEC will ensure that lease contract terms require a minimum 20% savings for the entirety of the pay-back period, both through and beyond the conclusion of the program.

    iii.  **AMF**: The Solar on Public and Private Housing Initiatives will require public housing authorities and privately-owned regulated affordable housing that use MASFA funds to set aside a portion of electric cost savings that will be used to provide equivalent household benefits equal to and, whenever possible, greater than 20% in a manner consistent with HUD-approved paths to deliver benefits. Emphasis will be placed on strategies that provide material benefits and do not inadvertently increase other economic burdens on tenants, i.e. are not counted as annual income[3].  Financial assistance will support opportunities for direct ownership across both programs via bridge loans. Loans will be sized accordingly to enable projects to deliver the minimum required savings to tenants. In the third-party model, typically facilitated by a "Build-Own-Operate" company, the system owner receives a grant for a portion of the system costs in exchange for providing, by contract, a benefit to all residents that is equivalent to 20% or more of the value of average electric costs.  Within this sector, the ownership model is preferred because it will enable property owners to maximize the energy savings, equity, and other benefits passed on to residents. The tailored incentive approach to these projects and the direct involvement of Boston Housing Authority and MCCB in shaping the funding formulas for each respective program will ensure that all solar facilities funded under this program meet the

---

[3] See 8/2/2023 HUD guidance on Treatment of Solar Credits in Master Metered Buildings in Public Housing Office of Public and Indian Housing (hud.gov)

minimum 20% savings requirement. For ownership or third-party models, a housing authority may opt to pursue an energy performance contract structure when seeking to pair solar with other energy-saving interventions. Federally-assisted housing authorities typically split savings with HUD unless solar agreements are subject to an Energy Performance Contract, thus the EPC model enhances the ability of housing authorities to meet both HUD and EPA requirements.

The Coalition plans to structure household savings in a way that is easy for owners to deliver and ensures that tenants get to choose the benefits that will be most meaningful to them.  We propose the following process to determine the funding formulas and delivery methods across the Private and Public Affordable programming:

- We will calculate 20% of the average utility bill for the project territory (see baseline calculation above) and multiply that amount by the number of units in the property to get the minimum annual funding required to be delivered to property households.
- As described above, the baseline figures will be updated once per calendar year. The Coalition may consider a published escalation factor to account for projects year by year changes and their ability to meet minimum savings requirements.
-  By default and where such resident councils or local tenant organizations exist, an applicant-property's resident council will choose from a shortlist of service options up to an amount that equals the minimum required funding. When choosing a benefits delivery method tenant councils may determine a schedule to revisit the selected delivery method. The Coalition will establish an approved default method for resident involvement in the choice of alternative benefits that will be used if a resident council is unable to make a determination, thereby ensuring that savings are not withheld from tenants. An applicant-property owner may propose other methodologies for selecting and delivering alternative benefits to tenants, for example, if no tenant organization exists or if an existing or proposed planning process engages a broader set of tenants or is clearly responsive to resident-identified goals.
- Property owners will report annually on services delivered and total cost, demonstrating that tenants received the minimum required meaningful benefits in line with the financial assistance.
- The Coalition will regularly review and assess updates to HUD and MA Executive Office of Housing and Livable Communities guidance anticipated to affect energy and utility policy for regulated affordable housing and housing authorities.

MASFA Program Workplan

To further refine its approach to delivering non-direct financial savings, the Coalition will provide interested parties with opportunities to comment on proposed plans. Coalition members have already engaged with environmental justice community stakeholders for preliminary feedback on the program and maintained a public-facing log of activities concerning the Solar For All program. The Coalition will also cite and utilize examples of indirect and/or non-energy benefits from existing federal guidance on solar programs in master-metered buildings. Such examples include financial empowerment programs, free or reduced cost internet access, and support for tenant activities and organizations among other examples.

The Coalition will also provide opportunities for public housing tenant organizations, housing authorities, and other affordable housing stakeholders to provide input on meaningful benefits from solar. The Coalition will also request applicants demonstrate how their application is responsive to tenants' needs. If an applicant has not specifically engaged tenants around solar programs, it must show that the benefits offered are tangibly related to tenants' needs and how they would engage tenants if awarded MASFA funds.

In consultation with MassHousing's Housing Stability team, MCCB is developing a menu of options for property resident councils to consider and choose between, maximizing resident choice and decision making.  All regulated affordable housing properties will dedicate a portion of the tenant benefit funding to support the property's resident council with relevant training and facilitation services as needed so that the council can effectively gather tenant opinions and make choices on behalf of the property as a whole (see below for more details).  Benefit options for tenants of public and private affordable housing are likely to include the following, with more options in development:

- **Resident Council training and ongoing support:** All properties will be required to receive support from a Resident Council, Tenant Board, or other resident leadership structure. Properties that do not have established resident leadership structures will be required to access training to establish a process for tenant input and choose among the benefit options within twelve months of loan closing.  Properties will contract directly with resident leadership support organizations such as the Mel King Institute for Community Building's Resident Leadership Academy[4].  Properties that do have established Councils may access services to support or consultation to establish a process for tenant input and choose among the other options for their property's meaningful benefits.

[4] Resident Leadership Academy | Mel King Institute

13

MASFA Program Workplan

- **Rent Reporting Services:** To provide opportunity for all residents to establish and boost credit scores. Rent reporting services use platforms to capture rental payment data and report to credit bureaus to build credit scores. This allows renters to build and establish their credit scores while helping property owners mitigate against initiating evictions. Some rent reporting companies offer other provisions. For example, MassHousing has recently initiated a pilot program with Esusu[5], who also provides rent relief loans and social impact data.

- **Free broadband and related services:** The Massachusetts Broadband Institute (MBI) is the central broadband office for the Commonwealth of Massachusetts. MBI's assessment of needs published in July 2024[6] found that "greater affordability, higher quality of service, and increased internet safety are top priorities" for residents across the state. MCCB will develop a shortlist of options and providers ranging from free quality high speed internet, low-cost devices, digital literacy support, cybersecurity support, and online public resource accessibility.

- **Community Programming:** Site and community-based programs create accessibility to resources, support youth development, bridge generational gaps, prevent social isolation and build connections. MassHousing has funded a range of third-party programming that could be leveraged or serve as a blueprint for programming initiatives, including drop in and homework programs; summer youth employment; technology initiatives; Resident Engagement Programs, with a vetted lists of wellness, arts and culture, and education workshops and activities; and onsite eviction prevention and economic mobility assistance.

Over the initial 9 months during program development, the Coalition will take the following steps to finalize funding formulas and delivery methods across public and private programming to ensure property tenants receive a minimum of 20% of the utility savings:

- Finalize the funding formulas for the Public and Private programs and menu of benefit options, in conjunction with the Financial Assistance structure and in consultation with stakeholders;
- Refine the funding formula guidelines to both account for changes in average utility bills over time and provide predictable operating costs to affordable housing owners;

---

[5] https://esusurent.com/
[6] https://broadband.masstech.org/sites/default/files/2024-07/BEAD%20Initial%20Proposal%20Volume%20II.pdf

- Coordinate with MassHousing's Housing Stability team and other relevant stakeholders to finalize the menu of service options for year one;
- Engage with a statewide group of Resident Service Coordinator Directors to get feedback on the proposed menu of benefit options and delivery; and
- Establish a process for supporting and monitoring benefit delivery at the property level.

iv. **LICSS**: Eligibility for LICSS incentives will be contingent on a guaranteed minimum level of savings for customers and the commitment that savings will accrue throughout the MASFA funding term. Developers and system owners receiving MASFA funds for LICSS will be required to assess customers' electric usage to determine the subscription size that will deliver minimum energy bill savings and provide additional incentives for those projects that commit to provide household savings equal to or, whenever possible, greater than 20%. As applicable, savings will be verified annually by DOER as part of the SMART Program's existing annual low-income community solar compliance review.

b. **Equitable Access to Solar**

i. As noted in "Definitions", the MASFA program and its eligibility criteria will largely adhere to the EPA and GGRF's definitions of geographically based eligibility, geographically dispersed eligibility, and affordable housing eligibility. However, each financial assistance program will have its own independent eligibility framework. For some programs, the full range of GGRF's LIDAC definition may not accurately represent the MASFA's target population. During program development, we will create program-specific plans to address such cases by adopting one or more of the definitions of LIDAC. By doing so, we will ensure that MASFA provides funding to those who need it most without increasing the difficulty of accessing funding. The designations of which LIDAC definitions apply to each program are further explained below. Eligibility criteria for specific programming will be reviewed considering stakeholder engagement, before and after program launch.

ii. **SR – Loan and Lease**: To ensure that incentives are allocated to those who need them the most, the small residential initiatives will use a slightly narrower definition of LIDAC than the full definition outlined in the EPA's Terms and Conditions. If using the full definition of LIDAC, geographic eligibility guidelines could allow homeowners outside of MASFA's target population to receive zero-percent interest rates on solar loans. For instance, homeowners residing in a disadvantaged community defined by CEJST or EJScreen but who do not meet income requirements may still be eligible for this program. To address this risk, we have

MASFA Program Workplan

elected to use only one of the definitions of LIDAC. Participants of the Loan and Lease programs may demonstrate 'Geographically-Dispersed' income eligibility in one of two ways:

- Direct Income Verification: The Coalition will procure a third-party income-verification consultant to provide services to program participants free of charge. Residents must display that their household income does not exceed income thresholds outlined in the definition of Geographically-Dispersed LIDAC, in accordance with annually updated data from the U.S. Department of Housing and Urban Development, the U.S. Department of Health and Human Services, and the CDFI Fund. The income-verification consultant will use tax returns to verify this information.
- Proxy Income (Categorical) Eligibility: Residents may provide documentation of participation in an approved state or federally run low-income assistance program. These programs must have income eligibility guidelines that do not exceed the income thresholds outlined in the definition of Geographically-Dispersed LIDAC. The Coalition is assembling a list of approved programs by comparing income eligibility thresholds for each program to the latest publicly available figures on FPL and AMI, as provided by the U.S. Department of Health and Human Services, the U.S. Department of Housing and Urban Development, and the CDFI Fund. This list will be revised annually to align with updated income eligibility thresholds. Residents who meet this criterion will still be required to verify that their income aligns with eligibility requirements.

iii. **AMF - Public**: This program will allow Public Housing Authorities or Building Owners of affordable housing to obtain grants or loans to purchase and install solar electric systems or to engage in a purchase power agreement. An eligible applicant shall be a Public Housing Authority as defined by HUD and/or a Local Housing Authority as recognized by the Massachusetts Executive Office of Housing and Livable Communities. HUD- and state-assisted public housing meet GGRF LIDAC definitions under category (d), properties providing affordable housing. Additionally, it is noted that public housing tenants are low-income and extremely low-income residents whose income is regularly screened. HUD-assisted public housing, for example, admits tenants under 80% AMI, but in Massachusetts, many public housing residents have incomes below 30% AMI. Many public housing communities will also qualify under the geographic screening tools used to identify environmental justice communities. Solar on public housing will benefit LIDACs through financial savings to low-income tenants, improved operation and housing quality in affordable housing properties, enhance non-energy benefits including but not

16

MASFA Program Workplan

limited to low-cost or free internet access, and funding for community amenities including enhanced resident services.

Eligible properties shall include federally assisted properties owned by a housing authority and funded under Section 9 of the US Housing Act of 1937, federally-assisted property owned by a public housing authority or affiliated entity controlled by the housing authority assisted via project based vouchers under the Section 8 program, and other housing authority operated low-income housing properties, such as Low-Income Housing Tax Credit properties. State-assisted properties shall include properties operated by housing authorities established pursuant MGL 121b Section 3 and other applicable state law and include Local Housing Authority units funded by the Executive Office of Housing and Livable Communities. For any housing authority affiliated entity, the housing authority shall demonstrate that it owns and/or controls the affiliated entity and that the property in question is low-income housing. The number of properties BHA may fund under SFA will be capped relative to the total number of non-BHA properties throughout the state.

iv. **AMF – Private**: The Private Initiative will allow owners to obtain grants or subsidized loans to purchase and install solar electric systems or to engage in a third-party PPA. Eligible Financial Assistance recipients will be nonprofit or for-profit owners of private affordable multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units and with an active affordability covenant from one of the following federal or state housing assistance programs: Low Income Housing Tax Credit, a housing assistance program administered by the U.S. Department of Housing and Urban Development (HUD), a housing assistance program administered by MassHousing, a housing assistance program administered by the Massachusetts Housing Partnership (MHP) or a housing assistance program administered by the Massachusetts Executive Office of Housing and Livable Communities (EOHLC).

This dedicated focus on regulated affordable housing ensures that low-income households will receive the benefits of solar. Additionally, throughout the implementation period, the Initiative will consider how we can enable more program participation by properties:

- Located in areas that are designated LIDAC communities, Environmental Justice communities, Areas of Economic Distress[7] or Gateway Cities; and/or

---

[7] **An Area of Economic Distress** is a census tract: (a) Where at least 20% of households that are Very Low-Income (50% of AMI or below) spend more than half of their income on housing; or (b) that are designated Qualified Opportunity Zones under 26 U.S.C 1400Z–1; or (c) that are Low-Income Housing Tax Credit Qualified

- That maximize affordability either with a greater percentage of units that have regulated affordability covenants and/or with deeper affordability requirements; and/or
- Provide other quantifiable benefits to LIDAC communities or residents.

v. **LICSS**: This program will allow developers of community solar to access funding to construct community solar farms serving LIDACs. Solar PV sited within MLPs are not eligible to receive incentives from the SMART program. The MASFA LICSS program will carve out a portion of funds to be allocated to projects located in MLPs. The Coalition will use income and geographic-based eligibility criteria to verify that residents are eligible to participate in SFA-funded community solar projects. The Coalition will devise an outreach and engagement plan that is informed by stakeholder engagement from community-based organizations for how to most effectively reach eligible participants. This strategy will also include plans for reaching prospective site hosts for community solar arrays.

vi. **Supporting Initiatives**: These programs will provide LIDAC recipients of awards and partners working within LIDAC communities with funding for TA, WFD, building upgrades, and other objectives to improve implementation of MASFA programs as needed.

c. **Resilience Benefits**

i. MASFA programs will support the deployment and strategic operation of energy storage across the State, complementing existing incentive programs such as the Clean Peak Energy Standard, Connected Solutions, and SMART.  Program-specific details are below. Financial assistance that supports installation of energy storage will adhere to guidance set by EPA. Installation of standalone storage will not be eligible to receive funds.

ii. **SR – Loan and Lease**: Although battery storage is key to increased resilience for small residential households, it is often complex and costly to pursue. As part of both MASFA small residential initiatives, residents will be provided information and resources to understand the value battery storage can provide and their eligibility to participate in existing MA programs. Participants of the MASFA Loan program that are interested in battery storage will be directed to the Mass Save HEAT Loan, a comparable zero-percent interest loan available to all Massachusetts residents of

---

Census Tracts; or (d) where greater than 20% of households have incomes below the poverty rate and the rental vacancy rate is at least 10%; or (e) where greater than 20% of the households have incomes below the poverty rate and the homeownership vacancy rate is at least 10%; or (f) are Underserved Rural Areas, as defined in the CMF Interim Rule (as amended February 8, 2016; 12 C.F.R. Part 1807)

Investor-Owned Utility territories. As part of initial lender solicitation, Coalition will solicit participation from Mass Save HEAT Loan lenders in the MASFA Loan initiative to simplify obtaining loans through both programs for participants interested in storage. Financing options for energy storage may be available under the MASFA Lease program as part of the total financing package available, if such options are proposed by lease providers and selected through competitive procurement. Storage will only be sited in conjunction with residential serving PV projects funded through the MASFA Lease program. Total financial assistance deployed for storage will not exceed 10% of lease program funds. For MLP residents who are not currently eligible for existing energy storage programming, separate advice will be made available through CELH to help owners consider options.

iii. **AMF – Public:** Given public housing's significant potential to serve as community resiliency hubs, support will be provided to housing developments that seek to integrate resilience benefits. This will be in the form of technical assistance to ensure that resiliency hubs can both operate during critical periods, without grid power, and provide grid services during non-critical operating periods. Storage systems will qualify for incentives under the Massachusetts SMART program promulgated by Massachusetts DOER. Energy storage systems may qualify for utility demand response programs such as Connected Solutions, a program administered by Eversource Energy.

iv. **AMF – Private:** The Initiative will direct all Financial Assistance to affordable housing so that we can deliver the greatest reduction in energy burden for LIDAC communities.  The Coalition and the chosen technical assistance provider will offer technical assistance to each property, including support to explore the feasibility of integrating storage with solar to operate during critical periods without grid power. Where possible, the Coalition will connect building owners to non SFA funding sources, such as Connected Solutions, to explore applicability for leveraging those funds for installation. Storage systems will qualify for incentives under the Massachusetts SMART program promulgated by Massachusetts DOER. Energy storage systems may qualify for utility demand response programs such as Connected Solutions, a program administered by Eversource Energy.

v. **LICSS:** Dependent on project size, LICSS projects may be required to be paired with energy storage, as it is a condition of SMART eligibility for projects greater than 1 MW AC that they include energy storage. During program development the Coalition will determine additional incentives to be available to MASFA for projects that provide resiliency benefits, such as delivering backup power to critical facilities that provide public services during emergencies or projects designed as microgrids serving eligible households. While the ability to provide such services is not typical of most community solar facilities today, the ability to provide resilience benefits will be a

factor considered as part of the competitive procurement process to select LICSS projects.

### d. Community Ownership

i. **SR – Loan**: For small residential households that can take on a loan and monetize the ITC, the Zero Interest Loan provides the most direct path toward system ownership. The Coalition will encourage ownership wherever practical and economically responsible for a resident (more details on decision support can be found in section 4) a)) to ensure that the full benefits of adopting solar are being directed to LIDAC neighborhoods whenever possible. Direct ownership is the most effective way of enabling households to reap the full economic benefit of solar, including long-term credit and wealth building benefits.

With this initiative, we are building upon the success and existing lender network of MassCEC's Mass Solar Loan Program, which helped 17 lenders issue nearly 5,800 loans, to which about 54% were low-or moderate-income residents. The Coalition is confident in the ability of this financial model to maximize the potential for ownership of assets in LIDACs while avoiding undue financial stress, as demonstrated by the low default rates to date in the Mass Solar Loan program. As of 2024, the default rate for MSL participants with incomes below 80% AMI is 0.93%.

ii. **SR – Lease**: The Lease initiative complements the Loan approach to provide optionality, particularly in circumstances where residents are unable to monetize the federal tax credit. This approach utilizes third-party ownership for a portion of the project life, with lessors that will be closely vetted and approved by MassCEC. A committee to evaluate and approve proposals will be established, including representatives from organizations that serve LIDACs to maximize the benefits delivered directly to households. The competitive approach to identifying lease providers can prioritize approaches that deliver greater benefits to residents, incorporate opportunities for wealth building in the community and offer pathways to system equity.

iii. **AMF**: Given the complexity and nuance involved in regulated affordable housing – the majority of which have master metered buildings - and regulations around utility allowances, the Coalition's focus for multifamily properties is on enabling onsite solar PV installations to maximize the number of low-income residents that can take advantage of the many positive benefits of solar power.

The Coalition and our TA provider will help property owners choose whether direct ownership of the PV installation or third-party ownership will best serve the needs of

the property and its residents. This optionality recognizes the individual circumstances and priorities different building owners may have, while ensuring availability of deeper benefits through ownership. Where appropriate, the Coalition will encourage owners to consider how the enhanced savings and equity in direct ownership may enable other long-term improvements and property upgrades that directly benefit tenants.  Additionally, we expect that some affordable housing owners that receive financial assistance will be community-based nonprofits, where direct ownership will also broadly contribute to community ownership as defined by the EPA. Amongst applications using a third-party ownership model, the Coalition will consider using a scoring priority for projects that feature community ownership models in lieu of investor ownership.

iv. **LICSS**: Projects that present paths to local, cooperative, and/or non-profit ownership will be eligible for a MASFA LICSS incentive in addition to the SMART incentive. The Coalition will carve out a portion of Solar for All funds to provide direct financial assistance to community-owned projects to address specific barriers such as access to capital and tax credit monetization.  Financial assistance for COS projects will be structured as a competitive funding offering that targets delivery of deeper benefits or additional impacts that is enabled by alternative community ownership approaches. Through the program implementation period, the coalition will continue stakeholder conversations to ensure the funding offering specifics are responsive to the unique barriers and potential benefits of COS approaches.

Technical assistance and market support will be offered to COS projects, recognizing that most community solar development in Massachusetts thus far has been through the third-party owned subscription model and that targeted support is required to activate the market for this ownership model. This will include technical assistance to support direct pay qualification and monetization of tax credits, marketing and outreach support, and market/economic analysis.

e. **Workforce Development**

i. MASFA funds towards workforce development will be deployed under three main pillars, each of which is designed to support expanded access to high-quality solar jobs within LIDACs while also providing opportunities for career advancement and solar business growth. MassCEC's Equity Workforce Program, which currently has over one hundred active grant organizations, with over two hundred partner organizations, is providing career pathway training to new entrants and incumbent workers, career awareness and exploration, and support to DBEs and other businesses emerging and expanding in the clean energy sector. The existing

MASFA Program Workplan

programs align with the standards set forth in the Good Jobs Principles due to MassCEC emphasizing workforce development practices that lead to quality jobs, sustaining wages, and continued career advancement post-placement, both during scoring of applications and during subsequent ongoing, high-touch technical assistance provided directly to grantees. Future awards made with MASFA funds will continue to uphold the Good Jobs Principles. Due to the established MassCEC Equity Workforce Program ecosystem and grant opportunities, activities will primarily focus on engaging with stakeholders for feedback and to expand partnerships and enhancing existing grant solicitations to integrate MASFA funds, standards, and definitions.

ii.  **Apprenticeship/On-Ramp Support**: MassCEC already works with several pre-apprenticeship and solar training programs that provide defined on-ramps for entry-level solar positions, from laborers to electrical apprentices. MassCEC will assess the current barriers in these programs and others and determine how additional support services could ensure broader access and persistence through the initial training and into employment. Funding tied to this strategy will be deployed through grants to existing programs that need to offer expanded support services to address access issues.  Eligible uses will include addressing child care, transportation, and cost-of-living needs while in training. Additionally, these grants will enable programs to develop more robust career navigation and advancement services for participants. While most of this pillar will focus on expanding access for LIDACs by expanding existing programs and enhancing services and supports in these pre-apprenticeship and on-ramp programs, the funds may also support the creation of new pre-apprenticeship and on-ramp programs in regions of the state that currently lack these options and also have high concentrations of LIDAC residents.

iii.  **Unions and Joint Apprenticeship Training Centers (JATCs)**: Union training centers have a strong track record of providing access to high-quality jobs. Ensuring that these union-affiliated training centers can offer the most up-to-date solar training will strengthen opportunities for LIDAC residents to access high-quality solar jobs, especially when robust referral partnerships between pre-apprenticeship and on-ramp training programs exist. Through communities of practice, in person convenings, and concerted technical assistance and matchmaking that are part of MassCEC's Equity Workforce Program, MassCEC has been strengthening on-ramp connections between unions and other workforce institutions, including MassHire, vocational technical high schools, community colleges and other postsecondary institutions, and CBO and for-profit training organizations, to ensure that new entrants from LIDAC communities and other disadvantaged backgrounds have access to JATC training opportunities. JATCs can also provide upskilling and ongoing training in solar to ensure that more of their union signatories are equipped to take

22

on solar installation work. Through this pillar of the plan, grant opportunities will be used to address current gaps and barriers to expanded solar training in JATCs across the state and continue strengthening connections between JATCs and other workforce organizations.

iv. **Solar Business Accelerator**: MassCEC's Equity Workforce Program currently offers grants to organizations that work to support the creation and growth of climate-critical businesses with a focus on businesses that would qualify as DBE's or be otherwise classified as underrepresented or disadvantaged under existing state classifications. Through these funding opportunities, MassCEC has grown a statewide ecosystem of DBE support organizations responsive to the barriers faced by diverse businesses in clean energy. Through several cycles of solicitations, DBE Support Grantees have developed and launched programs to provide varying suites of services and support to DBEs entering and growing in the clean energy sector. To ensure effective and equitable access to opportunities in the clean energy sector by DBEs across the Commonwealth, regardless of region, the Equity Workforce Program is establishing a statewide framework, with a "hub and spoke" model, enabling more uniform delivery of services and support to DBEs entering and growing in the clean energy sector.

The Solar Business Accelerator will act as a spoke in this framework, building on existing grantees' learnings and community partnerships to ensure that DBEs have expanded opportunities to benefit from the solar industry by providing tailored support to DBEs interested in entering the solar industry, or growing their existing solar business. Regional hubs will be able to refer appropriate DBEs directly to the Solar Business Accelerator and act as a referral partner, while also offering a standard suite of basic services that all DBEs would benefit from and referrals to other specialized spokes as needed (for example, those that focus on accessing capital).

Following a complete a needs assessment inventory of existing local programs, resources, and effective practices from peer statewide solar accelerator efforts, we will identify elements that promote increased opportunities for DBEs in line with the standards set forth by EPA's Six Good Faith Efforts. The grants issued to support this pillar of the strategy will require all programs and services offered through the Solar Business Accelerator to include implementation steps to maximize support to DBEs and LIDAC residents seeking to establish a business in the solar sector.

-

MASFA Program Workplan

## 3) **Financial Assistance Strategy**

### a. **Financial Assistance**

$125 million, or 80% of the award, will be directed to financial assistance. The MASFA program will include both rooftop residential solar and residential-serving community solar projects.

    i. **SR – Loan**: The Loan will provide interest rate buy downs (IRBDs) to homeowners who close a solar loan. MASFA funds will be directed towards the homeowner's lender to cover the full interest rate on a loan for the entire loan term; as such, eligible homeowners will maintain interest rates of 0% on their solar loans. Due to the large volume of participants in the small residential initiatives and the diversity of homes that may be served, the size per project will vary. The median capacity of solar arrays funded through MassCEC's Mass Solar Loan program was 6.9 kW. To account for various potential project sizes, the Coalition will ensure efficient use of funds by establishing maximum loan amounts, terms, and gross interest rates that participating lenders must agree to for the purposes of this program.

    ii. **SR – Lease**: The Lease will award lease providers with grants to fund installation costs; this benefit is passed to the homeowner via lower lease rates. Due to the large volume of participants in the small residential initiatives and the diversity of homes that may be served, the size per project will vary. The median capacity of solar arrays funded through MassCEC's Mass Solar Loan program was 6.9 kW.

    iii. **AMF – Public**: This initiative will offer public housing authorities grants or bridge loans to fund the installation of solar on publicly-owned multifamily buildings or the engagement in a third-party PPA. It will use $15 million (12% of award used for financial assistance, 10% of total award; with the breakout between the "ownership" and "third-party owned" approaches described below dependent on participation). Boston Housing Authority will act as the primary program administrator for this program.

The ownership model will center on a revolving loan fund to provide a 100% short term bridge loan for the solar PV costs to qualified building owners (to address upfront cost barriers). In this approach, within 1-2 years of installation, when the building owner can monetize the ITC, the bridge loan will become due, and the monetized ITC, plus a building owner responsibility (which may be financed through other sources) will be repaid into the revolving loan fund to support future projects, while the remainder is forgiven. The forgiven portion will be programmatically responsive to project specifics to ensure the project can deliver a minimum 20%

MASFA Program Workplan

savings to tenant residents. The grant and Public Housing Technical Assistance will include guidance for operations and maintenance for an initial five-year period. Any repaid loan funds or other program income will be recycled to serve more properties.

The third-party owned approach will address upfront cost challenges through engaging a private third party to own and operate the system. This financial assistance will be delivered as a competitive grant offering to third party system owners. This subsidy will be no greater than 50% of the costs to install the solar PV. The exact funding amount will be responsive to individual projects and will be calculated on a project-by-project basis. The funding amount will be calculated to ensure that the project will meet, at minimum, the required savings amount. Under the third-party ownership model, O&M is the responsibility of the third-party owner, although the property owner will be obligated to cooperate with needed repairs.

To implement the program, the Coalition, leveraging BHA's capabilities to provide tailored solutions across the state, will work closely with EOHLC and existing procurements and offerings. The proposed centralized procurement will provide a one-stop-shop for public housing authorities to contract for solar PV design and installation, receive gap funding to accelerate deferred enabling capital maintenance needs, and receive benefits to distribute to residents, potentially leveraging procurements for Solar Contractors, Solar PPAs, Energy Service Contracts, or LICSS.

This centralized approach will create visibility into, and allow planning for equipment sourcing constraints, and enable projects supported to link to existing and new WFD programs, engage with the local workforce, and incorporate labor standards. For contractors centrally procured by the Coalition via a Request for Proposals, the Coalition will include supplier diversity selection criteria in its solicitation. The Coalition anticipates professional services like technical assistance and insurance to be centrally procured and will identify opportunities to use group procurement to drive down costs and enhance supplier diversity.

The Coalition is currently drafting a program manual that describes the program and its functions as well as competitive procurements that will be released to secure vendors to carry out program elements.

iv. **AMF – Private**: The Private Initiative will offer grants or subsidized loans (which may include short-term bridge loans paired with permanent financing from MCCB or other sources as needed) to fund the installation of solar on multifamily buildings or the contracting of a third-party Build-Own-Operate company. The nonprofit or for-

25

profit owner of the property will be the transaction counterparty. MCCB will be the primary program administrator for this program, deploying and overseeing $20 million (16% of award used for financial assistance, 12% of total award; the breakout between the revolving bridge loans and grants opportunities described below will be dependent on participation).

This initiative's focus on regulated affordable housing will leverage MassHousing's deep expertise and natural touch points with building owners, affordable housing developers, other affordable housing lenders, and housing advocacy organizations to develop a strong project pipeline, efficiently deploy financial assistance, and effectively monitor projects over time.  MassHousing has long-standing relationships with statewide advocates like the Massachusetts Association of CDCs, the MA Builders of Color Coalition, the Citizens' Housing and Planning Association, and organizations like MassInc's Gateway Institute that focus on underserved areas of the state that represent LIDACs across the Commonwealth.

Our proposed financial assistance concepts focus on buildings outside of their refinance cycle who face capital constraints in their ability to implement large scale capital improvements like solar installation until their primary affordable housing financing expires (typically a 15-year cycle). The Coalition will also closely collaborate with buildings approaching their refinance cycle to consider deeper retrofit projects that also include solar PV, coordinating with other capital providers.

MCCB will offer two primary related financial assistance products: (1) revolving bridge loans, a portion of which may be forgiven and converted to fund direct-ownership projects[8] and (2) grants to third-party owners. Financial assistance borrowers/ counterparties will be affordable housing owners and third-party PV owners. Program beneficiaries will be the tenants of the regulated affordable housing properties. Each loan will be individually structured to meet the specific needs of each property installing rooftop solar PV systems.  Loan structure details include:

- In our underwriting, we will model the amount of financial assistance required to 1) install the PV system, including any necessary enabling work such as roof repair; 2) deliver a 20% benefit to tenants as noted above; 3) ensure adequate funding is available to the building owner for ongoing operations and maintenance; and 4) provide operating cost savings to the building owner sufficient to incentivize participation in the program.

---

[8] For SFA projects that receive financial assistance to support direct ownership, "forgiveness" or "conversion to a grant" will be legally structured as long term, fully deferred, fully subordinated debt.

- Loan funds will be available to be drawn to pay for an approved scope of work to install solar PV systems on affordable housing buildings.
- After installation and commissioning, borrowers will be required to use ITC and any other relevant rebates or tax credits to pay down the loan balance.
- If there will be a remaining principal balance after tax credit repayment, during underwriting MassHousing will determine if they can offer a long-term subordinate loan that the property can comfortably service while also ensuring tenants receive their minimum 20% cost savings.
- To the extent that the remaining bridge loan balance is greater than can be comfortably supported by the property as a long-term subordinate loan, MCCB will forgive the remaining loan principal and convert it to a grant. The forgiven portion will be programmatically responsive to project specifics to ensure the project can deliver a minimum 20% savings to tenant residents.

Any repaid loan funds or other program income will be recycled to serve more properties. However, for purposes of conservative modeling of potential impact, we assumed that most properties would install a generic energy capacity constrained system that requires a significant amount of loan forgiveness.

Grants to third-party solar PV owners will be awarded competitively and will be no greater than 50% of the cost to install the solar PV. The exact funding amount will be responsive to individual projects and will be calculated on a project-by-project basis. The funding amount will be calculated to ensure that the project will meet, at minimum, the required savings amount. Under the third-party ownership model, O&M is the responsibility of the third-party owner, although the property owner will be obligated to cooperate with the repairs needed.

MCCB plans to launch these Financial Assistance Products by July 2025.  We have established a workplan timeline in line with our proposed launch, including:

- Secure a TA provider with an executed contract by April 2025:
    - Issue a Request For Proposals for a TA Provider by December 2024
    - Review RFPs and choose a provider by February 2024
- Product terms and requirements final by June 2025:
    - Work with TA provider to model and refine products starting in April 2025
    - Vet and refine our proposed Financial Assistance products with MassHousing's network of advocacy organizations and developers starting in April 2025

v. **LICSS**: The Low-Income Community Shared Solar (LICSS) Initiative will build on MA's SMART Program, which currently provides an incentive rate adder for

community solar projects that allocate at least 50% of a solar PV system's output to low-income customers in the form of electricity or bill credits within the same utility territory as the facility, consistent with Massachusetts' SMART program rules and PUC regulations. To be eligible to receive funding, projects must have a nameplate capacity less than or equal to 5 MW AC. The Coalition will leverage MASFA funds to enable project developers to deliver enhanced benefits to eligible households via SMART LICSS projects. MASFA funds will stack on top of SMART incentives to provide an additional incentive to projects that go above and beyond SMART's low-income eligibility requirements to provide meaningful benefits, including but not limited to providing verified net savings that exceed 20%, allocating more than 50% of output to LMI customers, and enrolling anchor off-takers that otherwise provide community benefits, such as local CBOs, non-profits, affordable multifamily properties, or municipal aggregation programs. The program will use $40 million (32% of award used for financial assistance; 26% of total award).

Funding will be made available to projects that result in new generation brought online through a grant offering paired with a competitive procurement process for project developers with the option to select multiple projects and offered over time in multiple rounds. These grants will be calculated to provide the capital required to ensure the projects are able to deliver the minimum required savings. By offering these funds via grants, the Coalition will be able to thoughtfully select projects to fund that deliver significant meaningful benefits, with an emphasis on providing deeper savings than the required 20%. MassCEC and DOER will work closely to devise and launch this grant program and will leverage DOER's strong administrative capabilities and oversight of the SMART program to administer the community solar financial assistance grant offering. The competitive procurement process will enable deeper impact by including selection criteria such as:

- Enrolling a higher proportion (greater than 50%) of low-income off-takers, and/or enrolling an anchor off-taker that delivers community benefits such as affordable housing or a municipal aggregation program;
- Delivering deeper savings to LIDACs;
- Ensuring access to residents with lower credit scores; and/or
- Delivering enhanced community impacts, inclusion of high road labor standards for contractors, engaging local workforce or DBE partners.

In addition to this general grant offering to community solar projects, the Coalition will also carve out a portion of funding to provide support for Community Owned Solar ("COS") projects, if owned by a municipal, cooperative, or community non-profit or other public-serving entity as approved by the Coalition. This additional support will be available to COS projects in addition to the LICSS incentive and will

include direct financial assistance to address development hurdles.

Financial assistance for COS projects will be structured as a competitive funding offering. Individual project applicants will need to demonstrate the ability to meet or exceed minimum savings requirements. The competitive opportunity for COS will target projects that deliver deeper benefits or additional impact to the community utilizing selection criteria including those listed for the general LICSS approach above.

The COS offering will have a particular focus on community impacts enabled by alternative ownership approaches. To ensure financial assistance addresses the unique nature and constraints of COS projects, the Coalition will leverage approaches from existing programs such as MassCEC's Empower Program, to craft a funding opportunity that allows for bespoke applications specific to the capital needs of individual projects. To maximize program impact, funding requested through the competitive offering could take the form of grant funding or zero-low cost loans, allowing projects to seek the assistance that best met their project needs, judged competitively for overall impact and provided that ongoing market feedback continues to support the availability of both funding types. Any repaid loan funds or other program income will be recycled to serve more projects. For purposes of conservative modeling this funding was assumed to be grants. Continued conversations and stakeholder work through the development of program documents will ensure the funding offering specifics are responsive to the barriers and potential benefits of COS approaches.

Additionally, the Coalition will allocate a portion of MASFA funding for grants to support a LICSS pilot program in MLP territories. MLPs do not participate in the SMART Program and have different rate structures than Investor-Owned Utility territories, resulting in significantly different project economics and methods for delivering savings to customers. Grant awards to participating MLPs will be reactive to individual CSS project economics to ensure savings requirements are met. Awards to LICSS projects in MLPs will be made based on projects' ability to meet minimum savings requirements and provide deep benefits to participating residents. This program will take a similar approach to providing deeper benefits as those located in investor-owned utility territories. Similar to the benefits outlined above for SMART eligible projects, this MLP focused program will provide additional benefits potentially including:

- Enrolling a higher proportion (greater than 50%) of low-income off-takers, and/or enrolling an anchor off-taker that delivers community benefits such as affordable housing or a municipal aggregation program;
- Delivering deeper savings to LIDAC residents;

29

MASFA Program Workplan

- Ensuring access to residents with lower credit scores; and/or
- Delivering enhanced community impacts, inclusion of high road labor standards for contractors, or engaging local workforce or DBE partners.

b. **Revolving Loan Funds**

    i. Both Solar on Affordable Housing Initiatives (Public and Private) and the Community Owned Community Shared Solar initiative will utilize a revolving loan fund model, see sections 3) a) iii),iv), and v) for more details. Any repaid loan funds or other program income from a given program will be recycled to serve more properties/projects within that same program.

c. **Enabling Upgrades**

    i. **Grants/Rebates**: The Coalition will provide funding for targeted funding to support enabling upgrades (roof repair/replacement and electrical upgrades) for limited cases in which other funding sources are inaccessible. Given the limited budget, financial assistance of this type will be primarily directed to participants of the small residential programs. MassCEC is conducting an analysis of other home improvement financial assistance programs available to Massachusetts' low-income residents. The Coalition will establish exact eligibility requirements and funding amounts offered under this program in alignment with the results of said analysis. The program will launch prior to any resident's approval for either of the small residential initiatives.

        The Coalition will consult with legal counsel and relevant stakeholders to explore and mitigate potential impacts on participants' tax liability or eligibility for income-qualified assistance programs due to enabling upgrades funding. The Coalition will explore approaches to deploy this financial assistance equitably and to limit adverse impacts of the funding. Explicit guidance on this matter will be detailed in program documentation and provided to participants through the Decision-Support provider.

    ii. **SR**: When possible, low-income residents interested in weatherization measures will be directed to the Weatherization Assistance Program. Moderate-Income residents that do not live in MLPs will be directed to Mass Save weatherization incentives. Residents in need of larger enabling upgrades (roof repair/replacement and electrical panel upgrades) will work with the Decision Support Provider (see Section 4) a)) to establish if they are eligible for a grant through MASFA. Through the competitive procurement for lease providers, the ability to incorporate certain enabling upgrades into the lease product will be considered in parallel with

30

requested MASFA funding. Any financial support related to projects including enabling upgrades will be tracked to ensure overall support remains below the 20% limit of enabling costs as a percentage of financial assistance.

iii. **AMF:** Deferred maintenance barriers are common in regulated affordable housing, with nuanced constraints around potential funding paths and competing priorities. After a Request for Proposals process with Coalition members, MCCB and Boston Housing Authority will independently contract with Technical Assistance Providers to support potential Financial Assistance recipients. That support will include scoping projects, identifying other funding sources, and applying for Financial Assistance, among other tasks. Additionally, MassHousing and MCCB have been coordinating with the entities that offer other affordable decarbonization incentives available in Massachusetts, focusing on how these sources can stack and align to support comprehensive decarbonization solutions for individual properties. MCCB will explore opportunities for GGRF funding to complement SFA as these programs roll out in 2024/2025 to secure additional resources necessary for enabling upgrades along with other building decarbonization financing gaps.

In practice, our chosen TA providers will meet with potential project owners to assess property needs including enabling upgrades, and in consultation with the Coalition, will develop a project Sources and Uses budget that includes other relevant funding sources both for decarbonization work and affordable housing more broadly. As the project moves through our Financial Assistance pipeline, the TA provider will assist owners and make connections as needed so that owners can apply for all available funding sources. For example, if there are other potential rebates or incentives that are available on a reimbursement basis for qualifying enabling upgrades, MCCB or Boston Housing Authority can offer a larger SFA bridge loan that can be repaid when those incentives pay out. If there is other work needed for a specific property that does not qualify as an enabling upgrade under the MASFA program, but can be paid for by other incentives, Coalition members will work with the owner and relevant funding sources to identify other bridging solutions as needed. As the program rolls out, MassHousing and MCCB will evaluate applicants on an ongoing basis with an eye to identifying market gaps and potential financing solutions for future projects.

For public affordable housing, capital funding from HUD or EOHLC are eligible sources to support enabling upgrades. For state assisted housing authorities, introduction of non-state resources can support eligibility for matching awards under HILAPP and Sustainability programs. As such, a targeted enabling award using SFA resources may unlock other funding as a cost share. The Coalition will encourage housing authorities to pursue local funding streams including municipal

capital funds, Community Preservation Act allocations, Housing Trust funds, and other sources as well.

    iv. **LICSS**: Funding for enabling upgrades for LICSS will be directed toward building-mounted projects and will be coordinated where possible with other funding opportunities that may be available to local government and community facilities, such as Energy Efficiency Conservation Block Grants and the USDA's Community Facilities Program.

d. **Residential-serving community solar**

    i. Funding in this category will support new LICSS development and will not support projects currently delivering bill credits to customers. Residential serving community solar that is not located within a municipal light plant's service territory will be encouraged to participate in the SMART program. The SMART program provides an incentive rate adder for LICSS projects, which are defined in current SMART regulations as projects that allocate at least 50% of the solar PV system generation to low-income customers. The Coalition will build on the SMART program to deliver greater benefits to LIDAC by requiring that a project receiving funds from MASFA delivers at least 50% of its benefits to eligible residential customers. This requirement is inclusive of projects located in MLPs as well as community-owned projects. Projects that deliver greater than 50% and provide additional, deeper benefits may be prioritized in funding selections.

e. **Grants of participant support costs to utilities or investor-owned utilities**

    i. It is not anticipated that any proposed financial assistance will necessitate payments to investor-owned utilities.

    ii. In instances where support costs will be utilized by MLPs, compliance with EPA Subaward Policy will be established through the contracting process.

f. **Housing affordability**

    i. **SR**: Affordability maintenance requirements will be written into all agreements with owners of income eligible customers of these programs. For all tenant-occupied properties that receive Solar for All funds, the Coalition will require the building owner to sign a statement acknowledging for at least two years following the receipt of the funds:

MASFA Program Workplan

- The owner agrees to rent the dwelling unit to a low-income tenant.
- The owner agrees not to evict a tenant to obtain higher rent tenants based upon the improvements.
- The owner agrees not to increase the rent of any tenant of the building as a result of the energy improvements with the exception of increases to recover actual increases in property taxes and/or specified operating expenses and maintenance costs.
- The owner agrees that if the property is sold within two years of receipt of the rebates, the aforementioned conditions apply to the new owner and must be part of the purchase agreement.
- In the event the owner does not comply, the owner must (1) refund the rebate; and (2) reimburse attorney's fees and court costs.
- The owner will provide written notice to tenants explaining their rights and the building owner's obligations (e.g., add an addendum to the lease).

The Coalition will provide contact information for tenants to notify the state of breaches to this agreement. The Coalition will also require our partners to include this information in the consumer education campaign, so tenants are aware of their rights under the applicable state law.

ii. **AMF**: The Coalition intends to focus on market segments with regulated long-term affordability covenants that mitigate any risk of rapid cost rent increases for low-income and disadvantaged households. Chapter 40T of the Massachusetts General Laws protects residents of AMF properties that may be at risk from expiring affordability restrictions.

g. **Long-term asset operations**

i. **SR – Loan:** In ownership approaches, program requirements and technical assistance will ensure participants understand potential operations and maintenance risks and have options for pre-paid O&M services. The Coalition will coordinate with lenders, as well as Decision Support and Educational Materials contractors, to ensure participants are made aware of risks associated with their PV system and options available should they face a maintenance issue.

ii. **SR – Lease:** The Coalition will require that services procured for the lease program have operations and maintenance services worked into the project costs. Contractors will be required to include ongoing maintenance support as part of the lease product. Customer contracts will also be required to include production guarantees for the entire contract term.

MASFA Program Workplan

iii. **AMF**: The Affordable Multifamily Initiatives will ensure that all approved projects adequately plan operations and maintenance in the project scope and ongoing operating budgets.  With the support of our selected TA providers, we will require that property owners plan for long term operations according to NREL's "Best Practices for Operation and Maintenance of Photovoltaic and Energy Storage Systems[9]" or other similar industry-wide resource identified in the future. Additionally, in our underwriting we will include operations and maintenance expenses in the property proforma to ensure that owners have sufficient sources to execute on their O&M plans. Under third party ownership models, operations and maintenance plan and insurance will be provided by the third party-owner.

iv. **LICSS**: The Coalition will require that proformas submitted as part of an application for funds under the LICSS program include long-term O&M costs. Including these costs in the financial modeling will allow for the funding provided by MASFA to be reactive to total project costs, including long-term elements such as O&M.

v. **Monitoring and Compliance**: As described in Section 4) c), during the active period of Solar for All, the Coalition will contract with an experienced firm to conduct quality assurance inspections at conclusion of construction for a subset of systems installed through all MASFA Financial Assistance initiatives. All systems will be subject to inspection at the Coalition's discretion throughout the active period of MASFA initiatives.

The Coalition will require that all equipment installed under MASFA financial assistance initiatives include manufacturer and workmanship warranties that are clearly detailed in contracts and in-line with industry best practices. To maximize energy output over the lifetime of a system, program participants will be provided with best practices for operations and maintenance, as well as guidance on how to monitor the performance of their system. Providing these resources will ensure that systems installed with MASFA funds continue to provide resident benefits over their system life.

Participation in Massachusetts SMART program will also help consumers monitor their systems' production over time (as a production based incentive) and help highlight potential production issues and enable auditing of applicable LICSS systems . SMART requires the use of standardized customer disclosure forms for all approved systems, which include operation and maintenance responsibilities as well as any performance or electricity production guarantees

---

[9] NREL - Best Practices for Operation and Maintenance of Photovoltaic and Energy Storage Systems; 3rd Edition

MASFA Program Workplan

      vi. **Recycling:** The Coalition will be engaging with the Massachusetts Department of Environmental Protection throughout programming to ensure that solar panel recycling measures included in program design are coordinated with the state's strategy.

## 4) <u>Technical Assistance Strategy</u>

    **a. Technical Assistance Overview**

      i. The Coalition has budgeted $23 Million (15% of total award) for Technical Assistance, in addition to the $6.5 Million of funding for Enabling Upgrades (see 3) c)). Deployment technical assistance offerings will be designed and provided with appropriate resources to assist owners, communities, and developers around siting, land use considerations, permitting, interconnection timelines, and installation quality. Education, outreach, and technical assistance will leverage existing incentives, relationships among developers and utilities, and planned utility system upgrades. Technical assistance will be available through the initiatives and providers below.

      ii. **SR**:
- <u>Enabling Upgrades Grants</u>: Detailed in Section 3) c).
- <u>Decision Support</u>: The Coalition will procure a Decision-Support provider to help individual residents consider the suite of MASFA offerings to decide which path is most appropriate for their housing, economic, and personal situation. This support will help residents consider limitations such as enabling upgrades, O&M costs, and tax liability. It will also utilize resources from Clean Energy Lives Here and the Educational Materials provider to help educate and provide guidance on types of solar offerings, energy storage, the incentive landscape, and supplemental program eligibility (i.e. low-income assistance programs, MCCB Energy Saver Home Loan, Mass Save HEAT loan, etc.).

      iii. **AMF**: Technical Assistance will be competitively procured to assist building owners to navigate and secure funding. MCCB will procure the Technical Assistance offering for the Private Affordable Multifamily program, while Boston Housing Authority will procure technical assistance for the proposed Public Affordable Multifamily program. During program development it will be assessed if it will be beneficial to procure technical assistance across public and private multifamily with a single RFP and under a single contract. TA will include elements such as:

MASFA Program Workplan

- Supporting program design through financial modeling at the project and portfolio level, pipeline development, design specifications, development of application materials and reporting requirements consistent with EPA Terms and Conditions;
- Helping owners of affordable housing implement solar projects that directly benefit their tenants, leveraging financial incentives made available via MASFA and connecting building owners to other available residential decarbonization program offerings;
- Assisting local housing authorities and private owners with accessing and monetizing ITC;
- Conducting feasibility studies to assess the potential of installing solar PV on site on affordable housing (this process should include looking into site-specific barriers as well as opportunities to co-locate solar with storage where possible);
- Assisting owners of affordable housing to create financial models to demonstrate required capital to build solar PV projects. Models should include discussions with building owners on ownership and lease options and the benefits and risks associated on a case-by-case basis. Models will include pathways for owners to deliver the minimum 20% bill discount required;
- Assisting owners of affordable housing to submit applications to MCCB and Boston Housing Authority, whichever is relevant, to receive financial assistance from MASFA programming;
- Connecting owners of affordable housing to a network of solar contractors; and/or
- Provide Operating & Maintenance support for direct owners including upfront training and guidance.

iv. **LICSS**: Technical assistance will be provided for primarily community owned community solar projects to assist generally with design, construction, and enrollment tasks. Items anticipated to be included in TA for LICSS include the following and will be further refined during program development.
- Technical Assistance will be competitively procured to assist CBOs to design and implement community owned LICSS projects.
- Technical assistance funding will be provided to local community-based organizations to support outreach and engagement, similar to, or in coordination with, the Mass Save Community First Partnership. These activities will include direct engagement with households by CBOs to increase participation in available programming. Examples may include tabling, speaking engagements, and written mailers. These outreach

36

MASFA Program Workplan

activities will leverage trusted CBOs to streamline customer engagement and increase participation in community solar projects.

- Technical assistance to municipal aggregation programs to procure electricity from eligible community solar projects.
- Community Solar Marketplace: The Coalition will dedicate funds to support a larger state-run initiative to create a CSS marketplace. This platform will facilitate information sharing, customer acquisition, and consumer protection for residents interested in community solar. The dedicated funds from Solar for All will ensure that this marketplace prioritizes community impact and benefits for LIDACs in Massachusetts.

v. **Supporting Initiatives**:

- <u>Workforce Development</u>: Detailed in Section 2) e.
- <u>Quality Assurance Provider</u>: The Coalition will procure a Quality Assurance Provider to establish *Minimum Technical Requirements* for solar installations under the MASFA initiatives and conduct quality assurance inspections of solar projects installed through MASFA programs. More details on this provider can be found in Section 4) c.
- <u>Solar Permitting Software and Municipal Support Grants</u>: The Coalition will provide municipalities with funding to facilitate adoption of solar permitting software such as SolarAPP+ or Symbium, and support and guidance in meeting governance best practices such as through adoption of SolSmart. More details can be found in section 4) c.
- <u>Educational Materials</u>: The Coalition will procure a provider to develop educational materials on the suite of MASFA programming, consumer protection information, and workforce development and labor trainings. These materials will be available directly to residents, developers, and other agencies. They will also be paired with complementary technical assistance offerings such as the Decision Support Provider for individual residents and Capacity Building and Outreach offerings for municipalities and CBOs.
- <u>Capacity Building and Outreach Grants and Training</u>: The Coalition will pair MASFA funding with existing programs such as MassCEC's EmPower Program ("EmPower") and Mass Save's Community First Partnerships to engage community-based organizations and municipal committees. This funding will support customer acquisition and the development of new financial models. Grants and training will both help community representatives to serve as ambassadors by distributing educational materials and serving as trusted resources to residents, as well as help organizations build capacity for innovative financial models such as community-owned community solar.

37

b. **Workforce Development**

    i. See Section 2) e.

c. **Resilient Assets**

    i. The Coalition will procure at least one experienced firm to conduct quality assurance inspections of solar projects installed through MASFA programs. This will include PV systems installed through our Zero-Interest Loan, Solar Lease, Affordable Multifamily, and Low-Income Community Shared Solar initiatives. Quality assurance inspections will include the development of independent energy production estimates for each project, and will verify system compliance with Minimum Technical Requirements, to be developed and refined by the Coalition and the procured firm(s), as well as compliance with NEC/Massachusetts electrical code. Any non-compliance will be reported to the installer for remediation. Inspectors will inform the Coalition and property owners of any non-compliance and efforts by the installer to remediate it. Quality assurance firms will also conduct design reviews of PV systems installed through MASFA for installers new to the Coalition's programs.

    ii. To be eligible for participation in the program, contractors must have at minimum 40 hours of formal training in solar PV system design and installation, and demonstrate familiarity with best practices for PV system design and installation, National Electric Code, Massachusetts Building and Electric Codes, and permitting requirements.

    iii. Massachusetts' mature solar market has a number of existing platforms and utility processes related to siting and interconnection that like all projects in the state will be leveraged by Solar For All supported projects. These include existing DPU processes on grid modernization, interconnection and siting through Capital Investment Plans, and siting requirements through the SMART program.

    iv. Projects receiving Solar for All funding will be subject to the SMART program's siting restrictions, which are intended to promote responsible and resilient siting of assets:

- Ground-mounted projects larger than 500 kW are ineligible to participate in SMART if they are sited on permanently protected open space, and are restricted from participation if they are sited on land designated as Priority Habitat, Core Habitat, or Critical Natural Landscape according to the

MASFA Program Workplan

statewide Biomap Framework, which identifies lands and waters that are most important for conserving biological diversity in Massachusetts.

- The SMART program also offers incentive rate adders for projects sited in the built environment (i.e.. Parking canopies and building-mounted projects) as well as projects on disturbed land (i.e. landfills and brownfields).
- Projects sited in wetland resource areas must receive an Order of Conditions from the local Conservation Commission authorizing the project.
- Projects sited on properties designated in the State Register of Historic Places must be authorized by the relevant regulatory body, such as a local Historic Commission.
- The SMART program offers an incentive rate adder for projects that can demonstrate at least a silver certification from the University of Massachusetts Clean Energy Extension (UMASS CEE) Pollinator-Friendly Certification Program, or other equivalent certification as determined by DOER.
- The SMART program offers an incentive rate adder for agrivoltaics projects that receive a pre-determination letter from the Massachusetts Department of Agricultural Resources (MDAR) and the UMASS CEE. Documentation required to receive this qualification includes:
  - The project will not interfere with the continued use of the land beneath the canopy for agricultural purposes;
  - The project is designed to optimize a balance between the generation of electricity and the agricultural productive capacity of the soils beneath;
  - The project is a raised structure allowing for continuous growth of crops underneath the solar photovoltaic modules, with height enough for labor and/or 16 machinery as it relates to tilling, cultivating, soil amendments, harvesting, etc. and grazing animals;
  - Description of the crop(s) to be grown to be provided by the farmer or farm agronomist in conjunction with UMass Amherst agricultural extension services, including compatibility with the design of the agricultural solar system for such factors as crop selection, sunlight percentage, etc.;
  - Annual reporting to the Department and MDAR of the productivity of the crop(s) and herd, including pounds harvested and/or grazed, herd size growth, success of the crop, potential changes, etc., shall be provided after project implementation and throughout the SMART incentive period; and
  - Other system design information, which shall include, but not be limited to: a. dual-use type, e.g., ground mount racking, pole towers, tracking, etc.; b. total gross acres of open farmland to be integrated

39

with the project; c. type of crop(s) to be grown, including grazing crops; d. pounds of crop(s) projected to be grown and harvested, or grazed; e. animals to be grazed with herd size(s); and f. design drawing including mounting system type (fixed, tracking), panel tilt, panel row spacing,

v. Using MASFA technical assistance funds, the Coalition will provide small grants to municipalities within the Commonwealth that meet LIDAC population requirements to implement automated solar permitting software. Resources and training services will also be available to municipalities to support automated solutions. This grant offering will be rolling.

### d. Community Benefits Agreements

i. **AMF:** During program development the Coalition will prioritize creating competitive funding opportunities that prioritize deep, meaningful benefits for LIDACs. In applying for funding for financial assistance for projects sited on affordable multifamily projects, applicants will be asked to indicate how they will complete community engagement with building tenants upon receiving SFA funding. This community engagement will determine optimal ways to deliver alternative benefits to tenants. During program development, the Coalition will develop a list of engagement methods for applicants to implement with an option for to suggest non-listed strategies. Buildings that have existing related survey data will be encouraged to leverage it as a resource. The Coalition will also propose a list of approved methods of delivering savings that building owners may refer to.

ii. **LICSS:** As the Coalition drafts program manuals and solicitations for the LICSS program, it will consider elements such as Community Benefits Agreements to include in applications for grants under Solar For All. Scoring criteria for allocating funding will be determinant on a project's ability to maximize local community benefit. An applicant's ability to demonstrate that extensive community engagement has taken place by submitting a CBA as part of its application for funding may increase its score and likelihood for receiving funding.

## 5) <u>Equitable Access and Meaningful Involvement Plan</u>

### a. Communities Served

i. The Coalition intends to reach LIDACs across the State, including low- and middle-income (LMI) communities, communities with limited English proficiency, Native

American communities, and more. The Coalition will leverage existing relationships and networks – such as the EmPower Massachusetts (EmPower) grantee network through MassCEC, DOER's Green Communities program, Community First Partnerships (CFPs) around the state, and the Low-Income Energy Affordability Network (LEAN) – to ensure thoroughness of outreach efforts. Further, existing relationships with regional planning agencies, municipalities, utility assistance programs, and CBOs will also be leveraged throughout the programs. The diversity of actors within the Coalition's networks will allow it to maximize reach across community types such as rural/suburban/urban communities, those with varying levels of English proficiency, and household types (single family, multifamily, owner-occupied, renter-occupied, and regulated or public affordable housing).

ii. The Coalition will use the GGRF's Properties Providing Affordable Housing definition for eligibility criteria for its AMF Public and Private financial assistance programs. Participants seeking funding from the Coalition's Small Residential financial assistance will verify eligibility with a procured third-party income verification provider or through demonstration of an applicable existing verification. Through this process, the Coalition will ensure that households participating in the Small Residential programs meet the GGRF's definition of Geographically Dispersed Low-Income Households. The Coalition will use both the GGRF's geographic and income-based eligibility criteria to verify LICSS participant eligibility. This approach is intended to ensure that programs do not disproportionately utilize funding or distribute savings to well-resourced individuals residing in geographically eligible areas.

## b. Customer Acquisition and Retention

i. While categorical eligibility will be the primary verification method (see 2) b) ii.), when this is not feasible, the Coalition will implement a supplemental, tax return-based income verification. This approach requires minimal effort on the part of the household but provides sufficient information to determine eligibility. For more details, see section 2) b.

ii. The Coalition would like to clarify that no other sources of funding will be leveraged for customer acquisition. MassCEC operates Clean Energy Lives Here, a consumer-facing clean energy information website, which may be used as part of education and outreach; however, such efforts will be indirect and the website will not play a central role in customer acquisition.

iii. The Coalition will not impose MASFA Program-wide requirements for customer retention. Guidelines and recommendations for each financial assistance initiative

41

will be established in program documentation. These guidelines and recommendations will be informed by stakeholder feedback. MASFA initiatives will incorporate language in program agreements (loan agreements, contracts) regarding parameters around transfer of ownership or customers changing residential address. The Decision-Support provider will help residents evaluate these parameters as a factor in their choice of which MASFA initiative to pursue.

c. **Participatory Governance**

    i. Throughout the application process, the Coalition made a conscious effort to collect stakeholder feedback through communication channels such as written responses to straw proposals, 1:1 conversations, and the establishment of an EJ stakeholder group which met biweekly to discuss the MASFA application. Stakeholders involved in these processes consist of residents and representatives of CBOs from LIDAC communities state-wide and were engaged through MassCEC's and DOER's networks; the Coalition intends to build on this engagement throughout the course of the program by regularly providing updates to stakeholders on program activities to date, soliciting feedback, and reassessing/modifying programming accordingly. This stakeholder network will also continue to expand over the course of the program as more communities are engaged and more networks/program participant groups become involved through DOER, MassCEC, MCCB and BHA.

    ii. Additionally, the Justice40 Working Group, established by the Commonwealth under the Office of the Undersecretary for Environmental Justice and Equity, will play a role in shaping the program to fit the needs of the communities we aim to serve; this working group consists of representatives from organizations across the state which have worked directly with EJ populations. Members of the Coalition will meet with this group throughout the implementation phase and launch of various program components to seek assistance in developing a reporting, evaluation, and feedback framework to ensure a transparent, responsive SFA program. These engagements will allow the Coalition to most effectively approach and continue engagement with the stakeholders involved in the application process as various program components are deployed. The Coalition has engaged twice with this Working Group since submittal of the SFA application and plans to continue to engage them as more specific program details develop.

d. **Education and Outreach**

    i. The Coalition intends to use a variety of education and outreach methods to maximize the impact of the program, including:

- Utilizing existing programs such as EmPower and CFP to engage CBOs to serve as ambassadors for MASFA;
- Partnering with CBOs to promote MASFA offerings to the communities they serve through trusted channels;
- Leveraging existing energy efficiency and housing support programs to co-deliver MASFA opportunities; and
- Creating program materials in a variety of languages and using clear, non-technical language to ensure accessibility.

    ii. Methods for engaging groups/organizations with deep community ties are discussed above under "Communities served" (section 5) a.) and "Participatory Governance" (section 5) c.), and will utilize a diverse range of channels and media including online through websites, virtual information sessions, surveys, email and social media; in-person outreach and stakeholder engagement; and through traditional communications media such as newspapers and op-eds.

## 6) **Fiscal Stewardship Plan**

### a. **Stewardship**

    i. Many of the SFA fiscal stewardship requirements (procurement standards, ethical obligations, conflict of interest law, public transparency, financial management practices, and whistleblower protections) are consistent with MA law and regulation.

    ii. The Coalition will implement protections that it has utilized in other federally funded programs. These protections include, but are not limited to grantee records, audits, appropriate documentation that demonstrates compliance with program requirements, onsite inspections, including random inspections to confirm project details, responding to third party complaints, and quality control inspections. To encourage reporting, the Coalition will provide an anonymous fraud/malpractice reporting webpage on the program's website.

The Coalition anticipates utilizing multiple tools for responding to concerns raised by audits and inspections that identify potential violations of MassCEC's existing Code of Conduct Policy. This Policy establishes "best practices" for responding to project issues, that range in severity from a request for clarification, to the issuance

MASFA Program Workplan

of a warning, to a permanent ban from future participation in MASFA programs.

The proposed revolving loan funds will be housed in dedicated accounts and will be subject to the same safeguards and standards that Coalition members, as state or municipal public agencies, have in place on existing accounts. The revolving loan funds will be invested very conservatively, but any proceeds from interest or gains will be reallocated into MASFA program funds to support further projects even beyond the 5-year program period.

## b. Subawards

i. DOER, as the primary awardee, will execute a Memorandum of Understanding (MOU) with each subrecipient outlining each entities' reporting obligations under each subaward. DOER is responsible for reporting on each subaward to EPA and if available, will report:

- Summaries of results of review of financial programmatic reports;
- Summaries of findings from the site visits and/or desk reviews to ensure effective performance by subawardees;
- Environmental results achieved by subawardees;
- Summaries of audit fundings and related DOER management decisions; and
- Actions that DOER has taken to correct deficiencies.

ii. DOER will report the subawards to the Federal Funding Accountability and Transparency Act Subaward Reporting System in accordance with 2 CFR 170, Appendix A.

## c. Consumer Financial Protections

i. Consumer financial protections will be built into program design through the competitive solicitation approaches.

- For the single-and multi-family lease and community solar programs, the Coalition will restrict funding to pre-vetted lease and community-shared solar financial offers that ensure a fair deal for the building owner, the project developer, and the energy off-taker and enable the Coalition to require/incorporate key consumer protections that are not present in the community solar or third-party ownership markets at large.

44

MASFA Program Workplan

- For the loan approaches, SFA funds will be limited to pre-vetted lenders, subject to appropriate federal regulations to ensure appropriate financial consumer protection laws are in place and enforced.

- An additional consumer protection avenue is available through projects' participation in the SMART Program, which has strict customer disclosure and consumer protection requirements, particularly as it applies to low-income customers. These requirements include rate escalation caps, guaranteed savings, and regular programmatic audits. Notably, these program audits and engagement with stakeholders have shown that solar leases often fail to provide meaningful benefits to low-income customers. To address these consumer protection concerns, the Coalition to will consult with stakeholders during the implementation period to develop additional robust consumer protection requirements for projects receiving MASFA funds, thus also delivering greater consumer benefits.

ii. The Massachusetts Consumer Protection Law is one of the most robust consumer protection laws in the country. All companies receiving MASFA funds will be required to attest that they will abide by best practices for consumer protection.

## 7) **Timeline and Milestones**

See attached Excel sheet for program timeline.

## 8) **Budget Narrative**

a. **Personnel**

i. Total: 1,317,928
ii. DOER will hire one (1) full-time Program Manager (PM) and two (2) Program Coordinators (PCs) to implement the grant. The program manager will be responsible for overall management and implementation of the program, including managing subaward agreements and coordinating with EPA staff. One program coordinator will be responsible for the implementation of the LICSS program, including developing solicitations, reviewing applications and making award recommendations, coordinating with program participants, and assisting with program evaluation. One program coordinator will be responsible for ensuring all bi-annual, annual, and program close-out reporting requirements are met, including

MASFA Program Workplan

coordinating with subawardees, EPA staff, DOER fiscal staff, and reporting/compliance vendors.

DOER personnel salaries are determined by the NAGE Unit 6 Collective Bargaining Agreement.

iii. DOER personnel salaries are subject to a 4% annual cost-of-living adjustment.

**b. Fringe Benefits**

i. Total: $593,727
ii. DOER's fringe benefit rate for fiscal year 2025 is 45.05%.  The fringe benefit rate is based on personnel costs and employer payroll tax rate.

iii. The methodology used to calculate the fringe benefit rate is based on the actual costs to the Commonwealth's General Fund of providing health insurance and pension benefits, as well as sick leave and vacation buyback (terminal leave) and is designed to recover those costs from all federal grants and other non-budgetary accounts.

iv. The Fiscal Year 2025 employer payroll tax rate has been calculated at 1.62% of gross compensation for regular and contractual employees (salaries expended under AA and CC object codes), based upon the employer share of taxes for Unemployment Insurance, Universal Health Insurance, Medicare, and the Paid Family Medical Leave assessment.

**c. Contractual**

Contractual expenses as planned are as follows:

i. **Technical Support for Community Solar Customer Enrollment**: $1,000,000: DOER will procure a vendor to develop a Community Solar Marketplace platform to supplement outreach and engagement efforts under the LICSS initiative. This platform will support equitable access and meaningful benefits for LIDACs by connecting LIDAC residents with community solar projects that have been pre-vetted to provide required savings and incorporate minimum consumer protections. The Coalition anticipates a one-year contract to develop and launch the platform, which will run for the duration of the program and beyond. This will be a competitively procured contract.

46

ii. **Reporting and Compliance Support**: $500,000: DOER will procure a vendor to assist with data tracking and management to support reporting and compliance requirements. The Coalition anticipates this contract will last throughout the duration of the MASFA grant agreement. This will be a competitively procured contract.

iii. **Financial Assistance Community Solar**: $30,000,000: Under the LICSS initiative, DOER will provide financial assistance grants (totaling $30M) to project developers to support community solar projects through a competitive process to provide deeper benefits, including but not limited to providing verified net savings that exceed 20%, allocating more than 50% of output to LMI customers, and enrolling anchor off-takers that otherwise provide community benefits.  Contracts with LICSS project developers will last throughout the duration of the MASFA grant agreement, and contracts will be awarded through a competitive funding opportunity.  Further details on this contractual cost can be found in the financial assistance strategy (3.a.iv).  The following contractual cost guidelines will be followed for LICSS grants:

(a) LICSS grants will support the development and construction of residential-serving community solar projects that provide at least 20% net savings to LIDAC residents. Specifically, activities supported by contractual expenses may include but are not limited to equipment, labor, design, permitting, materials, and balance of system costs.

(b) Grant amounts will be determined on an individual project basis and will be based on a project's capital costs. However, DOER estimates that grants may range from $500,000 - $1,000,000 depending on project size.

(c) Titles to equipment purchased with grant funds may go to project developers/owners, financiers, or community/nonprofit owners in the case of COS.

(d) Recipients of LICSS grants will be required to provide invoices from vendors and contractors to support the grant amount.

(e) Applicants for LICSS grants will be required to provide quotations from vendors and contractors, as well as a description of all other financial resources and funding sources anticipated to be used by or for the project.

d. **Other**

i. The Coalition has accounted for $400k of in-kind technical assistance provided by EPA as part of the SFA award.

47

MASFA Program Workplan

e. **Other - subaward**

    i. A subgrant of $76,825,388 will be awarded to MassCEC for:

- Administrative costs: $925,388
- Financial Assistance: $59.5M total to support activities related to the initiatives below. MASFA will allocate funds across these initiatives based on analysis of market and regulatory conditions, project pipelines, and program participation trends.
  - Small Residential Initiative:
    - Includes funding for Zero Interest Loan and Lease initiatives.
  - Cooperative/community-owned community-shared solar
  - MLP community solar projects
  - Enabling Upgrades grants
- Supporting initiatives (Contracts or Subawards): $16.4M total
  - Technical assistance for Small Residential initiatives - decision support: $3M
  - Capacity building and training for CBOs and municipalities: $3M
  - Technical assistance - alternative community ownership of LICSS: $1.5M
  - Municipal support (e.g. SolarAPP+): $0.6M
  - Quality assurance/inspections and audits: $1.3M
  - Workforce development/training initiatives: $7M
- The subaward will last for the full 5-year period, MassCEC is a governmental organization, a quasi-public economic development agency dedicated to accelerating the growth of the clean energy and climate-tech sector across the State.
- MassCEC will administer the Small Residential Initiatives, including the zero interest loan and residential lease. It will also administer financial assistance for community-owned community shared solar, MLP community solar exploration and targeted grants for enabling upgrades. MassCEC will also oversee a majority of the technical assistance and supporting initiatives (listed above),

    ii. A subgrant of $19.8M will be awarded to BHA for:

- Administrative costs (inclusive of staffing, fringe and indirect calculated at 10% of staff, fringe and services): $1.8M
- Financial Assistance (AMF – Public Initiative): $15M
  - Estimated at $7.5M for "ownership solution" and $7.5M for "third-party owned" solution, but breakdown is subject to housing owner participation.
- Technical assistance for AMF – Public initiative (Contract): $3M

MASFA Program Workplan

- The subaward will last for the full 5-year period, BHA is a governmental organization, providing public housing to Boston residents.
- BHA will administer the AMF – Public initiative, providing bridge loans and other financial assistance to support solar on public housing. BHA will also solicit and contract for the corresponding technical assistance.

iii.  A subgrant of $25.3M will be awarded to MCCB for:
- Administrative costs (inclusive of staffing, fringe and indirect calculated at 10% of staff, fringe and services): $2.3M
- Financial Assistance (AMF – Private Initiative): $20M
  - Estimated at $10M for "ownership solution" and $10M for "third-party owned" solution, but breakdown is subject to housing owner participation
- Technical assistance for AMF – Private initiative (Contract): $3M
- The subaward will last for the full 5-year period, MCCB is a governmental organization, a dedicated capital fund and associated set of programs located within MassHousing. MassHousing being a public instrumentality of the Commonwealth of Massachusetts established by the Legislature and charged with providing financing to increase the supply of single- and multi-family housing in the Commonwealth for occupancy by persons and families of low and moderate income.
- MCCB will administer the AMF – Private initiative, providing bridge loans and other financial assistance to support solar on income restricted multifamily housing. MCCB will also solicit and contract for the corresponding technical assistance.

iv.  MA DOER has internal controls in place to monitor and manage the subrecipients per 2 CFR 200.331. Subrecipients will fill out reporting documents, but MA DOER will review reports before submitting. MA DOER will submit quarterly reporting once successfully reviewed. MA DOER reserves the right to require check-ins as needed to monitor programs. MA DOER has a strong collaborative working relationship with all subrecipients.

f.  **Indirect Charges**

i.  The Coalition is requesting a total of $382,957 for indirect costs for the 5-year period, with a rate of 13.59% and a base consisting of personnel salaries as well as applicable contractual costs (technical support for community solar customer enrollment and reporting and compliance support). This base reflects the Modified Total Direct Cost (MTDC) in DOER's negotiated indirect rate. Participant support

49

MASFA Program Workplan

costs and other excluded items are not included in the MTDC.

### g. Questionnaire

| Question | Response |
|---|---|
| Does this scope of work include conducting conferences or workshops? | No |
| Who is initiating the conference/workshop/meeting? | N/A |
| How is the conference/workshop/meeting being advertised? | N/A |
| Whose logo will be on the agenda and conference/workshop/meeting materials? | N/A |
| What is the percentage distribution of persons attending (I.e. % federal govt, public participants, state and local)? | N/A |
| Will there be proceedings or analysis and will the information be disseminated back to the appropriate (state/local/scientific) community? | N/A |
| Do you anticipate program income being generated from this conference/workshop/meeting including registration fees? | N/A |
| Are costs for light refreshments, meals or beverages included in the workplan or budget? | N/A |
| Will the assistance award result in the development of any copyrighted software or written materials? | No |
| Could an invention result from this project? (If yes, provide disposition instructions) | No |
| Does the project involve animal subjects? | No |
| Does the project involve collecting identical information from 10 or more people? | Yes |
| Any work outside the US included in the grant? | No |
| Does the grant involve or relate to geospatial information? Includes info identifying geographic location, or application/tools associated with such information – GPS, | Yes – geographic information will be used as part of determining eligibility for LICSS initiatives, |

MASFA Program Workplan

| mapping or statistical data | and it is possible that map visualization software such as geographic information systems (GIS) will be used as part of program implementation. |
|---|---|

# EXHIBIT 6

| | |
|---|---|
| **From:** | Moore, Kelley |
| **To:** | Judge, Kerry (ENE) |
| **Cc:** | Meserve, Samantha (ENE); Nowak, April (she/her/hers); Gill, Elizabeth; Moroney-Ebarb, Christina (ENE) |
| **Subject:** | RE: MA Solar for All - Planning Period Term and Condition |
| **Date:** | Thursday, January 16, 2025 3:53:59 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Kerry,

We have completed our review of the revised MA SFA workplan, timeline, and budget. The Massachusetts Department of Energy Resources has met the Planning Period Term and Condition, with the specific condition III.A.2 removed without further action from the Recipient required upon receipt of this email in accordance with 2 CFR 200.208(e). The updated workplan is in effect.

Thank you.

*Kelley*

Kelley A. Moore
Environmental Protection Specialist - Solar for All Team
Office of the Greenhouse Gas Reduction Fund
US Environmental Protection Agency
212-637-3265

---

**From:** Judge, Kerry (ENE) <Kerry.Judge1@mass.gov>
**Sent:** Wednesday, January 15, 2025 4:36 PM
**To:** Moore, Kelley <moore.kelley@epa.gov>
**Cc:** samantha.meserve@mass.gov; Nowak, April (she/her/hers) <Nowak.April@epa.gov>; Gill, Elizabeth <Gill.Elizabeth@epa.gov>; Moroney-Ebarb, Christina (ENE) <Christina.Moroney-Ebarb@mass.gov>
**Subject:** Re: MA Solar for All - Planning Period Term and Condition

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kelley, April, and Liz,

Thank you again for the helpful meeting today. I am attaching our revised workplan and revised and

original program timeline based on the feedback we discussed.

Please let us know of any questions.

Thank you!
Kerry

---

**From:** Moore, Kelley <moore.kelley@epa.gov>
**Sent:** Tuesday, January 14, 2025 9:47 AM
**To:** Judge, Kerry (ENE) <Kerry.Judge1@mass.gov>
**Cc:** Meserve, Samantha (ENE) <samantha.meserve@mass.gov>; Nowak, April (she/her/hers) <Nowak.April@epa.gov>
**Subject:** RE: MA Solar for All - Planning Period Term and Condition

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Kerry,

I'm acknowledging receipt of the documents. I forwarded them to Liz Gill who is assisting with the process.

Also, the new Project Officer for MA Solar for All started this week. Her name is April Nowak (cc'd here). April is an experienced project officer from EPA and will be on the call tomorrow.

Thank you!

*Kelley*

Kelley A. Moore

Environmental Protection Specialist - Solar for All Team

Office of the Greenhouse Gas Reduction Fund

US Environmental Protection Agency

212-637-3265

---

**From:** Judge, Kerry (ENE) <Kerry.Judge1@mass.gov>
**Sent:** Monday, January 13, 2025 5:26 PM
**To:** Moore, Kelley <moore.kelley@epa.gov>
**Cc:** samantha.meserve@mass.gov
**Subject:** MA Solar for All - Planning Period Term and Condition

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kelley,

Please find attached Massachusetts' revised workplan (redline and clean), timeline (revised and original), and budget which we believe meets the planning period term & condition and addresses all planning period components.

Let me know of any questions.

Thank you!

Kerry

**Kerry Judge (she/hers)**

**Renewable Energy Program Coordinator**

Massachusetts Department of Energy Resources

100 Cambridge Street, 9th Floor, Boston, MA 02114



# EXHIBIT 7

Case 2:25-cv-02015-TMC    Document 73-1    Filed 11/14/25    Page 519 of 557

 Mass.gov

OFFERED BY  Governor Maura Healey and Lt. Governor Kim Driscoll  | Executive Office of Energy and Environmental Affairs |
Federal Funds & Infrastructure Office  | Show 1 more ⌄

PRESS RELEASE

# Healey-Driscoll Administration Celebrates Winning $156 Million in EPA's Solar for All Competition

**Massachusetts' Solar for All program could result in a 20% reduction in energy costs to 31,000 low-income and disadvantaged households, support 2,800 clean energy jobs, and decrease annual carbon emissions by 70,000 tons**

FOR IMMEDIATE RELEASE:

4/22/2024

Governor Maura Healey and Lt. Governor Kim Driscoll

Executive Office of Energy and Environmental Affairs

Massachusetts Department of Energy Resources

Office of Climate Innovation and Resilience

Federal Funds & Infrastructure Office

Renewable and Alternative Energy Division

MEDIA CONTACT

**Karissa Hand, Press Secretary**

Phone

617-725-4025

BOSTON — The Healey-Driscoll Administration today celebrated its selection by the U.S. Environmental Protection Agency to receive **$156 million in funding under the Solar for All** (https://www.epa.gov/newsreleases/biden-harris-administration-announces-massachusetts-department-energy-resources) competition, a $7 billion program that is part of the Inflation Reduction Act's Greenhouse Gas Reduction Fund. A coalition led by the Massachusetts Department of Energy Resources (DOER) and including the Massachusetts Clean Energy Center (MassCEC), MassHousing, and Boston Housing Authority, submitted the state's application to the Solar for All competition. Massachusetts, qualifying as a **Medium Program** (https://www.epa.gov/greenhouse-gas-reduction-fund/solar-all-notice-funding-opportunity-update), received one of the largest state awards and the largest award in New England.

"The Inflation Reduction Act is a once-in-a-generation opportunity to fund state climate action, and Massachusetts is leading the pack once again," said **Governor Maura Healey.** "We've adopted a strategy that combines housing

8/21/25, 4:48 PM
Case 2:25-cv-02015-TMG Document 73-1 Filed 11/14/25 Page 520 of 557
Healey-Driscoll Administration Celebrates Winning $156 Million in EPA's Solar for All Competition | Mass.gov

affordability and climate policy, supporting our residents in accessing the important cost and health benefits that come with solar energy. We're grateful to the Biden-Harris Administration and our federal delegation for this investment in Massachusetts' climate leadership."

"The Solar for All application is Team Massachusetts in action," said **Lieutenant Governor Kim Driscoll.** "Instead of dozens of small applications coming from our state competing against each other, we worked with over 80 stakeholders and communities to put forward a single strong application. That's the power of partnership in a high-stakes federal competition."

[Massachusetts' Solar for All program](/info-details/massachusetts-solar-for-all-application) expects to deploy 125 megawatts of solar capacity, provide a 20 percent reduction in energy costs to more than 31,000 low-income and disadvantaged households, support 2,800 clean energy jobs, and decrease annual carbon emissions by 70,500 tons. Massachusetts anticipates this funding will mobilize an estimated $286 million in other private capital. The Solar for All program will be available to all Low-Income and Disadvantaged Communities across Massachusetts to maximize program participation and impact in historically underserved communities.

"Climate change presents us with an opportunity to do things differently – with Solar for All, the people most deeply impacted by extreme weather and pollution will be at the front of the line for clean, affordable, locally-produced energy," said **Energy and Environmental Affairs Secretary Rebecca Tepper**. "Residents will be able to look around their communities and see tangible benefits of the clean energy transition thanks to the Inflation Reduction Act – solar panels on roofs, local workers with good-paying jobs, and cleaner air for us all to breathe."

"Our comprehensive approach to climate action helped us secure this grant and will help us implement it," said **Climate Chief Melissa Hoffer**. "This application was a strategic collaboration between energy and housing agencies, and now our low-income residents will reap the benefits of affordable solar energy. Our Solar for All program will build on other initiatives like the Massachusetts Community Climate Bank to leverage public and private funds to promote housing affordability and clean energy."

"Our team is thrilled to receive $156 million to power the future of solar in Massachusetts," said **Energy Resources Commissioner Elizabeth Mahony,** who will oversee the program. "Massachusetts has been a national leader in deploying solar, and this investment will take our programming to the next level. We are ready to put these funds to work, setting up solar on affordable homes and training up the workforce who will make it happen."

"This Solar for All award is an important part of our whole-of-government effort to bring home federal funding to Massachusetts that advances our climate goals, while addressing equity and creating good paying jobs for a clean energy future," said **Director of Federal Funds and Infrastructure Quentin Palfrey**. "Thank you to President Biden, Administrator Regan, and the Massachusetts congressional delegation for making possible this exciting award. We look forward to continuing partnerships across state agencies and with our local communities to secure these impactful federal dollars for Massachusetts."

"This incredibly exciting win for the Commonwealth will bring solar power to low-income households, lowering energy costs for residents and supporting good-paying jobs across Massachusetts," said **Massachusetts Clean Energy Center CEO Dr. Emily Reichert**. "The Biden-Harris Administration's historic investments through the Inflation Reduction Act are accelerating our goals to expand access to affordable clean energy and build an equitable workforce to implement that transformation."

Case 2:25-cv-02015-TMG     Document 73-1     Filed 11/14/25     Page 521 of 557

The Massachusetts Solar for All program will make solar PV more accessible for small residential and multifamily homes and expand access to community solar. Planned components of the program include a residential zero-interest loan initiative, a residential lease initiative, a public affordable housing procurement initiative, a private affordable housing financing initiative, and a low-income community shared solar initiative. Massachusetts' Solar for All program will also include funding for technical assistance, education, outreach, quality assurance, and workforce training.

Massachusetts' Solar for All program initiatives are designed to meet the needs of LIDC stakeholders. Each initiative will be supported by existing financial incentives, innovative financial products, a solar-friendly regulatory environment, technical assistance, workforce development, and community engagement activities.

"Today we're delivering on President Biden's promise that no community is left behind by investing $7 billion in solar energy projects for over 900,000 households in low-income and disadvantaged communities," said **EPA Administrator Michael S. Regan**. "The selectees will advance solar energy initiatives across the country, creating hundreds of thousands of good-paying jobs, saving $8 billion in energy costs for families, delivering cleaner air, and combating climate change."

"Solar is the cheapest form of electricity—and one of the best ways to lower energy costs for American families," said **John Podesta, Senior Advisor to the President for International Climate Policy**. "Today's announcement of EPA's Solar for All awards will mean that low-income communities, and not just well-off communities, will feel the cost-saving benefits of solar thanks to this investment."

The state's application was a collaboration between energy and housing agencies, highlighting the Healey-Driscoll Administration's whole-of-government approach to address climate change. The Solar for All will combine the state's solar energy and building decarbonization expertise at DOER and MassCEC with the housing finance and development expertise of MassHousing and Boston Housing Authority. In addition, the collaboration leverages the state's creation of the Massachusetts Community Climate Bank in June 2023 (/news/governor-healey-announces-creation-of-massachusetts-community-climate-bank-nations-first-green-bank-dedicated-to-affordable-housing).

The program was developed through extensive consultation with communities, including dozens of meetings with key stakeholders from solar industry, environmental justice, labor, and community development groups. More than 80 stakeholder organizations provided letters of support for Massachusetts' Program, including the Massachusetts Building Trades Union and the International Brotherhood of Electrical Workers.

*Statements of Support*

**Senator Elizabeth Warren:**

"To tackle the climate crisis, we need to transition to a clean energy future. I fought hard to ensure this investment was included in the Inflation Reduction Act and called on Massachusetts communities to apply for this funding, so that our communities could see more solar panels on roofs, good union jobs, lower energy bills, and a cleaner environment."

8/21/25, 4:48 PM                     Healey-Driscoll Administration Celebrates Winning $156 Million in EPA's Solar for All Competition | Mass.gov

Case 2:25-cv-02015-TMG     Document 73-1     Filed 11/14/25     Page 522 of 557

**Senator Edward J. Markey, Chairman of the Senate Environment and Public Works Subcommittee on Clean Air, Climate, and Nuclear Safety:**

"The new 21st century revolutionary slogan for Massachusetts is 'The solar is coming! The solar is coming!' After working hard to get this historic Solar for All funding into the Inflation Reduction Act and passing it through Congress, I'm thrilled the Commonwealth is receiving an award to supercharge its already nation-leading solar energy deployment. This will help families across Massachusetts to enjoy the benefits of clean energy—lower costs, cleaner air, and a livable future—while creating good-paying jobs. The Solar for All program is only the latest example of how Massachusetts is winning federal funding to bring tangible benefits to Bay Staters."

**Adam Chapdelaine, Executive Director & CEO, Massachusetts Municipal Association (MMA):**

"Today's Solar for All announcement will deliver a major boost for the state's decarbonization goals and timelines, while ensuring that low-income and disadvantaged communities equitably benefit from clean energy initiatives. The MMA applauds the Healey-Driscoll administration for its strategic and team-based efforts to win this historic funding, and thanks the Massachusetts congressional delegation for their unwavering support."

**Sara Birmingham, Vice President of State Affairs, Solar Energy Industries Association (SEIA):**

"Solar for All provides an essential opportunity to leverage the Biden administration's commitment to addressing climate change while reducing electricity costs for Massachusetts residents. This funding will expand solar access with simple financing options for customers, investments in community solar, and other critical initiatives that will strengthen Massachusetts' clean energy economy. The solar and storage industry congratulates the Healey administration for their work to earn this award for the Commonwealth."


###

# Media Contact

## Karissa Hand, Press Secretary

> **Phone**
>
> 617-725-4025

8/21/25, 4:48 PM                    Healey-Driscoll Administration Celebrates Winning $156 Million in EPA's Solar for All Competition | Mass.gov

Case 2:25-cv-02015-TMG    Document 73-1    Filed 11/14/25    Page 523 of 557



## Governor Maura Healey and Lt. Governor Kim Driscoll

Since taking office, Governor Healey and Lieutenant Governor Driscoll's top priority has been building a Massachusetts that's competitive, equitable, and affordable for every family, worker, and business.

## Executive Office of Energy and Environmental Affairs

EEA seeks to protect, preserve, and enhance the Commonwealth's environmental resources while ensuring a clean energy future for the state's residents. Through the stewardship of open space, protection of environmental resources, and enhancement of clean energy, the Executive Office of Energy and Environmental Affairs works tirelessly to make Massachusetts a wonderful place to live, work, and raise a family.



## Massachusetts Department of Energy Resources

DOER helps create a clean, affordable, equitable and resilient energy future for the Commonwealth.

## Office of Climate Innovation and Resilience

On the first full day of her administration, Governor Maura Healey signed an Executive Order establishing the position of Climate Chief and creating an Office of Climate Innovation and Resilience within the Governor's Office.

## Federal Funds & Infrastructure Office

The Federal Funds & Infrastructure Office is the lead agency within the Healey-Driscoll Administration tasked with implementing a whole of government approach to ensuring the Commonwealth of Massachusetts can leverage the historic opportunities available for federal funding.



## Renewable and Alternative Energy Division

The Massachusetts Department of Energy Resources' Renewable and Alternative Energy Division provides information regarding the different kinds of renewable energy, funding programs and incentives, installation assistance, and more available in Massachusetts. Types of renewable energy available in Massachusetts include: wind, solar, biomass, and more.

© 2025 Commonwealth of Massachusetts.

Mass.gov® is a registered service mark of the Commonwealth of Massachusetts. **Mass.gov Privacy Policy** (/privacypolicy)

# EXHIBIT 8



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

August 7, 2025

<u>MEMORANDUM</u>

**SUBJECT:**   Termination of EPA Assistance Agreement 5H-84090201 under 2 CFR 200.340

**FROM:**   Devon Brown, EPA Award Official

**TO:**   Bryan Klepacki, Chief Financial Officer
Massachusetts Department Of Energy Resources

The purpose of this communication is to notify you that, pursuant to the One Big Beautiful Bill Act (OBBBA), Pub. L. No. 119-21 (July 4, 2025), the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5H-84090201 awarded to Massachusetts Department Of Energy Resources. Section 60002 of OBBBA repeals the underlying authority for the Solar for All program at Section 134 of the Clean Air Act, 42 U.S.C. 7434, and rescinds unobligated amounts to carry out Section 134. The repeal of the grant appropriations in CAA 134(a)(1)-(3), coupled with the rescission of the administrative appropriation in section 134(a)(4), effectively and completely terminated the statutory authority and all appropriations related to Solar for All. As both the grant appropriations and the EPA's administrative cost appropriation are rescinded, the Agency no longer possesses either the substantive legal authority or the financial appropriations needed to continue implementation, oversight or monitoring for waste, fraud, or abuse of these grants or of Solar for All. Thus, any attempt to continue the program's administration, in the absence of any authorizing legislation or appropriated funds for that purpose, is no longer legally permissible. The EPA has been weighing options for the future of the Solar for All program and has made the decision to terminate the SFA program and existing grants because the EPA no longer has a statutory basis or dedicated funding to continue administering and overseeing the nearly $7 billion outlay to approximately 60 grant recipients. Congress has made its intent clear—via a repeal of the statutory authorization and all appropriated funding for the program and the administrative burdens of implementing and overseeing the program—that the SFA program is no longer to operate.

The EPA recognizes that program participants may have begun to rely on funds made available through the Solar for All program and have in some instances made preliminary budgets, projections, outlays, and staffing decisions. Due to the early nature of such expenditures, we expect any harms to interests suffered to be remedied and remediable by the close out processes outlined in the program grants and discussed below.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office will issue an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), molina.michael@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, brown.devon@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

cc: Zachary Lane, EPA Grant Specialist
    April Nowak, EPA Project Officer
    Samantha Meserve, Grantee Program Manager

# EXHIBIT 9

5H - 84090201 - 2    Page 1

| | | |
|---|---|---|
|  **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | **GRANT NUMBER (FAIN):** 84090201 **MODIFICATION NUMBER:** 2 **PROGRAM CODE:** 5H | **DATE OF AWARD** 08/08/2025 |
| | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 08/08/2025 |
| | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| State | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES 100 Cambridge Street, FL 9 Boston, MA 02114-2533 EIN: 04-6002284 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES 100 Cambridge Street, 9th Floor Boston, MA 02114-2533 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Samantha Meserve 100 CAMBRIDGE ST. 9th Floor BOSTON, MA 02114-2509 **Email:** samantha.meserve@mass.gov **Phone:** 617-823-2214 | April Nowak 1200 Pennsylvania Ave., NW, 1101R Washington, DC 20460 **Email:** Nowak.April@epa.gov **Phone:** 303-312-6528 | Zachary Lane 3903R 1200 Pennsylvania Ave., NW Washington, DC 20460 **Email:** Lane.Zachary@epa.gov **Phone:** 202-564-3397 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Massachusetts Solar for All

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD 09/01/2024 - 08/08/2025 | PROJECT PERIOD 09/01/2024 - 08/08/2025 | TOTAL BUDGET PERIOD COST $ 156,120,000.00 | TOTAL PROJECT PERIOD COST $ 156,120,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 10/11/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 156,120,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| Environmental Protection Agency, Grants Management & Business Operations Division 1200 Pennsylvania Ave, NW Mail code 3903R Washington, DC 20460 | Environmental Protection Agency, Office of the Greenhouse Gas Reduction Fund OA - Office of the Administrator 1200 Pennsylvania Ave. NW Washington, DC 20460 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official for Devon Brown - Branch Chief, GMB **by** LaShaun Phillips - Award Official Delegate | **DATE** 08/08/2025 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 155,720,000 | $ 0 | $ 155,720,000 |
| EPA In-Kind Amount | $ 400,000 | $ 0 | $ 400,000 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 156,120,000 | $ 0 | $ 156,120,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.959 - Zero-Emissions Technology Grant Program | National Environmental Policy Act: Sec. 102(2)(I)<br><br>Clean Air Act: Sec. 134(a)(1)<br><br>2023 Consolidated Appropriations Act (PL 117-328) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5H - 84090201 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,317,928 |
| 2. Fringe Benefits | $ 593,727 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 31,500,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 122,325,388 |
| 9. Total Direct Charges | $ 155,737,043 |
| 10. Indirect Costs: 13.59 % Base MTDC | $ 382,957 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 156,120,000 |
| 12. Total Approved Assistance Amount | $ 156,120,000 |
| 13. Program Income | $ 4,375,000 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 156,120,000 |

# Administrative Conditions

**UNILATERAL TERMINATION**

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

All programmatic conditions remain the same.

# EXHIBIT 10

August 28, 2025

Devon Brown, EPA Award Official
U.S. Environmental Protection Agency
Office of the Greenhouse Gase Reduction Fund
Office of the Administrator
1200 Pennsylvania Avenue NW
Washington DC 20460

RE:  Disagreement with Modification No. 2 to Grant Number (FAIN): 84090201, dated August 8, 2025

Dear Mr. Brown:

On August 7, 2025, Massachusetts Department of Energy Resources ("DOER") received a memorandum from you that purported to terminate EPA Assistance Agreement 5H-84090201 under 2 CFR 200.340 ("Termination Letter").  The Termination Letter outlined a Dispute process pursuant to 2 CFR 1500.15 with a Dispute deadline of 30 days.  The Termination Letter also stated, "The EPA Grants Management Office will issue an amendment to the agreement to document the termination."

The next day, DOER received a document titled "Assistance Amendment" dated August 8, 2025.  That document states it is "Modification Number: 2" to Grant Number 84090201. Under its "Explanation of Changes" the document states that it requires DOER to stop work, terminates the agreement, reduces performance period duration, curtails the scope of work, and adds administrative terms and conditions.  In the "Notice of Award" section, it states that if the recipient disagrees with the terms and conditions specified, it must furnish a notice of disagreement within 21 days.

Please accept this letter as DOER's notice of disagreement with Modification No. 2 dated August 8, 2025, issued under your signature as EPA Award Official.  DOER also disagrees with any suggestion in Modification No. 2 that any attempt to draw down funds could function as a waiver of DOER's dispute rights, which is contrary to the regulations authorizing grantees to draw down eligible costs incurred prior to termination per 2 CFR 200.305(b)(3) as well as the Termination Letter's specific statement that costs incurred prior to the termination date are allowable.

DOER will be filing a Dispute of the Termination Letter in a separate letter to the Dispute Decision Official within the 30 days provided in the Termination Letter.

Please acknowledge receipt of this notice of disagreement and contact DOER via the below-signed designee to discuss resolution of this disagreement as soon as possible.

Elizabeth Mahony
Commissioner

# EXHIBIT 11

To: Michael Molina
EPA Disputes Decision Official
Environmental Protection Agency
Office of Mission Support
Washington, D.C. 20460

Date: September 5, 2025

Re: Termination of EPA Assistance Agreement 5H-84090201 under 2 CFR 200.340

Dear Mr. Molina:

      Pursuant to 2 C.F.R. § 1500.15, the Massachusetts Department of Energy Resources (DOER) hereby formally disputes the U.S. Environmental Protection Agency's (EPA) decision to terminate Assistance Agreement No. 5H- 84090201 between EPA and DOER (Assistance Agreement). EPA has purported to terminate the Assistance Agreement by either or both of an August 7, 2025 letter and an August 8, 2025 contract amendment, each providing different and conflicting alleged reasons for the termination. EPA's unilateral decision to terminate is not in accordance with law, is arbitrary, and is a breach of the Assistance Agreement.

      Specifically, and as discussed below, EPA's unilateral termination of the Assistance Agreement[1]: (a) was not directed by Section 60002 of Pub. L. No. 119-21[2] which did not direct the deobligation of obligated funds or the termination of the Assistance Agreement; (b) violates 2 C.F.R. § 200.340(a) and the termination provisions of the Assistance Agreement, as no specific reason for termination was given (indeed, many contradictory reasons were instead provided) and it was not issued pursuant to any of the regulatory or contractual grounds upon which the Assistance Agreement may lawfully be terminated; and (c) breaches the Assistance Agreement. Accordingly, DOER disputes the termination decision, asks that the decision be promptly reversed, and that its Solar for All grant be immediately reinstated without any additional conditions.

## BACKGROUND

### The Solar for All Program

      The Inflation Reduction Act of 2022 amended the Clean Air Act to authorize and appropriate to EPA $7 billion to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). Using this funding, EPA launched the Solar for All program. On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the Solar for All program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act,

---

[1] It is not clear which document EPA believes terminated the Assistance Agreement. For the purposes of this dispute, DOER collectively refers to both documents when referencing EPA's termination decision, unless otherwise indicated.

[2] Section 60002 is entitled "the Repeal of the Greenhouse Gas Reduction Fund". DOER refers to that statute and the larger bill it was a part of as the "federal spending legislation".

EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

On October 11, 2023, DOER applied to the Solar for All program under the NOFO. On July 8, 2024, EPA awarded DOER a Solar for All award in the amount of $ 156,120,000. On July 11, 2024, EPA transmitted an Assistance Agreement to DOER, attached hereto as **Exhibit 1**. The Assistance Agreement was fully executed on December 9, 2024, when, through Modification 1, Massachusetts' allocation of $156,120,000 was fully obligated. DOER's Assistance Agreement, Modification 1 is attached hereto as **Exhibit 2**. Pursuant to the Assistance Agreement, EPA obligated the entire $156,120,000 balance of DOER's Solar for All award as of the date of the modified Agreement. The funds were accessible shortly thereafter in DOER's Automated Standard Application Payments (ASAP) accounts with EPA accounts.

Following the date of its Solar for All award, DOER negotiated its work plan and budget with EPA. On October 25, 2024, DOER submitted its final Solar for All Work Plan to EPA. The Work Plan outlines DOER's plan for planning, designing, and implementing Massachusetts' Solar for All program. DOER's Work Plan is attached hereto as **Exhibit 3**. Following approval of its Work Plan, DOER expended significant resources, including staff time, to design and ready for implementation its Solar for All program. This included DOER and its coalition partners hiring or reallocating approximately 14.5 full-time employees to design and prepare for program implementation. DOER also entered into subaward agreements with coalition partners totaling $96,625,388, and coalition partners issued RFPs and selected and notified vendors for contracts totaling $4,895,205 to support administration of the program. DOER staff engaged in frequent and productive communications with EPA's assigned Project Officer(s) for this grant, who never notified DOER of any fatal concerns with DOER's administration of the grant. Indeed, DOER's last such communication from EPA staff was a general update provided via email on August 6, the day before EPA abruptly terminated DOER's award. EPA's Project Officer made no statements in that communication to indicate concerns with, or an intention to terminate, DOER's Assistance Agreement.

**EPA Publicly Announces the Termination of the Solar for All program before informing DOER**

At 2:07pm on August 7, 2025, EPA announced the decision to terminate the Solar for All program nationwide through an X post from EPA Administrator Zeldin. The post is reproduced below.



**The August 7 Termination Letter and Subsequent Contract Modification**

At 9:11pm on August 7, 2025, DOER received an email from EPA that said simply "Attached is your Termination Notification", as though this was expected, which it was not. EPA attached a document styled as a Termination Notice from an individual named Devon Brown, bearing the title of "EPA Award Official" on letterhead from the EPA "Office of Mission Support" stating that it was terminating DOER's Solar for All grant. The Termination Notice is attached hereto as **Exhibit 4**. The Termination Notice stated that Section 60002 of Pub. L. No. 119-21 had repealed the underlying authority for the Solar for All program and rescinded unobligated amounts to carry out the program. The Termination Notice asserted that the law had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and that the agency "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the Solar for All program. The Termination Letter also noted that recipients could continue to request payment from the ASAP system for allowable costs incurred up to the date of the termination notice. Notwithstanding this statement, EPA promptly locked DOER out of its ASAP account, prohibiting it from requesting any further reimbursements.

On August 8, 2025, DOER received Modification Number 2 (see **Exhibit 5**) (the "Agreement Modification") to the Assistance Agreement, which purported to be an amendment of the Assistance Agreement "to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements." The Agreement Modification purported to cite yet other grounds for termination of the award, but cited to and offered support for no specific provision; the Agreement Modification cited generally "2 CFR 200.340 and the Termination General Terms and Conditions of this agreement." It is not clear which document EPA believes terminated the Assistance Agreement. For the purposes of this dispute, DOER collectively refers to both documents when referencing EPA's termination decision, unless otherwise indicated.

**EPA's Unilateral Liquidation of DOER's ASAP Account**

Prior to the Termination Notice, $154,820,760.74 were available for draw down by DOER from its ASAP account, which was the entire obligated balance of DOER's Solar for All award minus DOER's drawdowns to date. On August 8, 2025, the EPA suspended DOER's ASAP account for the Solar for All, meaning DOER could not draw any funds. On August 10, 2025, DOER's ASAP account for the Solar for All program was returned to an open status and funds were available to draw down. As of August 20, 2025, DOER's ASAP account status change to "liquidated" and. DOER's "available balance" listed on the account was substantially reduced, from $154,820,760.74 to $10,470,188.32. DOER's ASAP account remans "liquidated" as of the date of this letter. The above-mentioned changes to DOER's ASAP account status were made unilaterally by the EPA and without notice or explanation to DOER.

**Litigation Backdrop**

At the time of EPA's across-the-board termination of all Solar for All awards, EPA was, and at the time of this filing remains, subject to a District Court preliminary injunction prohibiting EPA from "pausing, freezing, blocking, canceling, suspending, terminating, or otherwise impeding the disbursement of appropriated federal funds to the States under awarded grants, executed contracts, or other executed financial obligations based on … any … memorandum, directive, policy, or practice under which the federal government imposes or applies a categorical pause or freeze of funding appropriated by Congress." State of New York et al v. Trump et al (D. RI, Index No. 25-cv-00039), Memorandum and Order (Mar. 6, 2025) at 44.

**Timeliness of this Dispute Submission**

The Termination Notice stated that DOER may dispute the termination decision no later than 30 calendar days from the date the Termination Notice was electronically sent to DOER. This is consistent with 2 CFR §1500.15(a), which provides that a dispute to an EPA decision must be received by EPA no later than 30 calendar days from the date the decision is electronically sent to the affected entity. DOER is submitting this dispute on September 5, 2025, which is within the 30-day period required by the Termination Notice and 2 CFR § 1500.15(a). Accordingly, this dispute is timely.

Separately, the Agreement Modification stated that, if DOER disagrees with the terms and conditions specified in the Agreement Modification, it must submit a notice of disagreement to EPA within 21 days after the Agreement Modification mailing date. While the 21 days stipulated by the Agreement Modification has no support under statute or the Assistance Agreement, DOER nevertheless submitted a Notice of Disagreement to EPA on August 28, 2025, which was within the 21-day period stated by the Agreement Modification. Accordingly, DOER's Notice of Disagreement was also timely.

**ARGUMENT**

EPA's termination of the Assistance Agreement is not in accordance with law, is arbitrary, and is a breach of the Assistance Agreement for the reasons outlined below.

     I.     **THE TERMINATION DECISION IS NOT IN ACCORDANCE WITH LAW**

    A.  <u>EPA Misinterpreted and Misapplied Federal Law in Making the Termination Decision</u>

In the Termination Notice, EPA cited Section 60002 of Pub. L. No. 119-21 as the basis for terminating the Assistance Agreement and, consequently, DOER's Solar for All award. Specifically, EPA stated that Section 60002 had repealed the underlying authority for the Solar for All program and rescinded unobligated amounts to carry out the program and its administrative cost appropriation. EPA, therefore, concluded that it "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the Solar for All program. This is false.

To the extent that EPA relied on the federal spending legislation to terminate the Assistance Agreement, EPA is wrong and its termination decision was not lawfully rendered in accordance with the statutory language. An agency action is not in accordance with law when it conflicts with the language of the statute the agency has relied upon. *New York v. Nat'l Highway Traffic Safety Admin.*, 974 F.3d 87, 94 (2d Cir. 2020).

By asserting that the federal spending legislation terminated all appropriations related to Solar for All, EPA clearly misinterpreted the plain language of Section 60002, which provides that: "[s]ection 134 of the Clean Air Act (42 U.S.C. 7434) is repealed and **the unobligated balances** of amounts made available to carry out that section (as in effect on the day before the date of enactment of this Act) are rescinded." (Emphasis added)

It is settled that when the words of a statute are unambiguous, judicial inquiry is complete. *Conn. Nat'l Bank v. Germain*, 503 U.S. 249, 254 (1992). As is obvious from the plain language of the federal budget bill, only the **unobligated balances of amounts** made available to carry out the Solar for All program were rescinded. (Emphasis added) In terminating DOER's Solar for All grant, EPA ignored the plain, unambiguous language of Section 60002 and erroneously proceeded as if that law directed the de-obligation of amounts that were already obligated. It did not. While the statute rescinds unobligated balances, it does not rescind amounts that were already obligated.

In the instant case, by entering into the Assistance Agreement on December 9, 2024, EPA committed to pay DOER the entire $156,120,000.00 Solar for All grant amount. The $156,120,000.00 Solar for All award amount was fully obligated as of December 9, 2024, before the enactment of the federal spending legislation cited in the Termination Notice, and it continued to remain fully obligated after the enactment of the federal spending legislation. The federal spending legislation did not rescind and, indeed, had no effect on these obligated funds, such that EPA did not validly terminate the award pursuant to Section 60002.

EPA recognizes that funds are obligated upon award and a binding agreement with the recipient. Specifically, in a recent EPA Grants Policy Issuance, it defines an obligation as "creating

a definite liability against the appropriation during the period of its availability and as documented by the EPA grant award in accordance with 31 U.S.C. 1501(a)(5)".[3]

To the extent that EPA also based the termination on the purported rescission of its administrative cost appropriation, such argument is also unavailing. This is because Section 60002 of the federal spending legislation rescinds unobligated balances. If Congress had intended to rescind obligated balances or intended the deobligation of obligated balances, it would not have explicitly limited the rescission to "unobligated balances." There is a presumption "that a legislature says in a statute what it means and means in a statute what it says there." *Germain*, at 254.

Accordingly, by entering into the Assistance Agreement on December 9, 2024, EPA obligated the entire $156,120,000.00 balance of DOER's Solar for All award, and EPA cannot rely on Section 60002 of Pub. L. No. 119-21 to terminate DOER's access to its already obligated funds.

## II.    THE TERMINATION DECISION IS ARBITRARY

### A.  EPA Has Not Offered Clear or Valid Grounds for Termination, and EPA Has Breached the Assistance Agreement

EPA has offered a laundry list of potential and contradictory grounds on which it might have based the termination of DOER's award, but no indication or substantiation of what that reason actually was. Regardless, there is no merit to any of the numerous potential grounds suggested by EPA.

As an initial matter, EPA's failure to make DOER aware of the specific grounds for its termination is a violation of 2 C.F.R. § 200.341(a), which requires that a written notice of termination should include the reasons for termination. EPA was required to provide detailed valid reason(s) for its termination decision. *Neeta Thakur v. Trump*, No. 25-cv-04737-RFL, 2025 U.S. Dist. LEXIS 118980, at *46 (N.D. Cal. June 23, 2025), citing *Nw. Env't. Def. Ctr. v. Bonneville Power Admin.*, 477 F.3d 668, 689 (9th Cir. 2007).

Initially, EPA sent a letter indicating that

(1) the federal spending legislation was the reason for the termination.

But then, the next day, EPA sent the Agreement Modification that said that the termination was <u>actually</u> based on a list of entirely different and unspecified reasons, purportedly any of those found in federal regulations and/or in the Termination General Terms and Conditions of this agreement itself. That list includes:

(2) if the recipient or subrecipient fails to comply with the terms and conditions of the federal award;

(3) if the recipient or subrecipient consents to terminate the federal award;

---

[3] See Grants Policy Issuance- 12-0, available at .https://www.epa.gov/sites/default/files/2014-11/documents/final_gpi_12_06_streamlining_state_grant_and_expediting_outlays.pdf

(4) if the recipient or subrecipient of the federal award so requests; or

(5) pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities.

(6) The grounds provided in 2 CFR 200.339 (those being where the recipient fails to comply with the U.S. Constitution, Federal statutes, regulations, or terms and conditions of the Federal award).

(7) The grounds listed in the version of 2 CFR 200.340 effective as of October 1, 2024 (discussed above) when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is
   a. Materially Impaired or
   b. there is adequate evidence of Waste, Fraud, or Abuse, or
   c. material misrepresentation of eligibility status, prompting adverse action by EPA per 2 CFR 200.339.

All in all, between its Termination Letter and subsequent agreement modification, EPA has offered at least seven potential – and different - reasons why a federal award could in theory be terminated, but no valid reasons why this specific Assistance Agreement with DOER was terminated. Nor did EPA preserve all available regulatory grounds for termination in this case, so not all of the options presented in EPA's long list are actually available to it. See 2 C.F.R. 200.340(b) ("The Federal agency or pass-through entity must clearly and unambiguously specify all termination provisions in the terms and conditions of the Federal award."). Even if EPA had met its obligation to provide specificity in its reasoning, not one cited ground for termination finds support on this record. We address EPA's list one by one.

(1) **The argument that federal spending legislation required this termination fails for the reasons articulated in Point I.** This argument has been discussed above; for the reasons discussed in Point I (the statute does not direct or authorize termination of DOER's agreement or de-obligation of federal funds), termination based on this argument is arbitrary. The Termination Letter did not cite any additional grounds for termination, indicating only one reason for EPA's decision. The contract amendment issued the next day is inconsistent with, and conflicts with, the Termination Letter, rendering EPA in violation of 2 C.F.R. 200.340(b).

(2) **The argument that the list of termination provisions in federal regulations justified termination of the Assistance Agreement fails for a number of reasons.** As an initial matter, EPA is not entitled to rely on every ground enumerated in the regulations. EPA has waived its right to rely on any termination provision afforded to it by federal regulations where EPA did not "clearly and unambiguously specify" it in the DOER award agreement. 2 C.F.R. 200.340(b). Similarly, EPA chose to narrow the arguments available to it pursuant to 2 C.F.R. 200.340 by allowing termination under 2 C.F.R. 200.340(a)(1), noncompliance with the agreement, only "when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is Materially Impaired or there is

adequate evidence of Waste, Fraud, or Abuse, or material misrepresentation of eligibility status, prompting adverse action by EPA per 2 CFR 200.339." See Assistance Agreement, pp 36-37 of Modification #1. EPA has provided no such evidence here, and therefore lacks the ability to rely on the entirety of 2 C.F.R. 200.340, as it asserts in the Agreement Modification.

Nevertheless, we address and refute each of these regulatory provisions in turn.

2 C.F.R. 200.340(a)(1): The argument that DOER may have failed to comply with the terms and conditions of the federal award fails because DOER has complied with all terms and conditions of the award, and EPA has never raised with DOER any allegations of noncompliance. Indeed, DOER has maintained very good working relationships with EPA staff throughout the administration of this award, up until the day prior to termination. At DOER's most recent standing check-in meeting with its EPA Project Officer on July 15, 2025, EPA staff raised no indication of DOER wrongdoing, and discussions instead focused on DOER's likely need to prepare a revised work plan submission to move the grant forward. Additionally, EPA did not raise this issue in its August 7 Termination Letter as the reason it was terminating the grant. Further, even if this was the ground on which EPA's termination decision rested, EPA failed to offer DOER its right to remedy pursuant to the Agreement (see also Point B below) and the termination is therefore invalid.

2 C.F.R. 200.340(a)(2): The argument that DOER consented to terminate the federal award fails because DOER never consented, and does not consent, to the termination of the federal award. Additionally, EPA did not raise this issue in its August 7 Termination Letter as the reason it was terminating the grant. To the extent EPA may seek to deem DOER's drawdown of funding as consent to the termination, this argument is unavailing. DOER has the legal right to obtain reimbursement for its costs at any time, unfettered by additional appended implications. See 2 C.F.R 200.343.

2 C.F.R. 200.340(a)(3): The argument that DOER has requested this termination fails because DOER did not request this termination. The termination action was wholly a unilateral EPA construct. The record is entirely devoid of any statement or action to indicate otherwise. Additionally, EPA did not raise this issue in its August 7 Termination Letter as the reason it was terminating the grant.

2 C.F.R. 200.340(a)(4): The idea that, pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, the award no longer effectuates the program goals or agency priorities fails because EPA has waived its ability to cite this regulatory provision in drafting the Assistance Agreement without including it.[4] And because it did not explicitly state this reason in its agreement with DOER, EPA is not afforded the ability to rely on this provision of 2 C.F.R 200.340. Additionally, EPA did not assert that DOER's Solar for All award no longer effectuates the EPA's goals or priorities as its reason for terminating the grant in the August 7 Termination Letter.

---

[4] To the extent that EPA may argue that its April 3, 2025 amendment to EPA's Terms and Conditions included this clause, that argument fails. The April 3, 2025, amendment to the EPA's General Terms and Conditions, by its own terms applies only to "new awards and funding amendments ... made on or after April 3, 2025". This amendment to the EPA's General Terms and Conditions is therefore inapplicable to awards made prior to April 2025, including this Assistance Agreement.

(3) **Termination provisions listed in the agreement:**

The argument that, under 2 CFR 200.339, DOER has failed to comply with the U.S. Constitution, Federal statutes, regulations, or terms and conditions of the Federal award fails because DOER has fully complied with the U.S. Constitution, Federal statutes, regulations, or terms and conditions of the Federal award, and EPA never asserted that it has not. EPA has never raised with DOER any allegations of noncompliance with any provision of the Constitution, any law or regulation, or the Assistance Agreement. Additionally, EPA did not raise this issue in its August 7 Termination Letter as the reason it was terminating the grant. Even if this was the ground on which EPA's termination decision rested, EPA failed to offer DOER its right to remedy and the termination is therefore invalid.

The argument that 2 CFR 200.339 justifies this termination fails because DOER has not "failed to comply with the terms and conditions of the federal award in such a manner that effective performance of the Assistance Agreement is Materially Impaired or there is adequate evidence of Waste, Fraud, or Abuse, or material misrepresentation of eligibility status," EPA never asserted that it did. Not only has EPA failed to ever allege any DOER noncompliance <u>at all</u>, it has most certainly never alleged, or provided any evidence to support the allegation, that any such noncompliance rendered the agreement materially impaired, nor has EPA ever offered any allegation or evidence that DOER has committed waste, fraud, and abuse, or that DOER has made material misrepresentations of its eligibility status. Indeed, prior to its unlawful unilateral termination, EPA took no adverse action by DOER of any kind, and had approved all milestones and payment requests, indicating that DOER was in good standing under the award. Even if this was the ground on which EPA's termination decision rested, EPA failed to offer DOER its right to remedy and the termination is therefore invalid. Additionally, EPA did not raise this issue in its August 7 Termination Letter as the reason it was terminating the grant.

B.  <u>EPA Has Unlawfully Deprived DOER of its Rights to Remedy and Therefore Its Procedural Due Process</u>

Assuming *arguendo* that DOER had failed to comply with the terms and conditions of the Assistance Agreement, EPA was contractually obligated to provide DOER with a reasonable opportunity to remedy the noncompliance, which EPA did not provide. Specifically, Section III(P) of the Solar For All Programmatic Terms and Conditions to the Assistance Agreement provides that:

> ….Notwithstanding any other provision of this Award Agreement, EPA will not determine that Recipient has failed to comply with the terms and conditions of the Award Agreement, without providing a reasonable opportunity to remedy under 2 CFR 200.208, for good faith efforts to comply with the Performance Reporting National Programmatic Term and Condition, Additional Programmatic Terms and Conditions regarding Build America, Buy America or Labor and

Equitable Workforce Development Requirements, requirements for Subrecipient oversight, or to obligate or expend funds for allowable activities.

The Assistance Agreement goes on to say that if the EPA determines that noncompliance cannot be remedied by imposing additional conditions, the EPA may [only then] seek remedies under 2 CFR 200.339 up to and including termination. *Id*.

EPA's failure to provide DOER with its procedural due process rights as provided for in the Assistance Agreement renders EPA's termination decision unlawful and arbitrary.

## III. EPA HAS BREACHED ITS AGREEMENT WITH DOER RESULTING IN IRREPARABLE HARM

For all of the reasons discussed in Points I and II above, EPA has breached the Agreement which will result in irreparable harm to Massachusetts residents, DOER, and its coalition partners.

Per its Work Plan, DOER anticipated using funding to serve 29,000 low-income Massachusetts households across the various programs, reducing electricity bills by $372,000,000 over the lifetime of supported systems. With the loss of this funding, DOER will not be able to deliver these energy cost savings to residents.

Additionally, DOER and its coalition partners will be irreparably harmed as these funds were relied upon to hire or reallocate 14.5 full-time employees who are primarily dedicated to Solar for All related projects and initiatives, and without these funds these positions may be put at risk. In addition to DOER committing more than 1,000 employee hours directly attributed to obligated Solar for All funds, other DOER staff have devoted significant time to completing supporting program development but did not seek reimbursement for specific hours from Solar for All funds. In so doing, DOER had to forgo other funding opportunities and program structures. There is no way to recover this lost time or effort.

DOER and its coalition partners will also face irreparable harm to their reputations and relationships that have been developed through extensive public and stakeholder outreach efforts to design the program and create community and industry buy-in. Many low-income residents of Massachusetts have been made aware of the upcoming programs and are eager to participate. Additionally, across all the core financial assistance initiatives, DOER and coalition partners have engaged with project developers, industry groups, property owners, and other potential program participants to generate interest and buy-in for the program. In turn, these parties have invested resources into reviewing their pipelines and planning for projects to participate in SFA based on DOER and coalition partners' representations of the opportunities the program would provide. Losing this funding and not being able to move forward with the programming that members of the public and key stakeholders have been counting on becoming available would therefore harm DOER and coalition partners' reputations and relationships with these groups.

**REMEDY OR RELIEF**

For the reasons set forth above, DOER respectfully requests that the EPA:

a) resolve this dispute in its favor;
b) promptly reverse the termination of the Assistance Agreement without imposing any additional conditions; and
c) promptly reinstate its Solar for All grant, including its obligated balances into DOER's ASAP Account, without imposing any additional conditions.

**DESIGNATED POINT OF CONTACT FOR THE DISPUTE**

Ben Dobbs
General Counsel
DOER
100 Cambridge Street, 9th Floor, Boston, MA 02144
(857) 324-8068
Ben.Dobbs@mass.gov

**CONCLUSION**

The decision to terminate Assistance Agreement is not in accordance with law, is arbitrary, and is a breach of EPA's Assistance Agreement with DOER. Accordingly, DOER requests that EPA grant all the relief sought.

Sincerely,

Elizabeth Mahony
Commissioner
Massachusetts Department of Energy Resources
100 Cambridge Street, 9th Floor
Boston, MA 02144
Elizabeth.Mahony@mass.gov

CC:
Devon Brown, EPA Award Official
April Nowak, EPA Project Officer
Zachary Lane, EPA Grant Specialist

# EXHIBIT 12

| | |
|---|---|
| **From:** | SFA |
| **To:** | SFA |
| **Subject:** | Solar for All Grant Closeout Instructions |
| **Date:** | Wednesday, October 1, 2025 4:21:32 PM |

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello,

EPA's Office of the Greenhouse Gas Reduction Fund is providing the following Solar for All grant closeout procedural guidance in accordance with the notice of termination and subsequent award amendment issued on August 7 and 8, 2025, the Closeout Agreement Programmatic Term and Condition (Section III.S), and 2 CFR 200.344.

The award amendment immediately ended your award's performance period and put into effect the Closeout Agreement Programmatic Term and Condition. Moving forward, you are required to comply with this term and condition, the notice of termination, and the award amendment to close out your grant. Within 120 calendar days of the end of the performance period (the date of termination that is listed in your award amendment), please submit the following to EPA:

Final Federal Financial Report (SF-425)
**Submission Instructions**:
- Please submit the SF-425 electronically via email to EPA's Research Triangle Park Finance Center (RTPFC) at rtpfc-grants@epa.gov and cc your Project Officer, Grant Specialist (listed in your award amendment), and ggrf@epa.gov.

**Details**:
- You may request payment from the Automated Standard Application for Payments (ASAP) system for allowable costs incurred up to the date of the notice of termination (August 7, 2025) provided that such costs were contained in your approved workplan. In accordance with 2 CFR 200.343, costs after the date of the notice of termination are only allowable if: (a) they result from financial obligations that were properly incurred by you or your subrecipient(s) before the date of the notice of termination, and not in anticipation of it; and (b) they would be allowable if your Federal award was not suspended or expired normally at the end of the performance period in which the termination takes effect. These include – but are not limited to – personnel costs for preparing and submitting your latest Semi-Annual Progress Report.
  - You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 CFR 200.344-45 and your award agreement. These include – but are not limited to – your obligation to promptly refund any unobligated funds that have been paid out but are not authorized to be retained.
- Also, in accordance with 2 CFR 200.472, you may use grant funds to properly close out your grant, including reasonable and necessary costs that might occur after the date of the

notice of termination. These include – but are not limited to – personnel costs for preparing and submitting your final technical report, preparing your Single Audit, and completing transaction testing follow-up, as well as publication and printing, disposition of equipment and property, and related indirect costs.

   ◦ If you drew down funds from ASAP for costs beyond the date of the notice of termination or for costs that exceed the amount necessary to properly close out your grant, you must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

- All of these costs should be included in your final SF-425.
- Upon EPA review and certification of the final SF-425, your ASAP system account will be reconciled to allow for final drawdown of allowable costs.

Final Technical Report

**Submission Instructions**:

- Like previous performance reporting, please use the White House Office of Management and Budget (OMB)-approved information collection templates, specifically Appendix D (Transaction- and Project-Level Report) and Appendix E (Semi-Annual Progress Report). Additional materials (e.g., cover memo) are *optional*, but may be used to further supplement your narrative and describe the key elements listed below.
- Please submit the final technical report electronically via email to your Project Officer and cc your Grant Specialist (listed in your latest award amendment) and ggrf@epa.gov.

**Details**:

- The final technical report should provide a detailed narrative of your program's performance during the entire performance period (project start date through date of termination; listed in your latest award amendment), representing a full assessment of the implementation of your workplan, supported with qualitative discussions and quantitative metrics.
- Please ensure that, at minimum, the following elements are included:
   ◦ In accordance with 2 CFR 200.329, a comparison of accomplishments to the outputs/outcomes established in the workplan, explanations for why established outputs/outcomes were not met, and any additional information, analysis, and explanation of cost overruns or high-than-expected unit costs.
   ◦ Progress towards objectives on program key performance metrics during the performance period.
   ◦ Summary of key activities completed during the performance period, including case studies across different types of financial assistance and project-deployment technical assistance undertaken to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies.
   ◦ Geographic coverage of financial assistance and project-deployment technical assistance deployed during the performance period.

- ○ Descriptions and examples of actions you took during the performance period to meaningfully involve communities you served in program design and operations.
- ○ *[If applicable]* Plans for key activities, including anonymized current transaction and subrecipient pipelines, to be completed as well as outputs/outcomes to be achieved under the closeout agreement.
- *[If applicable]* The final technical report must also include your program strategy for the closeout period that details your use of post-closeout program income during this time.
- Like previous performance reporting, the final technical report must cover your grant-related activities as well as those of your subrecipients, contractors, and/or program beneficiaries where applicable to a certain element of the final technical report.
- The final technical report must be submitted ready to be published on the EPA website for public consumption and must not include any material that you consider to be confidential business information (CBI) or personal identifiable information (PII). All reports will undergo an EPA review process to verify that there is no PII or claims of CBI.

*NOTE: As of the notice of termination (August 7, 2025), OGGRF has stopped all quality assurance activity, including the review and approval of Quality Management Plans and Quality Assurance Project Plans. Approved quality assurance documents are not needed when submitting your final technical report, even if you are including environmental information.*

The following reports are waived and do not need to be submitted:
- EPA Form 5700-52A (Utilization of Disadvantaged Business Enterprises)
- SF-428 (Tangible Personal Property Report)
- Any additional reports

In accordance with 2 CFR 200.344, EPA will make every effort to complete all closeout actions no later than one year after the end of the performance period. Post-closeout adjustments and continuing responsibility requirements, including audit and record retention, at 2 CFR 200.345 remain in effect. The termination of your grant does not affect the right of EPA to disallow costs and recover funds based on a later audit or other reviews.

Please see the EPA Frequent Questions about Closeout for more information and contact your Project Officer (and cc your Grant Specialist and ggrf@epa.gov) with any questions.

Thank you,
Office of the Greenhouse Gas Reduction Fund

EXHIBIT 13



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

October 28, 2025

**MEMORANDUM**

**SUBJECT:**    Update on Dispute of EPA Assistance Agreement 5H-84090201 under 2 CFR 200.340

**FROM:**    Michael D. Molina, Principal Deputy Assistant Administrator
Grants Dispute Decision Official

**TO:**    Samantha Meserve, Director, Renewable and Alternative Energy
Division Massachusetts Department of Energy Resources

The purpose of this letter is to provide a status update on your dispute regarding the termination of Assistance Agreement 5H-84090201. The assistance agreement was terminated by the U.S. Environmental Protection Agency (EPA) effective August 7, 2025, and your dispute was submitted on August 28, 2025. The EPA has rendered this administrative dispute as moot, given that there is a current lawsuit in place regarding the validity of the termination of your assistance agreement.

The initiation of legal proceedings supersedes the internal EPA dispute resolution processes. Given that you are party to a lawsuit concerning the termination of your grant, any further action on your dispute is now moot and will not be addressed by a Disputes Decision Official decision under 2 CFR 1500.17. Accordingly, EPA will adhere to all legal obligations and cooperate fully with the court proceedings.

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

Sincerely,

MICHAEL
MOLINA

Digitally signed by
MICHAEL MOLINA
Date: 2025.10.28
16:42:54 -04'00'

Michael D. Molina, Principal Deputy Assistant Administrator
Office of Mission Support
U.S. Environmental Protection Agency

# EXHIBIT 14



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF
ENERGY AND ENVIRONMENTAL AFFAIRS
# DEPARTMENT OF ENERGY RESOURCES
100 CAMBRIDGE ST., 9th FLOOR
BOSTON, MA 02114
Telephone: 617-626-7300

**Maura T. Healey**
Governor

**Rebecca L. Tepper**
Secretary

**Kimberley Driscoll**
Lt. Governor

**Elizabeth Mahony**
Commissioner

To: Devon Brown, EPA Award Official
U.S. Environmental Protection Agency
Office of the Greenhouse Gas Reduction Fund
Office of the Administrator
1200 Pennsylvania Avenue NW
Washington, DC  20460

CC: Michael Molina

Date: November 7, 2025November 7, 2025

Re: Objection to Closeout of EPA Assistance Agreement 5H-84090201

Dear Mr. Brown:

On September 5, 2025, the Massachusetts Department of Energy Resources (DOER) submitted to the U.S. Environmental Protection Agency (EPA) a Dispute of Termination of EPA Assistance Agreement 5H-84090201 pursuant to 2 C.F.R. § 1500.15.  Despite that timely dispute, on October 1, 2025, DOER received email correspondence from SFA@epa.gov containing "Solar for All Grant Closeout Instructions" and demanding that DOER complete closeout within 120 calendar days of the "the date of termination that is listed in your award amendment."  More recently, on October 28, 2025, DOER received a letter from EPA  purporting to declare moot DOER "dispute regarding the termination of Assistance Agreement 5H-84090201." The sole basis for EPA's mootness determination is that "there is a current lawsuit in place regarding the validity of the termination of your assistance agreement."

We write to obtain clarification regarding EPA's mootness determination and to formally object to EPA's demand that DOER close out Assistance Agreement 5H-84090201.

As an initial matter, clarification is needed because EPA's October 28, 2025 letter references "your dispute . . . submitted on August 28, 2025." But DOER did not submit its Part 1500 dispute on August 28, 2025.  Rather, August 28, 2025 is the date that DOER submitted its 21-day Notice of Disagreement in accordance with EPA's August 8, 2025 Assistance Amendment. Thus, it is unclear which of DOER's disputes "EPA has rendered . . . as moot." DOER disagrees with EPA's apparent position that a timely administrative dispute pursuant to 2 C.F.R. § 1500.15 cannot proceed if related litigation is pending.  EPA cites no authority for this proposition, and we are aware of no authority that would prohibit EPA from correcting its unlawful termination decision through a streamlined administrative dispute, rather than through cumbersome litigation.  We request that EPA reverse its mootness determination and allow the administrative dispute to proceed.  At a minimum, EPA should stay the administrative dispute until the conclusion of DOER's lawsuit challenging EPA's termination of the Solar for All program in the United States District Court for the Western District of Washington, No. 2:25-cv-02015 (the District Court litigation).

More importantly, and regardless of any determination regarding the status of DOER's administrative challenges to the termination, closeout is improper at this time.

As you are aware, in addition to the District Court litigation, Massachusetts has sued for damages in the United States Court of Federal Claims over EPA's termination of this grant, No. 1:25-cv-01738-LAS.  It would be inappropriate and prejudicial to require DOER to close out a grant while litigation concerning  EPA's attempt to terminate that very grant is pending. *Cf.* 48 C.F.R. § 4.804-1(c) (for procurement contracts, "[a] contract file shall not be closed if—(1) The contract is in litigation or under appeal").

Moreover, under 2 C.F.R. § 200.344(a), EPA may close out a grant only after it "determines that all administrative actions and required work of the Federal award have been completed."  DOER has complied—and continues to comply—with the terms and conditions of the Solar for All program.  EPA unilaterally terminated these grants and illegally removed $144,350,572.42 from DOER's Automated Standard Application for Payments (ASAP) account, without determining that the work of the grants had been accomplished, and without even waiting for the 30-day deadline to file a Part 1500 dispute to expire.  As a result of EPA's unlawful actions, DOER has not been able to complete the work required under Assistance Agreement 5H-84090201. Accordingly, EPA necessarily cannot "determine[] that all administrative actions and required work of the Federal award have been completed," as would be required to close out.

In sum, DOER does not agree to close out Assistance Agreement 5H-84090201 while litigation relating to this grant is pending. We seek an extension for our close-out date until all litigation has been resolved, including any appeals.  Additionally, we do not accept any unilateral actions on the

part of the EPA to commence close-out procedures without our express and informed consent, as well as our provision of the information required under 2 C.F.R. § 200.344(b)–(c).

Please confirm receipt of this correspondence no later than 5:00pm EST on November 12, 2025.


Elizabeth Mahony
Commissioner
Department of Energy Resources