1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9

**AT SEATTLE**

10

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | DECLARATION OF I. KATHERINE MAGRUDER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

18    I, I. Katherine Magruder, declare under the penalty of perjury pursuant to 28 U.S.C. §

19  1746 that the following is true and correct:

20    1.    I am a resident of the State of Maryland. I am familiar with the information in the

21  statements set forth below either through personal knowledge, consultation with the Maryland

22  Clean Energy ("MCEC") staff, or from my review of relevant documents and information. If

23  called as a witness, I could and would testify competently to the matters set forth below.

24    2.    I am the Executive Director at the Maryland Clean Energy Center, a body politic

25  and corporate and an instrumentality of the State of Maryland.

26

1

3.      For over thirty-five (35) years I have worked in economic development and program administration roles at local and state levels of government, including fifteen (15) years as the chief executive at MCEC. Throughout my career I have applied for and managed millions of dollars in Federal grant fund awards, managed boards, supervised departmental personnel, and oversaw reporting for accountability.

4.      In my capacity as the Executive Director of MCEC, I am the lead person responsible for management and administration of federal grant funds received and deployed by MCEC. The Solar for All Program was our organization's largest federal grant at $62M. My role was to provide oversight and direction of the program development through implementation and ensuring grant deliverables were met.

5.      I submit this declaration to provide details on Maryland's Solar for All Program ("MSFAP") grant, which was recently terminated by the Environmental Protection Agency ("EPA").

**The Solar for All Program**

6.      In 2022, President Joe Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This grant funding was part of Congress's larger efforts to create the Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

7.      Using this funding, EPA launched the Solar for All program ("SFA"). SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8. On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Maryland Clean Energy Center Applied for and Received SFA Funding**

9. On October 12, 2023, MCEC applied under the EPA GHG RF SFA NOFO.

10. In developing its application, MCEC consulted with a number of stakeholders, including non-profit organizations, MD green banks, community benefit organizations, labor organization, academic organizations, workforce development partners, community development partners, technical assistance partners, solar associations and networks, multi-family housing organizations, senior housing organizations, single family solar installers, multi-family installers, community solar installers, statewide municipalities and towns and tribal organizations. Three hundred and fifteen (315) organizations attended MCEC meetings from July 2023 through October 2023 and assisted with the submitted application. Sixteen weeks of development went into the SFA application with no less than 2.5 FTE positions contributing toward the final applications. MCEC at its own expense, invested at minimum 1,600 hours (2.5 FTE) over 16 weeks developing the MSFAP application for submission.

DECLARATION OF I. KATHERINE MAGRUDER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

11.     MCEC was awarded $62,450,000.00 of SFA funding on July 12, 2024. On December 13, 2024, EPA transmitted an Assistance Agreement to MCEC. A true and correct copy of MCEC's initial Assistance Agreement is attached hereto as Exhibit 1.

12.     EPA obligated the entire balance of MCEC's SFA award on December 13, 2024, the date of the Assistance Agreement. Maryland's award of $62,450,000.00 funds appeared shortly thereafter in MCEC's ASAP account.

**Maryland Clean Energy Center Plans and Designs its SFA Offerings**

13.     Between the date of its award and December 2024, MCEC negotiated its work plan and budget with EPA. On November 24, 2024, MCEC submitted its final Work Plan to EPA. The Work Plan outlined MCEC's plan for planning, designing, and implementing its SFA program. A true and correct copy of MCEC's Work Plan is attached hereto as Exhibit 2**.** During this time, MCEC was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan.

14.     MCEC's Work Plan proposed that the Maryland Solar for All Program (MSFAP) assembles a coalition of government, industry, utility, academic and non-profit organizations aligned with intention to achieve the outcomes desired with the use of these federal funds. Efforts related to the initiative proposed would focus on mobilizing capital, facilitating workforce preparedness, and building capacity with and for low income, underserved, and disadvantaged communities to access the benefits of solar energy. Investments would focus on improving single and multi-family residential properties, as well as development of community solar and community serving solar installations, all intended to reduce the energy burden and provide ownership opportunities for over 10,000 qualified eligible households in the state. MSFAP will offer financial assistance in the form of Grants, Direct Lending, Credit Enhancements, Subordination Agreements and Equity Investments braided with State Tax Credits, rebates, and Utility Incentives. EPA approved MCEC's work plan on December 13, 2024, and the funding

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

restriction was lifted. EPA incorporated the work plan into the Agreement with MCEC. A true and correct copy of MCEC's revised Assistance Agreement is attached hereto as Exhibit 3.

15.     Pursuant to its approved Work Plan, MCEC elected to take a full Program Planning Period to design and ready for implementation its SFA program.

16.     During this year, MCEC did the following:

    a.  Developed and obtained Board of Director approval on the MCEC compliance handbook reflecting SFA Terms and Conditions.

    b.  Hired and trained staff to work on specific SFA requirements

    c.  Assisted subrecipients with workplan and budget revisions

    d.  Worked to secure complementary state funding (Maryland Energy Administration)

    e.  Researched and conducted procurement for accounting software platform

    f.  Revised/developed operating procedures as needed

Researched and conducted procurement for CRM software platform to provide data tracking requirements

    g.  Communication Strategies/Community Engagement:

        i.  MCEC worked internally on messaging, communications, logos, informational and educational material, and messaging

        ii.  MCEC's website was updated to reflect program updates and highlights to the public and our program subrecipients

        iii.  Subrecipients of the Outreach and Education Workgroup was in the process of completing a community engagement communication and marketing plan for the public

        iv.  MSFAP conducted Governance Meetings (5), Subrecipient/Training Meetings (8), Workgroup Meetings (5), and Stakeholder Engagement Meetings (2) from May 1, 2024

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

17. MCEC also used the Program Planning Period to further develop the four funding and financing plans, eight workforce development plans, four technical assistance plans, and eight education and outreach plans outlined in its application. For example, MCEC did the following:

    a. Engaged subrecipient to provide technical assistance (the Center for Climate Strategies) to refine the workplan and ensure the accurate measurement of the deliverables

    b. Engaged statewide stakeholders/subrecipients through the following meetings both as the grant was being developed and after it was awarded:

*Development*:

July 27, 2023, 11:00 AM - 11:45 AM (Workgroup)

August 3, 2023, 11:00 AM - 11:45 AM (Workgroup)

August 10, 2023, 11:00 AM - 11:45 AM (Workgroup)

August 17, 2023, 11:00 AM - 11:45 AM (Workgroup)

August 21, 2023, 11:00 AM - 11:45 AM (Workforce Development Workgroup)

August 24, 2023, 11:00 AM - 11:45 AM (Outreach & Education Workgroup)

August 28, 2023, 11:00 AM - 11:45 AM (Workforce Development Workgroup)

August 31, 2023, 11:00 AM - 11:45 AM (Workgroup)

September 7, 2023, 11:00 AM - 11:45 AM (Workgroup)

September 21, 2023, 11:00 AM - 11:45 AM (Workgroup)

*Post-Award*:

01/24/2025 10:30 AM - 12:30 PM (Subrecipient Meeting)

01/29/2025 10:30 AM-11:30 AM (SFA Kick-off Meeting)

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    03/18/2025 1:30 PM - 3:00 PM (Subrecipient Meeting)

2    03/19/2025 12:30 PM - 1:30 PM (Governance Oversight Committee

3    Meeting)

4    04/15/2025 1:30 PM - 3:00 PM (Subrecipient Meeting)

5    04/16/2025 1:00 PM - 2:00 PM (SFA Outreach & Education Workgroup)

6    04/17/2025 1:00 PM - 2:00 PM (SFA Workforce Workgroup)

7    05/20/2025 1:30 PM - 3:00 PM (Subrecipient Meeting)

8    05/21/2025 1:00 PM-2:00 PM (SFA Outreach & Education Workgroup)

9    06/17/2025 1:30 PM - 3:00 PM (Subrecipient Meeting)

10    06/18/2025 12:30 PM - 1:30 PM (Governance Oversight Committee

11    Meeting)

12    07/22/2025 1:30 PM - 3:00 PM (Subrecipient Meeting)

13    c.    A Governance Board has been created to oversee projects—this board is made

14    up of the following members:

15    *Workforce Development*

16    Maryland Department of Labor

17    Mary Keller

18    Phone: (443) 690-9159

19    Email: mary.keller@maryland.gov

20    IBEW Local 24 JATC

21    Neil Wilford

22    Phone: (410) 247-5511

23    Email: nwilford@jatc24.org

24    *Technical Assistance:*

25    Center for Climate Strategies (CCS)

26    Tom Peterson

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1     Phone: (703) 887-6696

2     Email: tpeterson@climatestrategies.us

3    Coalition for Community Solar Access (CCSA)

4     Charlie Coggeshall

5     Phone: (415) 595-6119

6     Email: charlie@communitysolaraccess.org

7    *Outreach and Education*

8    University of Maryland Environmental Finance Center

9     Brandy Espinola

10     Phone: (510) 545-6483

11     Email: bespinol@umd.edu

12    National Association for the Advancement of Colored People (NAACP)

13     Staci Hartwell

14     Phone: (617) 257-8893

15     Email: srhconsulting@gmail.com

16    My Communities Keeper

17     Robert Johnson

18     Phone: (240) 832-8222

19     Email: rljohn2011@gmail.com

20    Maryland League of Conservation Voters

21     Ramón Palencia-Calvo

22     Phone: (202) 531-5091

23     Email: rpcalvo@mdlcv.org

24    Prince George's County

25     Erica Bannerman

26     Phone: (240) 412-4352

DECLARATION OF I. KATHERINE    8    ATTORNEY GENERAL OF WASHINGTON
MAGRUDER IN SUPPORT OF MOTION       Environmental Protection Division
FOR PRELIMINARY INJUNCTION        800 Fifth Avenue STE 2000
No. 2:25-cv-02015-TMC          Seattle, WA 98104
                 (206) 464-7744

1           Email: esbannerman@co.pg.md.us

2        Howard County

3          Leah Miller

4          Phone: (410) 313-6172

5          Email: lemiller@howardcountymd.gov

6        Frederick County

7          Shannon Moore

8          smoore@frederickcountymd.gov

9        City of Baltimore

10         Jason Mathias

11         jason.mathias@baltimorecity.gov

12       Community Development Network of Maryland

13         Claudia Wilson Randall

14         Phone: (443) 756-7819

15         Email: claudia@communitydevelopmentmd.org

16      Chesapeake Solar and Storage Association (CHESSA)

17         Robin Dutta

18         Email: robin@chessa.org

19     *Funding / Financing*

20        Solar & Energy Loan Fund (SELF)

21         Duanne Andrade

22         Phone: (772) 214-8661

23         Email: duannea@solarenergyloanfund.org

24        Montgomery County Green Bank

25         Steven Morel

26         Phone: (303) 349-3148

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1          Email: smorel@mcgreenbank.org

2        Department of Housing & Community Development (DHCD)

3          Nicola Tran

4          Phone: (301) 429-7794

5          Email: nicola.tran@maryland.gov

6        Climate Access Fund (CAF)

7          Lynn Heller

8          Phone: (410) 371-6276

9          Email: lynn@climateaccessfund.org

10     *Governance Support*

11        University of Maryland Center for Energy & Environmental Justice &

12        Health (CEEJH)

13          Dr. Sacoby Wilson

14          Email: swilson2@umd.edu

15        Maryland Department of Environment (MDE)

16          Allison Tjaden

17          Email: allison.tjaden@maryland.gov

18    d.  Developed  Bylaws for the Governance Board

19    e.  Created and refined accounting processes to handle fund distribution to

20       subrecipients. This process involved consulting with our Accounting Firm

21       SC&H to prepare the required account procedures to ensure compliance of

22       the federal rules regarding fund distribution. Training regarding the new

23       processes and procedures were also conducted.

24    f.  Developed a Quality Assurance Project Plan and Quality Management Plan

25       as required by the EPA. The SFA team at MCEC was involved along with the

26       team at the Center for Climate Strategies and the team at Maryland

DECLARATION OF I. KATHERINE          10          ATTORNEY GENERAL OF WASHINGTON
MAGRUDER IN SUPPORT OF MOTION             Environmental Protection Division
FOR PRELIMINARY INJUNCTION                800 Fifth Avenue STE 2000
No. 2:25-cv-02015-TMC                       Seattle, WA 98104
                                      (206) 464-7744

Environmental Services.   The team of 15 people completed both plans together for submission and approval to the EPA.

g. Developed and executed grant agreements for fifteen (15) subrecipients, incorporating project budgets and work scope. Ten (10) agreements with subrecipients were executed by August 7, 2025, and two (2) were under review. The grant agreements contained complex components involving Revolving Loan Funds, Loan Loss Reserves and other technical requirements under the grant.

h. Refined and adjusted budget/work plan based on feedback from the EPA over several months. There were three approved budget amendments from the EPA involving 5 meetings with our EPA/SFA Program Officer and 30-40 hours per amendment.

i. Created and implemented grant handbook compliance documents for subrecipients. One hundred and twenty (120) hours spent developing the materials and gaining Board of Director approval of the materials. Compliance training, five (5) were also conducted for subrecipients regarding Uniform Guidance rules and regulations on a variety of topics needed to implement the grant. Training development and delivery took thirty (30) hours.

j. Negotiated individual subrecipient project plans with subrecipients for the program including types of financial mechanisms to use for the program (revolving loan funds, tax credits, grant deliverables, etc.)

k. Conducted procurement processes for vendors through a Request for Proposals for Program Administrator for single family residential solar, and Request for Qualification for Solar Engineering, Procurement and Construction firms for single family residential solar

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1          l.   Set up invoicing and payment procedures with and for subrecipients

2          m.  Engaged independent accounting firm to begin single audit

3      18.      MCEC has been actively working on designing and preparing to launch its SFA

4  programming throughout 2025 and anticipated it would launch Maryland's SFA full

5  programming in the Fall of 2025. MCEC's SFA Workforce Development, Outreach and

6  Education and Technical Assistance subrecipients were already conducting the program as

7  defined in the MSFAP Work Plan. The MSFAP Work Plan highlights the following activities

8  in Year 1:

9      PHASE 1 PLANNING YEAR:

10     May 2024-April 2025 Administration/Program Development

11     •  Work with EPA on workplan and budget revisions, grant agreements and

12        coalition partners MOUs

13     •  Establish payout processes, sign up for drawdowns with EPA—ASAP.gov

14     •  Hire program staff

15     •  Research and implement industry best practices with technical assistance partners

16     •  Establish robust Governance/Oversight Committee and Workgroups

17        (with representation from the public, LIDAC leadership, etc.)

18     •  Hold initial stakeholder launch meeting and monthly Workgroup and

19        Oversight Committee meetings

20     •  Initiate public communication/public comment

21     •  Develop a program communications plan

22     •  Develop definitions, policies procedures, regulations, processes,

23        procedures, contract, and reporting templates for use of funds, overall

24        grant management & reporting

25     •  Vet, select, develop partnership agreements with CBO/NPO implementers

26     •  Identify shovel ready projects for initial deployment

- Draft and execute sub-awardee agreements as needed
- Solicit financial/funding partnerships and implementation plans
- Develop funding leveraging options/processes with financial partners
- Develop technical assistance partnerships, needs assessment and implementation plans
- Develop site visit/auditing processes and procedures
- Establish parameters and processes to be implemented in relation to consumer protection
- Develop RFPs for all procurement processes and run procurement processes for necessary services and contracts
- Refine Workplan with EPA Project Officer as need/Gain approvals from EPA
- Report progress to the EPA quarterly or as needed/requested

Contract Date-April 2025 Workforce Development Training Implementation (1st Year, in Planning Year)

- Work with CBO/NPO partners on MOUs, objectives, processes, procedures
- Review Uniform Guidance, regulations, required reporting statistics, documentation
- Conduct site visits
- Review results/deliverables as program progresses
- Implement Training Levels
  - Level 1 Training Apprenticeship Readiness/NABCEP Certification
  - Level 2 Training Unionized Apprenticeship Solar Training—IBEW/Carpenters
  - Level 3 Training Unionized Journeyperson Solar Training—IBEW/Carpenters
  - Level 4 Training Community College for credit/certification Solar Training
- Refine Workplan with EPA Project Officer as need/Gain approvals from EPA

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

- Report progress to the EPA quarterly or as needed/requested

Contract Date-April 2025 Technical Assistance Implementation (1st Year, in Planning Year)

- Work with CBO/NPO Technical Assistance partners on MOUs, objectives, processes, procedures
- Review Uniform Guidance, regulations, required reporting statistics, documentation
- Set up financial/auditing best practices with financial team
- Review and implement programming best practices
- Research/RFP for customer data collections computer systems
- Develop tracking and reporting systems
- Work with TA/Financing & Funding Industry coalition partners and the Funding & Financing Workgroup to create a plan to refine any finances subsidies
- Refine Workplan with EPA Project Officer as need/Gain approvals from EPA
- Report progress to the EPA quarterly or as needed/requested

Contract Date-April 2025 Outreach and Education Implementation (1st Year, in Planning Year)

- Work with CBO/NPO partners on MOUs, objectives, process, procedures
- Review Uniform Guidance, regulations, required reporting statistics, documentation
- Hire and train Community Navigators on processes, solar installation education, financing education
- Set up and launch MSFAP webpages for internal and external access
- Create content and translate outreach materials as needed
- Plan outreach events for the year
- Conduct site visits

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

- Refine Workplan with EPA Project Officer as need/Gain approvals from EPA

- Report progress to the EPA quarterly or as needed/requested

Contract Date-April 2025 Begin Implementation of Identified Shovel Ready Projects (1st Year, in Planning Year)

- Work with coalition partners/Governance Committee to determine shovel ready projects for early implementation

- Conduct public comment/meetings to discuss projects

- Work with coalition partners and teams to start installation processes

- Conduct site visits

- Refine Workplan with EPA Project Officer as need/Gain approvals from EPA

- Report progress to the EPA quarterly or as needed/requested

19.     While MCEC was in the Program Planning Period, EPA limited the amount MCEC could draw down from its ASAP account to 2% of the total obligated award, to ensure that MCEC could effectively carry out "the significant scale, complexity, and novelty" of its SFA program. *See* Exhibit 2 at Programmatic Conditions, Part II(B). After its Work Plan was approved, the funding restriction was removed, and EPA incorporated the budget and Work Plan into the Agreement with MCEC on December 13, 2024.

**EPA Eliminates the Solar for All and Terminates MCEC's SFA Grant**

20.     On August 7, 2025, I became aware that EPA had decided to terminate the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin The post is reproduced below.[1]

---

[1]    Lee    Zeldin    (@epaleezeldin),    X    (Aug.    7,    2025,    11:07    AM), https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744



**Lee Zeldin** ✔ ☑
@epaleezeldin

The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".

In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!

The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.

Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

21.     Later that same day, MCEC received a letter from EPA terminating Maryland's SFA grant. A true and correct copy of the letter is attached hereto as Exhibit 4.

22.     The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program. The letter also noted that recipients could continue to request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of the termination notice.

23.     Prior to the termination notice, MCEC's ASAP account contained $61,217,467.49 in the account, of MCEC's SFA award.

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

16

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

24. On August 14, 2025, however, I learned that sometime prior to August 14, 2025 EPA changed MCEC's ASAP account status. EPA changed the account status indicator to "Liquidated," and changed the performance period end dates from April 30, 2029, and August 30, 2029, to August 15, 2025, and December 8, 2025 and reduced the "Available Balance" from $61,061,101.35 to $4,128,856.58.

25. To date, EPA has not provided MCEC with any explanation as to (1) why the MCEC SFA ASAP account has been placed into a "Liquidated" status, (2) why the available balance has been substantially reduced and how the new balance amount was determined, (3) why the performance period end dates have been modified, or (4) the status of the $56,932,244.77 in funds that are no longer reflected in MCEC's SFA ASAP account.

26. On August 27, 2025, pursuant to the Assistance Agreement Amendment, MCEC submitted a Notice of Disagreement to EPA's Award Official, Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as Exhibit 5.

27. On September 5, 2025, pursuant to the Termination Letter, MCEC submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as Exhibit 6.

28. On October 1, 2025, MCEC received an email containing instructions on how MCEC was to closeout their SFA grant. This email did not acknowledge MCEC's pending administrative dispute. A true and correct copy of this email is attached hereto as Exhibit 7.

29. On October 28, 2025, MCEC received a letter from EPA stating that it had determined that MCEC's administrative dispute was moot. A true and correct copy of this letter is attached hereto as Exhibit 8.

30. On November 3, 2025, MCEC responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that MCEC begin closing out their grants. A true and correct copy of MCEC's letter is attached hereto as Exhibit 9.

DECLARATION OF I. KATHERINE MAGRUDER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2:25-cv-02015-TMC

17

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**Termination of the Solar for All Program Has and Will Harm Maryland and its Residents**

31.    The loss of the Solar for All Program will harm Maryland and its residents.

32.    Between the various programs MCEC intended to offer using SFA funding, MCEC was expecting to serve 10,027 low-income households, reducing electrical bills by 20% energy savings from day one of installation. With the loss of SFA funding, MCEC will no longer be able to offer no or low-cost solar installations for low-income households, upgrades for roof replacement and/or electrical work, installation of battery storage, single family, multi-family and community solar projects and revolving loan funds for strategic financing of solar installations.

33.    In addition, MCEC's SFA funding was expected to create at least 954 new green jobs in Maryland's solar industry. This compounds harm already caused to the solar industry by the early end of federal tax credits for distributed solar, and the associated job loss which may result.

34.    The premature end of SFA funding also harms MCEC as an employer. MCEC had used SFA funding to hire 4 FTE employees and was interviewing for a 5th at the time of receipt of the termination notice. Without this funding, employees will need to be laid off or reassigned to other roles with reduction in wages. The agency will need to reroute funds from other projects to try and maintain the employment base. MCEC will also receive $5 million dollars in state funding from the Maryland Energy Administration to leverage the Solar for All funding. It is unlikely that MCEC will receive state funding to cover the loss of funding.

35.    As a result of this loss of funding, MCEC will have to terminate contracts with vendors and subrecipients. MCEC signed a contract with MIP Momentive for Accounting Software for $36,605.90; was in the process of signing a contract with FI Consulting after conducting a full procurement process; and had posted an RFP for a Third-Party Administrator for single family solar installations and a RFQ for single family solar installers/contractors with

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

18

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

a RFQ for multi-family solar installers/contractors prepared to follow. Ten agreements were signed with program subrecipients, with two more out for signatures and three more in negotiation between attorneys. The Interagency Agreement with Maryland Environmental Services to provide site auditing and data collection for the program was also out for negotiation of terms. This could cause loss of technical assistance, workforce development, outreach and education, solar association, and for-profit partner relationships.

36.    More generally, loss of SFA funding and the loss of federal support for solar energy generally will harm Maryland and its residents. As a result of the loss of this funding Maryland residents facing projected increases in their energy bills are now denied access to cost saving energy supply. The ability to add capacity to the grid serving the state, which is already struggling to meet ever growing demand, will be further strained, with the potential to impact energy security for the nation.

37.    MD's Climate Solutions Now Act of 2022 contains goals to reduce greenhouse gas emissions by 60% for 2031, and a net zero goal for 2045. MSFAP would assist with meeting those goals. Grant emissions impact targets included the following:

**IMPACT TARGETS:**

| | |
|---|---|
| $10,027 | Household Projects to Benefit |
| $6,188 | Award Funding Requested Per Household |
| 38MW | MW Solar Capacity Deployed Over Time |
| $1.58M | Award Funding Requested per MW |
| 10.7 | MW Hours of Storage Capacity Deployed Over Time |
| $141,182 | Award Funding Requested per MWh Storage Capacity |
| 100,319 | Short Tons of $CO_2$ Emissions Avoided Over Time |
| $619 | Award Funding Requested per Tons of $CO_2$ Avoided |
| $7,238,876 | Absolute Annual Household Savings Over Time |
| $8.57 | Award Funding Requested per Dollars of Household Savings |

DECLARATION OF I. KATHERINE
MAGRUDER IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

19

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

38.     The state is also less able to leverage state funded programming without these federal funds. This loss of funding has also caused significant harm to communities, subrecipient partners and all of Maryland. Communities will lose access to solar energy that could significantly reduce their energy bills. Subrecipient partners have budgeted staff and internal costs on this funding. Many had initiated programming (particularly in the workforce development area). The stoppage forced these community benefit organizations to stop workforce training and many will have to turn students away, lay off workers and close their organizations.

39.     Moreover, MCEC acted in reasonable reliance on its fully obligated SFA funding continuing to be available. MCEC expended more than 7,466.65 employee hours from May 1st, 2024, and August 7, 2025, getting MCEC's SFA offerings ready for launch. In so doing, MCEC had to forgo other funding opportunities, program structures, and. There is no way to recover this lost time or effort.

40.     MCEC cannot simply backfill with state funds to keep its SFA offerings available. MCEC cannot get sufficient state funds to keep this program operating because of statewide budget shortfalls.

41.     The SFA program also allowed MCEC to work closely with EPA in developing its work plan. That ongoing collaboration and programmatic support had value to MCEC, the loss of that collaboration and programmatic support cannot be easily remedied.

**Conclusion**

42.     EPA's decision to terminate the entire Solar for All program—including the grant awarded to MCEC—has caused and will continue to cause irreparable harm to Maryland and its residents.

43.     MCEC invested thousands of hours building the coalition, preparing an application and convening staff and subaward partners in response to the call for action and NOFO released by the US Federal Government in association with the SFA Funding

1   Opportunity, which is essentially wasted effort and almost incalculable loss of ability to pursue

2   other revenue sources as a result this reversal in commitment. Since MCEC built its budget, staff,

3   and financing strategies around the contract commitment with the federal agency, the termination

4   of the grant is a tremendous setback in relation to MCEC achieving its mission. The loss of faith

5   and trust in the bankability of the US Government is a harm which extends beyond the State and

6   the nation.

7        I declare under penalty of perjury under the laws the United States of America that the

8   foregoing is true and correct to the best of my knowledge.

9        Executed on this 10th day of November 2025, at College Park, MD.

10

11

12

13

14   ———————————————————————

15   I. Katherine Magruder
     Executive Director
16   Maryland Clean Energy Center

17

18

19

20

21

22

23

24

25

26