1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9
10
11

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | DECLARATION OF DAN BURGESS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

12
13
14
15
16
17
18
19
20

I, Dan Burgess, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that

the following is true and correct:

1.      I am a resident of the State of Maine. I am familiar with the information in the

statements set forth below either through personal knowledge, consultation with Department of

21
22
23
24
25
26

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Energy Resources staff ("DOER"), formally known as the Governor's Energy Office ("GEO"),[1] or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Acting Commissioner at the DOER.

3.      I hold a Bachelor of Science degree in Business Administration from the University of Maine and a Masters in Public Administration from Northeastern University. I have served in this role since 2019, when I was appointed by Maine Governor Janet Mills.[2] Prior to my current role at the DOER, I served as Deputy Commissioner and Chief of Staff at the Massachusetts ("MA") Department of Energy Resources and prior to that as Acting commissioner.  Before working at the MA Department of Energy Resources, I worked as Legislative Director for Energy at the Executive Office of Energy and Environmental Affairs in Boston, MA.

4.      In my capacity as Acting Commissioner of the DOER, I am responsible for execution of the duties of DOER, including, among other things, serving on the Board of Efficiency Maine Trust, collaborating with state agencies to coordinate state energy policy, and drafting a comprehensive state energy plan for submission to the Governor and the Maine Legislature.

5.      I submit this declaration to provide details on the ways in which the Environmental Protection Agency's termination of the Solar for All (SFA) Program has harmed Maine.

**The Solar for All Program**

6.      In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act

---

[1] The Maine Department of Energy Resources is a cabinet-level department which officially replaced the Governor's Energy Office ("GEO") on September 24, 2025, as the State of Maine's designated energy office. PL 2025, c. 476.
[2] In 2019, Acting Commissioner Burgess was appointed by Maine Governor Janet Mills to serve as the Director of the GEO.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies.  Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

7.      In accordance with Congress's directive, EPA designed and launched the Solar for All Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8.      On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Maine Department of Energy Resources Applied for and Received SFA Funding**

9.      On October 12, 2013, the Governor's Energy Office ("GEO"), now formally known as the Department of Energy Resources or DOER, submitted an application under the NOFO.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

10.     In developing its application, DOER led a broad public engagement process incorporating direct outreach to key stakeholders and communities as well as a Draft Program Framework issued for a formal period of written comment. Written comments were received from municipalities, labor unions, state agencies, residents, and the solar industry.[3] This extensive outreach resulted in a comprehensive proposal with more than forty letters of support from a broad range of affected stakeholders, including but not limited to state and municipal levels of government and members of Maine's Congressional delegation; tribes; and private-sector, non-profit, and labor industries.

11.     In July 2023, the Maine Legislature enacted Public Law 2023, chapter 411. This law charges the DOER with the responsibility for developing the Distributed Solar and Energy Storage Program "to provide funding to foster the continued growth of cost-effective distributed solar facilities and energy storage systems in this State." 2 M.R.S. § 6-A[4]. The DOER is required to develop this program to be designed to obtain and provide available federal funds to support cost-effective distributed solar facilities and energy storage systems.

12.     DOER was awarded $62,120,000 of SFA funding on July 8, 2024. On July 11, 2024, EPA transmitted an Assistance Agreement to GEO. A true and correct copy of GEO's initial Assistance Agreement is attached as **Exhibit 1**. On December 19, 2024, EPA issued a modification to the Assistance Agreement (Award Agreement Modification 1) which made a minor alteration to the permissible drawdown limit. A true and correct copy of Award Agreement Modification 1 is attached as **Exhibit 2.**

---

[3] During application development, DOER committed a significant amount of time and resources meeting with stakeholders and developing the submitted application.

[4] This provision is now codified in 35-A M.R.S. § 10311, pursuant to the DOER's replacement of the GEO. *See* PL 2025, c. 476.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

13.    Pursuant to the Assistance Agreement, EPA obligated the entire $62,120,000 balance of DOER's SFA award as of the date of the Agreement. The funds appeared shortly thereafter in GEO's Automated Standard Application for Payments (ASAP) account.

**Maine Department of Energy Resources Plans and Designs its SFA Offerings**

14.    Between the date of its award and December 2024, DOER negotiated its work plan and budget with EPA. On December 9, 2024, DOER submitted its Work Plan to EPA. The Work Plan outlined DOER's plan for planning, designing, and implementing an SFA Program within Maine.  A true and correct copy of DOER's Work Plan is attached hereto as **Exhibit 3**.

15.    While DOER was in the Program Planning Year, EPA limited the amount DOER could draw down from its ASAP account to 2% of the total obligated award, to ensure that DOER could effectively carry out "the significant scale, complexity, and novelty" of its SFA program. *See* Exhibit 1 at [Programmatic Conditions, Part II(B)]. After its Work Plan was approved, the funding restriction was removed, and EPA incorporated the budget and Work Plan into the Agreement with DOER on December 19, 2024, *See* Exhibits 2 & 3.

16.    DOER's Work Plan proposed three financial assistance program methods, designated as "channels" in the Work Plan, to comprehensively address the range of barriers faced by low-income and eligible households: single-family and multifamily on-site solar programs, and an efficient energy assistance community solar program. Energy storage is incorporated across all three channels to build resilience and maximize value. Maine's Solar for All (MESA) program also proposed a holistic range of technical assistance, including supporting expanded workforce development opportunities, project-deployment technical assistance such as siting and permitting support, cooperatively-owned community solar technical assistance, and additional support to overcome barriers including interconnection.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

17.     Pursuant to its approved Work Plan, DOER elected to take a full Program Planning Year to design and ready for implementation its SFA program.[5]

18.     During this year, DOER did the following:

   a.   DOER developed and maintained a dedicated SFA webpage for public consumption with current information about the MESA program.

   b.   In December 2024, DOER hired and trained two dedicated full-time personnel to design and administer the MESA programs.

   c.   In January 2025, DOER Acting Commissioner Burgess presented an overview of the MESA program and EPA award in a public setting to the Energy, Utilities, and Technology Committee of the Maine State Legislature.

   d.   DOER developed and adopted quality assurance plans including a Quality Management Plan and Quality Assurance Project Plan for EPA approval.

   e.   DOER completed SFA reporting requirements including the SF425 Federal Financial Report, two semi-annual reports and one transaction and project-level report.

   f.   DOER worked closely with numerous stakeholders – typically on a one-of-one basis - to discuss GEO's MESA program and, in return, received valuable feedback and support.

   g.   DOER's SFA team drafted a Request for Proposals (RFP) to contract Stakeholder Engagement and Advisory Board support services for the MESA program.[6]

---

[5] Apart from MESA's Multifamily Program's Financial Assistance.  Following the approval of DOER's December 9, 2024, Workplan, DOER was authorized to initiate and draw down funds for its Multifamily Program, while remaining in the planning period for the remainer of MESA programs and technical assistance until July 16, 2025.

[6] As of August 7, 2025, GEO submitted the draft Stakeholder Engagement and Advisory Board Support RFP to the Maine Division of Procurement Services for initial review.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

h.  DOER's SFA team drafted an RFP to procure, and contract with, a Solar and Storage Technical Analyst consultant for services associated with the broader MESA program.

i.  Since entering the planning period in December 2024, DOER's SFA team met with its EPA Project Officer ten times to work on, and discuss closely, the design components of DOER's various SFA programs, in addition to each program's development milestones, timelines, allocated budgets, federal requirements, and compliance oversight.

19.  DOER also used the Program Planning period to further develop the financial assistance programs and technical assistance outlined in its application. For example, DOER did the following:

a.  The SFA team engaged with stakeholders and determined the financial model for the proposed Single-Family Program offering; a third party-ownership solar lease with 10% of projects paired with battery energy storage. The team mapped out the flow of funding and determined that the Single-Family Program would be administered by a competitively procured subrecipient, flowing down all applicable requirements via a subaward agreement. The program's financial assistance offering was later approved by DOER's EPA Project Officer on July 16, 2025.

b.  The SFA team engaged with stakeholders and determined a financial model and flow of funding for the Energy Assistance Community Solar Program that aligned with the goals and requirements of the SFA program. The SFA team detailed the flow of funding in a chart format, requested by the EPA Project Officer, and determined the program would be administered through a subaward with a competitively procured subrecipient, flowing down all applicable requirements. These plans were

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

detailed in the workplan submitted and later approved by the EPA Project Officer on July 16, 2025.

c.  The SFA team engaged with stakeholders and determined to administer MESA's technical assistance—including Cooperative Community Solar, Workforce Development, Interconnection Challenge Plan, and Project Deployment (siting, permitting, and building codes)—through subaward agreements with competitively procured subrecipients.

20.    DOER's Solar for All team submitted a revised workplan, budget, and timeline to DOER's EPA Project Officer for approval to exit the Planning Period on July 11, 2025. A true and correct copy of DOER's Work Plan is attached hereto as **Exhibit 4.** On July 16, 2025, DOER's EPA Project Officer confirmed DOER met the SFA Planning Period Terms and Conditions, with the specific condition III.A.2 met without further action from DOER required in accordance with 2 CFR 200.208(e).

21.    Thus, DOER completed its Program Planning Year work on July 16, 2025 and began the process to competitively solicit subrecipients and contractors. DOER has been actively working towards preparing to launch its SFA programming throughout 2025, and anticipated offering MESA program to eligible participants in early 2026.

**EPA Eliminates the Solar For All and Terminates DOER's SFA Grant**

22.    On August 7, 2025, I became aware that EPA had decided to terminate the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[7]

---

[7]  Lee    Zeldin    (@epaleezeldin),    X    (Aug.    7,    2025,    11:07    AM), https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1
2
3
4
5
6
7
8
9
10
11



**Lee Zeldin** ✔ 🌐
@epaleezeldin

···

The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".

In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!

The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.

Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

12
13
14

23.    Later on August 7, DOER received a letter from EPA terminating DOER's SFA grant. A true and correct copy of the letter is attached hereto as **Exhibit 5**.

15
16
17
18
19
20
21

24.    The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program. The letter also noted that recipients could continue to request payment from the ASAP system for allowable costs incurred up to the date of the termination notice.

22
23
24
25
26

25.    Prior to the termination notice, DOER's ASAP account contained the $61,516,726.92 open obligated balance of DOER's SFA award. On August 8, 2025, however, I learned that DOER's ASAP account for the SFA program had been Suspended. On August 15, 2025, DOER's ASAP account access changed to a "liquidated" status and funds are available to draw down. However, the "available balance" on the account has been substantially reduced

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

from $61,516,726.92 to $4,286,289.88 and the performance period end dates have been changed from April 30, 2029 and August 30, 2029 to August 15, 2025 and December 8, 2025.

26.    As of the date of this Declaration, EPA has not provided DOER with any explanation as to (1) why the DOER's SFA ASAP account has been placed into a "liquidated" status, (2) why the available balance has been substantially reduced and how the new balance amount was determined, (3) why the performance period end dates have been modified, or (4) the status of the $57,230,437.04 in funds that are no longer reflected in DOER's SFA ASAP account.

27.    On August 28, 2025, pursuant to the Assistance Amendment, DOER submitted a Notice of Disagreement to EPA's Award Official, Phillip Schindel. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 6**.

28.    On September 5, 2025, pursuant to the Termination Letter, DOER submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 7**.

29.    On September 22, 2025, DOER received an email from Phillip Schindel, Acting Director of the US EPA Grants Management and Business Operations Division on behalf of the Agency and Michael Molina, Principal Deputy Assistant Administrator for the Office of Mission Support, acknowledging DOER's disagreement and formal dispute of the termination of its assistance agreement 5H-84088301. The email stated no additional information, or documentation is requested from DOER at the time.

30.    On October 1, 2025, DOER received an email containing instructions on how DOER was to closeout their SFA grant. This email did not acknowledge DOER's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 8**.

31.    On October 28, 2025, DOER received a letter from EPA stating that it had determined that DOER's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 9**.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

32.    On November 4, DOER responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that DOER begin closing out their grants. A true and correct copy of DOER's letter is attached hereto as **Exhibit 10.**

## Termination of the Solar for All Program Has and Will Harm Maine and its Residents

33.    The loss of the Solar for All Program will harm Maine and its residents.

34.    Between the various programs DOER intended to offer using SFA funding, DOER was expecting to serve approximately 23,000 low-income households, reducing electrical bills by at least 20%, or approximately $380 annually.[8] With the loss of SFA funding, DOER will no longer be able to offer single-family residential lease product with no up-front cost for low-income households and financial assistance for enabling upgrades including addressing electrical and structural barriers, low-cost capital for solar and storage installations on multifamily affordable housing, and reduced-cost power-purchase agreements for community scale solar and storage deployment.

35.    The loss of SFA funding additionally abolishes the estimated environmental outcomes DOER's various programs were to provide, which in total amounted to 41.3 megawatts of solar and 23.8 megawatt-hours of storage, resulting in 4,622 annual short tons of $CO_2$ avoided.[9]

a.    Estimated outcome metrics for the Single-Family Program included 7.7 megawatts of solar and 0.7 megawatt-hours of storage, resulting in 774 annual short tons of $CO_2$ avoided.

---

[8] The Single-Family Residential Solar Program was estimated to provide eligible households with an 90% annual bill savings, an average of $1,400 per household.

[9] Avoided carbon dioxide is calculated using the AVoided Emissions and geneRation Tool (or AVERT), an open-access tool provided by the EPA to estimate the emissions and generation benefits of energy efficiency and renewable energy policies and programs. As a result, the value accounts only for carbon dioxide reductions from solar production but cannot account for any time-sensitive variations as a result of battery storage.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

b. Estimated outcome metrics for the multifamily on-site solar program included 5.4 megawatts of solar and 0.54 megawatt-hours of storage, resulting in 585 annual short tons of $CO_2$ avoided.

c. Estimated outcome metrics for the energy assistance community solar program included 28.2 megawatts of solar and 22.6 megawatt-hours of storage, resulting in 3,263 annual short tons of $CO_2$ avoided.

36.    In addition to the financial assistance channels, Maine's SFA funding was expected to support multiple technical assistance channels to support efficient solar and storage project-deployment. MESA's technical assistance offerings were to include siting and permitting support, targeted support for cooperatively owned community solar, and additional support to overcome barriers including interconnection challenges.

37.    SFA funding was also expected to create at least 750 new green jobs in Maine's solar industry.[10] The loss of expected SFA funding compounds harm that has already been caused to the solar industry by the early end of federal tax credits for distributed solar. DOER's SFA program included funding for workforce training for 750 new and incumbent workers and learners. DOER's program would have used SFA funding to invest in local workforce development initiatives including pilot career academies, pre-apprenticeships, apprenticeships, and training programs, expanding instructional capacity, and technical assistance. DOER's SFA workforce program was to include the following occupations: solar photovoltaic installers, electricians, electrical engineers, construction managers, general and operations managers, maintenance and repair workers, project management specialists, sales representatives, roofers, laborers, and lineworkers.

---

[10] Note that 750 new green jobs refer solely to the metrics encompassed within the Workforce Development Technical Assistance program.  Within the state of Maine, the number of green jobs affected by the premature end of SFA funding would likely be significantly higher.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

38.    The premature end of SFA funding also harms DOER as an employer. DOER had used SFA funding to hire two full-time employees, the Clean Energy Finance Program Manager and the Solar for All Coordinator. DOER had also used SFA funding to partially support a Workforce Development Coordinator and Clean Energy Partnership Program Manager. Without this funding, their employment is at risk.

39.    In addition, the National Renewable Energy Laboratory (NREL) provided a range of technical assistance services to support SFA grant recipients; specifically, DOER's award included $400,000 of in-kind technical assistance to support the research, modeling, and analysis for services related to but not limited to solar and storage technology, siting and permitting, storage integration, interconnection and grid services, workforce development, financing strategies, policy enabling environments, and community engagement.

40.    More generally, loss of SFA funding and the loss of federal support for solar energy generally will harm Maine and its residents.

41.    In 2003, the Maine Legislature enacted "An Act To Provide Leadership in Addressing the Threat of Climate Change" (the "2003 Climate Act"), Public Law 2003, Chapter 237, which established Maine's greenhouse gas ("GHG") reduction goals. The 2003 Climate Act set a goal for reduction of GHG emissions within the state, in the short term, to 1990 levels by January 1, 2010, and to 10% less than 1990 levels by 2020, and was codified at 38 M.R.S. § 576 (2003). In 2019, 38 M.R.S. § 576-A was enacted to expand the original GHG emissions goals set forth in the prior 2003 legislation, which are now Maine's current goals. These current goals include the reduction of gross GHG emissions to at least 45% below 1990 levels by January 1, 2030, and to at least 80% below 1990 levels by 2050. In addition, in 2021, Maine enacted a law codifying the goal of achieving carbon neutrality in the State by 2045. 38 M.R.S. § 576-A(2-A).

42.    In February 2023, recognizing the key role clean energy resources already play in Maine's economy and energy system, Maine Governor Janet Mills directed the DOER to

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

develop a plan to reach 100% clean energy by 2040.[11] On June 20, 2025, Governor Mills signed LD 1868, which codifies the state's statutory requirement to use 100 percent clean energy by 2040. The law requires that 90 percent of the electricity consumed in the state come from renewable sources by 2040—up from previous targets of 80 percent by 2030—and creates a requirement under the new Clean Energy Standard of an additional 10 percent by 2040 that may come from a broader range of clean energy technologies.

43.    in January 2025, the DOER issued the Maine Energy Plan,[12] which outlines strategies to further reduce energy costs, ensure reliability and resilience, and increase the diversity of energy resources to meet Maine's clean energy goals. The Plan was informed by an 18-month stakeholder engagement process and an expert technical report—the first of its kind for Maine—which demonstrates 100 percent clean energy is achievable, beneficial, and results in lower overall energy costs across the economy.  Both solar and battery energy storage deployment and program development will play a crucial role in achieving that goal.

44.    Additionally, the loss of SFA funding harms relationships with low-income residents/communities across the state of Maine who were anticipating assistance to address increasing energy burdens and resiliency needs.

45.    Moreover, DOER acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. DOER expended more than 2700 employee hours on SFA

---

[11]    Maine State of the Budget Address, February 13, 2023 available at https://www.maine.gov/governor/mills/sites/maine.gov.governor.mills/files/inline-files/Gov.%20Mills%202023%20State%20of%20the%20Budget%20Address.pdf
[12]    Maine Energy Plan, January 2025 available at https://www.maine.gov/energy/sites/maine.gov.energy/files/2025-01/Maine%20Energy%20Plan%20January%202025.pdf

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

programming.[13] In so doing, DOER had to forgo other funding opportunities, program structures, and state energy policy development. There is no way to recover this lost time or effort.

46.    Nor can DOER simply backfill with state funds to keep its SFA offerings available.  Maine is unable to leverage sufficient state-level funding to keep its program operating. The SFA program also allowed DOER to work closely with EPA in developing its work plan. The loss of that collaboration and programmatic support cannot be remedied.

**Conclusion**

47.    EPA's decision to terminate the entire Solar for All program—including the grant awarded to DOER—has caused and will continue to cause irreparable harm to Maine and its residents.

48.    I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of November 2025, at Augusta, Maine.

_____
Dan Burgess
Acting Commissioner
Maine Department of Energy Resources

---

[13] This amount of hours spent on SFA programming does not include the substantial amount of time GEO spent on application development.

DECLARATION OF DAN BURGESS IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744