**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | DECLARATION OF JOY H. WANG, PH.D. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

I, JOY H. WANG, Ph.D. declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Michigan. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with Michigan Department of Environment, Great Lakes, and Energy (EGLE) staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director of the MI Solar for All program at the EGLE.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

3.	I have served as the Director of the MI Solar for All program since September 30, 2024. Prior to this role, I served as the manager of the Distribution Planning section within the Michigan Public Service Commission (MPSC) examining long-term utility electric grid investments and plans. At the MPSC, I served as a manager, engineer specialist, and engineer. Before the MPSC, I worked at the Michigan Energy Office where I helped develop, implement, and manage energy grant programs. I have also worked as a sustainability engineer conducting LEED certifications, building energy modeling, and greenhouse gas inventories. I earned a B.S. and M.S. in Biosystems Engineering from Michigan State University in 2006 and 2007, respectively. In 2016, I completed my Ph.D. in Public Policy, focusing on Energy and Environmental Policy, from the Georgia Institute of Technology.

4.	In my capacity as Director of the MI Solar for All program at EGLE, I am responsible for the program, overseeing staff and contractors, and ensuring grant compliance to U.S. Environmental Protection Agency (EPA) Solar for All (SFA) program terms and conditions.

5.	I submit this declaration to provide details on the ways in which the Environmental Protection Agency's termination of the Solar for All (SFA) Program has harmed Michigan.

**The Solar for All Program**

6.	In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

7.     In accordance with Congress's directive, EPA designed and launched the Solar for All Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8.     On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Michigan Department of Environment, Great Lakes, and Energy Applied for and Received SFA Funding**

9.     On October 12, 2023, EGLE submitted an application under the NOFO.

10.     In developing its application, EGLE consulted with a number of stakeholders and received 43 letters of support from different organizations including State and local government, nonprofits, trade associations and coalitions, labor unions and workforce organizations, educational institutions and associations, utilities, financial institutions and green banks, and private sector clean energy firms and consultants. See Exhibit 1 for list of organizations that provided letters of support for EGLE's SFA application.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

11. EGLE was awarded $156,120,000 of SFA funding on July 8, 2024. On July 15, 2024, EPA transmitted an Assistance Agreement to EGLE. A true and correct copy of EGLE's Assistance Agreement is attached hereto as Exhibit 2.

12. EPA obligated the entire balance of EGLE's SFA award on July 8, 2024, the date of the Assistance Agreement. Michigan's award appeared shortly thereafter in EGLE's Automated Standard Application Payments (ASAP) accounts, with $155,720,000 authorized. The amount reserved for technical assistance from the EPA and/or US Department of Energy was removed from the authorized amount.

**Michigan Department of Environment, Great Lakes, and Energy Plans and Designs its SFA Offerings**

13. Between the date of its award and December 2024, EGLE negotiated its work plan and budget with EPA. On November 20, 2024, EGLE submitted its first revised Work Plan to EPA. The Work Plan outlined EGLE's plan for planning, designing, and implementing an SFA Program within Michigan. During this time, EGLE was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan.

14. EPA approved EGLE's work plan on November 21, 2024. The EPA requested a clarification to a Work Plan table on December 9, 2024, and EGLE provided it the same day. The 2% funding restriction was lifted soon after. EPA incorporated the work plan into the Agreement with EGLE. A true and correct copy of EGLE's revised Assistance Agreement is attached hereto as Exhibit 3.

15. EGLE originally anticipated taking a full Program Planning Period to plan the MI Solar for All (MI SFA) program. In January 2025, the MI SFA program proceeded to exit the Planning Period, revised its Work Plan, and received EPA approval and confirmation that EGLE met "the Planning Period Term and Condition" on February 4, 2025. EGLE was approved to implement program elements described in the revised Work Plan without further EPA Project Officer approval. A true and correct copy of EGLE's Work Plan is attached hereto as Exhibit 4.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

16.     EGLE's approved MI SFA Work Plan proposes to serve approximately 16,300 low-income households through residential rooftop and residential serving community solar projects. Each participating household is expected to receive a benefit of $400-$450 per year over the expected 25-year life of the installed solar.[1] The plan includes subawards to not-for-profit entities to implement MI SFA solar projects, including enabling upgrades necessary to install solar and energy storage. Pilot projects in 2025 were approved to inform full program deployment.[2] MI SFA plans to install about 190 MW of new solar generation capacity and 22MWh of energy storage,[3] creating about 700 jobs over five years.[4] EGLE's SFA Work Plan also provides technical assistance funding to support Michigan communities for MI SFA project support,[5] and workforce training and industry development to align technician training programs and to develop workforce pipelines relevant to MI SFA.[6]

17.     Pursuant to its approved Work Plan, EGLE worked to finalize program design and offerings, like 2025 pilots, and to ready for full deployment of the MI SFA program.

18.     After receiving award notification and before exiting the Planning Period, EGLE worked to establish MI SFA, engaged with communities and entities to explain the program and gauge needs and interest, hired and trained the MI SFA Director, set up stakeholder communications, and held meetings, while meeting EPA reporting requirements.

19.     From exiting the Planning Period until termination letter receipt, EGLE:

    a.   continued to build and develop the MI SFA program,

    b.   hired and trained a staff engineer and analyst,

    c.   onboarded two contractor groups to assist with MI SFA program design and stakeholder engagement.

---

[1] MI SFA Workplan. Section 1.2.
[2] MI SFA Workplan. Section 2.2.1.
[3] MI SFA Workplan. Section 1.2.
[4] MI SFA Workplan. Section 1.2.
[5] MI SFA Workplan. Section 2.3.
[6] MI SFA Workplan. Section 3.1.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

d.  The contractors also assisted with financial analyses of program options, conducted outreach to solicit input on program design, and worked to design MI SFA program offerings and processes based on Michigan needs.

e.  conducted significant MI SFA stakeholder engagement. The MI SFA program:

   i.  held a virtual listening session series from February – May 2025 to hear from Michiganders on their MI SFA needs and desires,

   ii.  released four input surveys and a request for information,

   iii.  solicited engagement from community-based organizations to support engagement,

   iv.  participated in EGLE's monthly coordination meetings with Michigan Tribes to provide program updates and opportunities,

   v.  created a workgroup with the Michigan Energy Innovation Business Council to share program updates and solicit program design input from energy sector businesses,

   vi.  presented on the program at local, regional, and virtual events, and

   vii.  held a virtual and an in-person matchmaking event to connect interested communities with solar developers.

f.  on April 22, 2025, announced a solicitation for pilot projects and selected 13 awardees in the first two rounds of application review.[7, 8]

   i.  A third round was planned, with pilot submissions due September 30, 2025.

---

[7] EGLE announces Solar for Savings grants for eight rooftop and community projects.
[8] EGLE announces next round of Solar for Savings grants supporting rooftop and community projects.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

20.    EGLE actively worked on designing and preparing to launch its SFA programming throughout 2025. It aimed to share draft program offerings and design for stakeholder input in August 2025 and to finalize the program offerings and design in September 2025. Michigan planned to initiate MI SFA pilots in 2025 and full program launch of MI SFA programming in January 2026.

**EPA Eliminates the Solar For All and Terminates Michigan Department of Environment, Great Lakes, and Energy's SFA Grant**

21.    On August 7, 2025, I became aware that EPA decided to terminated the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[9]



Lee Zeldin ✔ ◉
@epaleezeldin

The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".

In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!

The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.

Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

22.    Later that same day, the EPA sent EGLE an email with a memo terminating EGLE's SFA grant. However, due to EPA errors in sending its notification, the impact of the announced termination on Michigan was unclear on August 7 and for several days after. No

---

[9]    Lee    Zeldin    (@epaleezeldin),    X    (Aug.    7,    2025,    11:07    AM), https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

direct communication from EPA was sent to me or other EGLE staff listed as current MI SFA program contacts on August 7 or after. I did not receive the termination letter until August 12, 2025. A true and correct copy of the letter is attached hereto as Exhibit 5.

23. The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program.

24. Prior to the termination notice, EGLE's ASAP account contained $154,709,215.59 of EGLE's SFA award. On August 8, 2025, however, EGLE learned that EPA had suspended EGLE's ASAP account for the SFA program.

25. On August 11, EPA changed EGLE's ASAP account status again. This time, EPA changed the account status indicator to "Liquidated," changed the performance period end dates from April 30, 2029 (with a 120-day closeout period until August 30, 2029) to August 15, 2025 (with a 115-day closeout period until December 8, 2025) and reduced the Available Balance from $154,709,215.59 to $10,148,931.94.

26. To date, EPA has not provided EGLE with any explanation regarding the changes made to EGLE's SFA ASAP account.

27. On August 27, 2025, pursuant to the Assistance Amendment, EGLE submitted a Notice of Disagreement to EPA's Award Official, Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as Exhibit 6.

28. On September 5, 2025, pursuant to the Termination Letter, EGLE submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as Exhibit 7.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

29.     On October 1, 2025, EGLE received an email containing instructions on how EGLE was to closeout their SFA grant. This email did not acknowledge EGLE's pending administrative dispute. A true and correct copy of this email is attached hereto as Exhibit 8.

30.     On October 27, 2025, EGLE received an email with a letter from EPA, dated October 23, 2025, attached stating that EPA had determined that EGLE's administrative dispute was moot. A true and correct copy of this letter is attached hereto as Exhibit 9.

31.     On November 4, 2025, EGLE responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that EGLE begin closing out its grant. A true and correct copy of EGLE's letter is attached hereto as Exhibit 10.

**Termination of the Solar for All Program Has and Will Harm Michigan and its Residents**

32.     The loss of the Solar for All Program will harm Michigan and its residents.

33.     Between the various programs EGLE intended to offer using the funding EPA awarded pursuant to the SFA program, EGLE was expecting to serve 16,300 low-income households, provide a benefit equivalent to a 20% reduction on the average residential electrical bill (estimated to be $400-$450 per low-income household per year), and install an estimated 22 MWh of energy storage.[10] With the loss of the previously obligated funds, EGLE will no longer be able to offer grants supporting:

    a.  solar installations to provide low-income household benefits,

        i.  Some of these solar installations were to include additional funding for and additional benefits from:

            1.  enabling upgrades necessary for solar implementation such as roof repair, roof replacement, and/or electrical work, and

            2.  energy storage

---

[10] MI SFA Workplan. Section 1.2.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

   b. workforce training and industry development to align technician training programs and develop workforce pipelines relevant to MI SFA,[11] and

   c. technical assistance to communities.[12]

EGLE will also be unable to contract work supporting MI SFA program design, management, and program compliance efforts, such as project audits.

34. In addition, EGLE's MI Solar for All program was expected to create at least 700 new green jobs in Michigan's solar and energy industry over five years.[13] With MI SFA termination, Michigan will no longer be able to offer financial assistance for technical assistance opportunities for project development and workforce training to support job retention, growth, and creation in areas like solar, energy storage, and home repair.

35. SFA funding loss harms MI SFA's work with the 13 selected MI SFA pilot awardees and in implementing the pilot projects. EGLE's Round 1 and 2 pilot awardees were announced on July 14[14] and August 6, 2025,[15] respectively. A third round of pilot awardees was expected after the Round 3 deadline of September 30.

Selected pilot awardees were close to completing grant agreements with MI SFA. Without MI SFA funding, the thirteen projects and their benefits will be unable to be realized. Across the thirteen approved pilot projects, an estimated 4.5 MW AC of solar and 1.4 MWh of energy storage will be installed. These pilots will benefit more than 1,750 low-income households with over $433,000 of total annual household benefits provided. Many projects also provide benefits to the community at large, such as helping keep utility rates low for the whole community, that are not quantified. Selected pilot project descriptions are below:

---

[11] MI SFA Workplan. Section 3.1.
[12] MI SFA Workplan. Section 2.3.
[13] MI SFA Workplan. Section 1.2.
[14] EGLE announces Solar for Savings grants for eight rooftop and community projects
[15] EGLE announces next round of Solar for Savings grants supporting rooftop and community projects

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

**Round 1 Residential Rooftop Solar Awardees (3 Pilots)**

1. *Hope Village Revitalization (Wayne County):* Retrofit ten homes in Detroit and Highland Park with rooftop solar and battery storage with a goal of scaling the program to 100 homes.

2. *Southwest Housing Solutions Corporation (Oakland County):* Install solar on a multifamily building serving low-income vulnerable seniors, including formerly homeless seniors, with benefits helping partially fund a resident service coordinator.

3. *Superior Watershed Partnership (all Upper Peninsula counties):* Install solar at 15 households. At least five households will receive energy storage. Critical care customers with medical devices dependent on electricity will be prioritized.

**Round 1 Residential-Serving Community Solar Awardees (5 Pilots)**

4. *City of Benton Harbor (Berrien County):* Install solar at city facilities, including a water plant and a resiliency hub for which storage is also proposed.

5. *Hillsdale Board of Public Utilities (Hillsdale County):* Install ground-mounted solar at a municipal airport with pollinator-friendly plants to lower utility bills.

6. *Inter-Tribal Council of Michigan (Chippewa County):* Install solar and storage at 12 homes and a community building for resiliency and to reduce electric bills or provide energy or food assistance.

7. *Lowell Light & Power (Kent County):* Install solar canopies over a parking lot at park for high visibility and community education with benefits provided on utility bills.

8. *North End Woodward Community Coalition (Wayne County):* Install solar and storage on two community hub sites, owned by a community trust.

**Round 2 Residential Rooftop Solar Awardees (1 Pilot)**

1. *City of Ann Arbor (Washtenaw County):* Install solar power and storage at 20 households in a neighborhood, to be owned by the household or Ann Arbor's Sustainable Energy Utility (SEU), with operations and maintenance by the SEU. The project aims to create

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

the nation's first fully carbon neutral neighborhood by 2028 and includes local workforce development.

**Round 2 Residential-Serving Community Solar Awardees (4 Pilots)**

2. *City of Cadillac (Wexford County):* Install solar and storage at wastewater treatment plant and solar at two water pump stations, with project benefits shared on city utility bills.

3. *City of Escanaba (Delta County):* Create a community solar garden at an undeveloped brownfield site, with benefits shared through utility bill credit.

4. *First United Methodist Church of Holland (Ottawa County):* Install rooftop solar power at the church, with benefits to eligible low-income beneficiaries facing housing insecurity.

5. *Wayne State University (Wayne County):* Install rooftop solar on a newly renovated building, with benefits shared with eligible low-income beneficiaries in areas near campus. Project provides workforce training opportunities. Students will be engaged in all aspects.

36. Even if SFA funding is restored, a delay in SFA funding access may negatively harm EGLE by jeopardizing the availability of Investment Tax Credits (ITC) for MI SFA pilot projects. Many, if not all, awarded pilot projects are eligible to receive the ITC and planned to start construction in 2025. The MI SFA pilot grants will cover the difference between the full project cost, the expected tax credits, and any project match (MI SFA grant amount = full project cost – ITC – project match). The Foreign Entity of Concern (FEOC) requirements for solar projects to receive ITC take effect on January 1, 2026. Few solar products currently available in the US are expected to meet FEOC requirements, so projects starting on or after January 1, 2026, may not be ITC eligible. If SFA funding is restored and projects no longer receive ITC due to delayed construction, MI SFA investment of about $13.9M would need to be nearly $19M to implement the same pilots.

37. The premature end of the SFA Program also harms EGLE as an employer. EGLE used SFA funding to hire three full-time employees and contract two program design groups.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Without SFA funding, the three full-time MI SFA staff will have to find new positions. One staff member has already taken a new position. The two program design contracts were terminated on November 4, 2025.

38.    Without MI SFA program benefits, low-income Michiganders will be denied much needed relief on electric bills. In 2023, Michigan had the highest average residential electric rates in the Midwest region (26 cents/kWh), almost double the average across Midwest states when excluding Michigan (13.48 cents/kWh).[16] Higher residential rates result in higher electric bills which can be especially difficult for low-income families. In MI SFA interest form comments, individuals share their struggles paying electric bills as high as $500 per month. Many respondents are not just low-income, but also elderly, disabled, or taking care of disabled family members, and span Michigan's Upper and Lower Peninsulas. Many plead for help in reducing their electric bills and request immediate assistance. This urgency motivated MI SFA to offer pilot funding in 2025 to get assistance to low-income families faster and to gain programmatic learnings to support full program success. See Exhibit 12 for select MI SFA interest form comments.

39.    Being unable to provide MI SFA low-income benefits harms Michigan's economy. Saving low-income households money means more money for Michigan's economy. A 2025 report found Michigan's low-income households are "more likely to spend than to save additional income."[17] The report found that every low-income dollar spent on food and other necessities spurs 57 cents and 42 cents, respectively, in business growth in Michigan's retail, agriculture, trucking, and rail freight industries.[18]

40.    The loss of MI SFA energy storage will harm Michigan's economy by denying low-income families and communities much needed energy resiliency. In 2023, Michigan had

---

[16] Exhibit 11. Average Residential Electricity Rate Comparison: Michigan versus Midwest States and U.S. Average.
[17] The State of ALICE in Michigan: 2025 Update on Financial Hardship, p. 12.
[18] The State of ALICE in Michigan: 2025 Update on Financial Hardship, p. 13.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

the highest average electric outage duration nationally (730.9 minutes or over 12 hours),[19, 20] with nearly 4.8 million customers impacted. Michigan ranked 8th nationally for total customers impacted.[21] Energy resiliency investments help avoid economic harm to Michigan. Michigan power outages in 2020 to 2021 are estimated to have caused a $4.9 billion economic loss.[22] The removal of MI SFA investments in energy storage will negatively impact Michigan's economy.

41.    The loss of SFA funding and federal support for solar energy generally will harm Michigan and its residents by harming Michigan's ability to meet its own clean energy standards. Public Act 235 (PA 235) was passed on November 8, 2023, and signed by Governor Gretchen Whitmer on November 28, 2023. PA 235 requires electric providers to meet a clean energy standard of 80% by 2035 and 100% by 2040. PA 235 also sets a statewide energy storage target of 2,500 MW.[23] With SFA termination, Michigan's progress towards achieving clean energy and energy storage goals required by statute will be diminished.

42.    Michigan also suffers reputational harm from SFA termination. EGLE already announced thirteen pilot awardees around the state. Awardees include Tribal entities, local governments, and non-profits like a house of worship. Relationships with these entities and the public will be harmed.  The trust that the State has carefully worked to build with them will be damaged when the State breaks promises made to their communities. If announced awards are not carried out, the State's reputation is harmed.

43.    Moreover, EGLE acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. EGLE expended more than 2,400 employee hours on SFA

---

[19] The Customer Average Interruption Duration Index (CAIDI = total minutes of customer electric outage divided by total number of outages) is the average time required to restore electric service after an outage. Retrieved on August 22, 2025, from: https://www.michigan.gov/mpsc/consumer/electricity/distribution-system-reliability-metrics#CAIDI

[20] Exhibit 13. 2023 Electric Reliability Data Comparison

[21] Exhibit 13. 2023 Electric Reliability Data Comparison

[22] Rabago, K.R., and Dutta, R. (nd). Retrieved on August 22, 2025, from the Local Solar for All website: https://www.localsolarforall.org/news/michigan-report.

[23] 2023 Energy Legislation. Retrieved from Michigan Public Service Commission website on August 27, 2025 from: https://www.michigan.gov/mpsc/commission/workgroups/2023-energy-legislation

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

programming. In so doing, EGLE had to forgo other funding opportunities, program structures, and support for other programs. There is no way to recover this lost time or effort.

44.    EGLE cannot simply backfill with state funds to keep the MI Solar for All without the administrative support and funding provided by EPA's Solar for All program. The SFA program amounts to nearly 17% of EGLE's overall annual operating budget. No other funds are available to cover MI SFA costs. Many existing EGLE programs are required by law to protect public health and the environment. Terminating or weakening those critical programs to fund MI SFA is not possible.

45.    The SFA program also allowed EGLE to work closely with EPA in developing and implementing its work plan.  EPA provided crucial programmatic support to EGLE, providing guidance, reviewing and approving program workplans and quality assurance plans, monitoring program spend, and ensuring program compliance through frequent check-ins.  That ongoing collaboration and programmatic support had value to EGLE and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

**Conclusion**

46.    EPA's decision to terminate the entire Solar for All program has caused and will continue to cause irreparable harm to Michigan and its residents.

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November, 2025, at Haslett, Michigan.

Joy H. Wang, Ph.D.
Director, MI Solar for All
Michigan Department of Environment, Great Lakes, and Energy

DECLARATION OF JOY H. WANG, PH.D.
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

16

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744