**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | DECLARATION OF MELISSA PAWLISCH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

I, Melissa Pawlisch, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a resident of the State of Minnesota. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with Minnesota Department of Commerce ("Commerce") staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am the Assistant Commissioner for Federal and State Initiatives for the Division of Energy Resources at the Minnesota Department of Commerce.

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

3.     I hold a Master of Science in Science, Technology and Environmental Policy from the University of Minnesota Humphrey School of Public Affairs and have spent over 25 years working on energy projects including more than 20 years advancing clean energy across the State of Minnesota. I have worked with local communities, residents, businesses, utilities, and local governments to deploy energy efficiency and renewable energy projects. Prior to joining the Commerce in 2023, I spent 20 years at the University of Minnesota leading the Clean Energy Resource Teams partnership.

4.     In my capacity as Assistant Commissioner at the Minnesota Department of Commerce, I lead and am responsible for overall program oversight for Minnesota's Solar for All ("SFA") program and the team of staff working to advance the program for Minnesotans.

5.     I submit this declaration to provide details on the ways regarding how the termination of the Commerce's SFA program by the Environmental Protection Agency ("EPA") has harmed—and will continue to harm—Minnesota.

**The Solar for All Program**

6.     In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies.  Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

7.     In accordance with Congress's directive, EPA designed and launched the Solar for All Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

8. On June 28, 2023, EPA published its Notice of Funding Opportunity ("NOFO"), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Commerce Applied for and Received SFA Funding**

9. On October 12, 2023, Commerce submitted an application under the NOFO.

10. In developing its application, Commerce consulted with 78 unique stakeholder organizations, including utilities, local units of government, technical colleges, tribal nations, solar installers and developers, non-profit organizations, and finance entities. Nearly 50 of the organizations provided letters of support in support of the program proposal.

11. On July 15, 2024, Commerce received an award for $62,450,000 of SFA funding dated July 9, 2024. On December 12, 2024, EPA transmitted an Assistance Agreement to Commerce. A true and correct copy of Commerce's initial Assistance Agreement under Award 5H-84089501 is attached hereto as **Exhibit 1**.

12. EPA obligated the entire $62,050,000 balance of Commerce's SFA award as of the date of the Assistance Agreement. Commerce's funds appeared on September 3, 2024, in Commerce's Automated Standard Application Payments ("ASAP") accounts.

**Commerce Plans and Designs its SFA Offerings**

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

13.     Between the date of its award and December 2024, Commerce negotiated its work plan and budget with EPA. On November 4, 2024, Commerce submitted its final Work Plan to EPA. The Work Plan outlined Commerce's plan for planning, designing, and implementing an SFA Program within Minnesota.  A true and correct copy of Commerce's Work Plan is attached hereto as **Exhibit 2**. During this time, Commerce was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan.

14.     Commerce's Work Plan proposed to invest $46.85 million in financial assistance for residential-serving solar projects across the state.  Financial assistance activities were to span five key programmatic areas:

- $2 million for direct-to consumer funding to support deployment of on-site solar in low-income and disadvantaged single-family homes.

- $1 million to support the deployment of ground-mounted solar for manufactured homes.

- $10 million to support multifamily building owners to install solar that would directly benefit all of a building's residents.

- $23.85 million to create and administer targeted financial assistance, including specialized bridge loans and project loans, for community solar that prioritizes community ownership across the state.

- $10 million to all eleven federally recognized tribal nations to deploy residential serving solar. Beyond financial assistance, the Minnesota Solar for All effort planned to provide technical assistance for project pre-development, interconnection design, and permitting assistance.

Commerce also took steps to launch a community energy navigator initiative that would have supported local community-based organizations' efforts to increase residents' understanding of their solar options and potential bill savings.  Funds were specifically dedicated for workforce development.

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

15. In preparing to close out the Planning Period, Commerce met with partners at Minnesota Housing Finance Agency ("Minnesota Housing") and the Minnesota Climate Innovation Finance Agency, sister state agencies, to refine program design for the multifamily and community solar financing options. Commerce also held meetings with tribal nations, through the Tribal Advocacy Council on Energy, to further refine program plans. Additionally, Commerce updated its program website to share program details and participated in a number of public meetings and events to share financing and program plans and gather feedback from potential adopters.

16. EPA approved Commerce's work plan on December 9, 2024, and the 2% funding restriction was lifted. EPA incorporated the work plan into the Agreement with Commerce. A true and correct copy of Commerce's revised Assistance Agreement is attached hereto as **Exhibit 3**.

17. On February 4, 2025, Commerce submitted an updated Work Plan. Commerce was officially approved by EPA to exit the Planning Period on March 6, 2025. Since that time, Commerce has developed program plans with Minnesota's Weatherization Assistance Program staff to implement the residential solar offerings and was slated to launch pilots with three service providers in September of 2025. Similarly, Commerce was in the process of finalizing contracts with two tribal nations, one of which was ready to begin construction yet this fall. Commerce has also been working to finalize the Memoranda of Understanding with both Minnesota Housing and Minnesota Climate Innovation Finance Agency; Commerce was on the cusp of finalizing these agreements when it received a termination letter stating the program efforts must end.

**EPA Eliminates Solar For All and Terminates Commerce's SFA Grant**

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

18.     On August 7, 2025, I became aware that EPA had decided to terminate the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[1]



**Lee Zeldin** ✔ ⬤
@epaleezeldin

The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".

In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!

The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.

Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

19.     Later that same day, Commerce received a letter from EPA terminating Commerce's SFA grant. A true and correct copy of the letter is attached hereto as **Exhibit 4**.

20.     The letter stated that the One Big Beautiful Bill Act ("OBBBA") had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program.

---

[1]     Lee     Zeldin     (@epaleezeldin),     X     (Aug.     7,     2025,     11:07     AM), https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

21. Prior to the termination notice, Commerce's ASAP account contained $62,021,529.96, the full obligated balance of Commerce's SFA award. On August 13, however, I learned that EPA had suspended Commerce's ASAP account for the SFA program.

22. Sometime prior to August 18, 2025, EPA changed Commerce's ASAP account status again. This time, EPA changed the account status indicator to "Liquidated," changed the performance period end dates from April 30, 2029 and August 30, 2029 to August 15, 2025 and December 8, 2025 and reduced the available balance from $62,021,529.96 to $4,322,706.18.

23. To date, EPA has not provided Commerce with any explanation regarding the changes made to Commerce's ASAP account.

24. On August 27, 2025, pursuant to the Assistance Amendment, Commerce submitted a Notice of Disagreement to EPA's Award Official, Mr. Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 5**.

25. On September 6, 2025, pursuant to the Termination Letter, Commerce submitted a Dispute of Termination to EPA's Dispute Decision Official, Mr. Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 6**.

26. On October 1, 2025, Commerce received an email containing instructions on how Commerce was to close out their SFA grant. This email did not acknowledge Commerce's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 7**.

27. On October 28, 2025, Commerce received a letter from EPA stating that it had determined that Commerce's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 8**.

28. On November 3, 2025, Commerce responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that Commerce begin closing out its grant. A true and correct copy of Commerce's letter is attached hereto as **Exhibit 9**.

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**Termination of the Solar for All Program Has and Will Harm Minnesota and its Residents**

29.     The loss of the Solar for All Program will harm Minnesota and its residents.

30.     Between the various programs Commerce intended to offer using the funding EPA awarded pursuant to the SFA program, Commerce was expecting to serve 11,000 low-income households, reducing electrical bills by 20%, or between $250-$300 per year or more, for each participating household. With the loss of the previously obligated funds, Commerce will no longer be able to offer no-cost solar installations for low-income homeowners. It will no longer be able to offer funding for solar installations to serve affordable housing properties that serve low-income Minnesota renters. Commerce will no longer be able to provide financing to scale residential-serving community solar gardens across Minnesota – offering solar savings regardless of home ownership, solar access, or access to capital for a resident to own their own solar array. Commerce will no longer be able to support the 11 sovereign Tribal Nations in Minnesota with advancing projects to serve their tribal residents, drive energy affordability, and increase tribal energy sovereignty.

31.     In addition, Commerce expected to invest $2.6 million in expanded job training opportunities to help Minnesota join the solar industry with SFA funds. Projects would have advanced contracts with local installers, construction workers, and electricians, and provided a market for Minnesota-manufactured Heliene solar panels. This compounds the harm already caused to the solar industry by the Trump Administration's early end of federal tax credits for distributed solar.

32.     The premature end of the SFA Program also harms Commerce as an employer. Commerce had used SFA funding to support 3.5 full-time-equivalent employees. These employees have been essential in advancing program design, conducting outreach to potential community partners, negotiating memoranda of understanding with two state agencies, and working closely with tribal nations to establish contracts. Now that EPA has terminated the SFA

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

Program, staff will forgo these collaborations and will have to shift to other projects, eating into other programmatic funds and depleting those funds far more quickly than anticipated. Minnesota is simply unable to make up for this loss of funds to advance this residential serving solar work.

33. More generally, loss of SFA funding and the loss of federal support for solar energy generally will harm Minnesota and its residents. At a time of expanding electrical demand, solar and wind represent the least expensive way to add electrical supply in Minnesota. That does not even account for the public health savings that come from the fact that, compared with other means of generating electricity, solar is pollution-free. The attempt to eliminate SFA funding is not happening in a vacuum. It joins a suite of other recent federal actions that will lead to high inflation in the electrical sector, including tariffs, tax credit rollbacks, a suite of executive orders aimed at discouraging the development of low-cost renewable energy resources and attempting to force states to subsidize the continued use of uneconomical coal plants. These things add up, and as energy prices rise, overall economic activity will be discouraged. Rising energy prices and reduced economic growth will hit low- and moderate-income residents the most—exactly the population that SFA seeks to help.

34. Further, Minnesota has set a statewide carbon-free electricity standard by 2040 which builds upon nearer term renewable energy standard requirements.[2] Solar for All activities would have contributed toward Minnesota meeting these targets. It would also have driven investments, project models and outreach opportunities to ensure that income eligible households were able to participate in projects that contribute to these targets and thereby reap the financial benefits of that participation

35. In 2023, Minnesota updated its community solar garden statute to focus the benefits on low- and moderate-income households. Losing Solar for All programming means

---

[2] *See* Minn. Stat. § 216B.1691.

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

that an effort primed to deliver additional savings for the low-income households participating in this program – helping households save at minimum 20% rather than the base required savings of 10% – can no longer send the clear signal to drive these further meaningful savings for households.

36.    Moreover, Commerce acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. Commerce expended more than 1,385 employee hours on SFA programming. In so doing, Commerce had to forgo other funding opportunities, program structures, and scaling of other solar deployment opportunities. There is no way to recover this lost time or effort.

37.    Commerce cannot implement its own Solar for All program without the administrative support and funding provided by EPA's Solar for All program. For example, Minnesota's Weatherization Assistance Program was primed to scale its work installing solar alongside traditional energy efficiency activities; without Solar for All funds, the programmatic resources to advance this work have evaporated. The same is true for Minnesota Housing's multifamily efforts. Minnesota has invested considerable funds in solar deployment over the past decade, but Minnesota currently projects deficits in the 2028-2029 fiscal year biennium; there will be no new funds available to make up for this programmatic loss.

38.    The SFA program also allowed Commerce to work closely with EPA in developing and implementing its work plan.  EPA provided crucial programmatic support to Commerce, including connecting Commerce with technical assistance from the National Renewable Energy Lab.  Those ongoing collaborations and programmatic support had value to Commerce, and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

**Conclusion**

39.    EPA's decision to terminate the entire Solar for All program has caused and will continue to cause irreparable harm to Minnesota and its residents.

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

40.    This loss of funding will hurt Minnesota residents and will hurt energy affordability for Minnesota's most vulnerable, income-constrained households.

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November 2025, at Saint Paul, Minnesota.

_____
Melissa Pawlisch
Assistant Commissioner, Federal and State Initiatives
Minnesota Department of Commerce, Division of Energy Resources

DECLARATION OF MELISSA
PAWLISCH IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744