**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>               Defendants. | NO. 2:25-cv-02015-TMC<br><br>DECLARATION OF JULIE WOOSLEY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, Julie Woosley, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of North Carolina. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with NC DEQ staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

2.      I am currently employed by the North Carolina Department of Environmental Quality (NC DEQ) as Director of the North Carolina State Energy Office.

3.      I have a Bachelor's Degree in Chemistry and a master's degree in Management and Community Practice from the University of North Carolina at Chapel Hill. I first started working for the North Carolina Department of Environmental Quality (then the Department of Environment, Health and Natural Resources (DEHNR)) in 1993. I have since worked in six Divisions within NC DEQ over 26 years, including as Deputy Director of the Division of Waste Management, Interim Deputy Director of the Division of Water Infrastructure, Section Chief of the Hazardous Waste Section, Section Chief of Industrial Assistance, and other positions. During my time in the Division of Pollution Prevention and Environmental Assistance, I worked on public, commercial and industrial energy efficiency, water efficiency, and the reduction of hazardous materials use and regulated discharges. I have also volunteered with a residential and schools solar nonprofit Board for more than twenty years.

4.      In my capacity as Director of the State Energy Office (SEO), I am responsible for directing and overseeing the work of the Office, including fifteen state and Federally funded programs that address public and residential energy efficiency, energy planning, energy security and emergency response, grid resilience and innovation, renewable energy, and more.

5.      The NC SEO was established in what was then NC DEQ's predecessor, DEHNR, moved between other state Departments for several years, and moved back to NC DEQ in 2013 where it remains. DEQ's State Energy Office is dedicated to ensuring an efficient and sustainable energy future for the residents of North Carolina. The Office provides services and technical expertise focused on affordable, efficient and resilient energy, encouraging the growth and

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

development of the state's energy economy with the goal of making North Carolina a leader in the creation of energy jobs. The Office also works to increase the use of renewable energy and alternative fuels and improve energy efficiency and resilience throughout the state, serving as the principal source of information for these energy areas. The SEO is tasked with implementing specific legislation and state executive orders related to energy, such as measuring and reporting on progress towards N.C. Gen. Stat. §143-64.12, passed in 2002, which set a goal for all state agencies and state institutions of higher learning to reduce energy consumption by 30% from their 2002/2003 baseline levels by 2015. To assist with this goal, the statute also established the Utility Savings Initiative (USI) which is charged with the management of energy, water, and other utility usage. Further building on this effort in 2018, then Governor Cooper signed Executive Order 80, "North Carolina's Commitment to Address Climate Change and Transition to a Clean Energy Economy," which increased the energy reduction goal to 40% per square foot by 2025 for Cabinet Agencies. Higher education institutions, K-12 schools, and governmental units are encouraged to adopt the same 40% energy reduction goal. In 2022 Governor Cooper signed Executive Order 246, "North Carolina's Transformation to a Clean, Equitable Economy," which included goals for electric vehicles and environmental justice and an additional goal to reduce the state's greenhouse gas emissions to at least 50% below 2005 levels by 2030 and achieve net-zero emissions as soon as possible, but no later than 2050. Since inception, the USI program in the State Energy Office has avoided over $2.37 billion dollars in state utility costs since 2003.

6.      The SEO is the lead grant applicant of the Greenhouse Gas Reduction Fund Solar for All Grant, in collaboration with the North Carolina Clean Energy Technology Center, the

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Clean Energy Fund of the Carolinas (formerly the NC Clean Energy Fund), and Advanced Energy. The collaboration is known as EnergizeNC. On July 8, 2024, the EPA awarded the EnergizeNC coalition with a $156,120,000 Solar for All grant. Of the total award amount, $400,000 was awarded as in-kind technical assistance provided by the National Renewable Energy Laboratory.

7. I submit this declaration to provide details on the ways in which the Environmental Protection Agency's (EPA) termination of the Solar for All (SFA) Program has harmed North Carolina.

**The Solar for All Program**

8. In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies.  Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

9. In accordance with Congress's directive, EPA designed and launched the SFA Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in solar markets, including those serving low-income and disadvantaged communities. SFA grantees would

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefitting low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

10.     On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**NC DEQ SEO Applied for and Received SFA Funding**

11.     On October 11, 2023, the NC DEQ State Energy Office submitted an application under the NOFO requesting a SFA grant for $250 Million.

12.     In developing its application, the SEO set up a collaborative partnership with the North Carolina Clean Energy Technology Center at North Carolina State University (NCCETC), the Clean Energy Fund of the Carolinas (CEFC), and Advanced Energy to form a coalition to develop the program application known as EnergizeNC.  During the application phase, the SEO consulted with the NC Governor's Office, NC Housing Finance Agency, and NC-based community-based organizations (CBOs) to weigh in on the implementation of Inflation Reduction Act-funded programs.

13.     On May 16, 2024, EPA posted the following to the Solar for All Frequently Asked Questions document: "After awards are made, the recipient may draw down no more than 2% of

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

the EPA funding, identified in the Notice of Award, for direct costs for the following cost categories: personnel; fringe benefits; contractual costs for consultants procured in accordance with 2 CFR 200 and 1500; and indirect costs, that are necessary for the recipient to finalize the scope of work of this agreement. This limitation includes pre-award costs and costs the recipient incurs after award. EPA cannot confirm whether costs incurred or drawn down are allowable until EPA reviews and approves the documents. Any costs incurred by the recipient are at their own risk until the documents are approved by EPA." NC DEQ's coalition partners continued to work at their own expense and risk.

14.    On July 8, 2024, the EPA awarded NC DEQ with a conditional $156,120,000.00 SFA grant, Award Agreement 84091701-0.

15.    In order to remove the conditions from the grant, NC DEQ had to submit a final grant package that included: a revised workplan, a project timeline, budget detail, a completed budget questions form, an updated SF-424 form signed by the DEQ Secretary, and an updated indirect rate sheet.

16.    Under this conditional grant, EPA allowed NC DEQ to use up to 2% of the grant award for allowable costs, such as personnel, fringe and contractual costs in accordance with 2 CFR 200 and 1500, as well as allowable indirect costs that were necessary for the recipient to finalize the scope of the work of this agreement. However, EPA did not allow for recipients to provide subawards to coalition partners, per FAQs posted May 16, 2024. During this time, NC DEQ staff spent approximately 1,679 reimbursable but unreimbursed hours on program development and coalition partners spent approximately 600 unreimbursed hours developing the final grant application and documents.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

17.    On July 1, 2024, the North Carolina state legislature implemented a review process by the General Assembly's Joint Legislative Commission on Governmental Operations which added a 90-day delay for state agencies to be able to access any Federal grants received over $2.5 Million. NC DEQ submitted the SFA July 8, 2024 grant award to the legislature to start this process on July 10, 2024. This process prevented NC DEQ from being able to access the 2% early access funds for internal or coalition partner expenses for 90 days, from the date of submission for the Government Operations review process, or until October 10, 2024. NC DEQ was able to begin reimbursing for internal program development expenses, and to begin reimbursing coalition partners, starting October 10, 2024. All work and expenses incurred before that date remained unreimbursable for NC DEQ and the coalition partners.

18.    On October 9, 2024, NC SEO submitted its final Work Plan to EPA. The Work Plan outlined NC DEQ and the coalition's plan for developing and implementing its SFA program. A true and correct copy of the Work Plan is attached hereto as **Exhibit 2.**

19.    On December 18, 2024, EPA finalized the $156,120,000 SFA grant in Assistance Amendment 84091701-1.   A true and correct copy of DEQ's Assistance Agreement and Amendments are attached hereto as **Exhibit 1**.

20.    EPA obligated the entire $156,120,000.00 balance of NC DEQ's SFA award on December 18, 2024, the date of Assistance Amendment 84091701-1.

NC DEQ staff have spent approximately 6,192 hours on program development and coalition partners have spent approximately 9,914 hours on program development since the start of the approved work plan, May 1, 2024.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**NC DEQ Plans and Designs its SFA Offerings**

21.    NC DEQ, in collaboration with the EnergizeNC coalition, negotiated and completed the required work plan and budget with EPA. On October 9, 2024, NC SEO submitted its final Work Plan to EPA. The Work Plan outlined EnergizeNC's plan for planning, designing, and implementing its SFA program. A true and correct copy of the Work Plan is attached hereto as **Exhibit 2.**

22.    NC DEQ's Work Plan proposed four goals:

**Goal #1:** Create a comprehensive program management approach over a one-year planning period to include input from low-income and disadvantaged communities.

**Goal #2:** Reduce greenhouse gas (GHG) emissions, lower energy costs, and foster environmental justice through installation of rooftop solar at low-income single-family and multifamily units across North Carolina, including community solar access.

**Goal #3:** Foster and develop a trained workforce to deploy solar in all regions of the state, especially in LIDACs.

**Goal #4:** Provide robust community engagement to ensure that project benefits flow to LIDAC and individuals.

To achieve Goal 2, the workplan detailed the following four pathways:

1.    Rooftop Solar for Single-family Homes will be offered through three pathways:

    a.    Low-income single-family, paired with weatherization

    b.    Single-family tariffed on-bill program

    c.    Single-family financing programs

2.    Behind-the-Meter solar installation (Multifamily Solar program)

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

3.  Single-family Storage Pilot Program (Solar/Storage Pilot) for households with medical necessity

4.  Community Solar Pilot Program (Community Solar Pilot)

The following funds were allocated to each program area in NC DEQ's workplan update submitted to EPA in October 2024. Note that the amounts within each of the program areas was likely to shift based on research during the planning period, as the optimal allocation of funds among program areas was determined.

- Single-family homes (full and partial rebates and revolving loan products) – $91,738,584

- Multi-family homes (rebates and revolving loan products) – $24,489,702

- Solar + Storage single-family home pilot – $218,482

- After significant research and input from stakeholder groups, the coalition was planning to expand this pilot to focus on NC's need for energy resiliency, likely to ~$2 million.

- Community Solar subscription subsidies – $643,233

- Total financial assistance for NC Communities: $117,090,000

23.    Pursuant to its approved Work Plan, NC DEQ elected to take a full Program Planning Period to design and ready for implementation its SFA program, with the collaborative partners of EnergizeNC.

a.  During the planning period after receiving the final grant award in December 2024, NC DEQ and the Collaboration partners met weekly for program development and related work, and set up subcommittees to address specific

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

facets of the program in more detail. NC DEQ led the program development effort and was lead on program oversight. NC DEQ utilized parts of existing staff and hired one temporary and one time limited staff member to lead their work, issued grants to NCCETC and CEFC, established EnergizeNC collaboration meetings, reviewed and paid invoices related to the grants, met regularly with the EPA Project Officer, led the program planning process, provided information and oversight on program requirements, and ensured reporting requirements were met. CEFC hired staff and led the work on the development of financial models and assistance products, led collaboration with housing finance authorities and led the development of communication and outreach plans for residential energy programs including Solar for All. NCCETC hired staff, organized the monthly solar installer meetings, provided technical support, and led the effort on community solar. Advanced Energy provided input on contractor training and installation oversight.

b.  The entire coalition, as part of the program planning period that officially began December 18, 2024, was engaged in the development of program plans, in partnership with EPA program staff and led by NC DEQ. CEFC and NCCETC provided technical material for these work plan edits and SEO finalized and submitted these edits to the EPA.

c.  NC DEQ, as the lead award recipient, led the coalition's development of administrative policies and procedures necessary to implement Solar for All in accordance with all Federal requirements. This began with establishing and

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

managing the working relationships between SEO and the two lead subrecipients, CEFC and NCCETC. SEO managed the creation of agreements between NC DEQ and the subrecipients and establishing them in NC DEQ systems to facilitate payments. SEO set and managed the cadence of meetings with the coalition at varying levels of breadth – e.g., full coalition meetings, program manager meetings, organization leadership meetings – to raise and resolve key program management and design issues. While each coalition member had program management employees, SEO took the lead in overall program management, drafting and refining program timelines and planning documents and tracking the assignment and completion of distinct tasks within those timelines. SEO established payment processes for the review and approval of subrecipient invoices, creating invoice and documentation templates for subrecipient use that fulfilled NC DEQ requirements. SEO was the main point of contact with the EPA on all matters, including managing regular meetings with EPA Project Officers and attending additional workshops and working group meetings on program reporting, audit and oversight, and refinement of EPA guidance (e.g., how household savings would be measured and reported). SEO managed the quarterly reporting to EPA, collecting relevant data from subrecipients, collating and editing it in EPA-approved templates, and submitting results to the EPA.

d.  On March 17, 2025, NC DEQ signed a grant agreement with CEFC to develop and implement financial products and incentives for the program, lead education and outreach activities, and to participate in technical program development

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

activities such as consumer protection and workforce development. This agreement included $117,090,000 in program financial incentives that were to pass through NCCEF, and $22,550,565 in NCCEF's personnel and contractual costs. This agreement was in the process of being amended, as the coalition determined after this agreement was signed that financial incentives would instead flow through NC DEQ.

e.  NC DEQ signed a grant agreement with NCCETC on February 27, 2025, for $7,229,119 to lead the technical program development activities, including consumer protection policies, contractor requirements and outreach, workforce development programs, and broader market transformation, and to participate in outreach and engagement and financial incentive design activities.

f.  NC DEQ asked the coalition partners to pause all work on August 8, 2025, following receipt of the August 7, 2025, letter from EPA.

g.  SEO maintained a NC DEQ website (https://www.deq.nc.gov/energy-climate/state-energy-office/inflation-reduction-act/solar-all) with general information on the program and announcements on new developments. CEFC also maintained EnergizeNC.com, which provided general information on the program as well as advertising opportunities for engagement with the program by the general public (through applying to join the Community Advisory Board) and relevant contractors (by advertising Requests for Proposals (RFPs) for services to the program, such as financial modeling, legal services, strategic communications, etc.).

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

h. CEFC had recently signed a contract with Emergent Solutions for the development of a strategic communications plan for the program, which was to include development of long-term engagement plans with communities across the state. This work was put on hold on August 7, 2025.

i. CEFC has been the lead point of contact between the program and a coalition of NC CBOs that have been convening around the implementation of Inflation Reduction Act-funded programs. CEFC has provided regular updates on SFA to this group and received feedback on how the program design could best connect with and serve low-income communities.

j. CEFC led the development of our program's Community Advisory Board (CAB), a representative group of 15 NC residents with connections to or stakes in the communities the program intends to serve. The CAB was convened as part of the Solar for All program requirement to establish participatory governance. The CAB was assembled to provide input on program design elements, particularly through the lens of ensuring the program is approachable and thoughtfully designed with the intended participants in mind. The CAB met three times since their inception to provide key feedback to the coalition on how to make this program approachable to communities and what design elements could make this successful. The CAB was subject to NC Open Meetings law, and thus meetings were open to the public. Dozens of non-CAB members unaffiliated with the program attended these sessions.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

24. NC DEQ also used the Program Planning Period to further develop the programs outlined in its application, including single family solar installation for low and moderate-income households, solar for low income public multifamily housing, a solar plus storage pilot program for households with medical necessity, and community solar subscriptions for homes not suitable for solar. For example, NC DEQ did the following:

- As detailed above, NC DEQ signed agreements with two of our three subrecipients. Agreements with CEFC and NCCETC (via NC State University, where NCCETC is housed) were executed in spring 2025. In addition, shortly before receipt of the EPA's termination letter, after many months of preparations and approvals, SEO was ready to solicit an RFP for a program implementer via the State Term Contract processes. This implementer would be the organization eventually responsible for day-to-day operations of the program, interfacing with program participants and contractors, processing applications, disbursing rebates, and ensuring projects were completed as prescribed by the program design activities.

- CEFC managed six separate RFP processes for additional supportive services and entered into contracts with six vendors to support SFA program design activities. These services included legal, compliance, strategic communications, web portal development, financial modeling, and consumer lending platform development.

- NCCETC contracted with one vendor for the development of an Application Programming Interface (API) to be eventually used on the program's web portal.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

14

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

- NCCETC managed a working group that met with solar contractors and other key industry stakeholders on a roughly biweekly basis to provide insight and feedback on the technical design elements of the program. These contractors spent the time to engage with the coalition around establishing a robust vendor registration program (VRP), a step in the process to ensure consumer protection. The VRP, which was planned to launch in early September to begin accepting contractor applications, was created to ensure only reputable contractors could participate in this program. This working group also helped inform the coalition on topics related to consumer savings models, consumer protection, solar equipment, process design, and more, with no benefit to them except the anticipation that they would become a registered vendor in the program and have a new stream of income from this program.

- NCCETC had recently begun convening a working group around community solar issues. As regulatory conditions in North Carolina create a challenging landscape for community solar projects, NCCETC began this group to discuss options for advancing more community solar work in the state.

- Utilities across the state and public staff have been integral in the planning process as well, assisting with determining key rate structures, unsubscribed community solar capacity, and existing pilot programs that could be used as references for SFA.

- Other subject matters experts from universities, non-profits, and CBOs have provided feedback on data collection, community mapping, housing stock, and

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

15

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

many other topics that are crucial to successfully implementing a large program like this.

25. The EPA Program Officer confirmed on July 14, 2025 that the coalition had met the SFA Terms and Conditions to exit the planning period for that portion of our program. As of August 7, 2025, the coalition had refined the program work plan to define how it would provide subsidies for community solar subscriptions to low-income households and coalition members were actively engaged in further refining the work plan on the solar plus storage pilot for low-income households dependent on medical devices, and on the services for multi-family properties.

26. NC DEQ has been actively working on designing and preparing to launch its SFA programming throughout 2025 and anticipated it would launch pieces of the NC DEQ SFA programming beginning in fall 2025 through early 2026.

**EPA Eliminates the Solar For All and Terminates NC DEQ's SFA Grant**

27. On August 7, at 7:10 pm, I and others at NC DEQ received an email from EPA with an attached memo with the subject Termination of EPA Assistance Agreement 5H-84091701 under 2 CFR 200.340, which said EPA is hereby terminating NC DEQ's SFA grant (hereinafter, "August 7, 2025 Memorandum"). A true and correct copy of the letter is attached hereto as **Exhibit 3**.

28. The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

16

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

the substantive legal authority or the financial appropriations" needed to continue the SFA program.

29.    On August 8 at 1:18 pm, I and others at NC DEQ received an email from EPA with an attached amended award agreement (Assistance Amendment 84091701-2). This document shows no change to the total project cost of $156,120,000 or to the project budget, but shows a changed project period beginning May 1, 2024, and ending August 8, 2025. The project period in the December 18, 2024 Assistance Amendment begins May 1, 2024, and ends April 30, 2029.

30.    Prior to receipt of the August 7, 2025 Memorandum, NC DEQ's ASAP account contained $154,360,079.09 of the award. When checked on the morning of August 12, 2025, the balance had decreased by $143,554,873.55, leaving a balance of $10,805,205.54 in the account and the account status indicator had been changed to "Liquidated".

31.    As of the date of this Declaration, EPA has not provided NC DEQ with any explanation as to (1) why NC DEQ's SFA ASAP account available balance has been substantially reduced and how the new balance amount was determined, (3) why the performance period end dates have been modified, or (4) the status of the approximately $143,554,873 in funds that are no longer reflected in NC DEQ's SFA ASAP account.

32.    On August 27, 2025, pursuant to Assistance Amendment 84091701-2, NC DEQ submitted a Notice of Disagreement to EPA's Award Official, Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 4**.

33.    On September 4 (amended September 5), 2025, pursuant to the August 7, 2025 Memorandum, NC DEQ submitted a Dispute of Termination to EPA's Dispute Decision Official,

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

17

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 5.**

34.    On October 1, 2025, NC DEQ received an email containing instructions on how NC DEQ was to closeout their SFA grant. This email did not acknowledge NC DEQ's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 6**.

35.    On October 27, 2025, NC DEQ received a letter from EPA stating that it had determined that NC DEQ's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 7**.

36.    On November 3, 2025, NC DEQ responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that NC DEQ begin closing out their grants. A true and correct copy of NC DEQ's letter is attached hereto as **Exhibit 8**.

### Termination of the SFA Program Has and Will Harm North Carolina and its Residents

37.    The loss of the SFA Program will harm North Carolina and its residents.

38.    Between the various programs NC DEQ intended to offer using the funding EPA awarded pursuant to the SFA Program, NC DEQ was expecting to serve approximately 10,000 low- and moderate-income households, reducing electrical bills by at least 20%. With the loss of the previously obligated funds, NC DEQ will no longer be able to offer to approximately 10,000 residences these no- and low-cost solar installations, associated upgrades for roof replacement and/or electrical work, behind-the-meter solar installations at multifamily housing owned and operated by nonprofit and public organizations, community solar pilot programs (many with municipal utilities and electric co-ops) which would lower energy costs for participating low

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

18

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

income homes where solar is not feasible, and a solar plus storage pilot for homes with a medical necessity for uninterrupted power.

39.    Without SFA, project costs will be too high for low-income (<80% AMI) households to consider and they and their communities will not benefit from the energy savings, the emissions free power generation, the increased grid resiliency or the job creation that SFA would have provided. Moderate income households (~80-150% AMI) who would have received a subsidy and a low-cost loan, will likewise not be able to afford solar loans to install solar systems on their homes without the subsidy and low cost loan product planned to be offered by CEFC under this program. CEFC has the infrastructure and ability to offer residential loans, but without subsidy, monthly payments remain too high to be affordable for moderate-income households. Consequently, CEFC will continue to offer solar loans, but they will not be accessible to moderate-income households until Solar for All subsidies are restored. Once SFA subsidies are restored, CEFC will be able to subsize a portion of the solar installation, extend their loan terms, and lower interest rates. These measures bring down the overall cost of the project and lower monthly costs for households, making solar far more accessible for a moderate-income household.

40.    Additionally, the SFA Program was designed to assist with workforce development, to expand the availability of solar installers in rural and underserved areas of the state, and to help NC solar businesses keep their marketing costs down by connecting them with interested households as well as expanding the households that could afford to support these businesses through this program. The program was also a key in developing low-cost loans for moderate income households to pay for their portion of solar installations.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

19

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

41.    In addition, the SFA Program was expected to create at least 140 new green jobs in North Carolina's solar industry per year via construction/installation labor and related services, based on outputs from the National Renewable Energy Laboratory's (NREL) Jobs and Economic Development Impact (JEDI) models. This compounds harm already caused to the solar industry by the early end of federal tax credits for distributed solar. Given impacts to the solar industry from the rollback of Federal renewable energy tax credits, these impacts might be partially or fully realized in retained jobs/avoided job losses rather than in net new jobs, or in a net loss of jobs.

42.    The premature end of the SFA Program also harms NC DEQ as an employer. DEQ used SFA funding to hire one time-limited fulltime employee (FTE) and employed another FTE via temporary staffing who were both dedicated to SFA. Program efforts were also supported internally by parts of other FTEs not paid by this funding. DEQ had plans to hire an additional four other employees with SFA funding as the program ramped up to launch, with interviews in progress or scheduled when the termination letter was received. SEO management is temporarily shifting the current SFA staff to work on other programs, but will not hire the 4 new FTEs without this funding,

43.    EnergizeNC Coalition Partner NCCEF's approved budget included 9 FTEs during the planning period and 16 FTEs during the implementation years. They hired four new staff members in the past 6 months, each of whom worked 100% of their time on SFA, and the organization was on track to hire five additional FTEs by end of 2025 to work 100% on SFA. These positions would have ranged in experience levels from entry-level program associates to experienced loan officers. Once the SFA Program was purportedly "terminated", CEFC

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

20

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

immediately laid off its federal grants compliance manager. They were able to find temporary roles for the three other full-time SFA staff, but the funding supporting those roles is short-term.

44.    NCCETC hired three new full-time staff members with SFA funding, planned to hire 3.5 more FTEs, and partially supported 9 existing staff members with SFA funding (ranging from 20% to 98% of their effort). Now that the SFA Program has been "terminated" and funding suspended, NCCETC anticipates that 2-3 staff will need to be let go.

45.    NC DEQ does not have and does not anticipate receiving any new funding to cover this difference in full or in part.

46.    Now that the SFA Program has been "terminated" and funding suspended, coalition partner CEFC has been significantly impacted in their ability to offer consumer financing for solar and storage. Two aspects of the SFA program were pivotal in making the financing product affordable to modest-income families: allowing CEFC to extend 20-year loan terms to households and offering rebates to reduce the overall project costs. Without this funding, CEFC does not have a substitute path for home solar or solar plus storage financing for modest-income families without the SFA long-term capital and rebates.

47.    Coalition Partner CEFC is seeking philanthropic or other funding for pilot projects that could demonstrate the impact of providing subsidies and low-cost capital for low- and moderate-income households to obtain solar power. With subsidy and access to dedicated capital, CEFC can bring energy costs down substantially for these households. Moderate-income households would pay for a portion of the project with a low-cost loan, typically not expending more than they are saving on their energy bills. In coming months, CEFC will craft proposals for these targeted pilot projects and will pitch them to philanthropic funders. CEFC has had early

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

21

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

discussions with major funders, who have cautioned us that their funding levels will not be able to scale pilots without SFA investment.

48.    Now that the SFA Program is "terminated" and funding suspended, coalition partner NCCETC plans to pursue funding for complementary and enabling activities that would lay the groundwork for and streamline future SFA work by establishing best practices, processes, procedures, and data collection mechanisms. This cannot replace SFA funding or repair the damage being done to the NC solar industry. NCCETC is not aware of any funding sources that could replace the full funding necessary to implement the SFA program.

49.    NC DEQ asked the coalition partners to pause all work on August 8, 2025, following receipt of the August 7, 2025 letter from EPA.

50.    CEFC is under contract with six subcontractors to support the design and deployment of SFA financial assistance for total contract values over $825,000. These include contracts to deploy a consumer lending software platform and centralized program web portal, financial modelling, strategic communications, federal compliance and legal. All these contracts are now on hold and contractors are idled.

51.    NCCETC has a contract with an IT firm to develop an incentive API that would have been used in the EnergizeNC portal. The API is three-quarters of the way completed and requires $20,955 more to complete it. This is a major disruption and has led to ~$60,000 being put into work that will not result in a final product at this point.

52.    With the "termination" of the SFA Program, this program will no longer be able to offer no- and low-cost solar installations for low- and moderate-income households in single-family homes, along with associated upgrades for roof replacement and/or electrical work to

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

22

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

enable solar. NC DEQ will no longer be able to support behind-the-meter solar installations at multifamily housing owned and operated by nonprofit and public organizations, serving residents living in affordable housing units. Community solar subscription subsidies will not be provided, which would lower energy costs for participating low-income families whose homes may not have otherwise been suitable for solar. Finally, a solar plus storage pilot for homes with a medical necessity for uninterrupted power will not be implemented, testing a key model for resilient solar for especially vulnerable populations.

53.     NC's SFA program was designed to expand the availability of solar installers in underserved areas of the state and to help these businesses obtain the skilled labor necessary to fulfill the demand for solar this program would generate. Workforce development efforts that would have built this labor pool will now not take place. The program was also going to support other market transformation efforts that would have eased the implementation of solar across the state, identifying roadblocks to solar development – e.g., permitting and interconnection issues, community solar regulations – and working with partners to devise strategies to surmount these obstacles. All of these efforts would have provided real economic benefits to low-and-moderate-income households across North Carolina in reducing their utility bills and improving the quality and value of their homes. The solar industry, and the other construction industries that would have provided support such as electrical upgrades, will not see the business and job growth that the increased demand from this program would have provided. And all utility customers would have benefitted from the increased electricity generation provided, reducing demands on the state grid at a time when new data centers and other users are increasing the need for electricity generation, straining electricity infrastructure, and decreasing the grid's resiliency.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

23

54.    NC DEQ has climate pollution reduction requirements under N.C. Gen. Stat. § 143-64.12 and in state goals set through N.C. Executive Orders 80 and 246, and in the 2024 Preliminary Climate Action Plan and the 2025 Comprehensive Climate Action Plan now under public comment and due to EPA in December 2025 that will be more difficult to meet following the "termination" of the SFA Program.

Moreover, NC DEQ acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. Between the official award date on December 18, 2024, and receipt of the termination letter, NC DEQ expended approximately 3,114 hours in staff time on the SFA Program.

55.    From the project period official start date of May 1, 2024, until EPA's notification of termination memo, SEO estimates approximately 6,192 employee hours were spent on SFA programming. This does not include the hours spent preparing the initial program application in 2023 or additional program development work prior to May 1, 2025. In so doing, NC DEQ had to forgo other funding opportunities, program development and planning efforts. Additionally, NC DEQ staff spent many hours preparing the grant application for this award and conducting program planning prior to the May 1, 2025 date. There is no way to recover this lost time or effort.

CEFC staff have worked an estimated 4,027 labor hours on this project since October 2024 and NCCETC staff have worked an estimated 5,287 hours since October 2024.  Both entities also worked many unpaid hours before October 2024 on the grant application process and on early program planning and development. There is no way to recover this lost time or effort for these coalition members.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

24

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

56.    NC DEQ cannot operate its own SFA Program without the administrative support and funding provided by EPA's SFA Program. The SEO's state funding was reduced by $223,056 for state FY2025-26 and state FY2026-27, to $417,674. This is the only state funding the office receives. Additionally, the other main support for permanent SEO staff outside the Weatherization Program is the State Energy Program annual funds from the Federal Department of Energy. These funds will continue in FY2025-26 but Federal changes in indirect rates and fringe charges could potentially require additional staff reductions. NC DEQ is reviewing these changes to determine program impacts.

57.    The SFA Program allowed NC DEQ to work closely with EPA contractor the National Renewable Energy Laboratory (NREL) in developing and implementing NC DEQ's work plans. NC SFA partnered with NREL to establish two initial work plans for this technical assistance: 1) to provide technical background on system design, components selection, equipment specifications, warranties, performance, monitoring, and other equipment-focused technical questions; and 2) to provide information on NC utility net metering tariffs and retail rates, structured in a format that would enable modeling. Both threads of technical assistance are on hold as of EPA's termination letter on August 7, 2025. That ongoing collaboration and programmatic support had value to NC DEQ, and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

58.    SEO has been publicizing this program and award for months and projecting the potential benefits to NC residents; losing this award may foster distrust among NC residents on SEO's ability to deliver tangible results.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

25

59.     The EnergizeNC Coalition, led by CEFC, invested significant resources in engaging community-based organizations in the SFA program, following industry best practices to ensure effective program design by engaging stakeholders. As a measure of enthusiasm, over 100 individuals applied to serve on the EnergizeNC CAB. The sudden work stoppage erodes the credibility of CEFC for engaging community-based organizations in future projects, beyond SFA.

60.     The EnergizeNC Coalition, led by NCCETC, has also built and strengthened relationships with solar contractors around North Carolina through this program, and loss of SFA funding jeopardizes those relationships and the businesses themselves. These contractors have contributed a significant amount of time and effort into planning for this program at NCCETC's request. It is likely to be much more difficult to get them to participate in stakeholder engagement efforts in the future, and they will have less trust in the coalition partners. The loss of funding has also harmed the Coalition's relationships with key industry stakeholders (e.g., developers, advocacy organizations, utilities, subject matter experts, etc.) who were participating in a community solar working group, and relationships with utilities will also be harmed. The Coalition has spent a significant amount of time engaging with co-ops and municipal utilities in the state, telling them that we have funding available to support their community solar projects. The Coalition will now appear unreliable and less trustworthy if they cannot follow through on providing the funding.

**Conclusion**

61.     EPA's decision to terminate the entire Solar for All Program has caused and will continue to cause irreparable harm to North Carolina and its residents.

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

26

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November, 2025, at Raleigh, North Carolina.

_Julie Woosley_
_____
Julie Woosley
Director, North Carolina State Energy Office
North Carolina Department of Environmental Quality

DECLARATION OF JULIE WOOSLEY IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

27

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744