1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9
10

STATE OF ARIZONA, et al.,

                    Plaintiffs,

  v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY; and LEE ZELDIN, in his
official capacity as Administrator of the
U.S. Environmental Protection Agency,

              Defendants.

NO. 2:25-cv-02015-TMC
DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

     I, Joseph-Thanh "Joe" Nguyen, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

     1.     I am a resident of the State of Washington. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with Washington State Department of Commerce (Commerce) staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

     2.     I am the Director of the Washington State Department of Commerce. I was appointed to this role by Governor Bob Ferguson in December 2024 and began my tenure as

DECLARATION OF JOSEPH-THANH
"JOE" NGUYEN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Director in January 2025. I previously served in the Washington State Senate from 2019 to 2024.

3.      The Department of Commerce is responsible for enhancing and promoting sustainable community and economic vitality in Washington. Our mission is to strengthen communities in Washington. With a biennial budget of $7.9 billion, we administer a diverse portfolio of more than 100 programs and several state boards and commissions, all focused on helping communities achieve positive growth.

4.      As Director, I oversee all aspects of Commerce's funding and budget.

5.      Commerce administers grant funds to programs and serves as a pass-through for hundreds of millions of dollars of federal funding, passing funding directly to the communities and local governments who need it most.

6.      Washington State is dedicated to clean and renewable energy. Washington's Clean Energy Transformation Act commits Washington to an electricity supply free of greenhouse gas emissions by 2045. Clean electricity will allow Washington residents and businesses to power their buildings and homes, vehicles and appliances with carbon-free resources, such as wind and solar. Reducing fossil-fuel use will improve the health of communities, grow the economy, create family-sustaining jobs, and enable the State to achieve its long-term climate goals.

7.      I submit this declaration to provide details on the Solar for All Program, Washington's Solar for All (SFA) grant, and the harm caused to Washington and its residents by the elimination of the Solar for All program and the deobligation of its funding.

**The Solar for All Program**

8.      In 2022, President Joe Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This grant funding was part of Congress's larger efforts to create the Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas- and air pollution-reducing projects in communities across the country.

9.    Using this funding, EPA launched the Solar for All program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

10.    On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Washington Applied for and Received SFA Funding**

11.    On October 11, 2023, Commerce submitted an application under the NOFO.

12.    In developing its application, Commerce consulted with a number of stakeholders, including electric utilities, cities and counties, affordable housing providers, solar installers, workforce development entities, community-based organizations, community action entities, labor, environmental justice advocates, and many others. This engagement and the relationships that were cultivated are demonstrated in the over 20 letters of support that

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Commerce submitted with our grant application. In addition, Commerce worked with the state legislature to draft and pass agency request legislation on solar consumer protection in 2024 specifically in anticipation of receiving Solar for All funding.

13. Commerce was awarded $156,120,000 of SFA funding on July 8, 2024. On July 11, 2024, EPA transmitted an Assistance Agreement to Commerce. A true and correct copy of Washington's initial Assistance Agreement is attached hereto as **Exhibit 1**.

14. Pursuant to the Assistance Agreement, EPA obligated the entire $156 million balance of Washington's SFA award as of the date of the Agreement. The funds appeared shortly thereafter in Commerce's ASAP accounts.

**Commerce Plans and Designs its SFA Offerings**

15. Between the date of its award and December 2024, Commerce negotiated its work plan and budget with EPA. During this time, EPA limited the amount Commerce could draw down from its ASAP account to 2% of the total obligated award and only allowed certain expenses, such as staffing. This was to ensure that Commerce could effectively carry out "the significant scale, complexity, and novelty" of its SFA program.

16. On October 14, 2024, Commerce submitted its final Work Plan to EPA. The Work Plan outlined Commerce's plan for planning, designing, and implementing its SFA program. A true and correct copy of Commerce's Work Plan is attached hereto as **Exhibit 2.** The Work Plan was approved by EPA on January 14, 2025. After its Work Plan was approved, the funding restriction was removed, and EPA incorporated the budget and Work Plan into the Agreement with Commerce. A true and correct copy of Washington's revised Assistance Agreement is attached hereto as **Exhibit 3.**

17. Commerce's Work Plan proposed four programs that would expand solar access to income-qualified households, certain residents of disadvantaged communities, and federally recognized tribes throughout Washington. These programs would complement existing programs and policies to support distributed solar in Washington. These programs included:

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

a. Washington Affordable Solar Homes (WASH), a program focused on providing no-cost solar installations to approximately 1,660 qualified single-family homeowners, reducing greenhouse gas emissions by approximately 11,330 tons $CO_2$ annually over 5 years.

b. Expanded Shared Solar Access Program (ESSAP), a program that expands community solar access to approximately 1,430 income-qualified households and certain residents of disadvantaged communities, including those who qualify for utility assistance programs and tribal households, reducing greenhouse gas emissions by approximately 22,080 tons $CO_2$ annually over 5 years.

c. Bridging Energy Affordability for Multifamily Solar (BEAMS), a program that helps multifamily affordable housing properties access other state and federal solar incentives that they might otherwise leave on the table through loans, serving over 720 households and reducing greenhouse gas emissions by approximately 5,760 tons $CO_2$ annually over 5 years.

d. A tribal solar deployment program (Tribal Solar Program) co-designed with tribal governments to provide the benefits of solar to an estimated 1,200 tribal households reducing greenhouse gas emissions by approximately 8,720 tons $CO_2$ annually over 5 years.

18.    Pursuant to its approved Work Plan, Commerce elected to take a Program Planning period to design and ready for implementation its SFA program. The Program Planning period began in February 2025 and would have ended as soon as EPA approved an updated workplan, but no later than January 2026. During the Program Planning period, Commerce was allowed to spend obligated funds on the planning activities described in its Work Plan.

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

19.    During this period, Commerce did the following:

    a.    Drafted a Quality Management Plan and Quality Assurance Program Plan for EPA approval.

    b.    Hired two new program staff, reassigned three existing staff and trained them to design, oversee, and implement Washington's SFA program.

    c.    Established program data management tools, processes, and standard operation procedures for reporting.

    d.    Established financial tracking and reporting mechanisms to streamline budget monitoring, compliance and reporting.

    e.    Worked with communities to ensure that programs reach intended communities and are accessible throughout the State, including through developing a webpage and email lists, community engagement and outreach.

20.    Commerce also used the Program Planning period to further develop the four programs outlined in its Work Plan. For example, Commerce did the following:

    a.    Entered into a contract with a vendor to complete a Solar Readiness Study (Phase 1) for the BEAMS program.

    b.    Regularly engaged with electric utilities, including Seattle City Light, to keep them aware of Solar for All development and encourage them to participate in future programs when they launched.

    c.    Engaged with the Washington State Housing Finance Commission and Washington State University's Energy Program to provide equitable access to capital through the BEAMS program.

    d.    Engaged with tribes to determine how to allocate SFA funds to tribal households as part of the Tribal Solar Program.

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

21.     Commerce has been actively working on designing and preparing to launch its SFA programming throughout 2025, and anticipated it would launch Washington's SFA programming in early 2026. In preparation for launching the programs in early 2026, Commerce:

    a.  Began contract negotiations with vendors for income-qualification, solar readiness study phase 2, and Spanish-language outreach and education.

    b.  Developed a draft request for proposals for a program administrator to develop a qualified contract network, reporting database, Davis Bacon Act and Build America Buy America compliance, and administer the WASH program.

    c.  Began working with the National Renewable Energy Laboratory to develop educational resources for operations and maintenance, and a methodology for calculating household savings for the program.

    d.  Completed intake and began drafting an environmental justice assessment, as required by state law.

    e.  Held two internal program design workshops, developed customer journey maps for the WASH and BEAMS program, and began drafting an internal program design memo for the Tribal Solar Program.

**EPA Eliminates the Solar For All Program and Terminates Washington's SFA Grant**

22.     On August 7, 2025, I became aware that EPA was going to terminate the entire SFA program, as well as all grants awarded under the program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[1]

---

[1]     Lee     Zeldin     (@epaleezeldin),     X     (Aug.     7,     2025,     at     11:07     AM), https://x.com/epaleezeldin/status/1953518426602803684.

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744



**Lee Zeldin** ✓ ◉
@epaleezeldin                                          ...

The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction
Fund, which included a $7 billion pot called "Solar for All".

In some cases, your tax dollars were diluted through up to FOUR pass-
through entities, each taking their own cut off the top!

The bottom line is this: EPA no longer has the statutory authority to
administer the program or the appropriated funds to keep this
boondoggle alive.

Today, the Trump EPA is announcing that we are ending Solar for All for
good, saving US taxpayers ANOTHER $7 BILLION!

23.    Later, on August 7, Commerce received a letter from EPA terminating Washington's SFA grant. A true and correct copy of the letter is attached hereto as **Exhibit 4**.

24.    The letter stated that the H.R. 1 had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed H.R. 1 had; "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program. The letter also noted that recipients could continue to request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of the termination notice.

25.    Prior to the termination notice, Commerce's ASAP account contained nearly the entire obligated amount of Commerce's SFA award, around $155 million dollars; around $460,000 had already been drawn down by Commerce to cover expenses during the Program Planning period. On August 8, 2025, however, I learned that Commerce's ASAP account for the SFA program had been suspended. On August 12, 2025, the account remained suspended, but the available balance dropped to around $10 million, around 7% of the originally obligated

DECLARATION OF JOSEPH-THANH
"JOE" NGUYEN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

amount. On August 18, 2025, Commerce's ASAP account access changed yet again to a "liquidated" status and funds appear to be available to draw down. However, the "available balance" on the account still shows the substantially reduced $10 million, and the performance period was changed from May 1, 2024, through August 30, 2029, to May 1, 2024, to December 8, 2025.

26.     As of the date of this Declaration, EPA has not provided Commerce with any explanation as to (1) why Commerce's SFA ASAP account has been placed into a "liquidated" status, (2) why the available balance has been substantially reduced and how the new balance amount was determined, (3) why the performance period end dates have been modified, or (4) the status of the roughly $154 million  in funds that are no longer reflected in Commerce's SFA ASAP account.

27.     On August 28, 2025, pursuant to the Assistance Amendment, Commerce submitted a Notice of Disagreement to EPA's Award Official, Devon Brown. A true and correct copy of the Notice of Disagreement is attached hereto as **Exhibit 5**.

28.     On September 5, 2025, pursuant to the Termination Letter, Commerce submitted a Dispute of Termination to EPA's Dispute Decision Official, Michael Molina. A true and correct copy of the Dispute of Termination is attached hereto as **Exhibit 6**.

29.     On October 1, 2025, Commerce received an email containing instructions on how Commerce was to closeout their SFA grant. This email did not acknowledge Commerce's pending administrative dispute. A true and correct copy of this email is attached hereto as **Exhibit 7**.

30.     On October 27, 2025, Commerce received a letter from EPA stating that it had determined that Commerce's administrative dispute was moot. A true and correct copy of this letter is attached hereto as **Exhibit 8**.

31.     On November 5, 2025, Commerce responded to this letter, objecting both to the determination that the administrative dispute was moot and to the direction that Commerce

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

begin closing out their SFA grant. A true and correct copy of Commerce's letter is attached hereto as **Exhibit 9**.

### Termination of the Solar for All Program Has and Will Harm Washington and its Residents

32.    Between the various programs Commerce intended to offer using SFA funding, Commerce was expecting to serve over 5,000 low-income households, reducing electrical bills by at least 20%, with a target of 50% reductions. With the loss of SFA funding, Commerce will no longer be able to offer homeowners no-cost solar installations for low-income households, or provide multifamily affordable housing providers funding for upgrades for roof replacement and electrical work or financing to install solar and energy storage. Commerce will not be able to launch its community solar programming for renters and other households who cannot install solar where they live, nor will it be able to continue its partnership with tribes to further expand access to solar.

33.    In addition, SFA funding was expected to create at least 700 new green jobs in Washington's solar and clean energy industry. For example, solar installers in Washington, represented by the Washington Solar Energy Industries Association (WASEIA) shared this spring that they were relying on Solar for All to be a bridge for solar installers as residential federal tax credits are expiring. Solar for All funding would have allowed for stability in Washington's solar market and allowed solar installers to pursue training to diversify their skillset to continue employment in clean energy and electrification in Washington. With the end of SFA funding, those jobs will not materialize, and compounds harm already caused to the solar industry by the early end of federal tax credits for distributed solar.

34.    The premature end of SFA funding also harms Commerce as an employer. Commerce had allocated SFA funding to fund nine FTEs to directly administer its SFA programs. Five of these FTEs have been filled. Without this funding, Commerce would need to reassign these employees to other work and/or layoff staff. As a temporary measure,

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Commerce has reassigned FTE to other funded work within the energy division, but this is not a long-term solution.

35.     Commerce will have to terminate relationships with eight contractors and subrecipients who would have worked on SFA programs in Washington. For example, Commerce has incurred costs of approximately $14,750 under one contract for a solar readiness study, but the contractor has not yet completed deliverables, so Commerce will lose the value of the work completed to date. Commerce will have to cease contract negotiations with these partners, causing those partners to lose planned revenue and Commerce to lose these important working relationships with the clean energy industry and community partners.

36.     Likewise, Commerce will have to terminate its relationship with the National Renewable Energy Laboratory. Commerce planned to receive $400,000 of in-kind technical assistance from the Laboratory through the SFA program to make it easier to carry out and replicate efforts to expand solar access for low-income households.

37.     Moreover, Commerce acted in reasonable reliance on its fully-obligated SFA funding continuing to be available. Commerce expended more than 5,000 employee hours on SFA programming. In so doing, Commerce necessarily had to forgo other funding opportunities and program structures. There is no way to recover this lost time or effort.

38.     Nor can Commerce simply backfill with state funds to keep its SFA offerings available. This threat to Commerce's funding comes at a precarious time for Washington. Our State is one of several facing a budget shortfall. Commerce was relying on the continued availability of these obligated funds to pass more than $40 million to tribes in Washington; there is simply no way to replace this money. Moreover, Commerce was planning to leverage the SFA program to further invest state funding in battery back-up systems paired with solar for vulnerable low-income households, such as seniors and people with disabilities. Given the State's ongoing budget shortfall, it is impossible for the State to continue funding these programs without the support of federal funding.

DECLARATION OF JOSEPH-THANH
"JOE" NGUYEN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION
No. 2:25-cv-02015-TMC

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

39.     More generally, loss of SFA funding and the loss of federal support for solar energy generally will harm Washington and its residents.

40.     The State of Washington is committed to tackling human contributions to climate change and air pollution and has set ambitious goals to reduce greenhouse gas emissions. In 2020, the Washington Legislature set new greenhouse gas emission limits requiring the State to reduce emission levels by 45% by 2030; 70% by 2040; and 95% by 2050, achieving net zero emissions, as measured against 1990 levels. *See* RCW 70A.45.020. Providing access to solar energy sources to low-income and disadvantaged communities was part of this commitment to reduce greenhouse gas emissions. But now that the SFA program has been eliminated and Commerce's SFA account drained of its funds, it will be significantly more difficult to rely upon increased access to solar as a means to reduce greenhouse gas emissions.

41.     Recent modeling on Washington's electricity needs (the Net Zero Northwest Study) projects that distributed solar will provide up to 5 GW of electricity in the state by 2050. Without Solar for All, most of this capacity will be deployed by wealthier homeowners who can afford to install solar or who can pay to participate in utility community solar programs. Notably, a study conducted by Commerce reflected that, in 2023, electric utility energy assistance programs served roughly one in five low-income households eligible for energy assistance under state law, and no county in Washington had a utility program participation rate above 50%.[2] Thus, without the Solar for All program, low-income households will be further left behind in the clean energy transition. Current trends and utility plans anticipate low-income households statewide will not have access to crucial monthly bill assistance programs with uniform benefit levels for similarly situated households. Solar for All would have gone a long way in beginning to narrow that gap.

---

[2] Joe Nguyen, *Low-Income Energy Assistance 2025 Legislative Report*, Washington State Department of Commerce, Energy Division, at 8 (2025), https://deptofcommerce.app.box.com/s/hbj9xsebcrmb6ckucg3xe55rnq4arwjo.

DECLARATION OF JOSEPH-THANH "JOE" NGUYEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION No. 2:25-cv-02015-TMC

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

42.     In addition, Solar for All would have enabled multifamily affordable housing providers to access the state's community solar expansion program which only pays incentives after project completion. Thus, without Solar for All, there is no bridge to support projects that may not have the upfront capital to participate in the program.

43.     The SFA program also allowed Commerce to work closely with EPA in developing its work plan. Commerce will no longer be able to access technical assistance resources through the Clean Energy States Alliance, the National Community Solar Partnership Plus, and the National Association of State Energy Offices. Commerce would lose working relationships with other Solar for All grantees across the country, which informed program design, consumer protection, and workforce development for solar programs. Relationships with unions and workforce development stakeholders and opportunities for training, apprenticeships, and job placements for the solar workforce would be lost. The loss of these collaborative opportunities and programmatic support cannot be remedied.

**Conclusion**

44.     EPA's decision to terminate the entire Solar for All program—including the grant awarded to Commerce—has caused and will continue to cause irreparable harm to Washington and its residents.

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of November, 2025, at Olympia, Washington

_____
JOSEPH-THANH "JOE" NGUYEN
Director of the Washington State
Department of Commerce

DECLARATION OF JOSEPH-THANH
"JOE" NGUYEN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION
No. 2:25-cv-02015-TMC

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744