# EXHIBIT 3

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank



**Greenhouse Gas Reduction Fund**
**Solar for All**
**Illinois Finance Authority - Illinois Climate Bank**
**Revisions to the Approved Work Plan**
**Submitted 01/08/2025**
*Project Period: 9/1/2024 – 4/31/2029*

**Project Title:** Illinois Solar for All Expansion
**Grant Number:** 84090501
**Organization Name:** Illinois Finance Authority – Illinois Climate Bank
**Geography:** State of Illinois

**Business & Technical Point of Contact:**

Christopher Meister, Executive Director, Illinois Finance Authority

160 N. LaSalle St., Suite S-1000, Chicago, Illinois 60601

cmeister@il-fa.com | 312-590-1044

1

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Introduction ........................................................................................................................3

Section 1:  Project Description ...........................................................................................3

1.1 Overview ........................................................................................................................3

1.2 Project Outputs, Outcomes, and Linkage to the U.S. EPA's Strategic Goals ........................4

1.3 Low Income and Disadvantaged Communities Definition ...............................................5

Section 2:  Project Design Plan ..........................................................................................5

2.1 Activities ........................................................................................................................5

2.2 Meaningful Benefit Plan ................................................................................................6

2.3 DG Market Strategy .................................................................................................... 18

2.4 Financial Assistance Strategy ..................................................................................... 24

2.5 Project-Deployment Technical Assistance Strategy .................................................... 48

2.6 Equitable Access and Meaningful Involvement Plan .................................................. 52

Section 3:  Fiscal Stewardship Plan ................................................................................ 57

3.1 Financial Assistance Strategy ..................................................................................... 57

3.2 Program Controls ....................................................................................................... 57

3.3 Consumer Protection ................................................................................................. 59

3.4 Household Savings Guardrails ..................................................................................... 59

Section 4:  Timeline and Milestones ............................................................................... 60

Section 5:  Reporting Requirements ............................................................................... 60

5.1 Reporting Plan ............................................................................................................ 61

Section 6:  Budget Narrative ........................................................................................... 63

Appendix A - Acronyms and Abbreviations ..................................................................... 69

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

# Introduction

The Illinois Finance Authority, under its authority as the Illinois Climate Bank (Climate Bank), is pleased to submit these revisions to its workplan for the US EPA's Solar for All program, which was approved on December 9, 2024, with a budget of $156,120,000.

# Section 1: Project Description

## 1.1 Overview

The State of Illinois is proposing to deploy a comprehensive program to help the State bring benefits of solar energy to low-income and disadvantaged communities across the state in its pursuit of 100% carbon-free energy by 2050 (referred further as the "Proposed Illinois Program," "Proposed Program," "Program" or "Proposal"). The Proposed Program will expand the existing Illinois Solar for All (ILSFA) program and Adjustable Block Program/Illinois Shines (Illinois Shines) with financial assistance (including grants and loans) to support health and safety and enabling upgrades, incorporate energy storage, expand the oversubscribed low-income community solar subprogram, expand residential solar, support energy sovereignty and community-driven projects and provide critical capital to diverse solar vendors to grow their business and capabilities to bring solar projects to low income communities. The technical assistance portion of this effort will improve and extend direct community engagement efforts to expand residential solar adoption, will create tools for contractors to braid multiple funding streams, and support local governments to streamline the application and permitting process. The Proposed Program will leverage and build on Illinois' soon-to-be-implemented clean energy workforce development programs to grow an equitable workforce.

The State of Illinois is well-positioned to maximize the value of federal funding under this opportunity by layering it with the existing initiatives to fill the gaps and remove barriers to low-income participation in the existing solar programs. Illinois has a well-established REC procurement mechanism to meet its Renewable Portfolio Standard (RPS) goals and has pioneered its own state Solar for All program since 2019, building tremendous experience around what works and what does not. The program will use existing structures, processes, and coordination efforts it has already established to ensure program integrity and thoughtful design.

The Illinois Finance Authority will lead the Proposed Program on behalf of the State of Illinois. The Illinois Finance Authority (IFA) is a state agency recently designated as the Illinois Climate Bank (referred further as the "Illinois Climate Bank"). Illinois Climate Bank will provide a seed loan to establish a revolving loan fund to implement several of the proposed financial assistance

3

programs. Any program income will be recycled to further program outcomes. In addition, Illinois Climate Bank will work with various Illinois state agencies; including the Department of Commerce and Economic Opportunity, the State Energy Office (housed within Illinois Environmental Protection Agency), and the Illinois Power Agency (as a subgrantee); nonprofits; community leaders and other stakeholders to design and implement each element of the Proposal.

The Proposed Program is requesting $156,120,000 in federal funding and will benefit 10,000-11,000 households over the 5-year implementation period (with about $13,678 funding requested per household). It will bring an additional 64 MW of solar and 10 MWh of energy storage capacity to low-income communities in Illinois beyond what would be deployed under Illinois' Solar for All and distributed solar incentive programs already. All outcomes and impacts discussed in this workplan refer to the additional resources provided by this Program, and do not include existing program impacts, unless specifically stated.

## 1.2 Project Outputs, Outcomes, and Linkage to the U.S. EPA's Strategic Goals

**Environmental Results - Outputs and Outcomes:**

The Proposed Program will benefit approximately 11,000 households over the 5-year implementation period (with about $13,678 funding requested per household). It will bring an additional 64 MW of solar and 10 MWh of energy storage capacity to low-income communities in Illinois.

### A. Program Impact Metrics

| | |
|---|---:|
| Households projected to benefit | 11,413 |
| Dollar of awarded funding per household | $13,678 |
| Total MW of solar capacity developed | 64 |
| MW of residential solar capacity developed | 34.25 |
| MW of community solar capacity developed | 29.41 |
| Dollars of awarded funding per MW of Solar | $2,452,714 |
| MWh of storage capacity deployed | 10 |
| Dollar of awarded funding per MWh of storage | $725,000 |
| Short tons of annual CO2 emissions avoided | 82,036 |
| Dollars of award funding per short ton CO2 | $76.12 |
| Absolute household savings realized over time | $295,051,747 |
| Savings per household | $25,852 |
| Dollars of award funding per dollars of household savings | $0.53 |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| | |
|---|---|
| Number of newly trained workers employed on SFA-related projects | 30 |

Please note that this grant proposal does not contemplate funding workforce development activities. However, Illinois has a number of clean energy workforce training programs targeting disadvantaged communities, from which the programs described here can draw workers.

### B. Linkage to U.S. EPA's Strategic Goals:

This award supports the following goals and objectives of the FY 2022-2026 EPA Strategic Plan:
Goal 1: Tackle the Climate Crisis
Objective 1.1: Reduce Emissions that Cause Climate Change

## 1.3 Low Income and Disadvantaged Communities Definition

All Proposed Programs define low income and disadvantaged (LIDAC) communities in accordance with the Solar for All NOFO, such that each LIDAC beneficiary meets at least one of the following four categories: "(a) communities identified as disadvantaged by the CEJST mapping tool; (b) a limited number of additional communities identified as disadvantaged by the EJScreen mapping tool; (c) geographically dispersed low-income households; and (d) properties providing affordable housing."[1]

# Section 2:  Project Design Plan

## 2.1 Activities

Subsections 2.2 - 2.6 below identify the action items that the Illinois Climate Bank will refine or design during the first-year planning period. This document includes revisions for EPA approval that are based on stakeholder engagement and planning activities in the completed Planning Period.  The Climate Bank seeks approval so that it may request drawdown on this revised work. Where additional detail will be developed as part as tasks, the Climate Bank will submit further revisions to this workplan, with final revisions submitted to US EPA no later than 365 calendar days after December 9, 2024, the date of award for the first amendment of the agreement.

---

[1] NOFO, Pg. 10.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

**Civil Rights Provisions Related to All Workplan Activities.** All activities in this workplan will comply with EPA regulations at 40 CFR Part 7 regarding non-discrimination in EPA-funded programs, as applicable, and with 2 CFR 200.300.  As such, the Illinois Climate Bank agrees to comply with Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and The Age Discrimination Act of 1975, which prohibit discrimination in the provision of services or benefits, on the basis of race, color, national origin, sex, disability or age, in programs or activities receiving federal financial assistance.  In addition, the Illinois Finance Authority's own nondiscrimination policy can be found at https://www.il-fa.com/public-access/policies.

## 2.2 Meaningful Benefit Plan

### A. Activities

| Complete, Yet to Be Completed During Planning Period, or Implementation Period Task | Activity | Year 1 (2025) | | | |
|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 |
| Complete | **MBP-1 Program Planning Launch**. IL Climate Bank will launch the US EPA Solar for All Planning Phase and initiate stakeholder outreach to participate in program planning. | | | | |
| **Complete: ILSFA Community Solar Extension, ILSFA Low-Income Residential Solar sub-program Extension, Enabling Upgrades Forgivable Loan, Energy Storage Forgivable Loan, Lease-to-Own Loan, Community Solar Loan, and Working Capital Loan.**<br><br>**Yet to be Completed: Bright Neighborhoods Pilot Extension, Contractor Portal, SolarApp+ Implementation** | **MBP-2 Draft Program Design.** IL Climate Bank will work to develop an Initial Program Design and issue Draft Guiding Documents based on stakeholder and state agency input.<br><br>For programs where this task has been completed, core decisions related to the technologies funded, financial products provided, who will receive financial assistance, and how funding and benefits will flow to households have been made, with stakeholder input, in the draft program designs.  Final program designs will provide more implementation detail, but are not expected to affect core decisions. If there are changes to core decisions, IL Climate Bank will seek approval for those changes from EPA before proceeding with further work on that aspect of this proposal. | ■ | ■ | | |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| Task | **MBP-3 Engage a Program Administrator.** IL Climate Bank may conduct a solicitation to engage the services of a program administrator that can serve to implement the enabling upgrades and energy storage grant programs. | ■ | | | |
|------|---|---|---|---|---|
| Task | **MBP-4 Revise and Finalize Program Design.** IL Climate Bank will collect stakeholder and agency input and prepare a Final Program Design and issue Final Guiding Documents. | | ■ | | |
| Task | **MBP-5 Design Grant and Loan Agreements.** IL Climate Bank will work within the guidelines of the Final Program Design and Guiding Documents to develop and issue grant and loan agreements. | | ■ | | |
| Task | **MBP-6. Develop Program Materials.** IL Climate Bank will work within the guidelines of the Final Program Design and Guiding Documents to develop and distribute Program Materials. | ■ | | | |
| Task | **MBP-7 Develop Program Webpage.** IL Climate Bank will design and deploy a program Webpage with access to program materials, agreements, and that will be a central location for engaging with the program. | ■ | | | |
| Complete | **MBP-8. Gather data on actual costs of upgrades.** Through its stakeholder engagement process, IL Climate Bank will conduct interviews, surveys, and other data collection to put together a report on the actual costs of enabling upgrades in and outside of existing pilot programs. | ■ | ■ | | |
| Task | **MBP-9 Identify areas that lack solar vendor presence.** Through its stakeholder engagement process and independent research, IL Climate Bank will identify areas of the state that lack solar vendor presence in the IPA's approved vendor system. | ■ | ■ | | |
| Task | **MBP-10 Resiliency mapping.** Through its stakeholder engagement process and independent research, IL Climate Bank will identify potential low-income and disadvantaged customers that have the biggest impact from power outages and/or can benefit from energy storage projects. | ■ | ■ | | |
| Complete | **MBP-11 Resilience planning.** Through its stakeholder engagement process and independent research, IL Climate Bank will refine the 12-hour resilience recommendations. | ■ | ■ | | |

7

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| | | | | | |
|---|---|---|---|---|---|
| Complete | **MBP-12 Loan Market analysis.** IL Climate Bank will conduct a market analysis to identify Energy Sovereignty and Community-Driven CS loans target audience. Additionally, IFA will conduct a market analysis to identify potential target audience for loans to support low-income and diverse vendors | �green | ▰green | | |
| Task | **MBP-13 Community Solar RFIs.** IL Climate Bank will issue a request for information or conduct surveys to scope potential Energy Sovereignty and Community-Driven CS projects. | | ▰green | | |
| Complete | **MBP-14 Contractor Portal strategy.** IL Climate Bank will establish an internal working group to develop a Contractor Portal strategy and functionality needs. | ▰green | ▰green | | |
| Task | **MBP-15 Vendor RFIs.** IL Climate Bank will issue a request for information or conduct surveys to scope potential applicants for loans to support low-income and diverse vendors. | ▰green | ▰green | | |
| Task | **MBP-16 Milestones.** Finalize milestone schedule for each year of the grant, including breakout of project tasks in phases with associated tasks and products/outputs. Include anticipated dates for start and completion of tasks. Set interim milestone dates as appropriate. (Q3-Q4) | ▰green | ▰green | ▰green | ▰green |

## B. Household Savings

To ensure that all households that benefit from the Proposed Illinois Program experience minimum household savings required by the USEPA SFA, the Proposed Program will rely on the ILSFA existing requirements and safeguards and will add additional terms to the grant and loan agreements, where necessary:

**Direct flow of benefits to customers:** ILSFA requires the wholesale market value of the energy of selected projects to be credited to participating low-income customers/organizations and tangible economic benefits flow directly to program participants. The direct flow of benefits to the customers is ensured primarily through net-metering, which is well established and supported by the Illinois legislation and regulations, as discussed in detail in Sec. 2.3 below.

**Savings:** Energy costs savings are ensured by the ILSFA requirements that any ongoing annual payments by the customer must be less than 50% of the annual first year estimated production and/or utility default service net metering value to be received by the customer (except for large

8

multi-family projects where participants purchase solar systems, or low-income Community Solar cooperatives – in both cases restrictions apply to ensure comparative savings over the term of the REC delivery contract). This already exceeds the US EPA Solar for All requirement of 20%. ILSFA also prohibits charging eligible residential participants up-front costs for on-site distributed generation or up-front fees to subscribe to a community solar project. ILSFA's REC contracts reflect these requirements and are enforced by the ILSFA Program Administrator and IPA. While some provisions are not applicable to the non-profit and public facilities or large multi- family buildings projects, to offset these barriers, IPA develops REC prices for these sub-programs in a way that make it feasible for these facilities to proceed with solar development. For the Community-Driven Community Solar Loans and other loans that support projects outside of ILSFA, the loan terms will incorporate the requirement to ensure at least 20% household savings on the customer average household's electricity bill, including households that do not have individual electricity bills, as required by the USEPA SFA Competition terms. For households without individual electricity bills (master-metered and multi-family buildings), the Proposed Illinois Program will rely on the ILSFA savings requirements and verification procedures.

The following table provides the ILSFA 50% and USEPA SFA 20% savings calculation for the State of Illinois broken down by utility:

| Entity | Customers (Count) | Revenues (Thousands of Dollars) | Average Price (cent/kWh) | Average Revenue/ Customer ($) | 20% Savings/yr ($) | ILSFA 50% Savings Requirement |
|---|---|---|---|---|---|---|
| Ameren Illinois Company | 429,485 $617.14 | 530,101.2 | 11.17 | $1,234 | $246.85 | |
| City of Batavia - (IL) | 9,809 | 12,831.0 | 14.00 | $1,308 | $261.62 | $654.04 |
| City of Geneva- (IL) | 8,660 | 9,427.0 | 11.82 | $1,089 | $217.71 | $544.28 |
| City of Naperville - (IL) | 54,868 | 70,367.7 | 13.08 | $1,282 | $256.50 | $641.25 |
| City of Peru - (IL) | 4,734 | 4,726.0 | 12.15 | $998 | $199.66 | $499.16 |
| City of Springfield - (IL) | 60,100 | 72,513.7 | 11.53 | $1,207 | $241.31 | $603.28 |
| City of St Charles - (IL) | 13,915 | 18,175.1 | 14.60 | $1,306 | $261.23 | $653.08 |
| Coles-Moultrie Electric Coop | 8,437 | 16,766.0 | 14.06 | $1,987 | $397.44 | $993.60 |
| Commonwealth Edison Co | 2,778,125 | 2,753,093.9 | 13.49 | $991 | $198.20 | $495.49 |
| Corn Belt Energy Corporation | 34,072 | 53,552.0 | 13.29 | $1,572 | $314.35 | $785.87 |
| Eastern Illinois Elec Coop | 11,198 | 25,667.0 | 14.63 | $2,292 | $458.42 | $1,146.05 |
| Egyptian Electric Coop Assn | 13,651 | 27,409.3 | 13.85 | $2,008 | $401.57 | $1,003.93 |
| Jo-Carroll Energy, Inc | 17,442 | 26,939.7 | 16.64 | $1,545 | $308.91 | $772.27 |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| Menard Electric Coop | 9,118 | 18,238.2 | 15.72 | $2,000 | $400.05 | $1,000.12 |
|---|---|---|---|---|---|---|
| MidAmerican Energy Co | 73,902 | 66,834.4 | 10.30 | $904 | $180.87 | $452.18 |
| Mt Carmel Public Utility Co | 4,360 | 7,272.0 | 15.03 | $1,668 | $333.58 | $833.94 |
| Norris Electric Coop | 17,929 | 30,260.0 | 11.66 | $1,688 | $337.55 | $843.88 |
| Rochelle Municipal Utilities | 5,891 | 6,339.0 | 8.89 | $1,076 | $215.21 | $538.02 |
| Rock Energy Cooperative | 9,312 | 11,549.0 | 13.13 | $1,240 | $248.05 | $620.11 |
| Scenic Rivers Energy Coop | 13 | 30.2 | 12.53 | $2,323 | $464.62 | $1,161.54 |
| Shelby Electric Coop, Inc | 9,763 | 21,294.0 | 16.71 | $2,181 | $436.22 | $1,090.55 |
| Southeastern IL Elec Coop, Inc | 22,432 | 39,909.0 | 12.28 | $1,779 | $355.82 | $889.56 |
| Southwestern Electric Coop Inc (IL) | 23,242 | 43,600.9 | 13.10 | $1,876 | $375.19 | $937.98 |
| Tri-County Electric Coop, Inc (IL) | 16,117 | 32,900.7 | 14.04 | $2,041 | $408.27 | $1,020.68 |
| Wayne-White Counties Elec Coop | 11,981 | 22,860.4 | 15.02 | $1,908 | $381.61 | $954.03 |

**Affordable housing:** HUD issued guidance (published on ILSFA website) confirming that ILSFA community solar net metering credits will be excluded from household income and utility allowance calculations for residents participating in HUD Multifamily rental assistance programs and the solar credits will not induce a rent increase or utility allowance adjustment for residents in individually metered properties. HUD has also issued guidance on Public Housing Authorities' ability to save on their energy bills with on-site solar and the treatment of benefits provided to tenants of HUD-subsidized master-metered affordable housing. In addition, for master metered buildings where bill savings will not directly accrue to tenants, the Illinois Solar for All Approved Vendor Manual (Pg. 47-48) requires that ILSFA participating projects demonstrate that tangible benefits are flowing to tenants. Means of verification include leases demonstrating a reduction in monthly rental payments equivalent to the benefits from solar projects, and providing data showing that rent increases have been foregone in subsequent years. With respect to the Enabling Upgrades portion of this Program, these forgivable loans will fund health, safety and other upgrades necessary to facilitate the installation of clean energy measures. While they will improve the properties, they will most likely be addressing deferred maintenance, improving the habitability of the home, as opposed to providing significant upgrades that would increase the home's financial value.

## C. Increased Access to Solar

To significantly increase the number of low-income and disadvantaged customers that will be able to access the benefits of affordable solar energy projects, the Proposed Illinois Program will tackle three key barriers, continuously identified by stakeholders: availability of solar for renters,

critical repairs and upgrades needed to enable solar installations, and lack of vendors in remote communities or their inability to scale up and develop larger projects due to financing constraints.

**ILSFA Low-Income Community Solar Extension:** The Low-Income Community Solar program provides access to customers unable to install solar on their rooftops and thus has a greater reach into the low-income neighborhoods and affordable housing. The Low-Income Community Solar subprogram of the ILSFA has been historically oversubscribed. Almost every ILSFA program year, the number of CS projects applied exceeds the number of projects selected.

In the recent Program Years (3 and 4) about 4-9 projects got waitlisted each time, equal to about 8-14 MW, and about $23-40 mil in REC incentives. Extension of the low-income CS subprogram of the ILSFA through the Proposed Illinois Program will enable greater access to solar energy benefits in the low income and disadvantaged communities.

**Enabling Upgrades:** proposed forgivable loans for necessary upgrades and repairs under the Enabling Upgrades subprogram will help address one of the major roadblocks for residential solar development in low-income communities. The ILSFA application process continuously identifies projects that need this support to become eligible for the ILSFA. ILSFA Program Administrator identified at least 500 small residential projects (about 3.5 MW) that they could not support due to needed repairs and mitigations. Enabling upgrades will be associated with residential solar systems also funded by this grant, though some projects receiving enabling upgrades may be co-funded by both this grant and other sources.

**ILSFA Low-Income Residential Solar Sub-Program Extension:** The Low-Income Residential Solar program provides upfront incentives to residential single-family and multi-family homes that provide at least 50% savings to households. With the addition of new finance tools (standard loans and lease-to-own products) as well as enabling upgrades investments, this program is projected to reach capacity within the program period. This proposal would expand the Residential Solar Sub-program once it reaches capacity to expand access to solar for more single-family and multi-family households.

**Diverse Vendors Support:** Loan offerings, education, and new resources for diverse and disadvantaged solar developers will further increase both contractors' capabilities and outreach to the low-income communities that can further increase uptake of the residential and multifamily solar. This effort will also focus on helping to establish businesses in remote areas of the state that currently lack solar vendor presence.

11

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

### D. Increased Energy Resilience

To enable increased resilience and grid benefits in low-income communities, the Proposed Illinois Program will support addition of energy storage to ensure 12-hour continuous operation and add more solar energy presence in remote and vulnerable communities.

**Energy Storage.** The Program will provide forgivable loans to supplement solar projects with energy battery storage systems that are expected to bring 10 MWh of additional storage capacity to Illinois low-income customer neighborhoods, making the customers and the grid more resilient. Priority project locations have been determined during the planning period. The subprogram will work with utilities and public sector agencies to identify and prioritize vulnerable households, such as those using electricity-dependent durable medical assistive equipment and devices, the elderly, and those with historically high outages, and projects that build community resilience, such as those at community centers. Energy Storage loans will be associated with residential solar systems also funded by this grant, though some projects receiving energy storage loans may be co-funded by both this grant and other sources.

### E. Ownership Facilitation

To facilitate ownership and wealth building in the low-income communities, the Proposed Illinois Program will support Energy Sovereignty and Community Driven Community Solar projects.

**Lease-to-Own Loans** for residential solar systems, would provide a simple and easy-to-access low-cost financing for residential solar customers. (Low-income community solar developers would be served by the Community Solar Loan, discussed below.) ILSFA provides a 25% set aside to projects that are found to enable "Energy Sovereignty," defined as eligible low-income household or community organization "having or being on a defined path to majority or full ownership of the photovoltaic generating facility or, in the case of a cooperative or community ownership model, a share or membership in the entity that owns the photovoltaic generating facility." IPA interprets "ownership" for the ILSFA to include: 1) legal title to the property; 2) the right to participate in decisions regarding the governance, maintenance, and use of the facility; and 3) the right to benefit from the use of that facility.

In its stakeholder processes, IPA identified a number of barriers to ownership in DG and CS projects, including lack of savings to buy systems outright, a low credit score to obtain financing, lack of ownership of the facilities for on-site generation, electrical or structural upgrades needed to enable solar installation. Many individuals, nonprofits, public agencies, schools, and others are

also unable to access federal tax incentives. IPA also developed several approaches to address these barriers in the ILSFA program in the next program years.

For on-site DG systems, IPA will also offer a *$10/REC Ownership Adder* for the contract years in which the participant is a majority-owner of the system. The full payment for the entire REC contract, including the adder, will be due upfront upon energization. REC Contracts for these projects will require Approved Vendors to identify a proposed date for a transfer of ownership and the REC adder will apply from that date. Once the transfer of ownership takes place, the vendor must notify the ILSFA Program Administrator and provide evidence of compliance with the contract terms, including items such as the bill of sale, purchase contract, or recording of the property and documents showing that the transfer meets the REC contract requirements. Any ownership incentives can be clawed back if the transfer does not happen as expected. As noted in the ILSFA Approved Vendor Manual (Pg. 27-30), a vendor's failure to provide evidence of compliance with the contract terms, or otherwise violate program requirements, triggers a disciplinary process that may lead to disciplinary action up to and including suspension of the vendor's participation in Illinois' Solar for All programs.

For Community Solar, IPA will give a scoring preference to ILSFA community solar projects that feature at least a majority of subscribers that are owners under the two proposed models:

■ *Shares:* Energy Sovereignty REC payments could be used to pay for ownership shares in a community solar cooperative on behalf of eligible customers. These shares would entitle the customer/owner to receive dividends and to subscribe to electricity from the project at a discounted rate, sufficient to meet bill savings requirements. The subscriber/owner would be able to sell the shares to the co-op itself in circumstances where the subscriber/owner wishes to sell.

■ *Early Buyout:* Like on-site solar, energy sovereignty payments could be used to purchase individual panels located at a community solar project. The project owner would transfer ownership to an eligible customer after tax benefits have been fully captured, such as through an early buyout of a lease or PPA. The REC incentives and Energy Sovereignty Adder would be paid upfront, and either held in escrow to pay for the buyout or taken by the third-party owner and reflected in contract terms relating to an early buyout.

The Proposed Illinois Program will supplement these efforts with a Lease-to-Own product and Community Solar Loan, discussed below, as well as other products, including Enabling Upgrades grants and Working Capital loans, to maximize the impact of the comprehensive approach and cumulative funding that can help push the project towards the finish line and maximize the number of projects that get completed. A Lease-to-Own product will create an opportunity for

capitalization of federal tax credits by a third party, while ultimately transferring the system over to the low-income resident for the duration of system performance.

**Community Solar Loan** will serve both Community-Driven Community Solar projects and Low-Income Residential Community Solar projects, facilitating ownership and increasing access to solar for low-income and disadvantaged communities. Loans to Community-Driven Community Solar projects will enable more projects with the community ownership or wealth-building structure to receive ILSFA and Illinois Shines incentives. Illinois Shines Community-Driven Community Solar program supports community solar projects up to 5 MW that are intended to provide a more direct and tangible connection and benefits to the communities in which they operate, including community ownership, wealth-building, meaningful project involvement and engagement from community members, nonprofit organizations, or public entities, etc. The IPA selects Community-Driven Community Solar projects using a scoring system that prioritizes 50+% project ownership by community residents or organizations, meaningful involvement in project organization and development and engagement in project operation and maintenance by community members, direct and indirect benefits to the community beyond subscription. The Illinois Shines program provides 15-yr REC contracts with 15% of contract value paid upon energization and the remainder paid gradually over 6 years. The loans will help fill in the gaps of access to low-cost capital and enable innovative financing structures to support long-term community ownership and wealth-building.

Historically, the ILSFA program has seen a low uptake in the Energy Sovereignty category from the residential DG and community solar applicants. Loan offerings to support the Energy Sovereignty and Community-Driven CS projects and loans to create Standard Offer PPAs/Leases can fill the gaps and provide a starting platform for these projects. As with on-site DG systems, vendors participating in the Community-Driven CS projects are subject to disciplinary procedures (though the procedures applicable to this program are located in the Illinois Shines Program Guidebook) should they violate any requirements intended to safeguard communities and residents.

There are some instances where, under current ILSFA and Illinois Shines rules, a project of a type that Illinois plans to fund with this grant may not currently meet the SFA definition of residential-serving community solar. To remedy this, projects will be screened, and only those that comport with the SFA definition of residential-serving community solar will receive federal funds. Others will continue to be eligible for state funding.

### F. Jobs and Business Development

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Illinois is poised to launch its new comprehensive clean energy job training and business development framework established under CEJA, and the Proposed Illinois Program will primarily leverage these programs, as described below, to ensure that the Program achieves USEPA SFA equity and workforce development objectives. At the same time, the Proposed Illinois Program will provide complementary financial and technical assistance that is more tailored to address specific needs and gaps in deploying low-income solar. The proposed Standard Offer Loans and Working Capital Loans will support equity-focused solar vendors in establishing and growing their business as specifically relevant to the ILSFA participation. In addition, the Contractor Portal will provide guidance in navigating various low-income solar opportunities.

**Collective Bargaining Rights.** The Illinois State Constitution, Article I, Section 25, guarantees the right of workers to organize and bargain collectively. Illinois existing clean energy workforce training and development programs and solar industry equity standards, discussed further below, have been designed to create high-quality, middle-class jobs with safe working conditions in the rapidly developing clean energy industries, and so align well with the goals of Solar for All. For example, the core curriculum of all Illinois' workforce development programs includes safety training.

**Prevailing Wages Requirements. The** IPA Act subjects most projects receiving REC incentives through Illinois Shines and ILSFA to the Illinois Prevailing Wage Act requirements, with a limited exemption for DG projects (Large or Small) that either serve a single-family or multifamily residential building or serve a house of worship and are not greater than 100 kW. All projects funded by this grant will be tracked and required to comply with the Davis-Bacon and Related Acts requirements set forth in the Assistance Amendment. IPA may refer potential violations of the Prevailing Wage Act to the Illinois Department of Labor for further investigation and enforcement and may also take disciplinary action against any Approved Vendor or Designee found to have violated the Prevailing Wage Act or the Davis-Bacon and Related Act provisions of the Assistance Amendment.

**Illinois Clean and Equitable Workforce and Business Development Initiatives.** Both FEJA and CEJA place great emphasis on clean energy workforce development and transition and establish a comprehensive framework of workforce development programs with a wrap-around approach totaling close to $106 million in funding annually. FEJA allotted $10 million annually to fund job training programs in renewable energy and created three relevant training programs:

1. Craft Apprenticeship Program provides $3 million to Illinois IBEW Renewable Energy Fund for accredited apprenticeship programs, offered for up to four years, for electric crafts, trades, or skills.

15

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

2. Solar Training Pipeline Program provides $3 million funding to establish a pipeline or a pool of trained installers for projects authorized under the ILSFA. The program funds programs that provide training to individuals who are or were foster care alumni or returning citizens transitioning into the workforce.

3. Multicultural Jobs Program provides $4 million funding to fund multicultural jobs programs of the diversity-focused community organizations for up to 4 years.

CEJA allocated $10 million dedicated funding in delivery years 2021/22, 2024/25 and 2027/28 from the utility RPS collections to the DCEO workforce development programs and created five additional workforce training and business development programs administered by DCEO, with about $96 million annual budget:

1. Clean Jobs Workforce Network Program allocates $37.9 million annually for training, certification preparation, and skill development for entry-level jobs in clean energy-related industries through 13 Workforce Hubs across Illinois. Workforce Hubs will provide Energy Transition Barrier Reduction services to offer wrap-around support to program participants.

2. Illinois Climate Works Pre-Apprenticeship Program allocates $16 million annually, to prepare people to succeed in apprenticeship programs in construction and building trades that expect to see clean energy job growth. Pre-apprenticeship centers will enroll equity-eligible individuals from equity investment eligible communities as well as individuals who face barriers to employment, including those who are formerly incarcerated or foster care system graduates/members.

3. Returning Residents Clean Jobs Training Program allocates $6 million annually for training to prepare people in the custody of the Illinois Department of Corrections for entry-level clean energy jobs and lead to certifications or credentials that prepare candidates for employment upon release.

4. Clean Energy Contractor Incubator Program allocates $21 million annually to help eligible contractors with access to low-cost capital, support for obtaining insurance, assistance registering to become vendors for state incentive programs, connections with firms hiring contractors and subcontractors, and other vital services. The program will prioritize people in disadvantaged communities.

5. Clean Energy Primes Contractor Accelerator Program allocates $21 million annually to provide a 5-year, 6-month progressive course of one-on-one coaching to assist contractor participants in developing 5-year business plans. Participants will receive mentorship, assistance preparing bids and Request for Proposal applications, assistance connecting to state and federal programs, etc.

Additionally, CEJA creates an **Energy Transition Navigators Program**, with $6 million annual funding to help navigate all the CEJA programs. Energy Transition Navigators will help connect contractors to CEJA contractor programs and resources to grow their businesses; will engage with local workforce innovation boards, community organizations, and educational institutions to promote the CEJA workforce and contractor programs; engage with employers, apprenticeship

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

programs and local economic development organizations to facilitate job and apprenticeship placement.

**ILSFA and Illinois Shines Workforce Equity Requirements.** CEJA has specific requirements for the equity workforce in the projects that receive RECs under the RPS and specific additional requirements for ILSFA and Illinois Shines Programs. Where federal requirements are broader or more stringent than, or differ from, CEJA's legislative requirements, projects funded by this grant will be tracked and held to the federal requirements.

CEJA sets a "**Minimum Equity Standard,**" requiring companies participating in IPA's Community Scale Community Solar REC procurements to employ a set percentage of "Equity Eligible Persons," (EEPs) which increases to 30% by 2030. CEJA's system for ensuring equitable workforce opportunities includes reservations of RECs for "Equity Eligible Contractors" (EECs) and penalties for noncompliance. CEJA's system, however, relies on definitions for EEPs and EECs set forth in state law, which are narrower than the definition of Disadvantaged Business Enterprise used by the Solar for All Terms and Conditions. For ILSFA expansion projects funded by this grant, ILSFA will apply the Disadvantaged Business Enterprise definitions and requirements set forth in the Solar for All Terms and Conditions, Sec. III.K.5., which in turn requires compliance with 40 CFR Part 33, "Participation by Disadvantaged Business Enterprises in U.S. Environmental Protection Agency Programs". An Approved Vendor or designee that fails to meet the "Minimum Equity Standard," and the requirements of 40 CFR Part 33 in the prior delivery year will be prohibited from participating in Illinois Shines for the following year (IPA can deny participation or withhold certification to enforce this standard).

In addition to enforcing these equity provisions and maintaining the workforce portal described below, the IPA will work with vendors and the workforce programs listed in this section above to ensure that vendors are aware of hiring events where they can meet newly trained workers in communities where projects are being deployed.

**Energy Workforce Equity Portal** is a publicly accessible database of clean energy vendors and subcontractors launched by IPA recently as required by the IPA Act to help connect clean energy companies with Equity Eligible Persons looking to work in the clean energy sector in Illinois. Participating entities will have the ability to post jobs and recruit Equity Eligible Persons. The Portal also enables individuals to become certified as Equity Eligible Persons.

ILSFA requires the Approved Vendors to utilize **Eligible Job Trainees** from qualified job training programs, including DCEO Workforce Development Programs described above, or Other Qualifying Programs that lead to the eligible trainee becoming a Qualified Person under the 83

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Ill. Adm. Code 468.20. Eligible Job Trainees are workers who completed CEJA or FEJA job training programs within the past 36 months or completed 50% of classroom requirements of an Other Qualifying Program in the past 24 months.

## 2.3 DG Market Strategy

### A. Activities

| Complete, Yet to Be Completed During Planning Period, or Implementation Period Task | Activity | Year 1 (2025) | | | |
|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 |
| Task | **MS-1 Map local benefits/constraints.** IL Climate Bank will identify municipality/coops Net-Metering and DG Rebates availability and third-party ownership guidelines across Illinois. | | | | |
| Complete | **MS-2 Launch SolarApp+ Working Group.** IL Climate Bank will establish a local government and stakeholder working group to identify initial approach to local governments engagement in SolarApp+ implementation. | | | | |
| Task | **MS-3 Research DER rule status.** IL Climate Bank will monitor state DER interconnection rules implementation and upcoming updates. | | | | |
| Complete | **MS-4 Coordinate with IPA on LTRPP.** IL Climate Bank will launch an internal working group to coordinate with IPA on any edits necessary to the IPA LTRRPP to accommodate Program implementation. | | | | |
| Complete | **MS-5 Coordinate with IPA/ICC on statutory barriers.** IL Climate Bank will coordinate with IPA and ICC to research and identify any legislative changes necessary accommodate Program implementation in the future, if needed. | | | | |
| Task | **MS-6 Coordinate with ICC on price impacts.** IL Climate Bank will launch an internal process to coordinate with ICC and utilities ComEd and Ameren on any wholesale market price fluctuation or resource adequacy concerns that can affect Program implementation. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Task** | **MS-7 Milestones.** Finalize milestone schedule for each year of the grant, including breakout of project tasks in phases with associated tasks and products/outputs. Include anticipated dates for start and completion of tasks. Set interim milestone dates as appropriate. (Q3-Q4) | | | | |

## B. Utilizing Net Metering and DG Rebates

Illinois has net metering friendly policies for the DG and CS projects as well as associated energy storage, and the Illinois Proposal will rely on existing Illinois legislative and regulatory provisions to ensure the customers receive direct benefits of energy savings through the net metering programs. Illinois also has a DG Rebate for qualifying DG and CS systems that will partly replace net metering in the future, which is intended to compensate DG and community solar systems for the value they provide to the grid.

**Net Metering.** Illinois has net metering friendly policies and all three electric utilities that participate in RPS have net metering tariffs. The Public Utilities Act requires that for customers on default rates, the electricity provider (utility or competitive supplier) must bill for net electricity supplied and used by the customer and must provide a 1:1 kWh credit for the electricity the customer provided to the grid (generated in excess of the electricity used). The credit must be provided to a subsequent bill and carry over for any excess kWh credits earned, and those credits must be applied to subsequent billing periods to offset any customer consumption in those billing periods until all credits are used or until the end of the annualized period. The customers eligible for net-metering are retail customers that own, host, or operate a renewable generating facility (including third-party owned) that is located on the customer premises or customer's side of the billing meter and is intended primarily to offset the customer's own electrical use.

For customers on hourly rates and time-of-use rates, the electric provider must pay energy and delivery service credits. The energy credit must be the same as the price per kWh that an electric service provider would charge during that same hourly period (or time-of-use period). The delivery credit must be equal to the net kWh produced in such hourly period (or time-of-use period) times a credit that reflects all kWh-based charges in the customer's electric service rate, excluding energy charges.

Net-metering requirements apply to the competitive suppliers (ARES) in Illinois as well.

Municipal utilities and co-ops are not bound by the same net-metering mandates, but by March 14, 2022, CEJA required them to update their policies for the interconnection and fair crediting of customer self-generation and storage in compliance with CEJA standards. Municipal utilities and co-ops must post updated policies on their websites. Under CEJA, municipal and coop electric customers have the right to: 1) generate, consume and deliver excess energy to the distribution grid to reduce their own use and use technology to store energy at their residence; 2) interconnect to municipal and coop utility systems at the customer meter in timely manner; and 3) receive a fair credit for the excess electricity delivered to the grid.

**DG Rebates.** Gradually, the Illinois Public Utilities Act requires a predictable transition for customers from full net metering to the DG Rebates tailored to better compensate DER for benefits they provide to the grid, based on their specific location and technical capabilities.

The Illinois Public Utilities Act requires all large electric utilities that serve more than 200,000 customers (ComEd and Ameren) to provide a rebate (referred here as "DG Rebate") to the distributed generation systems, including community solar, that meet eligibility requirements: up to 5,000 kW nameplate capacity, located on customer side of the meter (behind the meter), are interconnected to the utility distribution system through the smart inverter, and is used primarily to offset customer's electricity load. The Illinois Public Utilities Act further requires that the system's smart inverter must provide autonomous response to grid conditions through its default settings approved by ICC. This rebate must be available both to customers that do and do not qualify for net-metering.

The Illinois Public Utilities Act requires that utility DG Rebate tariff must compensate the DER system for the system-wide grid services associated with distributed generation and any additive services they provide to the distribution grid that have not been compensated through base rebates or otherwise (including any geographic, time-based, performance-based, and other benefits of DG resources, as well as the present and future technological capabilities of DG resources and present and future grid needs). CEJA tasked ICC to determine the value of rebate for these additive services (commonly known as the "Value of DER" or "Value of Solar" proceeding). Once ICC makes that determination, it will become part of the DG Rebate payment. In the meantime, the DG Rebate value and additive service is set to be not less than $300/kW of nameplate capacity for net metering eligible customers and $250/kW of nameplate capacity for non-net-metering eligible customers. Once ICC completed its "Value of DER" determination, the value of the base rebate and additional compensation for any additive services will be as determined by that proceeding, with the base rebate not being lower than $250/kW.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

**Master-Metered Buildings Accommodation.** For ILSFA Residential Solar projects that are installed on master-metered buildings, without individual net-metering capability for each resident, ILSFA requires property owner that installs the system and receives net metering benefits on behalf of all tenants/participants to demonstrate that at least half of the total energy value received is being passed onto tenants in a tangible form.

For a community solar subscriber master-metered building, the property owner is required to demonstrate that the required savings value is being passed on to the tenants to be considered an income-eligible residential household receiving ILSFA REC prices. Approved Vendors submit income verification for tenants of master metered buildings following the ILSFA guidelines. ILSFA developed and published on its website the ILSFA Approved Vendor Manual, that among other things, details the income verification and other program requirements.

For Residential Solar projects installed on master-metered buildings, the value is calculated in the same way as any other Residential Solar projects, but the benefits realized by tenants/participants are indirect and can be passed onto participants through tangible benefits provided to the tenant by the building owner of equal value (e.g., lowered or stabilized rent, building services, like internet, free laundry, etc.). The benefits provided must be tangible, verifiable (e.g., through invoices, bills paid etc.) and easily managed. ILSFA Approved Vendor Manual provides detailed instructions and examples of potential approaches to demonstrate compliance.

## C. Third-Party Ownership Policies

As discussed in the Sec. 1.2.D of this Proposal, ILSFA and Illinois Shines support growing ownership of solar projects by low-income customers and communities by accepting various ownership models, e.g., enabling ILSFA project selection and upfront REC payments before the ownership transfer, but with the specified safeguards. It also allows for upfront REC payments to go towards the purchase of the shares in the community solar projects. State net metering policies and ILSFA benefit monitoring and enforcing mechanisms also support various ownership structures, as discussed in Sec. 1.3.A of this Proposal, including net metering availability for residential solar DG customers with third-party owned systems, or in community solar subscriptions, or providing for alternative ways to show transfer of the solar benefits by the building owner.

## D. Interconnection Rules

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Most of the interconnection issues reported in Illinois, including the interconnection queue delays and high and unpredictable costs, are related to larger projects (e.g., utility-scale or large community solar projects). Illinois has adopted some elements of the IEEE 1547 standard and has recently updated its DER interconnection rules to accommodate for more flexibility in dispute resolutions between utilities and solar developers and provide some safeguards in cost increase predictability. CEJA requires utilities to make available on their website the hosting capacity analysis results, including mapping and GIS capability, and any other requirements determined by ICC.33 ComEd and Ameren have interactive hosting capacity maps posted on their websites.

ICC has noted recently that further incorporation of the IEEE 1547-2018 standard is necessary to enable greater use of DER grid capabilities. In September 2021, as required by CEJA, the Commission established an Interconnection Working Group, and directed ICC Staff to conduct the first workshops on the IEEE 1547-2018 adoption and then expand those workshops to include other interconnection topics. ICC Staff hosted two workshops so far, in October and December 2021. The Interconnection Working Group reports to the Commission at least every six months on recommended policies, including consensus recommendations and additional recommendations on which they did not reach consensus. Illinois Climate Bank and project participants will be able to raise any issues that can potentially arise during implementation of the Proposed Illinois Program in this Interconnection Working Group.

Additionally, ComEd and Ameren are transitioning to the performance-based rates regulation that will align their grid investments with the state climate policies, through the pending Multi-Year Rate Plan and the Multi-Year Integrated Grid Plan proceedings. Improving utility interconnection processes are one of the key performance metrics that the utilities must improve to obtain a basis point adder to their authorized rates of return.

### E. Leveraging Illinois RPS

Illinois' Proposed Program will leverage Illinois experience in implementing its RPS that dates to 2007, with the voluntary clean energy goals going back to 2001. The Illinois Climate and Equitable Jobs Act (CEJA) of 2021 most recently revised the RPS, setting an overall goal of 100% clean energy by 2050, with interim 2030 and 2040 targets, and extended RPS goals and budgets.

**RPS targets.** Illinois' new interim RPS targets include a 3% annual gradual increase after the 2025-2026 delivery year (building on the earlier 2% increase to reach "25% by 2025" goal) to achieve 40% renewable energy by the 2030-2031 delivery year and a further goal of 50% by the

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

2040-2041 delivery year. These percentages reflect the quantity of RECs that Illinois' large investor-owned electric utilities must procure, through IPA procurements, for a given delivery year divided by the delivery year load.

In addition to the above-described percentage targets, Illinois law sets targets for the number of RECs IPA must procure from specific renewable technologies: 10 million RECs annually by 2021 delivery year, increasing gradually to 45 million by 2030, with 45% from new wind and 55% from new solar projects, with 50% of solar coming from the Adjustable Block Program, 47% from utility-scale solar (above 5 MW), and 3% from brownfield sites. IPA translates these goals into REC procurement targets.

**Rate Cap.** Rate caps limit the REC procurement budget. CEJA increased annual RPS funding from $235 million to over $580 million and provided additional flexibility around how IPA spends these funds, allowing a rollover of the funds collected in one year to meet expenditures in a later year.

CEJA introduced some equity requirements into the RPS, such as the 10% "Minimum Equity Standard," prioritization of projects developed and built by equity eligible persons and/or in environmental justice communities, and the collection of demographic and geographic information from program applicants.

## F. Enabling Regulatory Framework

Illinois legislation and regulatory environment are both DER friendly and supportive of low-income DG and CS projects. Illinois has recently enacted groundbreaking energy legislation, the Climate and Equitable Jobs Act, signed by Illinois Governor JB Pritzker on September 15, 2021, that put Illinois on a path to a 100% clean energy future by 2050. CEJA focuses on protecting public health from pollution, providing a just transition for communities historically dependent on fossil fuels, enacting tough utility accountability measures, enabling access to solar for low-income communities and creating jobs and wealth in Illinois' disadvantaged communities. CEJA also focuses on the need to leverage new climate finance opportunities to accelerate the clean energy economy in a just and equitable way. The law created several new mechanisms and tools for the State of Illinois to do just that, including targets and processes for procuring RECs and designating the Illinois Finance Authority as the State's Climate Bank. CEJA introduces comprehensive equity and workforce development requirements discussed in detail in Section 1.2.E of this Proposal.

## G. Regulatory Differences Across Illinois

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Illinois' utility regulator, ICC, only has jurisdiction over investor-owned electric utilities (IOUs) as well as consumer protection and certification jurisdiction over the competitive retail suppliers ("competitive suppliers" or "ARES"). Rural cooperatives and municipal utilities are regulated by the respective municipalities. The RPS legislation mostly sets obligations for IOUs and ARES, with some general requirements applicable to rural cooperatives and municipal utilities.

Illinois has two major electric IOUs (ComEd and Ameren) that serve most Illinois customers, and two smaller electric IOUs (MidAmerican, Mt Carmel). ComEd provides service to the highly populated Chicago area and the Northern part of the state and is part of the PJM Interconnection, Inc. (PJM) wholesale markets and interconnection. Ameren serves customers in the Central and Southern parts that are more rural and is part of Midcontinent Independent System Operator, Inc., (MISO), along with MidAmerican and Mt Carmel.

Since these utilities are part of two different wholesale markets, there are differences between their default electric prices that sometimes can be quite substantial. These territories also differ in solar vendor and contractor availability. There are usually more solar vendors in ComEd's more densely populated areas, while Ameren customers may be experiencing lower vendor availability that limits solar projects offerings in their areas. Costs of interconnection and overall costs of solar installations in the Ameren area, however, are typically lower due to less stress on the system and lower land acquisition costs.

In the context of low-income solar, these differences result in different REC prices in Illinois Shines and ILSFA programs to level the playing field. The design of the low-income solar incentives and loan offerings under this Proposal will accommodate these differences (e.g., different REC prices; grant and loan amounts designed accordingly to provide more support for contractors in rural areas, to enable new vendors to set up and grow business in rural and remote areas).

## 2.4 Financial Assistance Strategy

### A. Activities

| | | Year 1 (2025) | | | |
|---|---|---|---|---|---|
| Complete, Yet to Be Completed During Planning Period, or Implementation Period Task | Activity | Q1 | Q2 | Q3 | Q4 |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| | | | | |
|---|---|---|---|---|
| **Task** | **FA-1 Residential Application Process Development.** IL Climate Bank will develop simplified application requirements/processes for the solar plus enabling upgrades / energy storage package approach and coordination with ILSFA for the ILSFA Residential and Community Solar expansion funding. | | | |
| **Task** | **FA-2 Loan Application Process Development.** IL Climate Bank will develop simplified application requirements/processes for package approach and coordination with IPA on Community-Driven CS and Lease-to-Own loans. | | | |
| **Complete** | **FA-3 Finalize incentive levels and loan parameters.** As part of its Planning Period and stakeholder engagement process, IL Climate Bank will develop incentive levels for any grants and establish requirements for loans in coordination with ILSFA incentives. | | | |
| **Complete** | **FA-4 Identify synergies.** IL Climate Bank will conduct research as part of its Planning Period and stakeholder engagement process to identify synergies with other GGRF and Illinois funding and develop strategies and processes for coordination | | | |
| **Complete** | **FA-5 Research complementary financing.** IL Climate Bank will conduct research to identify loan and other finance offerings provided by statewide and local financing institutions | | | |
| **Task** | **FA-6 Finalize incentive levels & restrictions for Enabling Upgrades.** IL Climate Bank will conduct analysis, based on data collected from stakeholders and research, in order to set loan parameters and forgivable loan levels for Enabling Upgrades Program. | | | |
| **Task** | **FA-7 Coordinate complementary funding.** IL Climate Bank will conduct research as part of its Planning Period and stakeholder engagement process to identify other appliable funding sources for enabling upgrades and develop strategies and processes for coordination | | | |
| **Task** | **FA-8 Finalize forgivable loan levels for Energy Storage.** As part of its Planning Period and stakeholder engagement process, IL Climate Bank will develop loan parameters and forgivable loan levels for Energy Storage Program, in coordination with any applicable existing utility and state programs. | | | |
| **Task** | **FA-9 Design Forgivable Loan Process.** As part of its Planning Period and stakeholder engagement process, IL | | | |

25

| | | | | | |
|---|---|---|---|---|---|
| | Climate Bank will design mechanisms for providing forgivable loans, for energy storage in coordination with residential solar incentive processes. | | | | |
| **Task** | **FA-10 Design Long-Term Ownership benefit requirements.** IL Climate Bank will work to develop and update loan agreement terms to ensure long-term benefits of installed solar and battery systems and funded upgrades and O&M strategies for the system lifetime | | | | |
| **Task** | **FA-11 Develop loan agreements for Community Solar.** IL Climate Bank will work to develop and update loan agreements for Community Solar Loans to ensure long term community engagement, ownership, and wealth building benefits | | | | |
| **Task** | **FA-12 Program launch.** Once program processes, applications, and implementation strategy are finalized for each component, IL Climate Bank and subgrantees will launch the program component for beneficiaries. | | | | |
| **Task** | **FA-13 Milestones.** Finalize milestone schedule for each year of the grant, including breakout of project tasks in phases with associated tasks and products/outputs. Include anticipated dates for start and completion of tasks. Set interim milestone dates as appropriate. (Q3-Q4) | | | | |

## B. Project Offerings – Refinement Strategy

During the planning period, the Climate Bank and Program Administrator worked closely with the IPA and its ILSFA Advisory Committee, and other community and industry stakeholders, to further define the program's loan, grant, and other offerings. During the planning period, the Project has made the following core decisions, as per US EPA guidance received on December 20, 2024:

- Define the solar technologies to be funded by each program,
- Define the financial products to be provided by each program,
- Define who will receive financial assistance from each program, and
- Define how funding/benefit will flow to households.

Program descriptions in this section 2.4 include the core program decisions that have been made by the Climate Bank, in coordination with stakeholders and relevant state agencies, to date. Initial Program Designs, based on input from stakeholders and relevant agencies, for each of

26

these programs are attached as Attachment B and will be published to the Climate Bank's website. Program descriptions in this section also outline the tasks to be completed before financial assistance is deployed and their expected completion date, which are in addition to the tasks highlighted in the charts above. Additional details regarding the completion of these tasks for each program will be submitted to US EPA in the Climate Bank's semi-annual performance reports.

## C. Project Offerings - Efficient Model

To address the identified gaps and barriers, the Proposed Illinois Program provides the following loan offerings/products:

1. Enabling Upgrades (forgivable loan)
2. Energy Storage (forgivable loan)
3. ILSFA Community Solar Expansion (grant via IPA)
4. ILSFA Residential Solar Expansion (grant via IPA)
5. Community Solar Loans (loan)
6. Lease-to-Own Loans (loan)
7. Working Capital Loans

The package approach of layering enabling upgrades with easy-to-access financing, plus outreach through trusted community partners, will empower households to gain access to an additional $90 million in state- and ratepayer-funded incentives for rooftop solar that will be available during the program period of 2024-2029 that would go unused due to historical and projected low adoption.

These offerings will be provided as follows:

| Offering | Category |
|---|---|
| Enabling Upgrades loan/forgivable loan | Participant support costs |
| Energy Storage loan/forgivable loan | Participant support costs |
| ILSFA Community Solar expansion | Subaward to IPA |
| ILSFA Residential Solar expansion | Subaward to IPA |
| Community Solar Loan | Participant Support Costs |
| Lease-to-Own Loan | Participant Support Costs |
| Working Capital Loan | Participant Support Costs |

To fund the following offerings, the Climate Bank will make a loan to a third party that will then establish a revolving loan fund to carry out these offerings in compliance with this workplan and raise additional private capital for these purposes:

4. Enabling Upgrades loan / forgivable loan
5. Energy Storage loan / forgivable loan
6. Community Solar loan
7. Lease-to-Own loan
8. Working Capital loan

To fund the ILSFA Community Solar and Residential Solar expansions, the Climate Bank will draw down and transfer funds to the IPA immediately on EPA approval. The IPA is unable to open its programs before it has funding in its accounts for the current program year, and thus immediate drawdown is necessary so that it may use the funding for the purposes described here.

## I.    SINGLE FAMILY AND MULTI FAMILY RESIDENTIAL SOLAR

### (i)    Enabling Upgrades Forgivable Loans | $12,000/household for home repairs

| Summary of Core Decisions for Enabling Upgrades Forgivable Loans | |
|---|---|
| Technologies to be Funded | Enabling upgrades including: roof assessments to identify structural needs, if any, before beginning work on a solar installation, along with recommended repair or replacements; electric panel upgrades; meter collars, where found to be more appropriate than a panel upgrade to the project's technical requirements and cost effective; smart inverters; energy efficiency improvements, and health and safety measures such as wiring repairs and leak or mold remediation. |
| Financial Products to be Provided | Forgivable Loan: Loan will be offered at up to $12,000/household for qualified investments, with a term of up to 12-18 months, leveraging private capital as necessary. Loan will have forgiveness provisions based on completion of solar |

28

|  | installation, quality and completeness, and consumer savings. |
|---|---|
| Who will Receive Financial Assistance? | Approved Vendors or their contractors chosen by the resident |
| How will Funding / Benefits Flow to Households? | Funding from EPA will flow to IFA and then under a loan to ICERF, who will make a loan to an Approved Vendors or their contractors who will receive a loan for upgrade work. The upgrade work will be done on the home of a household.  The loan to the Approved Vendor will be forgiven once a solar system is energized on the home of the program beneficiary household. Households will be required to receive enabling home upgrades at no cost. |

The Illinois Climate Bank, the lead applicant under this proposal, will work with the IPA to deploy an Enabling Upgrades program that will provide up to $12,000 per household to address necessary deferred maintenance, health & safety repairs, or electrical panel upgrades necessary to install a solar photovoltaic system and, optionally, an energy storage system at a household in allow-income or disadvantaged community. Projects supported could include electrical panel upgrades, roof repairs, mold and asbestos abatement, or other investments necessary to enable the deployment of the solar photovoltaic project. The Illinois Climate Bank will offer the Enabling Upgrades program alongside existing ILSFA REC incentives program and expand upon the Home Repairs and Upgrades Pilot launched by the IPA in 2023. The program will work to ensure projects maximize all available rebates offered by utilities or because of the Inflation Reduction Act.

The enabling upgrades program is intended to increase the number of households able to participate in the Solar for All program and leverage the existing incentives for residential solar that are unable to be used due to the high number of walk-aways due to health & safety issues, or needed repairs, in low-income and disadvantaged community households. Enabling upgrades will be associated with residential solar systems also funded by this grant, though some projects receiving enabling upgrades may be co-funded by both this grant and other sources.

This subprogram may include loans to Approved Vendors or their contractors that are working with local housing authorities or affordable housing developers for solar installations to their residential properties.

As part of the planning period and stakeholder engagement process, Illinois Climate Bank researched typical costs of certain required categories of upgrades from other pilot programs and from contractors. Illinois Climate Bank used this data to conduct an analysis to establish program loan and forgivable loan levels that reflect real-world conditions. Illinois Climate Bank will also ensure complementary funding for similar needed work is leveraged and coordinated for projects, and not duplicated.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, Multifamily building residents in CEJST- or EJScreen-Identified Disadvantaged Communities, Properties Providing Affordable Housing.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the Climate Bank to:

1. develop underwriting criteria and an application process (completion date: Sep. 30, 2025),
2. establish program-specific data collection processes (completion date: Sep. 30, 2025),
3. establish program-specific loan documents (completion date: Sep. 30, 2025),
4. establish additional interim milestones as needed (completion date: Mar. 31, 2025), and
5. perform outreach to reach Approved Vendors and their contractors (completion date: Dec. 31, 2025).

**Household Savings Plan**: Approved Vendors or their contractors will receive a loan for upgrade work, which will be forgiven once a solar system is energized. Households will receive enabling home upgrades at no cost. Households participating in the program will also participate in the ISFA Residential subprogram, which has extensive requirements in place to ensure that households receive 50% savings off their energy costs, including contractual requirements with Approved Vendors, tracking and verification requirements, and enforcement mechanisms.  See the ISFA Approved Vendor Manual for details.

**(ii)    Energy Storage | up to $7,500/household forgivable loans for energy storage additions**

| Summary of Core Decisions for Energy Storage Forgivable Loans ||
|---|---|
| Technologies to be Funded | Behind-the-meter residential-scale battery storage systems installed in conjunction with ISFA-incentivized solar systems. Eligible |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| | |
|---|---|
| | equipment will include: batteries; smart inverters; electric panel upgrades; and meter collars, where found to be more appropriate than a panel upgrade to the project's technical requirements, and cost effective. |
| Financial Products to be Provided | Forgivable Loan : Loan will be offered at up to $7,500/household for qualified investments, with a term of up to 12-18 months, leveraging private capital as necessary. Loan will have forgiveness provisions based on completion of solar installation, quality and completeness, and consumer savings. |
| Who will Receive Financial Assistance? | Approved Vendors chosen by the resident |
| How will Funding / Benefits Flow to Households? | Funding will flow from EPA to IFA. IFA will make a loan to ICERF. ICERF will use that loan to fund a loan to an Approved Vendors for the purchase and installation of the storage system on a residential home. The loan will be forgiven once a solar system is energized on that residential home. Households will receive a storage system at no cost. |

The Illinois Climate Bank will work with the IPA to deploy an Energy Storage loan and forgivable loan program that will provide up to $7,500 per household to add energy storage to solar photovoltaic systems for households located in low-income or disadvantaged communities. The program will encourage the design of energy storage systems to work in concert with a solar array to provide a resilient source of power for the residence for 12 hours during an extreme heat or cold event or other grid outages. The amount of the incentive will depend on the size of the energy storage system (in kW and kWh) and will coordinate with ILSFA REC incentives for residential customers and any DG Rebate incentives offered by utilities. Priority will be given to eligible households with members age 65 years or older, reliant on electricity-dependent durable medical and assistive equipment and devices, or located in remote locations that are dependent on continuous access to power for life and safety (food, education, health, and safety).

This subprogram may include loans to local housing authorities or affordable housing developers for solar-project-enabling upgrades to their residential properties.

As part of the planning period and stakeholder engagement process, Illinois Climate Bank will research energy storage installation costs, conduct research on areas where outages have the greatest impact on low-income and disadvantaged communities, and explore complementary funding. Illinois Climate Bank will use this data to conduct an analysis to establish program loan and forgivable loan levels that reflect real-world conditions, enable adoption for those most in need, and avoid duplication.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, Multifamily (1-4 unit) building residents in CEJST- or EJScreen-Identified Disadvantaged Communities, Properties Providing Affordable Housing.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the Climate Bank to develop:

1. develop underwriting criteria and an application process (completion date: Sep. 30, 2025),
2. establish program-specific data collection processes (completion date: Sep. 30, 2025),
3. establish program-specific loan documents (completion date: Sep. 30, 2025),
4. establish additional interim milestones as needed (completion date: Mar. 31, 2025), and
5. perform outreach to reach Approved Vendors and their contractors (completion date: Dec. 31, 2025).

**Household Savings Plan:** Approved Vendors will receive a loan for equipment and installation of a residential-scale battery storage system, which will be forgiven once an accompanying solar system is energized. Households will receive the storage system at no cost. Households participating in the program will also participate in the ISFA Residential subprogram, which has extensive requirements in place to ensure that households receive 50% savings off their energy costs, including contractual requirements with Approved Vendors, tracking and verification requirements, and enforcement mechanisms.  See the ISFA Approved Vendor Manual for details.

(iii)    **Lease-to-Own Loans| third-party leases of $5,000-50,000/customer**

| Summary of Core Decisions for ILSFA Lease-to-Own Loans | |
|---|---|
| Technologies to be Funded | Onsite and behind the meter solar systems on residential properties. These systems must be used to offset the load of one or more qualifying residential households occupying that property. |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| Financial Products to be Provided | Loans of $5,000 - $50,000 per customer to Approved Vendors offering a standardized lease-to-own product. |
|---|---|
| Who will Receive Financial Assistance? | Approved Vendors chosen by the resident |
| How will Funding / Benefits Flow to Households? | EPA will pass funding to IFA, who will make a loan to ICERF. ICERF will make a loan to an Approved Vendor that enables them to offer a standardized lease-to-own product to the residential customer household for a project that is eligible for, and uses, the ILSFA Residential (Small) and (Large) subprograms. Thus, the household will receive a solar system that it would not otherwise have received. ISFA Residential subprogram requires that residents receive the value of energy produced by the installed system through net metering or avoided usage connected directly to individual resident or tenant meters or indirect benefits such as lowered or stabilized rents or other benefits or services the value of which can be demonstrated by the property owner or manager, connected directly to the common meter of the building. The lease-to-own product will allow the resident to take ownership over the system placed on their home after a period-of-time, providing further benefits to the resident. |

The Illinois Climate Bank will launch a standard-offer Lease-to-Own Loan product that would provide simple, easy-to-access financing for smaller and new solar contractors to offer to residential solar customers. The program will support projects  that are eligible for the ILSFA Residential (Small) subprogram, including energy sovereignty projects, or projects eligible for Illinois Shines incentives that benefit low-income or disadvantaged communities. For residents, this product will

help overcome the trust barrier that communities face in understanding developer offers that may seem "too good to be true."

For small developers, this offering will enable them to compete with larger national developers that can facilitate in-house financing. Many new or small disadvantaged businesses lack the ability to compete with larger solar developers due to their inability to offer an in-house PPA or Lease product that can provide customers with a contract for no-upfront cost solar installations or guaranteed savings. The Illinois Climate Bank will design these loan terms to work seamlessly with ILSFA and Illinois Shines incentives as well as federal tax credits. Energy storage loans will be associated with residential solar systems also funded by this grant, though some projects receiving energy storage loans may be co-funded by both this grant and other sources.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, Multifamily building residents in CEJST- or EJScreen-Identified Disadvantaged Communities, Properties Providing Affordable Housing.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the Climate Bank to:

1. develop underwriting criteria and an application process (completion date: Sep. 30, 2025),
2. establish program-specific data collection processes (completion date: Sep. 30, 2025),
3. establish program-specific loan documents (completion date: Dec. 31, 2025),
4. develop a standardized lease-to-own product to be offered by participating AVs, based on industry best practice and relevant consumer protection requirements (completion date Dec. 31, 2025),
5. establish additional interim milestones as needed (completion date: Mar. 31, 2025), and
6. perform outreach to reach Approved Vendors and their contractors (completion date: Dec. 31, 2025).

**Household Savings Plan**: To be eligible for ISFA Residential subprogram incentives, projects on single-family homes must provide a solar system at no up-front cost and with ongoing savings of 50% over the value of the energy generated by the system. Where projects are placed on single-family or multifamily rental properties, the ISFA Residential subprogram requires that tenants receive the value of energy produced by the installed system through net metering or avoided usage connected directly to individual tenant meters or indirect benefits such as lowered or stabilized rents or other benefits or services the value of which can be

demonstrated by the property owner or manager, connected directly to the common meter of the building.

Projects funded by this Lease-to-Own program will be held to these same requirements. Projects must track and report system generation and will be required to submit reports showing household savings. The ISFA Approved Vendor Manual and REC Delivery Contract detail the tracking agreements and structures in place to ensure savings, which include Illinois Commerce Commission approval for each project. As this program is developed, the Illinois Climate Bank and Illinois Power Agency will work together to determine if any additional verification, auditing, and evaluation of savings data is required and, with input from Approved Vendors, what form it should take.

The Lease-to-Own program will also increase community ownership of solar systems by increasing access to lease-to-own financing that offers residents a means of owning their solar system over time.  The program will also improve workforce development by allowing small and disadvantaged AVs to provide a financial product that is readily available from larger solar installers, thereby increasing their ability to compete in the marketplace.

### (iv)    ILSFA Residential Solar Expansion | $60-$180/REC

| Summary of Core Decisions for ILSFA Residential Solar Expansion | |
|---|---|
| Technologies to be Funded | Onsite and behind the meter solar systems on residential properties. These systems must be used to offset the load of one or more qualifying residential households occupying that property. |
| Financial Products to be Provided | REC purchase payments |
| Who will Receive Financial Assistance? | Approved Vendors chosen by the resident who are selected by the ISFA Residential Solar subprograms to receive incentives. |
| How will Funding / Benefits Flow to Households? | EPA will pass funding to IFA, who will make a subgrant to the IL Power Agency.  The IL Power Agency will use that funding to make payments to Approved Vendors for RECs generated by residential solar systems. Under ILSFA program requirements, Approved Vendors must ensure that residents receive 50% savings on energy use, |

| | either directly for homeowners, or directly or indirectly via reduced rents or other tangible benefits for renters. |
|---|---|

Once the ILSFA Low-Income Residential Solar Sub-Program is ramped up to capacity (serving an estimated additional 4,014 households over current trajectory), the Illinois Climate Bank will work with the IPA to expand the sub-program to serve an additional 1,336 households in single-family and multi-family households. The ILSFA Residential Solar Sub-Program requires 50% savings to low-income subscribers, which already exceeds the benefit required in the USEPA SFA program. The Illinois Climate Bank will implement this subprogram via a subaward and an intergovernmental agreement with the IPA, which currently runs the ILSFA Residential Solar Sub-Program.

Illinois Climate Bank will work with IPA to determine what changes may be needed to the IPA's Long-Term Renewable Resources Plan in order to supplement the existing budget to expand the program. Illinois statute requires funds to be held within the Renewable Energy Resources Fund prior to program opening and allocation across programs.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, Multifamily building residents in CEJST- or EJScreen-Identified Disadvantaged Communities, Properties Providing Affordable Housing.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the IPA to:
1. include a sorting mechanism in its project application review process as to which projects will receive federal funds and which will receive state funds (completion date: Jun. 30, 2025),
2. adjust its project screening criteria to ensure that any project receiving that funding is eligible (completion date: Jun. 30, 2025).

The IPA and Climate Bank will work together to:
3. establish program-specific interim milestones (completion date: Mar. 31, 2025),
4. establish data collection processes (completion date: Jun. 30, 2025), and to
5. perform outreach to reach Approved Vendors (completion date: Jun. 30, 2025).

**Household Savings Plan:** To be eligible for ISFA Residential subprogram incentives, projects on single-family homes must provide a solar system at no up-front cost and with ongoing savings of 50% over the value of the energy generated by the system. Where projects are placed on single-family or multifamily rental properties, the ISFA Residential subprogram requires that

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

tenants receive the value of energy produced by the installed system through net metering or avoided usage connected directly to individual tenant meters or indirect benefits such as lowered or stabilized rents or other benefits or services the value of which can be demonstrated by the property owner or manager, connected directly to the common meter of the building.

Projects funded by this Solar for All Expansion program will be held to these same requirements. Projects must track and report system generation and will be required to submit reports showing household savings. The ISFA Approved Vendor Manual and REC Delivery Contract detail the tracking agreements and structures in place to ensure savings, which include Illinois Commerce Commission approval for each project. As this program is developed, the Illinois Climate Bank and Illinois Power Agency will work together to determine if any additional verification, auditing, and evaluation of savings data is required.

## II.    COMMUNITY SOLAR

### (i)    ILSFA Low-Income Community Solar Expansion | $66-122/REC range, about 1,200 households/yr

| Summary of Core Decisions for ILSFA Low-Income Community Solar Expansion | |
|---|---|
| Technologies to be Funded | ILSFA's Low-Income Community Solar subprogram provides incentives for rooftop or ground-mounted solar systems connected directly to the utility side of the meter. Projects are limited to a size of 5 MW and comply with US EPA's definition of Residential-Serving Community Solar. |
| Financial Products to be Provided | REC purchase payments |
| Who will Receive Financial Assistance? | Approved Vendors developing community Solar installations who are selected to receive incentives from the ILSFA Low Income Community Solar subprogram. |
| How will Funding / Benefits Flow to Households? | EPA will pass funding to IFA, who will fund the IL Power Agency under a subgrant. The IL Power Agency will use this funding to pay for RECs generated by residential-serving community solar developments. This program will increase access by low income and disadvantaged communities to |

| | community solar. To be eligible for ISFA Low-Income Community Solar incentives, a solar project must provide participants with a subscription that comes at no up-front cost and ongoing savings of 50% over the value of their share of the energy generated by the system. |
|---|---|

The Illinois Climate Bank will work with the IPA to expand the oversubscribed ILSFA Low-Income Community Solar Program to fill the unmet demand for community solar projects serving low-income and disadvantaged communities. The expansion of the budget of the Community Solar subprogram will add funding to this high-demand subprogram as the other subprograms ramp up to meet their funding allocations. The ILSFA Community Solar Program requires 50% savings to low-income subscribers, which already exceeds the benefit required in the USEPA SFA program. The Illinois Climate Bank will implement this subprogram via a subaward and an intergovernmental agreement with the IPA.

The Illinois Climate Bank will work with IPA to determine what changes may be needed to the IPA's Long-Term Renewable Resources Plan in order to supplement the existing budget to expand the program. Illinois statute requires funds to be held within the Renewable Energy Resources Fund prior to program opening and allocation across programs.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, CEJST- or EJScreen-Identified Disadvantaged Communities.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the IPA to:

1. include a sorting mechanism in its project application review process as to which projects will receive federal funds and which will receive state funds (completion date: Jun. 30, 2025),
2. adjust its project screening criteria to ensure that any project receiving that funding is eligible (completion date: Jun. 30, 2025).

The IPA and Climate Bank will work together to:

3. establish program-specific interim milestones (completion date: Mar. 31, 2025),
4. establish data collection processes (completion date: Jun. 30, 2025), and to
5. perform outreach to reach Approved Vendors (completion date: Jun. 30, 2025).

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

**Household Savings Plan:** To be eligible for ISFA Low-Income Community Solar incentives, a solar project must provide participants with a subscription that comes at no up-front cost and ongoing savings of 50% over the value of their share of the energy generated by the system. Projects funded by this Solar for All Expansion program will be held to these same requirements. Projects must track and report solar subscriptions and generation and will be required to submit reports showing household savings. The ISFA Approved Vendor Manual and REC Delivery Contract detail the tracking agreements and structures in place to ensure savings, which include Illinois Commerce Commission approval for each project. As this program is developed, the Illinois Climate Bank and Illinois Power Agency will work together to determine if any additional verification, auditing, and evaluation of savings data is required and, with input from Approved Vendors, what form it should take.

> (ii)    **Community Solar Loans | loans of $500,000 – $3,000,000 (about 1-3 projects/yr overall), with funds recycled to expand to additional businesses.**

| Summary of Core Decisions for Community Solar Loans | |
|---|---|
| Technologies to be Funded | Rooftop or ground-mounted solar systems connected directly to the utility side of the meter. Projects are limited to a size of 5 MW and comply with US EPA's definition of Residential-Serving Community Solar. |
| Financial Products to be Provided | Loans of between $500,000 and $3,000,000 will be offered at below-market rates. The Illinois Climate Bank will develop underwriting criteria that focus on the likely success of the project, as evidenced by ISFA and Illinois Shines approval and tax credit eligibility, and which seek to support small and emerging AVs who are growing their businesses. The Illinois Climate Bank will welcome applications from AVs seeking to finance smaller (1-3 MW) community solar projects. |
| Who will Receive Financial Assistance? | Approved Vendors developing community solar installations and that comply with the requirements of the ILSFA Low-Income Community Solar or Illinois Shines |

| | Community-Driven Community Solar programs. |
|---|---|
| How will Funding / Benefits Flow to Households? | EPA will pass funding to IFA, which will make a loan to ICERF. ICERF will use that funding to make loans to the developers of residential serving community solar developments. The Community Solar Loan program will increase access to community solar by low-income households and disadvantaged communities. To be eligible for ISFA LICS incentives, and thus the Community Solar Loan, a solar project must provide participants with a subscription that comes at no up-front cost and ongoing savings of 50% over the value of their share of the energy generated by the system. Similarly, projects receiving incentives from the Illinois Shines CDCS program that serve low-income households and disadvantaged communities, as defined by US EPA, will be eligible for loans, so that they may increase the breadth and diversity of households that can benefit from solar. |

The Illinois Climate Bank will collaborate with community-based organizations to develop loan products that enable the growth of Community-Driven Community Solar projects and Low-Income Community Solar projects. Under CEJA, such community solar projects can compete for incentives under the ILSFA Low-Income Community Solar subprogram (if qualify by having income eligible subscribers) or Illinois Shines Community-Driven Community Solar subprogram, and are required to provide defined community benefits, such as community ownership or wealth-building opportunities. These loans will help fill in the gaps of access to low-cost capital for these projects to allow them to compete with traditional community solar projects and enable innovative financing structures to support long-term ownership and wealth-building. This loan will apply to projects selected for ILSFA and Illinois Shines funding that include community leadership elements. For the Illinois Shines Community-Driven Community Solar projects that do not qualify for ILSFA (e.g., do not have enough income eligible subscribers), the loans will support community-driven projects that provide benefits to the low-income and disadvantaged communities as required under USEPA SFA Competition, for example projects developed by small

low-income businesses to help them gain experience and grow their business to compete with other vendors and bring wealth to low-income and disadvantaged communities. The loans will also support projects participating in ILSFA's Low-Income Community Solar program. The loan terms will be designed to work seamlessly with ILSFA and Illinois Shines incentives as well as federal tax credits. Loan repayments would be recycled back into the fund to be leveraged for future projects.

As noted in Section 2.2E above, all community solar projects funded by this program will be tracked and, if necessary, additional requirements will be placed upon them to ensure that they conform to the SFA definition of residential-serving community solar.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, CEJST- or EJScreen-Identified Disadvantaged Communities.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the Climate Bank to:
1. develop underwriting criteria and an application process (completion date: Sep. 30, 2025),
2. establish program-specific data collection processes (completion date: Sep. 30, 2025),
3. establish program-specific loan documents (completion date: Sep. 30, 2025),
4. establish additional interim milestones as needed (completion date: Mar. 31, 2025), and
5. perform outreach to reach Approved Vendors and their contractors (completion date: Dec. 31, 2025).

**Household Savings Plan:** The Community Solar Loan program will increase access to community solar by low-income households and disadvantaged communities.  To be eligible for ISFA LICS incentives, and thus the Community Solar Loan, a solar project must provide participants with a subscription that comes at no up-front cost and ongoing savings of 50% over the value of their share of the energy generated by the system. Similarly, projects receiving incentives from the Illinois Shines CDCS program that serve low-income households and disadvantaged communities, as defined by US EPA, will be eligible for loans, so that they may increase the breadth and diversity of households that can benefit from solar.

Projects must track and report solar subscriptions and generation and will be required to submit reports showing household savings. The ISFA Approved Vendor Manual and REC Delivery Contract detail the tracking agreements and structures in place to ensure savings from LICS projects, which include Illinois Commerce Commission approval for each project. CDCS

projects will be required to provide additional reporting to ensure that they are serving low-income and disadvantaged communities.  As this program is developed, the Illinois Climate Bank will determine if any additional verification, auditing, and evaluation of savings data is required.

## III.    SUPPORTING BUSINESSES PROGRAM-WIDE

(i)    **Working Capital Loans | loans of $50,000 – $1,000,000 for working capital to disadvantaged small businesses (5 – 8 businesses/yr), with funds recycled to expand to additional businesses.**

| Summary of Core Decisions for Working Capital Loans | |
|---|---|
| Technologies to be Funded | Working Capital Loans will be available to Illinois Solar for All (ISFA) or Illinois Shines Approved Vendors and Designees. Working Capital Loans will be available for costs associated with project development and installation, as well as back-office needs. |
| Financial Products to be Provided | Loans of between $50,000 and $1,000,000 will be offered at below-market rates. |
| Who will Receive Financial Assistance? | Working Capital Loans will be available to Approved Vendors and Designees.  Eligible contractors must have their principal office in Illinois and be very small businesses having fewer than 10 full-time employees. |
| How will Funding / Benefits Flow to Households? | EPA will fund the IFA, which will make a loan to ICERF.  ICERF will use this funding to create working capital loans for small businesses that install and develop solar and energy storage systems and enabling upgrades. This program will increase access to solar by low-income and disadvantaged communities by building the solar, storage, and enabling upgrade contractor community in Illinois. Illinois suffers from a dearth of contractors offering solar projects to low-income and disadvantaged communities, particularly in |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

|  | rural areas, through the Illinois Solar for All Programs, which offer 50% savings to these residents. This program is intended to help small Approved Vendors grow their businesses so that they may take on more and larger projects to serve the community. |
| --- | --- |

Illinois Climate Bank will deploy a new working capital product to help accelerate the Jobs and Justice goals of CEJA by focusing on building the capacity of these businesses and to cover finance gaps in clean energy projects. The working capital loan product will provide low-cost loans to small contractors engaged in the ILSFA program or projects eligible for Illinois Shines incentives that benefit low-income or disadvantaged communities, to enable them to grow beyond the limitations of a cash business and support organizational development. The loans will support project development costs as well as back-office needs. Eligible contractors will be required to be Approved Vendors or Designees under ILSFA and Illinois Shines, or similar vendor programs, and involved in the installation of solar photovoltaic systems, energy storage systems, electrical panel upgrades, or other residential enabling upgrades. Loan repayments would be recycled back into the fund to be leveraged for future projects.

**LIDAC Category Served:** Geographically Dispersed Low-Income Households, CEJST- or EJScreen-Identified Disadvantaged Communities.

**Tasks to be completed:** In addition to the tasks listed in the tables above, this workstream will require the Climate Bank to:

1. develop underwriting criteria and an application process (completion date: Sep. 30, 2025),
2. establish program-specific data collection processes (completion date: Sep. 30, 2025),
3. establish program-specific loan documents (completion date: Sep. 30, 2025),
4. establish additional interim milestones as needed (completion date: Mar. 31, 2025), and
5. perform outreach to reach Approved Vendors and their contractors (completion date: Dec. 31, 2025).

**Household Savings Plan:** This program will increase access to solar by low-income and disadvantaged communities by building the solar contractor community in Illinois. Illinois suffers from a dearth of contractors offering solar projects to low-income and disadvantaged communities, particularly in rural areas, through the Illinois Solar for All Programs, which offer

50% savings to these residents. This program is intended to help small Approved Vendors grow their businesses so that they may take on more and larger projects to serve the community

### D. Complementary Nature

The design of the Proposed Illinois Program maximizes value of the federal funding requested by relying on the existing Illinois solar deployment programs, REC procurement procedures, vendor certification, project evaluation, customer outreach and workforce development mechanisms and supplements them with grants, loans and technical assistance tools that are complementary and fill the key gaps identified by the Illinois stakeholders through the implementation of these existing programs. Addition of the requested federal funding will help to close the loop, by funding those gaps that are not eligible for funding elsewhere and push many low-income customers and vendors over the finish line and make all other initiatives more sustainable and impactful.

1. Adding storage to low-income residential solar projects that are ILSFA eligible, with the focus on the most vulnerable population that relies on the power for medical needs will extend the value of both ILSFA and federal funding by adding resiliency for those households during the extreme weather events and grid outages.
2. Providing funding for critical upgrades will enable many residential projects to become eligible for and obtain solar incentives provided by Illinois under the ILSFA and realize savings and customer protections safeguarded by the ILSFA program. As discussed in Sec. 2.4.E, below, the Enabling Upgrades funding is conditioned on vendors pursuing all other opportunities available elsewhere to stack upgrade coverage by multiple sources.
3. Extending the ILSFA low-income community solar program will fulfill the additional interest in this program that could not be covered by the Illinois funding and will extend the reach of solar benefits to more households and those low-income renters that cannot access residential solar benefits elsewhere.
4. The proposed loans will give the chance to many projects to become eligible for the ILSFA and Illinois Shines and establish long-term businesses in the areas where they are most needed.
   The Contractor Portal and SolarAPP+ will focus on ILSFA and Illinois Shines related needs and will provide a more tailored support that is most relevant to enabling more low-income solar projects, rather than duplicating the efforts of other initiatives available in Illinois.

### E. Storage and Enabling Upgrades Projects Selection Criteria

**The Energy Storage Program** will provide loans and forgivable loans to add energy storage to solar systems that participate in the ILSFA Small Residential Solar (1-4 units) subprogram. The priority will be given to serving households with persons reliant on electricity-dependent durable

medical and assistive equipment and devices, or with persons aged 65 or older, and low-income and disadvantaged community households in remote locations that are dependent on continuous access to power for life and safety (food, education, health, and safety).

The loan's requirements will be designed to encourage storage systems that work in concert with a solar array to provide a resilient source of power for 12 hours continuously during an extreme heat or cold event, or other grid outages. The program will coordinate with ILSFA REC incentives for residential solar and any applicable utility DG Rebates to maximize value.

In Illinois, there are 98,345 individuals that rely on electricity-dependent durable medical and assistive equipment and devices to live independently in their homes. This includes 30,834 that rely on O2 services, and 15,416 that rely on devices for home health care services. The map, right, shows the distribution of at-risk population statewide.



For the **Enabling Upgrades Program**, Illinois Climate Bank will work with the IPA to deploy forgivable home repair loans in conjunction with the IPA's recently launched Home Repair and Upgrade Pilot. The Pilot intends to make additional loans and forgivable loans available to ILSFA Approved Vendors that complete home repairs and upgrades necessary for solar installation on owner-occupied income-eligible homes within the ILSFA Small Residential Solar sub-program (1-4 units). IPA stakeholder engagement continuously highlights the need for home repairs and electric upgrades as the major barrier for residential customers otherwise eligible for ILSFA Small Residential Solar sub-program. Through the previous ILSFA project evaluation cycles, ILSFA Program Administrator identified at least 500 projects in the Small Residential projects category (totaling about 3.5MW nameplate capacity) that could not proceed due to upgrades and mitigations necessary to become eligible. Owner-occupied homes that are otherwise qualified for ILSFA are eligible to participate in this Pilot. The Pilot initial design proposal was offered for stakeholder comments in May 2023 and was adjusted accordingly to accommodate that feedback. Pilot incentives are limited to electrical work and roof repairs, including applicable permitting fees, necessary for the solar installation. The Enabling Upgrades program proposed here will be offered alongside existing ILSFA Small Residential Solar incentive program and expand upon the IPA's Pilot. IPA will work with various state, federal, and non-profit programs that provide compatible home repairs and upgrades funding to identify how these programs can be layered to complement each other and reach out to more households.

Through its Pilot, ILSFA Program Administrator will gather information from Approved Vendors on the frequency and extent of electrical and/or roof repair needs in income-eligible homes that want to install solar panels. IPA will use this data to adjust the Small Residential Solar sub-program to address prerequisite home repairs that are common barriers for homeowners hosting solar. IPA will then evaluate the success of the Pilot following ILSFA Program Year 6 (2023–2024) and will adjust the Pilot and/or the Small Residential sub-program, as necessary. ILSFA Program Administrator research shows that the cost of a single-family home roof replacement in Chicago typically ranged $5,000 - $11,000 (about $8,000 average) and roof replacements in Central and Southern Illinois typically ranged $5,500-$8,500 (about $7,000 average). About 60% of the cost accounting for labor and 40% for materials. Electrical upgrades (including upgrades to the service panel and service line from 100 to 200 amps) range $1,000-$3,000 (with about $2,000 average). Other associated costs include permit fees, meter and riser upgrades, grounding rods, and water grounding.

The Program intends to provide up to $4,000 for electrical work and up to $10,000 for roofing work as an allowable cap per household. ILSFA Program Administrator will first seek to connect income-eligible homes with federal, state, or non-profit programs that fund home repairs (inc. HUD-approved housing counseling agencies, the Illinois Housing Development Authority, Habitat for Humanity, U.S. Department of Veteran Affairs Regional Loan Centers, and the U.S. Department of Agriculture Rural Development Office etc.). The ILSFA website provides a listing of the relevant external funding opportunities. Approved Vendor will have to show that it has exhausted external funding options to receive the repairs and upgrades funding under the Pilot.

Through this Proposed Program, Illinois Climate Bank will work with IPA to build on the experience of the IPA pilot to support enabling upgrades for households over the 5-year program period to a scale to reach approximately half of the projected number of households who remain unserved by ILSFA's residential programs because of needed enabling upgrades. Illinois Climate Bank will work to identify mechanisms to coordinate enabling upgrades funding with prospective solar installations, grassroots education outreach, and other engagement.

### F. Long-Term Impacts

Overall, because the federal funding it deployed to support existing Illinois programs, particularly the REC procurements under the ILSFA and Illinois Shines under long-term (10-20 year) contracts, the benefits of this funding opportunity will extend well beyond the Program funding cycle, in terms of energy savings, consumer protections, and wealth building, as the participants will continue receiving benefits through the duration of these REC contracts. Solar vendors under the ILSFA and Illinois Shines must comply with the contract requirements of providing savings and

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

other benefits over the duration of the REC contract and will have continuous obligations toward the low-income participants. Violation of those requirements can lead to vendors being removed from Approved Vendor pool, or a clawback of the upfront REC payments they received, etc., enforced through the IPA continuous enforcement processes, thus ensuring continuous customer benefits and protections. The additional health, environmental, ownership, partnership, career, and business benefits may be life changing and sustain even over a longer timeframe.

All ILSFA contracts must include a full system warranty, as well as operations and maintenance guarantees for the duration of the REC contract or 15 years, at no additional cost to participants. ILSFA disclosures include customer instructions for insuring the system. Lease or PPA agreements that allow for ownership of the system to be fully transferred to the participant prior to the 15-year term of the REC agreement are allowed only in circumstances where full system warranties and full coverage of operations and maintenance needs are included at no additional cost. In these instances, the first-year savings must still meet the minimum requirement and the lifetime savings will be calculated based on a 25-year life of the system.

For Energy Sovereignty on-site projects intended to be transferred to the customer after 5-7 years, contract terms may include the following: the timing of the transfer, the amount of ILSFA funds held in escrow to pay for the transfer, the purchase price of the system at the time of expected transfer, and a transfer of warranties to the new owner. For Energy Sovereignty community solar projects where individual panels are owned by an eligible customer, the contract must include the purchase price of the panels in net of ILSFA incentives. If ownership is transferred after tax benefits are captured, the contract must specify where applicable: the timing of the transfer, the price of the system at the time of transfer, funds held in escrow for the buyer, plans for ongoing monitoring and maintenance after the transfer of ownership, and other factors described for distributed generation projects.

Extensive solar recycling infrastructure has not yet developed in Illinois, as the vast majority of the state's solar systems have not yet come close to the end of their lives. However, Illinois' Renewable Energy Component Recycling Task Force Act (20 ILCS 4118/15) has created a forum to study the state's solar panel recycling needs and make recommendations, which are due to be completed in mid-2025. The Climate Bank will stay informed on these recommendations and work with the IPA and relevant agencies to coordinate conversations aimed at ensuring a high recycling rate when the panels associated with this grant near the end of their useful life.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

## 2.5 Project-Deployment Technical Assistance Strategy

### A. Activities to be Conducted During the Planning Period

| Complete, Yet to Be Completed During Planning Period, or Implementation Period Task | Activity | Year 1 (2025) | | | |
|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 |
| Task | **TA-1. Workforce Development gap analysis.** IL Climate Bank will conduct a review of existing Workforce Development programs most relevant to this Program and any potential gaps to be filled. | ▓ | ▓ | | |
| Task | **TA-2 Skills Assessment.** IL Climate Bank will assess skills needed to incorporate energy storage and enabling upgrades into Pre-apprenticeship pipelines and project requirements. | ▓ | ▓ | | |
| Task | **TA-3 Contractor Portal: Workforce Development.** IL Climate Bank will work to develop and expand its Contractor Portal strategy and functionality needs to include Workforce Development. | ▓ | ▓ | | |
| Task | **TA-4. Municipal utility engagement.** IL Climate Bank will work with municipal utilities to document barriers for interconnection and develop an initial approach to SolarApp+ implementation. | ▓ | | | |
| Task | **TA-5 Contractor Portal: Interconnection Assistance.** IL Climate Bank will work to identify and include Contractor Portal content needs on interconnection assistance. | ▓ | ▓ | | |
| Complete | **TA-6 SolarApp+ planning.** IL Climate Bank will establish a working group with local governments and other stakeholders to develop an initial approach for SolarApp+ implementation. | ▓ | | | |
| Task | **TA-7 Contractor Portal: Siting and Permitting.** IL Climate Bank will work to identify and include Contractor Portal content needs on siting and permitting. | ▓ | ▓ | | |
| Task | **TA-8 Milestones.** Finalize milestone schedule for each year of the grant, including breakout of project tasks in phases with associated tasks and products/outputs. Include anticipated dates for start and completion of tasks. Set interim milestone dates as appropriate. (Q3-Q4) | ▓ | ▓ | ▓ | ▓ |

48

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

To address the identified gaps and barriers, the Proposed Illinois Program will provide the following technical assistance strategies:

## B. Technical Assistance Program Offerings

### I. Bright Neighborhoods Pilot Extension | up to $500,000/yr grants/community

The IPA' Bright Neighborhoods Pilot program, created to increase participation in the ILSFA Small Residential Solar (1-4 unit) sub-program, has been evaluated since Illinois' initial program proposal was submitted. The evaluation report, released on June 26, 2024, recommends re-launching the program for the next program year with a number of design changes based on the evaluation's findings and the pilot program experience.  These changes include adjustments to the intake, income verification, and early site evaluation processes to make them less burdensome for residents; collaborating with vendors to increase their ability to address enabling upgrade needs; and adjustments to outreach and processes for following up with residents.  The Illinois Climate Bank will work with the IPA to enhance and expand the "Bright Neighborhoods" Pilot, incorporating the recommendations in the evaluation report.

The Pilot creates a focal point neighborhood marketing approach to increase participation in the ILSFA Small Residential Solar sub-program, with the Program Administrator managing marketing, public outreach, public interactions, income verification, and an initial site suitability assessment for small residential DG projects in targeted Pilot communities. Low-income and disadvantaged community households and companies have reported several barriers to participation in this sub-program, including unfamiliarity with solar power, distrust in marketers, language barriers, and a complex administrative process. The Bright Neighborhoods Pilot is designed to reduce these barriers and to assess a more vertically integrated model for facilitating uptake of the ILSFA Small Residential sub-program. The Pilot was launched in three initial communities, and expanded funding under the existing Illinois funding and the funding requested from the USEPA SFA will support the expansion and restructuring of this effort.

Further, funding from this proposal will directly support community-based organizations in target communities to serve as local, trusted entities to coordinate solar outreach for targeted communities and build long term trust with the project coordinators and approved vendors that will process income verification and site suitability assessments. Please see Sec. 2.6.D of this Proposal for further details of this program.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

## II. Contractor Portal | $2.5 million to implement a single application and education portal.

Illinois Climate Bank will work with Illinois Department of Commerce and Economic Opportunity (DCEO), the State agency administering CEJA's workforce and contractor development initiatives, to develop a single portal targeted at supporting new and emerging disadvantaged businesses' ability to access various solar development opportunities. The contractor portal will be designed to share information across agencies (application and credential/accreditation information), track contractor support opportunities at different agencies and direct contractors to them, provide contractor education, engagement, and recruitment. The Portal will streamline application processes and reduce administrative burdens in accessing grant and loan offerings. The Portal will help coordinate processes including Illinois Climate Bank loans, Equitable Energy Future Grant Program, Contractor Incubator and Primes Accelerator Opportunities.

## III. SolarAPP+ Implementation | $20,000 subaward grants for implementation of online solar permitting platform SolarAPP+

Illinois Climate Bank will provide subawards for adoption of the SolarAPP+, a no-cost advanced permitting software developed by National Renewable Energy Laboratory (NREL), to streamline permitting processes for standardized solar systems in Illinois municipalities. SolarAPP+ is an online permitting platform that automates rooftop solar plan reviews and produces instant compliant approvals at the municipal government. Online and instant permitting is customary practice for many localities in the US, including CA, AZ, NV, FL, CA, SC, TX, NY. As the number of solar projects grows, municipalities become overwhelmed with the workload and project approvals get delayed. The SolarAPP+ tool will reduce the administrative burden on municipalities and will streamline the approval process.

Illinois Climate Bank will manage the subawards directly with local governments, with individual subaward grants of $20,000 per jurisdiction to cover implementation needs and personnel training. Further, Illinois Climate Bank will work to engage a statewide entity to provide technical assistance, respond to information requests, and facilitate regional training. At this time, Illinois Climate Bank has not determined which local governments will receive subawards under this subprogram.

## C. Workforce Development Investments

As noted in Sec. 2.2.F above, Illinois' existing robust clean workforce and business development programs, including the framework of FEJA and CEJA clean energy job workforce training,

apprenticeship and job placement programs discussed in Sec. 2.2.F, can be relied on to help to implement the Proposal. The existing program ecosystem, funded at over $100 million per year by the State, is focused on training workers from low-income communities to install solar systems in those same communities. These programs are based in community-based organizations, community colleges, and labor organizations and have existing placement strategies that are already coordinated with Illinois solar program. The extension of Illinois' solar programs, proposed here, includes an extension of those connections to ensure full integration of the existing workforce ecosystem with Solar for All activities. With new investment types, however, come additional training needs.

The Proposed Program will provide additional coordination with the Clean Jobs Workforce Network Program to support additional skills needs around roof replacement and repair, mold and asbestos abatement needs identified and remediation, electrical upgrades, energy storage installation, and more. In addition, the proposed Contractor Portal can be used to help navigate options relevant to the ILSFA and Illinois Shines. Illinois Climate Bank will coordinate with the existing programs to identify existing training opportunities that can be used for these programs.

### D. Interconnection Assistance

As noted in Sec. 2.3.D, above, residential, and other smaller DG projects typically do not experience issues with interconnection. Most issues are related to larger projects interconnecting in locations that have limited hosting capacity. With respect to the Proposed Illinois Program, larger community solar projects are potentially the most likely to run into any interconnection issues in Illinois. As noted, Illinois has progressive DER interconnection rules and an Interconnection Working Group to address any interconnection issues and upgrade to the IEEE 1547-2018 standard.

However, the proposed financial assistance for low-income vendors, including the Working Capital Loans, Standard Offer PPAs, and Community-Driven Community Solar Loans should support the low-income vendors though potential interconnection hurdles if they run into any. Stakeholder input received has highlighted that the upfront cash required for a community solar interconnection study - a deposit of $250,000 to $300,000 plus additional study costs - is a barrier to project development for more community-driven and community-owned models. The Proposed Program has modeled the Community-Driven Community Solar loans to be sized to account for the initial capital investment needed to get a project to the construction phase (where capital is easier to come by) by accounting for the financing needs for such interconnection fees/costs, bond requirements, and lease down-payments to prove site control. Further, from the Technical Assistance standpoint, the proposed Contractor Portal can help low-

income vendors and disadvantaged businesses to navigate the interconnection requirements and participate in the Working Group.

## E. Projects Siting, Land Use, Permitting, Inspections, Quality Control

Illinois' existing robust clean workforce and business development programs, including the Clean Energy Contractor Incubator Program, the Clean Energy Primes Contractor Accelerator Program as well as the Energy Transition Navigators Program can be relied on to help contractors navigate siting, land use, permitting and other requirements. In addition, the proposed Contractor Portal can be used to help navigate these provisions as they apply to the ILSFA and this Proposal, particularly the Enabling Upgrades and Energy Storage. During the planning phase, the Program will work with stakeholders to develop any necessary additional siting requirements.

**Inspections & Quality Control.** The Program will work with local units of government to adopt SolarAPP+ and provide technical assistance and training through a cohort model on integrating and using the tool to automate permitting plan review, approval, and project tracking. The Program will develop a methodology for incorporating inspection data from SolarAPP+ on rooftop solar and solar & storage projects into program monitoring and reporting. Further, as described, the ILSFA Program evaluates system performance to ensure the project meets system design specifications and provides customers savings and resiliency.

**Pollinator Habitats.** For community solar projects, in the initial planning phase, the Program will collaborate with stakeholders to develop a low-impact solar development framework that can improve soil health, retain water, nurture native species, and produce food in a manner specific to Illinois.

## 2.6 Equitable Access and Meaningful Involvement Plan

### A. Activities

| Complete, Yet to Be Completed During Planning Period, or Implementation Period Task | Activity | Year 1 (2025) | | | |
|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 |
| Task | **EA-1 Identify gaps in solar vendors.** IL Climate Bank will conduct initial (and updated) research and analysis to identify areas that lack solar vendor presence and | | | | |

| | | | | |
|---|---|---|---|---|
| | may be ripe for targeted outreach for contractor development. | | | |
| **Task** | **EA-2 Target areas for contractor development.** IL Climate Bank will identify potential target audience for loans to support low-income and diverse vendors and Community-Driven CS and Energy Sovereignty. | | | |
| **Complete** | **EA-3 Engage with the ILSFA Advisory Committee.** IL Climate Bank will conduct direct and sustained engagement with the ILSFA Advisory Committee, coordinated by IPA, on program design and implementation. | | | |
| **Task** | **EA-4 Coordinate with Grassroots Education.** IL Climate Bank will work with IPA and its Grassroots Education vendors to develop strategies to integrate Program elements into ILSFA Grassroots Education campaigns | | | |
| **Task** | **EA-5 Revamp Bright Neighborhoods Pilot.** IL Climate Bank will work with IPA to redesign, revamp, and expand the Bright Neighborhoods Pilot. | | | |
| **Task** | **EA-6 Equitable Intake access.** IL Climate Bank will work to design customer acquisition and customer referral procedures that support equitable access to program offerings. | | | |
| **Task** | **EA-7 Milestones.** Finalize milestone schedule for each year of the grant, including breakout of project tasks in phases with associated tasks and products/outputs. Include anticipated dates for start and completion of tasks. Set interim milestone dates as appropriate. (Q3-Q4) | | | |

## B. Diversity and Support from Community Based Organizations

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Proposed Illinois Program contains many elements that will support diversity and community engagement, including:

**Vendor Availability.** Stakeholder outreach verified that the lack of approved solar vendors in more remote and rural areas of Illinois is one of the key obstacles to low-income solar adoption. Loan offerings under the Proposed Illinois Program will support low-income and diverse solar vendors that intend to establish business in those areas to reach those neighborhoods.

**Grassroots Education.** ILSFA provides consumer education through grassroots education funding. CEJA requires IPA to direct up to 5% of the funds available under the ILSFA Program to community-based groups and other qualifying organizations to assist in community-driven education efforts related to the ILSFA, including general energy education, information on job training programs, etc. This translates to about 10-13 grassroot education campaigns funded each program year, with about $0.75 mil a year going forward. To help ensure that EJ communities are aware of opportunities for participation in ILSFA, grassroots education funding is prioritized towards EJ Communities with up to 60% of the funding (or three percentage points of the 5%) will be used for this purpose. Since the start of grassroots education campaigns in 2019-2020 to the closing of the 2022-2023 program year, 785 grassroots education events have been hosted in EJ communities (53.40% of all events). 95.65% of all grassroots education campaigns have incorporated outreach in EJ communities. Thirteen local grassroot organizations will conduct Grassroots Education campaigns during ILSFA's fifth program year. The grassroot campaigns will be conducting outreach across Illinois, focusing on environmental justice communities and income-eligible communities in Southern, Central, and Northern Illinois.

**Community-Driven/Community-Owned projects.** Proposed loans to the community-driven and energy sovereignty projects will strengthen participation and ownership of the diverse low-income communities in the solar projects supported by the ILSFA and Illinois Shines programs. The Program has received significant support from organizations and entities across the state to advance the equitable access and meaningful involvement plan, including:

| | | |
|---|---|---|
| Governor JB Pritzker | Clean Energy Jobs & Justice Fund | IL Green Alliance |
| Illinois Commerce Commission | Blacks in Green | Union of Concerned Scientists |
| City of Chicago | Grow Greater Englewood | IL Environmental Council |
| Cook County | Sustainable Englewood Init. | Climate Jobs Illinois |
| City of Springfield | Volunteers of America - IL | Respiratory Health Assoc. |
| City of Carbondale | Beloved Comm. Family Wellness | Vote Solar |
| City of Oak Park | Seven Gen. Ahead and C4 | Illinois Solar Energy Assoc. |

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

| City of Broadview | Glenview Parks | Faith in Place |
|---|---|---|
| Central Metro. Agency for Planning | Chicago Comm. Loan Fund | NRDC |
| Region 1 Planning Council | First Eagle Bank | Citizens Utility Board |
| IL Municipal League | Sunrun | Quincy University |
| Association of Illinois Electric Coops | RLD | Richland Community College |
| Metropolitan Mayors Caucus | Habilitative Systems | IL Wesleyan University |
| Elevate | WindSolarUSA | SIU - Edwardsville |

## C. Participatory Governance and Meaningful Partnerships

To develop and explore ILSFA program implementation and improvement, IPA is convening an ILSFA Advisory Committee, which will meet monthly and will include IPA, ICC, the ILSFA Program Administrator, Approved Vendors, Approved Vendor Aggregators, Equity-Eligible Contractors, industry participants, grassroots educators or local organizations, the public, and other interested stakeholders. The Advisory Committee will also engage with Illinois Climate Bank and DCEO and other applicable State agencies. The Advisory Committee meetings foster meaningful and informed conversation between all program stakeholders and agencies, provide education or information regarding participation in the program, encourage stakeholder and public feedback, and develop and propose incremental improvements to the ILSFA program. Advisory Group recommendations will inform IPA decisions. IPA will post the schedule and materials for meetings on the IPA and ILSFA websites.

## D. Stakeholder Engagement and Community Collaboration

Lack of customer knowledge and trust in the program is another key barrier to residential low-income solar adoption. To grow its Residential Solar program uptake, IPA is testing a new approach to residential customer education, outreach and acquisition with a single entity serving as a liaison for the neighborhood, providing all aspects of program management and delivery through a vertically integrated model, that reduces the transaction costs and customer outreach fatigue.

The **Bright Neighborhoods Program** is designed as a more consolidated model approach with the Program Administrator taking on local engagement on customer-interaction and public outreach functions, such as recruiting

customers, conducting income verification and site suitability assessment, partnering with local organizations, and liaising with job training and placement programs. An evaluation report was released on June 27, 2024. The Pilot is initially designed to be implemented for two years in three select EJ and eligible income communities. The evaluation recommends several design changes to increase the program's ability to boost participation in the ILSFA Small Residential Solar (1-4 unit) sub-program. The evaluation also recommends extending the program to the entire West Side of Chicago. The Illinois Climate Bank will work with the IPA to enhance and expand the "Bright Neighborhoods" Pilot and to engage community-based organizations as local, trusted leaders. The Pilot is focused on customer acquisition and the Program Administrator will continue to provide support and guidance to both the customers and the Approved Vendors through the entire project application process. The Pilot broadly seeks to ease the soft costs of customer acquisition for the Approved Vendor, which commenters have identified as a key point of difficulty thus far in the program. The Bright Neighborhoods program serves both single family and 2–4-unit buildings - these "2-, 3-, and 4-flats" are a cornerstone of the affordable multifamily housing stock in the Chicago area.  Residents of larger multifamily buildings can be served by either ILSFA's community solar projects or larger multifamily building retrofits.

To ensure that different types of communities are engaged with ILSFA, the program contracts with community-based organizations to serve as Grassroots Educators.  Grassroots Educators engage income-eligible residents to educate them about the Illinois Solar for All program and are knowledgeable in how the program works for residents of all types of housing. Grassroots Education campaigns will be conducted across Illinois to reach urban and rural areas, and organizations focus their work on environmental justice communities and income-eligible communities in Southern, Central, and Northern Illinois. Grassroots Education grantees typically have outreach staff that speak Spanish, program materials are available in Spanish, and the ILSFA Program Administrator's customer information line is staffed in English and Spanish. Programs administered directly by the Illinois Climate Bank/IFA will ensure that program information is, similarly, available in Spanish. In addition, the IPA is considering, but has not yet made a final decision on, whether it should include geographic diversity requirements in its project selection criteria.

### E. Customer Acquisition Strategy

**Cross-agency Customer Referrals.** IPA developed a customer referral approach in its ILSFA and Illinois Shines programs that encourages participants to explore alternative sources of funding in other complimentary programs. IPA and the ILSFA Program Administrator collaborate with Approved Vendors to inform and educate program participants about utility-administered

energy efficiency programs, weatherization assistance programs, lead abatement programs, building repair and upgrade programs, and other forms of support. These programs are included in the ILSFA Program Resource Guide. The Proposed Program will be developed and implemented in close coordination with other state agencies, and Illinois Climate Bank, IPA, ILSFA Project Administrator and other state authorities will be able to cross refer customers and educate the vendors and applicants on the available opportunities within the state.

**Community Solar Subscription Platform.** Illinois is one of the states (with Colorado, New Jersey, New Mexico, New York, and Washington, D.C.) that signed up to pilot the U.S.DOE and U.S. Department of Health and Human Services Low-Income Community Solar Subscription Platform. The Pilot is designed to connect community solar projects to households participating in the Low-Income Home Energy Assistance Program (LIHEAP). The Pilot will create and make accessible to the LIHEAP administrators a digital tool that lists available community solar subscriptions with verified savings and strong consumer protections for LIHEAP participants.

# Section 3:  Fiscal Stewardship Plan

## 3.1 Financial Assistance Strategy

The fiscal stewardship plan applies to the following elements of the financial assistance strategy:

9. Enabling Upgrades: Conducting analysis to set incentive levels for Enabling Upgrades Program by measure; Simplified application requirements/processes for package approach and coordination with ILSFA. Enabling Upgrades incentives will take the form of a loan that is forgivable once the Enabling Upgrades project is linked with an accompanying solar project.
10. Energy Storage: Establishing incentive levels for Energy Storage; Establishing mechanisms for providing rebates.  Energy Storage incentives will take the form of a loan that is forgivable once the  Storage project is linked with an accompanying solar project.
11. Finance Offerings: Lease-to-own product design; Loan and other finance offerings provided by statewide and local financing institutions.
12. Technical Assistance Strategy: Bright Neighborhoods; Scope of work for Community-Based Outreach partners; Opportunities and processes for braiding with other incentives and initiatives; Opportunities for cross-entity customer referrals, size, and scope of geography.

## 3.2 Program Controls

The project will be designed, led, and managed by the Illinois Finance Authority, on behalf of the State of Illinois, in its new role as the State Climate Bank. IFA is a body politic and corporate created by Illinois Finance Authority Act, governed by a fifteen-member, non-paid Board appointed by the Governor and confirmed by the Senate. Leading the IFA team is the Executive Director, who has been nominated by the Governor and appointed by the Board. IFA can act only at a meeting properly noticed and held open to the public in accordance with the Open Meetings

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Act, at which a quorum of eight Board Members is physically present. IFA has several committees that consist of no more than seven Board Members and are advisory committees only.

Illinois Climate Bank/IFA will leverage its public approval processes for approving major project guidelines and decisions under this Proposal. Illinois Climate Bank will be providing financial and technical assistance to the ILSFA or Illinois Shines eligible applicants, as described above, utilizing the controls, safeguards, and procedures of these Programs. IPA has developed a comprehensive system of oversight and management of ILSFA or Illinois Shines as the ratepayer funded programs, including the ICC approval of the IPA Long-Term Plans though the open docketed proceeding, IPA stakeholder engagement process for the development of each Plan update. ILSFA and Illinois Shines programs have comprehensive mechanisms for project selection and evaluation, Approved Vendor compliance and certification, income verification (for ILSFA), monitoring of vendor compliance with the REC contracts over the term of the contract, and consumer protection provisions. Illinois Climate Bank/IFA and the IPA are both subject to state policies regarding whistleblower protection. IFA is also developing a grievance procedure for grantees whose applications are rejected, which could be used by this program where needed. The IPA has strict requirements regarding conflicts of interest for its Program Administrators and requires them to complete the State of Illinois Financial Disclosure and Conflict of Interest forms regularly. The IPA also requires its programs' Approved Vendors to disclose any judgements against them, bankruptcies, and affiliations with other businesses.

During the planning period, IFA will also develop processes to comply with EPA's General Terms and Conditions "Automated Standard Application Payments (ASAP) and Proper Payment Draw Down" term and condition.

**Establishment of Approved Vendors.** The Program's main method of ensuring strong program outcomes, preventing waste, fraud, and abuse, and maintaining program controls will be through utilizing the IPA Approved Vendor system, whereby developers must be pre-approved by the ILSFA and Illinois Shines programs to market and sell products to consumers. Approved Vendors must adhere to specific program implementation guidelines or risk the IPA suspending or revoking their ability to participate in the program.

**Flow-through of Requirements.** Requirements for Approved Vendors will also apply to an Approved Vendor's affiliates, employees, contractors and subcontractors, agents, installers, marketers, customer service liaisons, or any entity acting in any way on the Approved Vendor's behalf in connection with the project, including all Designees. Approved Vendors are responsible for ensuring that their Designees and other individuals and entities acting on their behalf comply with requirements established by this Program. Approved Vendors must actively supervise their

58

Designees and any individual or entity acting on their behalf, including but not limited to, communicating Program requirements and updates to their Designees, ensuring adequate training of sales representatives, and reviewing marketing materials and practices.

**Subawardees.** Subawardees implementing portions of the Programs will meet regularly with Climate Bank or IPA staff, as appropriate, and will be required to provide regular financial and progress reports. Subawardees' progress will be evaluated by Climate Bank and ILSFA staff, as appropriate, and those who do not meet expectations will be coached toward improvement and, if necessary, removed from the Program.

### 3.3 Consumer Protection

ILSFA and Illinois Shines Programs include robust consumer protection mechanisms, with some additional requirements applicable to the ILSFA:

1. no up-front payments for residential DG program participants and no up-front subscription fees for CS projects;
2. no prepayment penalties;
3. site suitability report for DG projects (if report indicates that the project is not viable, the contract must contain a no-cost cancellation provision);
4. standard disclosures of all costs, marketing in the customer language;
5. customer cancellation rights, forbearance, 7-day grace period before late fee can apply;
6. assessment of the program participant's ability to repay the debt for any financing amounts, terms, and conditions and no home or home equity securities for loans; and
7. full system warranty and O&M guarantees for the duration of the REC contract.

The REC contracts that will be awarded under the ILSFA and Illinois Shines and supported by this Proposal include consumer protection provisions and will run for 10-20 years, and thus will cover most of the installed system lifetime. The ILSFA and Illinois Shines will monitor and enforce Approved Vendors compliance with the contract provisions. The ILSFA and Illinois Shines Customer Protection Handbook also contains a number of consumer protection requirements, including requirements for statements made through various marketing channels, language for solicitations, standard disclosure forms, billing requirements, and others that must be followed by Approved Vendors. In addition, ILSFA's standard solar purchase disclosure agreements include a section on project operations, maintenance, warranties and guarantees. And ILSFA residential solar system purchase contracts must include a full system warranty, as well as operations and maintenance guarantees for 15 years, at no additional cost to participants.

### 3.4 Household Savings Guardrails

The ILSFA program contains comprehensive measures and procedures to ensure 50% household savings. Vendors that receive loans from the Illinois Climate Bank will have to report to Illinois

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

Climate Bank their participation in the ILSFA and Illinois Shines programs against milestones to be included in the loan contract terms.

## Section 4:  Timeline and Milestones

Sections 2.2 - 2.6 above present the timeline and steps to refine the program plan during the planning period and tasks to be completed after the program period is closed. Illinois expects to have each element of its Solar for All Expansion program up and running at the end of Year 1. Consequently, activities in Year 2-5 will consist of continued program operations and reporting and compliance activities. The following is a complete timeline:

| Activity | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|
| Planning period – program design and setup, refining household savings calculations | X | | | | |
| Submit revisions, if any, to the workplan made during the planning period to US EPA within 365 calendar days of the date of award for the first amendment of the agreement | X | | | | |
| Finalize milestone schedule (as described in each major section above) (Yr 1, Q3-Q4) | X | | | | |
| All loan programs operational by EOY Year 1 | X | | | | |
| Program Operation and Ongoing Outreach and TA to Participants | | X | X | X | X |
| Engage with DOE Technical Assistance (Yr 1-3) on loan program design and pipeline development | X | X | X | | |
| All loan programs fully subscribed and revolving repayments by EOY Year 5 | | | | | X |
| SolarApp+ program meeting linear annual targets (X municipalities working to adopt SolarApp+ each year) (Yr 1-5) | X | X | X | X | X |
| Residential Solar Expansion activities (Yr 3-5) | | | X | X | X |
| Reporting and Compliance Activities | X | X | X | X | X |
| Project Closeout (Year 5) | | | | | X |

## Section 5:  Reporting Requirements

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

## 5.1 Reporting Plan

### A. Evaluation Activities and Evidence

The Program Administrator to be engaged by Illinois Climate Bank will coordinate with the ILSFA and Illinois Shines Project Administrators, as relevant, to monitor projects that receive Illinois Climate Bank funding and vendor activity for the loans issued by the revolving loan fund to be created under this Proposal. Vendors and contractors will have to copy the Illinois Climate Bank Program Administrator on any reports and evidence due to the ILSFA and Illinois Shines Project Administrators under these programs. Contractors receiving loans will report to the Illinois Climate Bank Program Administrator: 1) their participation in the ILSFA and Illinois Shines programs (including on the projects submitted, selected, found eligible or not eligible for these programs); 2) their progress and status with initial design and development of the projects intended for submission to the ILSFA and Illinois Shines programs (site selection, community engagement, funding secured, subscribers and partners secured); and 3) status and progress of their business operations (persons employed, offices secured, funding secured, business plan and product offerings).

### B. Award Reporting

Illinois Climate Bank's Program Administrator will collect necessary information against the USEPA required metrics and will develop reports required under the USEPA SFA Competition. Illinois Climate Bank Program Administrator will prepare annual and final program reports and will submit them to the EPA as required and will publish them on the Illinois Climate Bank website. Illinois Climate Bank Program Administrator will also develop and submit the Federal Financial Reports as required. Illinois Climate Bank will retain financial records, supporting documents, statistical records, and all other non-federal entity records pertinent to the grant award for a period of three years from the date of submission of the final expenditure report. Illinois Climate Bank will also submit any other reports as required (e.g., MBE/WBE Utilization). The Proposal does not anticipate acquisition or construction of any real property for the purposes of the Real Property Status Report required by 2 CFR § 200.329.

**As provided in the Terms and Conditions for the award, the Illinois Climate Bank agrees to the following two requirements of performance reporting: (1) performance reports and (2) transaction-level and project-level data.** The Illinois Climate Bank agrees to ensure that these reports cover its own expenditures as well as the expenditures of its subrecipients, contractors, and program beneficiaries in implementing the Illinois Climate Bank's EPA-approved Solar for All Workplan under the federal award.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

**Performance Reports - Semi-Annual Report.** The Illinois Climate Bank agrees to submit semi-annual performance reports electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. The semi-annual performance report should cover activities from the preceding two quarters.

**Performance Reports - Final Report.** The Illinois Climate Bank agrees to submit a final report in a format conducive for immediate public consumption. The final report will contain detailed narratives describing program performance for the entire period of performance, representing an overall assessment of the Illinois Climate Bank's implementation of its EPA-approved Solar for All Workplan, supported with qualitative discussions and quantitative metrics. Additionally, the Illinois Climate Bank will detail its program strategy and plans for performance reporting under the Closeout Agreement. The Illinois Climate Bank will include the following broad, non-exhaustive elements in its final report:

1. Progress towards objectives on key performance metrics over the entire period of performance,
2. Summary of key activities completed in the entire period of performance, including case studies across distinct types of financial assistance and project-deployment technical assistance undertaken to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies,
3. Geographic coverage of financial assistance and project-deployment technical assistance deployed in the entire period of performance,
4. Descriptions and examples of actions the program took over the entire period of performance to meaningfully involve the communities the program serves in program design and operations,
5. Plans for key activities (including current transaction pipeline) as well as outputs and outcomes to be achieved under the Closeout Agreement.

The Illinois Climate Bank agrees to submit the final performance report electronically to the EPA Project Officer no later than 120 calendar days after the end date of the period of performance.

**Transaction-Level and Project-Level Data.** The Illinois Climate Bank agrees to submit semi-annual transaction-level and project-level data in accordance with information collection instruments approved through GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW). The Illinois Climate Bank agrees to submit the transaction-level and project-level data electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. The semi-annual transaction level and project-level reports will cover transactions originated in the preceding two quarters.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

# Section 6: Budget Narrative

As noted in the approved Attachment E Budget Table, this percentage of the award that will be used for financial assistance will be 84% in Year 1, 58% in Year 2, 75% in Year 3, 75% in Year 4, and 74% in Year 5. In addition, each of the programs described above in Sec. 2.4.C specify whether they will fund rooftop solar or residential-serving community solar. The share of the award used for enabling upgrades is noted below. Over the 5-year project period, the anticipated shares of rooftop solar and residential-serving community solar are:

| Type | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Financial Assistance | 84% | 58% | 75% | 75% | 74% |
| Residential-Serving Community Solar | 25% | 58% | 39% | 39% | 39% |
| Rooftop Solar | 4% | 0% | 36% | 36% | 35% |
| Enabling Upgrades | 38% | 0% | 0% | 0% | 0% |

## A. Personnel

Illinois Climate Bank will oversee program implementation through nine positions, detailed below. Salaries are based on existing salary levels at the agency for identified position levels. Personnel salaries have an annual 4% increase added to account for cost-of-living adjustments. The Program Administrator, secured in compliance with state procurement standards, will manage project implementation and will coordinate project reporting.

| Title | Salary | No. Personnel | Percent Time Assigned to Program | Total Cost for Budget Period |
|---|---|---|---|---|
| SFA Expansion Director | 130,000 | 1 | 100% | $ 704,122 |
| Enabling Upgrades Director | 130,000 | 1 | 100% | $ 704,122 |
| Working Capital Director | 130,000 | 1 | 100% | $ 704,122 |
| Residential Loans Director | 130,000 | 1 | 100% | $ 704,122 |
| Outreach Manager | 95,000 | 2 | 100% | $ 1,029,101 |
| Chief Operating Officer | 150,800 | 1 | 15% | $ 122,517 |
| Reporting and Compliance Deputy Director | 110,000 | 1 | 100% | $ 595,795 |
| Associate General Counsel - Finance | 110,000 | 1 | 100% | $ 595,795 |

Roles and Responsibilities for Personnel:

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

- SFA Expansion Director – Staff director responsible for leadership for Solar for All program expansion. Tasks include program design and development, work with Illinois Power Agency on solar incentive offerings, and coordination with other staff.
- Enabling Upgrades Director – Staff director responsible for setting up and running the Enabling Upgrades program. Tasks include program design and development, working with relevant state agencies and utilities to coordinate loans for enabling upgrades, vendor qualification, program oversight, and review.
- Working Capital Director – Staff director responsible for setting up and running the Working Capital loan program. Tasks include loan design and development, marketing the loan, sourcing and evaluating loan applications, and coordinating loan servicing.
- Residential Loans Director – Staff director responsible for setting up and running the Residential Loans program. Tasks include loan design and development, securing lending partners, developing underwriting criteria, marketing the loan, sourcing and evaluating loan applications, and coordinating loan servicing.
- Outreach Manager – Manager responsible for program-wide outreach to target audiences and through various channels.
- Chief Operating Officer – Officer responsible for staff oversight and management, as well as fiscal administration.
- Reporting and Compliance Deputy Director – Deputy director responsible for grant data collection, reporting, and financial management.
- Associate General Counsel – Finance – Legal lead for grant and loan program development.

### B. Fringe Benefits

The State will use a 26.93% calculation on total personnel costs for fringe benefits and includes all State of Illinois employee benefits, such as health, dental, paid time off, and life insurance.

### C. Travel

The budget includes provisions for two personnel to travel to two US DOE technical assistance sessions or workshops per year. Costs for these out-of-state trips include airfare of $600 per round trip, per diem of $60 per day per person for 4 days each trip (total of 16 days), and hotels for 3 nights per person per trip at $250 per night (total of 12 nights). The budget also includes 2,000 miles per month for local (in-state) engagement at $0.54 per mile for 12 months. This local travel would allow the two Outreach Managers to travel, collectively, approximately 2000 miles/month to attend community engagement and outreach events to support the program, and, where subcontractors are engaging in outreach for the program, for oversight purposes.

Destinations and mileage for outreach and engagement and oversight visits will vary but be statewide. In the first year of the grant, this funding would also be used, if needed, to allow the Solar for All Expansion Director, Enabling Upgrades Director, Working Capital Director, or Residential Loans Director to travel to program design and planning meetings. Travel for program design and planning meetings will only be required if in-person participation is needed and the staffer's usual agency office is in a different city than the meeting, as the Illinois agencies involved with this program have offices both in Springfield and Chicago, which are 200 miles apart. These costs are for the first year of the program and would escalate in later years at a rate of 4% per year.

### D. Contractual

The budget focuses on leveraging professional expertise for the efficient implementation of the expanded Solar for All program, including:

- $1.8 million over 5 years for program design and development support, including program design, analysis, rules and requirements development, guides production, and other core oversight functions. Core tasks for this contract include the establishment of a program management office, leading the project planning phase, providing analysis, researching best practices, supporting the design and development of the residential and community solar expansion efforts, identifying opportunities and strategies for integrating enabling upgrade in solar development, and coordinating with loan program development.
- Key qualifications and experience: Climate and energy initiative strategy, program design, low-income solar subject matter expertise, program administration support, Illinois energy policy and regulation, Illinois Solar for All experience, analysis, stakeholder engagement experience.
- $2.8 million over 5 years in program operations support. This total was estimated for a scope of work including program materials development, program staffing, in-take administration, reporting, financial management, and revisions as needed. The estimate was based on program operations budgets for similar program implementation contracts in Illinois.
- Key qualifications and experience: Past experience administering energy-related grant, rebate, loan, or incentive programs, with successful track record of financial management, reporting, and supporting program design and adjustments.
- $550,000 for initial loan design and lender engagement, over the first two years, based on Climate Bank experience developing similar products and offerings. While loans for this effort will be capitalized with both GGRF NCIF dollars and private investment, the core costs of loan development cannot be captured inside the principle of each loan. Standardizing loan design, offerings, and requirements will increase leverage for private and NCIF capital.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

- Key qualifications and experience: Public and private project finance, structuring and capital raising for sustainable development projects, lender recruitment, underwriting criteria development, loan process design.
- $2.5 million over 5 years for the development of the contractor portal described in Section 2.5.B. The development of a centralized portal for applications evaluation and coordination is a core project activity.
- Key qualifications and experience: Demonstrated experience in the design, development, and operation of a public-facing portal for rebate or other incentive program applications, processing, and reporting.
- Approximately $300,000 per year for 5 years for underwriting services to support new loan programs. The cost for underwriting are based on projected volume of loans processed and evaluated, as well as initial underwriting standards development, using costs levels based on Climate Bank experience.
- Key qualifications and experience: Experience in underwriting small commercial and project finance, experience in solar lending, experience in non-traditional borrowers and innovative equitable finance strategies.
- Approximately $120,000 per year for 5 years for outside legal services, based on past experience. Costs are based on projected needs for grant and loan application and other document development, legal review of loan programs, and compliance review of reporting and filings.
- Key qualifications and experience: Experience in legal review of loans and loan documents for small commercial and project finance, experience in solar lending, experience in non-traditional borrowers and innovative equitable finance strategies.
- Approximately $160,000 per year for 5 years for internal and external audit services, based on past experience. Cost estimate is based on projected needs for annual audit and audit compliance, and past experience of the state agency with audit expenses.
- Key qualifications and experience: Experience with auditing state public finance entities. Understanding and experience of grant-making agency needs.
- A total of $750,000 over 5 years for engineering services to support the development of standards and to review project implementation for the Enabling Upgrades subprogram and Energy Storage subprogram. Engineering services contractor will both develop protocols for reviewing enabling upgrades and energy storage compliance with program requirements, but also spot review individual projects for quality.
- Key qualifications and experience: Professional and licensed engineering firm with experience with developing or reviewing residential solar, enabling upgrades, and energy storage installations, specifically within buildings in low-income and disadvantaged communities.
- A total of $675,000 over 5 years for engineering services to support community solar projects, in particular community-driven community solar projects, on interconnection issues. Community-driven community solar projects projects face significant challenges and hurdles for project development that are more difficult for them to overcome, due to their community ownership and benefitting nature. The engineering services will be a shared services model,

and funded to help support selected projects overcome interconnection process challenges and streamline project development.

- Key qualifications and experience: Professional engineer or engineering firms with experience in support interconnection for large-scale and/or community solar installations, specifically within Illinois.
- A total of $622,877 over 5 years for grants management support, to support US EPA and State grant reporting requirements, invoicing, documentation, and quarterly and annual reports. This contract will support the Authority in promptly invoicing and tracking funds for project activities, ensuring subgrantee and subawardee compliance, and other grant management activities. Additionally, US EPA has identified a significant set of reporting requirements for the program that are new to the Authority (and others) for implementation.
- Key qualifications and experience: Experience in federal grant compliance, including US EPA compliance, reporting templates and timelines, procurement policies and procedures, allowable costs, and other compliance activities.

## E. Other: Technical Assistance / Subawards / Participant Support Costs

The budget focuses on an efficient distribution of financial assistance and technical assistance through a Program Administrator procured in compliance with the state procurement standards. The Other budget category includes the following modeled needs:

- $55 million in financial assistance (Community Solar Expansion) to expand the ILSFA Community Solar sub-program. This will be provided as a **subgrant** to Illinois Power Agency (a separate state agency) to integrate into their existing community solar program incentives (with refinements during the planning stage to conform with federal requirements).
- $30 million in financial assistance (Residential Solar Expansion) to expand the residential single-family and multi-family solar sub-program to meet program goals. This will be provided as a **subgrant** to Illinois Power Agency (a separate state agency) to integrate into their existing residential solar program incentives (with refinements during the planning stage to conform with federal requirements).
- $20 million in financial assistance (enabling upgrades) to address barriers to installation of residential rooftop solar for 5,000 households. This will be provided as **forgivable loans from the revolving loan fund. These loans are categorized as participant support costs.** $7.25 million in financial assistance (energy storage) to add 12-hour resiliency to approximately 950 residential solar installations. This will be provided as forgivable loans from the revolving loan fund and are categorized as participant support costs.$6 million to seed the development and stand-up of new loan programs to leverage private capital, overcome financial barriers to solar PV adoption, and create long-term sustainability of the program, including energy sovereignty loans, a standard lease or lease-to-own offering, community-driven community solar loans, and working capital loans. The Program will seek to capitalize these loan offerings additionally with NCIF and CCIA resources. The development of these new programs will not result in program income. However, if the Program capitalizes these offerings with NCIF or

CCIA resources, program income may accrue and will be managed according to the requirements of those programs. The division of funds between the types of loans will be determined based on stakeholder feedback during the planning period. These loans are categorized as **participant support costs**.

- $2.6 million in Year 1 and $3 million/year thereafter for **subgrants** from IFA to community-based organizations for delivering the Equitable Access and Meaningful Involvement Plan as described in Section 2.6.
- $1.5 million to provide grants to local governments to support the implementation of SolarAPP+.  These will be provided as **subgrants** from IFA to local governments.
- $400,000 over years 1, 2, and 3 in in-kind technical assistance from DOE to provide SolarApp+ training, loan development assistance, or a combination of the two.  IFA will determine the exact scope of the technical assistance needed after consulting with stakeholders early in the Year 1 planning period.

### F.  Indirect Charges

The State of Illinois will use a modified total direct cost approach, and apply a de minimis indirect cost rate of 10% of its personnel, fringe, travel, equipment, supplies, and contractual expenses.

### G.  Program Income

The State of Illinois may generate some program income from interest and repayments of loans capitalized by the program. The Illinois Climate Bank will reinvest program income in the program to fund additional loans and it will not be used to offset other program expenses. The amount of income is not yet known and depends in large part on the availability of funding from the Greenhouse Gas Reduction Fund's NCIF program to capitalize loans. If litigation delays that funding, or it is not awarded as expected, then the State would capitalize these loans with funding from this grant. However, if the NCIF funding arrives as expected, it would be the source of loan capital and the Solar for All program would generate less, or no, program income.

STATE OF ILLINOIS | Illinois Finance Authority / Illinois Climate Bank

# Appendix A - Acronyms and Abbreviations

ARES – Alternative Retail Electric Suppliers

CEJA – Illinois' Climate and Equitable Jobs Act

CS – Community Solar

DCEO – Illinois Department of Commerce and Economic Opportunity

DG – Distributed Generation

EEP – Equity Eligible Person

EEC – Equity Eligible Community

FEJA – Illinois' Future Energy Jobs Act

ICC – Illinois Commerce Commission

IFA – Illinois Finance Authority

IPA – Illinois Power Agency

ILSFA – Illinois Solar for All, the pre-existing state solar incentive program for Illinois residents with low incomes, administered by the Illinois Power Agency.

IL Shines – The pre-existing state solar incentive program for Illinois residents and businesses, administered by the Illinois Power Agency.

LIDAC – Low income and disadvantaged community. The proposed Illinois program defines this group of communities in accordance with the GGRF Solar for All Notice of Funding Opportunity, as described on Pg. 5 of this workplan.

LIHEAP - Low-Income Home Energy Assistance Program

REC – Renewable Energy Credit

RPS – Renewable Portfolio Standard