# EXHIBIT 5

 **Outlook**

---

**Termination of EPA Assistance Award: 5H-84090501 awarded to Illinois Finance Authority**

---

| | |
|---|---|
| From | Schindel, Phillip <Schindel.Phillip@epa.gov> |
| Date | Thu 8/7/2025 4:58 PM |
| To | Granda, Ximena <XGranda@il-fa.com>; Meister, Chris <CMeister@il-fa.com> |
| Cc | Brown, Devon <Brown.Devon@epa.gov>; Carpenter, Wesley <Carpenter.Wesley@epa.gov>; Burgess, Hazeletta <burgess.hazeletta@epa.gov>; Fiedorczyk, Bryan <Fiedorczyk.Bryan@epa.gov> |

🔗 1 attachment (230 KB)
5H-84090501 awarded to Illinois Finance Authority.pdf;

Some people who received this message don't often get email from schindel.phillip@epa.gov. Learn why this is important

Dear EPA Grant Recipient:

Attached is your Termination Notification from the U.S. Environmental Protection Agency. An amended award document will follow.

We recommend you forward the notification and forthcoming award document to any other personnel in your organization requiring information about the award.

If you have any questions, please contact Wesley Carpenter, Senior Resource Official, at carpenter.wesley@epa.gov.

Sincerely,

Phillip Schindel
Acting Director
Grants Management and Business Operations Division
Schindel.Phillip@epa.gov

Attachment:
Termination Memo