# EXHIBIT 6

# Brinley, Claire

| | |
|---|---|
| **From:** | Fiedorczyk, Bryan <Fiedorczyk.Bryan@epa.gov> |
| **Sent:** | Friday, August 1, 2025 4:10 PM |
| **To:** | Anne McKibbin |
| **Cc:** | andrew@theaccelerategroup.com; Meister, Chris; Swift, Zachary; Patel, Sanjay; Stonecipher, Matthew; Brinley, Claire; Granda, Ximena; O'Leary, Erin |
| **Subject:** | EPA-IFA SFA - July Meeting follow up |
| **Attachments:** | EPA's Solar for All Budget Guidance .pdf; Invitation: EPA Solar for All Household Savings Workshops; FOLLOW UP: GGRF Implementation Workshop - Flow Down Requirements to Subrecipients; SFA Semiannual Progress Report Guidance; SFA Semiannual Progress Report Guidance Part 2; Household Savings Best Practices and QAPP Appendix Template |

Greetings ILSFA colleagues!

My apologies for cancelling our meeting this week. I am back at work and wanted to send a few follow up items and recap of some of the updates I was planning to share.

- **SFA grant/EPA updates**
    - Thank you for submitting program updates on 7/29
    - Drawdowns - Last draw 7/3 - ($11,691,419 to date - 15 draws)
    - QA update - signed QMP submitted by IFA on 7/24/25; currently do not have an EPA QAM, will work to get signed up return week of 8/18
    - **Previous/pending Questions:**
        - Confirm that we can use the Personnel funding both for in-house hires at IFA and for contracted personnel / professional services contracts for the same job functions
            - No, contracted positions would be covered under contractual, see SFA Budget Guidance (attached)
            - IFA's budget includes 8 current personnel positions, if some of those are to be covered by contracted employees instead, you would shift the costs to the contractual category. There are currently 3 program/grant management related cost items, so could be adjusting 1-3 of those, or adding a new line. As long as the total is under 10% of the overall budget, you need not do a formal amendment (and since total current budget for personnel + fringe is ~$6.5 mil, that seems unlikely). We can discuss more at our next meeting on 8/26 or when I return the week of 8/18.
        - Any other unanswered questions?

- **Upcoming Webinars**
    - **Household Savings Workshops (8/12 & 8/14)**
        - Email invitation was sent from SFA on 7/31 (attached)
        - SFA will be hosting two workshops to review the documents that were emailed on July 11th:
            - **Household Savings Best Practices document;** and
            - **Household Savings QAPP Appendix Template.**
        - Please register for both sessions using the links in the email.
            - Different portions of the guidance will be covered during each meeting.
        - Please reach out to Elizabeth Gill (gill.elizabeth@epa.gov) and your PO with any questions

- **Webinars FAQs/Follow up**
    - **Implementation Workshop Materials**

1

- - - Email sent from GGRF on 7/31 (attached)
    - All materials are available on the shared SFA SharePoint site.
      - **Flow Down Requirements**
        - Slides, recording, and transcript have been uploaded.
        - SFA is working on the follow up FAQ and will share when completed.
      - **Audit and Oversight**
        - FAQs have been uploaded to the SharePoint site.
      - **Fraud Risk Management**
        - FAQs have been uploaded to the SharePoint site.

- **Upcoming Deadlines**
  - **Semi-Annual Progress Report #2** due by end of July for period covering 1/1/25 - 6/30/25; ==thank you for submitting on 7/29!==
    - Please use the OMB-approved version via "Appendix E. Semiannual Progress Report." Please download the template and email a completed copy to your EPA Project Officer.
    - GGRF guidance messages sent on 7/2 and 7/23 (attached)
  - **Federal Financial Reports (SF-425):**
    - Annual due date: 1 year from project start date + 90 days to prepare report
      - ==Since IFA grant project start date is May 1st, this is due July 30 (thank you for submitting on 7/29!)==
    - Covers: 1 year of the project (May 1 - April 30 OR September 1 - October 30)
    - Submit to: rtpfc-grants@epa.gov and EPA Grants Specialist listed on the award (please cc PO)
    - Future submissions: Annually by July 30 or November 30 (depending on project start date)
    - Link to Form

  - **Other Updates**
    - **NREL TA:** Check in on how their NREL TA is going.
      - Recent revised SOW message sent by Lauren R on 7/18
      - Let me, your PO, know if anything seems estray or you have any communication challenges with NREL. I am generally reviewing the SOWs and will typically only comment if I see any red flags or items that do not seem aligned with your program or EPA requirements.
    - **ASAP payment justification** guidance/example email
      - Sent by OGD on 6/27/25 to grant list serve (see attached)
      - For future updates: Subscribe to the EPA Grants Update Listserv | US EPA
    - **Household Savings**
      - EPA sent an email on 7/11 (also attached) that includes:
        - Solar for All Household Savings Best Practices
          - Incorporates feedback from grantees.
          - This document is not mandatory guidance.
          - represents best practices and guardrails for how grantees should consider household savings across various project types, jurisdictions, and deployments.
        - QAPP House Savings Appendix
          - Meant to provide grantees the opportunity to provide a robust methodology in their QAPP.
      - EPA Solar for All team will host an upcoming webinar to review both documents. Date TBD.
    - **One Big Beautiful Bill**
      - As the Agency interprets the One Big Beautiful Bill Act, EPA is continuing to administer and oversee grants obligated as part of the Solar for All program.
      - EPA will continue to update grantees if any new information becomes available.
    - **Sufficient Progress**

2

- o SFA Term and Condition (Q.4): Sufficient Progress "The EPA Project Officer may assess whether the Recipient is making sufficient progress in implementing the EPA-approved Solar for All workplan under this Assistance Agreement within 90 calendar days of June 30, 2025 as well as within 90 calendar days of June 30 of each year thereafter during the Period of Performance."
    - EPA SFA will be assessing progress based on comparison of recipient's planned versus actual expenditures and planned versus actual outputs and outcomes. This flows down to subrecipients and their expenditures and progress.
    - SFA Project Officers can use progress and transaction and project level reports, communications, and other information to assess sufficient progress on an ongoing basis.
    - No specific actions by recipient are required.
- o **Workplan and Budget Amendments**
    - o An amendment to the workplan will not add the new termination provision (#54) from April 3, 2025.
        - According to the April 3, 2025 update, "The new termination provision only applies to all new awards and funding amendments (incremental and supplemental) made on or after April 3, 2025."
        - "funding amendments (incremental and supplemental)" only applies if money is added to an award. The SFA awards are fully obligated so this does not apply.
- o **SFA Grantee SharePoint Reminder**
    - o REMINDER: All previous SFA resources, guidance documents, FAQs, and workshop recordings are available on the shared SFA SharePoint site.
    - o This includes materials from the DBRA workshop (September 2024), budget guidance, and planning period guidance.
- o **SFA Website –** Please review the Solar for All | US EPA website and verify if your info accurate, especially the Grantee Website and Contact Information column.
    - o Currently linked to IL Climate Bank main page: Home | Illinois Climate Bank

I hope you find this information helpful and please let me know if you have any additional questions. Thanks again for your efforts and I hope you all are enjoying your summer!

Cheers!
- Bryan



| Bryan Fiedorczyk |
|---|
| Project Officer, Solar For All<br>Office of the Greenhouse Gas Reduction Fund<br>U.S. Environmental Protection Agency |
| Phone: 202-564-9623<br>Email: fiedorczyk.bryan@epa.gov |