# EXHIBIT 8



160 North LaSalle St.
Suite S-1000
Chicago, IL  60601
312-651-1300
312-651-1350 fax
www.il-fa.com

August 28, 2025

Phillip Schindel, EPA Award Official and Acting Director, Grants Management and Business Operations Division
U.S. Environmental Protection Agency
Office of the Greenhouse Gas Reduction Fund
Office of the Administrator
1200 Pennsylvania Avenue NW
Washington DC 20460
Schindel.Phillip@epa.gov

RE:   Disagreement with Modification No. 2 to Grant Number (FAIN): 84089501, dated August 7, 2025

Dear Mr. Schindel:

On August 8, 2025, the Illinois Finance Authority ("IFA") received a document titled "Assistance Amendment" dated August 7, 2025, digitally signed by you. That document states it is "Modification Number: 2" to Grant Number 84090501.  Under its "Explanation of Changes" the document states that it requires IFA to stop work, terminates the agreement, reduces the performance period duration, curtails the scope of work, and adds administrative terms and conditions.  In the "Notice of Award" section, it states that if the recipient disagrees with the terms and conditions specified, it must furnish a notice of disagreement within 21 days after August 7, 2025.

On August 7, 2025, IFA received a memorandum from EPA Award Officer Devon Brown that purported to terminate EPA Assistance Agreement 5H-84089501 under 2 CFR 200.340 (the "Termination Letter").  The Termination Letter outlined a Dispute process pursuant to 2 CFR 1500.15 with a Dispute deadline of 30 days.  The Termination Letter also stated, "The EPA Grants Management Office will issue an amendment to the agreement to document the termination."

IFA does not understand the "notice of disagreement" language in the Assistance Amendment to alter or preempt the formal dispute process governing award terminations set forth in 2 C.F.R. § 1500.15 and described in your August 7, 2025, Termination Letter, and IFA reserves all rights in that regard, including the right to file a formal dispute with the Dispute Decision Official. Nonetheless, out of an abundance of caution, please accept this letter as IFA's notice of disagreement with Modification No. 2 dated August 7, 2025, and transmitted August 8, 2025, issued under your signature as EPA Award Official. With this letter, IFA also registers its disagreement with any suggestion in the Assistance Amendment that any attempt to draw down funds could function as a waiver of IFA's dispute rights, which is contrary to the regulations authorizing grantees to draw down eligible costs incurred prior to termination per 2 CFR 200.305(b)(3) as well as the Termination Letter's specific statement that costs incurred prior to the termination date are



allowable. IFA also registers its disagreement with the reduction of funds in its Solar for All ASAP account and other unilateral changes to IFA's agreement with the EPA.

IFA also intends to submit a Dispute of the Termination Letter to the Dispute Decision Official in a separate letter within the 30 days provided in the Termination Letter and in accordance with 2 C.F.R. § 1500.15.

Please acknowledge receipt of this notice of disagreement and contact IFA via the below-signed designee to discuss resolution of this disagreement as soon as possible.

Sincerely,

*[signature]*

Christopher B. Meister
Executive Director
Illinois Finance Authority
Michael A. Bilandic Building
160 N. LaSalle St., Ste. S-1000
Chicago, IL 60601
cmeister@il-fa.com

Cc:
Bryan Fiedorczyk, EPA Project Officer
Katherine Tsing-Choy, EPA Award Official Delegate
Hazeletta Burgess, EPA Grant Specialist
Matt Stonecipher, IFA Deputy General Counsel