# EXHIBIT 10

| | |
|---|---|
| **From:** | Schindel, Phillip |
| **To:** | Stonecipher, Matthew; Meister, Chris; O"Leary, Erin |
| **Cc:** | Nguyen, Tiana; Molina, Michael; Brown, Devon |
| **Subject:** | Acknowledgement - RE: Illinois Finance Authority, Dispute of Termination of EPA Assistance Agreement 5H-84090501 |
| **Date:** | Thursday, September 11, 2025 2:21:31 PM |
| **Attachments:** | image001.png |

Good afternoon Mr. Stonecipher,

This email is to acknowledge the Illinois Finance Authority's formal dispute of the termination of its assistance agreement 5H-84090501 on behalf of the Agency and Michael Molina, Principal Deputy Assistant Administrator for the Office of Mission Support. The agency is also in receipt of the physical copy dated 9/5/2025 and sent by USPS certified mail. No additional information or documentation is being requested from you at this time. Mr. Molina's staff will contact you to let you know if the agency requests any additional information or documentation from your organization that is needed to complete the dispute review.

In accordance with 2 CFR 1500.17, a decision will be issued regarding this dispute by February 24, 2026. If this timeline changes, Mr. Molina's staff will reach back out to inform you.

Sincerely,


Phillip Schindel
Acting Director
US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

---

**From:** Nguyen, Tiana <Nguyen.Tiana@epa.gov>
**Sent:** Tuesday, September 9, 2025 4:27 PM
**To:** Oneil, Walker <Oneil.Walker@epa.gov>; Acosta, Savannah <Acosta.Savannah@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** FW: Illinois Finance Authority, Dispute of Termination of EPA Assistance Agreement 5H-84090501

---

**From:** Stonecipher, Matthew <mstonecipher@il-fa.com>
**Sent:** Friday, September 5, 2025 4:48 PM
**To:** Molina, Michael <molina.michael@epa.gov>
**Cc:** Burgess, Hazeletta <burgess.hazeletta@epa.gov>; Brown, Devon <brown.devon@epa.gov>; Fiedorczyk, Bryan <fiedorczyk.bryan@epa.gov>; cmeister@il-fa.com; O'Leary, Erin <eoleary@il-fa.com>
**Subject:** Illinois Finance Authority, Dispute of Termination of EPA Assistance Agreement 5H-

84090501

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

T                                  T               E                                     H    0 0 01
                                                E                             I

1 0                          1000
                  I    0 01
     1      1   0 0

I                                 I               B                I E TI   IT       TI E T

                                                 I