|   |   |
|---|---|
| 1 | The Honorable Tiffany M. Cartwright |
| 2 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>DEFENDANTS. | NO. 2:25-CV-02015-TMC<br><br>INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

**Declarations in Support of Plaintiffs' Motion for Preliminary Injunction**

| ECF No. | Declarant | Declarant Title & Office | State | Decl. Abbreviation in Br. |
|---|---|---|---|---|
| 65 | Maren Mahoney | Director, Governor's Office of Resiliency | AZ | Mahoney-AZ Decl. |
| 67 | Deanna Carrillo | Director of Reliability, Renewable Energy, and Decarbonization Incentives Division, California Energy Commission (CEC) | CA-CEC | Carrillo-CA Decl. |

INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION -- No. 2:25-CV-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| ECF No. | Declarant | Declarant Title & Office | State | Decl. Abbreviation in Br. |
|---|---|---|---|---|
| 74 | Leuwam Tesfai | Deputy Executive Director for Energy and Climate Policy<br>California Public Utilities Commission (CPUC) | CA-CPUC | Tesfai-CA Decl. |
| 68 | Dominique Gomez | Deputy Director<br>Colorado Energy Office | CO | Gomez-CO Decl. |
| 69 | Katherine S. Dykes | Commissioner<br>Connecticut State Department of Energy and Environmental Protection | CT | Dykes-CT Decl. |
| 71 | Nick Burger | Deputy Director<br>Energy Administration<br>District of Columbia's Department of Energy and the Environment | DC | Burger-DC Decl. |
| 72 | Gwen Yamamoto Lau | Executive Director<br>Hawaii Green Infrastructure Authority | HI | Lau-HI Decl. |
| 70 | Brian Granahan | Director<br>Illinois Power Agency | IL | Granahan-IL Decl. |
| 89 | Christopher Meister | Executive Director<br>Illinois Finance Authority | IL | Meister-IL Decl. |
| 75 | Rebecca W. Goodman | Secretary<br>Kentucky Energy and Environment Cabinet | KY | Goodman-KY Decl. |
| 73 | Elizabeth Mahony | Commissioner<br>Massachusetts Department of Energy Resources | MA | Mahony-MA Decl. |
| 76 | I. Katherine Magruder | Executive Director<br>Maryland Clean Energy Center | MD | Magruder-MD Decl. |
| 77 | Dan Burgess | Acting Commissioner<br>Department of Energy Resources | ME | Burgess-ME Decl. |

INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION -- No. 2:25-CV-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| ECF No. | Declarant | Declarant Title & Office | State | Decl. Abbreviation in Br. |
|---|---|---|---|---|
| 78 | Joy H. Wang, Ph.D. | Directory Michigan Solar for All program, Department of Environment, Great Lakes, and Energy | MI | Wang-MI Decl. |
| 79 | Melissa Pawlisch | Assistant Commissioner Federal and State Initiatives Division of Energy Resources, MN Department of Commerce | MN | Pawlisch-MN Decl. |
| 80 | Julie Woosley | Directory North Carolina State Energy Office | NC | Woosley-NC Decl. |
| 81 | Veronique Oomen | Director Division of Clean Energy New Jersey Board of Public Utilities | NY | Oomen-NJ Decl. |
| 82 | Rebecca "Puck" Stair | Director Energy Conservation and Management Division, New Mexico Energy, Minerals and Natural Resources Department | NM | Stair-NM Decl. |
| 83 | Pam Poisson | Chief Financial Officer New York State Energy Research and Development Authority | NY | Poisson-NY Decl. |
| 84 | Janine Benner | Director Oregon Department of Energy | OR | Benner-OR Decl. |
| 85 | Jessica L. Shirley | Secretary Pennsylvania Department of Environmental Protection | PA | Shirley-PA Decl. |
| 86 | Christopher Kearns | Acting Energy Commissioner Rhode Island Office of Energy Resources | RI | Kearns-RI Decl. |

INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION -- No. 2:25-CV-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| ECF No. | Declarant | Declarant Title & Office | State | Decl. Abbreviation in Br. |
|---|---|---|---|---|
| 87 | Melissa Bailey | Director State Energy Office Vermont Department of Public Service | VT | Bailey-VT Decl. |
| 88 | Joseph-Thanh "Joe" Nguyen | Director Washington State Department of Commerce | WA | Nguyen-WA Decl. |
| 90 | Samuel H. Rikkers | Deputy Secretary and Chief Operating Officer Wisconsin Economic Development Corporation | WI | Rikkers-WI Decl. |

DATED this 14th day of November 2025.

**NICHOLAS W. BROWN**
Attorney General of Washington

*s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779
LEAH A. BROWN, WSBA # 45803
SARAH E. SMITH-LEVY, WSBA # 55770
Assistant Attorneys General
Environmental Protection Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov
leah.brown@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov

*Attorneys for the State of Washington*

INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION -- No. 2:25-CV-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744