AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| State of Arizona, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-02015 |
| U.S. Environmental Protection Agency, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Environmental Protection Agency and Lee Zeldin in his official capacity as Administrator    .

Date:    11/18/2025

/s/ Kevin P. VanLandingham
*Attorney's signature*

Kevin P. VanLandingham (NY Reg. No. 4741799)
*Printed name and bar number*
U.S. Department of Justice
Civil Division, Commerical Litigation Branch
1100 L Street NW
Washington, DC 20005

*Address*

kevin.p.vanlandingham@usdoj.gov
*E-mail address*

(202) 307-1134
*Telephone number*

*FAX number*