AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| State of Arizona, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-02015 |
| U.S. Environmental Protection Agency, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Environmental Protection Agency and Lee Zeldin in his official capactiy as Administrator.

Date:    11/18/2025

/s/ I-Heng Hsu
*Attorney's signature*

I-Heng Hsu (N.Y. No. 4904033)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005

*Address*

i-heng.hsu@usdoj.gov
*E-mail address*

(202) 598-3864
*Telephone number*

*FAX number*