The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>DEFENDANTS. | NO. 2:25-CV-02015-TMC<br><br>PRAECIPE TO ATTACH SIGNATURE PAGE TO DECLARATION OF ELIZABETH MAHONY (ECF NO. 73) |

The signature page to the Declaration of Elizabeth Mahony in Support of Plaintiff's Motion for Preliminary Injunction (ECF No. 73) is being provided with an unobscured and complete signature to correct the signature page of the declarant.

/ / /

/ / /

/ / /

/ /

PRAECIPE TO ATTACH SIGNATURE
PAGE TO DECLARATION OF ELIZABETH
MAHONY (ECF No. 73)
NO. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1     Please replace the current page 16 signature page with the attached signature page in the Declaration of Elizabeth Mahony.

    DATED this 18th day of November 2025.

**NICHOLAS W. BROWN**
Attorney General of Washington

*s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779
LEAH A. BROWN, WSBA # 45803
SARAH E. SMITH-LEVY, WSBA # 55770
Assistant Attorneys General
Environmental Protection Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov
leah.brown@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov

*Attorneys for the State of Washington*

PRAECIPE TO ATTACH SIGNATURE PAGE TO DECLARATION OF ELIZABETH MAHONY (ECF No. 73)
NO. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744