1

2      I declare under penalty of perjury under the laws the United States of America that the

3  foregoing is true and correct to the best of my knowledge.

4  Executed on this 10th day of November, 2025, at Boston, Massachusetts.

*Elizabeth Mahony* (signature)

_____
Elizabeth Mahony
Commissioner
Massachusetts Department of Energy Resources

DECLARATION OF ELIZABETH
MAHNOY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
No. 2:25-cv-02015-TMC

16

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744