The Honorable Tiffany M. Cartwright

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

STATE OF ARIZONA, et al.

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Defendants*.

Civil Action No. 2:25-cv-02015

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

Defendants the United States Environmental Protection Agency ("EPA") and Lee Zeldon, in his official capacity as Administrator of the EPA (collectively, "Defendants"), having filed on November 19, 2025, a motion to transfer this action to the United States District Court for the District of Columbia under the "first-to-file" rule or, in the alternative, 28 U.S.C. § 1404(a), and the Court having reviewed the motion, the opposition thereto, and finding good cause for the requested relief:

    1.    Defendants' motion to transfer is GRANTED; and

[PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO TRANSFER VENUE
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

1

2. This case is hereby transferred to the United States District Court for the District of Columbia.

SO ORDERED.

Dated: November 19, 2025

_____

HON. TIFFANY M. CARTWRIGHT

United States District Judge

[PROPOSED] ORDER GRANTING
DEFENDANTS MOTION TO
TRANSFER VENUE
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

2