AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

State of Arizona et al. )
*Plaintiff* )
v. ) Case No. 2:25-cv-2015-TMC
U.S. EPA and Lee Zeldin, in his official capacity )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington .

Date: 11/20/2025

Tera Heintz
*Attorney's signature*

s/Tera Heintz  WSBA #: 54921

Office of the Washington Attorney General
1125 Washington Street SE PO Box 40100
Olympia, WA 98504-0100
*Address*

Tera.Heintz@atg.wa.gov
*E-mail address*

(360) 664-3027
*Telephone number*

*FAX number*