AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

State of Arizona et al. )
*Plaintiff* )
v. ) Case No. 2:25-cv-02015-TMC
U.S. EPA and Lee Zeldin, in his official capacity )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington .

Date: 11/20/2025

s/Andrew Hughes
*Attorney's signature*

Andrew Hughes WSBA #: 49515
*Printed name and bar number*
Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Address*

Andrew.Hughes@atg.wa.gov
*E-mail address*

(206) 498-8113
*Telephone number*

*FAX number*