UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    *Defendants*. | Civil Action No. 2:25-cv-02015 |

**DECLARATION OF GREGG A. TREML**

1.    I, Gregg A. Treml, hereby declare that the following statements are true and correct to the best of my knowledge, and are based on my personal knowledge, information acquired by me in the course of performing my duties, information contained in the records of the United States Environmental Protection Agency (EPA or Agency), and information supplied to me by EPA employees including employees under my direction.

2.    I am the Deputy Chief Financial Officer and Deputy Chief Administrative Officer of the EPA. I have served as the Deputy Chief Financial Officer since June 18, 2023, and the

1

Deputy Chief Administrative Officer since November 16, 2025. In my current role, I am responsible for overseeing the EPA's annual budget, annual performance plans, financial operations, financial information systems, strategic planning and financial policy development efforts, and grants, facilities, security, human resources, and procurement. Before joining the EPA, I served as Assistant Inspector General and Deputy Chief Financial Officer of the Department of Health and Human Services Office of Inspector General and held a series of budget, financial, and human resources leadership roles at the Federal Emergency Management Agency, General Services Administration, and Department of Homeland Security dating back to 2008.

3. I understand that 22 states and the District of Columbia ("Plaintiffs") filed suit against EPA and its Administrator ("Defendants") on October 16, 2025, and Plaintiffs filed a Motion for Preliminary Injunction on November 14, 2025. This declaration is filed in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

4. EPA issued Solar for All grants to Plaintiffs, through their respective government instrumentalities (*e.g.*, the North Carolina Department of Environmental Quality), by August 2024. EPA refers to these grants as "Assistance Agreements," and each agreement has its own unique grant number. The Assistance Agreements awarded to Plaintiffs, including the grant numbers and names of the recipients, as listed on the respective Assistance Agreements, are provided in Exhibit A to this Declaration.

5. On August 7, 2025, EPA sent a termination notification memorandum to each of the 60 Solar for All grant recipients for each grant, including Plaintiffs.

6. Forty-nine (49) of the 60 Solar for All grant recipients, including all Plaintiffs, filed administrative disputes with the Agency. As of December 4, 2025, EPA has issued 35 decisions

denying grant reinstatement, including to the 23 Plaintiffs. The other 14 administrative disputes remain pending.

7. As of December 4, 2025, EPA has received 20 "letters of objection" from Plaintiffs, which object to the Agency's decisions to deny grant reinstatement. EPA has taken no action on these letters.

8. As a result of the grant terminations, EPA deobligated 93% of the Solar for All grant funds for each recipient, including Plaintiffs.

9. EPA preserved a recorded obligation of 7% of the grant funds for each recipient to pay allowable pretermination and closeout costs.

10. Regardless of whether the amounts are recorded as obligated or deobligated in EPA's financial system, the amounts described in paragraph 8 and paragraph 9 above are in the same Treasury Account used to manage the Solar for All grant program, where they have been since prior to grant issuance, and where they will remain available until September 30, 2031 – per 42 U.S.C. § 4370f – to satisfy any remaining obligations for allowable costs under the Solar for All grant agreements, including to Plaintiffs under the Assistance Agreements identified in Exhibit A.

I HEREBY DECLARE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 5th Day of December, 2025 at Washington, DC.

GREGG TREML
Digitally signed by GREGG TREML
Date: 2025.12.05 16:19:15 -05'00'

Gregg A. Treml

# EXHIBIT A

| SFA Grant Award Number | Grant Recipient |
|---|---|
| 84087801 | New Mexico EMNRD |
| 84088001 | DC Department of Energy and Environment |
| 84088301 | Governors Energy Office, ME |
| 84088701 | Energy and Environment Cabinet, Office of the Secretary, KY |
| 84088901 | New York State Energy Research and Development Authority |
| 84089101 | Pennsylvania Energy Development Authority |
| 84089501 | Minnesota Department of Commerce |
| 84089901 | Vermont Department of Public Service |
| 84090001 | Connecticut Department of Energy and Environmental Protection |
| 84090101 | Maryland Clean Energy Center |
| 84090201 | Massachusetts Department of Energy Resources |
| 84090401 | Colorado Energy Office |
| 84090501 | Illinois Finance Authority |
| 84090701 | Michigan Dept of Environment, Great Lakes, and Energy |
| 84090801 | Wisconsin Economic Development Corporation |
| 84091001 | Rhode Island Office of Energy Resources |
| 84091101 | New Jersey Board of Public Utilities |
| 84091701 | NC Department of Environmental Quality |
| 84091801 | Hawaii Green Infrastructure Authority |
| 84092001 | Governor's Office of Resiliency, AZ |
| 84092302 | California Public Utilities Commission |
| 84092901 | Oregon Department of Energy |
| 84093001 | Washington Department of Commerce |