# EXHIBIT A

# Marked and excerpted per LCR 10(e)(10)

Emails Removed as Non-Germane per LCR 10(e)(10)

**From:** Carney, Tiffiney (CIV)
**Sent:** Monday, November 10, 2025 9:34 PM
**To:** Curtin, Mary <Mary.Curtin@azag.gov>; Hsu, I-Heng (CIV) <I-Heng.Hsu@usdoj.gov>
**Cc:** So, Junine (ATG) <Junine.So@atg.wa.gov>; Smith-Levy, Sarah E. (ATG) <sarah.e.smith-levy@atg.wa.gov>; Jamieson, Keith <kjamieson@oag.state.md.us>; Marks, Lauren (OAG) <lauren.marks@dc.gov>; Hughes, Andrew (ATG) <andrew.hughes@atg.wa.gov>; Heintz, Tera M. (ATG) <tera.heintz@atg.wa.gov>; Brian Carter <Brian.Carter@ag.state.mn.us>
**Subject:** RE: State of Arizona v. EPA - Case No. 2:25-cv-02015-TMC (W.D. Wash.)


Mary and counsel,

Please see attached PI opposition and supporting declaration that we just filed in the Harris County SFA litigation. I believe EPA's statements in the declaration are responsive to at least a couple points in your email requesting EPA's assurance about the status of the grant funds. As soon as I'm back in the office on Wednesday, I am hoping to turn EPA's attention to your proposed schedule and closeout and grant-specific assurances now that we've filed the Harris County opposition.

Let me know if you have any questions or would like to discuss anything in the meantime.

Thank you,
Tiffiney

Tiffiney F. Carney
U.S. Department of Justice
(202) 598-7521

Emails Removed as Non-Germane per LCR 10(e)(10)

Emails Removed as Non-Germane per LCR 10(e)(10)

Emails Removed as Non-Germane per LCR 10(e)(10)

**From:** Curtin, Mary <Mary.Curtin@azag.gov>
**Sent:** Thursday, November 6, 2025 3:14 PM
**To:** Carney, Tiffiney (CIV) <Tiffiney.Carney@usdoj.gov>; Hsu, I-Heng (CIV) <I-Heng.Hsu@usdoj.gov>
**Cc:** So, Junine (ATG) <Junine.So@atg.wa.gov>; Smith-Levy, Sarah E. (ATG) <sarah.e.smith-levy@atg.wa.gov>; Jamieson, Keith <kjamieson@oag.state.md.us>; Marks, Lauren (OAG) <lauren.marks@dc.gov>; Hughes, Andrew (ATG) <andrew.hughes@atg.wa.gov>; Heintz, Tera M. (ATG) <tera.heintz@atg.wa.gov>; Brian Carter <Brian.Carter@ag.state.mn.us>
**Subject:** [EXTERNAL] RE: State of Arizona v. EPA - Case No. 2:25-cv-02015-TMC (W.D. Wash.)

Tiffiney and I-Heng,

Thanks again for the time today. As we discussed, the States would prefer to proceed to expedited summary judgment in this case. However, the States are very concerned that EPA intends to reprogram the funds it had obligated to the Solar for All Program in 2024, and would like to know

the location of the funds that were removed from the States' ASAP accounts shortly after EPA terminated the Solar for All Program.

The States are prepared to file a PI motion in the near term that would ask the Court to enjoin EPA further unwinding the Solar for All program.  However, we may be able to avoid a PI motion if EPA can provide the following assurances:

1. Closeout pursuant to 2 CFR 200.344(a) and Plaintiffs' deadline to closeout their grants pursuant to 2 CFR 200.344(b) are stayed for the duration of the District Court litigation
2. EPA will hold Plaintiffs' administrative appeals in abeyance for the duration of the District Court litigation
3. The funds that are currently in EPA's ASAP accounts will remain there for the duration of the District Court litigation.
4. The funds that EPA has already removed from Plaintiffs' ASAP accounts will not be reprogrammed for non-Solar for All purposes for the duration of the District Court litigation.

If EPA can provide these assurances, the States would be willing to forgo the PI in favor of an expedited briefing schedule on the merits (which may or may not include a motion to dismiss from Defendants).

In addition, we request that you ask EPA where the funds that were removed from the State's ASAP accounts currently are located, which may affect the issues that need to be addressed in this litigation.

We are seeking a response by 5:00pm ET on Monday, 11/10.

Look forward to hearing from you,

Mary

**Mary M. Curtin**
Senior Litigation Counsel, Special Litigation & Government Accountability



Arizona Attorney General Kris Mayes
Solicitor General's Office
2005 N. Central Ave., Phoenix, AZ 85004
Direct: 602-542-8304
Mary.Curtin@azag.gov
http://www.azag.gov

NOTICE: This email, including any attachments, may contain privileged or confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender and destroy all copies of the original message. Thank you.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HARRIS COUNTY, TEXAS,

    *Plaintiff*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, LEE ZELDIN, in his
official capacity as ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and DEVON
BROWN, in his official capacity as EPA
AWARD OFFICIAL, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,

    *Defendants*.

Civil Action No. 1:25-cv-03646

## <u>DECLARATION OF GREGG A. TREML</u>

I, Gregg A. Treml, hereby declare that the following statements are true and correct to the

best of my knowledge, and are based on my personal knowledge, information acquired by me in

the course of performing my duties, information contained in the records of the United States

Environmental Protection Agency (EPA or Agency), and information supplied to me by EPA

employees including employees under my direction. This declaration is filed in support of EPA's

Opposition to Plaintiff Harris County's Motion for Temporary Restraining Order and Motion for

Preliminary Injunction.

1.      I am the Deputy Chief Financial Officer of the EPA. I have held this position since

June 18, 2023. In this position, I am responsible for overseeing the EPA's annual budget, annual

performance plans, financial operations, financial information systems, and directing strategic

planning and financial policy development efforts. Before joining the EPA, I served as Assistant Inspector General and Deputy Chief Financial Officer of the Department of Health and Human Services Office of Inspector General and held a series of budget, financial, and human resources leadership roles at the Federal Emergency Management Agency, General Services Administration, and Department of Homeland Security dating back to 2008.

2.      On August 7, 2025, EPA sent a termination notification memorandum to each of the 60 Solar for All grant recipients for each grant, including one for Assistance Agreement 5H-84087701 to Harris County.

3.      Forty-nine of the 60 Solar for All grant recipients filed administrative disputes with the Agency. As of November 7, 2025, EPA has issued 35 decisions denying grant reinstatement. The other 14 administrative disputes, including the dispute filed by Plaintiff Harris County referenced below, remain pending.

4.      As to the 35 decisions denying grant reinstatement, as of November 7, 2025, EPA has received 19 "letters of objection" which appear to request reconsideration of the Agency's decision to deny grant reinstatement.

5.      EPA deobligated 93% of the Solar for All grant funds for each recipient, including Harris County.

6.      EPA preserved a recorded obligation of 7% of the grant funds for each recipient to pay allowable costs (pretermination and closeout costs).

7.      The amounts described in paragraph 5 and paragraph 6 above are in the same Treasury Account used to manage the Solar for All grant program, where they have been since prior to grant issuance, and where they will remain available until September 30, 2031 – per 42 U.S.C. § 4370f – to satisfy any remaining obligations for allowable costs under the Solar for All grant agreements, including to Harris County under Assistance Agreement 5H-84087701.

3

8.      On August 27, 2025, Harris County filed an administrative dispute with the EPA Dispute Decision Official, Michael Molina, challenging the termination of Assistance Agreement 5H-84087701. EPA will not take any action on the pending administrative dispute prior to a decision by this Court on Plaintiff Harris County's Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

I HEREBY DECLARE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 10th Day of November, 2025 at Washington, DC.


_____

Gregg A. Treml

3