The Honorable Tiffany M. Cartwright

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8
9
10

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

11
12
13
14
15
16
17

18      This matter came before the Court on the Defendants' Motion for Transfer of Venue.

19  Having considered Defendants' Motion, Plaintiffs' response, Defendants' reply, and the

20  arguments of the parties, if any, the Court, for the reasons stated in the accompanying

21  Memorandum and Opinion, hereby ORDERS that Defendants' Motion to Transfer Venue is

22  DENIED.

23
24
25
26

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO
TRANSFER VENUE
NO. 2:25-CV-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1    DATED this _____ day of _____ 2025.

2

3                                            _____
                                            THE HONORABLE TIFFANY M.
4                                            CARTWRIGHT
                                            UNITED STATES DISTRICT JUDGE

5    Presented by:

6    **NICHOLAS W. BROWN**
     Attorney General of Washington

7
     _/s/ Sarah E. Smith-Levy_____
8    SARAH E. SMITH-LEVY, WSBA # 55770
     C. L. JUNINE SO, WSBA # 58779
9    LEAH A. BROWN, WSBA # 45803
     TERA HEINTZ, WSBA # 54921
10   ANDREW HUGHES, WSBA # 49515
     Assistant Attorneys General
11   Environmental Protection Division
     800 Fifth Avenue, Suite 2000
12   Seattle, Washington 98104
     206-464-7744
13   sarah.e.smith-levy@atg.wa.gov
     junine.so@atg.wa.gov
14   leah.brown@atg.wa.gov
     tera.heintz@atg.wa.gov
15   andrew.hughes@atg.wa.gov

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER DENYING                    2              ATTORNEY GENERAL OF WASHINGTON
DEFENDANTS' MOTION TO                                          Environmental Protection Division
TRANSFER VENUE                                                   800 Fifth Avenue STE 2000
NO. 2:25-CV-02015-TMC                                              Seattle, WA 98104
                                                                     206-464-7744