1
2
3
4
5
6
7
8
9
10

The Honorable Tiffany M. Cartwright

11
12

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

13

STATE OF ARIZONA, et al.,

14

*Plaintiffs*,

15
16

v.

Civil Action No. 2:25-cv-02015

17
18

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Noting Date: December 16, 2025

19
20

*Defendants*.

21
22
23

**STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND JOINT
MOTION TO EXTEND FED. R. CIV. PRO. 26 DEADLINES**

24
25
26

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1
2
3
4
5
6
7

The Defendants, the U.S. Environmental Protection Agency (EPA) and Lee Zeldin as its Administrator, bring a stipulated motion under Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j) and 10(g) to extend the deadline for Defendants to respond to Plaintiffs' Complaint, ECF No. 1, until three weeks after the Court resolves Plaintiffs' pending Motion for Preliminary Injunction, ECF No. 64 (the PI Motion), now scheduled for hearing on January 8, 2026. Plaintiffs do not oppose Defendants' motion.

8
9
10
11
12
13
14
15

The parties also jointly move the Court to extend the initial case scheduling deadlines under ECF No. 15 by a commensurate amount of time, extending: (1) the January 5, 2026 deadline to meet and confer under Fed. R. Civ. P. 26(f) until five weeks after the Court resolves the PI motion, (2) the January 12, 2026 deadline to make initial disclosures under Fed. R. Civ. P. 26(f) until six weeks after the Court resolves the PI motion, and (3) the January 20, 2026 deadline to file a combined joint status report and discovery plan under Fed. R. Civ. P. 26(f) until seven weeks and one day after the Court resolves the PI motion.

16
17
18
19
20
21
22
23
24
25

Good cause supports these requests. Without an extension, Defendants would move to dismiss the Complaint on the current deadline, December 22, 2025, asserting legal arguments, including that the Tucker Act bars jurisdiction, that substantially overlap with Defendants' arguments in opposition to the PI Motion. *See* Defs.' Opp'n at 11–24, ECF. No. 102. In addressing these legal issues, the Court's resolution of the PI Motion will likely inform how the parties should address the legal issues on any motion to dismiss. Delaying the motion to dismiss will also provide the parties with an additional opportunity to confer about a proposed merits briefing schedule that could incorporate or potentially replace any need to adjudicate a motion to dismiss.

26

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1         Additionally, there is good cause to extend the time for the parties to complete Rule 26

2 disclosures. Delaying these requirements until after resolution of the PI motion would give the

3 parties additional time to confer about whether the case is exempt from initial disclosure

4 requirements, and the need for factual discovery in this matter. It would also ensure that valuable

5 resources are not expended in complying with discovery obligations that may be premature or

6 unnecessary given the nature of this case.

7         For these reasons, extending Defendants' deadline to respond to the Complaint and the

8 parties' initial case scheduling deadlines until after the PI Motion is resolved will best conserve

9 judicial and party resources. The parties respectfully ask the Court to enter an order extending (1)

10 the Defendants' December 22, 2025, deadline to respond to the Complaint until three weeks after

11 the Court resolves the PI Motion, (2) the January 5, 2026 deadline to meet and confer under Fed.

12 R. Civ. P. 26(f) until five weeks after the Court resolves the PI motion, (3) the January 12, 2026

13 deadline to make initial disclosures under Fed. R. Civ. P. 26(f) until six weeks after the Court

14 resolves the PI motion, and (4) the January 20, 2026 deadline to file a combined joint status

15 report and discovery plan under Fed. R. Civ. P. 26(f) until seven weeks and one day after the

16 Court resolves the PI motion.

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

3

| | |
|---|---|
| 1 | Dated: December 16, 2025 | Respectfully submitted, |

Dated: December 16, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

KIRK T. MANHARDT
*Director*

*/s/ Kevin P. VanLandingham*
KEVIN P. VANLANDINGHAM
*Assistant Director*
TIFFINEY F. CARNEY
I-HENG HSU
*Trial Attorneys*
U.S. Department of Justice, Civil Division
1100 L Street NW, Washington, DC 20005
(202) 307-1134
Kevin.p.vanlandingham@usdoj.gov

*Attorneys for the Defendants*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Mary M. Curtin*
MARY M. CURTIN
Senior Litigation Counsel
ALEXA G. SALAS
Assistant Attorney General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Mary.Curtin@azag.gov
Alexa.Salas@azag.gov

*Attorneys for the State of Arizona*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779
SARAH E. SMITH-LEVY, WSBA # 55770
TERA HEINTZ, WSBA # 54921
ANDREW HUGHES, WSBA # 49515
LEAH A. BROWN, WSBA # 45803
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
tera.heintz@atg.wa.gov
andrew.hughes@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for the State of Washington*

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1  **KEITH ELLISON**
   Attorney General of Minnesota

2

3  By: */s/ Ryan Pesch* RYAN PESCH
   CAT RIOS-KEATING

4  *Special Assistant Attorneys General*
   BRIAN CARTER

5  *Special Counsel*
   Office of the Minnesota Attorney General

6  445 Minnesota Street, Suite 600

7  St. Paul, MN 55101
   (651) 728-7116

8  ryan.pesch@ag.state.mn.us
   catherine.rios-keating@ag.state.mn.us

9  brian.carter@ag.state.mn.us

10 *Counsel for the State of Minnesota*

11

12 **BRIAN L. SCHWALB**
   Attorney General for the District of
   Columbia

13

14 By: */s/ Lauren M. Marks*
   LAUREN M. MARKS

15 Special Assistant Attorney General
   Office of the Attorney General

16 for the District of Columbia
   400 6th Street, N.W., 10th Floor

17 Washington, D.C. 20001
   Lauren.marks@dc.gov

18

19 *Attorneys for the District of Columbia*

20

21

22

23

24

25

26

**ROB BONTA**
Attorney General of California

By: */s/ Mrie Elizabeth Logan*
MARIE ELIZABETH LOGAN
REBECCA HUNTER
ABIGAIL BLODGETT
DYLAN C. REDOR
THEODORE A. MCCOMBS
MYUNG PARK
Deputy Attorneys General
California Department of Justice
1515 Clay Street
Oakland, CA 94612
Marie.Logan@doj.ca.gov

*Attorneys for the State of California*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
DAVID MOSKOWITZ
Deputy Solicitor General
CYNTHIA VITALE
Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Carrie.Noteboom@coag.gov
David.Moskowitz@coag.gov
Cynthia.Vitale@coag.gov

*Attorneys for the State of Colorado*

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1

2

**WILLIAM TONG**
Attorney General of Connecticut

**KWAME RAOUL**
Attorney General of Illinois

3

By: */s/ Jill Lacedonia*
JILL LACEDONIA
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

By: */s/ Katharine Roller*
KATHARINE ROLLER
Complex Litigation Counsel
ELIZABETH B. SCOTT
Assistant Attorney General
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
Katharine.roller@ilag.gov

4

5

6

7

*Attorneys for the State of Connecticut*

8

9

*Attorneys for the State of Illinois*

10

11

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

**OFFICE OF THE GOVERNOR *ex rel.*
ANDY BESHEAR**
in his official capacity as Governor of the
Commonwealth of Kentucky

12

By: */s/ Kaliko'onālani D. Fernandes*
DAVID D. DAY
Special Assistant to the Attorney General
KALIKO'ONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

By: */s/ S. Travis Mayo*
S. TRAVIS MAYO
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

13

14

15

16

17

18

*Attorneys for the State of Hawai'i*

19

20

*Counsel for the Office of the Governor*

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

6

**AARON M. FREY**
Attorney General of Maine

By: */s/ Caleb Elwell*
CALEB E. ELWELL
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8545
Caleb.elwell@maine.gov

*Attorneys for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: */s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
*Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of
Massachusetts

By: */s/ Amy Laura Cahn*
AMY LAURA CAHN
TERRENCE VALES
*Assistant Attorney General*
One Ashburton Place
Boston, MA 02108
(617) 963-2277
amy.laura.cahn@mass.gov
terrence.vales@mass.gov

*Attorneys for the Commonwealth of
Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
NEIL GIOVANATTI
POLLY SYNK
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
SynkP@michigan.gov

*Attorneys for the State of Michigan*

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

| | |
|---|---|
| 1 | **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey | **LETITIA JAMES**<br>Attorney General of New York |
| 2 | | |
| 3 | By: */s/ Daniel Resler*<br>DANIEL RESLER | By: */s/ Matthew Eisenson*<br>MATTHEW EISENSON |
| 4 | LAUREN E. VAN DRIESEN<br>JACK VENTURA | KELSEA SUAREZ<br>*Assistant Attorneys General* |
| 5 | *Deputy Attorneys General*<br>Office of the Attorney General | Environmental Protection Bureau<br>Office of the Attorney General |
| 6 | 33 Washington Street, Ninth Floor | 28 Liberty Street, 19th Floor |
| 7 | Newark, NJ 07101<br>(973) 648-4726 | New York, NY 10005<br>(212) 416-8481 |
| 8 | Daniel.Resler@law.njoag.gov | matthew.eisenson@ag.ny.gov |
| 9 | *Counsel for the State of New Jersey* | *Attorneys for the State of New York* |
| 10 | **RAÚL TORREZ** | **JEFF JACKSON** |
| 11 | Attorney General of New Mexico | Attorney General of North Carolina |
| 12 | By: */s/ J. Spenser Lotz*<br>J. SPENSER LOTZ | LAURA HOWARD<br>Chief Deputy Attorney General |
| 13 | Assistant Attorney General | |
| 14 | Environmental Protection Bureau<br>201 Third St. NW, Suite 300 | By: */s/ Daniel T. Wilkes*<br>DANIEL T. WILKES |
| 15 | Albuquerque, NM 87102 | Assistant Deputy Attorney General<br>North Carolina Department of Justice |
| 16 | (505) 616-7560<br>slotz@nmdoj.gov | PO Box 629 |
| 17 | *Attorneys for the State of New Mexico* | Raleigh, NC 27602<br>919-716-6415 |
| 18 | | dwilkes@ncdoj.gov |
| 19 | | *Attorneys for the State of North Carolina* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

| | |
|---|---|
| 1 | **DAN RAYFIELD**<br>Attorney General of Oregon | **PETER F. NERONHA**<br>Attorney General of Rhode Island |

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 283-8657
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: */s/ Michael J. Heilman*
MICHAEL J. HEILMAN
Litigation Coordinator
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of
the Pennsylvania Energy Development
Authority*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Jonathan T. Rose*
JONATHAN T. ROSE
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorneys for the State of Vermont*

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

9

1 | **WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**

2 | Jennifer H. Campbell
Chief Legal Officer

3 |

4 | By: /s/ Jennifer H. Campbell
JENNIFER H. CAMPBELL

5 | 2352 S. Park St., Suite 303
Madison, WI 53713

6 | (608) 210-6811

7 | jennifer.campbell@wedc.org

8 | *Attorney for Wisconsin Economic*

9 | *Development Corporation*

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**LOCAL RULE 7(e)(6) CERTIFICATION**

I certify that this memorandum contains 545 words in compliance with the Local Civil Rules.  This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
THE COMPLAINT AND JOINT MOTION TO
EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134