The Honorable Tiffany M. Cartwright

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

STATE OF ARIZONA, et al.

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Defendants*.

Civil Action No. 2:25-cv-02015

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND JOINT MOTION TO EXTEND FED. R. CIV. PRO. 26 DEADLINES**

The parties having filed on December 16, 2025, a Joint Motion to Extend Defendants' Deadline to Respond to the Complaint and the Court having reviewed the motion, and finding good cause for the requested relief:

1. The motion is GRANTED;

2. Defendants' December 22, 2025, deadline to respond to the complaint is extended until three weeks after the Court resolves Plaintiffs' pending Motion for Preliminary Injunction, ECF No. 64;

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND JOINT MOTION TO EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1

3. The parties' January 5, 2026 deadline to meet and confer under Fed. R. Civ. P. 26(f) is extended until five weeks after the Court resolves the PI motion;

4. The parties' January 12, 2026 deadline to make initial disclosures under Fed. R. Civ. P. 26(f) is extended until six weeks after the Court resolves the PI motion; and

5. The parties' January 20, 2026 deadline to file a combined joint status report and discovery plan under Fed. R. Civ. P. 26(f) until seven weeks and one day after the Court resolves the PI motion.

IT IS SO ORDERED.

Dated: December 16, 2025                    _____

HON. TIFFANY M. CARTWRIGHT

United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND JOINT MOTION TO EXTEND FED. R. CIV. PRO. 26 DEADLINES
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134