UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>        Defendants. | NO. 2:25-cv-02015-TMC<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to LCR 7(n), Plaintiff write to notify the Court of supplemental authority relevant to their opposition to Defendants' pending Motion to Transfer Venue (Dkt. No. 103). On December 17, 2025, the U.S. District Court for the District of Rhode Island issued a text order denying a similar motion to transfer in *Rhode Island AFL-CIO v. U.S. Environmental Protection Agency*, No. 1:25-cv-00510-MSM-PAS (D.R.I. Dec. 17, 2025). The text order states, in full:

> TEXT ORDER. Defendants' Motion to Transfer (ECF No. [27]) is DENIED. Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Having considered the

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY IN
SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO
TRANSFER VENUE
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

private and public interests implicated by this case, see McEvily v. Sunbeam-Oster Co., Inc., 878 F. Supp. 337, 343 (D.R.I. 1994), and crediting the "strong presumption in favor of the plaintiff's choice of forum," Coady v. Ashcraft & Gerel, 223 F.3d 1, 11 (1st Cir. 2000), the Court finds that transfer is unwarranted. So Ordered by District Judge Mary S. McElroy on 12/17/2025. (Potter, Carrie)

DATED this 18th day of December 2025.

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General of Arizona<br><br>By: */s/ Mary M. Curtin*<br>MARY M. CURTIN<br>Senior Litigation Counsel<br>ALEXA G. SALAS<br>Assistant Attorney General<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Mary.Curtin@azag.gov<br>Alexa.Salas@azag.gov<br><br>*Attorneys for the State of Arizona* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>*/s/ Sarah E. Smith-Levy*<br>C. L. JUNINE SO, WSBA # 58779<br>SARAH E. SMITH-LEVY, WSBA # 55770<br>TERA HEINTZ, WSBA # 54921<br>ANDREW HUGHES, WSBA # 49515<br>LEAH A. BROWN, WSBA # 45803<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>206-464-7744<br>junine.so@atg.wa.gov<br>sarah.e.smith-levy@atg.wa.gov<br>tera.heintz@atg.wa.gov<br>andrew.hughes@atg.wa.gov<br>leah.brown@atg.wa.gov<br><br>*Attorneys for the State of Washington* |
| **KEITH ELLISON**<br>Attorney General of Minnesota<br><br>By: */s/ Ryan Pesch*<br>RYAN PESCH<br>CAT RIOS-KEATING<br>*Special Assistant Attorneys General*<br>BRIAN CARTER<br>*Special Counsel*<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>St. Paul, MN 55101<br>(651) 728-7116<br>ryan.pesch@ag.state.mn.us<br>catherine.rios-keating@ag.state.mn.us<br>brian.carter@ag.state.mn.us<br><br>*Counsel for the State of Minnesota* | **BRIAN L. SCHWALB**<br>Attorney General for the District of Columbia<br><br>By: */s/ Lauren M. Marks*<br>LAUREN M. MARKS<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>Lauren.marks@dc.gov<br><br>*Attorneys for the District of Columbia* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| **ROB BONTA**<br>Attorney General of California<br><br>By: */s/ Marie Elizabeth Logan*<br>MARIE ELIZABETH LOGAN<br>REBECCA HUNTER<br>ABIGAIL BLODGETT<br>DYLAN C. REDOR<br>THEODORE A. MCCOMBS<br>MYUNG PARK<br>Deputy Attorneys General<br>California Department of Justice<br>1515 Clay Street<br>Oakland, CA 94612<br>Marie.Logan@doj.ca.gov<br><br>*Attorneys for the State of California*<br><br>**WILLIAM TONG**<br>Attorney General of Connecticut<br><br>By: */s/ Jill Lacedonia*<br>JILL LACEDONIA<br>Assistant Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250<br>Jill.Lacedonia@ct.gov<br><br>*Attorneys for the State of Connecticut* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: */s/ Carrie Noteboom*<br>CARRIE NOTEBOOM<br>Assistant Deputy Attorney General<br>DAVID MOSKOWITZ<br>Deputy Solicitor General<br>CYNTHIA VITALE<br>Assistant Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6000<br>Carrie.Noteboom@coag.gov<br>David.Moskowitz@coag.gov<br>Cynthia.Vitale@coag.gov<br><br>*Attorneys for the State of Colorado*<br><br>**ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General of Illinois<br><br>By: */s/ Katharine Roller*<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>ELIZABETH B. SCOTT<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 LaSalle Street<br>Chicago, IL 60603<br>(773) 519-1842<br>Katharine.roller@ilag.gov<br><br>*Attorneys for the State of Illinois* | **OFFICE OF THE GOVERNOR** *ex rel.*<br>**ANDY BESHEAR**<br>in his official capacity as Governor of the Commonwealth of Kentucky<br><br>By: */s/ S. Travis Mayo*<br>S. TRAVIS MAYO<br>General Counsel<br>TAYLOR PAYNE<br>Chief Deputy General Counsel<br>LAURA C. TIPTON<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br><br>*Counsel for the Office of the Governor* |
| **AARON M. FREY**<br>Attorney General of Maine<br><br>By: */s/ Caleb Elwell*<br>CALEB E. ELWELL<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8545<br>Caleb.elwell@maine.gov<br><br>*Attorneys for the State of Maine* | **ANTHONY G. BROWN**<br>Attorney General of Maryland<br><br>By: */s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General of the Commonwealth of Massachusetts<br><br>By: /s/ Amy Laura Cahn<br>AMY LAURA CAHN<br>TERRENCE VALES<br>*Assistant Attorney General*<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2277<br>amy.laura.cahn@mass.gov<br>terrence.vales@mass.gov<br>*Attorneys for the Commonwealth of Massachusetts* | **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: /s/ Neil Giovanatti<br>NEIL GIOVANATTI<br>POLLY SYNK<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>SynkP@michigan.gov<br><br>*Attorneys for the State of Michigan* |
| **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>By: /s/ Daniel Resler<br>DANIEL RESLER<br>LAUREN E. VAN DRIESEN<br>JACK VENTURA<br>*Deputy Attorneys General*<br>Office of the Attorney General<br>33 Washington Street, Ninth Floor<br>Newark, NJ 07101<br>(973) 648-4726<br>Daniel.Resler@law.njoag.gov<br><br>*Counsel for the State of New Jersey* | **RAÚL TORREZ**<br>Attorney General of New Mexico<br><br>By: /s/ J. Spenser Lotz<br>J. SPENSER LOTZ<br>Assistant Attorney General<br>Environmental Protection Bureau<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>(505) 616-7560<br>slotz@nmdoj.gov<br><br>*Attorneys for the State of New Mexico* |
| **LETITIA JAMES**<br>Attorney General of New York<br><br>By: /s/ Matthew Eisenson<br>MATTHEW EISENSON<br>KELSEA SUAREZ<br>*Assistant Attorneys General*<br>Environmental Protection Bureau<br>Office of the Attorney General<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8481<br>matthew.eisenson@ag.ny.gov<br><br>*Attorneys for the State of New York* | **JEFF JACKSON**<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>By: /s/ Daniel T. Wilkes<br>DANIEL T. WILKES<br>Assistant Deputy Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6415<br>dwilkes@ncdoj.gov<br><br>*Attorneys for the State of North Carolina* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
|1| **DAN RAYFIELD** | **MICHAEL A. BRAYMER** |
| | Attorney General of Oregon | Chief Counsel |
|2| | Department of Environmental Protection |
|3| By: */s/ Coby Howell* | |
| | COBY HOWELL | By: */s/ Michael J. Heilman* |
|4| Senior Assistant Attorney General | MICHAEL J. HEILMAN |
| | Oregon Department of Justice | Litigation Coordinator |
|5| 100 SW Market St. | Department of Environmental Protection |
| | Portland, OR 97201 | Office of Chief Counsel |
|6| Telephone: (971) 283-8657 | 400 Waterfront Drive |
| | Fax: (971) 673-5000 | Pittsburgh, PA 15222 |
|7| Email: Coby.Howell@doj.oregon.gov | Phone: 412-442-4241 |
| | | Email: mheilman@pa.gov |
|8| *Attorneys for the State of Oregon* | |
| | | *Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority* |

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 283-8657
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*

**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**
Jennifer H. Campbell
Chief Legal Officer

By: */s/ Jennifer H. Campbell*
JENNIFER H. CAMPBELL
2352 S. Park St., Suite 303
Madison, WI 53713
(608) 210-6811
jennifer.campbell@wedc.org

*Attorney for Wisconsin Economic Development Corporation*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: */s/ Michael J. Heilman*
MICHAEL J. HEILMAN
Litigation Coordinator
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority*

**CHARITY R. CLARK**
Attorney General of Vermont

By:   */s/ Jonathan T. Rose*
JONATHAN T. ROSE
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorneys for the State of Vermont*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744