UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to LCR 7(n), Plaintiffs write to notify the Court of supplemental authority relevant to their Motion for Preliminary Injunction (Dkt. 64).

First, Plaintiffs cited several orders, issued by Judge Evanson and the Ninth Circuit Court of Appeals, from *State of Washington v. U.S. Department of Education* in support of their Motion for Preliminary Injunction. *See* Dkt. 64 at 12 (citing *Washington v. U.S. Dep't of Educ.*, Case No. C25-1228-KKE, 2025 WL 2966255, at *8-9 (W.D. Wash. Oct. 21, 2025)), Dkt. 104 at 3-5 (citing *Washington v. U.S. Dep't of Educ.*, -- F.4th --, 2025 WL 3486895, at *2 (9th Cir. Dec. 4, 2025)), 11 (citing *Washington*, Case No. C25-1228-KKE, 2025 WL 3004675 at *10). On

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

December 19, 2025, Judge Evanson granted the States' motion for summary judgment and denied the federal government's cross-motion for summary judgment. *See Washington*, -- F. Supp. 3d ---, 2025 WL 3690779 (W.D. Wash. Dec. 19, 2025). A true and correct copy of Judge Evanson's summary judgment Order is attached hereto as **Exhibit A**.

Second, Plaintiffs cited the Ninth Circuit's order in *Thakur v. Trump*, 148 F.4th 1096 (9th Cir. 2025), in support of their Motion for Preliminary Injunction. *See* Dkt. 104 at 3. The Ninth Circuit recently issued an amended order in *Thakur*, Case No. 25-4249, Dkt Entry 73.1 (9th Cir. Dec. 23, 2025). A true and correct copy of the Court's amended order is attached hereto as **Exhibit B.**

DATED this 31st day of December 2025.

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General of Arizona | **NICHOLAS W. BROWN**<br>Attorney General of Washington |
| By: */s/ Mary M. Curtin*<br>MARY M. CURTIN<br>Senior Litigation Counsel<br>ALEXA G. SALAS<br>Assistant Attorney General<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Mary.Curtin@azag.gov<br>Alexa.Salas@azag.gov<br><br>*Attorneys for the State of Arizona* | */s/ Sarah E. Smith-Levy*<br>C. L. JUNINE SO, WSBA # 58779<br>SARAH E. SMITH-LEVY, WSBA # 55770<br>TERA HEINTZ, WSBA # 54921<br>ANDREW HUGHES, WSBA # 49515<br>LEAH A. BROWN, WSBA # 45803<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>206-464-7744<br>junine.so@atg.wa.gov<br>sarah.e.smith-levy@atg.wa.gov<br>tera.heintz@atg.wa.gov<br>andrew.hughes@atg.wa.gov<br>leah.brown@atg.wa.gov<br><br>*Attorneys for the State of Washington* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | **KEITH ELLISON** <br> Attorney General of Minnesota | **BRIAN L. SCHWALB** <br> Attorney General for the District of Columbia |
| 2 | | |
| 3 | By: */s/ Ryan Pesch* <br> RYAN PESCH <br> CAT RIOS-KEATING | By: */s/ Lauren M. Marks* <br> LAUREN M. MARKS <br> Special Assistant Attorney General |
| 4 | *Special Assistant Attorneys General* <br> BRIAN CARTER | Office of the Attorney General <br> for the District of Columbia |
| 5 | *Special Counsel* <br> Office of the Minnesota Attorney General | 400 6th Street, N.W., 10th Floor <br> Washington, D.C. 20001 |
| 6 | 445 Minnesota Street, Suite 600 <br> St. Paul, MN 55101 | Lauren.marks@dc.gov |
| 7 | (651) 728-7116 <br> ryan.pesch@ag.state.mn.us | *Attorneys for the District of Columbia* |
| 8 | catherine.rios-keating@ag.state.mn.us <br> brian.carter@ag.state.mn.us | |
| 9 | *Counsel for the State of Minnesota* | |
| 10 | | |
| 11 | **ROB BONTA** <br> Attorney General of California | **PHILIP J. WEISER** <br> Attorney General for the State of Colorado |
| 12 | By: */s/ Marie Elizabeth Logan* <br> MARIE ELIZABETH LOGAN | By: */s/ Carrie Noteboom* <br> CARRIE NOTEBOOM |
| 13 | REBECCA HUNTER <br> ABIGAIL BLODGETT | Assistant Deputy Attorney General <br> DAVID MOSKOWITZ |
| 14 | DYLAN C. REDOR <br> THEODORE A. MCCOMBS | Deputy Solicitor General <br> CYNTHIA VITALE |
| 15 | MYUNG PARK <br> Deputy Attorneys General | Assistant Attorney General <br> Ralph L. Carr Judicial Center |
| 16 | California Department of Justice <br> 1515 Clay Street | 1300 Broadway, 10th Floor <br> Denver, CO 80203 |
| 17 | Oakland, CA 94612 <br> Marie.Logan@doj.ca.gov | (720) 508-6000 <br> Carrie.Noteboom@coag.gov |
| 18 | | David.Moskowitz@coag.gov <br> Cynthia.Vitale@coag.gov |
| 19 | *Attorneys for the State of California* | |
| 20 | | *Attorneys for the State of Colorado* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON <br> Environmental Protection Division <br> 800 Fifth Avenue STE 2000 <br> Seattle, WA 98104 <br> 206-464-7744

| | |
|---|---|
| **WILLIAM TONG**<br>Attorney General of Connecticut<br><br>By: */s/ Jill Lacedonia*<br>JILL LACEDONIA<br>Assistant Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250<br>Jill.Lacedonia@ct.gov<br><br>*Attorneys for the State of Connecticut* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |
| **KWAME RAOUL**<br>Attorney General of Illinois<br><br>By: */s/ Katharine Roller*<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>ELIZABETH B. SCOTT<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 LaSalle Street<br>Chicago, IL 60603<br>(773) 519-1842<br>Katharine.roller@ilag.gov<br><br>*Attorneys for the State of Illinois* | **OFFICE OF THE GOVERNOR *ex rel.*<br>ANDY BESHEAR**<br>in his official capacity as Governor of the Commonwealth of Kentucky<br><br>By: */s/ S. Travis Mayo*<br>S. TRAVIS MAYO<br>General Counsel<br>TAYLOR PAYNE<br>Chief Deputy General Counsel<br>LAURA C. TIPTON<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br><br>*Counsel for the Office of the Governor* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| **AARON M. FREY**<br>Attorney General of Maine<br><br>By: /s/ Caleb Elwell<br>CALEB E. ELWELL<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8545<br>Caleb.elwell@maine.gov<br><br>*Attorneys for the State of Maine* | **ANTHONY G. BROWN**<br>Attorney General of Maryland<br><br>By: /s/ Steven J. Goldstein<br>STEVEN J. GOLDSTEIN<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* |
| **ANDREA JOY CAMPBELL**<br>Attorney General of the Commonwealth of Massachusetts<br><br>By: /s/ Amy Laura Cahn<br>AMY LAURA CAHN<br>TERRENCE VALES<br>*Assistant Attorney General*<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2277<br>amy.laura.cahn@mass.gov<br>terrence.vales@mass.gov<br>*Attorneys for the Commonwealth of Massachusetts* | **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: /s/ Neil Giovanatti<br>NEIL GIOVANATTI<br>POLLY SYNK<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>SynkP@michigan.gov<br><br>*Attorneys for the State of Michigan* |
| **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>By: /s/ Daniel Resler<br>DANIEL RESLER<br>LAUREN E. VAN DRIESEN<br>JACK VENTURA<br>*Deputy Attorneys General*<br>Office of the Attorney General<br>33 Washington Street, Ninth Floor<br>Newark, NJ 07101<br>(973) 648-4726<br>Daniel.Resler@law.njoag.gov<br><br>*Counsel for the State of New Jersey* | **RAÚL TORREZ**<br>Attorney General of New Mexico<br><br>By: /s/ J. Spenser Lotz<br>J. SPENSER LOTZ<br>Assistant Attorney General<br>Environmental Protection Bureau<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>(505) 616-7560<br>slotz@nmdoj.gov<br><br>*Attorneys for the State of New Mexico* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General of New York<br><br>By: */s/ Matthew Eisenson*<br>MATTHEW EISENSON<br>KELSEA SUAREZ<br>*Assistant Attorneys General*<br>Environmental Protection Bureau<br>Office of the Attorney General<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8481<br>matthew.eisenson@ag.ny.gov<br><br>*Attorneys for the State of New York* | **JEFF JACKSON**<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>By: */s/ Daniel T. Wilkes*<br>DANIEL T. WILKES<br>Assistant Deputy Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6415<br>dwilkes@ncdoj.gov<br><br>*Attorneys for the State of North Carolina* |
| **DAN RAYFIELD**<br>Attorney General of Oregon<br><br>By: */s/ Coby Howell*<br>COBY HOWELL<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>Telephone: (971) 283-8657<br>Fax: (971) 673-5000<br>Email: Coby.Howell@doj.oregon.gov<br><br>*Attorneys for the State of Oregon* | **MICHAEL A. BRAYMER**<br>Chief Counsel<br>Department of Environmental Protection<br><br>By: */s/ Michael J. Heilman*<br>MICHAEL J. HEILMAN<br>Litigation Coordinator<br>Department of Environmental Protection<br>Office of Chief Counsel<br>400 Waterfront Drive<br>Pittsburgh, PA 15222<br>Phone: 412-442-4241<br>Email: mheilman@pa.gov<br><br>*Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority* |
| **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: */s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environment and Energy Unit Chief<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for the State of Rhode Island* | **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By: */s/ Jonathan T. Rose*<br>JONATHAN T. ROSE<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov<br><br>*Attorneys for the State of Vermont* |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**
Jennifer H. Campbell
Chief Legal Officer

By: */s/ Jennifer H. Campbell*
JENNIFER H. CAMPBELL
2352 S. Park St., Suite 303
Madison, WI 53713
(608) 210-6811
jennifer.campbell@wedc.org

*Attorney for Wisconsin Economic Development Corporation*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744