The Honorable Tiffany M. Cartwright

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

STATE OF ARIZONA, et al.

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Defendants*.

Civil Action No. 2:25-cv-02015

**DEFENDANTS' STIPULATION REGARDING THE STATUS OF SOLAR FOR ALL FUNDS**

In response to the Court's minute order (Dkt. No. 116) following the January 8, 2026, hearing on Plaintiffs' motion for a preliminary injunction (Dkt. No. 64) ("Motion"), to assist the Court with its resolution of the Motion, Defendants, the U.S. Environmental Protection Agency ("EPA") and Lee Zeldin as its Administrator, stipulate as follows:

DEFENDANTS' STIPULATION REGARDING
THE STATUS OF SOLAR FOR ALL FUNDS
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1

1. Defendants have addressed the location of the Solar for All funds in paragraph 10 of the Gregg A. Treml declaration (Dkt. No. 102-1) ("Treml. Decl.") and incorporate paragraph 10 of that declaration into this stipulation. That paragraph states:

> Regardless of whether the amounts are recorded as obligated or deobligated in EPA's financial system, the [Solar for All] amounts described in paragraph 8 and paragraph 9 [of the Treml Decl.] are in the same Treasury Account used to manage the Solar for All grant program, where they have been since prior to grant issuance, and where they will remain available until September 30, 2031 – per 42 U.S.C. § 4370f – to satisfy any remaining obligations for allowable costs under the Solar for All grant agreements, including to Plaintiffs under the Assistance Agreements identified in Exhibit A [attached to the Treml Decl.].

Treml. Decl. ¶ 10.

Dated: January 9, 2026                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

*/s/ Tiffiney F. Carney*
KEVIN P. VANLANDINGHAM
Assistant Director
TIFFINEY F. CARNEY
I-HENG HSU
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134
kevin.p.vanlandingham@usdoj.gov
tiffiney.carney@usdoj.gov
i-heng.hsu@usdoj.gov

*Attorneys for the Defendants*

DEFENDANTS' STIPULATION REGARDING
THE STATUS OF SOLAR FOR ALL FUNDS
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

2