UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-CV-02015-TMC |
| Plaintiffs, | DECLARATION OF SERVICE |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

I, Rachel Medlyn, declare that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to be a witness herein.

On October 22, 2025, the following documents were served on Defendants by certified mail, *see* ECF No. 36, but the copies addressed to the U.S. Environmental Protection Agency (EPA) were returned by the U.S. Postal Service as "unable to forward." Plaintiffs contacted counsel for Defendants on multiple occasions seeking waiver of service or confirmation of the correct address. EPA confirmed via its counsel today that the address used was correct but suggested that Plaintiffs re-send the documents addressed to EPA's Office of General Counsel.

On January 13, 2026, I served copies of the following documents:

1. Complaint (with Exhibit A);
2. Civil Cover Sheet;

DECLARATION OF SERVICE
NO. 2:25-CV-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

3. Executed Summonses to Defendants U.S. Environmental Protection Agency, and Lee Zeldin;

4. Notices of Appearance for Chun Ling Junine So (local counsel for PHV), Leah Brown, and Sarah Levy-Smith; and

5. Order Regarding Initial Disclosures, Joint Status Report, Discovery Depositions and Early Settlement;

by Certified Mail upon:

U.S. ENVIRONMENTAL PROTECTION AGENCY
Environmental Protection Agency
Office of General Counsel, 2310A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 13th day of January, 2026.

_____
Rachel Medlyn, Paralegal

DECLARATION OF SERVICE
NO. 2:25-CV-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744