The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>            Defendants. | NO. 2:25-cv-02015-TMC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS |

## I.   STIPULATION

The parties agree and request that the Court set a deadline for production of the administrative record in this case and a briefing schedule and to expand the word limits for cross-motions for summary judgment to be filed in this matter. The parties have conferred regarding the schedule and parameters for these dispositive motions to facilitate the presentation of all material issues efficiently and comprehensively to the Court. The parties agree that, in proceeding with cross-motions, Defendants are not required to answer the complaint and do not waive any defenses by proceeding to summary judgment, and that

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Plaintiffs will include all claims raised in the Complaint in their motion. The parties have thus agreed to the following stipulated briefing schedule—with expanded word limits—for their cross-motions:

| Deadline Event | Proposed Word Limit | Proposed Deadline |
|---|---|---|
| Production of Administrative Record | n/a | February 17, 2026 |
| Plaintiffs' Motion for Summary Judgment | 9,500 words | February 24, 2026 |
| Defendants' Response to Plaintiffs' Motion and Cross-Motion for Summary Judgment | 12,500 words | March 17, 2026 |
| Plaintiffs' Reply in support of Motion and Opposition to Defendants' Cross-Motion | 8,000 words | March 31, 2026 |
| Defendants' Reply in support of Cross-Motion | 5,000 words | April 14, 2026 |

The parties also request the Court set oral argument on the cross-motions during the week of April 27, 2026, or as soon as possible thereafter.

     Good cause exists to expand the word limits for these briefs. The parties propose to consolidate two substantial dispositive motions—which would otherwise call for six separate briefs with an overall 21,000-word limit per side—into a four-brief schedule with an overall 17,500-word limit per side. The proposed four-part briefing schedule will make the consideration of the parties' positions more efficient for both the Court and the parties. And the expanded word limits are necessary to ensure the parties have an adequate opportunity to thoroughly address all claims and defenses raised in this complex matter.

     Good cause also exists to expedite the deadline for production of the administrative record in this matter. Although Local Civil Rule 79(h) permits the Government to file the administrative record concurrently with its answer, the rule also contemplates modification of that deadline for good cause. Review of the administrative record will be relevant to Plaintiffs' claim that Defendants' decisions constituted arbitrary and capricious agency action. The administrative record will also assist the Court in deciding Plaintiffs' motion for summary judgment and will substantially expedite ultimate resolution of this case on the merits.

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

To expedite the record's production, the parties agree that plaintiff-specific documents in the administrative record to be produced in this matter shall be limited to all documents that EPA considered in its decision-making process with respect to the State of Washington's SFA grant, to serve as a representative example of SFA grant materials considered by EPA. Although Defendants are only required to produce the plaintiff-specific documents in the record related to the State of Washington, all similar documents pertaining to any other plaintiff and considered by EPA in its decision-making process shall nevertheless be considered part of the record for this matter.

Finally, the parties agree that this case is exempt from Fed. R. Civ. P. 26(a) and (f) requirements, as the claims in this matter may be resolved on the administrative record. *See* Dkt. 15 (order regarding initial Rule 26 obligations); Dkt. 119 (setting Rule 26 deadlines). Plaintiffs agree that they will not take additional discovery in this matter beyond the administrative record, provided that Plaintiffs reserve the right to seek leave to take discovery that may be necessary to evaluate Defendants' compliance with any orders of this Court.

For these reasons, the Court should enter the parties' stipulated briefing schedule and extend the word limits as provided above.

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

DATED this 27th day of January, 2026.

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General of Arizona<br><br>By: */s/ Mary M. Curtin*<br>MARY M. CURTIN<br>Senior Litigation Counsel<br>ALEXA G. SALAS<br>Assistant Attorney General<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Mary.Curtin@azag.gov<br>Alexa.Salas@azag.gov<br><br>*Attorneys for the State of Arizona* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>*/s/ Sarah E. Smith-Levy*<br>C. L. JUNINE SO, WSBA # 58779<br>SARAH E. SMITH-LEVY, WSBA # 55770<br>TERA HEINTZ, WSBA # 54921<br>ANDREW HUGHES, WSBA # 49515<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>206-464-7744<br>junine.so@atg.wa.gov<br>sarah.e.smith-levy@atg.wa.gov<br>tera.heintz@atg.wa.gov<br>andrew.hughes@atg.wa.gov<br><br>*Attorneys for the State of Washington* |
| **KEITH ELLISON**<br>Attorney General of Minnesota<br><br>By: */s/ Ryan Pesch*<br>RYAN PESCH<br>CAT RIOS-KEATING<br>*Special Assistant Attorneys General*<br>BRIAN CARTER<br>*Special Counsel*<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>St. Paul, MN 55101<br>(651) 728-7116<br>ryan.pesch@ag.state.mn.us<br>catherine.rios-keating@ag.state.mn.us<br>brian.carter@ag.state.mn.us<br><br>*Counsel for the State of Minnesota* | **BRIAN L. SCHWALB**<br>Attorney General for the District of Columbia<br><br>By: */s/ Lauren M. Marks*<br>LAUREN M. MARKS<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>Lauren.marks@dc.gov<br><br>*Attorneys for the District of Columbia* |

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | **ROB BONTA**<br>Attorney General of California | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado |
| 2 | | |
| 3 | By: /s/ Marie Elizabeth Logan<br>MARIE ELIZABETH LOGAN<br>REBECCA HUNTER | By: /s/ Carrie Noteboom<br>CARRIE NOTEBOOM<br>Assistant Deputy Attorney General |
| 4 | ABIGAIL BLODGETT<br>DYLAN C. REDOR | DAVID MOSKOWITZ<br>Deputy Solicitor General |
| 5 | THEODORE A. MCCOMBS<br>MYUNG PARK | CYNTHIA VITALE<br>Assistant Attorney General |
| 6 | Deputy Attorneys General<br>California Department of Justice | Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor |
| 7 | 1515 Clay Street<br>Oakland, CA 94612 | Denver, CO 80203<br>(720) 508-6000 |
| 8 | Marie.Logan@doj.ca.gov | Carrie.Noteboom@coag.gov<br>David.Moskowitz@coag.gov |
| 9 | *Attorneys for the State of California* | Cynthia.Vitale@coag.gov |
| 10 | | *Attorneys for the State of Colorado* |
| 11 | **WILLIAM TONG**<br>Attorney General of Connecticut | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi |
| 12 | | |
| 13 | By: /s/ Jill Lacedonia<br>JILL LACEDONIA | By: /s/ Kalikoʻonālani D. Fernandes<br>DAVID D. DAY |
| 14 | Assistant Attorney General<br>165 Capitol Avenue | Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES |
| 15 | Hartford, CT 06106<br>(860) 808-5250 | Solicitor General<br>425 Queen Street |
| 16 | Jill.Lacedonia@ct.gov | Honolulu, HI 96813<br>(808) 586-1360 |
| 17 | *Attorneys for the State of Connecticut* | david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov |
| 18 | | *Attorneys for the State of Hawaiʻi* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | **KWAME RAOUL**<br>Attorney General of Illinois | **OFFICE OF THE GOVERNOR** *ex rel.*<br>**ANDY BESHEAR** |
| 2 | By: */s/ Katharine Roller* | in his official capacity as Governor of the<br>Commonwealth of Kentucky |
| 3 | KATHARINE ROLLER<br>Complex Litigation Counsel | By: */s/ S. Travis Mayo* |
| 4 | ELIZABETH B. SCOTT<br>Assistant Attorney General | S. TRAVIS MAYO<br>General Counsel |
| 5 | Office of the Illinois Attorney General<br>115 LaSalle Street | TAYLOR PAYNE<br>Chief Deputy General Counsel |
| 6 | Chicago, IL 60603<br>(773) 519-1842 | LAURA C. TIPTON<br>Deputy General Counsel |
| 7 | Katharine.roller@ilag.gov | Office of the Governor<br>700 Capitol Avenue, Suite 106 |
| 8 | *Attorneys for the State of Illinois* | Frankfort, KY 40601<br>(502) 564-2611 |
| 9 | | travis.mayo@ky.gov<br>taylor.payne@ky.gov |
| 10 | | laurac.tipton@ky.gov |
| 11 | | *Counsel for the Office of the Governor* |
| 12 | **AARON M. FREY**<br>Attorney General of Maine | **ANTHONY G. BROWN**<br>Attorney General of Maryland |
| 13 | | |
| 14 | By: */s/ Caleb Elwell*<br>CALEB E. ELWELL | By: */s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN |
| 15 | Assistant Attorney General<br>Office of the Maine Attorney General | *Assistant Attorney General*<br>Office of the Attorney General of Maryland |
| 16 | 6 State House Station<br>Augusta, ME 04333 | 200 Saint Paul Place<br>Baltimore, MD 21202 |
| 17 | (207) 626-8545<br>Caleb.elwell@maine.gov | (410) 576-6414<br>sgoldstein@oag.state.md.us |
| 18 | *Attorneys for the State of Maine* | *Attorneys for the State of Maryland* |

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | **ANDREA JOY CAMPBELL** <br> Attorney General of the Commonwealth of Massachusetts | **DANA NESSEL** <br> Attorney General of Michigan |
| 2 | | |
| 3 | By: */s/ Amy Laura Cahn* <br> AMY LAURA CAHN | By: */s/ Neil Giovanatti* <br> NEIL GIOVANATTI |
| 4 | TERRENCE VALES | POLLY SYNK |
| 5 | *Assistant Attorney General* <br> One Ashburton Place | *Assistant Attorneys General* <br> Michigan Department of Attorney General |
| 6 | Boston, MA 02108 <br> (617) 963-2277 | 525 W. Ottawa <br> Lansing, MI 48909 |
| 7 | amy.laura.cahn@mass.gov <br> molly.teague@mass.gov | (517) 335-7603 <br> GiovanattiN@michigan.gov |
| 8 | terrence.vales@mass.gov <br> katherine.dirks@mass.gov | SynkP@michigan.gov |
| 9 | vanessa.arslanian@mass.gov | *Attorneys for the State of Michigan* |
| 10 | *Attorneys for the Commonwealth of Massachusetts* | |
| 11 | | |
| 12 | **JENNIFER DAVENPORT** <br> Acting Attorney General of New Jersey | **RAÚL TORREZ** <br> Attorney General of New Mexico |
| 13 | By: */s/ Daniel Resler* | By: */s/ J. Spenser Lotz* |
| 14 | DANIEL RESLER <br> LAUREN E. VAN DRIESEN | J. SPENSER LOTZ <br> Assistant Attorney General |
| 15 | JACK VENTURA <br> *Deputy Attorneys General* | Environmental Protection Bureau <br> 201 Third St. NW, Suite 300 |
| 16 | Office of the Attorney General <br> 33 Washington Street, Ninth Floor | Albuquerque, NM 87102 <br> (505) 616-7560 |
| 17 | Newark, NJ 07101 <br> (973) 648-4726 | slotz@nmdoj.gov |
| 18 | Daniel.Resler@law.njoag.gov | *Attorneys for the State of New Mexico* |
| 19 | *Counsel for the State of New Jersey* | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS <br> No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON <br> Environmental Protection Division <br> 800 Fifth Avenue STE 2000 <br> Seattle, WA 98104 <br> 206-464-7744

| | |
|---|---|
| 1   **LETITIA JAMES** <br>     Attorney General of New York | **JEFF JACKSON** <br> Attorney General of North Carolina |

**LETITIA JAMES**
Attorney General of New York

By: /s/ *Matthew Eisenson*
MATTHEW EISENSON
KELSEA SUAREZ
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov

*Attorneys for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: /s/ *Daniel T. Wilkes*
DANIEL T. WILKES
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov

*Attorneys for the State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ *Coby Howell*
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 283-8657
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: /s/ *Michael J. Heilman*
MICHAEL J. HEILMAN
Litigation Coordinator
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority*

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: /s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environment and Energy Unit Chief<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for the State of Rhode Island*<br><br>**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**<br>Jennifer H. Campbell<br>Chief Legal Officer<br><br>By: /s/ *Jennifer H. Campbell*<br>JENNIFER H. CAMPBELL<br>2352 S. Park St., Suite 303<br>Madison, WI 53713<br>(608) 210-6811<br>jennifer.campbell@wedc.org<br><br>*Attorney for Wisconsin Economic Development Corporation* | **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By:   /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov<br><br>*Attorneys for the State of Vermont*<br><br>**BRETT A. SHUMATE**<br>Assistant Attorney General<br>Civil Division<br><br>KIRK T. MANHARDT<br>Director<br><br>KEVIN P. VANLANDINGHAM<br>Assistant Director<br><br>/s/    *Tiffiney F. Carney*<br>TIFFINEY F. CARNEY<br>I-HENG HSU<br>Trial Attorneys<br>U.S. Department of Justice, Civil Division<br>Commercial Litigation Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 598-7521<br>tiffiney.carney@usdoj.gov<br>i-heng.hsu@usdoj.gov<br><br>*Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1 **ORDER**

2 **IT IS HEREBY ORDERED:**

3 That the stipulation of the parties is APPROVED and ADOPTED.

4 DATED this ____ day of _____ 2026.

THE HONORABLE TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744