The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE AND WORD LIMITS |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

## I.    STIPULATION

The parties agree and request that the Court set a deadline for production of the administrative record in this case and a briefing schedule and to expand the word limits for cross-motions for summary judgment to be filed in this matter. The parties have conferred regarding the schedule and parameters for these dispositive motions to facilitate the presentation of all material issues efficiently and comprehensively to the Court. The parties agree that, in proceeding with cross-motions, Defendants are not required to answer the complaint and do not waive any defenses by proceeding to summary judgment, and that

Plaintiffs will include all claims raised in the Complaint in their motion. The parties have thus agreed to the following stipulated briefing schedule—with expanded word limits—for their cross-motions:

| Deadline Event | Proposed Word Limit | Proposed Deadline |
|---|---|---|
| Production of Administrative Record | n/a | February 17, 2026 |
| Plaintiffs' Motion for Summary Judgment | 9,500 words | February 24, 2026 |
| Defendants' Response to Plaintiffs' Motion and Cross-Motion for Summary Judgment | 12,500 words | March 17, 2026 |
| Plaintiffs' Reply in support of Motion and Opposition to Defendants' Cross-Motion | 8,000 words | March 31, 2026 |
| Defendants' Reply in support of Cross-Motion | 5,000 words | April 14, 2026 |

The parties also request the Court set oral argument on the cross-motions during the week of April 27, 2026, or as soon as possible thereafter.

Good cause exists to expand the word limits for these briefs. The parties propose to consolidate two substantial dispositive motions—which would otherwise call for six separate briefs with an overall 21,000-word limit per side—into a four-brief schedule with an overall 17,500-word limit per side. The proposed four-part briefing schedule will make the consideration of the parties' positions more efficient for both the Court and the parties. And the expanded word limits are necessary to ensure the parties have an adequate opportunity to thoroughly address all claims and defenses raised in this complex matter.

Good cause also exists to expedite the deadline for production of the administrative record in this matter. Although Local Civil Rule 79(h) permits the Government to file the administrative record concurrently with its answer, the rule also contemplates modification of that deadline for good cause. Review of the administrative record will be relevant to Plaintiffs' claim that Defendants' decisions constituted arbitrary and capricious agency action. The administrative record will also assist the Court in deciding Plaintiffs' motion for summary judgment and will substantially expedite ultimate resolution of this case on the merits.

1         To expedite the record's production, the parties agree that plaintiff-specific documents

2    in the administrative record to be produced in this matter shall be limited to all documents that

3    EPA considered in its decision-making process with respect to the State of Washington's SFA

4    grant, to serve as a representative example of SFA grant materials considered by EPA.

5    Although Defendants are only required to produce the plaintiff-specific documents in the

6    record related to the State of Washington, all similar documents pertaining to any other

7    plaintiff and considered by EPA in its decision-making process shall nevertheless be

8    considered part of the record for this matter.

9         Finally, the parties agree that this case is exempt from Fed. R. Civ. P. 26(a) and (f)

10   requirements, as the claims in this matter may be resolved on the administrative record. *See*

11   Dkt. 15 (order regarding initial Rule 26 obligations); Dkt. 119 (setting Rule 26 deadlines).

12   Plaintiffs agree that they will not take additional discovery in this matter beyond the

13   administrative record, provided that Plaintiffs reserve the right to seek leave to take discovery

14   that may be necessary to evaluate Defendants' compliance with any orders of this Court.

15        For these reasons, the Court should enter the parties' stipulated briefing schedule and

16   extend the word limits as provided above.

17

18

19

20

21

22

23

24

25

26

1     DATED this 27th day of January, 2026.

2

3     **KRISTIN K. MAYES**                    **NICHOLAS W. BROWN**
      Attorney General of Arizona            Attorney General of Washington
4

5     By: */s/ Mary M. Curtin*               */s/ Sarah E. Smith-Levy*
      MARY M. CURTIN                         C. L. JUNINE SO, WSBA # 58779
      Senior Litigation Counsel              SARAH E. SMITH-LEVY, WSBA # 55770
6     ALEXA G. SALAS                         TERA HEINTZ, WSBA # 54921
      Assistant Attorney General             ANDREW HUGHES, WSBA # 49515
7     Office of the Arizona Attorney General Assistant Attorneys General
      2005 N. Central Ave.                   800 Fifth Avenue, Suite 2000
8     Phoenix, Arizona 85004                 Seattle, Washington 98104
      Mary.Curtin@azag.gov                   206-464-7744
9     Alexa.Salas@azag.gov                   junine.so@atg.wa.gov
                                             sarah.e.smith-levy@atg.wa.gov
10    *Attorneys for the State of Arizona*   tera.heintz@atg.wa.gov
                                             andrew.hughes@atg.wa.gov
11

12                                           *Attorneys for the State of Washington*

      **KEITH ELLISON**                      **BRIAN L. SCHWALB**
13    Attorney General of Minnesota          Attorney General for the District of Columbia

14    By: */s/ Ryan Pesch*                   By: */s/ Lauren M. Marks*
      RYAN PESCH                             LAUREN M. MARKS
15    CAT RIOS-KEATING                       Special Assistant Attorney General
      *Special Assistant Attorneys General* Office of the Attorney General
16    BRIAN CARTER                           for the District of Columbia
      *Special Counsel*                      400 6th Street, N.W., 10th Floor
17    Office of the Minnesota Attorney General Washington, D.C. 20001
      445 Minnesota Street, Suite 600        Lauren.marks@dc.gov
18    St. Paul, MN  55101
      (651) 728-7116                         *Attorneys for the District of Columbia*
19    ryan.pesch@ag.state.mn.us
      catherine.rios-keating@ag.state.mn.us
20    brian.carter@ag.state.mn.us

21    *Counsel for the State of Minnesota*

22

23

24

25

26

1  **ROB BONTA**                          **PHILIP J. WEISER**
   Attorney General of California         Attorney General for the State of Colorado

2
   By: */s/ Marie Elizabeth Logan*        By: */s/ Carrie Noteboom*
3  MARIE ELIZABETH LOGAN                  CARRIE NOTEBOOM
   REBECCA HUNTER                         Assistant Deputy Attorney General
4  ABIGAIL BLODGETT                       DAVID MOSKOWITZ
   DYLAN C. REDOR                         Deputy Solicitor General
5  THEODORE A. MCCOMBS                    CYNTHIA VITALE
   MYUNG PARK                             Assistant Attorney General
6  Deputy Attorneys General               Ralph L. Carr Judicial Center
   California Department of Justice        1300 Broadway, 10th Floor
7  1515 Clay Street                       Denver, CO 80203
   Oakland, CA 94612                      (720) 508-6000
8  Marie.Logan@doj.ca.gov                 Carrie.Noteboom@coag.gov
                                          David.Moskowitz@coag.gov
9  *Attorneys for the State of California*  Cynthia.Vitale@coag.gov

10                                         *Attorneys for the State of Colorado*

11 **WILLIAM TONG**                       **ANNE E. LOPEZ**
   Attorney General of Connecticut        Attorney General for the State of Hawaiʻi

12
   By: */s/ Jill Lacedonia*               By: */s/ Kalikoʻonālani D. Fernandes*
13 JILL LACEDONIA                         DAVID D. DAY
   Assistant Attorney General             Special Assistant to the Attorney General
14 165 Capitol Avenue                     KALIKOʻONĀLANI D. FERNANDES
   Hartford, CT 06106                     Solicitor General
15 (860) 808-5250                         425 Queen Street
   Jill.Lacedonia@ct.gov                  Honolulu, HI 96813
16                                         (808) 586-1360
   *Attorneys for the State of Connecticut*  david.d.day@hawaii.gov
17                                         kaliko.d.fernandes@hawaii.gov

18                                         *Attorneys for the State of Hawaiʻi*

19

20

21

22

23

24

25

26

| | | |
|---|---|---|
| 1 | **KWAME RAOUL**<br>Attorney General of Illinois | **OFFICE OF THE GOVERNOR *ex rel.***<br>**ANDY BESHEAR** |
| 2 | By: */s/ Katharine Roller* | in his official capacity as Governor of the<br>Commonwealth of Kentucky |
| 3 | KATHARINE ROLLER<br>Complex Litigation Counsel | By: */s/ S. Travis Mayo* |
| 4 | ELIZABETH B. SCOTT<br>Assistant Attorney General | S. TRAVIS MAYO<br>General Counsel |
| 5 | Office of the Illinois Attorney General<br>115 LaSalle Street | TAYLOR PAYNE<br>Chief Deputy General Counsel |
| 6 | Chicago, IL 60603<br>(773) 519-1842 | LAURA C. TIPTON<br>Deputy General Counsel |
| 7 | Katharine.roller@ilag.gov | Office of the Governor<br>700 Capitol Avenue, Suite 106 |
| 8 | *Attorneys for the State of Illinois* | Frankfort, KY 40601<br>(502) 564-2611 |
| 9 | | travis.mayo@ky.gov<br>taylor.payne@ky.gov |
| 10 | | laurac.tipton@ky.gov |
| 11 | | *Counsel for the Office of the Governor* |
| 12 | **AARON M. FREY**<br>Attorney General of Maine | **ANTHONY G. BROWN**<br>Attorney General of Maryland |
| 13 | By: */s/ Caleb Elwell* | By: */s/ Steven J. Goldstein* |
| 14 | CALEB E. ELWELL | STEVEN J. GOLDSTEIN |
| 15 | Assistant Attorney General<br>Office of the Maine Attorney General | *Assistant Attorney General*<br>Office of the Attorney General of Maryland |
| 16 | 6 State House Station<br>Augusta, ME 04333 | 200 Saint Paul Place<br>Baltimore, MD 21202 |
| 17 | (207) 626-8545<br>Caleb.elwell@maine.gov | (410) 576-6414<br>sgoldstein@oag.state.md.us |
| 18 | *Attorneys for the State of Maine* | *Attorneys for the State of Maryland* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

1

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of
2   Massachusetts

**DANA NESSEL**
Attorney General of Michigan

3   By: */s/ Amy Laura Cahn*
AMY LAURA CAHN
4   TERRENCE VALES
*Assistant Attorney General*
5   One Ashburton Place
Boston, MA 02108
6   (617) 963-2277
amy.laura.cahn@mass.gov
7   molly.teague@mass.gov
terrence.vales@mass.gov
8   katherine.dirks@mass.gov
vanessa.arslanian@mass.gov

By: */s/ Neil Giovanatti*
NEIL GIOVANATTI
POLLY SYNK
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
SynkP@michigan.gov

*Attorneys for the State of Michigan*

9

10   *Attorneys for the Commonwealth of
Massachusetts*

11

**JENNIFER DAVENPORT**
12   Acting Attorney General of New Jersey

**RAÚL TORREZ**
Attorney General of New Mexico

13   By: */s/ Daniel Resler*
DANIEL RESLER
14   LAUREN E. VAN DRIESEN
JACK VENTURA
15   *Deputy Attorneys General*
Office of the Attorney General
16   33 Washington Street, Ninth Floor
Newark, NJ 07101
17   (973) 648-4726
Daniel.Resler@law.njoag.gov

By: */s/ J. Spenser Lotz*
J. SPENSER LOTZ
Assistant Attorney General
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 616-7560
slotz@nmdoj.gov

*Attorneys for the State of New Mexico*

18

*Counsel for the State of New Jersey*

19

20

21

22

23

24

25

26

**LETITIA JAMES**
Attorney General of New York

By: */s/ Matthew Eisenson*
MATTHEW EISENSON
KELSEA SUAREZ
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov

*Attorneys for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: */s/ Daniel T. Wilkes*
DANIEL T. WILKES
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov

*Attorneys for the State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 283-8657
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: */s/ Michael J. Heilman*
MICHAEL J. HEILMAN
Litigation Coordinator
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of the
Pennsylvania Energy Development Authority*

1    **PETER F. NERONHA**            **CHARITY R. CLARK**
       Attorney General of Rhode Island     Attorney General of Vermont

2

3    By: /s/ *Nicholas M. Vaz*           By:    /s/ *Jonathan T. Rose*
       NICHOLAS M. VAZ              JONATHAN T. ROSE
       Special Assistant Attorney General    Solicitor General

4    Office of the Attorney General        109 State Street
       Environment and Energy Unit Chief    Montpelier, VT 05609

5    150 South Main Street            (802) 828-3171
       Providence, Rhode Island 02903      jonathan.rose@vermont.gov

6    (401) 274-4400 ext. 2297
       nvaz@riag.ri.gov               *Attorneys for the State of Vermont*

7

8    *Attorneys for the State of Rhode Island*

9    **WISCONSIN ECONOMIC**         **BRETT A. SHUMATE**
       **DEVELOPMENT CORPORATION**   Assistant Attorney General
       Jennifer H. Campbell           Civil Division

10   Chief Legal Officer
                               KIRK T. MANHARDT

11   By: /s/ *Jennifer H. Campbell*      Director
       JENNIFER H. CAMPBELL

12   2352 S. Park St., Suite 303        KEVIN P. VANLANDINGHAM
       Madison, WI 53713            Assistant Director

13   (608) 210-6811
       jennifer.campbell@wedc.org      /s/     *Tiffiney F. Carney*

14                                TIFFINEY F. CARNEY
       *Attorney for Wisconsin Economic*    I-HENG HSU

15   *Development Corporation*         Trial Attorneys
                               U.S. Department of Justice, Civil Division

16                                Commercial Litigation Branch
                               1100 L Street NW

17                                Washington, DC 20005
                               (202) 598-7521

18                                tiffiney.carney@usdoj.gov
                               i-heng.hsu@usdoj.gov

19

20                                *Attorneys for Defendants*

21

22

23

24

25

26

1

## ORDER

2    **IT IS HEREBY ORDERED:**

3    That the stipulation of the parties is APPROVED and ADOPTED.

4    DATED this 28th day of January 2026.

5

6

7    _____
     THE HONORABLE TIFFANY M.
8    CARTWRIGHT
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26