The Honorable Tiffany M. Cartwright

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

STATE OF ARIZONA, et al.

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and LEE
ZELDIN, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

*Defendants*.

Civil Action No. 2:25-cv-02015

**NOTICE OF FILING THE ADMINISTRATIVE RECORD**

Pursuant to the parties' joint stipulated motion setting the briefing schedule and word

limits (ECF No. 123) as entered by the Court (ECF No. 124), defendants file a certified index

to the administrative record and the administrative record in this case.

NOTICE OF FILING THE
ADMINISTRATIVE RECORD
No. 2:25-cv-02015-TMC

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

Dated: February 17, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

KEVIN P. VANLANDINGHAM
Assistant Director

*/s/    Tiffiney F. Carney*
TIFFINEY F. CARNEY
MICHAEL TYE
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Washington, DC 20005
(202) 598-7521
tiffiney.carney@usdoj.gov
michael.tye@usdoj.gov

*Attorneys for Federal Defendants*

NOTICE OF FILING THE
ADMINISTRATIVE RECORD
No. 2:25-cv-02015-TMC

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

2