The Honorable Tiffany M. Cartwright

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

STATE OF ARIZONA, et al.

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Defendants*.

Civil Action No. 2:25-cv-02015

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Gregg A. Treml, Deputy Chief Financial Officer and Deputy Chief Administrative Officer in the Office of Finance and Administration, United States Environmental Protection Agency ("EPA"), hereby certify under penalty of perjury that, to the best of my knowledge and belief, the documents attached hereto are true and correct copies of all records comprising the complete administrative record (the "Record") with respect to this litigation, subject to the limitations agreed to by the parties in the Stipulated Motion and Order Setting Briefing Schedule

CERTIFICATION OF AND INDEX TO
ADMINISTRATIVE RECORD
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

1

and Word Limits, Dkt. 124. For purposes of convenience and efficiency, EPA also provides an index of the Record below.

Executed this 13th day of February, 2026 at Washington, District of Columbia.

**GREGG TREML**
Digitally signed by GREGG TREML
Date: 2026.02.13 13:23:03 -05'00'

Gregg A. Treml

CERTIFICATION OF AND INDEX TO
ADMINISTRATIVE RECORD
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

STATE OF ARIZONA, et al.

    *Plaintiffs,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    *Defendants.*

Civil Action No. 2:25-cv-02015

## ADMINISTRATIVE RECORD INDEX

### Documents Pertaining to All Plaintiffs

| Document | Date | Bates Number Range |
|---|---|---|
| 2 CFR 200.339 | April 22, 2024 | W.D. Wash. 000001-W.D. Wash. 000001 |
| 2 CFR 200.341 | April 22, 2024 | W.D. Wash. 000002-W.D. Wash. 000003 |
| 2 CFR 200.343 | April 22, 2024 | W.D. Wash. 000004-W.D. Wash. 000004 |
| 2 CFR 200.344 | April 22, 2024 | W.D. Wash. 000005-W.D. Wash. 000006 |
| 2 CFR 200.400 | April 22, 2024 | W.D. Wash. 000007-W.D. Wash. 000008 |
| 2 CFR 200.472 | April 22, 2024 | W.D. Wash. 000009-W.D. Wash. 000010 |
| 42 USC 7434 / IRA Section 60103 / CAA 134 | August 16, 2022 | W.D. Wash. 000011-W.D. Wash. 000013 |
| OBBBA Section 60002 | July 4, 2025 | W.D. Wash. 000014-W.D. Wash. 000014 |
| Dept of Homeland Sec. v. Regents of the Univ. of Cal. 591 U.S. 1 | June 18, 2020 | W.D. Wash. 000015-W.D. Wash. 000044 |
| Hein v. Freedom from Religion Found. Inc. 551 U.S. 587 | June 25, 2007 | W.D. Wash. 000045-W.D. Wash. 000070 |
| Lincoln v. Vigil 508 U.S. 182 | May 24, 1993 | W.D. Wash. 000071-W.D. Wash. 000079 |
| Rogers v. United States 14 Cl. Ct. 39 | December 16, 1987 | W.D. Wash. 000080-W.D. Wash. 000087 |
| Emails Between Travis Voyles and David Fotouhi re Solar for All Program Grant Recommendation and Referenced Memorandum | August 7, 2025 | W.D. Wash. 000088-W.D. Wash. 000096 |

CERTIFICATION OF AND INDEX TO
ADMINISTRATIVE RECORD
No. 2:25-cv-02015

U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

| Document | Date | Bates Number Range |
|---|---|---|
| Email from Melissa Wise re FW Solar for All Program Grant Termination | August 7, 2025 | W.D. Wash. 000097-W.D. Wash. 000098 |
| Email from Kathy Tsing-Choy GGRF SFA Grants to Terminate 8.7.25 with PM+Email.xlsx and Attachment | August 7, 2025 | W.D. Wash. 000099-W.D. Wash. 000102 |
| Email from Phillip Schindel re Solar For All terminations | August 7, 2025 | W.D. Wash. 000103-W.D. Wash. 000104 |
| Email from Travis Voyles re Solar for All Program Grant Update | August 7, 2025 | W.D. Wash. 000105-W.D. Wash. 000105 |
| Email from Wes Carpenter re heads up on termination notifications soon to be incoming | August 7, 2025 | W.D. Wash. 000106-W.D. Wash. 000107 |
| Email from Melissa Wise re SFA Termination Letter and Attachment | August 7, 2025 | W.D. Wash. 000108-W.D. Wash. 000112 |
| Email from Melissa Wise re Solar for All Program Grant Termination | August 11, 2025 | W.D. Wash. 000113-W.D. Wash. 000114 |
| EPA General Guidance for EPA Project Officers on Recently Terminated Grants June 2025 | June 11, 2025 | W.D. Wash. 000115-W.D. Wash. 000116 |
| EPA Grant Closeout Checklist | May 27, 2025 | W.D. Wash. 000117-W.D. Wash. 000117 |
| EPA Grant Closeout Policy and Responsibilities | Undated | W.D. Wash. 000118-W.D. Wash. 000121 |
| EPA Order 5700.6 A2 - Policy on Compliance Review and Monitoring | Approved September 24, 2007 / Effective January 1, 2008 | W.D. Wash. 000122-W.D. Wash. 000137 |
| EPA Project Officer Closeout Certification | July 2015 | W.D. Wash. 000138-W.D. Wash. 000138 |
| FY 2024 EPA General Terms and Conditions Effective October 1, 2023, or Later | Effective October 1, 2023 | W.D. Wash. 000139-W.D. Wash. 000180 |
| FY 2025 EPA General Terms and Conditions Effective October 1, 2024, or Later | Effective October 1, 2024 | W.D. Wash. 000181-W.D. Wash. 000224 |
| SFA Initial Award Terms and Conditions 5-16-24 | May 16, 2024 | W.D. Wash. 000225-W.D. Wash. 000264 |
| SFA Terms and Conditions 12-3-24 | December 3, 2024 | W.D. Wash. 000265-W.D. Wash. 000307 |
| Notice of Funding Opportunity - EPA-R-HQ-SFA-23-01 | June 28, 2023 | W.D. Wash. 000308-W.D. Wash. 000390 |

CERTIFICATION OF AND INDEX TO ADMINISTRATIVE RECORD
No. 2:25-cv-02015

U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

4

**Documents Pertaining to Washington Department of Commerce**

| Document | Date | Bates Number Range |
|---|---|---|
| Washington Department of Commerce Solar for All Proposal - Program Narrative and Attachments | October 11, 2023 | W.D. Wash. 000391-W.D. Wash. 000448 |
| Washington Department of Commerce Solar for All SF-424, Budget Information | October 11, 2023 | W.D. Wash. 000449-W.D. Wash. 000451 |
| Washington Department of Commerce Solar for All Grant Award - 84093001-0 | July 8, 2024 | W.D. Wash. 000452-W.D. Wash. 000489 |
| Washington Department of Commerce Solar for All Grant Work Plan | October 14, 2024 | W.D. Wash. 000490-W.D. Wash. 000538 |
| Washington Department of Commerce Solar for All Grant Amendment - 84093001-1 | January 14, 2025 | W.D. Wash. 000539-W.D. Wash. 000584 |
| Email from Phillip Schindel re Termination of EPA Assistance Award: 5H-84093001 awarded to Washington State Department Of Commerce and Attachment | August 7, 2025 | W.D. Wash. 000585-W.D. Wash. 000587 |
| Email from Phillip Schindel re RE: Termination of EPA Assistance Award: 5H-84093001 awarded to Washington State Department Of Commerce and Attachment | August 8, 2025 | W.D. Wash. 000588-W.D. Wash. 000595 |

CERTIFICATION OF AND INDEX TO ADMINISTRATIVE RECORD
No. 2:25-cv-02015

U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

5