## 2 CFR 200.339

This document is current through the December 23, 2025 issue of the Federal Register, with the exception of the amendments appearing at 90 FR 56890, 90 FR 57698 and 90 FR 58408.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 2 Federal Financial Assistance  >  Subtitle A — Office of Management and Budget Guidance for Federal Financial Assistance  >  Chapter II — Office of Management and Budget Guidance  >  Part 200 — Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards  >  Subpart D — Post Federal Award Requirements  >  Remedies for Noncompliance*

## § 200.339 Remedies for noncompliance.

The Federal agency or pass-through entity may implement specific conditions if the recipient or subrecipient fails to comply with the U.S. Constitution, Federal statutes, regulations, or terms and conditions of the Federal award. See § 200.208 for additional information on specific conditions. When the Federal agency or pass-through entity determines that noncompliance cannot be remedied by imposing specific conditions, the Federal agency or pass-through entity may take one or more of the following actions:

**(a)** Temporarily withhold payments until the recipient or subrecipient takes corrective action.

**(b)** Disallow costs for all or part of the activity associated with the noncompliance of the recipient or subrecipient.

**(c)** Suspend or terminate the Federal award in part or in its entirety.

**(d)** Initiate suspension or debarment proceedings as authorized in 2 CFR part 180 and the Federal agency's regulations, or for pass-through entities, recommend suspension or debarment proceedings be initiated by the Federal agency.

**(e)** Withhold further Federal funds (new awards or continuation funding) for the project or program.

**(f)** Pursue other legally available remedies.

## Statutory Authority

Authority Note Applicable to 2 CFR Subtit. A, Ch. II, Pt. 200

## History

[78 FR 78590, 78608, Dec. 26, 2013; 80 FR 43301, 43309, July 22, 2015; 80 FR 45395, July 30, 2015; 85 FR 49506, 49559, Aug 13, 2020; 89 FR 30046, 30136, Apr. 22, 2024]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2025 All rights reserved.

**End of Document**