## 2 CFR 200.341

This document is current through the December 23, 2025 issue of the Federal Register, with the exception of the amendments appearing at 90 FR 56890, 90 FR 57698 and 90 FR 58408.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 2 Federal Financial Assistance  >  Subtitle A — Office of Management and Budget Guidance for Federal Financial Assistance  >  Chapter II — Office of Management and Budget Guidance  >  Part 200 — Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards  >  Subpart D — Post Federal Award Requirements  >  Remedies for Noncompliance*

## § 200.341 Notification of termination requirement.

**(a)** The Federal agency or pass-through entity must provide written notice of termination to the recipient or subrecipient. The written notice of termination should include the reasons for termination, the effective date, and the portion of the Federal award to be terminated, if applicable.

**(b)** If the Federal award is terminated for the recipient's material failure to comply with a Federal award, the notification must state the following:

> **(1)** The termination decision will be reported in https://sam.gov/;
>
> **(2)** The information will be available in https://sam.gov/ for five years from the date of the termination and then archived;
>
> **(3)** Federal agencies that consider making a Federal award to the recipient during the five year period must consider this information in judging whether the recipient is qualified to receive the Federal award when the Federal share of the Federal award is expected to exceed the simplified acquisition threshold over the period of performance;
>
> **(4)** The recipient may comment on any information in https://sam.gov/ about the recipient for future consideration by Federal agencies. The recipient may submit comments in https://sam.gov/.
>
> **(5)** Federal agencies should consider the recipient's comments when determining whether the recipient is qualified for a Federal award.

**(c)** Upon termination of the Federal award, the Federal agency must provide the information required by the Federal Funding Accountability and Transparency Act (FFATA) to USAspending.gov. In addition, the Federal agency must update or notify any other relevant government-wide systems or entities of any indications of poor performance as required by 41 U.S.C. 2313 and 31 U.S.C. 3321.

## Statutory Authority

Authority Note Applicable to 2 CFR Subtit. A, Ch. II, Pt. 200

## History

[78 FR 78590, 78608, Dec. 26, 2013; 79 FR 75871, Dec. 19, 2014; 85 FR 49506, 49560, Aug 13, 2020; 89 FR 30046, 30136, Apr. 22, 2024]

2 CFR 200.341

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2025 All rights reserved.

**End of Document**