## 2 CFR 200.343

This document is current through the December 23, 2025 issue of the Federal Register, with the exception of the amendments appearing at 90 FR 56890, 90 FR 57698 and 90 FR 58408.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 2 Federal Financial Assistance  >  Subtitle A — Office of Management and Budget Guidance for Federal Financial Assistance  >  Chapter II — Office of Management and Budget Guidance  >  Part 200 — Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards  >  Subpart D — Post Federal Award Requirements  >  Remedies for Noncompliance*

## § 200.343 Effects of suspension and termination.

Costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during a suspension or after the termination of a Federal award are not allowable unless the Federal agency or pass-through entity expressly authorizes them in the notice of suspension or termination or subsequently. However, costs during suspension or after termination are allowable if:

**(a)** The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

**(b)** The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

## Statutory Authority

Authority Note Applicable to 2 CFR Subtit. A, Ch. II, Pt. 200

## History

[78 FR 78590, 78608, Dec. 26, 2013; 79 FR 75871, Dec. 19, 2014; 85 FR 49506, 49560, Aug 13, 2020; 89 FR 30046, 30136, Apr. 22, 2024]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2025 All rights reserved.

**End of Document**

W.D. Wash. 000004