## 2 CFR 200.400

This document is current through the December 23, 2025 issue of the Federal Register, with the exception of the amendments appearing at 90 FR 56890, 90 FR 57698 and 90 FR 58408.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 2 Federal Financial Assistance  >  Subtitle A — Office of Management and Budget Guidance for Federal Financial Assistance  >  Chapter II — Office of Management and Budget Guidance  >  Part 200 — Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards  >  Subpart E — Cost Principles  >  General Provisions*

## § 200.400 Policy guide.

The application of these cost principles is based on the fundamental premises that:

**(a)** The recipient and subrecipient are responsible for the efficient and effective administration of the Federal award through sound management practices.

**(b)** The recipient and subrecipient are responsible for administering Federal funds in a manner consistent with Federal statutes, regulations, and the terms and conditions of the Federal award.

**(c)** The recipient and subrecipient, in recognition of their unique combination of staff, facilities, and experience, are responsible for employing organization and management techniques necessary to ensure the proper and efficient administration of the Federal award.

**(d)** The accounting practices of the recipient and subrecipient must be consistent with these cost principles and support the accumulation of costs as required by these cost principles, including maintaining adequate documentation to support costs charged to the Federal award.

**(e)** When reviewing, negotiating, and approving cost allocation plans or indirect cost proposals, the cognizant agency for indirect costs should ensure that the recipient consistently applies these cost principles. Where wide variations exist in the treatment of a given cost item by the recipient, the reasonableness and equity of such treatments should be fully considered. See the definition of indirect costs in § 200.1.

**(f)** For recipients and subrecipients that educate and engage students in research, the dual role of students as both trainees and employees (including pre- and post-doctoral staff) contributing to the completion of Federal awards for research must be recognized in the application of these principles.

**(g)** The recipient or subrecipient must not earn or keep any profit resulting from Federal financial assistance unless explicitly authorized by the terms and conditions of the Federal award. See also § 200.307. When the required activities of a fixed amount award were completed in accordance with the terms and conditions of the award, the unexpended funds retained by the recipient or subrecipient are not considered profit.

## Statutory Authority

Authority Note Applicable to 2 CFR Subtit. A, Ch. II, Pt. 200

## History

2 CFR 200.400

[78 FR 78590, 78608, Dec. 26, 2013; 79 FR 75871, Dec. 19, 2014; 85 FR 49506, 49561, Aug 13, 2020; 89 FR 30046, 30170, Apr. 22, 2024]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2025 All rights reserved.

**End of Document**

W.D. Wash. 000008