## 2 CFR 200.472

This document is current through the December 26, 2025 issue of the Federal Register, with the exception of the amendments appearing at 90 FR 56890, 90 FR 57698 and 90 FR 58408.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 2 Federal Financial Assistance  >  Subtitle A — Office of Management and Budget Guidance for Federal Financial Assistance  >  Chapter II — Office of Management and Budget Guidance  >  Part 200 — Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards  >  Subpart E — Cost Principles  >  General Provisions for Selected Items of Cost*

## § 200.472 Termination and standard closeout costs.

**(a)** Termination Costs. Termination of a Federal award generally gives rise to the incurrence of costs or the need for special treatment of costs, which would not have arisen had the Federal award not been terminated. Cost principles covering these items are set forth in this section. They must be used in conjunction with the other termination requirements of this part.

> **(1)** The cost of items reasonably usable on the recipient's or subrecipient's other work is unallowable unless the recipient or subrecipient submits evidence that it would not retain such items without sustaining a loss. In deciding whether such items are reasonably usable on other work of the recipient or subrecipient, the Federal agency or pass-through entity should consider the recipient's or subrecipient's plans and orders for current and scheduled activity. Contemporaneous purchases of common items by the recipient or subrecipient must be considered evidence that the items are reasonably usable on the recipient's or subrecipient's other work. Any acceptance of common items as allocable to the terminated portion of the Federal award must be limited to the extent that the quantities of such items on hand, in transit, and on order do not exceed the reasonable quantitative requirements of other work.
>
> **(2)** If the recipient or subrecipient cannot discontinue certain costs immediately after the effective termination date, despite making all reasonable efforts, then the costs are generally allowable within the limitations of this part. Any costs continuing after termination due to the negligent or willful failure of the recipient or subrecipient to immediately discontinue the costs are unallowable.
>
> **(3)** Loss of useful value of special tooling, machinery, and equipment is generally allowable if:
>
>> **(i)** Such special tooling, special machinery, or equipment is not reasonably capable of use in the other work of the recipient or subrecipient;
>>
>> **(ii)** The interest of the Federal Government is protected by transfer of title or by other means deemed appropriate by the Federal agency (see § 200.313 (d)); and
>>
>> **(iii)** The loss of useful value for any one terminated Federal award is limited to the portion of the acquisition cost which bears the same ratio to the total acquisition cost as the terminated portion of the Federal award bears to the entire terminated Federal award and other Federal awards for which the special tooling, machinery, or equipment was acquired.
>
> **(4)** If paragraph (a)(4)(i) and (ii) below are satisfied, rental costs under unexpired leases (less the residual value of such leases) are generally allowable where clearly shown to have been reasonably necessary for the performance of the terminated Federal award. These rental costs may include the cost of alterations of the leased property and the cost of reasonable restoration required by the lease, provided the alterations were necessary for the performance of the Federal award.

2 CFR 200.472

**(i)** The amount of claimed rental costs does not exceed the reasonable use value of the property leased for the period of the Federal award and a further period as may be reasonable; and

**(ii)** The recipient or subrecipient makes all reasonable efforts to terminate, assign, settle, or otherwise reduce the cost of the lease.

**(5)** The following settlement expenses are generally allowable.

**(i)** Accounting, legal, clerical, and similar costs that are reasonably necessary for:

**(A)** The preparation and presentation to the Federal agency or pass-through entity of settlement claims and supporting data with respect to the terminated portion of the Federal award, unless the termination is for cause (see §§ 200.339-200.343); and

**(B)** The termination and settlement of subawards.

**(ii)** Reasonable costs for the storage, transportation, protection, and disposition of property provided by the Federal Government or acquired or produced for the Federal award.

**(6)** Claims under subawards, including the allocable portion of claims common to the Federal award and other work of the recipient or subrecipient, are generally allowable. An appropriate share of the recipient's or subrecipient's indirect costs may be allocated to the amount of settlements with contractors and subrecipients, provided that the amount allocated is consistent with the requirements of § 200.414. These allocated indirect costs must exclude the same and similar costs claimed directly or indirectly as settlement expenses.

**(b)** Closeout Costs. Administrative costs associated with the closeout activities of a Federal award are allowable. The recipient or subrecipient may charge the Federal award during the closeout for the necessary administrative costs of that Federal award (for example, salaries of personnel preparing final reports, publication and printing costs, costs associated with the disposition of equipment and property, and related indirect costs). These costs may be incurred until the due date of the final report(s). If incurred, these costs must be liquidated prior to the due date of the final report(s) and charged to the final budget period of the award unless otherwise specified by the Federal agency.

## Statutory Authority

Authority Note Applicable to 2 CFR Subtit. A, Ch. II, Pt. 200

## History

[78 FR 78590, 78608, Dec. 26, 2013; redesignated and amended at 85 FR 49506, 49570, August 13, 2020; 89 FR 30046, 30192, Apr. 22, 2024]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2026 All rights reserved.

End of Document

W.D. Wash. 000010