(2) initiate seed efforts for self-improving artificial intelligence models for science and engineering powered by the data described in paragraph (1).

(c) USES.—

(1) MICROELECTRONICS.—The curated data described in subsection (b)(1) may be used to rapidly develop next-generation microelectronics that have greater capabilities beyond Moore's law while requiring lower energy consumption.

(2) NEW ENERGY TECHNOLOGIES.—The artificial intelligence models developed under subsection (b)(2) shall be provided to the scientific community through the American science cloud to accelerate innovation in discovery science and engineering for new energy technologies.

(d) APPROPRIATIONS.—There is appropriated, out of any funds in the Treasury not otherwise appropriated, $150,000,000, to remain available through September 30, 2026, to carry out this section.

## Subtitle E—Water

**SEC. 50501. WATER CONVEYANCE AND SURFACE WATER STORAGE ENHANCEMENT.**

Appropriation authorization.
Time period.
Expiration date.

In addition to amounts otherwise available, there is appropriated to the Secretary of the Interior, acting through the Commissioner of Reclamation, for fiscal year 2025, out of any funds in the Treasury not otherwise appropriated, $1,000,000,000, to remain available through September 30, 2034, for construction and associated activities that restore or increase the capacity or use of existing conveyance facilities constructed by the Bureau of Reclamation or for construction and associated activities that increase the capacity of existing Bureau of Reclamation surface water storage facilities, in a manner as determined by the Secretary of the Interior, acting through the Commissioner of Reclamation: *Provided,* That, for the purposes of section 203 of the Reclamation Reform Act of 1982 (43 U.S.C. 390cc) or section 3404(a) of the Reclamation Projects Authorization and Adjustment Act of 1992 (Public Law 102–575; 106 Stat. 4708), a contract or agreement entered into pursuant to this section shall not be treated as a new or amended contract: *Provided further,* That none of the funds provided under this section shall be reimbursable or subject to matching or cost-sharing requirements.

Contracts.

## TITLE VI—COMMITTEE ON ENVIRONMENT AND PUBLIC WORKS

**SEC. 60001. RESCISSION OF FUNDING FOR CLEAN HEAVY-DUTY VEHICLES.**

The unobligated balances of amounts made available to carry out section 132 of the Clean Air Act (42 U.S.C. 7432) are rescinded.

**SEC. 60002. REPEAL OF GREENHOUSE GAS REDUCTION FUND.**

Rescission.

Section 134 of the Clean Air Act (42 U.S.C. 7434) is repealed and the unobligated balances of amounts made available to carry out that section (as in effect on the day before the date of enactment of this Act) are rescinded.