| | |
|---|---|
| **From:** | Voyles, Travis |
| **To:** | Fotouhi, David |
| **Cc:** | Hanson, Paige (Catherine) |
| **Subject:** | RE: Solar for All Program/Grant Recommendation |

Understood—Thank you. We will work to immediately implement the termination of the SFA program and existing grants.

--

Travis Voyles

C: (202) 787-0595

**From:** Fotouhi, David
**Sent:** Thursday, August 7, 2025 8:21 AM
**To:** Voyles, Travis
**Cc:** Hanson, Paige (Catherine)
**Subject:** Re: Solar for All Program/Grant Recommendation

Travis,

Having reviewed the memorandum and based on the analysis that the team has performed in conjunction with OGC and OCFO, I agree with the recommendation to terminate the SFA program and existing grants. Please proceed accordingly.

Best,

David

Get Outlook for iOS

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, August 7, 2025 5:20 AM
**To:** Fotouhi, David <fotouhi.david@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Solar for All Program/Grant Recommendation

Good Morning David—

Attached is a memorandum detailing the recommendation that the Agency terminate the Solar for All (SFA) program and all existing grants because the EPA no longer has a statutory basis or dedicated funding to continue administering and overseeing the nearly $7 billion outlay to approximately 60 grant recipients.

Please let us know if you have any questions or a decision on how to proceed.

Thanks,

Travis

--

Travis Voyles

Associate Deputy Administrator

Office of the Administrator

U.S. Environmental Protection Agency

C: (202) 787-0595