**Schindel, Phillip**

| | |
|---|---|
| **From:** | Wise, Melissa |
| **Sent:** | Thursday, August 7, 2025 4:24 PM |
| **To:** | Schindel, Phillip |
| **Subject:** | FW: Solar for All Program/Grant Termination |

Hi Phil,

Here is the agency direction.

Melissa

**From:** Molina, Michael <molina.michael@epa.gov>
**Sent:** Thursday, August 7, 2025 8:48 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** FW: Solar for All Program/Grant Termination

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, August 7, 2025 8:47 AM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Molina, Michael <molina.michael@epa.gov>; Donahue, Sean <donahue.sean@epa.gov>; Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Cc:** Amidon, Eric <Amidon.Eric@epa.gov>; Campbell, Kyle <Campbell.Kyle@epa.gov>; Abboud, Michael <abboud.michael@epa.gov>
**Subject:** Solar for All Program/Grant Termination

Good Morning All—

Based on an analysis that has been performed in conjunction with the Office of General Counsel (OGC) and the Office of the Chief Financial Officer (OCFO), Agency leadership has decided to terminate the Solar For All (SFA) program and existing grants. At a time later today, I will notify the leadership of the Office of the Greenhouse Gas Reduction Fund (OGGRF), Office of Mission Support (OMS), and OCFO.

In the meantime, please proceed accordingly to immediately implement the termination of the SFA program and existing grants.

Let me know if anyone has any questions.

Thanks,

Travis

--

Travis Voyles
Associate Deputy Administrator
Office of the Administrator
U.S. Environmental Protection Agency

1

W.D. Wash. 000097

C: (202) 787-0595

2

W.D. Wash. 000098