**Schindel, Phillip**

| | |
|---|---|
| **From:** | Tsing-Choy, Kathy |
| **Sent:** | Thursday, August 7, 2025 11:58 AM |
| **To:** | Schindel, Phillip |
| **Subject:** | GGRF List with PM+Email |
| **Attachments:** | GGRF SFA Grants to Terminate 8.7.25 with PM+Email.xlsx |

*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."

