

W.D. Wash. 000100

[Table content illegible at this resolution — contains rows of grant/funding records with columns for names, email addresses, dates, dollar amounts, recipient organizations (THREE AFFILIATED TRIBES, INDIANA COMMUNITY ACTION ON ASSOCIATION INC, DEPARTMENT OF COMMERCE MINNESOTA, Ohio Air Quality Development Authority, SOLAR AND ENERGY LOAN FUND OF ST. LUCIE COUNTY INC, THE VIRGINIA DEPARTMENT OF ENERGY, STATE OF VERMONT PUBLIC SERVICE DEPARTMENT, DEPT OF ENERGY & ENVIRONMENTAL PROTECTION, MARYLAND CLEAN ENERGY CENTER, MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES, COALITION FOR GREEN CAPITAL, COLORADO ENERGY OFFICE, ILLINOIS FINANCE AUTHORITY, ALASKA ENERGY AUTHORITY, MICHIGAN DEPARTMENT OF ENVIRONMENT GREAT LAKES AND ENERGY, WISCONSIN ECONOMIC DEVELOPMENT CORPORATION, COALITION FOR GREEN CAPITAL, STATE OF RHODE ISLAND & PROVIDENCE PLANTATIONS, NEW JERSEY DEPARTMENT OF TREASURY, OFICINA DE GERENCIA Y PRESUPUESTO, EXECUTIVE OFFICE OF THE STATE OF NEW HAMPSHIRE, HOPE ENTERPRISE CORP, HOPE ENTERPRISE CORP, STATE OF LOUISIANA DEPARTMENT OF NATURAL RESOURCES), cities, states, and Solar For All program descriptions.]

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66.959 | SH | 6 091701 | 6 091701-1 | BRANDON EPERCE | CLARISA ROMERO | JULIE WOOSLEY | JULE.WOOSLEY@DEQ.NC.GOV | 12/19/202 | 2025 | $156,120,000.00 | $156,120,000.00 | 156720000 | 1309830.91 | 19. 389079.1 EPA HQ | OA | 06/01/202 | 0 00/2026 | North Carolina Department Of Environmental Quality | RALEIGH | NC | 27699 | 02 | TFQVKHXSBY 1 State | 66.959 | Zero-Emissions Technology Grant Program | NC Solar for All | IIJ agreement provides funding under the Inflation Reduction Act. The recipient will provide financial and technical assistance to low-income and disadvantaged communities to deploy and benefit from residential-serving distributed solar energy and cluster projects. These programs will ensure low-income households receive residential dollars-out so by providing program benefits, including household savings, community ownership, energy resilience, and other meaningful benefits. |
| 66.959 | SH | 6 091801 | 6 091801-1 | BRANDON EPERCE | VINEET PANDHARPURKAR | GWEN S YAMAMOTO LAU | GWEN.S.YAMAMOTOLAU@HAWAII.GOV | 12/19/202 | 2025 | $62,50,000.00 | $62,50,000.00 | 62500000 | 259698.6 | 617950/1.26 EPA HQ | OA | 06/01/202 | 0 00/2026 | Hawaii Green Infrastructure Authority | Honolulu | HI | 96800 | 01 | EHERQLD6KNH9 State | 66.959 | Zero-Emissions Technology Grant Program | Solar for All - HI Financing Program | |
| 66.959 | SH | 6 091901 | 6 091901-1 | BRANDON EPERCE | MELISSA HOPKINSON | KIRSTEN STASIO | KIRSTEN@NEVADACEF.ORG | 12/20/202 | 2025 | $156,120,000.00 | $156,120,000.00 | 156720000 | 2789210.9 | 152931788.1 EPA HQ | OA | 06/01/202 | 0 00/2026 | NEVADA CLEAN ENERGY FUND | Reno | NV | 89509-1903 | 2 | SMU6KYNATZK1 Not for Prof.1 | 66.959 | Zero-Emissions Technology Grant Program | Nevada Solar for All | |
| 66.959 | SH | 6 092001 | 6 092001-1 | JENNIFER BROOKS | MELISSA HOPKINSON | BLAISE CAUDILL | BCAUDILL@AZ.GOV | 12/20/202 | 2025 | $156,120,000.00 | $156,120,000.00 | 156720000 | 35827.87 | 15608, 172.2 EPA HQ | OA | 06/01/202 | 0 00/2026 | EXECUTIVE OFFICE OF STATE OF ARIZONA | PHOENIX | AZ | 85007-2912 | 03 | EUHZN6MV585 State | 66.959 | Zero-Emissions Technology Grant Program | Solar for All Arizonans: Enhancing Access to Solar Energy for Low-Income and Disadvantaged Communities in Arizona | |
| 66.959 | SH | 6 092101 | 6 092101-1 | ZACHARY LANE | APRIL NOWAK | BRIAN DEPEW | BRIAND@CFRA.ORG | 01/08/2025 | 2025 | $62,50,000.00 | $62,50,000.00 | 62500000 | 6139.78.27 | 61, 3 21.73 EPA HQ | OA | 06/01/202 | 0 00/2026 | CENTER FOR RURAL AFFAIRS | Lyons | NE | 68038-0136 | 03 | LAVLJUMF3LJ Not for Pro .fi | 66.959 | Zero-Emissions Technology Grant Program | Nebraska Solar for All | |
| 66.959 | SH | 6 092201 | 6 092201-1 | ZACHARY LANE | ALEXIS WRIGHT | MARK PAULEY | MARK.PAULEY@DESRA.MO.GOV | 01/11/ 2025 | 2025 | $156,120,000.00 | $156,120,000.00 | 156720000 | 1265917.08 | 19. 20782.9 EPA HQ | OA | 06/01/202 | 0 00/2026 | STATE ENVIRONMENTAL IMPROVEMENT & ENERGY RESOURCES AUTHORITY | JEFFERSON CITY | MO | 65102-07 | 03 | NJGMM6L23DLN9 State | 66.959 | Zero-Emissions Technology Grant Program | Missouri: A proposing a program strategy for analyzing distributed solar for low-income and disadvantaged communities. | |
| 66.959 | SH | 6 092302 | 6 092302-5 | JENNIFER BROOKS | VINEET PANDHARPURKAR | TORY FRANCISCO | TORY.FRANCISCO@CPUC.CA.GOV | 01/16/2025 | 2025 | $2,9,600,000.00 | $2,9,600,000.00 | 2,9 00000 | 3,2885.09 | 2 805711,9 EPA HQ | OA | 06/06/202 | 0 00/2026 | cpuc0167 - California Public Utilities Commission | San Francisco | CA | 9 102-3298 | 11 | NFIN7XM5ZFJS6 State | 66.959 | Zero-Emissions Technology Grant Program | California Solar for All Program - The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and estimation documentation. | |
| 66.959 | SH | 6 092 01 | 6 092 01-2 | JENNIFER BROOKS | VINEET PANDHARPURKAR | REBECCA J. RESPICIO | REBECCA.RESPICIO@ENERGY.GUAM.GOV | 12/13/202 | 2025 | $62,50,000.00 | $62,50,000.00 | 62500000 | 0 | 62500000 EPA HQ | OA | 06/01/202 | 0 00/2026 | 11684 - GUAM ENERGY OFFICE | TAMUNING | GU | 96913- 111 | 98 | J8YR8DDJ2IKV1 State | 66.959 | Zero-Emissions Technology Grant Program | Solar for All - Guam | |
| 66.959 | SH | 6 092601 | 6 092601-1 | BRANDON EPERCE | NICHOLAS BRADFORD | TERESA MORALES | TMORALES@TXCEF.ORG | 12/19/202 | 2025 | $156,120,000.00 | $156,120,000.00 | 156720000 | 1376231.16 | 19. 3 0768.8 EPA HQ | OA | 06/01/202 | 0 00/2026 | CLEAN ENERGY FUND OF TEXAS, INC. | Houston | TX | 77056 | 22 | Q 95QBD6BJP3 Not for Prof.1 | 66.959 | Zero-Emissions Technology Grant Program | Southeast Regional Community Solar Network for HBCUs, HSIs, and TCUs | |
| 66.959 | SH | 6 092801 | 6 092801-1 | BRANDON EPERCE | ELIZABETH GILL | ANDREW V POSNER | ANDY@CAPITALGOODFUND.ORG | 12/17/202 | 2025 | $156,010,000.00 | $156,010,000.00 | 156010000 | 1160121.0 | 1 008769.8 EPA HQ | OA | 06/01/202 | 0 00/2026 | THE CAPITAL GOOD FUND INC | Providence | RI | 02906 | 02 | LUHM6SPVTD17 Not for Prof.1 | 66.959 | Zero-Emissions Technology Grant Program | Capital Good Fund Solar for All | |
| 66.959 | SH | 6 092901 | 6 092901-1 | BRANDON EPERCE | VINEET PANDHARPURKAR | ROBERT DEL MAR | ROBERT.DELMAR@ENERGY.OREGON.GOV | 01/08/2025 | 2025 | $86,000,000.00 | $86,000,000.00 | 86200000 | 13846.07 | 85786133.63 EPA HQ | OA | 06/01/202 | 0 00/2026 | OREGON DEPARTMENT OF ENERGY | SALEM | OR | 97301-2367 | 06 | WT3KTTMMTU19 State | 66.959 | Zero-Emissions Technology Grant Program | Oregon Solar For All Coalition application | |
| 66.959 | SH | 6 093001 | 6 093001-1 | ALISON HANLON | VINEET PANDHARPURKAR | NORA HAWKINS | NORA.HAWKINS@COMMERCE.WA.GOV | 01/1 2025 | 2025 | $156,120,000.00 | $156,120,000.00 | 156720000 | 609.19, 3 | 155209060.6 EPA HQ | OA | 06/01/202 | 0 00/2026 | COMMERCE, WASHINGTON STATE DEPARTMENT OF | OLYMPIA | WA | 9860 -2925 | 10 | XGCKYFCIGU45 State | 66.959 | Zero-Emissions Technology Grant Program | Washington State So ar for All | |