## Schindel, Phillip

| | |
|---|---|
| **From:** | Schindel, Phillip |
| **Sent:** | Thursday, August 7, 2025 12:27 PM |
| **To:** | Brooks, Jennifer; Brown, Devon; Burgess, Hazeletta; Hanlon, Alison; Lane, Zachary; Lloyd, Keva; Phillips, Lashaun; Pierce, Brandon; Oneil, Walker; Acosta, Savannah |
| **Cc:** | Forte, Matthew; Tsing-Choy, Kathy |
| **Subject:** | Solar For All terminations |

Good morning GMB, all,

I have received verbal direction, with expected written direction to follow, that GMBOD is to terminate the 60 SFA grants by COB tomorrow.
The tracker we'll use is posted to the GMBOD/GMB Teams channel: 📊 GGRF SFA Grants to Terminate 8.7.25.xlsx

This is a big lift, obviously.
- *Everybody* has assignments laid out that I think are doable between now and COB tomorrow. I realize some of you are out tomorrow. Before you sign off, call me before 4pm and let me know what needs to be reassigned.
  - o  Alison, I'll ask you to pick up Robin's and some of Matt's since he's out.
  - o  Zach, I'll ask you to pick up 1 from Thuy and some from Matt.
  - o  @Pierce, Brandon, please give Walker and Van a tutorial on one so that they can pick up some from your name.
- **Start with prepping the Amendment** now. Don't worry about the letter/memo at this time. I will follow-up with a mail-merge letter that should shorten up that process.
- As with the ORD grants, you'll need to pull the Keycontacts and provide to the AO along with the amendment.
- I went down the list of projects and assigned an AO. Your default AO is Devon, with everyone else as a Delegate. Kathy has limited availability today, so you'll see some labeled Phil/Kathy. Send those to both of us and we'll take care of the signature blocks on those as necessary.
- Email addresses are super helpful if you pull them off the key contacts and provide them to the AO in the format of, with a semicolon and a space:  whatever@abc.org; whoever@abc.org;

I'm going to run over to RRB to get some food and then I'll be right back at my desk to be available for calls and follow-up or meeting as necessary.

Thanks,
Phil

Phillip Schindel
Acting Director
US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

W.D. Wash. 000103

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Thursday, August 7, 2025 10:14 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** GGRF SFA List

Hi Phil,

Attached is the 60 GGRF SFA list with GS and PO names (column <mark>highlighted</mark>).


*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



W.D. Wash. 000104