| | |
|---|---|
| **From:** | Voyles, Travis |
| **To:** | Carpenter, Wesley; Zavala, Julie; Shah, Monisha; Hanson, Paige (Catherine); Treml, Gregg; Molina, Michael; Coogan, Daniel; Donahue, Sean; Tisa, Nathaniel |
| **Cc:** | Vaseliou, Molly; Mandy, Cora; Abboud, Michael; Amidon, Eric; Fotouhi, David; Corlett, Thomas |
| **Subject:** | Solar for All Program/Grant Update |
| **Date:** | Thursday, August 7, 2025 1:30:37 PM |

Good Afternoon All—

Based on an analysis that has been performed in conjunction with the Office of General Counsel (OGC) and the Office of the Chief Financial Officer (OCFO), Agency leadership has decided to terminate the Solar for All (SFA) program and existing grants.

The Office of the Greenhouse Gas Reduction Fund (OGGRF), Office of Mission Support (OMS), and OCFO should proceed accordingly in coordination to immediately implement the termination of the SFA program and existing grants. Agency leadership is prepared to provide additional guidance as necessary to guide this implementation.

Thanks,
Travis

--
Travis Voyles
Associate Deputy Administrator
Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595