**Schindel, Phillip**

| | |
|---|---|
| **From:** | Carpenter, Wesley |
| **Sent:** | Thursday, August 7, 2025 2:56 PM |
| **To:** | Schindel, Phillip |
| **Cc:** | Wise, Melissa |
| **Subject:** | RE: heads up on termination notifications soon to be incoming |

Thanks, Phil. I appreciate the heads up and standing by to support this activity.

Wes

Wesley Carpenter
U.S. EPA
Office of the Administrator
Deputy Chief of Staff for Management
Tel. No. 202-564-2019
Email: carpenter.wesley@epa.gov

*Please note that I may have sent this note outside regular work hours. If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal work hours.*

---

**From:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Sent:** Thursday, August 7, 2025 2:23 PM
**To:** Carpenter, Wesley <Carpenter.Wesley@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** heads up on termination notifications soon to be incoming
**Importance:** High

Good afternoon Wes,

I think you are aware that as early as this afternoon, OGD staff will begin notifying SFA grantees that the agency is canceling their grants. The notification will be CC'd to Project Officers, Grants Specialists, and to you as the SRO for the program. I think you may have been CC'd on a few earlier cases, but I want to brace you that it will be 60 in a short period. In our previous messages we have stated "If you have any questions, please contact Wesley Carpenter, Senior Resource Official at carpenter.wesley@epa.gov." And of course, if *you* have any questions you can feel free to call me. Ignore the red dot. I'm just blocking out the day to manage this.

Separately for your awareness, I will send the attached internal doc to Monisha Shah. It has been vetted through OMS & OGC for use in responding to requests from recipients of terminated grants.


Thanks,
Phil

Phillip Schindel
Acting Director

1

W.D. Wash. 000106

US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

W.D. Wash. 000107