| | |
|---|---|
| **From:** | Wise, Melissa |
| **To:** | Schindel, Phillip |
| **Cc:** | Brown, Devon |
| **Subject:** | SFA Termination Letter |
| **Date:** | Thursday, August 7, 2025 4:33:56 PM |
| **Attachments:** | Grant Termination_Memo_SFA.docx |
| **Importance:** | High |

## CUI//PRIVILEGE

Hi Phil,

Here is the approved letter to send to all 60 SFA grantees.  Please let me know when completed.

Thank you,
Melissa

## Controlled by U.S. Environmental Protection Agency

**From:** Molina, Michael <molina.michael@epa.gov>
**Sent:** Thursday, August 7, 2025 4:19 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: UPDATE - RE: Solar for All Program/Grant Termination

## CUI//PRIVILEGE

Thanks Melissa,

Good to go

M

## Controlled by U.S. Environmental Protection Agency

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, August 7, 2025 3:57 PM
**To:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** FW: UPDATE - RE: Solar for All Program/Grant Termination
**Importance:** High

W.D. Wash. 000108

CUI//PRIVILEGE

Hi Paige,

Keeping you looped in.  Standing by.

Melissa

Controlled by U.S. Environmental Protection Agency

**From:** Wise, Melissa
**Sent:** Thursday, August 7, 2025 3:51 PM
**To:** Molina, Michael <molina.michael@epa.gov>
**Subject:** RE: UPDATE - RE: Solar for All Program/Grant Termination
**Importance:** High

Hi Michael,

Once you give the all clear, we will execute.

Melissa

**From:** Molina, Michael <molina.michael@epa.gov>
**Sent:** Thursday, August 7, 2025 3:20 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** FW: UPDATE - RE: Solar for All Program/Grant Termination

CUI//PRIVILEGE

Controlled by U.S. Environmental Protection Agency

**From:** Peterson, John <Peterson.John.A@epa.gov>
**Sent:** Thursday, August 7, 2025 3:14 PM
**To:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>; Donahue, Sean <donahue.sean@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: UPDATE - RE: Solar for All Program/Grant Termination

CUI//PRIVILEGE



Controlled by U.S. Environmental Protection Agency

**From:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Sent:** Thursday, August 7, 2025 2:41 PM
**To:** Molina, Michael <molina.michael@epa.gov>; Donahue, Sean <donahue.sean@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>; Peterson, John <Peterson.John.A@epa.gov>
**Subject:** Re: UPDATE - RE: Solar for All Program/Grant Termination

CUI//PRIVILEGE



Controlled by U.S. Environmental Protection Agency