| | |
|---|---|
| **From:** | Wise, Melissa |
| **To:** | Molina, Michael; Coogan, Daniel |
| **Cc:** | Hanson, Paige (Catherine); Gulamali, Adil; Kadeli, Lek |
| **Subject:** | RE: Solar for All Program/Grant Termination |
| **Date:** | Monday, August 11, 2025 9:03:17 AM |

Good morning, Michael,

As a follow up to my email Thursday evening, I am writing to confirm OGD completed all 60 SFA termination amendments in NGGS and transmitted the amendments to all 60 recipients before 3pm on Friday, 8/8.

Melissa

**From:** Wise, Melissa
**Sent:** Thursday, August 7, 2025 9:37 PM
**To:** Molina, Michael ; Coogan, Daniel
**Cc:** Hanson, Paige (Catherine) ; Gulamali, Adil ; Kadeli, Lek
**Subject:** RE: Solar for All Program/Grant Termination

Good evening, Michael,

I am writing to confirm OGD has completed and transmitted all 60 SFA Termination Notifications Letters this evening.

Thank you,

Melissa

**From:** Molina, Michael <molina.michael@epa.gov>
**Sent:** Thursday, August 7, 2025 8:48 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** FW: Solar for All Program/Grant Termination

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, August 7, 2025 8:47 AM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Molina, Michael <molina.michael@epa.gov>; Donahue, Sean <donahue.sean@epa.gov>; Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Cc:** Amidon, Eric <Amidon.Eric@epa.gov>; Campbell, Kyle <Campbell.Kyle@epa.gov>; Abboud, Michael <abboud.michael@epa.gov>
**Subject:** Solar for All Program/Grant Termination

Good Morning All—

Based on an analysis that has been performed in conjunction with the Office of General Counsel (OGC) and the Office of the Chief Financial Officer (OCFO), Agency leadership has decided to terminate the Solar For All (SFA) program and existing grants. At a time later today, I will notify the leadership of the Office of the Greenhouse Gas Reduction Fund (OGGRF), Office of Mission Support (OMS), and OCFO.

In the meantime, please proceed accordingly to immediately implement the termination of the SFA program and existing grants.

Let me know if anyone has any questions.

Thanks,

Travis

--
Travis Voyles
Associate Deputy Administrator

W.D. Wash. 000113

Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595

W.D. Wash. 000114