Final June 11, 2025

<u>General Guidance for EPA Project Officers on Recently Terminated Grants</u>

1. Once your recipient receives a termination notice, you as the assigned EPA Project Officer must follow the typical closeout responsibilities of a Project Officer

2. Per the termination memo and award amendment including the Unilateral Termination term & condition (T&C) both issued to the recipient, final closeout reports are due within 120 days (e.g., Final Financial Report – SF-425, Final Technical Report, and other programmatic reports identified in your terms and conditions)

3. Per 2 CFR 200.343, recipients are entitled to reimbursement for allowable costs properly incurred up to the date of the termination.

4. Per 2 CFR 200.472, a recipient may use grant funds to properly close out their grant, including reasonable and necessary costs that might occur after the termination date. These may include, for example, salaries of personnel preparing final reports, publication and printing costs, costs associated with the disposition of equipment and property, and related indirect costs.

5. **Accessing ASAP** - Recipients are instructed to submit the final Federal Financial Reports (FFRs) to RTPFC.  Upon receipt of the final FFR, RTPFC will perform financial reconciliation of the grant to determine final costs owed to the recipient.  When done, RTPFC will decrease the recipient's ASAP account by the unused amount to ensure that funds cannot be overdrawn and re-open the ASAP account to allow for final recipient drawdown.

6. **Documenting incurred costs** - Communicate with your recipient to determine the amount of their outstanding allowable incurred costs. These cost figures, along with any necessary documentation, should be transmitted to you via email and/or via the recipient's submittal of their final technical report and final federal financial report (FFR)

7. **Disputes and holding final reports in abeyance** - Under 2 CFR 200.344 the Federal agency must close out the Federal award when it determines that all administrative actions and required work of the Federal award have been completed. A recipient must submit all reports (financial, performance, and other reports required by the Federal award) no later than 120 calendar days after the conclusion of the period of performance. When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient. For Disputes submitted timely under 2 CFR 1500.16, the Disputes Decision Official may consider providing a 200.344 extension for various reports on a case by case basis.

8. If the recipient asks you anything about the dispute process **before** they have submitted a dispute to the DDO, you can only tell them to "Follow the instructions in the termination memo."

9. If the recipient asks you anything about the dispute process **after** a grantee has submitted a dispute to the DDO, you should remind them that you, the EPA Project Officer, are not involved in the disputes process at all and any questions they have about the disputes process must be directed to the DDO.

Final June 11, 2025

10. Upon receipt of the recipient's Final Technical Report (i.e., the final progress report), the Project Officer must make a timely review of the report for approval. If the Final Technical Report is deemed sufficient by the Project Officer, then the Project Officer must transmit the "Project Officer (PO) Closeout Certification" Form to the assigned Grants Specialist.* Project Officers should reach out to the Grant Specialist for a copy of the form and/or if they have questions.

11. For grants involved in litigation, project officers should not engage with recipients about the litigation without coordination and approval from OGC/ORC and OMS.

*NOTE - Federal agencies are required to make every effort to complete all closeout actions no later than one year after the end of the period of performance*