

# U.S. ENVIRONMENTAL PROTECTION AGENCY ADMINISTRATIVE CLOSEOUT CHECKLIST

### For Use in Closing Out Grants & Cooperative Agreements

## I. GENERAL INFORMATION

Recipient: _____   Assistance No.: _____

Project End Date: _____

## II. CLOSEOUT INFORMATION

| | REFERENCES/NOTES |
|---|---|
| 1. Per RTP, Final FFR received and processed; grant was financially closed on _____ | No printouts required. Recipient's financial status and FFR approval is archived and retrievable via the Compass Data Warehouse. |
| 2. EPA Project Officer closeout certification received on _____ | Include PO closeout certification in file. |
| 3. Are there any open administrative findings in the IGMS Recipient Compliance and Recipient Activity Database that require resolution to close out the assistance agreement?  ☐ Yes  ☐ No | Per EPA Order 5700.6 A2, in instances where an audit or on-going dispute prevents the timely closeout of an award, the Grants Specialist or responsible official must, to the extent practicable, properly document the nature of the dispute, or audit, and a reasonable estimate when resolution is expected in the Post Award Database and/or Official Grant Files. |
| 4. Are indirect costs included in the award budget?  ☐ Yes  ☐ No  ☐ De minimus rate used | If yes, verify that Final or Provisional Indirect Cost Rate Agreement's covering the life of the agreement have been provided Refer to 2 CFR §200.414(f) for updated 15% de minimis rate provided. 10% may be used for older grants. |
| 5. Are there any other outstanding issues that have not been addressed that would prevent closeout?  ☐ Yes  ☐ No | If the recipient is high risk and/or the award has special administrative terms and conditions or program funding restrictions, ensure that the recipient has met all requirements prior to closing the agreement. |

## III. ADDITIONAL FOLLOW-UP ACTIONS NEEDED

Issues/Notes:                                           Date Resolved:

_____

_____

_____

### APPROVAL SECTION

All administrative closeout requirements and all administrative terms and conditions of the award have been met. Signature below indicates that in the reviewer's opinion the award should be closed out.

Grant Specialist Signature

_____

W.D. Wash. 000117

Revised: May 27, 2025
National Administrative Closeout Checklist