# Closeout Policy and Responsibilities

## Closeout Policy

Closeout is defined as the process by which EPA determines that all applicable administrative actions and required work of the award are completed. EPA Order 5700.6 A2: Policy on Compliance, Review and Monitoring requires that we close 90% of grants ending in the prior fiscal year. It also requires that we close 99% of grants in the second prior fiscal year.

GRIP includes reports that show the 90% and 99% closeout universes.

## Closeout Requirements

**Project Officers** are responsible for documenting the following items when an assistance agreement is ready to be closed out:

- Review and approval of the Final Technical Report.
- Completion of all project activities specified in the work plan.
- Submission of programmatic reports to determine outputs and outcomes were met.
- Certify that all programmatic terms and conditions were met.
- Complete the Project Officer Closeout Certification and provide concurrence to the Grant Specialist that the assistance agreement is ready to close.

W.D. Wash. 000118

- Review property reports and provide disposition instructions for property and equipment to the recipient (as necessary).
- Ensure there are no open programmatic findings for the specific award in Comply.
- Notify the Grant Specialist of any recipient inventions.

## How to Assist with Closing Out a Grant

Ninety days before the project expires, the Grants Management Official will send the Project Officer and the recipient a reminder explaining the closeout requirements.

No later than 90 or 120 days after the project is complete (the exact timing depends on the Terms and Conditions), the recipient should submit a Final Technical Report for the Project Officer to review and approve.

After the Project Officer has reviewed the required reports and products, they may complete the Project Officer Closeout Certification and notify the Grants Specialist that the agreement is ready to close. The Grants Specialist will ensure the grant is also ready to be closed from a financial and administrative perspective, and the Grants Specialist will close the grant.

## Records Retention

Records retention requirements are different for EPA grants project files and recipient grant files.

**EPA Records Retention:**

- For most assistance agreements, the EPA project file needs to be retained for 10 years (see Section 15 of the Competition Policy and the Grants Records Retention Schedule Summary).

W.D. Wash. 000119

- For Superfund Site-Specific, State Revolving Funds, and Wastewater Construction grants, the file must be retained for 30 years.
- EPA sends records to the Federal Records Center (FRC) for storage and eventual destruction.

**Recipient Records Retention:**

- Unless notified otherwise, recipients must keep their records for 3 years from the following:
    - For advanced payment programs, records retention requirements begin on the date the recipient submits the final SF 425 - Federal Financial Report.
    - For reimbursement programs, the records retention requirements begin on the date the recipient submits the final SF 270 - Request for Advanced Reimbursement.

If an audit is underway, records must be stored for 3 years after the audit is resolved or the original closed date, whichever is later.

**Documentation Requirements:**

In addition to the Competition Policy requirements to adequately document competition-related decisions, actions, evaluations, and determinations, there are also official Agency document retention requirements for file and record-keeping purposes based on EPA record schedules:

- There is at least one EPA Record Schedule that applies to competition-related documentation: EPA Records Schedule 1003, Grants and Other Program Support (Also see Section 15 of the Competition Policy)
    - Record Schedule 1003 covers Grants and Other Program Support Agreements and imposes record retention responsibilities on Program Offices and Grants Offices. It covers a broad range of competition-related documentation (e.g., evaluations, correspondence, and documentation supporting non-competitive awards).
    - It also covers unsuccessful grant application files (e.g., documentation related to unsuccessful applications/proposals that are rejected, withdrawn, or not selected for award under a competition), and unsolicited proposals that are not accepted for award (which used to be covered by a separate schedule)
- Depending on the grant program, there could be other applicable record schedules or regulations regarding documentation for that program.
- You may find a description of all EPA Record Schedules
- The record retention time period depends upon the applicable record schedule and type of document involved

W.D. Wash. 000120

*It is imperative that assistance agreement competition-related documentation be maintained and retained in accordance with the Competition Policy and applicable record retention schedules and regulations.*



**Resources**

- EPA Order 5700.6 A2
- Grants Records Retention Schedule Summary
- GRIP

W.D. Wash. 000121