

**Classification No.: 5700.6 A2 CHG 2**
**Approval Date: 09/24/2007**
**Review Date: 09/24/2010**

# Policy on Compliance, Review and Monitoring

### 1.0  PURPOSE

This Order restates and establishes Agency standards for the oversight, monitoring and closeout of EPA assistance agreements (i.e., grants and cooperative agreements) and implements requirements for the review of compliance with applicable grants management policy and regulations (Grants Management Self Assessments and Comprehensive Performance Reviews). This Order applies only to grants and cooperative agreements; it does not apply to Interagency Agreements or Fellowships.

Additionally, this Order replaces, rescinds and supersedes EPA Order 5700.6A1, "Policy on Compliance, Review and Monitoring," and GPI-92-04, "EPA Closeouts Policy for Grants and Cooperative Agreements."

### 2.0  EFFECTIVE DATE

This Order is effective January 1, 2008.

### 3.0  BACKGROUND

Through previous Orders and Grants Policy Issuances, the Agency has sought to implement and improve the administrative and technical oversight of financial assistance agreements. With each policy, the Agency noted improvement in effective oversight and monitoring.

With this Order, EPA incorporates statistical sampling as the basis for selecting recipients for administrative advanced monitoring; reconstructs the requirements for programmatic Post-Award Monitoring Plans; formalizes a standard for the recording of baseline monitoring; and, re-emphasizes the necessity and requirements for award closeout.

### 4.0  DEFINITIONS

For purposes of this policy, the following definitions are used:

**AAship:** The organizational unit of the Agency headed by an Assistant Administrator responsible for a specific media or program area. E.g., Office of Water, Office of Air and Radiation.

**Closeout**: The process by which EPA determines that all applicable administrative actions and all required work of the award have been completed.

**Comprehensive Performance Reviews**: A system where the Office of Grants and Debarment evaluates the effectiveness and compliance with Agency grants management policies utilizing a review of performance measures, file reviews, and Grants Management Self Assessments.

**Financial Management Center (FMC)**: The Agency office responsible for grant and cooperative agreement payments and the financial closeout of these agreements. Located in Las Vegas, NV.

**Grantee Compliance Database (Database)**: The Lotus Notes database used to record and track the advanced monitoring and pre-award activities completed by EPA, indirect cost rates, and other audits and reports provided to EPA on a recipient basis. This is separate from the Post-Award Database.

**Grants Management Office (GMO)**: The Headquarters and Regional Units principally responsible for all business management aspects associated with the review and negotiation of applications and the award and administration of funded projects through audit resolution and final close out.

**Grants Management Self Assessment (GMSA):** This review (once called a Management Effectiveness Review) is conducted by the headquarters program offices and regional grants management offices to evaluate their grants management performance and to identify key issues.

**Integrated Grants Management System (IGMS):** Integrated Grant Management System is an electronic administrative and programmatic system which fully automates the assistance agreement and interagency agreement process from cradle to grave. It includes modules such as Guidance, Work plan Negotiation, Application, Award, Program/Post Award Management and Closeout.

**National Program Manager (NPM)**: The office or individual responsible for the management of an individual grant program on a national level.

**Office of Grants and Debarment (OGD)** serves as the National Program Manager for administrative grants management, including responsibility for assistance regulations, policy and guidance and for assistance-related training. The Grants and Interagency Agreements Management Division (GIAMD) is the GMO responsible for cradle-to-grave administrative management for all assistance programs administered by EPA Headquarters. The National Policy, Training and Compliance Division (NPTCD) provides advice and oversight to Regional Grants Management Offices for Regionally-administered assistance programs.

**Official Finance File (Finance File)**:  The official file developed and maintained by FMC to serve as a collection of documents and/or items that provide financial and fiscal information on the purpose, performance and history of a specific award to a specific recipient.

**Official Grant File (Grant File)**: The official file developed and maintained by the GMO to serve as a composite collection of documents and/or items that provide administrative information on the purpose, performance and history of a specific award to a specific recipient.

**Official Project File (Project File)**: The official file developed and maintained by the Program Office to serve as a collection of documents and/or items that provide programmatic information on the purpose, performance and history of a specific award to a specific recipient.

**Off-site Evaluation (Desk Review)**: An advanced monitoring technique where the GMO or Program Office reviews recipient administrative, programmatic and/or technical procedures, progress and capacity. Typically, these evaluations are conducted by telephone, away from the recipient's location, utilizing a designated protocol and review of supporting documentation.

**On-site Evaluation**: An advanced monitoring technique where GMO or Program Office representatives visit a recipient's location. For GMOs, these evaluations follow a designated protocol and include the review of recipient's administrative polices, procedures and financial system capability to report on the receipt and expenditure of funds. For Program Offices, these evaluations must also follow a designated protocol and include the review of recipient programmatic and technical progress and capabilities.

**Post-Award Database**:  A module of IGMS for recording post-award milestones, activities and baseline monitoring on an award-by-award basis.  This module is separate from the Grantee Compliance Database.

**Program Office (Program)**: Either the Headquarters Program Office or Regional Program Office principally responsible for managing the technical/programmatic aspects of a specific program. For purposes of this policy, Regional Program Offices may be constituted at a Division level.

**Regional Administrator:**  Regional Administrators are responsible to the Administrator, within the boundaries of their Regions, for the execution of the Regional Programs of the Agency and such other responsibilities as may be assigned. They serve as the Administrator's principal representatives in their Regions in contacts and relationships with Federal, State, interstate and local agencies, industry, academic institutions, and other public and private groups.

**5.0     BASELINE MONITORING**

Baseline monitoring is the periodic review of a recipient's progress in, and compliance with, a specific award's scope of work, terms and conditions, and regulatory requirements.  Documented programmatic and administrative baseline monitoring is required for all awards covered by this Order.  Baseline monitoring consists of programmatic and administrative components, as described below.

### 5.1 PROGRAMMATIC BASELINE

The following are the minimum standards for programmatic baseline monitoring.

- The project officer of record, as indicated on the award document, is responsible for conducting baseline monitoring of each active award.

#### 5.1.1 For awards made on or after January 1, 2008:

- Awards with original project periods 18 month or less in duration, the initial baseline monitoring must take place no later than six months from the award date.

  It is recommended that for awards less than six months in duration, a review be completed prior to the project end date.

- Awards with original project periods greater than 18 months in duration, the initial baseline monitoring must take place no later than 1 year from the award date.

- After the initial baseline monitoring, all subsequent baseline monitoring is required within 12 months of the last baseline or advanced monitoring activity recorded in IGMS.

#### 5.1.2 For all awards made prior to January 1, 2008:

- Subsequent baseline monitoring is required within 12 months of the last baseline or advanced monitoring activity recorded in IGMS. If no baseline or advanced monitoring activity has yet taken place, the initial baseline monitoring activity must take place no later than December 31, 2008.

#### 5.1.3 For all awards:

- where no baseline monitoring activity has been recorded, any extension request by the recipient, whether through formal amendment or under the provisions of 40 CFR 30.25(f)(2), requires initial programmatic baseline monitoring within 45 calendar days of the original project period end date. Subsequent programmatic baseline monitoring is required within twelve months of the last programmatic baseline or advanced monitoring activity recorded in IGMS.

- Programmatic baseline monitoring should be completed and recorded within 45 calendar days of the anticipated review date.

- All programmatic baseline monitoring activities must be recorded in the Post-Award Database, utilizing the appropriate coding, addressing all required fields, and following additional instructions as may be included in annual guidance issued by NPTCD.

In programmatic baseline monitoring, areas to be reviewed may include: receipt of progress reports, identifying areas of concern cited in the progress reports, whether expended and remaining funds are reasonable, whether previous concerns are (or are to be) remedied, whether proper Quality Assurance (QA) materials are approved, and whether all programmatic terms and conditions are met.  Pursuant to EPA Order 5700.7, "Environmental Results Under EPA Assistance Agreements," the Project Officer must ensure that the progress reports adequately address progress in achieving agreed-upon outputs and outcomes (to the maximum extent practicable) and (as applicable) explain why the outputs or outcomes (to the maximum extent practicable) were not met.  Specific baseline monitoring questions will be included in the Post-Award Database, and may be changed, updated or otherwise modified through guidance issued by the Director, NPTCD.

### 5.1.4    SUBSTITUTION FOR PROGRAMMATIC BASELINE MONITORING

- Programmatic Advanced Monitoring Activities may substitute for baseline monitoring, provided they are documented appropriately in the Grantee Compliance Database, completed within 12 months of the last documented baseline monitoring activity and an appropriate entry is made in the Post-Award Database.

### 5.1.5    EXCEPTIONS FOR PROGRAMMATIC BASELINE MONITORING

1) Awards made under 40 C.F.R. Part 35, Subparts A and B require joint evaluations (see 40 C.F.R. 35.115 and 35.515) during the life of the award.  These evaluations may substitute for Programmatic Baseline, provided:  a) copies are posted in the Post-Award Database, and b) such reviews are conducted at least annually.

2) Awards made to the Clean Water and Drinking Water State Revolving Funds (SRFs), require annual programmatic monitoring that may substitute for Programmatic Baseline, provided  a) copies are retained in the Grantee Compliance Database, b) an appropriate entry is recorded in the Post-Award Database and c) such reviews are conducted at least annually.

3) Awards made by the Senior Environmental Employment (SEE) Program may substitute reports of oversight visits made to EPA facilities, provided:  a) reports are retained in the Grantee Compliance Database, b) each SEE recipient is represented at least annually in these oversight visits, and c) the SEE report format is provided to the Director, NPTCD, and maintained in the Grantee Compliance Database.

### 5.1.6    OPPORTUNITIES FOR PROGRAMMATIC BASELINE MONITORING

While the requirement is to complete baseline monitoring within twelve (12) months of the last recorded baseline monitoring activity, baseline monitoring could be conducted at the time of any of the following actions or milestones:

- Incremental or supplemental funding amendments;
- Request for non-monetary amendments or approvals;

- Receipt of progress reports;
- Change in the EPA project officer;
- Notice of completed administrative baseline monitoring.

These opportunities do not require the conduct of baseline monitoring, except as provided in section 5.1.3. However, if baseline monitoring is conducted at this point for the activity to count as a documented baseline monitoring activity, each activity must be recorded in the Post-Award Database.

### 5.2    ADMINISTRATIVE BASELINE

The following are the minimum standards for administrative baseline monitoring:
- The grant specialist of record is responsible for conducting baseline monitoring of each active award.

#### 5.2.1   For awards made on or after January 1, 2008:

- Awards with original project periods 18 month or less in duration, the initial baseline monitoring must take place no later than six months from the award date.

  It is recommended that for awards less than six months in duration, a review be completed prior to the project end date.

- Awards with original project periods greater than 18 months in duration, the initial baseline monitoring must take place no later than 1 year from the award date.

- After the initial baseline monitoring, all subsequent baseline monitoring is required within 12 months of the last baseline or advanced monitoring activity recorded in IGMS.

#### 5.2.2   For all awards made prior to January 1, 2008:

- subsequent baseline monitoring is required within 12 months of the last baseline or advanced monitoring activity recorded in IGMS. If no baseline or advanced monitoring activity has yet taken place, the initial baseline monitoring activity must take place no later than December 31, 2008.

#### 5.2.3   For all awards:

- where no baseline monitoring activity has been recorded, any extension request by the recipient, whether through formal amendment or under the provisions of 40 CFR 30.25(f)(2), requires initial administrative baseline monitoring within 45 calendar days of the original project period end date. Subsequent administrative baseline monitoring is required within twelve months of the last administrative baseline or advanced monitoring activity recorded in IGMS.

- Administrative baseline monitoring should be completed and recorded within 45 calendar days of the anticipated review date.

- All administrative baseline monitoring activities must be recorded in the Post-Award Database, utilizing the appropriate coding, addressing all required fields, and following additional instructions as may be included in annual guidance issued by NPTCD.

In administrative baseline monitoring, areas to be reviewed may include: recipient compliance with administrative terms and conditions, whether expended and remaining funds are reasonable, whether the recipient has open administrative findings in the Grantee Compliance Database, and whether there is a need for amendment. Specific baseline monitoring questions will be included in the Post-Award Database, and may be changed, updated or otherwise modified through guidance issued by the Director, NPTCD.

### 5.2.4   SUBSTITUTION FOR ADMINISTRATIVE BASELINE MONITORING

- Administrative Advanced Monitoring Activities may substitute for baseline monitoring, provided they are documented appropriately in the Grantee Compliance Database, completed within 12 months of the last documented baseline monitoring activity and an appropriate entry is made in the Post-Award Database.

### 5.2.5   EXCEPTIONS FOR ADMINISTRATIVE BASELINE MONITORING

Baseline administrative monitoring for awards made by the Senior Environmental Employment (SEE) Program must be completed at least on a semi-annual basis for each recipient.

### 5.2.6   OPPORTUNITES FOR ADMINISTRATIVE BASELINE MONITORING

While the requirement is to complete baseline monitoring within twelve (12) months of the last recorded baseline monitoring activity, baseline monitoring could be conducted at the time of any of the following actions or milestones:

- Incremental or supplemental funding amendments;
- Request for non-monetary amendments or approvals;
- Change in the EPA grant specialist;
- Notice of completed programmatic baseline monitoring.

These opportunities do not require the conduct of baseline monitoring, except as provided in section 6.1.3. However, if baseline monitoring is conducted at this point for the activity to count as a documented baseline monitoring activity, each activity must be recorded in the Post-Award Database.

### 5.3   GUIDANCE FROM NATIONAL POLICY, TRAINING AND COMPLIANCE DIVISION

The requirements for documenting baseline monitoring activities using the Post-Award Database will be discussed in Guidance to be issued prior to the effective date of this Order. Any updates

or modifications to that Guidance will be part of annual guidance to be issued by NPTCD each November.

## 6.0     ADVANCED MONITORING

The purpose of advanced monitoring is to conduct in-depth assessments of a recipient's (administrative and financial) or project's (programmatic and technical) progress, management and expectations.  These assessments, or reviews, may be conducted on, or off, the recipient's site or location.

The number of programmatic advanced monitoring reviews is assigned to a specific Region or AAship.  The responsibility for delegating the completion of these programmatic reviews rests with the Senior Resource Officials.


Each administrative advanced monitoring activity is assigned to a specific region, or GMO.  The responsibility for delegating the completion of administrative reviews rests with the Director, GIAMD and Senior Resource Officials in the Regions.

### 6.1     PROGRAMMATIC ADVANCED MONITORING

OGD recognizes that the awards made by the Agency's Regional and Program Offices are unique on many levels.  This diversity, in turn, makes the application of random, statistical selection methods for programmatic advanced monitoring impractical or overly burdensome.  By linking the results of programmatic baseline monitoring to the development of annual Post-Award Monitoring Plans, OGD believes an element of statistical basis is maintained in the selection of recipients for programmatic advanced monitoring reviews.

Unless otherwise provided, each Region and AAship must:

1) Submit an annual Post-Award Monitoring Plan (PAMP) for the calendar year to the Director, National Policy, Training and Compliance Division, no later than February 1st.

2) Each PAMP must:

    a) Be signed by the Senior Resource Official and submitted electronically;

    b) Include a review and summary discussion of the previous year's advanced, and beginning in CY 2009, baseline monitoring activities, including trends, significant findings and corrective actions;

    c) Include a list of awards proposed for on- and off-site advanced monitoring reviews.  The number of reviews must be at least ten percent (10%) of a region or AAship's active recipients as of October 1st of the preceding year;

    d)  Include a list and explanation of the criteria used to select awards for review. Beginning with CY 2009 PAMPs, this must also include an explicit discussion of how the previous year's baseline monitoring findings contribute to the criteria.

3) For each review completed, the reviewer must post to the Grantee Compliance Database a copy of any completed protocol, a summary report of the review and address completely all listed Program Synopsis questions. All summary reports must follow the appropriate report format published and maintained by NPTCD. Reports should be posted to the database no more than 60 calendar days following the date of the review. In instances where corrective action(s) is required, resolution of the action(s) is expected within 120 calendar days of the report date, unless explained in the database and outlined in the report. All completed Corrective Actions must be noted in the database by appending appropriate documentation and entering a closed date for the review. A National Program Manager (NPM) may request the Director, NPTCD, approve an alternate report format provided the request is made on a program-wide basis, includes a cross-walk between formats and is in writing.

4) All reports must also be transmitted to the recipient within 60 calendar days of the review. The reports must be identical to those posted in the database and include a cover letter summarizing the findings, recommending corrective actions and a timeline for response.

NPTCD will issue annual guidance each November, including the number of recipients and other information needed to fulfill the PAMP requirement.

A NPM, in consultation with the Regions, may submit program-specific protocols and program-specific summary reports which are to be used nationally throughout a program. These protocols must be submitted to the Director, NPTCD prior to use. All program-specific protocols and summary reports will be maintained in the Grantee Compliance Database by NPTCD.

### 6.2    ADMINISTRATIVE ADVANCED MONITORING

EPA has determined that the appropriate manner for selecting recipients for administrative advanced monitoring is through a random statistical method. The statistical method allows the Agency to extrapolate data from a smaller sample to the larger universe of recipients within a specific range of certainty. In turn, this data may be used to guide future Agency actions, including fine tuning the sampling method, developing new policy or guidance, and determining recipient training needs. To ensure statistical validity, no deviations from section 2 (below) will be permitted for reviews in the selected samples.

Requirements and responsibilities:

1)    Each November, NPTCD will publish and distribute to the GMOs, JROs and Grants Customer Relations Council:

      a) A statistical sampling protocol describing the process for selecting the statistical sample; and,

      b) A list of recipients selected for review in the upcoming calendar year. The list will contain headers including, though not limited to: recipient name, location, responsible Region, recipient type, and on- or off-site designation.

      c) This sample will not, to the extent practicable, include recipients who receive only State Revolving Fund (Drinking Water or Clean Water) due to existing regulatory review requirements and the administrative nature of the awards and reviews.

2) Each review completed from the list provided above must utilize the appropriate administrative protocol published by NPTCD and maintained on its website. Reviews completed using any other protocol will not be validated or otherwise counted by NPTCD for purposes of the statistical sample.

3) For each review completed, the reviewer must post to the Grantee Compliance Database: notification to the recipient of the pending review along with the blank protocol, a copy of the recipient's completed protocol, a copy of the draft review report sent to the recipient for response, and a copy of the final report incorporating the recipient's response, EPA's final determination and review closeout letter. Any administrative and financial findings and questioned or unallowed costs addressed in the review report must also be recorded in the Grantee Compliance Database. All reports must follow the appropriate report format published and maintained by NPTCD. Reports should be posted to the database no more than 60 calendar days following the date of the review and no later than December 31 of the calendar year. In instances where corrective action(s) is required, resolution of the actions is expected within 120 calendar days of the draft report date (or final report date for contractor reviews), unless explained in the database and outlined in the report.

All completed Corrective Actions must be noted in the database by appending appropriate documentation, posting the final report and entering a closed date for the review.

4) All reports must also be transmitted to the recipient within 60 calendar days of the review. The reports must be identical to those posted in the database and include a cover letter summarizing the findings, identifying and categorizing any questioned or unallowed costs, recommending corrective actions and a timeline for response.

5) Additional reviews for recipients and awards outside of the published annual sample are permitted under this Order. These reviews may use an alternate evaluation protocol and must be identified as being outside of the sample, otherwise the remaining requirements in items 3 and 4 above still apply.

6) For non-profit recipients, when a on- or off-site review is conducted, documented, resolved and closed in accordance with items 2 through 4 above, the GMO may recommend to NPTCD that the recipient be pre-award certified for the purposes of EPA Order 5700.8, "[Assessing Capabilities of Non-Profit Applicants for Managing Assistance Awards](#)," using the closed review as the basis of the recommendation. Requests for pre-award certifications should be initiated by completing the on-line Non-Profit Pre-Award Certification Form available at http://intranet.epa.gov/ogd/preaward_request.htm.

## 7.0    CLOSEOUT

It is Agency policy that grant awards be closed out as soon as possible prior to the end of the fiscal year following its project end date, e.g., an award ending April 15, 2006, should be closed no later than September 30, 2007.  NTPCD will measure performance against the following goals:

- 90% of grants ending in the current fiscal year will be closed (or Final Technical Report recorded by HQ AAships) by the end of the succeeding fiscal year.  (e.g., an award ending April 15, 2006, should be closed no later than September 30, 2007).

- 99% of grants ending in the current fiscal year will be closed (or Final Technical Report recorded by HQ AAships) by the end of the second succeeding fiscal year.  (e.g., an award ending April 15, 2006 and not closed by September 30, 2007, should be closed no later than September 30, 2008).

GMOs and Program Offices found performing below these performance measures by more than 5% in a fiscal year (i.e., below 85% or 94% respectively) will be required to submit a closeout strategy to the Director, NPTCD.  The purpose of the strategy is to identify problems in closeout, outline a plan to correct the problems, and increase future closeout performance.  Before requiring a closeout strategy, NTPCD will allow offices or regions the opportunity to review the closeout data to ensure it is accurate and valid.  The depth and due date of the closeout strategy will be negotiated by the Director, NPTCD and the SRO.

The following items or reports must be submitted and accepted before an award may be closed out:

- Acceptable Final Technical Report (FTR) or Final Progress Report, as appropriate
- Final Financial Status Report (FSR)
- Lobbying and Litigation Certification, as appropriate
- Invention Report, as appropriate
- Personal Property Report and disposition instructions (equipment and supplies), as appropriate
- Real Property Report, as appropriate
- Final, or Provisional, Indirect Cost Rate, as appropriate

- Final Minority Business Enterprise/Women-owned Business Enterprise Report
- Any additional report or deliverable required under the terms and conditions of the award

All Project Officers must:

1) complete the technical closeout of awards, including review and acceptance of the Final Technical Report;
2) certify that all programmatic terms and conditions are met;
3) document EPA's review of the recipients progress reports to determine whether the recipient achieved the environmental outputs or outcomes described in the workplan;
4) review property reports and provide disposition instructions for property and equipment to the recipient (as necessary);
5) ensure there are no open programmatic findings for the specific award in the Grantee Compliance Database; and
6) notify the Grants Specialist of any recipient inventions.

All Grants Specialists must ensure:

1) All administrative closeout requirements are met;

2) All administrative terms and conditions of the award are met;

3) There are no open administrative findings in the Grantee Compliance Database that require resolution in order to close out the assistance agreement; and,

4) These records and determinations are appropriately documented in the Official Grant File and/or IGMS.

In instances where an audit or on-going dispute prevents the timely closeout of an award, the Grants Specialist or responsible official must, to the extent practicable, properly document the nature of the dispute, or audit, and a reasonable estimate when resolution is expected in the Post-Award Database and/or Official Grant Files.

To facilitate proper and timely closeout:

1) All closeout actions and items should be properly recorded by the Grant Specialist in IGMS (or equivalent) within thirty (30) calendar days of receipt of the report or document;

2) Proper codes are used in recording closeout information in IGMS (or equivalent) within thirty (30) calendar days of receipt of the report or document; and

3) All no-cost extensions of the budget and project periods should be properly recorded by the Grant Specialist in IGMS (or equivalent) within thirty (30) calendar days of receipt of the program office approval.

The Director, NPTCD, may issue guidance updating database codes and recommending a timeline for the completion of closeout activities.

## 8.0 ADDITIONAL AGENCY-WIDE REQUIREMENTS

Each Regional GMO and Headquarters Program Office must submit to the Director, NPTCD, a Grants Management Self Assessment (GMSA) signed by the Senior Resource Official, Assistant Regional Administrator for Management, or equivalent; the Director, Grants and Interagency Agreement Management Division, will sign and submit GMSAs to the Director, NPTCD. Each Office must complete a GMSA at least once every three years, or as necessary, per guidance issued by the NPTCD.

Each Regional GMO and Headquarters Program Office is subject to Comprehensive Program Reviews (CPRs) to be completed by NPTCD.

## 9.0 NATIONAL POLICY, TRAINING AND COMPLIANCE DIVISION GUIDANCE

The Director, NPTCD, may issue additional guidance as may be necessary to implement this Order. All guidance to be issued under this Order, including those prescribed in previous sections, will be shared in draft form with the Grants Customer Relations Council no later than 45 calendar days prior to the issue or effective date, whichever is later, of the guidance.

In instances where NPTCD is recommending changes to the protocols or databases described in this Order, such changes will be made in consultation with the Grants Customer Relations Council and representatives of affected stakeholders.

## 10.0 ROLES AND RESPONSIBILITIES

### 10.1 PROJECT OFFICERS:

1) Complete programmatic baseline monitoring for all active awards.

2) Complete assigned programmatic advanced monitoring activities, including the conduct of the review, preparation of the report and resolution of findings.

3) Complete the technical closeout of awards, including review and acceptance of the Final Technical Report (or Final Progress Report), certify that all programmatic terms and conditions are met, document EPA's review of the recipients progress reports to determine whether the recipient achieved the environmental outputs or outcomes described in the workplan, review property reports and provide disposition instructions for property and equipment to the recipient (as necessary), ensure there are no open programmatic findings for the specific award in the Grantee Compliance Database, and notify the Grants Specialist of any recipient inventions. Notify the Grant Specialist of the acceptance or anticipated delays in receipt of any final report.

4) Assist and respond to the GMO, Grant Specialist and FMC in requests for assistance in monitoring, closeout and overall grants management.

5) Forward any administrative or financial reports and requests to the appropriate office.

6) Maintain appropriate file documentation.

7) Record required information in IGMS and the Post-Award and Grantee Compliance Databases.

8) If, at any time during a review, irregularities or fraud is suspected, it should be immediately reported to the Office of the Inspector General, Office of Investigations.

**10.2    GRANT SPECIALISTS:**

1) Complete administrative baseline monitoring for all active awards.

2) Complete assigned administrative advanced monitoring activities, including the conduct of the review, preparation of the report and resolution of findings.

3) Complete the administrative closeout of awards, including certification that all administrative terms and conditions are met, disposition instructions for property and equipment are provided to the recipient (as necessary), ensure there are no open administrative findings for the specific award in the Grantee Compliance Database and that indirect cost rates have been negotiated, and ensure receipt of final Financial Status and Minority Business Enterprise/Women-owned Business Enterprise (MBE/WBE) reports and Lobbying and Litigation certification.

4) Assist and respond to the project officer, program and FMC in requests for assistance in monitoring, closeout and overall grants management.

5) Forward any technical or financial reports and requests to the appropriate office.

6) Maintain appropriate file documentation.

7) Record required information in IGMS and the Post-Award and Grantee Compliance Databases.

8) If, at any time during a review, irregularities or fraud is suspected, it should be immediately reported to the Office of the Inspector General, Office of Investigations.

**10.3    FINANCIAL MANAGEMENT CENTER**:

1) Complete the financial closeout of awards by receipt and acceptance of the final

- 14 -
W.D. Wash. 000135

    Financial Status Reports.

2) Assist and respond to the project officer, program and GMO in requests for assistance in monitoring, closeout and overall grants management.

3) Forward any technical or administrative reports and requests to the appropriate office.

4) Maintain appropriate file documentation.

5) Record required information in IGMS and the Post-Award and Grantee Compliance Databases.

6) If, at any time, irregularities or fraud is suspected, it should be immediately reported to the Office of the Inspector General, Office of Investigations.

**10.4 SENIOR RESOURCE OFFICIALS:**

1) Submit annual programmatic Post-Award Monitoring Plans (PAMPs) to the Director, NPTCD.

2) Assign advanced monitoring activities within the Region or AAship.

3) Ensure office-wide compliance with baseline monitoring requirements.

4) For situations involving a greater than 5% underperformance in meeting closeout goals, submit a written Closeout Strategy to the Director, NPTCD.

5) As necessary, submit requests for deviations or waivers from this Order.

6) Submit required Self-Assessments to NPTCD.

7) Assist, as needed, in the conduct of Comprehensive Performance Reviews.

**10.5 OFFICE OF GRANTS AND DEBARMENT:**

1) Issue annual guidance and notice of statistical selections for administrative advanced monitoring activities in November of each year.

2) Publish and maintain the required advanced monitoring protocols and report formats.

3) As appropriate, issue guidance implementing and clarifying this Order.

4) Approve or disapprove requests for waivers or deviations from this Order.

5) Maintain IGMS and Post-Award and Grantee Compliance Databases.

W.D. Wash. 000136

- 16 -

    6)    Provide intranet access to all current guidance, forms and notices under this Order.

    7)    Evaluate, and provide feedback, on annual programmatic Post-Award Monitoring Plans and required Closeout Strategies within 45 days of receipt.

    8)    Conduct Comprehensive Performance Reviews.

## 11.0  WAIVERS AND DEVIATIONS

In response to a written request from a Senior Resource Official, the Director, NPTCD, may issue a waiver from the requirements of this Order if the waiver is justified because of national security concerns or circumstances of unusual or compelling urgency, unique programmatic considerations, or because the waiver would be in the public interest.  The Director, NPTCD, will issue a final determination, in writing, within 45 calendar days of receipt.

## 12.0  REVIEW

OGD will review this Order periodically to ensure its continued effectiveness.