

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

PROJECT OFFICER CLOSEOUT CERTIFICATION

Assistance No.: _____   Project/Budget Dates: _____

Project Officer: _____   Grant Specialist: _____

Recipient: _____

**As EPA Project Officer for this award, I certify the following to be true:**

| YES | NO | N/A | |
|---|---|---|---|
| ☐ | ☐ | ☐ | 1) The Final Technical Report (or Final Progress Report) has been reviewed and accepted by the program office in accordance with applicable EPA regulations and EPA Order 5700.6.A2. CHG 2, Policy on Compliance, Review and Monitoring |
| ☐ | ☐ | ☐ | 2) All programmatic terms and conditions have been met and documented in the PO file |
| ☐ | ☐ | ☐ | 3) All required programmatic work has been satisfactorily completed |
| ☐ | ☐ | ☐ | 4) Property report(s)* have been received and processed, as necessary, in accordance with the following guidance**: <br> a. Federally-owned and exempt property: 2 CFR 200.312; 40 CFR 30.33; or 40 CFR 31.32 (as applicable) <br> b. Equipment: 2 CFR 200.313; 40 CFR 30.34; or 40 CFR 31.32 (as applicable) <br> c. Supplies: 2 CFR 200.314; 40 CFR 30.35; or 40 CFR 31.33 (as applicable) <br> d. CERCLA-funded property and/or Federally-owned property acquired under Subpart O awards: CERCLA-funded property: 40 CFR 35.6325 <br> Disposal - 40 CFR 35.6340; 40 CFR 35.6345; 40 CFR 35.6350 <br> Supplies - 40 CFR 35.6340(b) <br> **And disposition instructions have been issued (verify in award document)** |
| ☐ | ☐ | ☐ | 5) Any programmatic findings for this award have been resolved and properly documented in the Grantee Compliance Database **(only mark "No" if there are unresolved findings)** |
| ☐ | ☐ | ☐ | 6) If applicable, invention reports have been reviewed by the PO and submission into iEdison has been validated |
| ☐ | ☐ | ☐ | 7) I recommend closeout of this Assistance Agreement |

\* Property Report template can be found at https://www.epa.gov/grants/epa-grantee-forms. Further guidance is also found at https://work.epa.gov/grants/closeouts-project-officers

\*\* Awards or Monetary Amendments issued on or after December 26, 2014, are subject to the new regulations at 2 CFR 200.

**Complete closeout regulations can be found at 2 CFR 200.343; 40 CFR 30.71; and 40 CFR 31.50 (as applicable)**

| COMMENTS | |
|---|---|
| **Explanation of "NO" responses:** | |
| **Note to the Grants Specialist regarding closeout:** | |

PO Signature: _____   Date: _____

Revised July 2015    1

W.D. Wash. 000138