# WASHINGTON STATE SOLAR FOR ALL PROPOSAL
## Program Narrative

For the state of Washington, the Washington State Department of Commerce (Commerce) is excited to apply for the U.S. Environmental Protection Agency's (EPA) Solar for All competition, under the Greenhouse Gas Reduction Fund (GGRF), authorized under the Inflation Reduction Act (IRA). Commerce is the one state agency in Washington that touches every aspect of community and economic development: planning, infrastructure, energy, public facilities, housing, public safety, international trade, business services, and more. Commerce partners with local governments, tribes, businesses, nonprofits, and civic leaders throughout the state to strengthen communities so all residents may thrive and prosper. Commerce already administers a number of clean energy grant programs, and is eager to expand its reach through the Solar for All Program. We are requesting $250,000,000 of Solar for All funds to serve over 10,000 households across the state. With these funds, Commerce will design, develop, and implement the following:

1. **Washington Affordable Solar Homes (WASH)**: Provide income-qualified homeowners with no-cost rooftop solar installations, support enabling upgrades, and, for those who can benefit most from enhanced resiliency, paired energy storage. Through this program offering, Washington anticipates serving at least 3,000 households. (38.5% of budget)
2. **Expanded Shared Solar Access Program (ESSAP)**: Support larger community solar projects for income-qualified households through a new program that is complementary to existing state programs. Through this program offering, Washington anticipates serving at least 4,000 households. (30.3% of budget)
3. **Bridging Energy Affordability through Multifamily Solar (BEAMS)**: Pair funding for enabling upgrades with a low or no-interest revolving loan fund to allow multifamily affordable housing properties to access and leverage existing state and federal funding for solar. Through this program offering, Washington anticipates serving at least 1,200 households over the Solar for All period of performance, and providing for a sustainable source of future funding through a revolving loan fund. (5.2% of budget)
4. **Tribal Solar Program**: Formally consult with federally recognized tribal governments located in Washington to co-create a tribal solar offering. While the metrics of success for this program will be co-designed over at least the next year, Commerce hopes to serve at least 2,000 households with this offering. (26% of budget)

These programs will be supported by in-kind state community solar programs and technical assistance. Washington anticipates using over 96% of the proposed budget from federal Solar for All funds for direct financial assistance to households.

Commerce is committed to facilitating an equitable, open, and transparent process to design, develop, and implement its Solar for All program. This process was initiated through the application's development, in which Commerce staff held several public engagement opportunities and solicited feedback on our draft proposal, summarized in Section 1.6.

Commerce plans to use the full year of program design to continue focusing on equitable engagement and involvement, maximizing savings and long-term benefits to households, and leveraging other programs and investment to deepen the impact of Solar for All funds.

# 1. Program Strategy Narrative

## Overview of Washington's Proposed Solar for All Programs

Commerce's Solar for All proposal has been developed based on our understanding of the gaps and barriers for low-income households and frontline communities in accessing distributed and residential-serving solar. We propose four new programs to comprehensively serve these groups.

### For Homeowners: Supporting Solar Deployment and Enabling Upgrades

*Washington Affordable Solar Homes (WASH): Provide no cost rooftop solar installations, support enabling upgrades, and, for those who can benefit most from enhanced resiliency, paired energy storage. Through this program offering, Washington anticipates serving at least 3,000 households, with approximately one third receiving a no-cost energy storage installation.*

Behind the meter solar can provide significant electric bill savings by enabling customers to use what they generate in real time and receive credits for exported energy. Washington has not had an income-qualified rooftop solar program, so our Solar for All application proposes to create the Washington Affordable Solar Homes (WASH) program. This program will have the following key features, which will be reviewed and further defined during program planning and design:

- Grants to income-qualified homeowners to fully cover the cost of a solar installation and support enabling upgrades such as roof repair. A subset of participants will also receive no-cost battery energy storage installation, if the investment will substantially improve the household's resilience.
- Enable household bill savings of at least 20%, with a target of at least 50%.
- Be limited to income-qualified homeowners, with a specific focus on households that are located in environmental justice communities across the state.

To implement the program, Commerce will work with multiple vendors across the state, with a preference for those who are able to link robust outreach with installation of measures. In addition, there will be a requirement to integrate workforce development features into projects, described further in Section 1.2.5.

### For Renters and Others: Enhancing Access to Community Solar

*Expanded Shared Solar Access Program (ESSAP): Support community solar projects between 200 kW and 1 MW with a minimum of 20 income-qualified subscribers per 200 kW. Through this program offering, Washington anticipates serving at least 4,000 households*

Community solar programs can provide benefits to renters and other households without adequate rooftop space to support a distributed solar system. Active Washington state funding for low-income serving community solar has started to yield results. Commerce proposes to use Solar for All funds to catalyze this success and provide these benefits to even more households across the state. This new program, the Expanded Shared Solar Access Program (ESSAP), is anticipated to serve at least 4,000 households and would have the following key features, which will be reviewed and further defined during program planning and design:

- Allow for community solar projects between 200 kW to 1 MW; this approach complements an existing state program for smaller community solar projects. Projects will be required to have a minimum of 20 income-qualified subscribers per 200 kW.

- Subscribers will be required to meet EPA's income qualification criteria at the time of entering the program or be a member of a federally recognized tribe in Washington, and projects located in environmental justice communities will be prioritized.
- A set-aside of credits to supplement multifamily affordable housing properties that can only support small, onsite solar arrays that may not provide sufficient benefits to tenants.
- At least 85% of the value of solar energy generated must be passed on to income-qualified customers; shares of projects are to be sized so that each subscriber receives savings of at least 20% of the average residential electric bill in their applicable utility's service territory, with a target of a 50% bill credit. The remaining 15% of the value of solar energy generated may be used as an incentive for the host site or to support a common area meter on a multifamily building.

## For Multifamily Affordable Housing: Leveraging Other Funds to Unlock Solar

*Bridging Energy Affordability through Multifamily Solar (BEAMS): Create a new program that pairs funding for enabling upgrades with a low/no-interest revolving loan fund that allows multifamily affordable housing properties to access existing state and federal funding for solar.*

We have heard from affordable housing stakeholders that affordable housing properties are interested in having access to solar and storage due to the bill savings, resilience, and community benefits this technology can offer. For example, during outreach on this grant application, a stakeholder stated, "[f]or organizations that serve low-income individuals, like affordable housing developers and property owners, opportunities to invest in tools that reduce operating expenses can enable those organizations to increase spending on other important expenses, such as building maintenance and residential services."[1]

However, these kinds of properties have been unable to implement solar projects at scale. To overcome access to upfront capital issues that have slowed project deployment, Commerce proposes to use Solar for All funds to create a Bridging Energy Affordability through Multifamily Solar program (BEAMS). This program will have the following key features, which will be reviewed and further defined during program planning and design:

- Financing to catalyze access the state's existing community solar incentive program and to the federal investment tax credit (ITC).
- No-interest forgivable loans for enabling upgrades to support and catalyze projects.
- Open to both new and existing affordable housing buildings.
- At least 85 percent of the value of solar energy generated will benefit tenants.
- Leverages ESSAP to bridge any gap in minimum tenant bill savings.

## For Tribes: Prioritizing Tribes and Promoting Tribal Sovereignty

*Tribal Solar Program: Allocate 26% of the financial assistance budget and formally consult with federally recognized tribal governments to co-create a tribal solar program.*

Our application for Solar for All commits 26% of the financial assistance funding requested to develop a Tribal Solar Program through formal consultation with tribal governments. This program will use an allocation formula, co-developed with tribes, to provide direct support for tribal solar projects. The program will center principles of tribal sovereignty and self-

---

[1] Response to Commerce Request for Information. June 2023.
https://deptofcommerce.app.box.com/s/ytgqw11ik6kcncon32cbtour9wavrr2x

determination and will enable tribes to design and implement their own projects. Administrative funds will also be deployed to support specific needs such as travel funds, funds for contract negotiation or legal needs, and funds to hire staff and support professional development.

## 1.1   Impact Assessment

Washington has a population of approximately 7.78 million with an estimated 3.31 million housing units.[2] Interest in distributed solar has been growing in recent years, but past programs and investments have not sufficiently reached those in lower income homes. For example, data on solar adoption by income percentile in the state shows that those at the highest income brackets make up the plurality of solar users in the state.



FIGURE 1. WASHINGTON SOLAR ADOPTER INCOME DISTRIBUTIONS[3]

The barriers to solar access for income-qualified residential customers are well researched nationally, and help explain trends in adoption in Washington. These barriers include, but are not limited to: awareness of the benefits of solar, access to upfront capital and to financing, poor roof conditions, and lack of homeownership. While Washington has had programs that accelerated adoption of distributed solar, there has not been sufficient funding to address barriers faced by income-qualified households. Solar for All can expand access to solar to these households, with a specific focus on those communities that are most harmed by the impacts of climate change.

Throughout our application, we address the barriers to solar faced by target populations and describe the multi-prong approach that Washington intends to take to address historical gaps in these communities being able to access distributed solar. This section provides an overview of Washington's market and policy context for distributed solar deployment, our assessment of the expected impacts of Washington's Solar for All program, and potential outcome and output metrics to measure impact.

### 1.1.1   Current State of Electricity in Washington

Washington has a unique electric utility landscape with more than sixty electric utilities providing retail service to customers. Three of these utilities are investor-owned utilities (IOUs),

---

[2] U.S. Census Bureau. Quick Facts about Washington State, as of July 2022. https://www.census.gov/quickfacts/fact/table/WA/PST045222
[3] Lawrence Berkeley National Lab. Solar Demographics Tool. https://emp.lbl.gov/solar-demographics-tool

and the remainder are consumer-owned utilities (COUs), a mixture of public utility districts (PUDs), municipal utilities, and electric cooperatives. COUs serve about 56% of Washington residential electric utility customers, and IOUs serve the remaining 44%.[4] The federal Bonneville Power Administration (BPA) markets wholesale electrical power from 31 federal dams, one nonfederal nuclear facility, and a variety of nonfederal power plants. For most COUs in Washington, BPA is the main power supplier.

A majority of the generated power for Washingtonians comes from hydroelectric sources (52.99% of energy mix in 2021). Other primary energy sources include natural gas (12.98%), coal (9.2%), wind (6.03%), nuclear (4.36%), and unspecified power (12.95%), which is generally power that is bought through the market and does not have a clear generation source. Utility-scale solar only accounts for a very small percentage of the electricity that serves Washington's customers, at 0.56% of the state's electricity as of 2021.[5] The use of distributed solar is not included by utilities when reporting their electricity generation make-up; generally, for utilities, the use of distributed solar is considered a reduction in demand for a utility.

Washington has some of the lowest electricity rates in the United States. As of May 2023, Washington's average residential electric rate (11.18 cents/kWh) was far below the U.S. average (16.14 cents/kWh), and only higher than Utah and Idaho.[6] With more than 60 retail electric utilities, and with varying geography, weather, and housing types, there is a range of rates and final bills that residential customers pay for their electricity. However, electricity costs can still make up a significant portion of a household's energy use: over 57% of households in Washington use electricity for heating compared to the national average of 41%,[7] with energy inefficient electric resistance heating still being very common.[8]

Utilities report sales, revenues, and customers to the U.S. Energy Information Administration (EIA), but reporting for smaller utilities does not include a breakdown of residential versus other sales. In 2021, 61 individual electric utilities reported customer data to EIA for Washington, and 38 of these reported a breakdown in sales to customer types. These 38 utilities represent about 85% of the total electricity sales in Washington in 2021. For these utilities, in 2021:
- The average residential monthly bill was $110.66
- The median residential monthly bill was $109.13
- The weighted average based on residential customers was $99.16

Among electric utilities, there is a wide range of average monthly bills for residential customers, from $190.57 per month for a small electric cooperative that serves fewer than 100 customers in

---

[4] U.S. EIA. Annual Electric Power Industry Report.  https://www.eia.gov/electricity/data/eia861/

[5] Commerce. Fuel Mix Disclosure. https://www.commerce.wa.gov/growing-the-economy/energy/fuel-mix-disclosure

[6] U.S. EIA, Washington State Profile and Energy Estimates. https://www.eia.gov/state/data.php?sid=WA#Prices
[7] Id.

[8] Northwest Energy Efficiency Alliance. 2016-17 Residential Building Stock Assessment. Updated 2019. https://neea.org/img/uploads/Residential-Building-Stock-Assessment-II-Single-Family-Homes-Report-2016-2017.pdf

eastern Washington (and more in Idaho), to $59.19 per month for a PUD in the central part of the state, which serves more than 40,000 customers.[9]

**Washington's Solar for All Program**: We will use the weighted average ($99.16) for residential customers as the statewide average residential number and baseline and the minimum benefit that we would expect households to receive (20% of $99.16, or $19.83). However, we will aim with all of our programs to provide 50% benefit to households (50% of $99.16, or $49.58). Depending on the program offering, we expect that this benefit would be provided as a direct financial benefit or through a corresponding benefit.

## 1.1.2  Washington Policy Context

Washington has been a national leader in clean energy, as shown in Table 1. These laws will interact with our Solar for All program in a few key ways:

**Energy Assistance and Solar for All.** Beginning in 2021, CETA requires that electric utilities make energy assistance available to all households in Washington, prioritizing those with high energy burden. This law also provided a new definition of energy assistance that can include not only traditional energy assistance strategies like monetary assistance and weatherization, but also distributed energy resources that target energy burden reduction.

In Washington, high energy burden is defined as a household spending more than 6% of their income on energy. Over 250,000 low-income households (about 25% of low-income households) in Washington spend more than 6% of their household income on home energy bills.[10] Washington's Solar for All program provides an opportunity to help address energy burden as qualified energy assistance.

**Focus on Environmental Justice and Solar for All.** Washington has explicitly linked the success of its clean energy transition to the equitable distribution of benefits and lowering of environmental burdens for tribal communities, overburdened communities, and vulnerable populations.[11] This linkage is in alignment with EPA's Solar for All goals and the Justice40 initiative. We discuss further in Section 1.1.5 how the targeted populations for Washington's Solar for All proposal align with both federal and state goals.

---

[9] This data does not reflect any energy assistance provided to customers, which could dramatically impact a customer's final monthly bill. This data also does not capture weather impacts on bills. For example, in 2020, the weighted average residential utility bill was $95.46 and in 2019, it was $123.44, though overall electricity rates were lower in 2019 than in 2020. This is likely due to extreme winter weather in Feb. 2019 that drove electric bills up.

[10] Commerce. Low-Income Energy Assistance 2023 Legislative Report at 2 https://deptofcommerce.box.com/s/qazu3yweu5w6udvnvw97qk5dwzop56p5

[11] "Overburdened communities" means a geographic area where vulnerable populations face combined, multiple environmental harms and health impacts, and includes, but is not limited to, highly impacted communities as defined in RCW 19.405.020" and "Vulnerable populations" means population groups that are more likely to be at higher risk for poor health outcomes in response to environmental harms, due to (i) Adverse socioeconomic factors, such as unemployment, high housing and transportation costs relative to income,  limited access to nutritious food and adequate health care, linguistic isolation, and other factors that negatively affect health outcomes and increase vulnerability to the effects of environmental harms; and (ii) sensitivity factors, such as low birth weight and higher rates of hospitalization. "Vulnerable populations" includes, but is not limited to Racial or ethnic minorities; Low-income populations; Populations disproportionately impacted by environmental harms; and Populations of workers experiencing environmental harms. https://app.leg.wa.gov/RCW/default.aspx?cite=70A.02.010

TABLE 1. KEY CLIMATE POLICIES IN WASHINGTON STATE

| Law | Impact |
|---|---|
| Energy Independence Act (2006, Voter Initiative) | • Establishes a Renewable Portfolio Standard and an energy efficiency resource standard for large electric utilities (>25,000 customers) |
| Clean Energy Transformation Act (CETA) (2019) | Requires electric utilities to:<br>• Remove coal-fired electricity from rates by 2025<br>• Have GHG-emission neutral portfolio by 2030<br>• Supply customers with 100% renewable or non-emitting electricity by 2045, with no provision for offsets.<br>• Ensure the equitable distribution of energy and non-energy benefits to vulnerable populations and highly impacted communities, including tribes, in their resource and clean energy planning<br>• Make energy assistance available to all households in Washington, prioritizing those with high energy burden |
| Climate Commitment Act (CCA) (2021) | • Requires achievement of the state's GHG emission targets (namely, 2050 net zero target and 45% emissions reduction by 2030)<br>• Establishes economic cap-and-invest program with focus on investing at least 35% (with a goal of 40%) of revenue in projects which benefit vulnerable populations and overburdened communities |
| Healthy Environment for All Act (HEAL) (2021) | • Establishes a statewide, coordinated approach to environmental justice.<br>• Requires that a number of state agencies, including Commerce, identify and address environmental health disparities in overburdened communities and for vulnerable populations.<br>• Establishes a statewide definition for environmental justice[12] that builds upon EPA's definition by adding the outcomes important to Washington. |
| Relevant regulations | • The current energy code for new commercial and large multifamily buildings requires rooftops be solar-ready with appropriate wiring (effect since 2021).<br>• The energy code that will go into effect in 2024 for new commercial and large multifamily buildings requires inclusion of a renewable energy generating system of at least 0.5 watt per square foot[13], with some exceptions. |

## 1.1.3  Current State of Distributed Solar

As of Q2 2023, the Washington Solar Energy Industries Association (WASEIA) reports that Washington has 627 MW of installed solar, including both utility-scale and distributed solar. Prior to 2022, almost all of this installed solar was small-scale, customer-sited photovoltaic systems. In 2022, there was a very large increase in the installation of utility-scale solar projects, driven by both policy and market forces (Figure 2).

---

[12]"Environmental justice" means the fair treatment and meaningful involvement of all people regardless of race, color, national origin, or income with respect to the development, implementation, and enforcement of environmental laws, rules, and policies. Environmental justice includes addressing disproportionate environmental and health impacts in all laws, rules, and policies with environmental impacts by prioritizing vulnerable populations and overburdened communities, the equitable distribution of resources and benefits, and eliminating harm. (RCW 70A.02.010(8))

[13] 2021 Washington State Energy Code at Section C411.1 On-site Renewable Energy
https://sbcc.wa.gov/sites/default/files/2023-05/2021_WSEC_C_2ndPrint_0518023.pdf



FIGURE 2. ANNUAL SOLAR INSTALLATIONS IN WASHINGTON, SOLAR ENERGY INDUSTRIES ASSOCIATION[14]

As Figure 3 from the U.S. EIA shows, in Washington, the annual net generation from small-scale solar PV increased substantially, from just over 35,000 MWh in 2014 to almost 400,000 MWh in 2022, or a more than eleven-fold increase over eight years.



FIGURE 3. ANNUAL NET GENERATION FOR SMALL-SCALE SOLAR PHOTOVOLTAIC IN WASHINGTON, U.S. EIA[15]

Retail electric utilities are required to report quarterly on the number and capacity of systems installed under the state's net energy metering (NEM) law.[16] The estimated solar PV installed according to the most recent report in June 2023 was just under 400 MW alternating current.[17] Two utilities account for half of the NEM solar capacity: Seattle City Light with 48 MW and Puget Sound Energy (PSE) with over 155 MW. Since NEM is only required for systems up to 100 kW, there are additional distributed solar projects that are not accounted for in the reporting.

WASEIA provides the following data that help characterize the solar industry in Washington:

- Solar prices have fallen 43% over the past 10 years.[18]

---

[14] WASEIA. Washington Solar. https://www.seia.org/state-solar-policy/washington-solar
[15] EIA. Electricity Data Browser. https://www.eia.gov/electricity/data/browser/
[16] WSU Energy Program. Net Metering. https://www.energy.wsu.edu/RenewableEnergy/NetMetering.aspx
[17] WSU Energy Program. Net Metering Reporting.
https://www.energy.wsu.edu/documents/Net%20Metering%20Reporting_20230630.pdf
[18] WASEIA. Washington Solar. https://www.seia.org/state-solar-policy/washington-solar

- There have been 58,000 residential solar installations as of September 2023.[19]
- There are 151 solar companies operating in Washington and 4,107 solar jobs in the state.

According to EnergySage, an online marketplace funded by the U.S. Department of Energy (DOE), the average solar panel cost in Washington is $3.08 per watt, which is slightly below the average national cost. With a rooftop solar system size of 5 kW, installations can cost between $13,090 and $17,710.[20] Due to low electricity rates, the average solar payback time in Washington is estimated to be 16.31 years.[21]

## 1.1.4  Policy-supported Deployment of Distributed and Residential-serving Solar

Washington has a long history of supporting solar adoption by residential customers. In 2005, the state created a production incentive for homeowners and other eligible customers who install renewable energy, including solar PV. In 2017, the original program was replaced by the Renewable Energy System Incentive Program (RESIP).[22] RESIP pays participants up to 50% of the system price over eight years. As of 2021, RESIP incentives were fully subscribed and the program was closed to new entrants. RESIP supported over 7,000 residential solar installations, equating to over 60 MW of capacity.[23]

While this program was successful at deploying solar and increasing jobs, it largely did not broaden low-income participation in accessing rooftop solar.[24] From the legislative report: "No specific income data was collected on participants in the New Program. However, since the average Residential-scale system cost is nearly $30,000, and no specific subsidized funding was provided for low income participants, it is unlikely that the Residential scale incentive resulted in significant penetration into low to low-moderate income communities."[25]

There is also a long history of community solar projects in Washington. In fact, the City of Ellensburg, Washington is credited with installing the first community solar project in the country in 2006.[26] The original state solar production incentive program was modified in 2009 to include funding for community solar projects. Later, RESIP also provided incentives for both community solar projects that were less than or equal to 1 MW, as well as for commercial shared solar projects that were 1 to 5 MW.[27] In 2019, Commerce received funding that enabled it to support $3.7 million in grants for nine community solar energy projects across the state. The projects equal 2.8 MW of solar and result in a total $6.1 million reduction in the energy burden

---

[19] WASEIA. Updates to the House Environment and Energy Committee. September 21, 2023.
https://app.leg.wa.gov/committeeschedules/Home/Documents/31381#
[20] EnergySage. Washington Solar Panel Cost. https://www.energysage.com/local-data/solar-panel-cost/wa/
Accessed September 11, 2023.
[21] Id.
[22] WSU. RESIP. https://www.energy.wsu.edu/RenewableEnergy/RenewableEnergySystemIncentiveProgram.aspx
[23] Id.
[24] WA JLARC. 21-06 Final Report: Credit for Renewable Energy Program Payments.
https://leg.wa.gov/jlarc/taxReports/2021/renewable/f_3/default.html
[25] WSU Energy Program, RESIP Legislative Report: October 2019.
https://www.energy.wsu.edu/documents/Renewable%20Energy%20System%20Incentive%20Program%20Report-Oct2019.pdf
[26] Stoel Rives. Community Solar Beginnings. https://www.stoel.com/legal-insights/special-reports/the-rise-of-community-solar/sections/the-rise-of-community-solar
[27] Renewable Energy System Incentive Program Report-Oct2019.pdf (wsu.edu)

of low-income households and nonprofits serving low-income communities over 25 years.[28] These grants helped explore new pathways for community solar to serve households.

Overall, from 2010 to 2020, 90 community solar projects were built in the state, equaling 6.5 MW and serving over 7,000 participants.[29] The community solar projects that were built through RESIP included many that were utility-owned and administered, as well as several projects at affordable housing properties. While there was no requirement to include income-qualified households in these projects, several of RESIP-supported community solar projects voluntarily provided some utility-administered bill credits or other benefits to income-qualified households. A legislative report on the program concluded, "The single-family market appears to have momentum beyond the incentives, but neither type of Community Solar does. There is a need for successful models for Community Solar that can develop in a post-incentive environment."[30]

In 2022, recognizing a need to serve more income-qualified residents through community solar, the State Legislature created a new low-income community solar program. As stated by the Legislature, "stimulating local investment in community solar projects continues to be an important part of a state energy strategy… The legislature finds that although previous community solar programs were successful in stimulating these benefits, the programs failed to provide an adequate framework for low-income participation and long-term market certainty."[31] In the first year of implementation, 7 projects have already been pre-certified by the program.[32]

**Tribal Deployment:** Tribes and tribal entities are eligible applicants for energy programs deployed by Commerce. Additionally, Commerce has been developing programs and other resources to increase the number and size of projects funded on tribal lands. For example, within state clean energy funds, there is a set-aside for tribal projects, and there are specific planning, pre-development, and technical assistance grants for tribes. While we do not have comprehensive data on tribal solar deployment, these projects are examples of Washington funding to tribes:

- $98,673 to the Lummi Nation to install 72 kW at the Lummi Tribal School
- $593,898 to the Lummi Nation for the installation of two solar PV systems on the Lummi Nation Administration Building and HeadStart Building, with a total capacity of 384 kW.
- $1,200,731 to Cowlitz Indian Tribe for a resilient energy and emergency power project.
- $500,000 to Yakama Power, for the design, purchase, and installation of an electricity grids control system, creating workforce training opportunities for the Yakama Nation.
- $20 million in the state's FY24-25 capital budget for the Yakama Nation to deploy solar over irrigation canals.

Throughout Washington, tribes are leading on clean energy deployment. For example, Spokane Housing Authorities' Children of the Sun Initiative Solar Initiative deployed 650 kW of solar for

---

[28] Clean Energy Fund Solar Deployment Grant Program. https://www.commerce.wa.gov/growing-the-economy/energy/clean-energy-fund/clean-energy-fund-solar-program/

[29] WSU Energy Program Presentation to House Energy and Environment Committee. September 21, 2023. https://app.leg.wa.gov/committeeschedules/Home/Documents/31381?/House/31642/09-18-2023/10-01-2023/Schedule///Bill/#

[30] *Id* at 6.

[31] SSHB 1814 (2022). https://lawfilesext.leg.wa.gov/biennium/2021-22/Pdf/Bills/House%20Passed%20Legislature/1814-S2.PL.pdf?q=20220701103859

[32] WSU Community Solar Expansion Program. As of September 2023. https://www.energy.wsu.edu/RenewableEnergy/CommunitySolarProgram.aspx

the benefit of tribal members.[33] Commerce's proposed Tribal Solar Program will align with and bolster tribal leadership and innovation in harnessing clean energy for their communities.

### 1.1.5 Target Market for Washington's Solar for All

Washington's Solar for All application focuses on bringing the benefits of solar to low-income households and environmental justice communities in the state.

**Definition of Low Income**: In Washington, "low-income" for the purposes of energy policy is defined as a household with an income that does not exceed the higher of 80% of area median income (AMI) or 200% of federal poverty level (FPL), adjusted for household size.[34] This definition aligns well with EPA's definition of geographically dispersed low-income households. Our definition of "affordable housing" is also generally aligned with EPA's definition.

**Defining Environmental Justice Communities**: To assist with implementing our state's environmental justice requirements, Washington has developed a mapping tool, the Washington Environmental Health Disparities (EHD) Map[35], which provides nuanced information on different environmental health indicators across the state and identifies which communities are most impacted by environmental health disparities. State agencies are strongly encouraged to use the EHD map as a resource when implementing the HEAL Act, including making funding decisions and prioritizing outreach. The EHD map weighs environmental exposures such as diesel emissions and ozone with proximity to hazardous waste sites, and measures such as education levels, race, employment, poverty rates, birth weights, and cardiovascular disease deaths to develop an overall environmental health disparities score for each census tract in the state. Higher scores correspond to higher rates of environmental health disparities; a score of 9 or 10 indicates that a census tract is "highly impacted". Much of the environmental exposure data is sourced from EPA's EJScreen tool.[36]

While there is significant overlap between census tracts with high environmental health disparities scores and those that are marked as disadvantaged in the CEJST tool, there is not complete agreement. For example, CEJST marks all tribal lands as disadvantaged, while the EHD tool does not unless these lands also have other significant environmental health disparities. However, other Washington laws require that tribal lands be a focus of clean energy transition laws. A University of Washington researcher has compared these maps[37] and found that another example is that more census tracts in southern parts of Puget Sound are considered highly impacted by the EHD map but not disadvantaged by CEJST; the difference may be because of weighting for various environmental factors between the two tools, different datasets or weighting of datasets, or different metrics that go into one tool versus another (e.g. the EHD map

---

[33] Spokane Indian Housing Authority. Children of the Sun Initiative.
https://www.energy.gov/sites/prod/files/2020/12/f81/Abrahamson-Spokane-COSSI.pdf
[34] Washington State. RCW 19.405.020. https://app.leg.wa.gov/RCW/default.aspx?cite=19.405.020
[35] Washington State Department of Health. Washington Environmental Health Disparities Map.
https://doh.wa.gov/data-and-statistical-reports/washington-tracking-network-wtn/washington-environmental-health-disparities-map
[36] Washington State Department of Health. Washington Environmental Health Disparities Map, Technical Report.
Updated July 2022. https://deohs.washington.edu/sites/default/files/2022-08/311-011-EHD-Map-Tech-Report.pdf
[37] Min, Esther. Washington vs. Federal Environmental Justice Mapping Tools.
https://storymaps.arcgis.com/stories/2fa34bcc4a7443e380b0eccc0a41c2c9

weighs race as a factor because "[a]n individual's race/ethnicity is a primary social determinant of health and is strongly associated with exposure to environmental pollutants"[38]).

**Washington's Proposal for Solar for All Targeted Populations:**
- For WASH and BEAMS, participants and those who benefit from the funds must be identified as low-income, as defined by EPA
- For ESSAP, subscribers must be low-income, as defined by EPA, or be a member of a federally recognized tribe.
- The Tribal Solar Program will define eligibility as part of program design, but we anticipate that any household on tribal lands will qualify for this program.
- For WASH, BEAMS, and ESSAP, households located in environmental justice communities will be further prioritized:
  - Commerce will prioritize outreach and investment in communities that are facing higher environmental health burdens as identified by the EHD map and those who live on tribal lands and are members of federally recognized tribes.
  - Examples of how we may prioritize these communities include: funding set-asides in each program offering specific to these communities; targeted outreach to these communities; prioritizing implementation of these projects first, and providing support to assist these communities with process and substance questions.

In reporting to EPA, Commerce will explain the overlap between census tracts that benefit from projects under Washington's Solar for All program and those marked as disadvantaged through CEJST data and with EJScreen data. Because of the 26% set-aside for the tribal solar program and the substantial overlap between CEJST disadvantaged communities and highly impacted communities in Washington, Commerce is confident that our overall Solar for All approach will ensure that at least 40% of the overall benefits of this program will flow to disadvantaged communities as defined by CEJST and required by the Justice40 initiative, while also meeting the intent and direction of our state's climate and environmental justice laws.

## 1.1.6  Measuring Success

Washington's Solar for All program aims to achieve or contribute to three primary goals:
1. Ensure equitable access to the benefits of solar
2. Provide tangible climate benefits
3. Continue building a robust solar ecosystem.

Table 2 shows the metrics that Commerce plans to use to track overall success on these goals. In addition, Commerce will track output metrics, which will help measure progress and gaps for the programs. The tribal program will develop metrics of success as part of the co-design process with tribal governments. We look forward to working with EPA to refine metrics of success. Attachment E, in addition to the detailed budget, includes a tab that shows the math behind how some of these targets were calculated.

---

[38] Washington State Department of Health. Washington Environmental Health Disparities Map, Technical Report. Updated July 2022. https://deohs.washington.edu/sites/default/files/2022-08/311-011-EHD-Map-Tech-Report.pdf

TABLE 2. PROPOSED OUTCOMES AND OUTPUT METRICS

| | Ensure equitable access to the benefits of solar | Provide tangible climate benefits | Continue building a robust solar ecosystem |
|---|---|---|---|
| **Overarching outcomes** These are metrics we will track to understand our overall progress on meeting our goals. We are looking for directional progress on these to help inform our success. | • Progress on achieving energy burden reduction goals under CETA <br> • Qualified households benefiting from programs <br> • Number of solar jobs created | • Progress toward Washington climate goals <br> • Overall greenhouse gas emissions reduced as a result of Solar for All funding <br> • Overall new clean energy generation as a result of Solar for All funding | • Continued growth in number of solar jobs <br> • Broad investment in distributed solar |
| **WASH** | • Number of households participating in program *(At least 3,000)* <br> • Number of households receiving storage *(1,000)* <br> • Capacity of Storage deployed *(5,000 kW and 12,500 kWh)* <br> • Average amount of household utility bill savings by project and by geography *(At least 20%, goal of 50%)* | • Solar capacity installed *(15 MW)* <br> • Greenhouse gas emissions reduced *(By Year 5, 20,000 tons $CO_2$ annual reduction, with approximately 10% of this achieved in Y2, and adding approx. 30% more each subsequent year)* | • Number of job trainees working on program projects *(At least 1 per associated project)* <br> • Number of community-based organizations engaged by Solar for All (At least 40) |
| **ESSAP** | • Number of households receiving benefits *(4,000 minimum)* <br> • Average amount of household utility bill savings per household *(At least 20%, goal of 50%)* | • Solar capacity installed *(over 36 MW, at least 32 MW of which will support qualified subscribers)* <br> • Greenhouse gas emissions reduced *(By Year 5, 47,000 tons $CO_2$ annual reduction, with approximately 25% achieved in Y2, 50% in Y3, 75% in Y4)* | |
| **BEAMS** | • Number of households receiving benefits *(1,200 minimum)* <br> • Average amount of household utility bill savings or equivalent per household *(At least 20%, goal of 50%)* | • Solar capacity installed *(at least 6 MW)* <br> • Greenhouse gas emissions reduced *(By Year 5, 5,000 tons $CO_2$ annual reduction, with approximately 50% in Y3 and each RLF cycle taking 2 years)* | |
| **Tribal Solar Program** | To be developed / For budgeting purposes, assuming 2,000 households served, 10 MW of solar, and 12,500 kWh/5000 kW of storage | | |

W.D. Wash. 000403

Other metrics we are interested in tracking, but have not yet developed targets for include:

WASH outputs
- Number of households switching from fossil fuel appliances to efficient electric uses
- Number of households receiving enabling upgrades, by type of upgrade
- Energy avoided due to efficiency measures
- Average wage of Solar for All installers

ESSAP outputs:
- Number of projects created under this program by location
- Number of utilities voluntarily offering on bill crediting for tenants of affordable housing

BEAMS outputs:
- Number of properties participating in program
- Number of properties receiving enabling upgrades, by type of upgrade
- Number of properties receiving storage benefits
- Number of projects able to leverage federal ITC
- Types of benefits received by tenants (financial and in-kind)
- Energy avoided due to efficiency measures
- Amount of private financing contributed to Solar for All projects

Commerce anticipates reviewing progress on determined metrics at least quarterly.

## 1.2 Meaningful Benefits Plan

Washington's Solar for All program will ensure that benefits from this program flow to communities most in need and in alignment with Justice40 principles, Washington's laws related to environmental justice, and program guidance for Solar for All.

### 1.2.1 Financial and Equivalent Benefits of Washington Solar for All

Washington's Solar for All program will ensure financial benefits flow to targeted communities. We will target a goal of 50% bill savings for all households participating, with a minimum of 20% bills savings. More detail on average residential bills is found in Section 1.1.1.

#### Washington Affordable Solar Homes (WASH)

Through WASH, Commerce will offer grants that support enabling upgrades such as roof repair and will fully cover the cost of a rooftop solar installation for income-qualified homeowners. We plan to offer a standard 5 kW installation per household, but we will work with our vendors to support slightly larger system sizes in the unlikely event that this is necessary to achieve 20% bill savings. We will reserve 20% of the program budget for enabling upgrades. We anticipate serving at least 3,000 households with this funding. Based on our analysis, a 5 kW system should provide at least a 20% bill savings benefit for some households, but closer to 50% bill savings for most participants.

In addition, a subset of WASH participants who experience frequent, impactful outages would be eligible to receive a no-cost energy storage installation of 5 kW and 12.5 kWh. WASH vendors would be tasked with working with these participants to explain and enroll them in any available utility demand response programs that could result in greater bill savings by discharging their battery at times when it could benefit the grid.

To ensure Washington is providing benefits to income-qualified households in perpetuity, we will focus our WASH program on homes that are owned and occupied by income-qualified households. Our reasons for this program choice are threefold:

1. Washington has a sizable number of income-qualified households who own their own home: 36.7% of Washington households that are 80% AMI or below and 31.2% of Washington households that are 200% of FPL or below are owners of single family homes.[39]

2. Focusing this program offering on income-qualified homeowners avoids any need to pursue affordability covenants or other mechanisms to ensure renters are income-qualified and that the addition of solar does not result in a rent increase. The ESSAP offering supports solar benefits for renters.

3. If the homeowner eventually sells their home, this improvement would count as wealth accrual to the income-qualified seller as the value of the solar installation would be accounted for in the price of the home.[40] In addition, by reducing energy burden, we aim to support residents in maintaining housing security and stability.

In implementation, Commerce will prioritize homes that are located in communities that are identified as "highly impacted" on Washington's EHD map (see Section 1.1.5). During program design, we also plan to collaborate with nonprofit organizations that construct houses for income-qualified homeowners to ensure new homeowners can benefit from this program.

### Expanded Shared Solar Access Program (ESSAP)

As mentioned in Section 1.1.4, the 2022 Community Solar Expansion Program,[41] administered by the WSU Energy Program, provides up to $100 million in incentives through 2033 to fund solar and battery energy storage installations. Incentives are only paid after project completion, so participants must be able to finance the upfront solar and storage installation costs. To qualify for incentives, projects must have (1) at least two low-income subscribers or one low-income service provider subscriber, and (2) have a direct current nameplate capacity between 12 kW and 199 kW in size. In the first year since program launch, seven projects have been pre-certified for incentives, obligating about $1.7 million of the available $100 million.[42] Each project will support low-income service providers; to date, no projects have been pre-certified that provide bill credits to multiple, low-income residential customers.

Commerce proposes to use Solar for All funding to create an income-qualified community solar program, ESSAP, that will be complementary to but distinct from the Community Solar Expansion Program. Projects can be 200 kW to 1 MW and will be required to have a minimum of 20 income-qualified residential subscribers per 200 kW.

Subscribers will be required to meet EPA's income qualification criteria at the time of entering the program or be a member of a federally recognized tribe in Washington; through program design, Commerce will determine any further eligible entities that represent these groups. To

---

[39] Statistics derived from U.S. DOE's Low-Income Energy Affordability Data Tool.
https://www.energy.gov/scep/slsc/lead-tool
[40] LBNL. Team of Appraisers Across Six States Find Home Buyers Will Pay Premium for Solar Homes.
https://newscenter.lbl.gov/2015/11/12/premium-for-solar-homes/
[41] WSU Energy Program. Community Solar Program.
https://www.energy.wsu.edu/RenewableEnergy/CommunitySolarProgram.aspx
[42] From conversations with WSU Energy Program Staff. As of September 21, 2023.

maximize funding towards energy burden reduction, ESSAP will not fund battery storage installation, but may support enabling upgrades of up to $1 million. As with WASH, Commerce will prioritize projects sited in and benefiting residents of communities identified as "highly impacted" on Washington's EHD map (see Section 1.1.5).

Given the lack of virtual net metering (VNEM) policy in Washington, as discussed further in Section 1.3.5, it is unlikely that the Community Solar Expansion Program or ESSAP will enable third party ownership of projects by communities absent any legislative change. To enable tenants to directly benefit from solar at affordable multifamily properties, Commerce would require utilities to demonstrate progress in making on-bill crediting available to tenants of affordable multifamily housing properties with onsite solar in their service territory in order to access ESSAP. ESSAP funding should incentivize utilities to voluntarily provide a bill crediting mechanism for multiple residential meters at affordable multifamily housing with onsite solar. Commerce will work with utilities in the Program Planning Year to develop the billing principles, which will help address a key regulatory barrier, discussed further in Section 1.3.5. Finally, as further discussed with BEAMS, onsite solar installations at multifamily affordable housing may not result in sufficient bill savings for all tenants in a building, so a portion of ESSAP funding will be held to supplement these projects as needed.

Commerce intends to administer ESSAP as a grant program and reimburse project costs based on achievement of milestones. At least 85% of the value of solar energy generated must be passed on to income-qualified residential customers. The remaining 15% can be provided to a single host customer to incentivize site access or to a common area meter of a multifamily building.

During program implementation, Commerce will collaborate with each participating utility to determine their average residential electric bill and will work with community solar project administrators to ensure that each income-qualified residential subscriber receives a bill credit equal to at least 20% of that amount, with a target of a 50% bill credit to maximize energy burden reduction. Based on Commerce's calculations of various utilities' compensation rates for community solar, each subscriber will receive an approximately 8 kW share of solar.

### Bridging Energy Affordability through Multifamily Solar (BEAMS)
For affordable multifamily housing properties, BEAMS will develop two loan products:
- First will be a no-interest forgivable loan for enabling upgrades. We have heard from affordable housing stakeholders that this kind of product (versus a grant) allows for more flexible stacking of capital. Some properties may be able to address the issue of upfront capital to finance a solar installation, but lack funding for the necessary precursors such as roof repair. Through this forgivable loan product, Solar for All funds could be deployed to remove key barriers to accessing the state's existing community solar program.
- Second, for properties that are unable to finance the upfront cost of a solar and storage installation, BEAMS will provide a no or low-interest revolving loan that can provide bridge financing to support access to the WSU Community Solar Expansion program and the federal ITC. Through this program offering, Washington anticipates serving at least 1,200 households over the Solar for All period of performance, leveraging funding that may not have otherwise been accessed, and providing for a sustainable source of future funding through a revolving loan fund. This household assumption is based on at least

600 households being served in the first two years of implementation, and the funding cycling back into the revolving loan fund to be leveraged again in the next two years.

These financing products will be available to both new and existing multifamily affordable housing properties. We will align the definition of multifamily affordable housing with EPA's definition. To participate, projects would need to commit to passing on at least 85% of the value of solar energy generated to tenants, preferably as electric bill credits if the building is individually metered, or through a tangible benefit to tenants that is documented.

In addition, Commerce will leverage ESSAP in two unique ways:

1.  As discussed in the section on ESSAP, electric utilities administering ESSAP projects will be required to make on-bill crediting available to tenants of affordable housing properties with onsite solar. This requirement will allow affordable multifamily housing properties whose electric utility is participating in ESSAP to have savings go directly on tenants' electric bills to reduce their energy burden.
2.  One concern that was raised during public comment on Commerce's straw proposal was whether onsite solar installations at affordable housing properties could generate sufficient electricity to achieve 20% bill savings for all tenants. This question is valid especially for urban properties that may be particularly dense. Commerce is mindful of this situation and, as discussed in the previous section, will work to ensure ESSAP community solar shares can be reserved for affordable housing properties that appear unlikely to achieve the requisite level of 20% average bill savings for all tenants.

Implementation of BEAMS may be through a contracted vendor with experience with these financing products and with affordable housing; an agreement with another state entity with similar experience; or a Washington-based Green Bank that may form over the next year.

## Tribal Solar Program

Twenty-nine federally recognized tribes are located in Washington, and Washington's State Energy Strategy includes as an equitable policy design principle the need to "increase resilience and energy sovereignty for Tribes and energy independence for vulnerable communities."[43] Washington's Solar for All proposal commits a substantial part of its budget (26% of the total requested funding) to develop a Tribal Solar Program through formal consultation with tribal governments. This program will use an allocation formula, co-developed with tribes, to provide direct support for tribal solar projects. The program will center principles of tribal sovereignty and self-determination and will enable tribes to design and implement their own projects.

The allocation of funds will be based on conversations with federally recognized tribal governments and will build off work underway at Commerce and with tribal governments to develop a similar, innovative formula to administer a new state-funded Tribal Climate Resiliency Grant. The formula looks beyond metrics like land base and population and instead includes information on ceded lands. These design criteria have been directly informed by tribal coordination, and Commerce will continue to find ways to tailor the allocation formula for the new Tribal Solar Program.

---

[43] Washington 2021 State Energy Strategy. Page 27. https://www.commerce.wa.gov/wp-content/uploads/2020/12/Washington-2021-State-Energy-Strategy-December-2020.pdf

In addition to allocating funds for tribes, administrative and technical assistance funds for this program will support tribal specific needs, including:

- Travel funds to ensure in person conversations in Indian country
- Funds for a tribal mediation pool to support contract negotiation and other legal needs
- Hiring of staff with tribal expertise and funding for further professional development

While this program will be co-created with tribal governments, Commerce will ensure that the final program complies with other EPA guidance for the Solar for All program, including maximizing household savings and focusing the funds on solar deployment and benefits. As discussed in Section 1.1.5, tribal lands are considered to be "disadvantaged" under the CEJST tool, so we anticipate that the participant eligibility for these programs will comply with Solar for All principles and ensure progress on meeting both Justice40 principles and our state's environmental justice laws.

## 1.2.2 Ensuring Equitable Access to Solar

Washington's proposal provides the majority (96%) of the Solar for All funds as direct financial assistance to participants and utilizes state funds to support technical assistance like project planning and pre-development. The Solar for All funded financial assistance will be used to:

- Install energy efficiency measures and support other enabling upgrades on single family homes and multifamily properties
- Purchase solar PV that is installed directly on homes or multifamily buildings
- Purchase solar PV that is deployed as community solar projects either on multifamily buildings or in low-conflict siting areas (see Section 1.3.4)
- Other direct financial assistance as developed with tribal governments

More information on our approach is in Sections 1.4 and 1.5. By focusing the vast majority of funds on direct financial assistance, we can increase the number of households benefiting from solar. To address what we know about the barriers for income-qualified households in accessing solar, we have focused deployment of financial assistance to support upfront purchases of equipment and support financial products. By leveraging other state funds for technical assistance, we can broaden the reach of Solar for All dollars and reach more households.

## 1.2.3 Energy Resilience and Grid Benefits

Washington's clean energy laws and goals recognized that resiliency is a key part of the clean energy transition. For example, the CCA requires that investments from cap and invest proceeds must result in long-term environmental benefits and increased resilience to the impacts of climate change, and the Washington State Energy Strategy highlights the importance of energy resilience as part of energy policy and planning and recommends "[e]nhancing resilience in rural Washington by strengthening the electric grid to deliver clean energy."[44]

Commerce is a key agency in implementing clean energy resilience. The agency has an Energy Resilience and Emergency Management Office in its Energy Division, which supports capacity-building in the energy resilience space. Working with community, local and Tribal governments, and utility providers, this office focuses on community planning, addressing equity issues for vulnerable populations, and bringing needed resources and technical assistance to historically

---

[44] Commerce. Washington 2021 State Energy Strategy. Page 17. https://www.commerce.wa.gov/wp-content/uploads/2020/12/Washington-2021-State-Energy-Strategy-December-2020.pdf

disadvantaged communities in Washington. Commerce also receives $37 million in state funds annually to support our new Solar plus Storage for Resilient Communities Program which is focused on enabling community buildings to provide supportive services during electricity outages. As part of the state's Solar plus Storage program, we provide no cost planning assistance and feasibility studies which can be a model for our technical assistance programming under Solar for All.[45] In addition, Commerce received $23.4 million from the Grid Resilience Formula grants under the Infrastructure Investment and Jobs Act (IIJA). The funds will implement a program that includes meeting objectives and tracking metrics that support a resilient clean energy transition; several align well with our proposed outcomes for Solar for All.

In conjunction with this policy direction and ongoing programming, Washington's Solar for All program will also integrate resilience into its offerings:

- The WASH program will enhance the resiliency of a subset of participating income-qualified homeowners who experience frequent, impactful outages by allowing them to receive a no-cost energy storage installation. Commerce will work with stakeholders to determine the appropriate metric to be eligible for an energy storage installation. For example, eligibility could be homeowners who have experienced at least two outages a year in the past two years, with an outage defined as an event that was caused by something other than intentional acts by a non-utility entity. Some of our utilities have also expressed a desire for battery storage to be added to residential solar installations in locations on the grid where integration would otherwise require expensive upgrades. We are considering this suggestion and will continue to discuss and refine with stakeholders. Our initial estimates to develop the budget for this application are that one-third of participating households (approximately 1,000) would receive a 5 kW, 12.5 kWh energy storage installation, but this estimate will be refined.
- The BEAMS program will allow multifamily affordable housing properties to leverage existing incentives for solar and storage that may not have otherwise been accessible due to upfront capital constraints. We will use our state funds for community solar technical assistance to support affordable multifamily properties in designing paired solar and storage installations that can enhance resilience for all tenants.
- The Tribal Solar Program will be co-designed with tribal governments. We know energy resilience is important to many tribes, especially those located in rural and remote areas of the state. The benefits of resilience will be a key conversation in program design.

### 1.2.4  Long-Lasting Benefits for Households and Communities

In addition to the immediate bill savings that solar will provide households, Washington's Solar for All program will provide long-lasting benefits to ensure that wealth accrues to households:

- Income-qualified homeowners who participate in WASH will receive no-cost solar installations and in some cases, needed enabling upgrades and storage installations. This can help build equity in the home, as well as contribute to lowering energy burden and longer term financial stability for a household. As discussed in Section 1.3.2, we will pursue opportunities, such as third party ownership, to leverage the ITC for these households which may have little to no tax liability, but we will ensure that the systems convert to full ownership to the homeowner within 5 years.

---

[45] Commerce. Solar plus Storage for Resilient Communities. https://www.commerce.wa.gov/growing-the-economy/energy/solar-plus-storage/

- ESSAP and BEAMS will similarly provide benefits in lowering energy burden, which contributes to longer term housing stability and ability to support other important household needs. For multifamily affordable housing properties that participate, the new installations could also contribute to lower operating costs for these organizations.
- For tribal members, all programs in the Solar for All proposal will prioritize funding for tribes in keeping with the mandates from state climate, energy, and environmental justice laws. The program will center principles of tribal sovereignty and self-determination.

## 1.2.5  Job and Economic Benefits for Washington

Washington has been a national leader in incorporating workforce requirements into clean energy laws and programs, and Washington's Solar for All program will benefit from Washington's laws and programs that incentivize workforce development in the clean energy transition. In 2019, Washington passed CETA, which notably took the first national steps to support equitable workforce development in tandem with clean energy development and tax policy. Under this law, a purchaser, as well as the consumer, who have paid tax on machinery and equipment used to generate clean electricity are entitled to an exemption of state and local taxes between 50% and 100%, with higher amounts for projects developed under a community workforce agreement or project labor agreement.

State law further incentivizes labor and workforce provisions specific to solar. Through 2029, the purchaser of eligible equipment for solar energy systems can receive a tax exemption, if the project is certified to meet certain labor, procurement, and community workforce standards:
- 100% of the state/local sales and use tax for systems smaller than 100 kW; and
- 50% of the state/local sales and use tax for systems between 100 kW and 500 kW.[46]

These incentives were the first instance of the state tying tax policy, clean energy transition, and support for good paying jobs, and have since been used as a template in other state legislation.

These financial incentives support and enhance a growing clean energy workforce, but we know we have more to do to ensure we are taking tangible steps to get new people into clean energy careers. Initial responses to our Solar for All Request for Information provided some specific insight into the barriers facing those wanting to enter the solar workforce - for example, one respondent noted barriers beyond just the financial costs of training, such as transport and childcare, that make it hard to recruit prospective workers. As Washington further designs our Solar for All programs, we will discuss with our partners and stakeholders ways to ensure a growing workforce to support project deployment.

In tandem, the whole of Washington is taking a close look at clean energy workforce development. In 2023, Washington's legislature[47] directed the state's Workforce Training and Education Coordinating Board (Workforce Board) to support an equitable clean energy transition by identifying future industry occupations and skill needs, the existing transferrable skills to meet those needs, and the gaps that need to be addressed. The Workforce board must forecast these needs and make recommendations to the Governor and Legislature, with a first report due

---

[46] Washington State Department of Labor & Industries. Labor Standards Certification for Tax Incentives. https://lni.wa.gov/licensing-permits/electrical/electrical-installation-information/clean-energy-projects#tax-deferrals-solar-clean-tech
[47] Washington State Legislature. HB 1176. https://app.leg.wa.gov/billsummary?BillNumber=1176&Year=2023&Initiative=false

November 1, 2023, and every two years thereafter. These reports will be informed by a Clean Energy Technology Workforce Advisory Committee that is chaired by representatives of both the labor and the business community. This work will provide more understanding of ways to provide additional training opportunities for clean energy jobs and mitigate the impact to workers and business as climate change policies are enacted, and will inform programs like Washington's Solar for All and its Climate Pollution Reduction Grant Program.

We will also look to local and nonprofit initiatives on workforce for best practices and to leverage these programs. For example, King County, which is home to almost 1/3 of Washingtonians, is currently expanding its green jobs initiatives by supporting minority- and women-owned contractors and through work-based learning programs (Attachment K).

**Washington's Solar for All Program:** Commerce is highly motivated for these programs to create jobs and careers that are high quality and sustaining to support a diverse clean energy workforce in Washington.

For the WASH program, Commerce would competitively select multiple vendors to conduct outreach and support income-qualified homeowners throughout the solar installation process. Given the geographic diversity of the state, Commerce would seek to contract with multiple entities (estimating 5 vendors) with deep community relationships and with different regional foci. Solar installers, community based organizations, local government coalitions, weatherization providers, nonprofits, and others would all be eligible to be individual vendors or part of vendor teams. Commerce would prioritize applications that provide complete wraparound services that focus on educating and empowering participating homeowners while completing a quality solar installation with optional enabling upgrades and battery energy storage. Commerce is also eager to consider vendors who are able to leverage the ITC while ensuring robust consumer protections. Commerce has agency-wide contracting goals: 10% participation by minority-owned businesses, 6% by women-owned businesses, 5% by veteran-owned businesses, and 5% by small businesses.

In addition, for WASH, Commerce will require workforce development and training opportunities to be provided in every Solar for All funded single family home installation. Commerce proposes to require that every vendor or its subcontractor who performs installations through WASH hire at least one student or graduate of a job training organization for at least one full paid day of work on each installation performed or in a support role on the solar installation (e.g., project design, engineering, project coordination). To ensure that the program reaches income-qualified homeowners throughout the state, Commerce will assess during program design whether any exemptions to this workforce training requirement are warranted (e.g., in rural locations with no suitable job training program). Vendors will be encouraged to provide these job opportunities to low-income and frontline communities; many of the areas considered disadvantaged by CEJST or "highly impacted" by Washington's EHD Map are also historically underutilized business zones as defined by the U.S. Small Business Administration.

For ESSAP and BEAMS, Commerce will prioritize projects for funding that create workforce development opportunities, such as projects that hire individuals associated with job training organizations or that promote hiring in the areas mentioned above. Commerce is also eager to support workforce training opportunities through the Tribal Solar Program.

As Commerce implements Solar for All, we will continue to leverage existing partnerships with clean energy workforce entities in the state to support outreach and recruitment for workforce development initiatives. These partnerships include:

- Nonprofits that advocate for clean energy and equitable and just workforce development
- Entities that run training programs in the clean energy fields and have a pipeline of qualified jobseekers
- Labor unions with apprenticeship programs
- Colleges and Tribal colleges with clean energy workforce programs
- Associations and organizations representing the solar industry
- State agencies that intersect with workforce development, including the Employment Security Department, which helps connect jobseekers to new careers; the Department of Labor & Industries, which regulates and enforces labor standards; and the Workforce Board, mentioned above.

## 1.3 Distributed Solar Market Strategy

This section details Washington's policy and market structures and how our Solar for All proposal will address barriers to deploying distributed solar.

### 1.3.1 Working in the Ecosystem of Net Metering Policies

In Washington, our historically low electric rates have served Washingtonians well, but they also mean that it can take a long time for a homeowner to recoup investments in distributed solar. The average payback period for net metered solar in Washington is 16.31 years[48], compared to less than 6 years in California. Several PUDs in the state have such low electric rates that distributed generation customers may not break even on their investment within the 25 year system warranty. Importantly these estimates are for systems participating in full retail rate net energy metering (NEM), a regime which Washington utilities are beginning to transition away from.

Washington's NEM law was established in 1998 and has been revised a number of times. It applies to systems 100 kW and smaller. Since its inception, the law has included a threshold for full retail rate NEM, after which a utility may elect to propose an alternate compensation regime for the exported energy from distributed generation. The most recent change in 2019 modified the threshold to be June 30, 2029 or when a utility's cumulative generating capacity of NEM equals 4% of the utility's peak demand during 1996, whichever occurs first.[49] Utilities must report quarterly on their progress toward the NEM threshold.[50] As of the most recent reporting, five utilities had reached the NEM threshold[51] and two of the five had implemented alternate compensation rates that would provide less than full retail rate and in some cases, would not allow banking of credits month to month. Other utilities are nearing their NEM threshold, including regulated utilities PacifiCorp and PSE, and have signaled a desire to modify their NEM tariff, such as requiring customers with distributed generation to be on a time of use rate.[52] It is likely that, absent any legislative change, future distributed generation compensation will vary

---

[48] EnergySage. Washington Solar Panel Cost. https://www.energysage.com/local-data/solar-panel-cost/wa/ Accessed September 11, 2023.

[49] Net Metering of Electricity RCW 80.60. https://app.leg.wa.gov/RCW/default.aspx?cite=80.60

[50] WSU Energy Program. Net Metering. https://www.energy.wsu.edu/RenewableEnergy/NetMetering.aspx

[51] *Id.*

[52] Utilities and Transportation Commission. PacifiCorp General Rate Case: Direct Testimony of Robert M. Meredith at 41. https://apiproxy.utc.wa.gov/cases/GetDocument?docID=1606&year=2023&docketNumber=230172

significantly across the state. As demonstrated in the state's 2021 Fuel Mix Report, the generation mix between IOUs and COUs is fairly distinct, with IOUs currently more reliant on fossil fuel resources and COUs benefiting from greater access to federal hydropower resources.[53] This means that utilities see distinctly different clean energy value from distributed generation. In addition, for COUs, the local landscape and politics inform their electric rates and program offerings.

**Washington's Solar for All Program:** Washington's Solar for All Program will ensure that households see immediate benefits and savings on their electric bill. During the program planning year, we will work with as many electric utilities as possible to determine the average residential utility bill in their service territories and discuss how any pending changes to their NEM tariffs could impact energy burden reduction for customers participating in Solar for All.

WASH will fully cover the costs of rooftop solar installations so that income-qualified homeowners do not have to pay out of pocket and worry about financing. A household's bill saving under WASH will necessarily depend on their electric utility and the distributed generation tariffs available at the time of interconnection. To streamline program implementation, we plan to offer a standard 5 kW installation per household. EIA's Residential Energy Consumption Survey estimates the average Washington household uses 10,990 kWh annually. Using a conservative capacity factor for Washington of 14%, a 5 kW system is anticipated to produce 6,132 kWh per year. Our analysis of the two NEM successor tariffs currently approved in Washington indicates that a 5 kW rooftop system for the WASH Program will provide a residential household annual bill savings of at least 20%. For electric utilities still offering full retail rate NEM, customers could save closer to 50%. We will work with the vendors to support systems slightly larger than 5 kW in the unlikely event it is necessary to achieve the minimum 20% bill savings. In addition, energy efficiency measures can be implemented in households that need it, helping reduce overall household energy consumption and maximize the value of solar and its bill savings benefits.

Multifamily housing properties can participate in NEM as long as the solar system installed is less than or equal to 100 kW and it serves a single meter. To participate in ESSAP, we will require utilities to begin to enable all tenants of an affordable multifamily property with onsite solar to receive bill credits. While Commerce will work with partner utilities to encourage maximizing bill savings for these income-qualified tenants, the compensation rate provided will be determined by the utility's regulatory authority once the utility files an applicable tariff.

## 1.3.2  Third Party Ownership

There have been some examples of third-party ownership models in the state for other behind-the-meter technologies (e.g., a water heater rental program). However, there are not any currently operational third party ownership programs to Commerce's knowledge. Recently, PSE proposed a rooftop solar leasing program: PSE would have paid customers to lease their rooftop space but the electricity produced would be owned by the utility. Stakeholders expressed concern that this

---

[53] Commerce. Fuel Mix Disclosure and Greenhouse Gas Content Reports. https://www.commerce.wa.gov/growing-the-economy/energy/fuel-mix-disclosure/

program would not provide "a pathway for accumulation of wealth and increased property value."[54] PSE was directed to replace this proposed program with a rent to own offering.[55]

**Washington's Solar for All Program:** For the WASH program, part of Commerce's competitive procurement will include a desire to work with vendors that can leverage the ITC for households which may have little to no tax liability, so long as each vendor has a robust consumer protection plan in place that protects the homeowner first and foremost. This monetization of the ITC could occur through third party ownership of these rooftop systems, but Commerce would require the system to convert to full ownership by the homeowner within 5 years. Commerce is holding funding to fully fund rooftop solar installations, in case we are not presented with a proposal to monetize the ITC that meets our robust standards for consumer protection. If vendors can monetize the ITC while prioritizing the interest of income-qualified homeowners, we will be able to serve additional households through the WASH program.

### 1.3.3  Barriers to Interconnection

Interconnection rules and timelines vary by utility in Washington, meaning that different processes exist for similar projects based on where they are located. For IOUs, interconnection standards are overseen by the state's public utilities commission.[56] Interconnection rules for COUs are, however, overseen at the local level. The good news is that Washington's solar industry is adept at navigating these different frameworks as exemplified by the over 400 MW of small distributed solar already installed in Washington.

**Washington's Solar for All Program:** Commerce plans to tap into this existing expertise by working with multiple vendors to deploy single family solar under WASH. For ESSAP, under the current regulatory landscape, utilities will most likely own or contract with the vast majority of community solar projects, so interconnecting these projects should be fairly seamless. Since solar deployment is largely lacking in the affordable multifamily housing sector, this is where there may be the most challenges for interconnecting projects. For BEAMS, Commerce plans to use some of our state funding for low-income community solar as technical assistance to support projects from conception through interconnection. Commerce will seek to gather lessons learned on interconnecting solar on multifamily buildings to promote statewide process improvements.

Another interconnection barrier is for consumer-owned utilities who are customers of BPA, the federal agency that markets power from power facilities in the Northwest including 31 federal dams. Commerce's ESSAP has been designed to align with the proposed new long term contract rules between BPA and its customers. As proposed, BPA's new contract will allow COUs to develop distributed generating resources up to 1 MW without having to dedicate them in their contract.[57] We are planning on a 1 MW project size limit for ESSAP to ensure funding can be

---

[54] UTC Filing UE-210795. 10/10/2022 Testimony and Exhibits of Elaine Hart, Mariel Thuraisingham, Lauren McCloy, Roger Colton and Scott Reeves. SR-1T at 46: 17-18 and 46:23-47:1.https://apiproxy.utc.wa.gov/cases/GetDocument?docID=513&year=2021&docketNumber=210795

[55] UTC Filing UE - 210795.6/6/2023. Final Order 08 Approving Clean Energy Implementation Plan Subject to Conditions. Appendix A. https://apiproxy.utc.wa.gov/cases/GetDocument?docID=1015&year=2021&docketNumber=210795

[56] Washington Administrative Code Chapter 480-108 WAC: Electric Companies - Interconnection with Electric Generators. https://app.leg.wa.gov/WAC/default.aspx?cite=480-108

[57] "Bonneville will raise the minimum threshold required for a customer's non-federal resource to be included and tracked in the power sales contracts from a nameplate of 200 kilowatts to 1 MW. There will be no limit to the

used to support all income-qualified customers statewide, regardless of who their electric utility is. Commerce will use our state-funded technical assistance to support COUs who are interested in launching community solar projects to align with BPA's 2028 contract date. In addition, Commerce plans to allow transmission metering costs to be eligible for ESSAP funding since BPA will still require projects over 200 kW to have revenue grade meters.

## 1.3.4  Supporting Washington's RPS and 100% Clean Laws

Washington's state Energy Independence Act, passed by voter initiative in 2006, set the renewable portfolio standard (RPS) for the state, which is currently 15% for all electric utilities that serve more than 25,000 customers. CETA, passed in 2019, commits Washington to an electricity supply free of greenhouse gas emissions by 2045 (see Section 1.1.2). Under these laws, the market for renewable energy has grown tremendously, but there have also been some community concerns about where and how to site new projects, especially when there are competing land uses.

**Washington's Solar for All Program:** Our proposal will help utilities meet these standards by reducing utility electric load through behind the meter solar projects and supporting larger community solar projects. In addition, Solar for All directly aligns with the legislative intent in CETA to "demonstrate progress toward making energy assistance funds available to low-income households",[58] as further discussed in Section 1.1.2. To align with Washington policy direction around siting, Commerce will require that all ESSAP projects be located on structures, existing impervious surfaces, landfills, brownfields, previously developed sites, irrigation canals and ponds, stormwater collection ponds, industrial areas, Washington Department of Natural Resources (DNR) properties identified for solar development[59], and areas identified as least conflict in WSU's solar mapping process.[60]

## 1.3.5  Community Solar Regulatory Frameworks

Currently in Washington, there is no mechanism for enabling individually metered tenants of multifamily buildings to see electric bill reductions through onsite solar. The challenges this creates was demonstrated by one of the low-income community solar projects Commerce funded in 2019.[61] The project deployed rooftop solar at an affordable housing property in Western Washington that serves income eligible apartments which were originally all individually metered. To enable the property to benefit from NEM, the building was converted to a master-metered property in the process of installing solar. All bill credits are now allocated to a single meter. The housing provider pays the property's electric bill and uses an algorithm to charge each tenant for their estimated electricity costs based on the number of bedrooms in their apartment. While this project eliminated each tenant's basic charge and provided energy savings

---

number of non-federal resources a customer can add under 1 MW". Draft Bonneville Power Administration Provider of Choice Policy July 2023 at 12. https://www.bpa.gov/-/media/Aep/power/provider-of-choice/draft-provider-of-choice-policy.pdf

[58] RCW 19.405.120 Energy assistance for low-income households. https://app.leg.wa.gov/RCW/default.aspx?cite=19.405.120

[59] Washington State Department of Natural Resources. Clean Energy. https://www.dnr.wa.gov/programssservices/product-sales-and-leasing/energy

[60] WSU Energy Program. Least Conflict Solar Siting. https://www.energy.wsu.edu/RenewableEnergy/LeastConflictSolarSiting.aspx

[61] Commerce. Solar Deployment Grant Program. https://www.commerce.wa.gov/growing-the-economy/energy/clean-energy-fund/clean-energy-fund-solar-program/

that all tenants benefit from, it has tradeoffs since residents no longer have control over their own electric bill and cannot access opportunities to further reduce their energy costs through energy efficiency, time of use rates, demand response programs, and other conservation measures.

There is also no requirement in Washington that utilities enable households to participate in offsite solar projects through virtual net energy metering (VNEM). Most of the community solar projects in the state that have provided on-bill credits are operated by the applicable utility and these utilities' on-bill crediting system is not available to projects that are not directly managed by the relevant utility. In addition, the majority of these projects have been one-off efforts as a result of incentives - most utilities in Washington do not have ongoing community solar programs. Similar to NEM, utilities that do offer community solar options have different rate structures. Absent any legislative change, it is expected that utilities will largely administer the ESSAP projects to enable bill crediting to eligible customers. While Commerce will work with partner utilities to encourage maximizing bill savings for these households, the value of community solar bill credits will vary by utility.

**Washington's Solar for All Program:** Commerce will require all electric utilities participating in ESSAP to make on-bill crediting available to tenants of affordable housing properties with onsite solar, but the credit rate will be determined by the utility and their regulatory authority. In addition to making funding available for community solar projects, Commerce may allow utilities to access funding for enabling upgrades to support billing system updates directly tied to supporting Solar for All projects. Leveraging Solar for All funding and partnering with Washington's electric utilities, Commerce's proposal enables a new group of income qualified households to experience direct energy burden reduction through onsite solar.

In implementing ESSAP, we will need to navigate the different rates that utilities have adopted or will adopt for community solar projects. Using several electric utilities' community solar tariffs, we have determined that the community solar subscription size that an income-qualified household would need to receive in order to experience at least a 20% electric bill reduction is 8 kW. Commerce will work to right size the standard 8 kW subscription if needed to ensure that participating households receive at least a 20% bill reduction.

**Future Changes:** For the past several years, there have been legislative proposals to mandate that utilities create VNEM tariffs; a similar proposal is anticipated to be introduced in the 2024 legislative session.[62] Commerce's Solar for All proposal is grounded in the current regulatory landscape so we can ensure income-qualified households benefit from reduced energy burden absent any statutory changes. If a VNEM policy is enacted, the new policy would bolster Commerce's approach by enabling third party development and ownership of these projects.

## 1.3.6 Ensuring Broad Reach

Washington's utility landscape is complex with over 60 electric utilities and a mixture of COUs and IOUs. Only the IOUs are regulated centrally at the state level. As a result, all but three of Washington's electric utilities are regulated at the local level, which makes their rate structures, resource preferences, and approaches to equity informed by the local landscape and politics.

---

[62] Washington House Committee on Environment & Energy - 9/21/2023 Committee Meeting. Community Solar Policy Summary. https://app.leg.lihe.gov/committeeschedules/Home/Documents/31381?/House/31642/09-19-2023/09-21-2023/Schedule///Bill/#

**Washington's Solar for All Program:** We have developed our proposal to be nimble and flexible to ensure we can support income-qualified customers statewide. While the bill reductions that participants will experience will vary according to the rates of their applicable utility, we will ensure that every participant experiences a minimum bill reduction of 20% through continuous monitoring and improvement. We will also use our state funded technical assistance to reach portions of the state where participation and uptake in any of the program offerings may at first be delayed. We are proposing a program that includes four program offerings to address the different realities that limit access to solar based upon where people live.

## 1.4 Financial Assistance Strategy

Washington's Solar for All proposal focuses the vast majority of the requested funding on providing direct financial assistance to households. We heard during our initial outreach that it will be important that our Solar for All Program mitigate the burden of any upfront costs for low-income households and for developers and owners of affordable housing, and that we should provide an opportunity for renters to benefit from solar. Our Solar for All proposal proactively addresses these comments and provides meaningful direct financial assistance to participants.

**WASH**: Past incentive programs in Washington have paid incentives for solar after installation and often only partially.[63] To fully serve low-income households, we know we need to cover as much of the costs as possible. Our WASH program will fully cover the costs of a 5 kW onsite solar system and use 20% of the budget for the program to support associated enabling upgrades. This direct financial assistance will result in a 20%-50% electric bill savings for households. However, we will work with our vendors to support slightly larger solar system sizes in the unlikely event that this is necessary to achieve 20% bill savings. Assumptions:

- Each homeowner receives a 5 kW solar installation; installation cost of $3.50 per watt.[64]
- At least 3,000 homes participate for a minimum solar deployment of 15 MW.
- Approximately one-third of participants (1,000) receive battery energy storage. Each of these homes receive a 5 kW, 12.5 kWh battery (Estimated cost: $19,000[65]).
- 20% of the budget is held for enabling upgrades, such as roof repair and efficiency measures not covered by other programs.

Washington's Solar for All program will not work in a silo – coordinating marketing, outreach, and implementation of this program with other related home energy programs is key to ensure that we are maximizing benefits to income qualified households. Commerce's Energy Division also operates the state's weatherization program, and will be implementing the IRA Home Energy Rebate programs, so we will be in discussions with teams at Commerce as program design commences to align implementation to ensure households are receiving as much benefit as possible through all of these programs. Commerce will also prioritize vendor applications that seek to leverage existing energy assistance support such as weatherization and LIHEAP as a pipeline for identifying income-qualified homeowners.

---

[63] Washington's previous solar program, RESIP, paid participants up to 50% of the system price over 8 years

[64] This installation price is at the high end of the average cost per watt estimated by EnergySage for Washington. It is also higher than NREL's conservative estimates for residential PV in the latest version of the Annual Technology Baseline. Our cost estimate also does not include leveraging the ITC so it should be a fairly conservative estimate.

[65] NREL estimates the cost of a 5 kW 12.5 kWh battery to be $18,791 in 2022.
https://atb.nrel.gov/electricity/2022/residential_battery_storage

**ESSAP**: Our ESSAP community solar program will serve renters and other households without access to sufficient rooftop space to benefit from onsite solar. At least 85% of the value of solar energy generated must be passed on to income-qualified residential customers. Commerce will work with community solar project administrators to ensure that each income-qualified residential subscriber receives a bill credit equal to at least 20% of the average electric bill in the applicable utility's service territory, with a target of a 50% bill credit to maximize energy burden reduction. Based on Commerce's calculations, each subscriber will receive an approximately 8 kW share of solar. Although we assume that many of these larger projects will not be installed on existing buildings, $1,000,000 of the budget for the program (approximately 1%) will be held to support associated enabling upgrades. Projects can be between 200 kW and 1 MW. Assumptions:

- Targeting an installation cost of $2.00 per watt.[66]
- Each households receives a 8 kW subscription.
- At least 85% of value of solar energy generated must be passed on to income qualified customers.
- 4,000 households participate for an estimated solar deployment of over 36 MW, approximately 32 MW of which will serve income qualified households.

**BEAMS**: Solar for All funds will be used to provide financial benefit to tenants through solar deployment. To participate, projects would need to provide benefits from the solar energy generated to tenants, preferably as electric bill credits if the building is individually metered, or through a tangible benefit to tenants as agreed upon during contract award. We heard during outreach for this application that requiring 100% of the value of solar to be passed on to tenants as direct benefit could be a deterrent to some properties participating; Commerce or our vendor will encourage properties to share as much of the benefits with tenants as possible during contract negotiations, but at least 85%.

The financial mechanism for this program would be two loan funds: (1) a no-interest forgivable loan for enabling upgrades and (2) a revolving loan fund for solar investment. To administer these loan funds with proper safeguards in place, Commerce would seek to contract with a vendor with suitable financing expertise through a competitive procurement process, with a state agency with appropriate experience with financing, or with a Washington Green Bank, if one is established during the program planning year. The selected implementer would preferably also have familiarity with the financial structures of the affordable housing sector to be able to navigate the needs of both new and existing properties. Assumptions:

- Targeting an installation cost of $2.50 per watt.[67]
- Each household is allocated 5 kW for parity with the WASH program.
- 1,200 households participate for an estimated solar deployment of 6 MW over 4 years.

---

[66]  The Washington state legislature has established this as the target price for projects greater than 200 kW. RCW 82.16.183 at 11(a) https://app.leg.wa.gov/RCW/default.aspx?cite=82.16.183

[67]  $2.25 per watt is the target price for projects under 200 kW for the existing Community Solar Expansion program but we acknowledge that installations at affordable housing properties may have additional complexity. RCW 82.16.183 at 11(a) https://app.leg.wa.gov/RCW/default.aspx?cite=82.16.183

The other competitions through the GGRF may be complementary to Washington's approach. As the winners of those competitions are announced, Commerce will coordinate as appropriate to ensure alignment between Solar for All deployment and clean energy financing products.

**Tribal Solar Program**: The specific details of this program will be co-designed with tribal governments, but at least 75% of the overall budget for this program will be direct financial assistance, in compliance with the Solar for All grant requirements.

## 1.5 Project-Deployment Technical Assistance Strategy

Deploying direct financial assistance will be a key part of our Solar for All program, but technical assistance will be needed to amplify its reach and support implementation of the program. We largely anticipate using existing programs funded by the state and administered by Commerce to support technical assistance as in-kind match, such as the $19.5 million in annual funding that Commerce has to support low-income community solar projects. Technical assistance will likely include up-front project design including site identification for community solar deployment and solar system sizing and design as well as other activities described below.

**Technical Assistance for a Skilled Workforce:** As discussed in Section 1.2.5, Commerce anticipates robust partnerships with other state agencies, boards, and outside entities that focus on workforce development to align our investments in developing a skilled solar workforce. Washington's Solar for All proposal will invest in a skilled workforce in a few ways:

1. For WASH, Commerce will require workforce development and training opportunities to be provided in every Solar for All funded single family home solar installation as described in Section 1.2.5. We anticipate that vendors will fold these costs into project deployment costs, as trainees will participate in installations and associated activities.
2. For ESSAP and BEAMS, Commerce will prioritize projects for funding that create workforce development opportunities, for example hiring individuals associated with job training organizations or that promote hiring in the areas mentioned above. These costs are built into the estimated project costs.
3. Through the Tribal Solar Program, it is anticipated that workforce development will be a prime program component. For example, tribal consultation may lead to this program investing a portion of the funding into solar workforce training for tribal members.
4. Invest staff time in consulting with workforce agencies and partners to promote these workforce training opportunities and identify other ways to enhance the solar workforce to support this program and the overall market.

**Technical assistance for interconnection challenges:** As a state with many different electric utilities, most of which that are regulated at the local level, interconnection standards vary widely. However, the solar industry has been able to ably adapt to these standards; Commerce plans to tap into this existing expertise by working with multiple vendors to deploy single family solar under WASH. For ESSAP, under the current regulatory landscape, utilities will most likely own or contract with the vast majority of community solar projects, so interconnecting these projects should be fairly seamless. For BEAMS, since solar deployment is largely lacking in the multifamily affordable housing sector, this is where there may be the most challenges for interconnecting projects. Commerce plans to use state funding for low-income community solar as technical assistance to support these projects from conception through interconnection.

**Technical assistance for installation-specific issues:** With an intent of deploying projects statewide and in many different communities, Commerce wants to ensure that our programs do not run into issues regarding siting, land use, permitting, building codes, or other installation-specific issues. To support these projects, Commerce will lean on existing resources:

- Project siting: We do not anticipate that ESSAP projects will run into siting issues, as we will require that they be located on previously developed sites and other locations as noted in Section 1.3.4. Commerce will continue to engage with state efforts to identify appropriate sites for solar that do not conflict with other uses.
- Permitting and land use: We do not anticipate significant permitting-related barriers for WASH implementation, as we expect to work with vendors who are adept at navigating solar permitting for single family homes. However, multifamily affordable housing may need more support navigating these issues. Commerce has $19.5 million in annual funding that accelerates solar and battery storage community solar projects serving low-income communities. The appropriations language provides that funding may be used for "planning and predevelopment work with vulnerable, highly impacted, and rural communities."[68] This funding will be leveraged to support early planning and design for affordable housing properties. It can also be utilized to support affordable housing properties that are master-metered and are looking to identify models for providing benefits to tenants through mechanisms other than via direct energy bill savings.
- Building codes: Any new multifamily affordable housing properties that participate in BEAMS may need support navigating the new energy code, currently set to take effect in March 2024. This code will require that new properties have a renewable energy generating system of at least 0.5 watt per square foot[69], with some exceptions. Commerce anticipates that Washington will pursue separate funding under the IRA to support code implementation (e.g., additional training), and will align those efforts with this program.[70]
- Inspection and quality control: We anticipate serving at least 3,000 households through WASH; to ensure projects are installed properly, we anticipate performing quality inspections for a percentage of projects, as discussed in Section 2.2.2. We will also develop a plan for any needed quality control at other projects funded by Solar for All.

## 1.6 Equitable Access and Meaningful Involvement Plan

Commerce is committed to an open and continued dialogue with communities and stakeholders on this Solar for All program. This approach will continue what was initiated this summer as Commerce began work on this application:

- Prior to the Solar for All RFA opening, we posted a Request for Information to help inform our approach. This RFI was open June 9-30, 2023 and received 77 responses.
- On August 22, 2023 we held a public webinar with 154 participants to present our draft Solar for All proposal and receive feedback. We also offered an online comment form as an alternate method to collect feedback. Approximately twenty comments were collected, either through the form, the email address, or directly communicated to staff.

---

[68] Making 2023-2025 fiscal biennium operating appropriations. Page 94. https://app.leg.wa.gov/billsummary?BillNumber=5187&Year=2023&Initiative=false

[69] 2021 Washington State Energy Code at Section C411.1 On-site Renewable Energy https://sbcc.wa.gov/sites/default/files/2023-05/2021_WSEC_C_2ndPrint_0518023.pdf

[70] DOE. Technical Assistance for the Adoption of Building Energy Codes. https://www.energy.gov/scep/technical-assistance-adoption-building-energy-codes

- In September 2023, we presented at an annual meeting of the Affiliated Tribes of the Northwest Indians (ATNI) to share initial ideas and tee-up future tribal consultation.
- We held follow-up conversations with stakeholders to clarify comments.

While we have attempted to be broad in our outreach, we know that only a few months of engagement on a program this large and complex is not sufficient and we likely did not hear from all voices and communities. In addition, our 2021 State Energy Strategy acknowledges that equity is not in and of itself assured through public meetings. Historically excluded voices must be intentionally sought out, respected, empowered, and privileged.

We are also directed by state law to center environmental justice in our engagement. The HEAL Act directs certain state agencies, including Commerce, to:

- Adopt a community engagement plan that centers on environmental justice.
- Incorporate environmental justice into our strategic plan.
- Develop a Tribal consultation framework.
- Prioritize environmental justice in budget and funding decisions.
- Conduct environmental justice assessments for Significant Agency Actions – Washington's Solar for All programs will all count as Significant Agency Actions.[71]

**Washington's Solar for All Program.** We will make full use of the program planning year and will be informed by the best practices in meaningful engagement, such as is suggested by Front & Centered in their Accelerating a Just Transition in Washington State[72] report and Washington's Environmental Justice Council's recently released Community Engagement Values and Guidance document.[73] During this year, we plan to:

- Develop a clear website for the program, written in an accessible and clear way.
- Develop or leverage an existing email listserv for those interested in the program.
- Make clear through all communication when there are decision points about the program, how people can provide feedback, and how decisions will be made.
- Leverage Commerce-led statewide meetings on energy assistance to present on our Solar for All proposal and opportunities to engage on implementation (beginning now).
- Hold a kick-off meeting for the public to detail plans and ways to get involved.
- Hold quarterly meetings on progress in implementing the program and any key design questions. Schedule meetings that can work for most interested stakeholders, including evenings or weekends. Offer virtual meetings and comment sessions. For any in-person meetings, schedule in locations accessible to communities highly prioritized for outreach.
- Attend community events and other events to solicit feedback on program design questions, including in-person engagement and tabling. Provide translated materials in languages most commonly found in the state. Attend existing venues and workgroups with an interest in equitable deployment of solar in the state, such as the state's Environmental Justice Council.

---

[71] Commerce. Environmental Justice. https://www.commerce.wa.gov/program-index/environmentaljustice/
[72] Front and Centered. Accelerating and Just Transition in Washington State: Climate Justice Strategies from the Frontlines. https://frontandcentered.org/wp-content/uploads/2020/10/Front-and-Centered-Accelerating-Just-Transition-WAState.pdf
[73] Community Engagement Values and Guidance document. Adopted by the Environmental Justice Council on August 25, 2023. https://waportal.org/sites/default/files/2023-09/EJ%20Council/2023.08.25%20ADOPTED%20Community%20Engagement%20Guidance.pdf

- Engage deeply with organizations that may interact with eligible households on similar projects to align programming, messaging, and share best practices for outreach.
- Toward the end of our program planning year, develop an environmental justice assessment and solicit public feedback on it, as required by our state processes.

Some specific program design questions we are particularly eager to receive community feedback on include best ways to conduct outreach to households that have traditionally not participated in clean energy programs, and how best to prioritize targeted communities to ensure we are meeting our environmental justice goals and the intent of Justice40. Initial ideas for attracting households to these programs include:

- Selecting vendors with deep community connections that can be trusted partners.
- Working with community action agencies across the state, who often implement weatherization programs and other assistance programs.
- Sharing information with community-based organizations; working with these organizations to identify potential households.
- Encouraging utilities to share information on the program with energy burdened customers or those who contact them with high bill complaints.
- Co-deployment with the IRA Home Energy Rebates and weatherization programs.
- Communicate about available solar programs with customers who are already participating in other income-qualified programs, such as LIHEAP and SNAP.

How we qualify customers for the program will be another aspect that we fully develop during the program planning year. We will plan to leverage existing programs that establish income-eligibility such as income-verified federal assistance programs and utility assistance programs. Given the overlap between the IRA Home Energy Rebates program definition of low-income and Solar for All's definitions, as well as the need to co-deploy these programs to maximize benefits to households, we anticipate aligning eligibility requirements and processes between these two programs. Self-attestation is allowable under the IRA Home Energy Rebates program, but only with 50% verification, so at this time, we do not anticipate allowing many, if any, households to self-verify into the WASH program. We will refine these requirements through the Solar for All program planning year and through the IRA Home Energy Rebates development, which is on a slightly faster timeline. Particularly for the ESSAP program, we will work during program design to find the balance between program rigor and ease of applying.

Once the program is fully underway after the program planning year, Commerce is committed to regular report-outs on implementation, soliciting feedback on possible program changes or additions. We will work with partners and vendors to ensure that program offerings under Solar for All are reaching households statewide and make iterative adjustments to improve accessibility of the program. To maintain a sustaining program after the grant period of performance, communities across Washington will need to understand the value of Solar for All, so engagement is a key piece of our program.

**Washington's Solar for All Tribal Consultation and Engagement:** We are proposing a specific Tribal Solar Program that will be co-designed with tribal governments; tribal engagement will be well informed by Commerce's existing tribal engagement and consultation policies. In addition, under the HEAL Act, Commerce is required to develop a tribal consultation framework, conduct consultation on actions that affect tribes' rights and interests in their tribal lands, and assess environmental benefits and harms of all program implementation activities.

To ensure that our engagement is aligned with statewide best practices, Commerce will work with our Office of Tribal Relations and with the Governor's Office of Indian Affairs, who are also supporting the development of other IRA programs, including the Climate Pollution Reduction grant. Commerce can also use existing tribal climate action plans to support objectives and outcomes, including the Columbia River Inter-Tribal Fish Commission's (CRITFC) Energy Vision[74], Spokane Tribe's Climate action plan[75], Makah Tribe's renewable energy plan[76] and climate resilience plan[77] and Quinault Indian Nation's climate resilience plan[78] .

Commerce plans to coordinate with an expansive group of tribal entities and resource groups to support program design and marketing, including but not limited to:

- Commerce's Tribal Advisory Committee (COMTAC), a Commerce-convened committee
- Affiliated Tribes of Northwest Indians (ATNI) represents over 50 Northwest tribal governments. Commerce regularly attends ATNI events to engage with members.
- Upper Columbia United Tribes (UCUT), whose members include Confederated Tribes of the Colville Reservation, Spokane Tribe of Indians, and Kalispel Tribe of Indians.
- Northwest Indian College (NWIC) is a public tribal land-grant community college in Bellingham, WA and is the only accredited tribal college serving reservation communities of Washington, Oregon, and Idaho. NWIC has launched a solar energy training program to support growth of renewable energy workforce among tribes.
- Environmental Protection Agency Region 10 Thriving Communities Technical Assistance Center (TCTAC) Program at the University of Washington.[79]
- Tribal and Tribal-Serving Community Development Finance Institutions (CDFIs).
- Tribal planning groups and program implementers such as the South Puget Intertribal Planning Agency and Small Tribes Organization of Western Washington.

Commerce notes that five Washington-area tribes have submitted a Solar for All notice of intent: Nisqually Indian Tribe, Lummi Nation, Nez Perce Tribe[80], Makah Tribe, and Confederated Tribes and Bands of the Yakama Nation – as well as ATNI.[81] We are in the process of connecting with these tribes and tribal entities to hear more about their Solar for All proposals.

## 1.7 Program Planning Timeline and Workplan Narrative

As detailed in the above sections and in Attachment D, Commerce intends to make full use of the Program Planning Year (PPY) to design and refine details of the Solar for All program. The

---

[74] CRITFC. Energy Vision for the Columbia River Basin. https://critfc.org/energy-vision/

[75] Spokane Tribe of Indians. Sustainable Community Master Plan. https://spokanetribe.com/wp-content/uploads/2020/03/FINAL_2015_SCMP.pdf

[76] Makah Indian Tribe. Comprehensive Renewable Energy Feasibility Study for the Makah Indian Tribe. https://www.osti.gov/biblio/850362

[77] Makah Tribe's Resilience, Adaptation, and Mitigation Planning. https://www.energy.gov/indianenergy/makah-tribe-2017-project

[78] DOE. "DOE Assists Quinault Indian Nation with Plans for a Climate-Resilient Community" https://www.energy.gov/indianenergy/articles/doe-assists-quinault-indian-nation-plans-climate-resilient-community

[79] University of Washington Center for Environmental Health Equity. https://deohs.washington.edu/cehe/

[80] Nez Perce Tribe is federally recognized but is not currently located in Washington State. However, there are previously ceded lands in Washington, and the tribe has hunting rights within Washington.

[81] EPA. Solar for All Notices of Intent. https://www.epa.gov/greenhouse-gas-reduction-fund/solar-all-notices-intent-tribal-governments#wa

focus of the PPY will be on: hiring staff, running competitive procurement for vendors, conducting stakeholder outreach to further define details of the program, including metrics; conducting formal consultation with tribal governments for our Tribal Solar Program; and substantial outreach and marketing to ensure that communities are aware of the programs as they launch. We will use the program planning year to make any adjustments to our approach based on any legislative changes that occur in early 2024 and to incorporate relevant guidance from EPA regarding Build America, Buy America and the Davis-Bacon Act. Throughout program rollout, Commerce will be nimble, adaptive, and responsive in our approach. As detailed in Attachment D, many of the PPY activities will inform a robust Program Plan that will be the implementation guidebook for our Solar for All program.

Beginning in budget year two, Washington will fully launch its Solar for All offerings. Keeping the public and interested stakeholders up to date will be a continuing key activity. For each of the program offerings, we plan to develop a program landing webpage that will be regularly updated with metrics and program information. For WASH, this will include contact information for selected vendors so that households who are interested in participating can be put in touch with the appropriate entity. For ESSAP, we will develop a dashboard indicating the status of allocated and available funds and how qualified customers can sign up for a community solar subscription. For BEAMS, we will leverage contacts developed through state-funded community solar technical assistance to connect multifamily affordable housing owners and operators with our chosen vendor to begin the process of accessing financial support. For the Tribal Solar Program, we will develop communication materials that are in alignment with program design decisions made in consultation with tribal governments. In addition, during the implementation period, we will hold regular report-out meetings. These events could include public workshops (approximately twice a year), attending solar industry events to provide updates, and tribal-specific outreach events.

As discussed more in Section 2.3, we intend to conduct a mid-point evaluation of our program to help inform any changes needed; we estimate the timeline for this evaluation would happen after the first full year of implementation.

## 2. Program Administration Narrative

The Washington State Department of Commerce would be the prime recipient for funds for Washington's Solar for All Program: its mission is to strengthen communities in Washington. Commerce is the lead state agency charged with enhancing and promoting sustainable community and economic vitality in Washington. Commerce houses the Energy Division, which is Washington's State Energy Office. The Energy Division oversees the state's energy policy development and implements many clean energy grant programs, including state-funded solar incentive programs. The Energy Division works closely with the other policy divisions of Commerce: the Office of Economic Development and Competitiveness, the Community Services Division, the Housing Division, and the Local Government Division, as well as other state agencies, and the Governor's office.

Commerce has strong policies and procedures to efficiently and responsibly manage a grant such as Solar for All, and has the capabilities and expertise to achieve the grant's goals.

## 2.1 Budget Narrative

As an agency with the mission to *strengthen communities*, Commerce has the statutory role of developing programs and passing through funds to entities throughout the state, including local governments, tribes, community based organizations, and utilities, among others. Commerce has deep expertise in implementing a wide variety of both state and federal grant programs, as discussed in Section 3. Currently, Commerce disperses billions of dollars annually over more than one hundred different programs. The agency has relationships within communities as well as regional expertise to help ensure statewide accessibility to programs.

The staffing assumptions for the Solar for All program are designed to provide cross functional support as well as core expertise for each program, which supports a community of practice for all clean energy programs, including existing solar grant programs. Reporting, monitoring, and verification activities will be supported in a cross functional way. As Commerce continues to build overall capacity for equitable and accessible clean energy programs, there will be continued work across the agency to streamline our program administration. Commerce assumes that the bulk of program design work will happen in the first three years of the program.

Commerce will periodically evaluate these budget allocations and may adjust funding between programs depending on community feedback, deployment success of programs, and other factors. Based on our evaluation and success, Commerce could pursue agency request legislation and budget requests to continue support of the programs established under this proposal. Table 3 summarizes the direct financial assistance and direct and indirect costs for each program. Full details are available in Attachment E.

TABLE 3. BUDGET SUMMARY

| Program | Direct Financial Assistance | Direct Costs | | | Indirect (Federal Indirect Rate) | % of budget |
| | | Salary and Benefits | Travel, Other Direct | Consultant and Legal Services | | |
|---|---|---|---|---|---|---|
| 1. Single family program (WASH) | $94,383,000 | $1,171,845 | $151,069 | $250,000 | $385,537 | 38.5% |
| 2. Low-income community solar program (ESSAP) | $73,460,000 | $1,421,972 | $151,069 | $250,000 | $467,829 | 30.3% |
| 3. Multifamily program (BEAMS) | $11,000,000 | $1,717,845 | $151,069 | $250,000 | $385,537 | 5.2% |
| 4. Tribal solar program | $62,000,000 | $1,882,855 | $196,912 | $250,000 | $619,459 | 26% |
| TOTAL | $240,783,000 | $5,648,517 | $650,120 | $1,000,000 | $1,858,362 | |
| % of budget | 96% | 3% | | | 1% | |

Commerce will pass through 96% of the total funds as direct financial assistance, implemented as subgrants (in the case of ESSAP and the Tribal Solar Program) or through contracts with vendors (in the case of WASH and BEAMS). Workforce training opportunities enabled through WASH, ESSAP, and BEAMS projects are included in the estimated installed cost of projects. Since we have built our budget to fully cover rooftop solar and community solar installations in advance of leveraging the ITC, there should be sufficient funding to support robust technical assistance for workforce development. Of the remaining funds, 3% will go to Commerce to support internal administration and staffing, consultants, travel, supplies, and other direct costs and 1% will be used to cover Commerce's federal indirect rate.

Commerce has set aside $1,000,000 for consultant fees and legal fees for: tribal mediation to support contract negotiation and state attorney general time; translation services; program evaluation; and other services and program needs identified during the PPY.

As discussed in Section 1.5, technical assistance for projects will be supported through in kind match, as we draw upon state funded resources provided in our operating budget. Commerce has $19.5 million annually to support planning, pre-development, and deployment of low income community solar projects; we plan to use a portion of these funds to support Solar for All.

## 2.2 Fiscal Stewardship Plan

As a state executive-level agency tasked with implementing programs across the state of Washington with both state and federal funds, the Commerce is well-suited to effectively administer the Solar for All grant from EPA and be a strong fiscal steward for these funds.

### 2.2.1 Grant Management Experience

For the 2023-2025 budget biennium, Commerce is administering a budget of $7.9 billion, including a $5.1 billion in capital funding, one of the largest capital budgets amongst Washington state agencies. Much of the funding is provided to Commerce from the state legislature to support direct and competitive grants to communities across the state.

Commerce is governed by a set of accounting and budget policies that ensure efficiency in how the money flows into the agency, how it is documented and accounted for, and how reporting is conducted. These policies include ones around risk management, the federal award process, and cost allocation to programs. All of these policies are in alignment with Washington's Office of Financial Management (OFM), which sets the grounding accounting and administrative policy for the state,[82] and following Commerce's financial management policy, which among other requirements, directs Commerce to design financial policies, procedures, and practices "to be compliant with federal and state laws and regulations."

Commerce also has strong policies and procedures governing how it distributes money. As an entity that manages more than 100 programs, Commerce has robust processes around competitive procurement, which are in alignment with federal requirements. These policies include requirements around record retention, disclosure of conflicts of interest, and clear documentation around contracting decisions. Commerce also has internal audit and control

---

[82] Washington OFM. State Administrative and Accounting Manual.
https://ofm.wa.gov/sites/default/files/public/legacy/policy/SAAM_22A-05_2022_07_01.pdf

policies in place to effectively manage risk and prevent waste, fraud, and abuse of funds, and to respond to any findings of our state's Single Audit.

Commerce has wide experience in receiving, managing, and reporting on federal grants and complying with the Code of Federal Regulations' requirements for administering federal grants. In addition to the awards noted in Attachment F, recent federal awards have included those from EPA (e.g., Climate Pollution Reduction formula planning grant), DOE (e.g., formula Weatherization Assistance Program funds), and the U.S. Economic Development Administration (e.g., COVID Safe Start projects).

Washington's Solar for All application does not propose any named subrecipients or named contractors. If awarded, Commerce will use its standard procedures to fairly select vendors and transparently name subrecipients; these procedures will be in alignment with federal rules. We do anticipate Solar for All funds will be deployed through tribal governments located in Washington, but details will be determined through consultation and transparently with EPA and the public.

## 2.2.2 Consumer Protections

Washington's Solar for All program must not only provide consumer benefits, but also proactively protect households, and so our program will include robust protections.

For solar installations, we know that there are already instances of problematic advertising and some households being overpromised benefits, such as unrealistic payback periods. Currently, Commerce is pursuing agency request legislation to establish new consumer protection measures for solar installations. This legislation would specifically address contracts between property owners and solar installers to ensure that the costs and savings of installing solar energy are accurately described, so that households can make informed decisions about solar. We are working with stakeholders to demonstrate the immediate need of this bill, particularly before we launch offerings to make solar more accessible to income-qualified customers.

Regardless if this bill passes the legislature in the 2024 session, we plan to incorporate similar requirements for our Solar for All offerings. We will require that WASH vendors:
- Communicate in clear, understandable language, including providing needed translation.
- Provide documentation that explains the value of the project; any long-term maintenance costs; any impact on the household's ability to sell or refinance their home; their consumer rights; and the contact information for the vendor to address any complaints.
- Submit to Commerce documents relating to interactions with households, and submit for preapproval any sales and marketing materials and training materials.
- Develop or have a meaningful process for handling consumer complaints and detail what interaction is needed from Commerce in the process.

Commerce reserves the right to terminate a contract with any vendor for cause, such as unreasonable number of complaints. If subcontractors are used in the Tribal Solar Program, we anticipate there will be similar provisions, depending on the specific design of the program.

For the ESSAP program, community solar companies are required by law to register with our state's public utilities commission, which has a formal process to register complaints.[83]

---

[83] Washington RCW 80.28.375. https://app.leg.wa.gov/RCW/default.aspx?cite=80.28.375

The BEAMS program will work directly with multifamily affordable housing properties, rather than with households. We anticipate that the vendor or organization we work with will have robust experience with financing of these kinds of properties. Though we do not anticipate that the financing products under BEAMS will result in long-term debt for a property, there will be some short-term debt for those awaiting incentives to be paid back; we will work with the vendor to develop terms that ensure that no property is overleveraged. Part of the BEAMS program includes capitalizing a revolving loan program; we will work with the vendor to ensure that program income that comes back into the fund is properly accounted for and moved back into the fund for further use. Commerce works closely with WSU Energy Program staff, which will aid our ability to ensure incentives are accurately estimated and are paid out timely.

### 2.2.3 Ensuring Benefits to Households

We are committed to maximizing benefits to households - our programs aim to provide a minimum of 20% utility bill savings for households, but is targeting at least 50% bill savings for participants. To ensure that these benefits are reaching households:

- For a percentage of WASH projects, Commerce will perform spot checks and quality install inspections to ensure that these projects are meeting the expected household savings predicted and that measures were installed as reported. For example, we may require that a vendor have the first three projects and 5% thereafter be inspected. These requirements will be developed as part of contract negotiations.
- Under ESSAP, we will require reports on subscribers' electric bills, scrubbed of any personally identifiable information, to ensure expected benefits are reaching subscribers.
- For BEAMS, we will require affordable housing owners to report on the savings and how it has been passed onto customers. We may perform site visits to review installations and any non-financial benefits that are provided.
- As described in Section 1.6, to verify income qualifications, we will leverage other assistance programs, and will align with other utility and state procedures.

## 2.3 Reporting Plan

Commerce is confident that we are able to fulfill the reporting requirements of EPA's Solar for All Program. Commerce staff, and specifically the Energy Division, have managed a number of federal grants, and have successfully met the reporting requirements and achieved outputs, as further detailed in Section 3 and Attachment F. As an executive level agency in the State of Washington, Commerce also participates in the state of Washington's Single Audit, which ensures that the state and its agencies are using federal funds appropriately and is in compliance with all applicable requirements and regulations of each grant award.[84]

**Staffing for Reporting**: For Solar for All, our staffing proposal includes sufficient staff for each program offering we are developing to request, track, and manage data for the program, and to develop reports for both EPA and for the general public. Each program offering includes dedicated staff to focus on monitoring, reporting, and compliance.

Once agreed upon metrics are developed during grant award negotiations, Commerce intends to convene a kick-off meeting with staff and subsequently hold regular internal team meetings. The kick-off meeting will include a review of the key pieces of data and metrics of success that we

---

[84] Washington Office of Financial Management. Single Audit Report. https://ofm.wa.gov/accounting/financial-audit-reports/single-audit-report

are tracking, as preliminarily proposed in Section 1.1.6, and a discussion to inform our collective understanding of how the needed data will be collected, calculated, and reported.

**Contractors:** Any contracts, vendors, or subrecipients selected by Commerce to assist with implementation will also include reporting requirements as part of their scopes of work. For example, for the WASH program, any vendor will be required to report on the following: address of project, means of income-qualification, energy efficiency measures installed, size of solar PV system, storage measures installed, and expected household savings as a result of the project. Vendors will maintain strict confidentiality of any and all sensitive and personally identifiable information. For a percentage of projects, Commerce plans to do spot checks and quality installation inspections to ensure that these projects are meeting the expected household savings predicted and that measures were installed as reported, as discussed in Section 2.2.3.

**Evaluation of the Program**: We intend to conduct a mid-point evaluation of our program to help inform any changes and adaptive management needed. We will discuss the specifics of when this program evaluation might occur with stakeholders during program design and with EPA, but our preliminary estimate is that this would happen after the first full year of implementation, to help inform the following three years and ensure ultimate impact. A key part of this evaluation will be review of available quantifiable data, as well as interviews with relevant stakeholders, to help inform whether the program is on track to meet its expected outputs, outcomes, and goals. Evaluation results will be reviewed with Commerce program staff and with any vendors as appropriate, to determine any needed changes in outreach to households, installation of measures, and any directional shifts Washington's program should take to stay on track toward success. Commerce is committed to proactively discussing preliminary and final evaluation findings with both Washington stakeholders and with EPA.

## 3. Programmatic Capability & Environmental Results Past Performance

Commerce would be the prime recipient for funds for this project. Commerce has a long and successful history of receiving and managing federal grants, meeting reporting requirements, and achieving goals. We are confident that Commerce and specifically its Energy Division will be able to successfully achieve the objective of Solar for All with our proposal, as well as provide reporting as required in a timely and efficient manner.

The Energy Division is the recipient of newly awarded funds under the Investment Infrastructure and Jobs Act (IIJA) and will be administering and reporting on these grants: the Grid Resilience Funding ($23.4 million for FY24-25) and the Energy Efficiency Community Block Grant ($2.27 million), in addition to its new allotment of State Energy Program and Weatherization Assistance Program funds awarded through IIJA. Under the IRA, Commerce is managing the EPA Climate Pollution Reduction planning grant on behalf of Washington. We also anticipate receiving future formula funding and potentially some competitive funding under IIJA and IRA.

Commerce's Energy Division will assemble a capable and qualified team to design, implement, and report on this grant. We anticipate developing a new team in our Energy Programs in Communities (EPIC) unit to manage and implement the Solar for All grant. This team will include staff with expertise in contract management, solar programming, community outreach and engagement, tribal consultation, financing, and federal grant compliance. This team will intersect with our Energy Policy Office, our Office of Tribal Relations, our central contracting

and internal controls office, our budget team, and our federal funding coordination team. The key staff who will provide strategic guidance and oversight for this program include:

**Jennifer Grove, Managing Director for EPIC**, has over two decades of expertise in executing and spearheading clean energy initiatives. She leads a team of 50+ staff, partnering with communities to design and implement energy and environmental justice programs. Her team administers a grant portfolio worth $500 million that includes federal, state, and private sector funding; these programs aim to reduce the energy burden for low-income households, promote access to clean energy technologies, and advance environmental justice. She is responsible for negotiating and overseeing the execution of all contracting, including multimillion dollar state contracts and complex federal awards. Ms. Grove was previously Executive Director of a nonprofit, Spark NW. During this time, she provided strategic direction and led coalitions to expand solar in the Pacific Northwest. During her tenure, Spark NW launched the first community solar projects in the nation and introduced a unique solar group purchase program, which sparked replication efforts nationwide. Ms. Grove contributes her expertise in national forums and has co-authored DOE publications on solar.

**Larry Mattson, Renewable Energy Grants Section Supervisor in EPIC**, is currently responsible for overseeing more than $100 million in annual funding for renewable energy grant programs for the state. Mr. Mattson has extensive experience with energy facility siting, land use and capital facility planning, contracting, and grants management through various positions held at the city, county, regional, and state levels, and in private industry.

**Jill Eikenhorst, Solar Section Supervisor in EPIC,** oversees a portfolio of solar grant programs funded at over $100 million. In her time at Commerce, she has developed multiple new clean energy grant programs and piloted new technical assistance offerings. In her previous role at Spark Northwest, she developed and managed utility grant programs for solar and EVs and managed solar and heat pump group purchase campaigns, including a groundbreaking solar program for low-income homeowners in partnership with a community land trust. She has a decade of experience managing grant-funded programs, including federal grants.

**Nora Hawkins, Senior Energy Policy Specialist in Energy Policy Office**, works on renewable energy and energy storage policy at Commerce. She has developed clean energy policies in several states and with the federal government. At the California Public Utilities Commission, she oversaw the Self-Generation Incentive Program and three programs focused on expanding solar access to environmental justice communities. Ms. Hawkins helped launch Washington, DC's Solar for All program to reduce the energy burden of low income residents through solar deployment. She is passionate about expanding access to solar and storage and finding ways to bring the benefits of clean energy to communities through innovative policy and implementation.

**Michelle Gladstone-Wade, Tribal Liaison in the Office of Tribal Relations**, leads agency efforts to develop and strengthen government-to-government relationships and tending to developing working relationships with tribal governments. Previously, she worked with the Washington State Department of Revenue building relationships with Tribes in the area of compact administration. Before state service, she spent 10 years at a Tribal College with experience spanning tribal economic development, tribal governance, business administration, and Indigenous research. Ms. Gladstone-Wade grew up surrounded by traditions old and new, and the teachings from her Suquamish Tribe and Shxwhá:y Village lineages have molded her character and values and serve as the foundation of her approach to tribal relations.

# WASHINGTON STATE SOLAR FOR ALL PROPOSAL
### Attachment A: Summary Cover Page

1. **Program Title:** Washington State Solar for All

2. **Brief Program Summary:** Through Solar for All, Washington will launch four programs that will expand solar access to income-qualified residents and frontline communities throughout the state. These programs will complement existing programs and policy to support distributed solar in the state. Washington's proposal includes a program focused on single-family homeowners, a program that expands community solar access, a program that helps multifamily affordable housing properties access other state and federal solar incentives, and a program focused on tribal solar deployment that will be co-designed with tribal governments. These programs will be focused on ensuring the benefits of solar accrue to low-income households throughout the state, with a specific focus on environmental justice communities, in alignment with Justice40 and with Washington's environmental justice commitments.

3. **Applicant Name:** Washington State Department of Commerce

4. **Award Type:** Award Option #1

5. **Applicant Eligibility:** The Washington State Department of Commerce is applying on behalf of the state of Washington and is an executive-level agency of the State, as detailed in Attachment C.

6. **Program Location:** Washington State

7. **Program Scope of Work:**
With these funds, the Washington State Department of Commerce will design, develop, and implement the following programs over the period of performance:

1. <u>Washington Affordable Solar Homes (WASH)</u>: Provide income-qualified homeowners with no-cost rooftop solar installations, support enabling upgrades, and, for those who can benefit most from enhanced resiliency, paired energy storage. Through this program offering, Washington anticipates serving at least 3,000 households. (38.5% of budget)

2. <u>Expanded Shared Solar Access Program (ESSAP)</u>: Support larger community solar projects for income-qualified households through a new program that is complementary to existing state programs. Through this program offering, Washington anticipates serving at least 4,000 households. (30.3% of budget)

3. <u>Bridging Energy Affordability through Multifamily Solar (BEAMS)</u>: Pair funding for enabling upgrades with a low or no-interest revolving loan fund to allow multifamily affordable housing properties to access and leverage existing state and federal funding for solar. Through this program offering, Washington anticipates serving at least 1,200 households over the Solar for All period of performance, and providing for a sustainable source of future funding through a revolving loan fund. (5.2% of budget)

W.D. Wash. 000431

4. Tribal Solar Program: Formally consult with federally recognized tribal governments located in Washington to co-create a tribal solar offering. While the metrics of success for this program will be co-designed over at least the next year, Commerce hopes to serve at least 2,000 households with this offering. (26% of budget)

These programs will be supported by in-kind existing state solar technical assistance programs and funding. Washington anticipates using over 96% of the proposed budget from federal Solar for All funds for direct financial assistance to households.

8. **EPA Funding Requested:**
   NOI Amount: $250,000,000
   Final Requested Amount: $250,000,000 (Medium Program)

9. **Population of census tracts identified by CEJST as disadvantaged**:
   Washington State: 1,469,346

   This number is the sum of the population in census tracts in Washington identified as disadvantaged by the CEJST (Column T and Column W, 1,429,534) and the sum of a proportion of the population of census tracts identified as being partially in Tribal areas (Column EC and Column W) that were not otherwise marked as disadvantaged in CEJST through Column T (39,812).

10. **Impact Targets:**
    These targets are estimates and will be informed and refined during program design. In particular, the Tribal Solar Program will be co-designed with tribal governments, so all targets related to this program are preliminary estimates. Attachment E, tab "Impact Target Calculations" includes these calculations.

| Metric | Target | Notes |
|---|---|---|
| Households projected to benefit from the solar program | 10,200 | Estimating serving 2,000 homes through tribal program, but will be developed with tribal governments |
| Award funding requested per household | $24,510 | See note above |
| MW of Solar Capacity deployed over period of performance (POP) | 67 MW | Estimating 10 MW to be deployed through tribal program, but target will be developed with tribal governments |
| Award funding requested per MW of Solar | $3,731,343 | See note above |

| Metric | Target | Notes |
|---|---|---|
| MWh of Storage Capacity deployed over POP | 26 MWh | Estimating 12.5 MWh to be deployed through tribal program, but target will be developed with tribal governments<br><br>Estimating 1 MWh to be deployed through multifamily program, but is not focus of program and have not set a target at this point |
| Award funding requested per MWh of Storage Capacity | $9,615,385 | See note above. This is total funding and includes funding for ESSAP even though we will not fund energy storage through that program. |
| Short tons of $CO_2$ emission avoided over POP | 209,238 tons $CO_2$ | Based on 67 MW of Solar Capacity as calculated by AVERT, with deployment occurring ramping up over time (25% per year for ESSAP and Tribal Solar Program, 50% per revolving loan fund cycle for BEAMS, and a slightly slower uptake for WASH in Year 2, with 10% in year 2 and event uptake in other years) |
| Award funding per short ton of $CO_2$ reduced | $1,195 | See note above |
| Absolute amount of household savings realized annually | Annual: Between $2,427,192-$6,068,592<br><br>Cumulative over 25 Years: Between $60,679,800-$151,714,800 | Minimum: 20% bill savings ($19.83)<br><br>Goal: 50% bill savings ($49.58) |
| Dollars of award funding per dollars of household savings | Annual between 103-41.2<br><br>Cumulative (25 years) between 4.12-1.65 | |

**11. Program Period:** July 2024-June 2029

**12. Contact Information:**
Nora Hawkins
Senior Energy Policy Specialist
Washington State Department of Commerce
1011 Plum St SE
Olympia, WA 98504
nora.hawkins@commerce.wa.gov
(360) 819-3739

Amy Wheeless
Federal Policy & Program Alignment Manager
Washington State Department of Commerce
1011 Plum St SE
Olympia, WA 98504
amy.wheeless@commerce.wa.gov
(564) 233-1324

**13. Coalition Partners:** N/A

**14. Named Contractors:** N/A

**15. Additional Named Subrecipients:** N/A

W.D. Wash. 000434



**STATE OF WASHINGTON**
## DEPARTMENT OF COMMERCE
**1011 Plum Street SE ○ PO Box 42525 ○ Olympia, Washington 98504-2525 ○ 360-725-4000**
**www.commerce.wa.gov**

**To**:     U.S. Environmental Protection Agency, Greenhouse Gas Reduction Fund

**From**:   Washington State Department of Commerce

**Date**:   July 31, 2023

**Re:**     Washington State's Notice of Intent to Apply for U.S. EPA Solar for All Competition

Please accept this communication as Washington State Department of Commerce's Notice of Intent to Apply for the U.S. Environmental Protection Agency's (EPA) Solar for All Competition. Below are our responses to the requested questions for the Notice of Intent, and attached is a letter of support from the Director of the Washington State Department of Commerce, Mike Fong.

1. **Applicant Name**: Washington State Department of Commerce
2. **Applicant Eligibility**: State government
3. **Number and Type of Application**
    a. **Award Option**: #1, State and Territory Programs
    b. **Program Location**: Washington state
    c. **Estimated EPA Funding Requested**: $250,000,000

For any questions, please reach out to Amy Wheeless, amy.wheeless@commerce.wa.gov.



**STATE OF WASHINGTON**

# DEPARTMENT OF COMMERCE

*1011 Plum Street SE ○ PO Box 42525 ○ Olympia, Washington 98504-2525 ○ (360) 725-4000*

*www.commerce.wa.gov*

July 20, 2023

The Honorable Michael Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail code 1101A
Washington, DC 20460

Dear Administrator Regan:

On June 28, the U.S. Environmental Protection Agency opened the application period for eligible entities to apply for the Greenhouse Gas Reduction Fund's Solar for All Competition. This $7 billion competitive opportunity is authorized under Section 60103 of the 2022 Inflation Reduction Act.

I am fully in support of the Washington State Department of Commerce applying for the state of Washington to the Solar for All Competition. These funds have the potential to be transformative in enabling equitable access to the benefits of solar across our state.

If awarded funding, the Washington State Department of Commerce will carry out the requirements of the program in alignment with our state's goals for equitable workforce development and our state's energy strategy and greenhouse gas emission limits.

For any questions, please contact Amy Wheeless, Federal Policy and Program Alignment Manager, at amy.wheeless@commerce.wa.gov or 206-454-2211.

Very truly yours,

Director Mike Fong
Washington State Department of Commerce

W.D. Wash. 000436

# WASHINGTON STATE SOLAR FOR ALL PROPOSAL
## Attachment C: Eligibility Documentation

The Washington State Department of Commerce is an agency of the State of Washington, as established in Chapter 43.330 of the Revised Code of Washington.
https://app.leg.wa.gov/RCW/default.aspx?cite=43.330

# WASHINGTON STATE SOLAR FOR ALL PROPOSAL
## Attachment F: Programmatic Capability and Environmental Results Past Performance

The below lists a selection of federally funded assistance agreements that the Washington State Department of Commerce performed or completed within the last three years.

1.  State Energy Program
    Agency: U.S. Department of Energy
    Assistance Listing Number (ALN): 81.041
    Amount: $2,871,110
    Project period: 07/01/2018 - 06/30/2022
    Commerce Division: Energy
    Successfully managed? Yes, through standard processes at Commerce
    Adequate and timely reporting? Yes.
    Acceptable final report? Yes.

2.  Weatherization Assistance Program
    Agency: U.S. Department of Energy
    ALN: 81.042
    Amount: $26,564,935
    Project Period: 07/01/2017 - 06/30/2022
    Commerce Division: Energy
    Successfully managed? Yes, through standard processes at Commerce.
    Adequate and timely reporting? Yes.
    Acceptable final report? Yes.

3.  Weatherization Assistance Program
    Agency: U.S. Department of Energy
    ALN: 81.042
    Amount: $12,394,823
    Project Period: 07/01/2022 - 06/30/2024
    Commerce Division: Energy
    Successfully managed? Yes, so far – grant is in progress.
    Adequate and timely reporting? Yes.
    Acceptable final report? Grant is in progress.

4.  Lead-Based Paint (TSCA Title IV)
    Agency: U.S. Environmental Protection Agency
    ALN: 66.707
    Amount: $459,454
    Project Period: 10/01/2021 – 09/30/2022
    Commerce Division: Community Services
    Successfully managed? Yes, through standard processes at Commerce.

*Washington's Solar for All Proposal*

Adequate and timely reporting? Yes.
Acceptable final report? Yes.

5. Victims of Crime Act (VOCA) Formula Grant
Agency: U.S. Department of Justice
ALN: 16.575
Amount of Award: $73,702,737
Project Period: 10/01/2017-09/30/2022
Commerce Division: Community Services
Successfully managed? Yes, through standard processes at Commerce.
Adequate and timely reporting? Yes.
Acceptable final report? Yes.

The Washington State Department of Commerce has a long and successful history of receiving and managing federal grants, meeting reporting requirements, and achieving goals, including in the above examples. For the above grants, Commerce was able to successfully complete and manage these agreements, in line with our standard processes for accepting federal awards, and following procedures, as further detail in Section 2 of our Project Narrative.

For the above grants, Commerce was successful at meeting the reporting requirements for these agreements, including conducting timely and adequate reporting for achieving progress on expected outputs and outcomes. For the agreements that have been closed, Commerce has submitted acceptable final reports.

For the Solar for All grant, we have detailed in Section 2 and Section 3 of the Project Narrative and in Attachment E how we will budget for appropriate staff to manage this grant, including monitoring and reporting on progress to EPA. We have also proposed a set of staff who will provide strategic oversight and management for this award, including staff with extensive experience managing and administering federal grants (see Section 3 of Project Narrative). The Commerce Solar for All team will also work in alignment with our internal controls and budget offices to ensure Commerce is being a fiscal steward to these federal funds.

*Washington's Solar for All Proposal*

*Page intentionally left blank*

W.D. Wash. 000440

**Program Planning Timeline and Workplan - 0.0**
**Project Management**

| Program Strategy Narrative section | Activities to complete program planning | Output | External Stakeholders to be engaged during planning phase | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WASH Program | Hire internal staff | Fully staffed program | | | | | | | | | | | | | |
| | Select vendors, following competitive process | Multiple regional vendors | Public review of RFP | | | | | | | | | | | | |
| | Develop program structure and policies | Program Plan | | | | | | | | | | | | | |
| ESSAP (Community Solar) | Hire internal staff | Fully staffed program | | | | | | | | | | | | | |
| | Develop program structure and policies | Program Plan | | | | | | | | | | | | | |
| BEAMS (Multifamily) | Hire internal staff | Fully staffed program | | | | | | | | | | | | | |
| | Select vendor (likely competitive process) | Vendor, other state agency, or Green Bank to implement program | Public review of RFP | | | | | | | | | | | | |
| | Develop program structure and policies | Program Plan | | | | | | | | | | | | | |
| Tribal Solar Program | Hire internal staff | Fully staffed program | | | | | | | | | | | | | |
| | Develop allocation method for funds | Agreed-upon allocation (some work will occur before PPY) | Tribal governments and related entities | | | | | | | | | | | | |
| | Formal consultation with tribal governments | Program Plan | Tribal governments | | | x | x | x | x | x | | | | | |
| | Develop program structure and policies | Program Plan | Tribal governments | | | | | | | | | | | | |
| | Establish MOUs with tribal governments | MOUs | Tribal governments | | | | | | | | | | | | |
| Overall Project Management | Follow internal budget procedures to accept award | Accepted award | | | | | | | | | | | | | |
| | Kick-off meeting with EPA | Alignment on program year | EPA | x | | | | | | | | | | | |
| | Monthly team meetings | Internal alignment | | x | x | x | x | x | x | x | x | x | x | x | x |
| | Division-wide briefings | Agency-wide understanding; Could be combined with public briefings (Tab 1.6) | | | | x | | | x | | | x | | | x |
| | Quarterly reports to EPA | Required reports | EPA | | | | | | | | | | | | |
| | Review forthcoming EPA guidance on Davis-Bacon Act and Build America, Buy America and incorporate into program plan | Program Plan | EPA | | | | | | | | | | | | |
| | Review EPA assembled list of resources to inform further research and program design questions | Program Design Questions (some work may occur before PPY) | EPA, other states, identified authors in list | | | | | | | | | | | | |

Legend:

| | |
|---|---|
| WASH | |
| ESSAP | |
| BEAMS | |
| Tribal Solar Program | |
| All Programs | |
| x represents meetings | |

W.D. Wash. 000441

**Program Planning Timeline and Workplan - Section 1.2 Meaningful Benefits Plan**

| Program Strategy Narrative section | Activities to complete program planning | Output | Stakeholders to be engaged during planning phase | Anticipated services/tools required | Year 1 – Program Planning Year (PPY) |
|---|---|---|---|---|---|
| | | | | | Month 1 / Month 2 / Month 3 / Month 4 / Month 5 / Month 6 / Month 7 / Month 8 / Month 9 / Month 10 / Month 11 / Month 12 |
| Household Savings (1.2.1) and Equitable access to Solar (1.2.2) | Outreach to utilities on available billing data to support savings analysis | More recent utility bill data to inform savings estimates | Utilities | Data collection platform and repository for each electric utility's average residential bill. | |
| | Program design for WASH to maximize bill savings and access to solar | Program Plan | Public, utilities, solar installers, vendors, community action agencies, nonprofit homeownership organizations, others | | |
| | Consultation with utilities on opt-in VNEM for onsite solar to support BEAMS | Agreed-upon opt-in VNEM principles (some work may occur before PPY) | Utilities | Billing system updates initiated (responsibility of utilities but Commerce will seek to support) | |
| | Program design for ESSAP to maximize bill savings and access to solar | Program Plan | Public, utilities, community solar stakeholders, tenant stakeholders, others | | |
| | Program design for BEAMS to maximize bill savings and access to solar | Program Plan | Public, affordable housing stakeholders, utilities, tenant stakeholders, others | | |
| | Program design and consultation for Tribal Solar Program to maximize bill savings | Program Plan | Tribal governments | | |
| Resilience benefits (1.2.3) | Develop metric for which WASH households can receive no-cost energy storage installation | Data from utilities on outages | Utilities, Commerce resiliency office, public | Utilize the Washington Energy Infrastructure Assessment Tool https://www.commerce.wa.gov/growing-the-economy/energy/energy-emergencies/electric-utility-outage-map/ | |
| | Program design for BEAMS to support access to storage | Program Plan; Alignment between state-funded technical assistance and BEAMS | Public, affordable housing stakeholders, utilities, tenant stakeholders, others | Leverage existing partnerships with PNNL on energy storage and gather best practices through WA's membership in the National Community Solar Partnership (NCSP) | |
| | Program design for Tribal Solar Program to support access to storage | Program Plan | Tribal governments | | |
| Community ownership (1.2.4) | Program design to support access to ITC for WASH households | Program Plan | Vendors, public, others | | |
| Workforce development and entrepreneurship (1.2.5) | Align competitive processes for contracting with Commerce and state goals for equitable procurement | RFPs | Internal contracts team | | |
| | Develop RFPs with preference for vendors that provide job opportunities for those who are low-income or in environmental justice communities | RFPs | Internal contracts team | | |
| | Conduct outreach specific to workforce design features of program | Program Plan | Workforce entities and state agencies, public | | |
| | Finalize design of workforce components of programs | Program Plan | Workforce entities and state agencies, public | | |

| | |
|---|---|
| WASH | |
| ESSAP | |
| BEAMS | |
| Tribal Solar Program | |
| All Programs | |

W.D. Wash. 000442

**Program Planning Timeline and Workplan -**
**Section 1.3 Distributed Solar Market Strategy**

| Program Strategy Narrative section | Activities to complete program planning | Output | Stakeholders to be engaged during planning phase | Anticipated services/tools required | Year 1 – Program Planning Year (PPY) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Net metering (1.3.1) | Program design for WASH to maximize bill savings and access to solar | Program Plan | Public, utilities, solar installers, vendors, community action agencies, nonprofit homeownership organizations, others | | | | | | | | | | | | | |
| | Consultation with utilities on opt-in VNEM principles (some work may occur before PPY) | Agreed-upon opt-in VNEM principles (some work may occur before PPY) | Utilities | Billing system updates initiated (responsibility of utilities but Commerce will seek to support) | | | | | | | | | | | | |
| Third-party ownership (1.3.2) | Program design to support access to ITC for WASH households | Program Plan | Vendors, public, others | | | | | | | | | | | | | |
| | Integrate any legislative changes into program design | Program Plan | Public, utilities, solar installers, vendors, community action agencies, others | | | | | | | | | | | | | |
| Interconnection processes (1.3.3) | Continue to monitor BPA Provider of Choice processes | Program Plan - Alignment of ESSAP program design with final contract between BPA and COUs | BPA, COUs | | | | | | | | | | | | | |
| Renewable portfolio standard (1.3.4) | Program design to mitigate siting concerns | Program Plan | Public, utilities, community solar stakeholders, others | | | | | | | | | | | | | |
| Enabling regulatory frameworks for community solar (1.3.5) | Consultation with utilities on opt-in VNEM principles (some work may occur before PPY) | Agreed-upon opt-in VNEM principles (some work may occur before PPY) | Utilities | Billing system updates initiated (responsibility of utilities but Commerce will seek to support) | | | | | | | | | | | | |
| | Determine whether billing system upgrades are needed to implement VNEM for onsite solar at multifamily affordable housing properties | Proposal re: Utility Billing Systems incentives | Utilities, public, internal Commerce staff, Utilities and Transportation Commission | | | | | | | | | | | | | |
| Understanding of jurisdictional nuances (5 points) | Program design for all programs to maximize bill savings and access to solar | Program Plan | Public, utilities, solar installers, vendors, community action agencies, nonprofit homeownership organizations, others | Data collection platform and repository for each electric utility's average residential bill. | | | | | | | | | | | | |

| | |
| --- | --- |
| WASH | |
| ESSAP | |
| BEAMS | |
| Tribal Solar Program | |
| All Programs | |

**Program Planning Timeline and Workplan - Section 1.4 Financial Assistance Strategy**

| Program Strategy Narrative section | Activities to complete program planning | Anticipated services and tools that support program design | Stakeholders to be engaged during planning phase | Anticipated services/tools required | Year 1 - Program Planning Year (PPY) Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financial assistance model** (1.4) | Program design for WASH to maximize bill savings and access to solar | Program Plan | Public, utilities, solar installers, vendors, community action agencies, nonprofit homeownership organizations, others | | | | | | | | | | | | | |
| | Consultation with utilities on opt-in VNEM for onsite solar to support BEAMS | Agreed-upon opt-in VNEM principles (some work may occur before PPY) | Utilities | Billing system updates initiated (responsibility of utilities but Commerce will seek to support) | | | | | | | | | | | | |
| | Program design for ESSAP to maximize bill savings and access to solar | Program Plan | Public, utilities, community solar stakeholders, tenant stakeholders, others | | | | | | | | | | | | | |
| | Program design for BEAMS to maximize bill savings and access to solar | Program Plan | Public, affordable housing stakeholders, utilities, tenant stakeholders, others | Leverage WA's membership in NCSP to receive technical assistance to accelerate solar deployment in multifamily affordable housing | | | | | | | | | | | | |
| | Program design and consultation for Tribal Solar Program to maximize bill savings | Program Plan | Tribal governments | | | | | | | | | | | | | |
| **Financial assistance leveraging strategy** (1.4) | Align income qualification procedures, marketing, outreach, and other program design features with other home energy programs | | Internal Commerce staff, community action agencies, utilities, public | Secure file transfer process to ensure that vendors can share any necessary income qualification documentation with Commerce in a secure way the maintains participant confidentiality | | | | | | | | | | | | |
| | Program design to support access to ITC for WASH households | Program Plan | Vendors, public, others | | | | | | | | | | | | | |
| | Program design for BEAMS to enable access to other state and federal incentives | Program Plan | Affordable housing stakeholders, financing institutions, tax professionals, public | Leverage WA's membership in NCSP to receive technical assistance to accelerate solar deployment in multifamily affordable housing | | | | | | | | | | | | |
| | Outreach to winners of GGRF financing competitions to align as needed | Program Plan | GGRF winners | | | | | | | | | | | | | |
| **Associated storage and enabling upgrades financial assistance strategy** (1.4) | Develop metric for which WASH households can receive no-cost energy storage installation | Data from utilities on outages | Utilities, Commerce resiliency office, public | Utilize the Washington Energy Infrastructure Assessment Tool https://www.commerce.wa.gov/growing-the-economy/energy/energy-emergencies/electric-utility-outage-map/ | | | | | | | | | | | | |
| | Program design for BEAMS to support access to storage | Program Plan; Alignment between state-funded technical assistance and BEAMS | Public, affordable housing stakeholders, utilities, tenant stakeholders, others | Leverage existing partnerships with PNNL on energy storage and gather best practices through WA's membership in the National Community Solar Partnership (NCSP) | | | | | | | | | | | | |
| | Program design for Tribal Solar Program to support access to storage | Program Plan | Tribal governments | | | | | | | | | | | | | |
| | In final budgeting, set aside appropriate budget for enabling upgrades for each program | Program Plan and Budget | Public, vendors, affordable housing stakeholders, other Commerce programs | | | | | | | | | | | | | |
| **Long-term impacts of projects supported by financial assistance strategy** (i.e., O&M strategy and affordability strategy) (1.4) | Review best practices for ensuring long-term sustainability of projects and incorporate into program design | | EPA, other states, other programs | Leverage WA's membership in NCSP to receive technical assistance to bolster this effort | | | | | | | | | | | | |

| | |
|---|---|
| WASH | |
| ESSAP | |
| BEAMS | |
| Tribal Solar Program | |
| All Programs | |

W.D. Wash. 000444

**Program Planning Timeline and Workplan - Section 1.5 Project-Deployment**
**Technical Assistance Strategy**

| Program Strategy Narrative section | Activities to complete program planning | Output | Stakeholders to be engaged during planning phase | Anticipated services/tools required | Year 1 – Program Planning Year (PPY) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| **Workforce development** (1.2.5, 1.5) | Consultation with tribal governments on workforce elements of Tribal Solar Program | Tribal Solar Program Plan | Tribal governments, workforce entities that serve tribal lands | Develop pipeline for tribal members participating in solar training programs | | | | | | | | | | | | |
| | Outreach to state agencies, workforce entities, and others to develop and confirm workforce elements of program | Program Plan | Workforce entities, state agencies, public | Develop pipeline for individuals participating in solar training programs | | | | | | | | | | | | |
| **Interconnection technical assistance** (1.3.3, 1.5) | Align state-funded technical assistance program with Washington Solar for All offerings, especially BEAMS to support interconnection processes | Program Plan | Internal Commerce stakeholders, public, affordable housing stakeholders | Leverage WA's membership in NCSP to receive technical assistance to accelerate solar deployment at multifamily affordable housing | | | | | | | | | | | | |
| **Resilient project siting, land-use, permitting, building codes, inspection, and quality control technical assistance** (1.3.4, 1.5) | Continue to engage in least conflict siting programs | Program Plan, as needed | Siting workgroups | Utilize the DNR map: https://www.dnr.wa.gov/cleanenergymap Work with partners (e.g. WDFW) to make any updates to the least conflict solar map available at https://www.energy.wsu.edu/RenewableEnergy/LeastConflictSolarSiting.aspx | | | | | | | | | | | | |
| | Align state-funded technical assistance program with Washington Solar for All offerings, especially BEAMS to support pre-development and planning work | Program Plan | Internal Commerce stakeholders, public, affordable housing stakeholders | Leverage WA's membership in NCSP to receive technical assistance to accelerate solar deployment at multifamily affordable housing | | | | | | | | | | | | |
| | Align any code implementation support work funded through federal funding or other sources to also support any new construction projects that participate in BEAMS | Program Plan | Code stakeholders, affordable housing stakeholders | | | | | | | | | | | | | |
| | Develop quality control plan | Program Plan | Vendors, public | | | | | | | | | | | | | |

| | |
|---|---|
| WASH | |
| ESSAP | |
| BEAMS | |
| Tribal Solar Program | |
| All Programs | |

| | |
|---|---|
| Are we familiar with this? If so, we should figure out how to reference it here + narrative | Technical Assistance | Department of Energy |

**Program Planning Timeline and Workplan -**
**Section 1.6 Equitable Access and Meaningful**
**Involvement Plan**

| Program Strategy Narrative section | Activities to complete program planning | Output | Stakeholders to be engaged during planning phase | Anticipated services/tools required | Year 1 - Program Planning Year (PPY) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Strategy to maximize equitable program reach (1.6) | Ensure vendors selected have deep community connections | RFP for competitive process | Vendor, public | | | | | | | | | | | | | |
| | Engage with community action agencies to make connections with those who imlement weatherization and other assistance programs | Program Plan | Community action agencies | Develop a map or leverage an existing one that enables Commerce to identify any clustering of Solar for All funded projects to ensure we are enabling equitable access across the state and to ensure vulnerable communities are being prioritized. | | | | | | | | | | | | |
| | Request utilities share information about programs with customers who may be energy burdened and low-income | Customers are aware of programs | Utilities | | | | | | | | | | | | | |
| | Align deployment with Home Energy Rebate programs | Program Plan | Internal Commerce staff | | | | | | | | | | | | | |
| | Engage deeply with organizations that may interact with eligible households on similar projects to align programming, messaging, and share best practices for outreach. | Program Plan | Community-based organizations | | | | | | | | | | | | | |
| Participatory governance strategy (1.6) | Make clear through communication when there are decision points about the program, how people can provide feedback, and how decisions will be made. | Public understands when to engage and how | Public | Develop or leverage an existing email listserv | | | | | | | | | | | | |
| | Hold a kick-off meeting within two months of receiving the award to detail plans and ways to get involved | Meeting materials, public is aware of program | Public | | | x | | | | | | | | | | |
| | Hold quarterly meetings on progress in implementing the program and any key design questions | Meeting materials, public is aware of program | Public | | | | x | | | x | | | x | | | x |
| Education, outreach, and community involvement strategy (1.6) | Develop clear website on program | Program Website (some work may occur before PPY) | Communications team, public for feedback | Website developed | | | | | | | | | | | | |
| | Develop an email listserv for those who are interested in receiving updates on and engaging with the program. | Email list | Public | Develop or leverage an existing email listserv | | | | | | | | | | | | |
| | Develop an environmental justice assessment and solicit public feedback | Environmental Justice Assessment | Internal Commerce staff, public | | | | | | | | | | | | | |
| | Attend Commerce-led statewide meetings on energy assistance to present on our Solar for All proposal and opportunities to engage on implementation | Public understands when to engage and how (will start before PPY) | Energy assistance stakeholders, public | | | | | | | | | | | | | |
| | Attend community events and other events to solicit feedback on program design questions, including in-person engagement and tabling | Public understands when to engage and how (will start before PPY) | Public | Develop calendar of relevant community events (Commerce's Energy Division is currently working on this) | | | | | | | | | | | | |
| | Attend existing venues and workgroups with an interest in equitable deployment of solar in the state | Program Plan | Public, Environmental Justice Council, other venues | | | | | | | | | | | | | |
| Customer acquisition and management strategy (1.6) | Engage with organizations that may interact with eligible households on similar projects to align programming, messaging, and share best practices for outreach. | Program Plan | Community-based organizations | | | | | | | | | | | | | |
| | Align WASH deployment with Home Energy Rebate programs | Program Plan | Internal Commerce Staff | | | | | | | | | | | | | |
| | Engage with community action agencies to make connections with those who imlement weatherization and other assistance programs | Program Plan | Community action agencies | | | | | | | | | | | | | |
| | Align ESSAP program with utility programs | Program Plan | Utilities, public | | | | | | | | | | | | | |

| | |
|---|---|
| WASH | |
| ESSAP | |
| BEAMS | |
| Tribal Solar Program | |
| All Programs | |
| x represents meeting | |

**Detailed Budget Table - Washington Solar for All**

| BUDGET BY YEAR | | | | | | | | TOTAL BUDGET BY ACTIVITY | TOTAL BUDGET BY ACTIVITY BUCKET |
|---|---|---|---|---|---|---|---|---|---|
| COST TYPE | CATEGORY | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | TOTAL | FINANCIAL ASSISTANCE | BY PROGRAM |

| Funding Requested | $250,000,000.00 | | | | | | | | | | | | |

| | Households (HH) | MW Solar | MWh Storage | Tons of CO2 Y2 | Tons of CO2 Y3 | Tons of CO2 Y4 | Tons of CO2 Y5 | CO2 over POP | HH Savings Min | HH Savings Goal | HH Savings Min 25 Years | HH Savings Goal 25 Years | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WASH | 3,000 | 15 | 12.5 | 2,119 | 8,079 | 14,040 | 20,000 | 44,238 | $ 713,880 | $ 1,784,880 | $ 17,847,000 | $ 44,622,000 | Assuming slower uptake in Y2 and then even uptake in Y3-Y5 |
| ESSAP | 4,000 | 36 | - | 11,750 | 23,500 | 35,250 | 47,000 | 117,500 | $ 951,840 | $ 2,379,840 | $ 23,796,000 | $ 59,496,000 | Assuming steady uptake across four program years |
| BEAMS | 1,200 | 6 | 1 | - | 2,500 | 2,500 | 5,000 | 10,000 | $ 285,552 | $ 713,952 | $ 7,138,800 | $ 17,848,800 | Assuming two year cycle of RLF, with build out occuring in Y2 and Y4; Assuming 1 MWh of storage, but not focus of program |
| TSP | 2,000 | 10 | 12.5 | 3,750 | 7,500 | 11,250 | 15,000 | 37,500 | $ 475,920 | $ 1,189,920 | $ 11,898,000 | $ 29,748,000 | Assuming 10 MW of solar and 12.5 MWh of storage, but will be co-developed with tribes for final targets |
| Total | 10,200 | 67 | 26 | 17,619 | 41,579 | 63,040 | 87,000 | 209,238 | $ 2,427,192 | $ 6,068,592 | $ 60,679,800 | $ 151,714,800 | |
| Award Funding / Metric | $ 24,510 | $ 3,731,343 | $ 9,615,385 | | | | | $ 1,195 | 103.00 | 41.20 | 4.12 | 1.65 | |

| | Budget | Allocation Per Year |
|---|---|---|
| WASH Program | $ 94,383,000.74 | |
| Y2 | $ 10,000,000.00 | 10.60% |
| Y3 | $ 28,127,667.00 | 29.80% |
| Y4 | $ 28,127,667.00 | 29.80% |
| Y5 | $ 28,127,666.74 | 29.80% |
| | | |
| Min 20% Utility Bill Savings | $ 19.83 | |
| Goal 50% | $ 49.58 | |

W.D. Wash. 000448