BUDGET INFORMATION - Non-Construction Programs

OMB Number: 4040-0006
Expiration Date: 02/28/2025

## SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
|---|---|---|---|---|---|---|
| | | Federal (c) | Non-Federal (d) | Federal (e) | Non-Federal (f) | Total (g) |
| 1. Solar for All | 66.959 | $ | $ | $ 250,000,000.00 | $ | $ 250,000,000.00 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. Totals | | $ | $ | $ 250,000,000.00 | $ | $ 250,000,000.00 |

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102) Page 1

W.D. Wash. 000449

Tracking Number:GRANT13996492     Funding Opportunity Number:EPA-R-HQ-SFA-23-01 Received Date:Oct 11, 2023 05:41:11 PM EDT

**SECTION B - BUDGET CATEGORIES**

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total |
|---|---|---|---|---|---|
| | (1) Solar for All | (2) | (3) | (4) | (5) |
| a. Personnel | $ 4,123,005.00 | $ | $ | $ | $ 4,123,005.00 |
| b. Fringe Benefits | 1,525,511.85 | | | | 1,525,511.85 |
| c. Travel | 53,482.80 | | | | 53,482.80 |
| d. Equipment | 0.00 | | | | 0.00 |
| e. Supplies | 45,180.00 | | | | 45,180.00 |
| f. Contractual | 241,843,000.74 | | | | 241,843,000.74 |
| g. Construction | | | | | |
| h. Other | 551,457.56 | | | | 551,457.56 |
| i. Total Direct Charges (sum of 6a-6h) | 248,141,637.95 | | | | $ 248,141,637.95 |
| j. Indirect Charges | 1,858,362.04 | | | | $ 1,858,362.04 |
| k. TOTALS (sum of 6i and 6j) | $ 249,999,999.99 | $ | $ | $ | $ 249,999,999.99 |
| 7. Program Income | $ 8,800,000.00 | $ | $ | $ | $ 8,800,000.00 |

**Authorized for Local Reproduction**

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102) Page 1A

W.D. Wash. 000450

## SECTION C - NON-FEDERAL RESOURCES

| | (a) Grant Program | (b) Applicant | (c) State | (d) Other Sources | (e) TOTALS |
|---|---|---|---|---|---|
| 8. | Solar for All | $ | $ | $ | $ |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. TOTAL (sum of lines 8-11) | | $ | $ | $ | $ |

## SECTION D - FORECASTED CASH NEEDS

| | Total for 1st Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|---|
| 13. Federal | $ 2,346,610.32 | $ 586,652.58 | $ 586,652.58 | $ 586,652.58 | $ 586,652.58 |
| 14. Non-Federal | $ | | | | |
| 15. TOTAL (sum of lines 13 and 14) | $ 2,346,610.32 | $ 586,652.58 | $ 586,652.58 | $ 586,652.58 | $ 586,652.58 |

## SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT

| | (a) Grant Program | FUTURE FUNDING PERIODS (YEARS) | | | |
|---|---|---|---|---|---|
| | | (b) First | (c) Second | (d) Third | (e) Fourth |
| 16. | Solar for All | $ 2,346,610.32 | $ 97,320,460.56 | $ 53,353,141.75 | $ 48,782,775.47 |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. TOTAL (sum of lines 16 - 19) | | $ 2,346,610.32 | $ 97,320,460.56 | $ 53,353,141.75 | $ 48,782,775.47 |

## SECTION F - OTHER BUDGET INFORMATION

| 21. Direct Charges: | other direct charges indicated in Attachment E | 22. Indirect Charges: | 32.9% federal indirect rate |
|---|---|---|---|

| 23. Remarks: | Assumes $8,800,000 comes back as "program income" for the revolving loan fund. $0.01 difference from Attachment E due to rounding. |
|---|---|

**Authorized for Local Reproduction**

Standard Form 424A (Rev. 7-97)
Prescribed by OMB (Circular A-102) Page 2

W.D. Wash. 000451