# Greenhouse Gas Reduction Fund Solar for All

Work Plan
Project Period: 5/1/24 – 4/30/29
Submitted: October 14, 2024

**Project Title:** Washington State Solar for All
**Grant Number:** #84093001
**Organization Name:** Washington State Department of Commerce
**Geography:** Washington State
**Definition of LIDAC:** Commerce plans to provide Solar for All funds to benefit low-income households, residents of "disadvantaged communities" (DACs), and tribes in Washington.

For the purposes of this workplan, Commerce defines low-income as:

- Low-income individuals and households living in Metropolitan Areas with incomes not more than 80% AMI or 200% FPL (whichever is higher), and low-income individuals and households living in Non-Metropolitan Areas with incomes not more than 80% AMI, 200% FPL, or 80% Statewide Non-Metropolitan Area AMI (whichever is highest). Federal Poverty Level (FPL) is defined using the latest publicly available figures from the U.S. Department of Health and Human Services. Area Median Income (AMI) is defined using the latest publicly available figures from the U.S. Department of Housing and Urban Development. Metropolitan Area and Non-Metropolitan Area are defined using the latest publicly available figures for county-level designations from the Office of Management and Budget. Statewide Non-Metropolitan Area AMI is defined using the latest publicly available figures from the U.S. Department of the Treasury's CDFI Fund, with an adjustment for household size using the U.S. Department of Housing Development's Family Size Adjustment factor.
- Properties providing affordable housing that fall within either of the following two categories: (1) multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units and with an active affordability covenant from one of the following federal or state housing assistance programs: (a) Low-Income Housing Tax Credit; (b) a housing assistance program administered by the U.S. Department of Housing and Urban Development (HUD), including Public Housing, Section 8 Project-Based Rental Assistance, Section 202 Housing for the Elderly, Section 811 Housing for Disabled, Housing Trust Fund, Home Investment Partnership Program Affordable Rental and Homeowner Units, Permanent Supportive Housing, and other programs focused on ending homelessness that are funded under HUD's Continuum of Care Program; (c) a housing assistance program administered by USDA under Title V of the Housing Act of 1949, including under Sections 514 and 515; or (d) a housing assistance program administered by a Tribally designated housing entity, as defined in Section 4(22) of the Native American Housing Assistance and Self-Determination Act of 1996 (25 USC § 4103(22)) or  (2) naturally-occurring (unsubsidized) affordable housing with rents not exceeding 30% of 80% AMI for at least half of residential units.

Commerce will also enable certain residents of "disadvantaged communities" to participate in Solar for All programs, including tribal households and those who qualify for utility assistance

1

programs. For the purposes of this workplan, Commerce defines "disadvantaged communities" or "DACs" as:

- All communities identified as disadvantaged through version 1.0 of the Climate and Economic Justice Screening Tool (CEJST).
- Geographic areas within federally recognized Tribal lands

Within these definitions, during the Program Planning Year Commerce will explore how to further prioritize participation based on Washington's Environmental Health Disparities mapping tool, which uses environmental health and socio-economic factors to identify communities that are "highly impacted".

*Note: In Washington, because of the state's Healthy Environment for All Act and Climate Commitment Act, state agencies use the term "overburdened communities" or refer to communities that are "highly impacted" to indicate geographic areas where vulnerable populations face combined, multiple environmental harms and health impacts. For the purposes of this Solar for All workplan, Commerce will use the term "DACs" or "disadvantaged communities" to align with federal terminology. Washington's definitions of highly impacted communities are distinct from EPA's definition of DACs so use of that term in this document is intended to reflect when the program will focus on aligning with state definitions.*

W.D. Wash. 000491

# Section 1:  Project Description

## Overview

Through Solar for All, the Washington State Department of Commerce will launch four programs that will expand solar access to income-qualified households, certain residents of DACs, and federally recognized tribes throughout Washington. These programs will complement existing programs and policies to support distributed solar in the state. Washington's deployment of Solar for All funds includes the following:

1. Washington Affordable Solar Homes (WASH): a program focused on providing no cost solar installations to qualified single-family homeowners;
2. Expanded Shared Solar Access Program (ESSAP): a program that expands community solar access to income qualified households and certain residents of DACs, including those who qualify for utility assistance programs and tribal households;
3. Bridging Energy Affordability for Multifamily Solar (BEAMS): a program that provides loans that help multifamily affordable housing properties access other state and federal solar incentives that they might otherwise leave on the table;
4. A tribal solar deployment program that will be co-designed with tribal governments during the Program Planning Year to provide the benefits of solar to tribal households; the name for this program will be developed during the Program Planning Year, but is referred to as the Tribal Solar Program (TSP) for this workplan.

Together, these programs will focus on ensuring the benefits of solar accrue to households with high energy burden throughout the state, with a specific focus on environmental justice communities, in alignment with Justice40 and with Washington's environmental justice commitments.

## Project Outputs, Outcomes, and Linkage to the U.S. EPA's Strategic Goals

Below, Commerce provides estimated outputs and outcomes of implementing this Solar for All award. Commerce assumes that solar funded by this program is new, rather than existing. All outcomes and outputs that will be tracked and reported will be directly driven by this award.

W.D. Wash. 000492

## Project Outputs and Outcomes

*Table 1. Project Outputs and Outcomes*

| | Ensure equitable access to the benefits of solar | Provide tangible climate benefits | Continue building a robust solar ecosystem |
|---|---|---|---|
| **Overarching outcomes**<br><br>**These are metrics Commerce will track to understand overall progress on meeting goals. Commerce is looking for directional progress on these to help inform our success.** | • Progress on achieving energy burden reduction goals under CETA<br>• Qualified households benefiting from programs | • Progress toward Washington climate goals<br>• Overall greenhouse gas emissions reduced as a result of Solar for All funding<br>• Overall new clean energy generation as a result of Solar for All funding | • Continued growth in number of solar jobs<br>• Broad investment in distributed solar |
| **WASH** | • Number of households participating in program *(approximately 1,660)*<br>• Average amount of household utility bill savings by project and by geography *(At least 20%, goal of 50%)* | • Solar capacity installed *(over 8 MW)*<br>• Greenhouse gas emissions reduced *(By Year 5, 11,330 tons $CO_2$ annual reduction, with approximately 25% of this achieved in Y2, 75% by year 3, and additional 12.5% each year in years 4 and 5)* | • Number of job trainees working on program projects *(Targeting at least 1 per associated project)*<br>• Number of community-based organizations engaged by Solar for All *(At least 40)* |
| **ESSAP** | • Number of households receiving benefits *(approximately 1,430)*<br>• Average amount of household utility bill savings per household *(At least 20%, goal of 50%)* | • Solar capacity installed *(over 13 MW, at least 11 MW of which will support qualified subscribers)*<br>• Greenhouse gas emissions reduced *(By Year 5, 22,080 tons $CO_2$ annual reduction, with approximately 25% achieved in Y2, 50% in Y3, 100% by Y4)* | |
| **BEAMS** | • Number of households receiving benefits *(approximately 720)*<br>• Average amount of household utility bill savings or equivalent per household *(At least 20%, goal of 50%)* | • Solar capacity installed *(at least 4 MW)*<br>• Greenhouse gas emissions reduced *(By Year 5, 5,760 tons $CO_2$ annual reduction, with approximately 50% in Y3 and each RLF cycle taking 2 years)* | |
| **Tribal Solar Program** | *To be developed in more detail over the Program Planning Year / For budgeting purposes, estimating 1,200 households served, 6 MW of solar deployed and 8,720 tons of tons $CO_2$ annual reduction by year 5* | | |

W.D. Wash. 000493

**Linkage to U.S. EPA's Strategic Goals:**

This award supports the following goals and objectives of the FY 2022-2026 EPA Strategic Plan.
- Goal 1: Tackle the Climate Crisis
  - Objective 1.1: Reduce Emissions that Cause Climate Change

# Section 2:  Project Design Plan

## Activities to be Conducted in Program Planning Year
Commerce plans to take the full Program Planning Year to design and ready for implementation its Solar for All offerings. During this year, Commerce plans to conduct the following activities:

**Program Administration**
- Draft Quality Management Plan (QMP) and Quality Assurance Program Plan (QAPP) and submit to EPA for approval.
- Hire and train program staff to design elements of the program, support contracting and procurement, provide oversight, and other ongoing administration needs.
- Work to secure state level funding to complement and leverage Solar for All federal funds.
- Establish program data management tools, processes, and standard operating procedures for reporting.
- Establish financial tracking and reporting mechanisms to streamline budget monitoring, compliance, and reporting.
- Establish an income verification process, either in-house or via a 3rd party vendor.
- Determine through analysis and outreach whether and how to further prioritize these programs based on Washington's Environmental Health Disparities Map and ensure that programs are accessible throughout the state.

**Communications strategy and Community engagement**
- Develop and maintain a central webpage for Washington's Solar for All program that is easy to access with information provided in multiple languages.
- Develop an email listserv or leverage an existing email listserv to provide regular updates to those interested in the program.
- Develop a comprehensive community engagement plan, aligned with Commerce's Environmental Justice community engagement practices. Anticipated activities include:
  - Holding a kick-off meeting for the public to describe engagement plans and ways to get involved;
  - Holding regular meetings on implementation progress and address key questions, potentially by leveraging targeted focus groups that include potential program beneficiaries;
  - Attending community events to solicit feedback on program design questions, including in-person engagement and tabling;
  - Engaging deeply with organizations that may interact with eligible households on similar projects to align programming, messaging, and share best practices for outreach; and

W.D. Wash. 000494

- o Making clear through all communication when there are decision points about the program, how people can provide feedback, and how decisions will be made.
- Engage with relevant stakeholders to further design workforce development efforts and ensure there is a pipeline of job trainees, including but not limited to nonprofits, labor unions with apprenticeship programs, colleges and tribal colleges, business associations, and relevant state agencies. A key partner in this effort will be Washington's Clean Energy Technology Workforce Advisory Committee, which formed in 2023.
- Pending further guidance from EPA, work with each electric utility across the state to determine their average residential electric bill. This metric will be used to inform program design to ensure each participant experiences savings equal to at least 20% of the average residential electric bill for their electric utility.
- Finalize guidelines for participant support costs and submit to EPA project officer for written confirmation.

**WASH**
- Engage with stakeholders to get feedback on how to recruit and contract with vendors who will have the necessary qualifications to implement the program.
- Run a competitive solicitation to hire multiple vendors to administer a single-family home solar energy installation program. Vendor teams may include both community-based organizations and solar installers.
- Negotiate and execute contracts with vendors that describe all program requirements which may include outreach and education, installation cost parameters, consumer protection measures, income qualification processes, and workforce training.
- Further explore opportunities for third party ownership of solar systems on single family homes as a way to leverage federal tax credits.
- Finalize standards for workforce development requirements.
- Finalize quality inspection protocols to evaluate a percentage of projects for installation and household savings benefits.
- Collaborate with Commerce teams working on other income-qualified programs for single family homes to coordinate and enable handoff/referrals between these programs.
- Determine any conditions under which a home located in a disadvantaged community (DAC) would be eligible to participate in WASH in the absence of income qualification documentation.
- Determine whether program income received by Solar for All could support any operations and maintenance costs of the solar such as inverter replacements post period-of-performance of this grant.
- Finalize program design plan document, which will detail all the important components of the program as an internal reference document.

**ESSAP**
- Engage electric utilities to generate interest in participating in the program and to get input on other design considerations (e.g., appropriate subscription size to provide to their income-qualified customers)
- Provide policy support to utilities looking to launch new community solar offerings
- Get clarification from EPA on whether utilities can have a single community solar offtaker who provides energy assistance to eligible households.

- Get clarification from EPA on ability to subsidize community solar subscriptions for projects under power purchase agreements held by utilities.
- Finalize eligibility criteria for subscribers based on outreach and research activities.
- Finalize program design plan document, which will detail all the important components of the program as an internal reference document.

**BEAMS**
- Finalize guidelines for use of subrecipient for revolving loan fund and submit to EPA project officer for written confirmation.
- Set up contracting with Commerce's subrecipient, Washington State Housing Finance Commission (WSHFC). WSHFC is a self-sustaining public agency committed to increasing housing access and affordability for the people of Washington. WSHFC works to provide equitable access to capital through strong partnerships and innovative financing to create and sustain affordable rental housing, homeownership, and community spaces across Washington State. Its programming includes administering the Low-Income Housing Tax Credit program for affordable multifamily housing.
- Support relationship building between WSHFC and Washington State University's Energy Program, which administers the state's Community Solar Expansion Program.
- Conduct outreach to electric utilities to understand which utilities currently enable tenants of multifamily properties to receive bill credits from onsite solar systems. Support information sharing to encourage additional electric utilities to propose tariffs that allow residents of multifamily properties to receive on-bill savings through onsite solar installations.
- Conduct outreach to multifamily affordable housing properties in utility service territories that do not provide bill credits to multiple tenants for electricity generated by onsite solar energy systems to identify non-electric bill benefits they could provide to tenants.
- Run a competitive solicitation to hire a consultant who will complete a solar readiness study of multifamily affordable housing properties in the state during the Program Planning Year. The final report will identify properties that should be prioritized for Solar for All funding due to appropriate roof space to tenant ratios to achieve a minimum 20% electric bill savings metric per participating household. Engage with affordable housing owners and operators who are identified in the solar readiness study to have a pipeline of properties interested in solar when program implementation begins.
- Work with WSHFC to set up the loan products. The specific products are not determined at this time, but options could include loan guarantees or other credit enhancements.
- Determine whether program income received by Solar for All could support any operations and maintenance costs of the solar such as inverter replacements post period-of-performance of this grant.
- Finalize program design plan document, which will detail all the important components of the program as an internal reference document.

**Tribal Solar Program**
- Analyze recent state-funded tribal clean energy programs to align best practices and priority needs for tribal solar projects
- Codesign program with tribal leaders in WA through deep engagement, including:

7

- o Solar for All staff attendance at Affiliated Tribes of Northwest Indians (ATNI) 2024 Fall and Winter Conventions
- o Existing Tribal Workgroup for the Climate Pollution Reduction planning grant, including findings from tribal GHG inventories and priority measures
- o Align with University of Washington Center for Environmental Health Equity (EPA funded Thriving Communities Technical Assistance Center) on opportunities for technical assistance and grant writing support
- o Connect with tribally-affiliated organizations and CDFIs
- Participate in Commerce's tribal memorandum of understanding process with individual tribal governments. Currently, Commerce has four MOUs in place with tribal governments; these MOUs lay out agreements between the tribal governments and Commerce with regard to data collection, tribal sovereignty, and tribal consultation. These MOUs can help speed up contracting, and for those in place, will be a key piece of supporting the award of funds to tribal government participants through Solar for All.
- Engage with tribal members and citizens to jointly determine how Commerce should allocate Solar for All funds to federally recognized tribal governments located in the state.
- Work with tribes to co-define eligibility for residential beneficiaries of Solar for All funded projects in a way that meets EPA requirements, streamlines program administration, and recognizes tribal sovereignty.
- Finalize program design plan document, which will detail all the important components of the program as an internal reference document.

## Meaningful Benefits Plan

**Household Savings**

Washington's Solar for All program will ensure financial benefits flow to income-qualified households and certain residents of disadvantaged communities, including those who qualify for utility assistance programs and tribal households. Commerce will target a goal of 50% bill savings for all households participating, with a required minimum of 20% bill savings. Commerce does not plan to award any Solar for All funds directly to households, but instead benefits will flow through selected vendors or subrecipients.

*WASH*

Through WASH, Commerce will hire vendors that will identify and recruit income qualified households and tribal households living on tribal lands to receive no-cost solar energy installations and enabling upgrades at their home. During the Program Planning Year, Commerce will work to encourage potential vendors to build teams that are well-equipped to both identify eligible households and provide full wrap around services for their home to lower their energy bills through solar. To maximize funding towards energy burden reduction, WASH will not fund battery storage installation with federal Solar for All funds but will leverage state funds for this purpose, if available. Commerce discusses the reasoning for this decision later on in this workplan in *Resilience Benefits*.

Based on Commerce's analysis, a 5kW system should provide electric bill savings equal to at least 20% of the applicable utility's average residential electric bill for almost all households in Washington, but closer to 50% electric bill savings for most participants. Thus, for estimating the number of households served, Commerce has assumed that each single-family home will receive a 5 kW system. During the Program Planning Year, Commerce will conduct additional analysis to

8

determine whether to set a minimum install size for all WASH participants based on average electric bills or allow vendors to size systems according to each individual household's energy bill and the available roof space.  In situations where a roof is not suitable to offset at least 20% of a customer's electric bill, Commerce will direct WASH vendors refer this customer to ESSAP.

To ensure benefits of rooftop solar installations accrue to income-qualified households, Commerce will focus the WASH program on the nearly 40% of homes that are owned and occupied by income-qualified households.  Offering this program to income-qualified homeowners avoids any need to pursue affordability covenants or other mechanisms to ensure renters are income qualified and that the addition of solar does not result in a rent increase. The ESSAP offering supports solar benefits for renters. By reducing energy burden, Commerce aims to support households in maintaining housing security and stability. In implementation, Commerce will prioritize homes located in environmental justice communities, aligning with Justice40 requirements and EPA Solar for All definitions. During the Program Planning Year, Commerce will determine any circumstances under which a home located in a DAC would be allowed to participate in WASH without income-qualified documentation. For example, Commerce will work with federally recognized tribes to define tribal households who are living on tribal lands who will be eligible for WASH. Another example is income qualified homeownership properties, such as community land trusts or Habitat for Humanity homes. Additionally, as Commerce develops a standard income qualification process, the agency may also identify a streamlined qualification process for residents of DACs.

*ESSAP*

Through Washington's Solar for All program, Commerce plans to offer a new community solar offering, in support of renters and others who cannot participated in the WASH program. Currently, Washington has a Community Solar Expansion Program, which provides up to $100 million in incentives through 2033 to fund solar and battery energy storage installations. Incentives are only paid after project completion, so participants must be able to finance the upfront solar and storage installation costs. To qualify for incentives, projects must have (1) at least two low-income subscribers or one low-income service provider subscriber, and (2) have a direct current nameplate capacity between 12 kW and 199 kW in size.

With Solar for All funds Commerce will create a new community solar program, ESSAP, that will expand on the Community Solar Expansion Program. To qualify for ESSAP, projects can be 200 kW to 1 MW, with an option to support smaller projects in the unlikely event that the Community Solar Expansion Program incentives are no longer available during the Solar for All period of performance. Commerce intends to administer ESSAP as a grant program and reimburse project costs based on achievement of milestones. At least 85% of the value of solar energy generated must be passed on to qualified residential customers. The remaining 15% can be provided to a single host customer to incentivize site access or to a common area meter of a multifamily building.

Subscribers will be required to meet EPA's income qualification criteria at the time of entering the program or be located in a DAC and eligible for the applicable utility's low-income programs, be a tribal household, or meet other criteria as defined by Commerce during the Program Planning Year. To maximize funding towards energy burden reduction, ESSAP will not fund battery storage installation, but may support some enabling upgrades. Since Commerce assumes most projects will be ground mount systems, enabling upgrades will be limited to less than 5% of budgeted

W.D. Wash. 000498

funds. As with WASH, Commerce will prioritize projects sited in and benefiting households in disadvantaged communities, with a potential further prioritization for communities identified as "highly impacted" on Washington's EHD map based on analysis during the Program Planning Year.

Starting during the Program Planning Year and contingent on further EPA guidance on household electric bill savings, Commerce will collaborate with each participating electric utility to determine their average residential electric bill and will work with community solar project administrators to ensure that each qualified residential subscriber receives a bill credit equal to at least 20% of that amount, with a target of a 50% bill credit to maximize energy burden reduction. Based on Commerce's calculations of various utilities' compensation rates for community solar, the average share is anticipated to be approximately 8 kW per household to achieve at least 20% electric bill savings.

As further discussed in the next section, onsite solar installations at multifamily affordable housing may not result in sufficient bill savings for all tenants in a building, so a portion of ESSAP funding will be held to supplement these projects as needed.

*BEAMS*

Washington's existing Community Solar Expansion Program[1] provides incentives to cover the cost of community solar projects between 12 kW and 199 kW that benefit low-income service providers and low-income households. Since funding is not available for critical upgrades like roof repair and because these incentives are only paid once a solar project is fully constructed and interconnected it can be challenging for multi-family affordable housing property to participate. Thus, BEAMS, through Commerce's subrecipient, the Washington State Housing Finance Commission, will offer two loan products for affordable multifamily housing to bridge the financing gap:
- A no-interest forgivable loan to support enabling upgrades, removing key barriers to accessing the state's existing community solar program.
- A no or low-interest revolving loan that can provide bridge financing to support access to the Community Solar Expansion Program and the federal investment tax credit (ITC) for properties that are unable to finance the upfront cost of a solar and storage installation.

Washington anticipates serving at least 720 households over the Solar for All period of performance with the revolving loan fund. This household assumption is based on at least half of households being served in the first two years of implementation, and the majority of the funding cycling back into the revolving loan fund to be leveraged again in the following two years.

Commerce is holding funding for enabling upgrades and energy storage installations under BEAMS. If funds are used for enabling upgrades, the funds will be immediately expended whereas if funds are used for energy storage, they can be part of the revolving loan fund, as energy storage is an eligible cost under the state's Community Solar Expansion program. WSHFC will work with eligible properties to help support their selection of enabling upgrades or energy storage using the results of the solar readiness study.

To participate, multifamily affordable housing projects would need to commit to passing on at

---

[1] Washington State University Energy Program. Community Solar Program. WSU Energy Program > Renewable Energy > Community Solar Program

W.D. Wash. 000499

least 85% of the value of solar energy generated to tenants, preferably as electric bill credits if the building is individually metered and the applicable electric utility provides on bill crediting, or through a tangible benefit to tenants that is documented (e.g., free or reduced cost high-speed internet service).

There is no statewide virtual net-energy metering mandate in Washington, so whether tenants of multifamily affordable housing properties can experience energy burden reduction through electric bill credits will depend on their electric utility. Commerce will work with utilities in the Program Planning Year to encourage billing principles, such as on-bill credit to help address this barrier. A few utilities are working on developing these tariffs now. Notably Washington's public utility commission recently approved the multi-tenant solar tariff proposed by the largest electric utility in the state.[2]

The Washington State Housing Finance Commission (WSHFC), a public agency that provides equitable access to capital to create and sustain affordable housing across Washington State, will administer BEAMS as a subrecipient to Commerce's Solar for All award.

*Tribal Solar Program*
Commerce budgets over 25% of the total Solar for All funding to develop a Tribal Solar Program through formal consultation with tribal governments over the Program Planning Year. This program will use an allocation formula, co-developed with tribes, to provide direct support for residential-serving tribal solar projects. The program will center principles of tribal sovereignty and self-determination and will enable tribes to design and implement their own projects.

The allocation of funds will be based on conversations with federally recognized tribal governments and will build off work underway at Commerce to ensure co-led program design with tribal governments.

While this program will be co-created with tribal governments, Commerce will ensure that the final program complies with other EPA guidance for the Solar for All program, including maximizing household savings and focusing the funds on solar deployment and benefits. Tribal lands are considered to be "disadvantaged" under the CEJST tool, so Commerce anticipates that the participant eligibility for these programs will comply with meeting both Justice40 principles and Washington's environmental justice laws.

In addition to allocating funds for tribes, administrative and technical assistance funds for this program will support tribal specific needs, including:
- Travel funds to ensure in person conversations in Indian country;
- Funds for a tribal mediation pool to support contract negotiation and other legal needs;
- Providing Commerce staff with tribal expertise and funding for further professional development; and
- Consultant services to support tribal nations with technical assistance.

---

[2] UTC Docket UE-240565. PSE's Solar Energy Credit Multi-Occupant Allocation Service.
https://www.utc.wa.gov/casedocket/2024/240565/docsets

W.D. Wash. 000500

**Equitable Access to Solar**

Commerce has experience implementing programs that focus on expanding access for low-income and disadvantaged communities. The Energy Programs in Communities (EPIC) Unit with Commerce's Energy Division will be administering Solar for All programming for Washington and has established a framework for evaluating proposed grant projects that focuses on promoting equitable outcomes for tribes, overburdened communities and vulnerable populations. This spring, the EPIC unit implemented a new approach to combine nine funding streams of $117 million into three tailored clean energy funding opportunities: a rolling opportunity for tribes, a community decarbonization opportunity, and a general funding opportunity.  This new approach prioritizes serving the most overburdened and disadvantaged communities in Washington who have had the least access so that they can benefit from clean energy technologies.

In addition, Commerce offered technical assistance to eligible entities planning a project under the Solar plus Storage for Resilient Communities program which is often essential for under-resourced communities that may be exploring the installation of solar and energy storage for the first time. EPIC grant programs are on track to reach or exceed Washington's targets of 40% of investments directed to overburdened communities and vulnerable populations and 10% to tribes. EPIC also stood up a Community Advisory Committee in Spring 2024 that pays advisors with lived experience in social equity, anti-racism, tribal rights, climate justice and beyond to evaluate proposals and develop funding recommendations to leadership. Commerce will apply the lessons learning from this existing work to Solar for All implementation to ensure programs reach new communities.

Washington's plan provides the majority of funds as direct financial assistance to participants. The Commerce plan is designed to fill critical gaps in current and historic solar programs, by focusing on low-income single-family homes and community solar, multifamily buildings and tribes. Financial assistance will be used to:

- Provide roof repair and support other enabling upgrades on single family homes and multifamily properties to enable solar deployment;
- Purchase solar PV that is installed directly on homes or multifamily buildings;
- Pay for the cost of solar PV that is deployed as community solar projects either on built infrastructure or in low-conflict siting areas; and
- Other direct financial assistance as developed with tribal governments.

For the WASH program, Commerce will competitively select multiple vendors during the Program Planning Year to conduct outreach and support income-qualified homeowners throughout the solar installation process.  The evaluation for this procurement will likely include a number of factors for vendors, such as ability to provide wraparound services for homeowners, education and outreach experience, community engagement, and experience leveraging different funding sources.

For the ESSAP program, Commerce will leverage existing relationships with the over 60 electric utilities serving Washington to launch new community solar offerings. Under the state's Clean Energy Transformation Act, Washington electric utilities must ensure an equitable distribution of the benefits of the transition to clean energy for all electric utility customers and expand energy assistance programs for low-income customers. This law and associated requirement can be a motivation for electric utilities to partner with Commerce in reducing energy burden through solar deployment.

12

For the BEAMS program, Commerce is pleased to partner with the Washington State Housing Finance Commission, which has existing relationships with a network of multifamily affordable housing properties and a deep understanding of financing in the multifamily affordable housing sector. WSHFC's Sustainable Energy Trust offers tools to affordably develop energy-efficient buildings, upgrade existing buildings, and create or conserve energy. WSHFC's mission is aligned with Solar for All and WSHFC has the expertise to catalyze equitable access to solar deployment in the multifamily affordable housing sector.

For the Tribal Solar Program, Commerce looks forward to working with the federally-recognized sovereign nations in Washington to co-design the program in a way that ensures equitable access to solar for all tribes. This engagement will be a major activity during the Program Planning Year.

Throughout Washington's Solar for All funded offerings, Commerce will ensure that qualified households do not have to pay to participate. For each program Commerce will strive to maximize the geographic diversity of projects, prioritizing projects located in the most overburdened communities across the state. Commerce will use the project planning year to develop and adapt tools and engage diverse community members across the state to ensure equitable access to Solar for All programs.

**Resilience Benefits**

Commerce had planned to include energy storage for single family homes under WASH in the original Solar for All proposal of $250 million. At the awarded amount, Commerce has decided to forgo energy storage investments to prioritize reducing energy burden for as many income qualified homeowners as possible through solar energy deployment and enabling upgrades. Commerce did not make the decision to forego energy storage for single family homes lightly, but in the absence of time varying rates in Washington, there is no added financial benefit for households in deploying behind the meter energy storage. Commerce's calculation is that energy storage would essentially double the cost of each project or put another way, cut in half the number of single-family homes served by Solar for All. Commerce decided to focus on reducing the energy burden of a greater number of single-family homes in light of the reduced award from EPA. In addition, in Washington's next state budget cycle, which will be before the state legislature in spring 2025, Commerce has requested $70 million for solar and storage grants. If appropriated by the legislature, these state funds could be braided with Solar for All funds to add energy storage to behind the meter solar installations for single family homes (WASH) and to larger community solar installations (ESSAP). As stated in Washington's original Solar for All application, Commerce will prioritize any available energy storage funding for households who can benefit the most from added resilience due to their exposure to frequent or long duration outages, as well as vulnerability factors such as age, disability, or medical needs.

In addition, the largest electric utility in the state, Puget Sound Energy, recently began offering enhanced incentives for certain households seeking to install battery energy storage.[3] Commerce will continue to work with all Washington utilities to support equitable access to energy resilience which aligns with the directive in Washington's clean electricity law that utilities must ensure "that

---

[3] Puget Sound Energy. "Flex Batteries Enhanced Incentives." Accessed October 4, 2024.
https://www.pse.com/en/rebates/PSE-flex/flex-batteries/enhanced-incentives

W.D. Wash. 000502

all customers are benefiting from the transition to clean energy: Through the equitable distribution of energy and nonenergy benefits and reduction of burdens to vulnerable populations and highly impacted communities."[4]

Energy storage is already eligible under the existing state Community Solar Expansion Program. As a result, the revolving loan fund under BEAMS will continue to support access to funding for both solar and energy storage. For budgeting purposes, Commerce has assumed that 16% of the available financial assistance is held for enabling upgrades, and half of that funding is assumed to be for energy storage. However, energy storage will be handled on a case-by-case basis and Commerce will have more updated projections at the end of the Program Planning Year, following the completion of the solar readiness study. Any energy storage projects funded by Solar for All will only be deployed with a solar project being funded by Solar for All.

In addition, Commerce will work with federal recognized tribes in Washington during the Program Planning Year to co-design the Tribal Solar Program which will continue to include energy storage as an eligible cost.

**Community ownership**

In addition to the immediate bill savings that solar will provide households, Washington's Solar for All program will provide long-lasting benefits to ensure that wealth accrues to households through the following mechanisms:

- Qualified homeowners who participate in WASH will receive no-cost solar installations and enabling upgrades. This asset can help build equity in the home, as well as contribute to lowering energy burden and longer-term financial stability for a household. Commerce will consider opportunities, such as third-party ownership, to leverage the ITC for these households, which may have little to no tax liability, but if implemented, Commerce will ensure that the systems convert to full ownership to the homeowner within 5 years.  More analysis will be done on leveraging tax incentives during the Program Planning Year. Commerce sought, and the legislature adopted, a Solar Consumer Protection Law in spring 2024 that will help reduce risks of direct ownership for single family homeowners.
- ESSAP and BEAMS will similarly provide benefits in lowering energy burden, which contributes to longer term housing stability and ability to support other important household needs. For multifamily affordable housing properties that participate, the new installations could also contribute to lower operating costs for these organizations since up to 15% of the electricity generated can benefit the common area meter. Solar energy systems installed through BEAMS will be owned by the multi-family affordable housing property owner. In Washington's current regulatory environment, it is unlikely that ESSAP participants will directly own community solar projects as these projects will likely be owned or at least under contract to the applicable electric utility.
- For tribal members, all programs in the Solar for All proposal will prioritize funding for tribes in keeping with the mandates from state climate, energy, and environmental justice laws. The program will center principles of tribal sovereignty and self-determination. Commerce anticipates that solar and energy storage equipment installed under the Tribal Solar Program will be owned directly by the applicable tribal nation.

---

[4] Revised Code of Washington, Chapter 19.405.060. https://app.leg.wa.gov/RCW/default.aspx?cite=19.405.060

14

**Workforce Development and Entrepreneurship**

Washington's Solar for All program will benefit from Washington's laws and programs that incentivize workforce development in the clean energy transition. Through 2029, the purchaser of eligible equipment for solar energy systems can receive a tax exemption, if the project is certified to meet certain labor, procurement, and community workforce standards:

- 100% of the state/local sales and use tax for systems smaller than 100 kW; and
- 50% of the state/local sales and use tax for systems between 100 kW and 500 kW.

As Washington further designs the Solar for All programs during the Program Planning Year, Commerce will discuss with partners and stakeholders ways to ensure a growing workforce to support project deployment. For WASH, Commerce plans to require that workforce development and training opportunities be provided in every Solar for All funded single family home solar installation, with limited exceptions. Commerce will seek to hire vendors who commit to hiring at least one student or graduate of a job training organization for at least one full paid day of work on each Solar for All installation performed or in a support role on the solar installation (e.g., project design, engineering, project coordination). These workforce training expectations, as well as required labor standards, will be specified in the WASH vendor procurement notice (RFP). To ensure that the program reaches income-qualified homeowners throughout the state, during the Program Planning Year, Commerce will assess on a case-by-case basis whether any exemptions to this workforce training requirement are warranted (e.g., in rural locations with no suitable job training program). Vendors will be prioritized for selection who provide details in their application to Commerce on how they will provide these job opportunities to the low-income and frontline communities where they are installing solar; many of the areas considered disadvantaged by CEJST or "highly impacted" by Washington's EHD Map are also historically underutilized business zones as defined by the U.S. Small Business Administration.

For ESSAP, Commerce will engage with electric utilities to encourage projects for funding that create workforce development opportunities, such as projects that hire individuals associated with job training organizations or that promote hiring in the areas mentioned above. Commerce is also eager to support workforce training opportunities through BEAMS and the Tribal Solar Program. Commerce will ensure any applicable Davis Bacon requirements are met across all Solar for All programs through our contractor and sub-recipient agreements.

**Financial Assistance Strategy**

Washington's Solar for All workplan budgets for 89% of funding to be for financial assistance and 11% for technical assistance. A table below presents a summary of the direct funding for each of the programs.

W.D. Wash. 000504

*Table 2. Financial Assistance Description*

| Program | Total Funding | Scope of Work | Funding for Financial Assistance | Procurement method | Funding Relationship |
|---|---|---|---|---|---|
| WASH Grant Program | $57,000,000 | Commerce contracted third-party administrator(s) (TPA) to design and run the Single-Family home solar program on behalf of Commerce. TPA provides grants directly to low-income families for projects. | $51,300,000<br><br>100% of funds to TPA(s)<br>- 10% of total funding for TPA administration to build and run the program<br>- 90% of total funding used directly for projects (Financial assistance) | Competitive procurement | Contractual |
| ESSAP Grant Program | $38,000,000 | Commerce run grant program. Funding awarded as grants through competitive application process to utilities and community solar project administrators. | $10,000,000<br><br>100% of funds to utilities and community solar project administrators. Separate staffing assumptions have been built in to support program. | Competitive grant application | Contractual |
| BEAMS Loan Program | $10,000,000 | Funding passed through to Washington State Housing Finance Commission (a government entity) to build and administer the program. 80% of funding is given out as loans for projects and returns as program income for RLF. 20% of funding is used for enabling upgrades for these projects and does not return to RLF. | $9,000,000<br><br>100% of funds to WSHFC:<br>- 10% of total funding for WSHFC administration to build and run program, subject to negotiation; 90% of funds available for financial assistance<br>- 16% of budget is held for enabling upgrades<br>- 80% of funding is cycled in the first two years of implementation and returns as revolving loan fund (RLF)<br>- Estimate $7.4M in program income from RLF | Interagency agreement | Subaward |
| Tribal Grant Program | $40,000,000 | Funding passed through via grants to tribal nations for solar installations, including 20% for enabling upgrades or storage. | $40,000,000<br>100% of funding to tribes for tribal defined projects | Non-competitive | Subaward |

**WASH:** This program will fully cover the costs of an estimated 5 kW onsite solar system per home

16

and use 20% of the budget to support associated enabling upgrades. This direct financial assistance will result in a 20%-50% electric bill savings for households. Commerce plans to work with chosen vendors to size solar arrays to cover at least 20% of individual household's electric bills, with a target to 50% electric bill savings. Assumptions:

- Each homeowner receives a ~5 kW solar installation; installation cost of $5.00 per watt. At least 1,660 homes participate for a minimum solar deployment of over 8 MW.
- 20% of the budget is held for enabling upgrades, such as roof repair, electric panel updates, and efficiency measures not covered by other programs.

Up to 10% of the WASH budget will be used to cover the administrative costs of vendors. These costs include program administration and reporting, customer recruitment and education, and project oversight and quality assurance. Participating homeowners will also receive education on operations and maintenance of the system, as well as information on the warranty and what to do if there are problems.

The WASH program will only be for income-qualified homeowners; renters will be directed to the ESSAP program. This program design method ensures that the long-term benefits of solar stay with the intended recipients of Solar for All funds.

Washington's Solar for All program will not work in a silo – coordinating marketing, outreach, and implementation of this program with other related home energy programs is key to ensure that Commerce maximizes benefits to income qualified households. Commerce's Energy Division also operates the state's weatherization program, and will be implementing the IRA Home Energy Rebate programs, so over the Program Planning Year the EPIC team will be in discussions with teams at Commerce as program design commences to align implementation to ensure households are receiving as much benefit as possible through all of these programs. Commerce will also prioritize vendor applications that seek to leverage existing energy assistance support such as weatherization and LIHEAP as a pipeline for identifying income-qualified homeowners, while ensuring that those programs are at appropriate income qualification levels as compared to Solar for All requirements.[5]

**ESSAP**: The ESSAP community solar program will serve renters and other households without access to sufficient rooftop space to install onsite solar. At least 85% of the value of solar energy generated from each community solar project must be passed on to qualified residential customers. Commerce will work with community solar project administrators to ensure that each qualified residential subscriber receives a bill credit equal to at least 20% of the average electric bill, with a target of a 50% bill credit to maximize energy burden reduction. Based on Commerce's initial calculations, each subscriber will receive an approximately 8 kW share of solar. Since Commerce assumes that many of these larger projects will be installed <u>not</u> on existing buildings, less than 5% of the budget for the program will be held to support associated enabling upgrades. Projects can be between 200 kW and 1 MW, with an allowance for smaller projects in the unlikely event that the state's Community Solar Expansion Program incentives are fully allocated. Assumptions:

---

[5] The Low Income Home Energy Assistance Program (LIHEAP) qualifies households under 150% Federal Poverty Level (FPL) while the Weatherization Assistance Program (WAP) qualifies those under 200% FPL, which is in-line with the definition that EPA uses for income qualified for Solar for All.

W.D. Wash. 000506

- Targeting an installation cost of $2.75 per watt. Assume each households receives an 8 kW subscription.
- At least 85% of value of solar energy generated must be passed on to income qualified customers.
- Approximately 1,430 households participate for an estimated solar deployment of over 13MW, a minimum of 11 MW of which will serve income qualified households.

For ESSAP, Commerce will work with electric utilities to manage customer retention for customers who move. Since Commerce is structuring ESSAP to be based primarily on a customer's residence being in a DAC, if an ESSAP subscriber moves within a utility's service area, the utility would verify their eligibility at their new address since community solar subscriptions. If an ESSAP subscriber is initially located in a DAC and then moves outside of a DAC, they may still be eligible to participate if they meet the Solar for All income qualification criteria. Such customers would  re-qualified through the income qualification process that Commerce will develop during the Program Planning Year. If a customer is no longer eligible or moves outside of the utility's service area, the subscription would be reassigned to another eligible customer. Procedures for retaining and reassigning subscriptions will be included in the negotiated agreements with participating utilities.

Washington's electric utilities will be key partners in ensuring the success of ESSAP. Pursuant to Washington's Clean Energy Transformation Act, utilities must demonstrate progress in providing energy assistance or energy burden reduction to their income qualified customers.6 Utilities must regularly report progress on providing energy assistance to Commerce. As a result, Commerce is confident that participating electric utilities will be motivated to ensure that their ESSAP projects remain fully subscribed and ESSAP will leverage utilities' existing energy assistance education and outreach processes.

**BEAMS**: Solar for All funds will be used to deploy solar at multi-family affordable housing properties. To participate, projects must provide benefits from the solar energy generated to tenants, preferably as electric bill credits if the building is individually metered and the applicable electric utility has an appropriate tariff, or through a tangible benefit to tenants. The BEAMS program will encourage properties to share as much of the benefits with tenants as possible during contract negotiations, but at least 85%. Assumptions:
- Targeting an installation cost of $3.50 per watt.
- For budget purposes, each household is allocated 5 kW for parity with the WASH program but this number will be adjusted to ensure that each participant receives at least 20% electric bill credits according to the specific compensation value provided by the applicable electric utility.
- Approximately 720 households participate for an estimated solar deployment of 4 MW.

Up to $1,000,000 or 10% of the funding for BEAMS will be held for WSHFC's administration costs. This amount will include education to properties on operations and maintenance of the system, as well as information on the warranty and what to do if there are any problems.

Commerce anticipates that most or all properties that participate in BEAMS will be affordable multifamily housing that operates with rent level restrictions or covenants. If properties that are

---

[6] RCW Chapter 19.405.120. RCW 19.405.120: Energy assistance for low-income households. (wa.gov)

W.D. Wash. 000507

considered "naturally occurring affordable housing' seek to participate in BEAMS, Commerce and WSHFC will work together to establish practices that are needed to maintain rental affordability, leveraging other programs' practices, such as the state's weatherization assistance program.

**Tribal Solar Program**: The specific details of this program will be co-designed with tribal governments. Commerce currently anticipates providing 100% of the overall budget for this program will be direct financial assistance, in compliance with the Solar for All grant requirements.

## Project-Deployment Technical Assistance Strategy

In just the past few years, Commerce has seen a significant increase in demand for solar and energy storage projects. This is in large part a result of the very successful technical assistance that Commerce provided through the Solar plus Storage for Resilient Communities program starting in 2022. Thus there is now a pipeline of solar and storage projects ready to be constructed and Commerce hopes to build similar demand for Solar for All projects through additional state funding for technical assistance.

**Workforce Development**

Washington's Solar for All proposal will invest in a skilled workforce in a few ways:

1. For WASH, Commerce will require workforce development and training opportunities to be provided in every Solar for All funded single family home solar installation, with limited exceptions that will be developed during the Program Planning Year. Commerce anticipates that vendors will fold these costs into project deployment costs, as trainees will participate in installations and associated activities. This is part of the reason that for the relatively high estimated installation costs ($5/watt) for this program. If it is possible to leverage tax credits through third party ownership while ensuring adequate consumer protections, however, these install cost would at least one third lower.

2. For ESSAP, Commerce will encourage electric utilities to develop projects that create workforce development opportunities, for example hiring individuals associated with job training organizations or that promote hiring in the areas mentioned above. Through the Tribal Solar Program, it is anticipated that workforce development will be a prime program component. For example, tribal consultation may lead to this program investing a portion of the funding into solar workforce training for tribal members.

3. Commerce will invest staff time in consulting with workforce agencies and partners to promote these workforce training opportunities and identify other ways to enhance the solar workforce to support this program and the overall market.  For example, Commerce staff already serve on the Clean Energy Technology Workforce Advisory Committee under Washington's Workforce Training & Education Coordinating Board.[7]

**Resilient Assets**

*Technical assistance for interconnection challenges*

Commerce has longstanding, trusted relationships with electric utilities and with the state's public utility commission that will enable the Solar for All team to navigate interconnection challenges as they arise. As a state with many different electric utilities, most of which are regulated at the local

---

[7] Clean Energy Technology Workforce Advisory Committee | Washington Workforce Training & Education Coordinating Board

W.D. Wash. 000508

level, interconnection standards vary. However, the solar industry has been able to adapt to these standards; Commerce will tap into this existing expertise by selecting WASH vendors who have a proven track record of deploying residential solar in the applicable geography where they proposed to install rooftop solar. In areas where vendors have historically experience delays in interconnection, Commerce may facilitate dialogue with utilities to clarify process and pilot changes. Interconnection of solar projects at multi-family affordable housing properties may be more complex, but Commerce will stay engaged with WSHFC to provide support on this topic in particular. For ESSAP, under the current regulatory landscape, electric utilities will most likely own or contract with the vast majority of community solar projects, so they will be able to select projects based on grid capacity and manage any needed grid updates internally. Commerce will evaluate interconnection risk when selecting ESSAP projects and will review any projects not sponsored by utilities in additional detail, referencing the serving utility's interconnection policies.

*Technical assistance for installation-specific issues*

With an intent of deploying projects statewide and in many different communities, Commerce wants to ensure that these programs do not run into issues regarding siting, land use, permitting, building codes, or other installation-specific issues. To support these projects, Commerce will lean on existing resources:

- Project siting: Commerce will require that community solar projects funded by ESSAP be located on previously developed sites and other locations that do not impact tribal rights and resources, conservation, and agriculture. Commerce will continue to engage with robust, ongoing state efforts to identify appropriate sites for solar that do not conflict with other uses. There are a number of state efforts already in place to identify lower conflict areas for clean energy development.[8] The state's Clean Energy Siting Coordinating Council was created explicitly to improve clean energy siting in the state. Commerce is proposing agency request legislation in Washington's 2025 Legislative session aimed at further streamlining clean energy siting challenges.

- Permitting and land use: Commerce does not anticipate significant permitting-related barriers for WASH implementation, as the agency expects to work with vendors who are adept at navigating solar permitting for single family homes. Where vendors have experienced historical delays in permitting, Commerce may encourage or facilitate conversations with permitting authorities to clarify process and pilot changes. In addition, the Washington Legislature has identified funding to support and encourage local jurisdictions in adopting Solar App+.

- Building codes: Any new multifamily affordable housing properties that participate in BEAMS may need support navigating the new energy code, which took effect in March 2024. This code will require that new properties have a renewable energy generating system of at least 0.5 watt per square foot, with some exceptions. Commerce anticipates that Washington will pursue separate funding under the IRA to support code implementation (e.g., additional training), and will align those efforts with this program.

- Inspection and quality control: Commerce anticipates serving approximately 1,660 households through WASH; to ensure projects are installed properly, Commerce anticipates performing quality inspections for a percentage of projects to ensure projects are well-installed and that expected household savings are being achieved. Commerce anticipates leveraging relationships with electric utilities to assess pre- and post-installation

---

[8] Washington State Department of Natural Resources. "Clean Energy". Clean Energy | WA - DNR

billing data to evaluate household savings on a per-site basis. Commerce assumes that these inspections will be performed by Commerce staff and will develop the procedures based on best practice. Commerce will also develop a plan for any needed quality control at other projects funded by Solar for All, and past success with quality installs will be one way potential vendors are assessed for procurement.

While Commerce will not require ESSAP projects to have community benefit agreements, Commerce will encourage projects (e.g. through scoring) to select community solar projects that are located in DACs and enable the local community to be subscribers. In addition up to 15% of the electricity produced can be provided to the host site, providing a further benefit to the community.

## Equitable Access and Meaningful Involvement Plan

The 2021 Washington State Energy Strategy acknowledges that historically excluded voices must be intentionally sought out, respected, empowered, and privileged.

State Environmental Justice Compliance
Commerce is required by state law to center environmental justice in the development of new grants and programs. The Healthy Environment for All (HEAL) Act directs certain state agencies, including Commerce, to:
- Adopt a community engagement plan that centers environmental justice;
- Incorporate environmental justice into an agency's strategic plan;
- Develop a Tribal consultation framework;
- Prioritize environmental justice in budget and funding decisions; and
- Conduct environmental justice assessments (EJAs) for Significant Agency Actions

Washington's Solar for All programs qualify as Significant Agency Actions and require EJAs, which Commerce will develop throughout the Program Planning Year. After developing the EJA Commerce will also solicit public feedback on it, as required by Washington processes.

Developing Meaningful Engagement
Commerce will make full use of the Program Planning Year to engage deeply with organizations that may interact with eligible households on similar projects to align programming, messaging, and share best practices for outreach. Commerce will leverage existing work and staff to develop materials and support outreach and engagement work.
During this year, the Solar for All team plans to provide transparent communication about decision points for the program, how people can provide feedback, and how decisions will be made. Commerce plans to:
- Continue developing a clear website for the program, written in an accessible and clear way
- Leverage an existing solar email listserv for those interested in the program
- Continue to leverage any Commerce-led meetings on energy assistance to present on Washington's Solar for All program and opportunities to engage on implementation
- Hold a kick-off meeting in fall 2024 for the public to review plans and learn ways to get involved

W.D. Wash. 000510

- Hold quarterly public meetings on progress in implementing the program and any key design questions.
- Attend community events and other gatherings to solicit feedback on program design questions, including in-person engagement and tabling.

To ensure meetings work for most interested stakeholders, events will include evenings or weekends options and offer both virtual and in person meetings. There will be opportunities for comment sessions and any in-person meetings will be scheduled in locations accessible to communities highly prioritized for outreach. Commerce intends to provide translated materials in languages most commonly found in the state.

Commerce has begun to identify specific program design questions where community feedback will be critical, including the best ways to conduct outreach to households that have traditionally not participated in clean energy programs, and how best to prioritize targeted communities to ensure the program is meeting Washington's environmental justice goals and the intent of Justice40. These will be key questions that are addressed in the program design year. Initial ideas for attracting households to these programs include:

- Selecting vendors with deep community connections that can be trusted partners
- Working with community action agencies across the state, who often implement weatherization programs and other assistance programs
- Sharing information with community-based organizations; working with these organizations to identify potential households
- Encouraging utilities to share information on the program with energy burdened customers or those who contact them with high bill complaints
- Co-deployment with the IRA Home Energy Rebates and weatherization programs
- Communicating about available solar programs with customers who are already participating in other income-qualified programs, such as LIHEAP and SNAP[9]

Once the program is fully underway after the Program Planning Year, Commerce is committed to regular report-outs on implementation, soliciting feedback on possible program changes or additions. The agency will work with partners and vendors to ensure that program offerings under Solar for All are reaching households statewide and make iterative adjustments to improve accessibility of the program. To maintain a sustaining program after the grant period of performance, communities across Washington will need to understand the value of Solar for All, so engagement is a key piece of Washington's program.

**Communities Served**
Washington's Solar for All program uses the low-income, multi-family affordable housing, and DAC definitions to align eligibility.  Additionally, Commerce will use a state definition of highly impacted communities to further prioritize outreach and uptake of these programs within the EPA definitions. "Highly impacted" communities are those ranked as 9 or 10 on the Washington Environmental Health Disparities Map, which uses environmental health and socio-economic

---

[9] The Low Income Home Energy Assistance Program (LIHEAP) qualifies households under 150% Federal Poverty Level (FPL) while the Supplemental Nutrition Assistance Program (SNAP) qualifies households under 130% FPL, which is in-line with the definition EPA uses for Solar for All.

W.D. Wash. 000511

indicators to screen individual census tracts.

Commerce has designed four program offerings to ensure Washington's implementation of Solar for All maximizes the diversity of communities served by the program. This includes single family homeowners, households who do not have space for residential rooftop solar, renters, tenants of multi-family affordable housing properties, and federal recognized tribal nations.

*Program Specific Communities*

Income-qualified single family homes

To ensure Washington is providing benefits to income-qualified households in perpetuity, the WASH program directs funding to homes statewide that are owned and occupied by income-qualified households and homes of tribal households that are located on tribal lands. In implementation, Commerce will prioritize homes that are located in communities that are identified as "highly impacted" on Washington's EHD map. During the program design year, Commerce also plans to collaborate with nonprofit organizations that construct houses for income-qualified homeowners and community land trusts to ensure new low-income homeowners can benefit from this program. During the Program Planning Year Commerce will also identify any circumstances under which a home located in a DAC that is not owned by a tribal household would be eligible to receive a no cost solar energy installation in the absence of income-qualification documentation.

Income-qualified community solar

Commerce will use funding to create an income-qualified and DAC-serving community solar program that will be complementary to but distinct from existing state programs. Projects can be 200 kW to 1 MW. Subscribers will be required to meet EPA's income qualification criteria at the time of entering the program, or be an eligible resident of a DAC, including those who qualify for utility assistance programs and tribal households. Through program design, Commerce will determine any further eligible entities that represent these groups. As with WASH, Commerce will prioritize projects sited in and benefiting residents of communities identified as "highly impacted" on Washington's EHD map.

Multifamily affordable housing

For BEAMS, two financing products will be available to both new and existing multifamily affordable housing properties. Commerce, and its chosen subrecipient, WSHFC, will align the definition of multifamily affordable housing with EPA's definition. To participate, projects would need to commit to passing on at least 85% of the value of solar energy generated to tenants, preferably as electric bill credits if the building is individually metered, or through a tangible benefit to tenants that is documented.

Tribal solar projects

Washington's Solar for All proposal commits a substantial part of its budget to develop a Tribal Solar Program through formal consultation with federally-recognized tribal governments. This program will use an allocation formula, co-developed with federally-recognized tribes, to provide direct support for tribal solar projects. The program will center principles of tribal sovereignty and self-determination and will enable tribes to design and implement their own projects.

23

**Customer Acquisition**

Commerce will use the Program Planning Year to develop processes and parameters for qualifying customers for each program. Commerce plans to leverage existing programs that establish income eligibility such as income-verified federal assistance programs and utility assistance programs. Commerce will lean on recent state programs that leveraged categorical eligibility using state agency data.

Given the overlap between the IRA Home Energy Rebates program definition of low-income and Solar for All's definitions, as well as the need to co-deploy these programs to maximize benefits to households, Commerce anticipates aligning eligibility requirements and processes between these two programs. Commerce will refine these requirements through the Solar for All Program Planning Year and through the IRA Home Energy Rebates development, which is on a slightly faster timeline (estimated launch early 2025).

**Participatory Governance, Education, and Outreach**

Commerce will leverage existing relationships with community-based organizations (CBOs), especially by and for organizations, to develop best practices related to participatory governance models. Commerce has already begun working with a Community Energy Ambassador group comprised of several NGOs and focused on developing processes to incorporate community priorities and voice into decision making. These groups include Front and Centered, Spark Northwest, Kick Gas Now, Rural People's Voice and others, Commerce will also dedicate time to building relationships within communities where Commerce historically has less engagement. As a starting point, Commerce can leverage information from recent state solar program funding rounds to identify new proponents from communities, including food banks, houses of worship, and community centers.

In addition to statewide CBOs, Commerce has been selected to participate in the first cohort of the Just and Clean Energy Future State Implementation Accelerator. This program is led by the Communities First Fund, in partnership with NASEO, AASHTO, Emerald Cities Collaborative, New Urban Mobility Alliance, Race Forward, Lawyers for Good Government, NRDC, and federal agencies implementing clean energy and infrastructure investments. Washington will receive support to strategically navigate the spectrum of federal resources, including Solar for All, and other Justice40-covered programs. This support, in the form of technical assistance from federal agencies and partner intermediary organizations, will specifically focus on participatory governance and wealth and asset-building opportunities.

Commerce will also coordinate with the University of Washington Center for Environmental Health Equity, funded by the EPA Thriving Communities Technical Assistance Center program. There will be continued efforts to align and leverage work.

Commerce will take several actions to educate and engage communities on the benefits of solar energy. First, during the Program Planning Year, Commerce will engage with communities around the state both through virtual workshops and through in person, community meetings with both households and local organizations serving the target populations for Solar for All. These engagement sessions will provide opportunities for Commerce to inform communities about the benefits of solar and our plans for Solar for All, as well as for Commerce to hear directly from communities and community-based organizations on how to implement Solar for All in a culturally

appropriate way that responds to the needs of each specific community that will be served. Translated materials will be available, and some sessions will be held in Spanish, the most spoken language in Washington after English. Commerce will also leverage the existing work happening in the state to design a low-income energy assistance program; work will happen during the Program Planning Year and will include understanding the importance of energy access and home energy costs to the lives of multicultural, rural, and indigenous households across Washington.

Second, during program implementation, engagement strategies will include emails, website updates, media ads and earned media, signage, and deep engagement with organizations working in the communities Commerce wishes to serve with the Solar for All program. Commerce will work with contractors, utilities and a subrecipient who have strong existing relationships with the specific types of households that they seek to serve. For WASH, Commerce will prioritize through selection vendors to administer the program who have deep ties in and are trusted by the communities where they propose to install solar. Utilities will be the primary entities administering benefits through community solar under ESSAP so they can leverage their existing customer relationships and communication and outreach mechanisms. Commerce is pleased to partner with WSHFC to administer BEAMS, as WSHFC has existing relationships with most affordable housing properties in the state. Commerce will also leverage Commerce's Housing Division, which administers the state's Housing Trust Fund, a capital funding program to build and maintain affordable housing. Working through this program, Commerce's Solar for All program could reach additional affordable housing properties that are not served by WSHFC. Finally, the tribal solar program is being co-designed with tribes to ensure that tribes lead the implementation of these projects that will serve their communities and to ensure that Solar for All opportunities are being messaged in a culturally appropriate way as described further in the next section.

*Tribal co-governance, outreach and education*
Commerce will develop a Tribal Solar Program that will be co-designed with tribal governments. Tribal engagement will be well informed by Commerce's existing tribal engagement and consultation policies. In addition, the HEAL Act requires Commerce to develop a tribal consultation framework, conduct consultation on actions that affect tribes' rights and interests in their tribal lands, and assess environmental benefits and harms of all program implementation activities.

To ensure that Commerce's engagement is aligned with statewide best practices, Commerce will work with its Office of Tribal Relations and with the Governor's Office of Indian Affairs, who are also supporting the development of other IRA programs, including the Comprehensive Climate Action Plan as part of the EPA Climate Pollution Reduction planning grant program. Commerce can also use existing tribal climate action plans to support objectives and outcomes, including the Columbia River Inter-Tribal Fish Commission's (CRITFC) Energy Vision, Spokane Tribe's Climate action plan, Makah Tribe's renewable energy plan and climate resilience plan and Quinault Indian Nation's climate resilience plan.

Commerce plans to coordinate with an expansive group of tribal entities and resource groups to support program design and marketing, including but not limited to:
- Commerce's Tribal Advisory Committee (COMTAC), a Commerce-convened committee
- Affiliated Tribes of Northwest Indians (ATNI) represents over 50 Northwest tribal governments. Commerce regularly attends ATNI events to engage with members.

25

- Upper Columbia United Tribes (UCUT), whose members include Confederated Tribes of the Colville Reservation, Spokane Tribe of Indians, and Kalispel Tribe of Indians.
- Northwest Indian College (NWIC) is a public tribal land-grant community college in Bellingham, WA and is the only accredited tribal college serving reservation communities of Washington, Oregon, and Idaho. NWIC has launched a solar energy training program to support growth of renewable energy workforce among tribes.
- University of Washington Center for Environmental Health Equity.
- Tribal and Tribal-Serving Community Development Finance Institutions (CDFIs).
- Tribal planning groups and program implementers such as the South Puget Intertribal Planning Agency and Small Tribes Organization of Western Washington.

W.D. Wash. 000515

## Section 3:  Fiscal Stewardship Plan

**Stewardship of Funds**

For the 2023-2025 budget biennium, is administering a budget of more than $8 billion, including more than $5 billion in capital funding, one of the largest capital budgets amongst Washington state agencies. Much of the funding is provided to Commerce from the state legislature to support direct and competitive grants to communities across the state.

Commerce is governed by a set of accounting and budget policies that ensure efficiency in how the money flows into the agency, how it is documented and accounted for, and how reporting is conducted, and staff are trained on these policies, and have resources available (e.g., more training, one-on-one support) when questions arise. These policies help manage risk, prevent fraud, waste, and abuse, and dictate how funds are managed. These policies include ones around risk management, the federal award process, and cost allocation to programs. All of these policies are in alignment with Washington's Office of Financial Management (OFM), which sets the grounding accounting and administrative policy for the state, and following Commerce's financial management policy, which among other requirements, directs Commerce to design financial policies, procedures, and practices "to be compliant with federal and state laws and regulations." Relevant policies for this federal Solar for All award include:

- Financial Management Policy: A policy statement on how Commerce's financial management practices are designed to be compliant with federal and state laws and regulations; consistent, systematic, and predictable; fair and equitable; simple and provide east of access to all levels of information; supportive of transparency and accountability.
- Allocating Costs to Programs: How Commerce allocates costs through indirect and direct costs, and the basis used to allocate costs, which governs an associated Cost Allocation Procedure and Manual
- Federal Award Processes and Procedures: A policy and procedure for accepting and managing a federal award
- Implementing Enterprise Risk Management: A policy on ensuring there are risk management procedures in place.

Commerce also has strong policies and procedures governing how it distributes money, and has wide experience in receiving, managing, and reporting on federal grants and complying with the Code of Federal Regulations' requirements for administering federal grants. As an entity that manages more than 100 programs, Commerce has robust processes around competitive procurement, which are in alignment with federal requirements, and has a Central Contracts Office which establishes agency-wide procedures, provides training, and advises staff on contracting questions, including monitoring. Commerce also has internal audit and control policies in place to effectively manage risk and prevent waste, fraud, and abuse of funds, and to respond to any findings of our state's Single Audit, which is conducted annually to review the award and oversight of federal funds. Relevant policies and procedures include:

- Monitoring contracts: a policy that directs Commerce contract managers and program managers in certain ways, including the requirement that program managers conduct a risk assessment of each type of service that is contract, develop a monitoring plan, and monitor each contract accordingly.

W.D. Wash. 000516

- Monitoring Grantee Audit Requirements: A policy on oversight of subgrantees that receive federal funds through Commerce.
- Awarding Grants and Loans: A policy on procedures related to awarding grants and loans, and how they are distinct from procurement contracts
- Awarding Procurement Contracts: A policy on procedures related to awarding procurement contracts.
- Standardizing Contract Templates: A policy on how best practice for the agency is to use standard contract templates, with separate templates for federally-funded versus state-funded contracts. Any deviations from General Terms and Conditions need approval from the Central Contracts Office.

During the Program Planning Year, Commerce will use its standard procedures to select implementers and named subrecipients. One exception is that Commerce intends to name Washington State Housing Finance Commission as a subrecipient to implement the BEAMS program. As another Washington state agency, the contract between Commerce and WSHFC will be an interagency agreement.

Commerce has standard contract templates for federally-funded programs that have been reviewed to be in compliance with federal requirements; Commerce will review the templates with its Central Contract Office and, if needed, the Attorney General's office, to add any other needed Solar for All-specific term and condition language that will need to flow down to subrecipients and contractors. Commerce will monitor contracts, in alignment with monitoring plan for each subrecipient and Commerce's monitoring policies.

**Consumer financial protections**

In June 2024, Commerce's agency request legislation, House Bill (SB) 2156, went into effect. This legislation establishes new solar consumer protections in Washington. This legislation addresses contracts between property owners and solar installers to ensure that the costs and savings of installing solar energy are accurately described, so that households can make informed decisions about solar. Commerce was particularly motivated to pursue this legislation in anticipation of receiving a Solar for All award. The Washington Solar Energy Industries Association, numerous electric utilities, labor, and others all advocated for this bill and are driving toward the successful implementation of its requirements.

In line with HB 2156, Commerce will require that WASH vendors:

- Communicate in clear, understandable language, including providing needed translation.
- Provide documentation that explains the value of the project; any long-term maintenance costs; any impact on the home's value; the estimated electricity produced by the solar energy system and anticipated bill savings; and the contact information for the vendor to address any complaints.
- Submit to Commerce documents relating to interactions with households, and submit for preapproval any sales and marketing materials and training materials.
- Develop or have a meaningful process for handling consumer complaints and detail what interaction is needed from Commerce in the process.

For all vendors hired under WASH, Commerce will review and approve outreach material developed for Solar for All funded work. Commerce will also require each vendor to submit a copy

W.D. Wash. 000517

of their standard solar energy installation contract for review and approval for use under Solar for All.   Washington's Solar Consumer Protection law establishes that "No person may solicit using any statement or representation with regard to the costs, financing, terms, or conditions of purchase or installation of residential or commercial solar energy systems that is deceptive." Commerce will plan to take immediate action if there is evidence of company not affiliated with Solar for All trying to assert that they have funding to support customers under the program. Commerce has established an open line of communication with the Attorney General Office's Consumer Protection Division and will ask them to take action as warranted. Commerce reserves the right to terminate a contract with any vendor for cause, such as unreasonable number of complaints. If subcontractors are used in the Tribal Solar Program, Commerce anticipates there will be similar consumer protection provisions agreed to and enforced by Commerce and the relevant tribal government, depending on the specific design of the program. WASH is also intended to be a no-cost program for homeowners, with no upfront cost or financing needed; entities that indicate affiliation with Solar for All but market products, such as financing, that is not affiliated with Solar for All, will go through complaint procedures. Washington does not have residential property assessed clean energy programs.

For the ESSAP program, community solar companies are required by law to register with Washington's public utilities commission, which has a formal process to register complaints.

The BEAMS program will work directly with multifamily affordable housing properties, rather than with households. WSHFC's entire work is focused on these kinds of properties. Though the financing products under BEAMS should not result in long-term debt for a property, there will be some short-term debt for those awaiting incentives to be paid back; Commerce will work with WSHFC to develop terms that ensure that no property is overleveraged. Part of the BEAMS program includes capitalizing a revolving loan program; Commerce will work with WSHFC to ensure that program income that comes back into the fund is properly accounted for and moved back into the fund for further use. Commerce works closely with WSU Energy Program staff who administer the Community Solar Expansion Program, which will aid Commerce's ability to ensure incentives are accurately estimated and are paid out timely. It is likely that some projects will use multiple types of financing; WSHFC is familiar with navigating a capital stack for a project that includes multiple different sources.

Commerce is committed to maximizing benefits to households - Washington's Solar for All programs aim to provide a minimum of 20% utility bill savings for households, but is targeting at least 50% bill savings for participants. To ensure that these benefits are reaching households:
- For a percentage of WASH projects, Commerce will have spot checks and quality install inspections are performed to ensure that these projects are meeting the expected household savings predicted and that measures were installed as reported. For example, Commerce may require that a vendor have the first three projects and 5% thereafter be inspected. These requirements will be developed as part of contract negotiations, and Commerce anticipates doing these inspections in-house.
- Under ESSAP, Commerce will require reports from participating electric utilities, scrubbed of any personally identifiable information, to ensure expected benefits are reaching subscribers.

W.D. Wash. 000518

- For BEAMS, Commerce will require affordable housing owners to report on the savings and how it has been passed onto customers. WSHFC or Commerce may perform site visits to review installations and any non-financial benefits that are provided.
- To verify income qualifications, Commerce will leverage other assistance programs, and will align with other utility and state procedures.

## Section 4:  Timeline and Milestones

Commerce was initially obligated funds in July 2024, with a grant period from May 2024 to April 2025. At a high-level, Commerce anticipates the rest of calendar year 2024 being focused on initial activities such as workplan amendment, initial hiring, and initial stakeholder engagement. 2025 will be focused on program planning, and 2026 through 2029 will be program implementation. 2029 will also include close-out activities, unless contract extensions are negotiated.

*Table 3. High-Level Project Schedule*

|  | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Award and Conditional Drawdown | x |  |  |  |  |  |  |  |  |
| Program Planning |  | x |  |  |  |  |  |  |  |
| Implementation |  |  | x | x | x | x |  |  |  |
| Close-out |  |  |  |  |  | x | x | x | x |

## Program Planning Year

Commerce plans to use the full Program Planning Year to develop Washington's Solar for All program design. During this year, Commerce will engage in the activities listed in first part of Section 2 and in the attached timeline, which generally cover outreach and engagement to interested stakeholders and associated communication materials, hiring internal staff, procuring and contracting with selected vendors and subrecipients, and finalizing program design decisions that will guide the implementation of the program. Outreach and engagement during the Program Planning Year will include discussions with other Commerce program staff with purview over weatherization and other home energy programs; electric utilities; affordable housing stakeholders; and other interested stakeholders to refine program assumptions and design. Formal consultation will also take place with federally recognized tribal governments on the design and implementation of the Tribal Solar Program.

Commerce anticipates providing EPA a revised workplan draft by October 15, 2025, and providing a final version by December 1, 2025, after responding to any EPA feedback. During the Program Planning Year, Commerce anticipates using the EPA-funded technical assistance provided through DOE, with a particular focus on enabling third party ownership with robust consumer protections and continuing to identify least conflict siting opportunities for community solar.

W.D. Wash. 000519

**Conditional Drawdown Period and Program Planning Year**
July 2024 to December 2025

*Table 4. Tasks for Conditional Drawdown and Program Planning Year*

| Task | Q3 2024 | Q4 2024 | Q1 2024 | Q2 2025 | Q3 2025 | Q4 2025 |
|---|---|---|---|---|---|---|
| Amend Workplan and Budget | X | X | | | | |
| Program Start-up | X | X | X | X | X | X |
| Conduct General Outreach and Engagement | X | X | X | X | X | X |
| Conduct Tribal Specific Outreach and Engagement | X | X | X | X | X | X |
| Conduct Workforce Engagement | | | X | X | X | |
| Conduct Utility Engagement re: bill analysis | | | X | | | |
| Quality Assurance Activities | | | X | | | |
| Project Reporting Management | | | X | X | X | |
| Environmental Justice Analysis | | | X | X | X | X |
| Procurement and Contracting Activities | | | X | X | X | X |
| Establish income verification process | | | X | X | X | |
| Program Design Activities | | | X | x | X | X |
| Revised Workplan and Budget | | | | | X | X |

*Table 5. Milestones, Deliverables, and Stakeholders Consulted, by Task, for Conditional Drawdown and Program Planning Year*

| Task | Start Date | End Date | Milestones | Stakeholders | Deliverable(s), if applicable |
|---|---|---|---|---|---|
| Amend Workplan and Budget | 7/2024 | 12/2024 | • 10/2024: Commerce turns in amended documents to EPA<br>• 12/2024: EPA anticipates approving amendment | • EPA | • Amended workplan<br>• Amended budget and narrative<br>• Amended SF424 and SF424A<br>• Timeline |
| Program Start-Up | 9/2024 | 12/2025 | • 9/2024: Hiring or staff reorganization begins<br>• 1/2025: Regular team meetings begin<br>• 6/2025: Commerce is fully staffed for program | N/A | N/A |

W.D. Wash. 000520

| Task | Start Date | End Date | Milestones | Stakeholders | Deliverable(s), if applicable |
|------|-----------|----------|-----------|--------------|------------------------------|
| Conduct General Outreach and Engagement | 7/2024 | 12/2025 | • 7/2024: Update program materials with notice of award<br>• 10/2024: In-person listening sessions in Central Washington<br>• 11/2024: Hold public engagement event on amended workplan<br>• Through 2025: Hold regular public design workshops<br>• Through 2025: Update communication materials as needed | • General Public | N/A |
| Conduct Tribal Specific Outreach and Engagement | 9/2024 | 12/2025 | • 9/2024: Tribal engagement at ATNI<br>• 10/2024: Affordable Housing event<br>• 10/2024: Solar stakeholders event<br>• 3/2025: Finalize guidelines for participant support costs<br>• Through 2025: Other specific engagement events with utilities, affordable housing stakeholder, workforce stakeholders, and others<br>• Through 2025: Formal tribal consultation | • Tribal governments<br>• Tribal serving entities | Guidelines for participant support costs |
| Conduct Workforce Engagement | 1/2025 | 7/2025 | • Bi-monthly: Regular updates at CETWAC meeting<br>• Through July, specific engagement with other workforce entities to gather feedback on workforce plan | • CETWAC | N/A |
| Conduct Utility Engagement re: bill analysis | 1/2025 | 3/2025 | • By 1/2025: Receive additional EPA guidance on household billing analysis<br>• 1-3/2025: Conduct outreach on available bill data to support savings analysis | • Electric utilities<br>• Public Service Commission (WA UTC)<br>• EPA | N/A |
| Quality Assurance Activities | 1/2025 | 3/2025 | • 1/2025: Commerce turns in QMP<br>• 2/2025: EPA approves QMP<br>• 3/2025: Commerce turns in QAPP<br>• 4/2025: EPA approves QAPP | • EPA | • QMP<br>• QAPP |

W.D. Wash. 000521

| Task | Start Date | End Date | Milestones | Stakeholders | Deliverable(s), if applicable |
|---|---|---|---|---|---|
| Project Reporting Management | 1/2025 | 8/2025 | • 8/2025: Procedures and processes for project reporting are established | • Internal Commerce stakeholders | N/A |
| Environmental Justice Analysis | 1/2025 | 12/2025 | • 3/2025: Complete internal environmental justice outreach plan<br>• 8/2025: Determine any further prioritization methods when deploying SFA funds, based on Washington definitions of highly impacted communities<br>• 10/2025: Finalize Environmental Justice Assessment, as required by state law | • Environmental Justice communities<br>• Internal Commerce stakeholders | • If applicable, updated prioritization methods<br>• Environmental Justice Assessment |
| Procurement and Contracting Activities | 1/2025 | 12/2025 | • 1/2025: BEAMS – finalize guidelines for use of revolving loan fund with subrecipient<br>• 1/2025: BEAMS: Complete interagency agreement with WSHFC<br>• 3/2025: WASH: Start competitive procurement for vendors<br>• 10/2025: WASH: Complete contracting for vendors<br>• By 12/25: Receive EPA approval for identified contracts and subawards | • WSHFC<br>• Tribal subrecipients<br>• Selected WASH Vendors<br>• EPA (for approvals) | • RLF guidelines<br>• Named contractors<br>• Named subawards |
| Establish income verification process | 3/2025 | 9/2025 | • 9/2025: Income verification methods and processes are established | • Internal Commerce stakeholders | • N/A |
| Program Design Activities | 1/2025 | 12/2025 | • 1/2025: ESSAP: Get clarification from EPA on program design questions<br>• 9/2025: WASH: Standards for workforce development requirements and quality control inspections protocols finalized<br>• 10/2025: WASH: Determine DAC eligibility, in lieu of income qualification<br>• 11/2025: WASH and BEAMS: Determine whether program income could support post-Solar for All operations and maintenance<br>• 12/2025: Develop final program design documents for internal management | • Stakeholders from previous tasks | • Final program design documents for each program |

W.D. Wash. 000522

| Task | Start Date | End Date | Milestones | Stakeholders | Deliverable(s), if applicable |
|------|-----------|----------|------------|--------------|-------------------------------|
| Revised Workplan and Budget | 8/2025 | 12/2025 | • 10/2025: Commerce turns in draft revised workplan and budget to EPA<br>• 12/2025: Commerce turns in final draft revised workplan and budget to EPA<br>• 12/2025: Anticipated EPA approval of revised workplan | • EPA | • Amended workplan<br>• Amended budget |

W.D. Wash. 000523

## Program Implementation

Commerce anticipates that all programs described in this workplan will launch in January 2026. Any changes to move up the timing of the launch of some of these programs will be communicated in the revised workplan due by the end of 2025 and directly with the EPA Project Officer.

This schedule assumes that the period of performance will end in April 2029, though there may be no-cost extensions that can be negotiated at a later date. Close-out activities are conducted after the period of performance.

*Table 6. Milestones, Outcomes, and Responsible Parties, by Task, for Program Implementation*

| Task | Start Date | End Date | Milestones | Responsible Party(ies) | Outcome or Deliverable |
|---|---|---|---|---|---|
| Implement WASH program | 1/2026 | 4/2029 | • 1/2026: Program launches<br>• 4/2029: Program achieves grant outcomes and closes | • Selected vendors (implementation)<br>• Commerce (oversight) | 1,660 households are served and electricity bills are reduced for those served |
| Implement ESSAP | 1/2026 | 4/2029 | • 1/2026: Program launches<br>• 4/2029: Program achieves grant outcomes and closes | • Commerce (implementation) | 1,430 households are served and electricity bills are reduced for those served |
| Implement BEAMS | 1/2026 | 4/2029 | • 1/2026: Program launches<br>• 4/2029: Program achieves grant outcomes and closes | • WSHFC (implementation)<br>• Commerce (oversight) | 720 households are served and electricity bills are reduced for those served |
| Implement Tribal Solar Program | 1/2026 | 4/2029 | • 1/2026: Program launches<br>• 4/2029: Program achieves grant outcomes and closes | • Tribal Subrecipients (implementation)<br>• Commerce (oversight) | TBD |
| Regular Team Meetings | 1/2026 | 4/2029 | • N/A | • Commerce | Solar for All team has strong processes and regular connection points to support implementation |

| Task | Start Date | End Date | Milestones | Responsible Party(ies) | Outcome or Deliverable |
|------|-----------|----------|-----------|----------------------|----------------------|
| Annual Public Engagement Events | 11/2026 | 11/2028 | • 11/2026: 2026 Public Engagement Event<br>• 11/2027: 2027 Public Engagement Event<br>• 11/2028: 2028 Public Engagement Event<br>(November is estimate) | • Commerce | Public is informed and feedback is gathered |
| Annual Review of QMP and QAPP | 1/2025 | 3/2025 | • 2/2026: QMP and QAPP reviewed<br>• 2/2027: QMP and QAPP reviewed<br>• 2/2028: QMP and QAPP reviewed<br>• 2/2029: QMP and QAPP reviewed | • Commerce (compliance)<br>• EPA (review) | QA documents and processes maintained |
| Required EPA semi-annual reporting and other reporting requirements | 10/2024 | 1/2030 | • Annually: EPA Form 5700-52A submitted<br>• Annually: SF425 submitted<br>• 1/2025: Performance reporting submitted<br>• 7/2025: Performance reporting submitted<br>• 1/2026: Performance reporting submitted<br>• 7/2026: Performance reporting submitted<br>• 1/2027: Performance reporting submitted<br>• 7/2027: Performance reporting submitted<br>• 1/2028: Performance reporting submitted<br>• 7/2028: Performance reporting submitted<br>• 1/2029: Performance reporting submitted<br>• 7/2029: Performance reporting submitted | • Commerce (compliance)<br>• EPA (review) | All required reporting |
| Close-out activities | 4/2029 | 1/2032 | • 8/2029: Post-closeout program strategy submitted<br>• 8/2029: Final report and final federal financial report submitted<br>• 7/2030: Performance reporting submitted<br>• 1/2031: Performance reporting submitted<br>• 7/2031: Performance reporting submitted<br>• 1/2032: Performance reporting submitted | • Commerce (compliance)<br>• EPA (review) | • If applicable, updated prioritization methods<br>• Environmental Justice Assessment |

W.D. Wash. 000525

# Section 5:  Reporting Requirements

**Reporting Plan**

As an executive level agency in the State of Washington, Commerce participates in the state of Washington's Single Audit, which ensures that the state and its agencies are using federal funds appropriately and is in compliance with all applicable requirements and regulations of each grant award. Commerce will fulfill all the relevant reporting needs of the Solar for All grant:

Performance Reports

- *Semi-Annual Report*

Commerce agrees to submit semi-annual performance reports electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. The semi-annual performance report should cover activities from the preceding two quarters.

- *Final Report*

Commerce agrees to submit a final report in a format conducive for immediate public consumption. The final report must contain detailed narratives describing program performance for the entire period of performance, representing an overall assessment of the recipient's implementation of its EPA-approved Solar for All Workplan, supported with qualitative discussions and quantitative metrics. Additionally, the recipient should detail its program strategy and plans for performance reporting under the Closeout Agreement. Commerce will include the following elements in its final report:

- Progress towards objectives on key performance metrics over the entire period of performance,
- Summary of key activities completed in the entire period of performance, including case studies across different types of financial assistance and project-deployment technical assistance undertaken to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies,
- Geographic coverage of financial assistance and project-deployment technical assistance deployed in the entire period of performance,
- Descriptions and examples of actions the program took over the entire period of performance to meaningfully involve the communities the program serves in program design and operations, and
- Plans for key activities (including current transaction pipeline) to be completed as well as outputs and outcomes to be achieved under the Closeout Agreement.

Commerce agrees to submit the final performance report electronically to the EPA Project Officer no later than 120 calendar days after the end date of the period of performance.

Transaction-Level and Project-Level Data

Commerce agrees to submit semi-annual transaction-level and project-level data in accordance with information collection instruments approved through GGRF Accomplishment Reporting, or as otherwise amended. Commerce agrees to submit the transaction-level and project-level data electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting

W.D. Wash. 000526

period ends. The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30 and should cover transactions originated in the preceding two quarters.

Each program includes dedicated staff time to acquire, track and manage program data, including developing reports for both EPA and for the general public. Each program also includes dedicated staff to focus on monitoring, reporting, and compliance. Once agreed upon metrics are developed during grant award negotiations, Commerce intends to convene a kick-off meeting with staff and subsequently hold regular internal team meetings to review implementation. The kick-off meeting will include a review of the key pieces of data and metrics of success that Commerce is tracking and a discussion to inform the collective understanding of how the needed data will be collected, calculated, and reported.

### Contractors

Any contracts, vendors, or subrecipients selected by Commerce to assist with implementation will also include reporting requirements as part of their scopes of work, to support EPA reporting. Vendors will maintain strict confidentiality of any and all sensitive and personally identifiable information. For a percentage of projects that are run through contractors, Commerce plans to do spot checks and quality installation inspections to ensure that these projects are meeting the expected household savings predicted and that measures were installed as reported.

### Evaluation of the Program

Commerce intends to conduct a mid-point evaluation of our program to help inform any changes and adaptive management needed. Commerce will discuss the specifics of when this program evaluation might occur with stakeholders during program design and with EPA, but the preliminary estimate is that this would happen after the first full year of implementation, to help inform the following three years and ensure ultimate impact. A key part of this evaluation will be review of available quantifiable data, as well as interviews with relevant stakeholders, to help inform whether the program is on track to meet its expected outputs, outcomes, and goals. Evaluation results will be reviewed with Commerce program staff and with any vendors as appropriate, to determine any needed changes in outreach to households, installation of measures, and any directional shifts Washington's program should take to stay on track toward success. Commerce is committed to proactively discussing preliminary and final evaluation findings with both Washington stakeholders and with EPA.

## Section 6:  Budget Narrative

Below is the budget for Commerce's Solar for All Program, which is complemented by a separate Budget Detail document. Commerce does not propose any pre-award costs or the use of any of these funds to support unallowable costs as defined by EPA, such as lobbying, ineligible projects, or work outside the United States.

### Project Budget

*Table 7. Budget Summary, by Year*

|  | YR1 | YR2 | YR3 | YR4 | YR5 | TOTAL |
|---|---|---|---|---|---|---|
| A. Personnel | $903,274 | $903,274 | $903,274 | $903,274 | $903,274 | $4,516,368 |
| B. Fringe Benefits | $334,211 | $334,211 | $334,211 | $334,211 | $334,211 | $1,671,056 |
| C. Travel | $16,574 | $16,574 | $16,574 | $16,574 | $16,574 | $82,870 |
| D. Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| E. Supplies | $36,000 | $0 | $0 | $0 | $0 | $36,000 |
| F. Contractual | $868,603 | $24,084,160 | $38,234,160 | $26,259,160 | $7,259,160 | $96,705,243 |
| H. Other | $233,560 | $22,738,560 | $22,733,560 | $2,733,560 | $2,633,560 | $51,072,800 |
| J. Indirect Charges | $407,133 | $407,133 | $407,133 | $407,133 | $407,133 | $2,035,663 |
| Total | $2,799,354 | $48,483,911 | $62,628,911 | $30,653,911 | $11,553,911 | $156,120,000 |

*Table 8. Budget Summary, By Program*

|  | All programs | BEAMS-MF Solar | ESSAP-Com Solar | Tribal Solar | WASH-SF | Grand Total |
|---|---|---|---|---|---|---|
| A. Personnel | $92,648 | $1,064,413 | $1,064,413 | $1,230,482 | $1,064,413 | $4,516,368 |
| B. Fringe Benefits | $34,280 | $393,833 | $393,833 | $455,278 | $393,833 | $1,671,056 |
| C. Travel | $50,360 |  |  | $32,510 |  | $82,870 |
| D. Equipment | $0 |  |  |  |  | $0 |
| E. Supplies | $36,000 |  |  |  |  | $36,000 |
| F. Contractual | $1,255,243 | $250,000 | $38,000,000 | $200,000 | $57,000,000 | $96,705,243 |
| H. Other | $1,072,800 | $10,000,000 |  | $40,000,000 |  | $51,072,800 |
| J. Indirect Charges | $2,035,663 |  |  |  |  | $2,035,663 |
| Total | $4,576,993 | $11,708,246 | $39,458,246 | $41,918,270 | $58,458,246 | $156,120,000 |

**Personnel**

Total personnel costs for the period of performance are $4,516,368, or $903,274 per year. Commerce does not assume any year over year increases in personnel costs as this budget projects all staff at the highest end of the range for recruitment purposes. While there may be cost of living adjustments for salary, these adjustments are provided by the legislature through the budget making process and are not guaranteed.

Salary estimates are derived from using Commerce's standard budget tool that is used to prepare fiscal notes and legislative budget requests. All salary costs are estimated and are set at the highest end of the range to allow for talent recruitment across the state and within King County.

W.D. Wash. 000528

King County-based employees receive a 5% location-based premium based on state administrative rules.

*Table 9. Personnel Descriptions. By Title*

| Title | General Duties | Annual Base Salary Estimate |
|---|---|---|
| WMS3 - Unit Director (10%) | Director of Energy Programs in Communities Unit providing strategy, implementation planning, leadership, oversight, supervision of Section Supervisor, and decision making over executive elements of the program. | $    149,637 |
| WMS2 - Solar Section Supervisor (100%) | The Solar Section Supervisor manages the solar energy section of the Energy Programs in Communities (EPIC) unit. The position is responsible for strategic planning, oversight of program execution, budget, policy alignment, technical assistance, external relations and outreach. | $    132,855 |
| Management Analyst 5 (18%) | Independent team member that leads quality assurance work, including development of QMP/QAPP. | $ 102,942 |
| Management Analyst 4 (100%) | Technical expertise on metrics and reporting. This position will also lead the environmental justice assessment and community engagement processes. | $     93,234 |
| EMS2 - Senior Policy Specialist (50%) | Subject matter expertise and consultation in coordinating development of the program and providing expert policy advice. | $    132,855 |
| EMS2 - Tribal Energy Specialist (25%) | Subject matter expertise and consultation in coordinating development of the Tribal Solar program under Solar for All. | $    132,855 |
| Commerce Specialist 5 - Team Manager (100%) | Working under the supervision of the Solar Section Supervisor, will provide ongoing program oversight, coordination, supervision of contracts and staffing and to administer overall fund management. | $    102,942 |
| Commerce Specialist 3 – Program Managers (4 program managers @ 100%) | Develops, solicits, originates, manages and monitors the procurement and grant making process and contracts, and provides evaluation and subject matter expertise on Solar for All programs, monitor budget and expenditures, conduct detailed analysis | $     88,744 |
| Commerce Specialist 2 - Contract Specialists (1 contract specialist at 100%) | Provides coordination support, contract management, contract monitoring, invoicing, and data entry. | $     76,570 |
| Budget Analyst 4 (10%) | Monitors budget and expenditures, conducts detailed analysis, and provides consultative planning for financial reporting, tracking and compliance with EPA guidelines. | $     95,621 |
| Personnel TOTAL | | $4,516,368 |

Of the 9.13 estimated FTE to support delivery of the Solar for All program(s), 8 positions are new.

W.D. Wash. 000529

*Table 10. FTE by Position*

| FTE by Position | All programs | BEAMS-MF Solar | ESSAP-Com Solar | Tribal Solar | WASH-SF | Total |
|---|---|---|---|---|---|---|
| WMS3 - Unit Director | | 0.03 | 0.03 | 0.03 | 0.03 | 0.10 |
| WMS2 - Solar Section Supervisor | | 0.25 | 0.25 | 0.25 | 0.25 | 1.00 |
| Management Analyst 5 | 0.18 | | | | | 0.18 |
| Management Analyst 4 | | 0.25 | 0.25 | 0.25 | 0.25 | 1.00 |
| EMS2 - Tribal Energy Specialist | | | | 0.25 | | 0.25 |
| EMS2 - Senior Policy Specialist | | 0.13 | 0.13 | 0.13 | 0.13 | 0.50 |
| Commerce Specialist 5 - Team Manager | | 0.25 | 0.25 | 0.25 | 0.25 | 1.00 |
| Commerce Specialist 3 - Program/Grant Manager | | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 |
| Commerce Specialist 2 - Contract Specialist | | 0.25 | 0.25 | 0.25 | 0.25 | 1.00 |
| Budget Analyst 4 | | 0.03 | 0.03 | 0.03 | 0.03 | 0.10 |
| **FTE TOTAL** | **0.18** | **2.18** | **2.18** | **2.43** | **2.18** | **9.13** |

*Table 11. Personnel Costs*

| Personnel Costs | YR1 | YR2 | YR3 | YR4 | YR5 | Sum of TOTAL |
|---|---|---|---|---|---|---|
| WMS3 - Unit Director | $14,964 | $14,964 | $14,964 | $14,964 | $14,964 | $74,819 |
| WMS2 - Solar Section Supervisor | $132,855 | $132,855 | $132,855 | $132,855 | $132,855 | $664,275 |
| Management Analyst 5 | $18,530 | $18,530 | $18,530 | $18,530 | $18,530 | $92,648 |
| Management Analyst 4 | $93,234 | $93,234 | $93,234 | $93,234 | $93,234 | $466,170 |
| EMS2 - Tribal Energy Specialist | $33,214 | $33,214 | $33,214 | $33,214 | $33,214 | $166,069 |
| EMS2 - Senior Policy Specialist | $66,428 | $66,428 | $66,428 | $66,428 | $66,428 | $332,138 |
| Commerce Specialist 5 - Team Manager | $102,942 | $102,942 | $102,942 | $102,942 | $102,942 | $514,710 |
| Commerce Specialist 3 - Program/Grant Manager | $354,976 | $354,976 | $354,976 | $354,976 | $354,976 | $1,774,880 |
| Commerce Specialist 2 - Contract Specialist | $76,570 | $76,570 | $76,570 | $76,570 | $76,570 | $382,850 |
| Budget Analyst 4 | $9,562 | $9,562 | $9,562 | $9,562 | $9,562 | $47,811 |
| **Personnel TOTAL** | **$903,274** | **$903,274** | **$903,274** | **$903,274** | **$903,274** | **$4,516,368** |

**Fringe Benefits**

Fringe Benefits of 37% is budgeted for all positions. The basis for computation is Personnel Cost. The types of benefits include paid time Off, Old-Age and Survivors Insurance (OASI), Health and Life Insurance, Disability Insurance, Medical Aid & Industrial Insurance, and Retirement and Pension costs.

**Travel**

Travel estimates based on OFM guidance for WA State Employees

*Table 12. Summary of Travel Costs, By Year*

|  | YR1 | YR2 | YR3 | YR4 | YR5 | TOTAL |
|---|---|---|---|---|---|---|
| Summary of Travel Costs | $16,574 | $16,574 | $16,574 | $16,574 | $16,574 | $82,870 |

The following travel is estimated to support the design, launch, implementation, monitoring and evaluation of the **Tribal Solar Program**.

*Table 13. Tribal Solar Program Travel Description*

| Travel Description | BASE | QUANTITY | TOTAL | NOTES |
|---|---|---|---|---|
| In-state: Mileage for one vehicle: 8 trips/year | $402.00 | 8 | $16,080 | *In-state outreach, engagement, program monitoring, and inspection meetings with tribal nations. Costs based on Olympia to Spokane, 600 miles roundtrip.* |
| In-state: Per Diem 1 staff @ $74/day, 2 day trip | $74.00 | 16 | $10,350 | |
| In-state: Hotel 1 staff @ $152/night, one night | $152.00 | 8 | $6,080 | *Per diem assumes 2-day travel, one-night lodging* |

The following travel is estimated to support the design, launch, implementation, monitoring and evaluation of **the BEAMS, ESSAP and WASH programs**.

*Table 14. Other Programs Travel Description*

| Travel Description | BASE | QUANTITY | TOTAL | NOTES |
|---|---|---|---|---|
| In-state: Mileage for one vehicle: 8 trips/year | $402 | 8 | $16,080 | *In-state outreach, engagement, program monitoring, inspection meetings, and workshops. Costs are based on Olympia to Spokane, 600 miles roundtrip. Yr1-3 outreach/engagement, YR4-5 monitoring trips. Per diem assumes 2-day travel, one-night lodging* |
| In-state: Per Diem 1 staff @ $74/day | $74 | 16 | $5,920 | |
| In-state: Hotel 1 staff @ $152/night | $152 | 8 | $6,080 | |
| Out-of-state: Airfare | $1,200 | 2 | $12,000 | *The annual Solar for All grantee meeting assumes travel for two people from Seattle to Washington, D.C.* |
| Out-of-state: lodging | $276 | 4 | $5,520 | *3 days, 2 nights in Washington, D.C.* |
| Out-of-state: per diem | $92 | 6 | $2,760 | *3 days x 2 ppl in Washington, D.C.* |
| Out-of-state: transfers | $100 | 4 | $2,000 | *airport transfers to Seattle-Tacoma, and Washington, D.C. airport (4 transfers per trip), shared by 2 ppl* |

42

## Equipment

No equipment costs are budgeted for.

## Supplies

*Table 15. Supplies Budget*

| SUPPLIES | BASE | QUANTITY | TOTAL |
|---|---|---|---|
| Laptop and peripherals (e.g., mouse, dock, monitors) | $2,890 | 8.00 | **$23,120** |
| Desk | $785 | 8.00 | **$6,280** |
| Chair | $325 | 8.00 | **$2,600** |
| Mobile phone and coverage | $500 | 8.00 | **$4,000** |
| SUPPLIES TOTAL | | | **$36,000** |

All of Commerce's non-information technology purchases are in accordance with the Washington Department of Enterprise Services policies.[10] All of Commerce's purchases of information technology resources are in accordance with Washington Technology Services (WaTech) policies.[11]

## Contractual

*Table 16. Contract Summary*

| CONTRACT | TOTAL | SCOPE OF WORK | DURATION | PROCUREMENT METHOD |
|---|---|---|---|---|
| WASH Program | $57,000,000 | Retain third-party vendor(s) for the Single-Family home solar program | At least 4 years | Competitive procurement: will seek vendors with experience with installing solar and working with communities of interest |
| ESSAP Sub-grants | $38,000,000 | Funding passed through via grants for ESSAP installations | Each grant period of performance ~1-2 years | Competitive procurement |

---

[10] Washington State Procurement Manual | Department of Enterprise Services (DES)
[11] Policies | WaTech

W.D. Wash. 000532

| CONTRACT | TOTAL | SCOPE OF WORK | DURATION | PROCUREMENT METHOD |
|---|---|---|---|---|
| MFAH Solar Readiness study | $250,000 | Consultant services to conduct a multi-family affordable housing Solar readiness study. Estimate is based on similar work, and assumes $250/hour for 1,000 hours. | ~1 year. Expected to occur over Program Planning Year. | Competitive procurement: will seek vendor with experience in the multifamily affordable housing space and solar readiness assessments |
| Tribal Tech Assist | $200,000 | Consultant services to support tribal nations with technical assistance. Cost estimate based on contract for similar services and assumes $200/hour for 1,000 hours. | At least 3 years | Competitive procurement: will see vendor(s) with experience working with tribal nations and providing clean energy technical assistance |
| Legal and tax attorney services | $375,000 | Legal and tax assistance; consulting services. Based on contracts for similar services | At least 3 years | Competitive procurement: will seek vendor(s) with experience with clean energy tax incentives and/or other legal identified during Program Planning Year |
| Language access | $10,000 | Translation of written materials, translation at in-person events | Each year of the period of performance; may be separate contracts depending on contractor availability | Statewide contract; will pick vendor with experience with community events |
| Program website | $459,443 | Develop and maintain program website | Each year of the period of performance | Competitive procurement through open RFP or through two tier statewide master contract list |
| Community engagement meetings: meals and refreshments | $60,800 | Purchase of meals/refreshments at community engagement meetings. Estimate based on 40 people attending 8 events where food is provided; $38/person based on state meal rate | Each year of the period of performance, may be different vendors | State purchasing lists |
| Davis Bacon / BABA LCP Tracker | $350,000 | Software to support reporting and compliance of Davis Bacon and Build America / Buy America provisions | Each year of the period of performance | Anticipated to be request for sole-source procurement, to be refined in program planning year |

W.D. Wash. 000533

| CONTRACT | TOTAL | SCOPE OF WORK | DURATION | PROCUREMENT METHOD |
|---|---|---|---|---|
| CONTRACT TOTAL | $96,705,243 | | | |

## Construction (if applicable)

Not applicable

## Other

*Table 17. Other Direct Costs Description*

| OBJECT DETAIL | BASE | QUANTITY | TOTAL | NOTES |
|---|---|---|---|---|
| EPA required signage for projects | $ 1.00 | 5,000 | $5,000 | *Required signage; estimate based on yard sign - one-time cost* |
| Direct FTE Costs | $ 12,000 | 9.13 | $547,800 | *These are costs that are driven by the number of FTE but are not directly allocated to individual staff. These are separate costs from Commerce's federally negotiated indirect rate. These costs include Seat of Government real estate services fee since state facilities are exempt from paying local property taxes; Department of Personnel required charge; Repair and maintenance to office equipment; Space and Utilities to rent offices. Other direct cost for services from other agencies or services to provide communications, data processing for our outlook mailboxes, the state data center, software licenses and the personnel database. These costs are in alignment with Commerce's cost allocation procedures.* |
| Meeting space | $1,000.00 | 4 | $20,000 | *4 rentals per year @ $1,000 per rental. Cost is only for space.* |
| Media to promote programs/outreach | $1,000.00 | 12 | $60,000 | *$1,000 per media outlet. 3 media outlet per event. 4 events per year receive advertising.* |
| DOE In-Kind Assistance | | | $ 400,000 | *Per EPA budget guidelines, include as one line item in Other* |
| OTHER TOTAL | | | $1,032,800 | |

## Participant Support Costs

In the budget detail, these costs are captured under object class "Other".

*Table 18. Participant Support Costs*

| | BASE | QUANTITY | TOTAL | NOTES |
|---|---|---|---|---|
| Participant support: Stipends | $ 25.00 | 320 | $ 40,000 | *8 engagement opportunities (tribes and non-tribes) per year. Assume 20 ppl received stipends per event, each event is 2 hours. $25/hr based on WA state community compensation guidelines* |

45

| | BASE | QUANTITY | TOTAL | *NOTES* |
|---|---|---|---|---|
| **Other PSC TOTAL** | | | $40,000 | |

## Subawards

Below are the funds that Commerce will subaward through non-competitive procurement or competitive grant agreements.

*Table 19. Subawards Description*

| SUBAWARDS | TOTAL | *NOTES* |
|---|---|---|
| **Washington State Housing Finance Commission (WSHFC) BEAMS Administrator** | $10,000,000 | *Subaward to WSHFC, a government entity. Assumption that 20% of budget is held for enabling upgrades, and that the 80% of funding is cycled in the first two years of implementation and then comes back into the revolving loan fund ("program income") to be cycled out again. Estimate $7.4M in program income.* |
| **Tribal Sub-grants** | $ 40,000,000 | *Funding passed through via grants to tribal nations for solar installations, including 20% for enabling upgrades or storage; anticipated to be a non-competitive subaward.* |
| **Other Subawards TOTAL** | **$50,000,000** | |

# Additional Items

## Indirect Charges

*Table 20. Indirect Charge Description*

| OBJECT DETAIL | BASE | TOTAL | *NOTES* |
|---|---|---|---|
| Indirect rate | 32.9% | $ 2,035,663 | *Commerce negotiated federal indirect rate of 32.9% of salary + fringe benefits; this number is revisited annually.* |

## Conferences and Workshops

*If this work plan includes conferences or workshops that the recipient will conduct, the recipient must respond to each of the following:*

- *Does the scope of work include conducting conferences or workshops? If so, briefly describe the conference or workshop.*

  Yes, eight Community engagement workshops per year are planned to include community members and tribes in the planning, design, implementation, and evaluation phases of the program. Commerce assumes approximately 40 public members will attend each workshop and that each workshop will be 2 hours long.

- *Who is initiating the conference/workshop/meeting?*

  WA State Department of Commerce

46

- *How is the conference/workshop/meeting being advertised?*

  Through email list servs and program webpages. Some media outreach as well.

- *Whose logo will be on the agenda and conference/workshop/meeting materials?*

  WA State Department of Commerce

- *What is the expected percentage distribution of the persons attending the conference, workshop, or meeting (i.e., percent of federal, state, local, or public participants)?*

  Local and public participants are the target audience for workshops and will be the majority (estimated 95%) of the participants. Support staff from Commerce will be in attendance to facilitate, along with interpretation services (estimated 5%).

- *Is the recipient going to conduct the proceedings or analysis/analyses and disseminate this information back to the appropriate state, local, and scientific community?*

  No

- *Does the recipient anticipate any program income being generated from the conference, workshop, or meeting, including registration fees?*

  No – all workshops will be offered at no cost to participants

**Meals and Refreshments:**
*If this work plan or budget detail includes activities during which meals and/or light refreshments will be provided, the recipient must provide a narrative response to address each of the following:*

- *Briefly describe the event where meals and/or light refreshments will be provided and provide an estimated cost for the event.*

  We have estimated that we will provide meal and/or light refreshments at 8 events per year. Most events will occur during lunch time or after hours to encourage public participation. WA State guidelines for offering food and refreshments at meetings and events will be followed and are estimated to be $38/person. For attendance of 40 people, the total cost over five years is estimated to be $60,800.

- *Will those attending the event receive a per diem financed through grant funds?*

  Meals will be provided by WA State Department of Commerce through grant funds. Individuals will not receive per diem.

- *Why is the provision of light refreshments and/or meals necessary to achieve the objectives of the assistance agreement?*

W.D. Wash. 000536

This program is intended to better serve low-income residential households with the benefits of solar. To reach these households and organizations that serve them during program design, implementation, and evaluation, Commerce will provide in-community events during hours that will reach more people. In Commerce's experience, after traditional work hours and during the middle of the day can attract more participants, but light refreshments or meals are needed to support participation.

- *Why is the provision of light refreshments and/or meals necessary to achieve the objectives of the event?*

  To reach the public more broadly, Commerce anticipates holding these workshops during lunchtime and after traditional work hours. The provision of light refreshments and/or meals removes a key barrier for reaching the public during these times by allowing them to attend an event with.

- *When will meals and/or light refreshments be made available (before, during, or after the event)?*

  During event only

**Program Income**
*Describe how Program Income will be generated and expended and an estimate of how much program income will be generated.*

It is estimated that the BEAMS program will cycle its allotted funding for solar and energy storage through a revolving loan fund once during the period of performance. Commerce estimates that this program income is approximately $7.4 million that can be used for additional loans through this program. BEAMS is anticipated to be the only program that will generate program income.

**Other Budget Questions**
- *Will the assistance award result in the development of any copyrighted software or written materials?*

  No

- *Could an invention result from this project? (If yes, provide disposition instructions)*

  No

- *Does the project involve animal subjects?*
  No

- *Does the project involve collecting identical information from 10 or more people?*

48

Yes. Commerce anticipates collecting identical information from 10 or more people to comply with EPA reporting requirements. Evaluative surveys may also be a component of information collection, but will be confirmed during the Program Planning Year.

- Is any work outside the United States include in this grant?

   No

- Does the grant involve or relate to geospatial information? Includes information identifying geographic location, or application/tools associated with such information – GPS, mapping or statistical data.

   Yes, projects are anticipated to collect geographic location as a data point.

49