**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | JOINT NOTICE OF DEFENDANTS' CONSENT TO PLAINTIFFS' FIRST AMENDED COMPLAINT |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15(b), Plaintiffs hereby file this joint notice memorializing Defendants' consent to Plaintiffs filing an amended complaint. The parties agree that Plaintiffs may file the First Amended Complaint in the form attached hereto as Exhibit 1. Pursuant to Local Civil Rule 15(b), Exhibit 1 shows in redline text how the First Amended Complaint differs from the original Complaint.

/ / /

JOINT NOTICE OF DEFENDANTS'
CONSENT TO PLAINTIFFS' FIRST
AMENDED COMPLAINT
NO. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1

DATED this 19th day of February, 2026.

2

3

**KRISTIN K. MAYES**
Attorney General of Arizona

**NICHOLAS W. BROWN**
Attorney General of Washington

4

By: */s/ Mary M. Curtin*
MARY M. CURTIN

*/s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779

5

Senior Litigation Counsel
ALEXA G. SALAS

SARAH E. SMITH-LEVY, WSBA # 55770
TERA HEINTZ, WSBA # 54921

6

Assistant Attorney General
Office of the Arizona Attorney General

ANDREW HUGHES, WSBA # 49515
Assistant Attorneys General

7

2005 N. Central Ave.
Phoenix, Arizona 85004

800 Fifth Avenue, Suite 2000
Seattle, Washington 98104

8

Mary.Curtin@azag.gov
Alexa.Salas@azag.gov

206-464-7744
junine.so@atg.wa.gov

9

*Attorneys for the State of Arizona*

sarah.e.smith-levy@atg.wa.gov
tera.heintz@atg.wa.gov

10

andrew.hughes@atg.wa.gov

11

*Attorneys for the State of Washington*

12

**KEITH ELLISON**
Attorney General of Minnesota

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

13

14

By: */s/ Ryan Pesch*
RYAN PESCH

By: */s/ Lauren M. Marks*
LAUREN M. MARKS

15

CAT RIOS-KEATING
*Special Assistant Attorneys General*
BRIAN CARTER

Special Assistant Attorney General
Office of the Attorney General

16

*Special Counsel*
Office of the Minnesota Attorney General

for the District of Columbia
400 6th Street, N.W., 10th Floor

17

445 Minnesota Street, Suite 600
St. Paul, MN  55101

Washington, D.C. 20001
Lauren.marks@dc.gov

18

(651) 728-7116

*Attorneys for the District of Columbia*

19

ryan.pesch@ag.state.mn.us
catherine.rios-keating@ag.state.mn.us

20

brian.carter@ag.state.mn.us

21

*Counsel for the State of Minnesota*

22

23

24

25

26

JOINT NOTICE OF DEFENDANTS'
CONSENT TO PLAINTIFFS' FIRST
AMENDED COMPLAINT
NO. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1    **ROB BONTA**                        **PHILIP J. WEISER**
     Attorney General of California        Attorney General for the State of Colorado
2
     By: */s/ Marie Elizabeth Logan*      By: */s/ Carrie Noteboom*
3    MARIE ELIZABETH LOGAN                 CARRIE NOTEBOOM
     REBECCA HUNTER                        Assistant Deputy Attorney General
4    ABIGAIL BLODGETT                      DAVID MOSKOWITZ
     DYLAN C. REDOR                        Deputy Solicitor General
5    THEODORE A. MCCOMBS                   CYNTHIA VITALE
     MYUNG PARK                            Assistant Attorney General
6    Deputy Attorneys General             Ralph L. Carr Judicial Center
     California Department of Justice     1300 Broadway, 10th Floor
7    1515 Clay Street                      Denver, CO 80203
     Oakland, CA 94612                     (720) 508-6000
8    Marie.Logan@doj.ca.gov               Carrie.Noteboom@coag.gov
                                           David.Moskowitz@coag.gov
9    *Attorneys for the State of California*   Cynthia.Vitale@coag.gov

10                                         *Attorneys for the State of Colorado*

11   **WILLIAM TONG**                      **ANNE E. LOPEZ**
     Attorney General of Connecticut       Attorney General for the State of Hawai'i
12
     By: */s/ Jill Lacedonia*             By: */s/ Kaliko'onālani D. Fernandes*
13   JILL LACEDONIA                        DAVID D. DAY
     Assistant Attorney General            Special Assistant to the Attorney General
14   165 Capitol Avenue                    KALIKO'ONĀLANI D. FERNANDES
     Hartford, CT 06106                    Solicitor General
15   (860) 808-5250                        425 Queen Street
     Jill.Lacedonia@ct.gov                 Honolulu, HI 96813
16                                         (808) 586-1360
     *Attorneys for the State of Connecticut*   david.d.day@hawaii.gov
17                                         kaliko.d.fernandes@hawaii.gov

18                                         *Attorneys for the State of Hawai'i*

19

20

21

22

23

24

25

26

1

**KWAME RAOUL**
Attorney General of Illinois

2

By: */s/ Katharine Roller*

3

KATHARINE ROLLER
Complex Litigation Counsel

4

ELIZABETH B. SCOTT
Assistant Attorney General

5

Office of the Illinois Attorney General
115 LaSalle Street

6

Chicago, IL 60603
(773) 519-1842

7

Katharine.roller@ilag.gov

8

*Attorneys for the State of Illinois*

9

10

11

12

**AARON M. FREY**
Attorney General of Maine

13

By: */s/ Caleb Elwell*

14

CALEB E. ELWELL
Assistant Attorney General

15

Office of the Maine Attorney General
6 State House Station

16

Augusta, ME 04333
(207) 626-8545

17

Caleb.elwell@maine.gov

18

*Attorneys for the State of Maine*

**OFFICE OF THE GOVERNOR** *ex rel.*
**ANDY BESHEAR**
in his official capacity as Governor of the
Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. TRAVIS MAYO
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN
*Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Attorneys for the State of Maryland*

19

20

21

22

23

24

25

26

JOINT NOTICE OF DEFENDANTS'
CONSENT TO PLAINTIFFS' FIRST
AMENDED COMPLAINT
NO. 2:25-cv-02015-TMC

4

1    **ANDREA JOY CAMPBELL**       **DANA NESSEL**
Attorney General of the Commonwealth of    Attorney General of Michigan
2    Massachusetts

3    By: */s/ Amy Laura Cahn*            By: */s/ Neil Giovanatti*
AMY LAURA CAHN                 NEIL GIOVANATTI
4    TERRENCE VALES               POLLY SYNK
*Assistant Attorney General*        *Assistant Attorneys General*
5    One Ashburton Place             Michigan Department of Attorney General
Boston, MA 02108               525 W. Ottawa
6    (617) 963-2277                  Lansing, MI 48909
amy.laura.cahn@mass.gov        (517) 335-7603
7    molly.teague@mass.gov          GiovanattiN@michigan.gov
terrence.vales@mass.gov         SynkP@michigan.gov
8    katherine.dirks@mass.gov
vanessa.arslanian@mass.gov       *Attorneys for the State of Michigan*
9

10    *Attorneys for the Commonwealth of
Massachusetts*

11

12    **JENNIFER DAVENPORT**       **RAÚL TORREZ**
Acting Attorney General of New Jersey    Attorney General of New Mexico

13    By: */s/ Daniel Resler*             By: */s/ J. Spenser Lotz*
DANIEL RESLER                   J. SPENSER LOTZ
14    LAUREN E. VAN DRIESEN       Assistant Attorney General
JACK VENTURA                   Environmental Protection Bureau
15    *Deputy Attorneys General*         201 Third St. NW, Suite 300
Office of the Attorney General       Albuquerque, NM 87102
16    33 Washington Street, Ninth Floor    (505) 616-7560
Newark, NJ 07101               slotz@nmdoj.gov
17    (973) 648-4726
Daniel.Resler@law.njoag.gov       *Attorneys for the State of New Mexico*
18

19    *Counsel for the State of New Jersey*

20

21

22

23

24

25

26

JOINT NOTICE OF DEFENDANTS'        5        ATTORNEY GENERAL OF WASHINGTON
CONSENT TO PLAINTIFFS' FIRST                    Environmental Protection Division
AMENDED COMPLAINT                         800 Fifth Avenue STE 2000
NO. 2:25-cv-02015-TMC                            Seattle, WA 98104
                                              206-464-7744

| | |
|---|---|
| 1 | |

**LETITIA JAMES**
Attorney General of New York

By: /s/ Matthew Eisenson
MATTHEW EISENSON
KELSEA SUAREZ
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov

*Attorneys for the State of New York*


**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ Coby Howell
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 283-8657
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ Nicholas M. Vaz
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*


**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: /s/ Daniel T. Wilkes
DANIEL T. WILKES
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov

*Attorneys for the State of North Carolina*


**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: /s/ Michael J. Heilman
MICHAEL J. HEILMAN
Litigation Coordinator
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority*


**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ Jonathan T. Rose
JONATHAN T. ROSE
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorneys for the State of Vermont*

1 | **WISCONSIN ECONOMIC**
  | **DEVELOPMENT CORPORATION**
2 | Jennifer H. Campbell
  | Chief Legal Officer
3 |
  | By: */s/ Jennifer H. Campbell*
4 | JENNIFER H. CAMPBELL
  | 2352 S. Park St., Suite 303
5 | Madison, WI 53713
  | (608) 210-6811
6 | jennifer.campbell@wedc.org
7 | *Attorney for Wisconsin Economic*
  | *Development Corporation*
8 |
9 | **BRETT A. SHUMATE**
  | Assistant Attorney General
10 | Civil Division
11 | KIRK T. MANHARDT
   | Director
12 |
13 | KEVIN P. VANLANDINGHAM
   | Assistant Director
14 | */s/    I-Heng Hsu*
   | TIFFINEY F. CARNEY
15 | I-HENG HSU
   | Trial Attorneys
16 | U.S. Department of Justice, Civil Division
   | Commercial Litigation Branch
17 | 1100 L Street NW
   | Washington, DC 20005
18 | (202) 616-3619
   | tiffiney.carney@usdoj.gov
19 | i-heng.hsu@usdoj.gov
20 | *Attorneys for Defendants*
21 |
22 |
23 |
24 |
25 |
26 |

JOINT NOTICE OF DEFENDANTS'
CONSENT TO PLAINTIFFS' FIRST
AMENDED COMPLAINT
NO. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744