The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> Defendants. | NO. 2:25-cv-02015-TMC <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

This matter came before the Court on the Plaintiffs' Motion for Summary Judgment. Having considered Plaintiffs' Motion, Defendants' response, Plaintiffs' reply, and the arguments of the parties, the Court, for the reasons stated in the accompanying Memorandum and Opinion, hereby ORDERS that Plaintiffs' Motion for Summary Judgment is GRANTED.

It is further ORDERED that:

(1) Judgment is entered in favor of Plaintiffs and against Defendants on ALL claims in Plaintiffs' First Amended Complaint, Dkt. #128.

(2) The Court declares that Section 60002 of H.R. 1 does not require, authorize, or allow Defendants to terminate the Solar for All Program, or to withdraw, claw back,

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
NO. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

reprogram, or otherwise change the characteristic of Solar for All funds obligated to Plaintiffs.

(3) Defendants' Program Termination Directive[1] and Deobligation Directive[2] are held unlawful, vacated, and set aside in their entirety pursuant to 5 U.S.C. § 706(2). Any derivative actions based on either the Program Termination Directive or the Deobligation Directive, including but not limited to any actions requiring Plaintiffs to close out under 2 C.F.R. § 200.340 *et seq.*, and any actions that followed from that process, are also held unlawful, vacated, and set aside in their entirety pursuant to 5 U.S.C. § 706(2).

(4) Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order are hereby PERMANENTLY ENJOINED from the following:

    a. Implementing or enforcing the Program Termination Directive, or any policy based on the same or materially similar rationale as the Program Termination Directive, to unilaterally terminate the Solar for All Program on the basis of H.R. 1; and

    b. Implementing or enforcing the Deobligation Directive, or any policy based on the same or materially similar rationale as the Deobligation Directive, to withdraw, claw back, reprogram, or otherwise change the character of Solar for All funds obligated to Plaintiffs on the basis of the Program Termination

---

[1] The "Program Termination Directive" refers to Defendants' policy to terminate the Solar for All program based on Defendants' erroneous conclusion that Section 60002 of H.R. 1 authorized, required, or allowed Defendants to do so. *See* Plaintiffs' Motion for Summary Judgment, § II.E; Dkt. #128 ¶¶ 8, 95-100.

[2] The "Deobligation Directive" refers to Defendants' policy to withdraw around 93% of obligated Solar for All funds from Solar for All grantees' ASAP accounts, without notice or explanation, in furtherance of and in implementation of the Program Termination Directive. *See* Plaintiffs' Motion for Summary Judgment, § II.F; Dkt. #128 ¶¶ 10, 107-113.

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
NO. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1 | Directive or Defendants' erroneous interpretation of Section 60002 of
2 | H.R. 1.

(5) The Court declares that the Program Termination Directive and Deobligation Directive are void, illegal, and of no force or effect.

(6) Within five (5) days of this Judgment, Defendants' attorneys SHALL provide written notice of this Judgment to all Defendants and agencies and their employees or contractors with responsibility for administering the Solar for All Program.

(7) The Court retains jurisdiction to resolve any issues related to the enforcement of this Judgment.

DATED this _____ day of _____ 2026.

_____
THE HONORABLE TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779
SARAH E. SMITH-LEVY, WSBA # 55770
TERA HEINTZ, WSBA # 54921
ANDREW HUGHES, WSBA # 49515
Assistant Attorneys General
Environmental Protection Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
tera.heintz@atg.wa.gov
andrew.hughes@atg.wa.gov

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
NO. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744