The Honorable Tiffany M. Cartwright

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9  STATE OF ARIZONA, et al.,                          NO. 2:25-cv-02015-TMC

10                              Plaintiffs,           DECLARATION OF C. L. JUNINE
                                                      SO IN SUPPORT OF PLAINTIFFS'
11       v.                                           MOTION FOR SUMMARY
                                                      JUDGMENT
12
     U.S. ENVIRONMENTAL PROTECTION
13   AGENCY; and LEE ZELDIN, in his
     official capacity as Administrator of the
14   U.S. Environmental Protection Agency,

15                              Defendants.

16       I, C. L. Junine So, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746

17   that the following is true and correct:

18       1.      I am over the age of 18, competent to testify as to the matters herein, and make

19   this declaration based on my personal knowledge. I am an Assistant Attorney General and one

20   of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

21       2.      I submit this declaration in support of Plaintiffs' Motion for Summary

22   Judgment.

23       3.      Attached as Exhibit 1 is a true and correct copy of a news release published by

24   EPA on April 22, 2024 titled "Biden-Harris Administration Announces $7 Billion Solar for All

25   Grants to Deliver Residential Solar, Saving Low-Income Americans $350 Million Annually

26   and Advancing Environmental Justice Across America." I accessed this news release online at

DECLARATION OF C. L. JUNINE SO                    1          ATTORNEY GENERAL OF WASHINGTON
IN SUPPORT OF PLAINTIFFS' MOTION                                   Environmental Protection Division
FOR SUMMARY JUDGMENT                                                  800 Fifth Avenue STE 2000
NO. 2:25-CV-02015-TMC                                                    Seattle, WA 98104
                                                                         (206) 464-7744

the URL https://www.epa.gov/newsreleases/biden-harris-administration-announces-7-billion-solar-all-grants-deliver-residential on February 20, 2026, and used the print feature on the website to save a PDF copy using the save as PDF function.

   4.  Attached as Exhibit 2 is a true and correct copy of a webpage titled "Automated Standard Application for Payments," which is maintained by the United States Bureau of the Fiscal Service. I accessed this webpage online at the URL https://www.fiscal.treasury.gov/asap/ on February 19, 2026, and used the print feature on the website to save a PDF copy using the save as PDF function.

   5.  Attached as Exhibit 3 is a true and correct copy of "A Glossary of Terms Used in the Federal Budget Process" published by the United States Government Accountability Office in September 2005. I accessed this glossary online at the URL https://www.gao.gov/assets/gao-05-734sp.pdf on February 19, 2026, and used the download feature on the website to save a PDF copy.

   6.  Attached as Exhibit 4 is a true and correct copy of a January 27, 2025 memorandum from Matthew J. Vaeth, Acting Director, Office of Management and Budget, regarding "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs." I accessed this memorandum online at the URL https://www.whitehouse.gov/wp-content/uploads/2025/03/M-25-13-Temporary-Pause-to-Review-Agency-Grant-Loan-and-Other-Financial-Assistance-Programs.pdf on February 19, 2026, and used the download feature on the website to save a PDF copy.

   7.  Attached as Exhibit 5 is a true and correct copy of a March 2, 2025 letter from W.C. McIntosh, Acting Deputy Administrator at EPA to Acting Inspector General Nicole Murley at the EPA's Office of Inspector General. I accessed this letter online at the URL

DECLARATION OF C. L. JUNINE SO
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT
NO. 2:25-CV-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

https://www.epa.gov/system/files/documents/2025-03/epaigrequest030225.pdf on February 19, 2026, and used the download feature on the website to save a PDF copy.

8.    Attached as Exhibit 6 is a true and correct copy of a report titled 'Audit of the EPA's Greenhouse Gas Reduction Fund Solar for All Program" published on January 7, 2026. I accessed this report online at the URL https://www.epa.gov/system/files/documents/2026-01/_epaoig_20260107-26-p-0008_cert.pdf on February 19, 2026, and used the download feature on the website to save a PDF copy.

9.    Attached as Exhibit 7 is a true and correct copy of an August 14, 2025 letter from Senator Sheldon Whitehouse and others, to EPA Administrator Lee Zeldin. I accessed this letter online at the URL https://www.epw.senate.gov/public/_cache/files/7/f/7fc428d4-aafa-4991-a25e-655d295fc0e2/D93F6E6E26805AFA241C4D39073BED3B75A6F496F4350B82CC4D782AAE9BC35C.8.14.25-letter-to-epa-re-solar-for-all.pdf on February 19, 2026, and used the download feature on the website to save a PDF copy.

10.    Attached as Exhibit 8 is a true and correct copy of "Tab 05: Environmental Programs and Management" of EPA's "Justification of Appropriation Estimates for the Committee on Appropriations" for Fiscal Year 2025, published in March 2024. I accessed this document online at the URL https://www.epa.gov/system/files/documents/2024-04/fy25-cj-05-epm.pdf on February 19, 2026, and used the Adobe PDF feature on the website to download a PDF copy.

11.    Attached as Exhibit 9 is a true and correct copy of the X post published by Administrator Lee Zeldin's account, @epaleezeldin, on August 7, 2025 at 2:07 p.m. EDT (UTC-4) 11:07 a.m. PDT (UTC-7). I accessed this X post online at the URL https://x.com/epaleezeldin/status/1953518426602803684 on February 19, 2026, and used the print feature on the website to save a PDF copy using the save as PDF function.

DECLARATION OF C. L. JUNINE SO
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT
NO. 2:25-CV-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

12.      Attached as Exhibit 10 is a true and correct copy of the brief filed by Senators Whitehouse, Sanders, Merkley, Representatives Fletcher, Cleaver, Pallone, and 78 additional members of Congress as *amici curiae* in support of Plaintiff's motion for summary judgment in *Harris County v. U.S. Env't Prot. Agency*, No. 1:25-cv-03646 (D.D.C.). I accessed this document online at https://fletcher.house.gov/uploadedfiles/solar_for_all_amicus_brief.pdf on February 19, 2026, and used the download feature on the website to save a PDF copy.

13.      Attached as Exhibit 11 is a true and correct copy of a September 5, 2024 news article by Kelsey Tamborrino titled "Trump vows to pull back climate law's unspent dollars," which was published on Politico. I accessed this news release online at the URL https://www.politico.com/news/2024/09/05/trump-inflation-reduction-act-00177493 on February 23, 2026, and used the print feature on the website to save a PDF copy using the save as PDF function.

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 24th day of February, 2026, at Seattle, Washington.

*/s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov

DECLARATION OF C. L. JUNINE SO
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT
NO. 2:25-CV-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744