UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> Defendants. | NO. 2:25-cv-02015-TMC <br><br> DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, VINCE MAIDEN, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the Commonwealth of Virginia. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with the Virginia Department of Energy (Virginia Energy) staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director of Virginia Energy's State Energy Office.

3. I have over 26 years of experience working for Virginia Energy and the Virginia Department of Environmental Quality in various roles. I have been leading the State Energy

DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Office at Virginia Energy for over two years. I have a Bachelor of Science degree in Geology from Radford University, and I am a board-certified Professional Geologist in Virginia.

4.  In my capacity as Director of the State Energy Office for Virginia Energy, I am responsible for hiring, managing, and providing oversight to the Solar for All team, program, and grant funding.

5.  I submit this declaration to provide details on the ways in which the Environmental Protection Agency's termination of the Solar for All (SFA) Program has harmed the Commonwealth of Virginia.

**The Solar for All Program**

6.  In 2022, President Biden signed the Inflation Reduction Act. Inflation Reduction Act of 2022, Public Law No. 117-169 (2022). Among other things, the Inflation Reduction Act amended the Clean Air Act to authorize and appropriate to EPA $7 billion, to remain available until September 30, 2024, to make competitive grants to enable low-income and disadvantaged communities to deploy or benefit from zero-emission technologies. Public Law 117-169, Sec. 60103, 136 Stat. 2065-66 (codified at 42 U.S.C. § 7434). This $7 billion appropriation was part of Congress's Greenhouse Gas Reduction Fund, a $27 billion investment to combat the climate crisis by supporting greenhouse gas and air pollution-reducing projects in communities across the country.

7.  In accordance with Congress's directive, EPA designed and launched the Solar for All Program. SFA was intended to encourage the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. SFA grantees would provide subsidies and other financial assistance to residential rooftop and residential-serving community solar projects in and benefit low-income and disadvantaged communities, in addition to project-deployment technical assistance such as workforce development, community outreach, and other support to help overcome barriers to solar deployment.

DECLARATION OF VINCE MAIDEN IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

8. On June 28, 2023, EPA published its Notice of Funding Opportunity (NOFO), EPA-R-HQ-SFA-23-01, outlining application requirements for the SFA program. The NOFO indicated that, pursuant to the Inflation Reduction Act and the Clean Air Act, EPA would award up to 60 grants to States, territories, Tribal governments, municipalities, and eligible nonprofits to expand the number of low-income and disadvantaged communities that have access to affordable, resilient, and clean solar energy programs.

**Virginia Department of Energy Applied for and Received SFA Funding**

9. On October 12, 2023, Virginia Energy submitted an application under the NOFO.

10. In developing its application, Virginia Energy consulted with almost 200 stakeholders, including Utilities such as Appalachian Power Company, Dominion Energy, and the Virginia Association of Electric Cooperatives; Tribes such as Monacan Indian Nation, Nansemond Indian Nation, Rappahannock Indian Nation, and Upper Mattaponi Indian Tribe; Localities from across the Commonwealth such as the City of Richmond, Albemarle County, the Town of Blacksburg, Botetourt County, the City of Bristol, the City of Charlottesville, and Henrico County; solar businesses including Secure Solar Futures, Blue Wave, Arcadia, Pivot Energy, and PosiGen; Nonprofits and Community Organizations including Solar United Neighbors (SUN), Local Energy Alliance Program (LEAP), Bridging the Gap Virginia, Maggie Walker Community Land Trust (MWCLT), and Appalachian Voices; Financing Entities including Appalachian Solar Finance fund; and Universities including University of Virginia, Virginia Tech, and Virginia Commonwealth University (VCU).

11. Virginia Energy was awarded $156,120,000.00 of SFA funding on July 12, 2024. On December 20, 2024, EPA transmitted an Assistance Agreement to Virginia Energy. A true and correct copy of Virginia Energy's Assistance Agreement is attached hereto as Exhibit 1.

12. EPA obligated the entire balance of Virginia Energy's SFA award on December 20, 2024, the date of the Assistance Agreement. Virginia's $156,120,000.00 award appeared

DECLARATION OF VINCE MAIDEN IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

shortly thereafter in Virginia Energy's Automated Standard Application Payments (ASAP) accounts.

### Virginia Energy Plans and Designs its SFA Offerings

13. Between the date of its award and December 2024, Virginia Energy negotiated its work plan and budget with EPA. On October 11, 2024, Virginia Energy submitted its final Work Plan to EPA. The Work Plan outlined Virginia Energy's plan for planning, designing, and implementing an SFA Program within Virginia. A true and correct copy of Virginia Energy's Work Plan is attached hereto as Exhibit 2. During this time, Virginia Energy was limited to using no more than 2% of its SFA award for certain costs related to developing the Work Plan.

14. Virginia Energy's Work Plan proposed five sub-programs deploying single-family solar, multi-family solar plus storage, community solar, a grid infrastructure and interconnection fund, a solar workforce development program, as well as marketing, education, and outreach. The proposed Work Plan would have benefited over 15,000 Virginians. EPA approved Virginia Energy's work plan on December 20, 2024, and the funding restriction was lifted. EPA incorporated the work plan into the Agreement with Virginia Energy. A true and correct copy of Virginia Energy's revised Assistance Agreement is attached hereto as Exhibit 3.

15. Pursuant to its approved Work Plan, Virginia Energy elected to take a full Program Planning period to design and ready for implementation of its SFA program.

16. During this year, Virginia Energy did the following:
  a. Hired staff to work on the Virginia Energy Solar for All team – including the Associate Director of Distributed Generation Solutions, Residential Solar Programs Coordinator, Shared Solar Program Coordinator, Energy Workforce Coordinator, and Energy Outreach Coordinator.
  b. Convened a Solar for All Advisory Group – made of local partners and stakeholders to provide feedback on Solar for All program design and implementation.

DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

c. Conducted significant stakeholder outreach – with over 50 stakeholders to educate, inform, and gather industry and community feedback on program design including from: Solar companies including Norfolk Solar, Flywheel Solar, SunTribe Solar, and Dominion Energy Solutions; Affordable housing organizations including Virginia Housing, Piedmont Housing, Habitat for Humanity, and Community Housing Partners; CDFIs including CDFI coalition, and Locus Financial & Justice Climate Fund; Localities including Newport News, Purcellville, and Fairfax; Other SFA grantees including Tennessee, Minnesota, Wisconsin, IPC, and Maryland; Community organizations including Appalachian Voices, and Solar United Neighbors; Dominion Energy's Government Affairs, Interconnection, and VPP Pilot Teams; Dominion Energy Innovation Center; RECMint; SWVA Solar Workgroup; Shared Solar Work Group; Industry Groups including SEIA & CHESSA; Department of Social Services; and Tribes including the Pamunkey Tribe.

d. Federal Compliance Preparation – worked with Deloitte to prepare internal procedures and processes to comply with Davis Bacon, Buy America Build America, Quality Assurance, National Historic Preservation Acts, and other federal requirements under Solar for All.

e. Participated in EPA monthly meetings and webinars – the team met monthly with their project officer to check-in on planning period progress. The team also attended webinars on compliance, savings, or other items that EPA hosted during this period.

f. Elaborated our Virginia Energy specific project intake and management software – in response to the high number of applications anticipated through the Solar for All program and other federal awards, the IT team

DECLARATION OF VINCE MAIDEN IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

elaborated a Grant Project Management Tool for project applications, intake, compliance, and budget management.

17. Virginia Energy also used the Program Planning period to further develop the five programs outlined in its application. For example, Virginia Energy did the following:

   a. Request for Proposals Procurement for Single-Family and Multi-Family Program Administrators – released an RFP for program administrators and received over 10 responses. The procurement team reviewed, scored, and scheduled interviews prior to notice of termination.

   b. Conducted extensive research – studied other low-to-moderate-income solar programs to understand program designs that would function in Virginia as well as considering how existing programs in Virginia could complement the proposed Solar for All sub-programs.

   c. Conducted significant stakeholder outreach – with over 50 stakeholders to gather industry and community feedback on sub-program design.

18. Virginia Energy actively worked on designing and preparing the launch of the SFA program prior to termination of the program.

**EPA Eliminates the Solar For All Program and Terminates Virginia Energy's SFA Grant**

19. On August 7, 2025, I became aware that EPA had decided to terminate the SFA program. EPA first announced the decision through an X post from EPA Administrator Zeldin. The post is reproduced below.[1]

---

[1] Lee Zeldin (@epaleezeldin), X (Aug. 7, 2025, 11:07 AM), https://x.com/epaleezeldin/status/1953518426602803684

DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

> **Lee Zeldin** ✓
> @epaleezeldin
>
> The One Big Beautiful Bill eliminated the Greenhouse Gas Reduction Fund, which included a $7 billion pot called "Solar for All".
>
> In some cases, your tax dollars were diluted through up to FOUR pass-through entities, each taking their own cut off the top!
>
> The bottom line is this: EPA no longer has the statutory authority to administer the program or the appropriated funds to keep this boondoggle alive.
>
> Today, the Trump EPA is announcing that we are ending Solar for All for good, saving US taxpayers ANOTHER $7 BILLION!

20. Later that same day, Virginia Energy received a letter from EPA terminating Virginia Energy's SFA grant. A true and correct copy of the letter is attached hereto as Exhibit 4.

21. The letter stated that the One Big Beautiful Bill Act (OBBBA) had repealed the underlying authority for the SFA program and rescinded unobligated amounts to carry out the program. EPA stated that it believed OBBBA had "effectively and completely terminated the statutory authority and all appropriations related to Solar for All" and "no longer possesses either the substantive legal authority or the financial appropriations" needed to continue the SFA program.

22. Prior to the termination notice, Virginia Energy's ASAP account contained the remaining $154,975,457.75 of Virginia Energy's SFA award. On August 11, 2025, however, I learned that EPA had pulled $144,146,214.30 from Virginia Energy's ASAP account for the SFA program.

23. The original award was $156,120,000 which was deposited into ASAP. As of August 6, 2025, Virginia Energy had expended and drawn down $744,542.25. On August 8,

DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

2025, the EPA notified Virginia Energy of the performance period change from 09/01/2024 – 08/31/2029 to 09/01/2024 – 08/08/2025. The EPA then liquidated $144,146,214.30 of the funds in ASAP on August 11, 2025, which left a remaining fund balance of $10,829,243.45. The EPA did not provide any explanation for these changes to Virginia Energy's ASAP account.

24. Virginia Energy expended $28,869.89 through December 3, 2025 when the final Federal Financing Report (FFR) and Performance Progress Report (PPR) were submitted to close the grant. As of December 11, 2025, the ASAP account was liquidated of the remaining funds in the amount of $10,800,373.56, which left a zero-balance, closing the ASAP account.

25. On October 1, 2025, Virginia Energy received an email containing instructions on how Virginia Energy was to close out their SFA grant. A true and correct copy of this email is attached hereto as Exhibit 5.

### Termination of the Solar for All Program Has and Will Harm Virginia and its Residents

26. The loss of the Solar for All Program will harm Virginia and its residents.

27. Between the various programs Virginia Energy intended to offer using the funding EPA awarded pursuant to the SFA program, Virginia Energy was expecting to serve 15,400 low-income households, reducing electrical bills by over 20%. With the loss of the previously obligated funds, Virginia Energy will no longer be able to expand access to solar and solar plus storage, reduce market barriers by reducing upfront solar costs, enable broader access to leasing and power purchase agreements (PPAs), provide upgrades for roof replacement and/or electrical work, increase access to financing for low-income homeowners, provide solar workforce training, or remove barriers to interconnection.

28. In addition, Solar for All Virginia Energy (SAVE) was expected to create at least 1,950 new green jobs in Virginia's solar industry. It was estimated that for every dollar of distributed solar investment through Solar for All, an additional $0.60 would have been added

DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

to Virginia's economy. This compounds the harm already caused to the solar industry by the Trump Administration's early end of federal tax credits for distributed solar.

29. The premature end of the SFA Program also harms Virginia Energy as an employer. Virginia Energy used SFA funding to pay directly for two full-time employees and four part-time employees and indirectly for other key staff such as Virginia Energy's procurement and financial services team. Now that the SFA Program has been terminated, two employees were laid off in August 2025 due to lack of funding for their positions. The other four positions were able to remain on board after redistributing budget funds from other programs and projects.

30. The Request for Proposals for Single Family and Multi-Family Administrators was closed with no award.

31. Broadly, Virginia has a goal to increase access to clean energy and the benefits from clean energy to historically economically disadvantaged communities (§ 45.2-1706.1, Commonwealth Clean Energy Policy). Virginia also has a Renewable Portfolio Standard (RPS) that includes a requirement that one percent of all renewable energy generation must come from distributed energy resources. Additionally, one quarter of all distributed energy resources that contribute to the RPS must come from low-income qualifying projects, which are projects less than one megawatt serving customers whose income is no more than 80 percent of the median income of the locality in which the customer resides. (§ 56-585.5.) These goals will be more difficult and expensive for the Commonwealth's utilities to meet without this funding. Additionally, in 2019, the Clean Energy Advisory Board (CEAB) was established in Virginia code (§ 45.2-1913) to establish a pilot program for disbursing loans or rebates for the installation of solar energy infrastructure in low-income and moderate-income households. When the news of the IRA low-income solar funding came, the CEAB was never funded and instead transitioned into a support role to the Virginia Department of Energy in the application process. Had Virginia not been awarded funds and accordingly relied upon the Solar for All program, it is likely that

DECLARATION OF VINCE MAIDEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

the CEAB would have received state funding and been able to run a low-to-moderate income solar program.

32. Moreover, Virginia Energy acted in reasonable reliance on its fully obligated SFA funding continuing to be available. Virginia Energy expended more than 3,000 employee hours on SFA programming. In so doing, Virginia Energy had to forgo other funding opportunities and program structures. There is no way to recover this lost time or effort.

33. Virginia Energy cannot implement its own Solar for All program without the administrative support and funding provided by EPA's Solar for All program.

34. The SFA program also allowed Virginia Energy to work closely with EPA in developing and implementing the work plan. EPA provided crucial programmatic support to Virginia Energy, including monthly meetings with program officers to discuss programmatic questions, issues, trainings, and webinars on program compliance and reporting. That ongoing collaboration and programmatic support had value to Virginia Energy and the loss of that collaboration and programmatic support cannot be remedied through funding alone.

### Conclusion

35. EPA's decision to terminate the entire Solar for All program has caused and will continue to cause irreparable harm to Virginia and its residents.

DECLARATION OF VINCE MAIDEN IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge.
3  Executed on this 24th day of February 2026, in Richmond, Virginia.

Vince Maiden
Director of State Energy Office
Virginia Department of Energy
Washington Building
1100 Bank Street, Suite 817
Richmond, VA 23219

DECLARATION OF VINCE MAIDEN IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-02015-TMC

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744