AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| State of Arizona, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-02015 |
| U.S. Environmental Protection Agency, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Environmental Protection Agency and Lee Zeldin in his official capacity as Administrator.

Date:    02/25/2026

/s/ Bethany R. Theriot
*Attorney's signature*

Bethany R. Theriot (D.C. Bar No. 1022065)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW, Room 7028
Washington, D.C. 20005
*Address*

bethany.theriot@usdoj.gov
*E-mail address*

(202) 307-0244
*Telephone number*

(202) 514-9163
*FAX number*