AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| STATE OF ARIZONA, et al )<br>*Plaintiff* )<br>v. )<br>U.S. ENVIRONMENTAL PROTECTION AGENCY )<br>*Defendant* ) | Case No. 2:25-cv-02015-TMC |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amici Members of Congress of the U.S. (see Consent Motion for Leave to File Amicus Brief).

Date: 03/06/2026

*Attorney's signature*

Vanessa R. Waldref WSBA # 44396
*Printed name and bar number*

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
*Address*

VWaldref@singletonschreiber.com
*E-mail address*

(509) 509-3822
*Telephone number*

(509) 509-3822
*FAX number*