The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>　　　　Defendants. | Case No. 2:25-cv-02015-TMC<br><br>**CONSENT MOTION OF SENATORS WHITEHOUSE, SANDERS, MERKLEY, REPRESENTATIVES FLETCHER, CLEAVER, AND 44 ADDITIONAL MEMBERS OF CONGRESS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

---

CONSENT MOTION OF MEMBERS
OF CONGRESS FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF
Case No. 2:25-cv-02015-TMC

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822

    *Amici curiae* Members of Congress respectfully move for leave to file the attached brief in support of Plaintiffs' Motion for Summary Judgment. In support of this motion, *amici* state:

    1.    *Amici curiae* are Senators Sheldon Whitehouse, Bernard Sanders, Jeff Merkley, Richard Blumenthal, Brian Schatz, Edward Markey, Cory Booker, and Chris Van Hollen; and Representatives Lizzie Fletcher, Emanuel Cleaver, II, Robert C. "Bobby" Scott, Nydia Velázquez, Lloyd Doggett, Diana DeGette, Adam Smith, John B. Larson, Jan Schakowsky, Stephen F. Lynch, Betty McCollum, Ed Case, Kathy Castor, Steve Cohen, Joe Courtney, André Carson, Mike Quigley, Paul D. Tonko, Jared Huffman, Bonnie Watson Coleman, Pramila Jayapal, Madeleine Dean, Sylvia R. Garcia, Joe Neguse, Kim Schrier, Greg Stanton, Rashida Tlaib, Shontel M. Brown, Troy A. Carter, Sr., Deborah K. Ross, Melanie A. Stansbury, Marilyn Strickland, Becca Balint, Daniel S. Goldman, Seth Magaziner, Morgan McGarvey, Robert J. Menendez, Brittany Pettersen, Laura Friedman, Dave Min, and Emily Randall.

    2.    *Amici curiae* include the Ranking Member of the Senate Committee on Environment and Public Works, which is the Senate committee with jurisdiction over the Greenhouse Gas Reduction Fund ("GGRF"); the original champions of the Solar for All program and GGRF in Congress; the Ranking Member of the Senate Committee on the Budget; multiple members of the Senate and House Committees on Appropriations, which have jurisdiction over appropriations and recissions; and other members of Congress. *Amici* partook in negotiations around the One Big Beautiful Bill Act ("OBBBA").

    3.    *Amici* have a strong interest in ensuring that Congress's statutory mandates and plenary power over appropriations and spending are protected. They submit this brief because of the important separation-of-powers issues implicated by the Environmental Protection Agency's ("EPA's") unauthorized, unlawful termination of obligated Solar for All grants. As members of Congress, *amici curiae* are well-positioned to provide insights that may assist the Court in evaluating the parties' arguments concerning Congressional intent, the appropriations process, and separation-of-powers principles.

CONSENT MOTION OF MEMBERS
OF CONGRESS FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF
Case No. 2:25-cv-02015-TMC

1

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822

4. This Court has "broad discretion" to decide whether to permit a party to participate in a lawsuit as *amicus curiae*. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). There are no rigid prerequisites for *amicus* status. *Amici* need only demonstrate that their participation will assist the Court by offering a perspective or information that supplements the parties' presentations. *See Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). *Amicus curiae* briefs "should normally be allowed" when *amici* have "unique information or perspective[s] that can help the court beyond the help that the lawyers for the parties are able to provide." *Int'l Partners for Ethical Care Inc. v. Inslee*, No. 3:23-CV-05736-DGE, 2024 WL 416859, at *1 (W.D. Wash. Feb. 5, 2024) (internal citation omitted).

5. *Amici curiae*'s brief in support of Plaintiffs' Motion for Summary Judgment meets this standard. First, *amici* provide this Court with helpful insights into the OBBBA's statutory text and Congressional intent, demonstrating that Congress did not authorize EPA to terminate obligated Solar for All grants. Second, *amici*'s brief addresses the OBBBA's repeal of GGRF funds, which was meant to account only for a potential re-obligation scenario based on separate litigation pending during the enactment of OBBBA and which, in any event, neither authorizes nor provides any justification for EPA's unlawful terminations of Solar for All grants. Third, *amici*'s brief describes the way rescissions are typically used as tool by Congress to retake control of only unobligated funds, further confirming that EPA's attempt to terminate obligated Solar for All grants is an unconstitutional power grab. Finally, *amici*'s brief addresses this Court's authority to vacate EPA's unlawful action. A proposed version of *amici curiae*'s brief is attached.

6. All parties consent to the filing of this brief.

CONSENT MOTION OF MEMBERS
OF CONGRESS FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF
Case No. 2:25-cv-02015-TMC

2

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822

**CONCLUSION**

For the foregoing reasons, *amici curiae*'s consent motion for leave to file the attached brief in support of Plaintiffs' Motion for Summary Judgment should be granted. A proposed order is attached hereto.

Dated: March 6, 2026  Respectfully submitted,

*/s/ Vanessa Waldref*
Vanessa R. Waldref, WSBA # 44396
SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822
VWaldref@singletonschreiber.com

Alexandra L. St. Romain (*pro hac vice* pending)
Center for Applied Environmental Law and Policy
712 H Street NE, Suite 90006
Washington, DC 20002
(802) 233-7967
alex.st.romain@caelp.org

*Counsel for Members of Congress Proposed* Amici Curiae

*I certify that this memorandum contains 659 words, in compliance with the Local Civil Rules.*

CONSENT MOTION OF MEMBERS
OF CONGRESS FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF
Case No. 2:25-cv-02015-TMC

3

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822