The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> Defendants. | Case No. 2:25-cv-02015-TMC <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION OF SENATORS WHITEHOUSE, SANDERS, MERKLEY, REPRESENTATIVES FLETCHER, CLEAVER, AND 44 ADDITIONAL MEMBERS OF CONGRESS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

---

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE *AMICUS CURIAE*
BRIEF OF MEMBERS OF CONGRESS
Case No. 2:25-cv-02015-TMC

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822

Upon consideration of the Consent Motion of Members of Congress for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgement, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**

Dated this _____ day of March, 2026

_____
HON. TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

*/s/ Vanessa Waldref*

Vanessa R. Waldref, WSBA # 44396
SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822
VWaldref@singletonschreiber.com

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE *AMICUS CURIAE*
BRIEF OF MEMBERS OF CONGRESS
Case No. 2:25-cv-02015-TMC

1

SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(509) 509-3822