AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▾

| | |
|---|---|
| State of Arizona, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   2:25-cv-02015-TMC |
| U.S. EPA and Lee Zeldin, in his official capacity | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia                                                                .

Date:    03/27/2026                                    /s/ Chun Ling Junine So
                                                             *Attorney's signature*

                                                        Chun Ling Junine So, WSBA #: 58779
                                                             *Printed name and bar number*
                                                        800 Fifth Avenue Suite 2000
                                                        Seattle, WA 98104


                                                             *Address*

                                                        junine.so@atg.wa.gov
                                                             *E-mail address*

                                                        (206) 464-7744
                                                             *Telephone number*

                                                        (206) 587-5088
                                                             *FAX number*