**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| ARIZONA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | *Electronically Filed* |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-02015 |
| | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF WITHDRAWAL AS COUNSEL</u>

Pursuant to Local Rule 83.2(b)(3), and having provided notice to Governor Beshear, undersigned counsel hereby moves to withdraw as counsel for the Office of Governor Beshear in this matter. The Office of Governor Beshear will continue to be represented by S. Travis Mayo and Laura Tipton.

Respectfully submitted,

/s/Taylor Payne
S. Travis Mayo*
General Counsel
Taylor Payne*
Deputy General Counsel
Laura C. Tipton*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of Governor Beshear*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7 2026, I electronically filed the foregoing Notice via the Court's CM/ECF system, causing all counsel of record to be served.

/s/Taylor Payne
Taylor Payne