The Honorable Tiffany M. Cartwright

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

STATE OF ARIZONA, et al.,

                    Plaintiffs,

  v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

                    Defendants.

NO. 2:25-cv-02015-TMC

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

### I.      REQUEST FOR JUDICIAL NOTICE

Plaintiffs respectfully request the Court take judicial notice of the Answer filed in Plaintiffs' companion case in the Court of Federal Claims, *Maryland Clean Energy Center v. United States*, Dkt. #66, Case No. 25-1738C (Fed. Cl. Apr. 30, 2026). A true and accurate copy of the Answer is attached hereto as Exhibit A.

Judicial notice permits a court to notice an adjudicative fact if it is "not subject to reasonable dispute." Fed. R. Evid. 201(b). "Adjudicative facts are simply the facts of the particular case." *See* Fed. R. Evid. 201(a), advisory comm. note to 1972 proposed rules. A fact is "not subject to reasonable dispute" if it is "generally known" or "can be accurately and

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
No. 2:25-cv-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). Here, Plaintiffs do not ask this Court to take notice of the truth or correctness of any legal assertions or conclusions, but merely of the existence of a particular argument the United States makes.

The Court should take judicial notice of the portion of the United States' Answer in the Court of Federal Claims matter wherein the United States raises the affirmative defense that Plaintiffs' amended grant agreements "lack . . . consideration." Ex. A at 19, ¶ 2. That this argument appears in the Answer is not subject to reasonable dispute and is appropriate for judicial notice. *Reyn's Pasta Bella, LLC v. Visa U.S.A., Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (courts may take judicial notice of court filings and other matters of public record).

In this case, Defendants have repeatedly argued that jurisdiction is proper in the Court of Federal Claims, and improper in this Court, because Plaintiffs' SFA agreements *are* contracts. *See, e.g.*, Dkt. #137 at pp. 11-12 ("[C]laims challenging grant terminations can only be litigated in the Court of Federal Claims for monetary damages. Judgment therefore must be entered for Defendants due to the Court's lack of jurisdiction over this matter."), p. 23 ("Plaintiffs' claims are essentially contractual."), p. 43 ("This Court cannot adjudicate those contracts [sic]"). However, in its Answer in the Court of Federal Claims, the United States asserts as an affirmative defense that there is not consideration to support Plaintiffs' amended grant agreements. Ex. A at 19, ¶ 2. Thus, the United States effectively asserts that the amended grant agreements terminated by EPA are *not* contracts.

The United States' legal defense in the Court of Federal Claims action is relevant to this Court's resolution of the parties' competing arguments on jurisdiction and the scope of relief that this Court may order. *See Pacito v. Trump*, 169 F.4th 895, 927 (9th Cir. 2026) (holding that the federal government cannot "have its cake and eat it too" by insisting that "agreements are not Tucker Act contracts when it does not want to litigate in the Court of Federal Claims but that they are Tucker Act contracts when—as in this case—it would rather

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
No. 2:25-cv-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

be there."). Accordingly, Plaintiffs respectfully request the Court take judicial notice of the United States' Answer in the Court of Federal Claims matter.

DATED this 5th day of May, 2026.

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Mary M. Curtin*
MARY M. CURTIN
Senior Litigation Counsel
ALEXA G. SALAS
Assistant Attorney General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Mary.Curtin@azag.gov
Alexa.Salas@azag.gov

*Attorneys for the State of Arizona*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Sarah E. Smith-Levy*
C. L. JUNINE SO, WSBA # 58779
SARAH E. SMITH-LEVY, WSBA # 55770
TERA HEINTZ, WSBA # 54921
ANDREW HUGHES, WSBA # 49515
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
junine.so@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
tera.heintz@atg.wa.gov
andrew.hughes@atg.wa.gov

*Attorneys for the State of Washington*

**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Ryan Pesch*
RYAN PESCH
CAT RIOS-KEATING
*Special Assistant Attorneys General*
BRIAN CARTER
*Special Counsel*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 728-7116
ryan.pesch@ag.state.mn.us
catherine.rios-keating@ag.state.mn.us
brian.carter@ag.state.mn.us

*Counsel for the State of Minnesota*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Lauren M. Marks*
LAUREN M. MARKS
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Lauren.marks@dc.gov

*Attorneys for the District of Columbia*

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE
No. 2:25-cv-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

**ROB BONTA**
Attorney General of California

By: */s/ Marie Elizabeth Logan*
MARIE ELIZABETH LOGAN
REBECCA HUNTER
ABIGAIL BLODGETT
DYLAN C. REDOR
THEODORE A. MCCOMBS
MYUNG PARK
Deputy Attorneys General
California Department of Justice
1515 Clay Street
Oakland, CA 94612
Marie.Logan@doj.ca.gov

*Attorneys for the State of California*


**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Jill Lacedonia*
JILL LACEDONIA
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

*Attorneys for the State of Connecticut*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
DAVID MOSKOWITZ
Deputy Solicitor General
CYNTHIA VITALE
Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Carrie.Noteboom@coag.gov
David.Moskowitz@coag.gov
Cynthia.Vitale@coag.gov

*Attorneys for the State of Colorado*


**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
DAVID D. DAY
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE
No. 2:25-cv-02015-TMC

4

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Katharine Roller*
KATHARINE ROLLER
Complex Litigation Counsel
ELIZABETH B. SCOTT
Assistant Attorney General
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
Katharine.roller@ilag.gov

*Attorneys for the State of Illinois*

**OFFICE OF THE GOVERNOR *ex rel.*
ANDY BESHEAR**
in his official capacity as Governor of the
Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. TRAVIS MAYO
General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**AARON M. FREY**
Attorney General of Maine

By: */s/ Caleb Elwell*
CALEB E. ELWELL
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8545
Caleb.elwell@maine.gov

*Attorneys for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN
*Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of
Massachusetts

By: */s/ Amy Laura Cahn*
AMY LAURA CAHN
TERRENCE VALES
*Assistant Attorney General*
One Ashburton Place
Boston, MA 02108
(617) 963-2277
amy.laura.cahn@mass.gov
terrence.vales@mass.gov

*Attorneys for the Commonwealth of
Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
NEIL GIOVANATTI
POLLY SYNK
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
SynkP@michigan.gov

*Attorneys for the State of Michigan*

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE
No. 2:25-cv-02015-TMC

5

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Daniel Resler*
DANIEL RESLER
LAUREN E. VAN DRIESEN
JACK VENTURA
*Deputy Attorneys General*
Office of the Attorney General
33 Washington Street, Ninth Floor
Newark, NJ 07101
(973) 648-4726
Daniel.Resler@law.njoag.gov

*Counsel for the State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Matthew Eisenson*
MATTHEW EISENSON
KELSEA SUAREZ
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 283-8657
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ J. Spenser Lotz*
J. SPENSER LOTZ
Assistant Attorney General
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 616-7560
slotz@nmdoj.gov

*Attorneys for the State of New Mexico*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: */s/ Daniel T. Wilkes*
DANIEL T. WILKES
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov

*Attorneys for the State of North Carolina*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: */s/ Michael J. Heilman*
MICHAEL J. HEILMAN
Litigation Coordinator
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority*

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE
No. 2:25-cv-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*


**JAY JONES**
Attorney General of Virginia

By: /s/ *Tillman J. Breckenridge*
TILLMAN J. BRECKENRIDGE
Solicitor General
MIKAELA A. PHILLIPS
Assistant Solicitor General
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, Virginia 23219
Tel: (804) 786-2071
Fax: (804) 786-1991
solicitorgeneral@oag.state.va.us
mphillips@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*


**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ *Jonathan T. Rose*
JONATHAN T. ROSE
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorneys for the State of Vermont*


**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**
Jennifer H. Campbell
Chief Legal Officer

By: /s/ *Jennifer H. Campbell*
JENNIFER H. CAMPBELL
2352 S. Park St., Suite 303
Madison, WI 53713
(608) 210-6811
jennifer.campbell@wedc.org

*Attorney for Wisconsin Economic Development Corporation*

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
No. 2:25-cv-02015-TMC

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744