The Honorable Tiffany M. Cartwright

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

STATE OF ARIZONA, et al.,

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

*Defendants*.

Civil Action No. 2:25-cv-02015-TMC

**DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to LCR 7(n), Defendants hereby notify the Court of supplemental authority relevant to Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment (Dkt. #137).

On May 26, 2026, the Ninth Circuit issued *Thakur v. Trump*, No. 25-4249, 2026 WL 1466303 (9th Cir. May 26, 2026), which affirmed in part and reversed in part a district court's preliminary injunction directing several federal agencies to reinstate grants that had been terminated in accordance with several executive orders. The Ninth Circuit held that, under the Supreme Court's decision in *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025), the district court likely lacked jurisdiction over plaintiffs' claim that

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

terminating grants by form letter violated the Administrative Procedure Act.  A true and correct copy of the Ninth Circuit's opinion is attached as Exhibit A.

Dated: May 28, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

KEVIN P. VANLANDINGHAM
Assistant Director

/s/      I-Heng Hsu
TIFFINEY F. CARNEY
I-HENG HSU
BETHANY R. THERIOT
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521
tiffiney.carney@usdoj.gov
i-heng.hsu@usdoj.gov
bethany.theriot@usdoj.gov
*Attorneys for the Defendants*

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY
No. 2:25-cv-02015

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 307-1134

2