# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| STATE OF ARIZONA, et al.<br><br>                    Plaintiff,<br>      v.<br><br>UNITED   STATES   ENVIRONMENTAL<br><br>PROTECTION AGENCY, et al.<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-02015-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court DENIES Plaintiffs' motion for summary judgment (Dkt. 129) and GRANTS Defendants' motion for summary judgment (Dkt. 137). Plaintiffs' claims are dismissed without prejudice.

Dated June 1, 2026.

Joshua C. Lewis
Clerk of Court


/s/Courtroom Deputy
Deputy Clerk