**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| ARIZONA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | *Electronically Filed* |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-02015 |
| | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.2(b)(3), and having provided notice to the State of New Jersey, Lauren Van Driesen is hereby withdrawn as counsel for the State of New Jersey in this matter, as she is no longer with the New Jersey Office of the Attorney General. The State of New Jersey will continue to be represented by Daniel Resler and Jack Ventura. All further pleadings and papers, exclusive of original process, should be served to Daniel Resler and Jack Ventura at the address below or according to court rules.

Respectfully submitted,

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By:
    */s/ Daniel Resler*
    */s/ Jack Ventura*
DANIEL RESLER
JACK VENTURA
*Deputy Attorneys General*
Office of the Attorney General
33 Washington Street, Ninth Floor
Newark, NJ 07101
(973) 648-4726
Daniel.Resler@law.njoag.gov

*Counsel for the State of New Jersey*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 30 2026, I electronically filed the foregoing Notice via the Court's CM/ECF system, causing all counsel of record to be served.

*/s/ Daniel Resler*
Daniel Resler

*/s/ Jack Ventura*
Jack Ventura