Honorable Tiffany M. Cartwright

C. L. JUNINE SO
SARAH E. SMITH-LEVY
TERA HEINTZ
ANDREW HUGHES
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
*Attorneys for Plaintiff State of Washington*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, STATE OF WASHINGTON, STATE OF MINNESOTA, DISTRICT OF COLUMBIA, STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and WISCONSIN ECONOMIC DEVELOPMENT CORPORATION, | NO. 2:25-cv-02015-TMC<br><br>NOTICE OF APPEAL |
| Plaintiffs, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |

NOTICE OF APPEAL
NO. 2:25-CV-02015-TMC

1

Defendants.

PLEASE TAKE NOTICE that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Plaintiffs' Motion for Summary Judgment and Granting Defendants' Motion for Summary Judgment (ECF No. 156, 157).

Respectfully submitted this 30th day of July, 2026.

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Mary M. Curtin*
MARY M. CURTIN
*Senior Litigation Counsel*
ALEXA G. SALAS
*Assistant Attorney General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Mary.Curtin@azag.gov
Alexa.Salas@azag.gov

*Attorneys for the State of Arizona*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ C. L. Junine So*
C. L. JUNINE SO, WSBA # 58779
SARAH E. SMITH-LEVY, WSBA # 55770
TERA HEINTZ, WSBA # 54921
ANDREW HUGHES, WSBA # 49515
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
Junine.So@atg.wa.gov
Sarah.E.Smith-Levy@atg.wa.gov
Tera.Heintz@atg.wa.gov
Andrew.Hughes@atg.wa.gov

*Attorneys for the State of Washington*

NOTICE OF APPEAL
NO. 2:25-CV-02015-TMC

2

**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Ryan Pesch*
RYAN PESCH
CAT RIOS-KEATING
*Special Assistant Attorneys General*
BRIAN CARTER
*Special Counsel*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN  55101
651-728-7116
Ryan.Pesch@ag.state.mn.us
Catherine.Rios-Keating@ag.state.mn.us
Brian.Carter@ag.state.mn.us

*Counsel for the State of Minnesota*

**ROB BONTA**
Attorney General of California

By: */s/ Marie Elizabeth Logan*
MARIE ELIZABETH LOGAN
REBECCA HUNTER
ABIGAIL BLODGETT
DYLAN C. REDOR
THEODORE A. MCCOMBS
MYUNG PARK
*Deputy Attorneys General*
California Department of Justice
1515 Clay Street
Oakland, CA 94612
Marie.Logan@doj.ca.gov

*Attorneys for the State of California*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Lauren M. Marks*
LAUREN M. MARKS
*Special Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Lauren.Marks@dc.gov

*Attorneys for the District of Columbia*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Carrie Noteboom*
CARRIE NOTEBOOM
*Assistant Deputy Attorney General*
DAVID MOSKOWITZ
*Deputy Solicitor General*
CYNTHIA VITALE
*Assistant Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Carrie.Noteboom@coag.gov
David.Moskowitz@coag.gov
Cynthia.Vitale@coag.gov

*Attorneys for the State of Colorado*

NOTICE OF APPEAL
NO. 2:25-CV-02015-TMC

3

| | |
|---|---|
| **WILLIAM TONG**<br>Attorney General of Connecticut<br><br>By: */s/ Jill Lacedonia*<br>JILL LACEDONIA<br>*Assistant Attorney General*<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860-808-5250<br>Jill.Lacedonia@ct.gov<br><br>*Attorneys for the State of Connecticut* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawai'i<br><br>By: */s/ Kaliko'onālani D. Fernandes*<br>KALIKO'ONĀLANI D. FERNANDES<br>*Solicitor General*<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1360<br>Kaliko.D.Fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawai'i* |
| **KWAME RAOUL**<br>Attorney General of Illinois<br><br>By: */s/ Katharine Roller*<br>KATHARINE ROLLER<br>*Complex Litigation Counsel*<br>ELIZABETH B. SCOTT<br>*Assistant Attorney General*<br>Office of the Illinois Attorney General<br>115 LaSalle Street<br>Chicago, IL 60603<br>773-519-1842<br>Katharine.Roller@ilag.gov<br><br>*Attorneys for the State of Illinois* | **OFFICE OF THE GOVERNOR *ex rel.*<br>ANDY BESHEAR**<br>in his official capacity as Governor of the<br>Commonwealth of Kentucky<br><br>By: */s/ S. Travis Mayo*<br>S. TRAVIS MAYO<br>*General Counsel*<br>LAURA C. TIPTON<br>*Deputy General Counsel*<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>502-564-2611<br>Travis.Mayo@ky.gov<br>Laurac.Tipton@ky.gov<br><br>*Counsel for the Office of the Governor* |
| **AARON M. FREY**<br>Attorney General of Maine<br><br>By: */s/ Caleb Elwell*<br>CALEB E. ELWELL<br>*Assistant Attorney General*<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8545<br>Caleb.Elwell@maine.gov<br><br>*Attorneys for the State of Maine* | **ANTHONY G. BROWN**<br>Attorney General of Maryland<br><br>By: */s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>410-576-6414<br>Sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* |

NOTICE OF APPEAL
NO. 2:25-CV-02015-TMC

4

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of Massachusetts

By: */s/ Amy Laura Cahn*
AMY LAURA CAHN
TERRENCE VALES
*Assistant Attorney General*
One Ashburton Place
Boston, MA 02108
617-963-2277
Amy.Laura.Cahn@mass.gov
Terrence.Vales@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Daniel Resler*
DANIEL RESLER
JACK VENTURA
*Deputy Attorneys General*
Office of the Attorney General
33 Washington Street, Ninth Floor
Newark, NJ 07101
973-648-4726
Daniel.Resler@law.njoag.gov

*Counsel for the State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Matthew Eisenson*
MATTHEW EISENSON
KELSEA SUAREZ
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
212-416-8481
Matthew.Eisenson@ag.ny.gov

*Attorneys for the State of New York*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
NEIL GIOVANATTI
POLLY SYNK
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
SynkP@michigan.gov

*Attorneys for the State of Michigan*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ J. Spenser Lotz*
J. SPENSER LOTZ
*Assistant Attorney General*
New Mexico Department of Justice
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-616-7560
Slotz@nmdoj.gov

*Attorneys for the State of New Mexico*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: */s/ Daniel T. Wilkes*
DANIEL T. WILKES
*Assistant Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
Dwilkes@ncdoj.gov

*Attorneys for the State of North Carolina*

NOTICE OF APPEAL
NO. 2:25-CV-02015-TMC

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
*Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: 971-283-8657
Fax: 971-673-5000
Coby.Howell@doj.oregon.gov

*Attorneys for the State of Oregon*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
*Assistant Attorney General*
Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
401-274-4400 ext. 2297
Nvaz@riag.ri.gov

*Attorneys for the State of Rhode Island*

**JAY JONES**
Attorney General of Virginia

By: */s/ Tillman J. Breckenridge*
TILLMAN J. BRECKENRIDGE
*Solicitor General*
MIKAELA A. PHILLIPS
*Assistant Solicitor General*
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, Virginia 23219
Tel: 804-786-2071
Fax: 804-786-1991
Solicitorgeneral@oag.state.va.us
Mphillips@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*

**MICHAEL A. BRAYMER**
Chief Counsel
Department of Environmental Protection

By: */s/ Michael J. Heilman*
MICHAEL J. HEILMAN
*Litigation Coordinator*
Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
412-442-4241
Mheilman@pa.gov

*Attorney for JESSICA SHIRLEY, Chair of the Pennsylvania Energy Development Authority*


**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Jonathan T. Rose*
JONATHAN T. ROSE
*Solicitor General*
109 State Street
Montpelier, VT 05609
802-828-3171
Jonathan.Rose@vermont.gov

*Attorneys for the State of Vermont*


**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**
Jennifer H. Campbell
Chief Legal Officer

By: */s/ Jennifer H. Campbell*
JENNIFER H. CAMPBELL
2352 S. Park St., Suite 303
Madison, WI 53713
608-210-6811
Jennifer.Campbell@wedc.org

*Attorney for Wisconsin Economic Development Corporation*

NOTICE OF APPEAL
NO. 2:25-CV-02015-TMC

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744