# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

State of Arizona; State of Washington; State of Minnesota; District of Columbia; State of California; State of Colorado; State of Connecticut; State of Hawai'i
See Attachment for complete list of appellants

Name(s) of counsel (if any):

C. L. Junine So, Sarah E. Smith-Levy, Andrew Hughes, William McGinty
See Attachment for complete list of appellants and their counsel

Address: 800 Fifth Avenue, Suite 2000, Seattle, WA 98104

Telephone number(s): 206-464-7744

Email(s): junine.so@atg.wa.gov; sarah.e.smith-levy@atg.wa.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

U.S. Environmental Protection Agency; and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency.

Name(s) of counsel (if any):

Tiffiney F. Carney, I-Heng Hsu

Address: 1100 L Street NW, Washington, D.C. 20005

Telephone number(s): 202-598-7521

Email(s): tiffiney.carney@usdoj.gov; i-heng-hsu@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

See Attachment for complete list of appellants and their counsel

Name(s) of counsel (if any):

See Attachment for complete list of appellants and their counsel

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

U.S. Environmental Protection Agency; and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency.

Name(s) of counsel (if any):

Kevin P. VanLandingham, Bethany R. Theriot

Address: 1100 L Street NW, Washington, D.C. 20005

Telephone number(s): 202-598-7521

Email(s): kevin.p.vanlandingham@usdoj.gov; bethany.theriot@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

STATE OF ARIZONA, et al.,

               Plaintiffs,

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY; and LEE ZELDIN, in his
official capacity as Administrator of the
U.S. Environmental Protection Agency,

               Defendants.

NO. 2:25-CV-02015-TMC

FORM 6. REPRESENTATION
STATEMENT – ATTACHMENT
(COMPLETE LIST OF
APPELLANTS AND THEIR
COUNSEL)

**Attachment – Complete List of Appellants and Their Counsel**

| Plaintiff/Appellant | Counsel |
|---|---|
| State of Arizona | Joshua D. Bendor, No. 031908<br>Mary M. Curtin, No. 031973<br>Josh Lefkow, No. 041312<br>Office of the Arizona Attorney General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004-1592<br>602-542-3333<br>Joshua.Bendor@azag.gov<br>Mary.Curtin@azag.gov<br>Joshua.Lefkow@azag.gov<br>ACL@azag.gov |
| State of Washington | C. L. Junine So, WSBA # 58779<br>Sarah E. Smith-Levy, WSBA # 55770 |

FORM 6. REPRESENTATION
STATEMENT – ATTACHMENT
No. 2:25-CV-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| Plaintiff/Appellant | Counsel |
|---|---|
| | Andrew Hughes, WSBA # 49515<br>William McGinty, WSBA # 41868<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>206-464-7744<br>Junine.So@atg.wa.gov<br>Sarah.E.Smith-Levy@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>William.Mcginty@atg.wa.gov |
| State of Minnesota | Peter N. Surdo<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>Saint Paul, MN 55101<br>651-300-6637<br>Peter.Surdo@ag.state.mn.us |
| District of Columbia | Caroline S. Van Zile<br>Ashwin P. Phatak<br>Office of the Attorney General<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>202-724-6609<br>Caroline.Vanzile@dc.gov<br>Ashwin.Phatak@dc.gov |
| State of California | Marie Elizabeth Logan<br>Dylan C. Redor*†<br>Theodore A. Mccombs<br>Myung Park<br>Abigail Blodgett*†<br>California Department of Justice<br>1515 Clay Street<br>Oakland, CA 94612<br>Marie.Logan@doj.ca.gov<br>Dylan.Redor@doj.ca.gov<br>Theodore.McCombs@doj.ca.gov<br>Myung.Park@doj.ca.gov<br>Abigail.Blodgett@doj.ca.gov |
| State of Colorado | Carrie Noteboom<br>David Moskowitz<br>Colorado Office of the Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |

FORM 6. REPRESENTATION
STATEMENT – ATTACHMENT
No. 2:25-CV-02015-TMC

2

| Plaintiff/Appellant | Counsel |
|---|---|
| | 720-508-6000<br>Carrie.Noteboom@coag.gov<br>David.Moskowitz@coag.gov |
| State of Connecticut | Jill Lacedonia<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860-808-5250<br>Jill.Lacedonia@ct.gov |
| State of Hawai'i | Kaliko'onālani D. Fernandes<br>State of Hawai'i Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1360<br>Kaliko.D.Fernandes@hawaii.gov |
| State of Illinois | Alex Hemmer<br>Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>773-590-7932<br>Alex.Hemmer@ilag.gov |
| Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky | S. Travis Mayo<br>Laura C. Tipton<br>Office of the Governor<br>501 High Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-2611<br>Travis.Mayo@ky.gov<br>Laurac.Tipton@ky.gov |
| State of Maine | Scott Boak<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8566<br>Scott.Boak@maine.gov |
| State of Maryland | Steven J. Goldstein<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>410-576-6414<br>Sgoldstein@oag.state.md.us |

FORM 6. REPRESENTATION
STATEMENT – ATTACHMENT
No. 2:25-CV-02015-TMC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| Plaintiff/Appellant | Counsel |
|---|---|
| Commonwealth of Massachusetts | Katherine Dirks<br>Amy Laura Cahn[†]<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Amy.Laura.Cahn@mass.gov |
| State of Michigan | Neil Giovanatti<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov |
| State of New Jersey | Eliza Lehner<br>New Jersey Office of the Attorney General<br>25 Market St., P.O. Box 093<br>Trenton, NJ 08625-0093<br>609-433-9917<br>Eliza.Lehner@njoag.gov |
| State of New Mexico | J. Spenser Lotz*[†]<br>Environmental Protection Bureau<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-616-7560<br>Slotz@nmdoj.gov |
| State of New York | Ester Murdukhayeva<br>Matthew Eisenson[†]<br>Office of the New York Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-6279<br>Ester.Murdukhayeva@ag.ny.gov<br>Matthew.Eisenson@ag.ny.gov |
| State of North Carolina | Daniel P. Mosteller<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6026<br>Dmosteller@ncdoj.gov |

FORM 6. REPRESENTATION
STATEMENT – ATTACHMENT
No. 2:25-CV-02015-TMC

4

| Plaintiff/Appellant | Counsel |
|---|---|
| State of Oregon | Coby Howell<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>Telephone: 971-283-8657<br>Fax: 971-673-5000<br>Coby.Howell@doj.oregon.gov |
| Jessica Shirley, Chair of the Pennsylvania Energy Development Authority | Michael J. Heilman*[†]<br>Department of Environmental Protection<br>Office of Chief Counsel<br>400 Waterfront Drive<br>Pittsburgh, PA 15222<br>412-442-4241<br>Mheilman@pa.gov |
| State of Rhode Island | Nicholas M. Vaz<br>Rhode Island Attorney General's Office<br>150 South Main Street<br>Providence, Rhode Island 02903<br>401-274-4400 ext. 2297<br>Nvaz@riag.ri.gov |
| State of Vermont | Jonathan T. Rose*[†]<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>802-828-3171<br>Jonathan.Rose@vermont.gov |
| Commonwealth of Virginia | Tillman J. Breckenridge<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>804-786-2071<br>Solicitorgeneral@oag.state.va.us |
| Wisconsin Economic Development Corporation | Maya Haese*[†]<br>2352 S. Park St., Suite 303<br>Madison, WI 53713<br>608-210-6889<br>Maya.Haese@wedc.org |

* Registration for Electronic Filing in the Ninth Circuit forthcoming and/or pending.

[†] Application for admission to the Ninth Circuit forthcoming and/or pending.

FORM 6. REPRESENTATION
STATEMENT – ATTACHMENT
No. 2:25-CV-02015-TMC

5