**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

|  |  |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02015-TMC |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.2(b)(3), and having provided notice to the State of Hawaiʻi, the undersigned attorney, David D. Day, is hereby withdrawn as counsel for Plaintiff State of Hawaiʻi in the above-captioned matter.  The State of Hawaiʻi will continue to be represented by counsel of record State of Hawaiʻi Solicitor General Kalikoʻonālani D. Fernandes.

DATED:  July 30, 2026

Respectfully submitted,

 /s/ *David D. Day*
DAVID D. DAY

 /s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
*Solicitor General*
Department of the Attorney General,
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 30, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system.

DATED:  July 30, 2026.


/s/ *David D. Day*
DAVID D. DAY