Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

STATE OF ARIZONA, et al.,

               Plaintiffs,

  v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY; and LEE ZELDIN, in his
official capacity as Administrator of the
U.S. Environmental Protection Agency,

               Defendants.

NO. 2:25-cv-02015-TMC

NOTICE OF PLAINTIFF
GOVERNOR BESHEAR'S
CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for counsel for Plaintiff Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, has changed due to ongoing renovations at the Capitol Building. The new address is 501 High Street, 2nd Floor, Frankfort, Kentucky 40601, as reflected in the below signature block.

Respectfully submitted this 5th day of August, 2026.

**OFFICE OF THE GOVERNOR *ex rel.*
ANDY BESHEAR**
in his official capacity as Governor of the
Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. TRAVIS MAYO
*General Counsel*
LAURA C. TIPTON
*Deputy General Counsel*
Office of the Governor
501 High Street, 2nd Floor
Frankfort, KY 40601
502-564-2611
Travis.Mayo@ky.gov
Laurac.Tipton@ky.gov

*Counsel for Office of the Governor*