**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

Pursuant to Local Rule 83.2(b)(3), Leah Brown and Tera Heintz hereby withdraw as counsel for the State of Washington in the above-entitled action. The State of Washington will continue to be represented in this case by C. L. Junine So, Sarah E. Smith-Levy, and Andrew Hughes.

/ / /

/ / /

NOTICE OF WITHDRAWAL OF
COUNSEL
NO. 2:25-CV-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

DATED this 4th of August, 2026.

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Leah Brown*
LEAH A. BROWN, WSBA # 45803

*/s/ Tera Heintz*
TERA HEINTZ, WSBA # 54921

*/s/ C.L. Junine So*
C. L. JUNINE SO, WSBA # 58779

*/s/ Sarah E. Smith-Levy*
SARAH E. SMITH-LEVY, WSBA # 55770

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA # 49515
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
junine.so@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
andrew.hughes@atg.wa.gov

*Attorneys for the State of Washington*

NOTICE OF WITHDRAWAL OF
COUNSEL
NO. 2:25-CV-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744