

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

AUG 4 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:          26-4975
Originating Case Number:   2:25-cv-02015-TMC

Short Title:            State of Arizona, et al. v. United States Environmental
                       Protection Agency, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            26-4975
Originating Case Number:  2:25-cv-02015-TMC

Case Title:               State of Arizona, et al. v. United States Environmental
                          Protection Agency, et al.

**8/10/2026**

| | |
|---|---|
| State of Washington | Mediation Questionnaire due |
| State of Colorado | Mediation Questionnaire due |
| State of Minnesota | Mediation Questionnaire due |
| State of New Mexico | Mediation Questionnaire due |
| State of Maryland | Mediation Questionnaire due |
| State of Michigan | Mediation Questionnaire due |
| State of Connecticut | Mediation Questionnaire due |
| State of Illinois | Mediation Questionnaire due |
| District of Columbia | Mediation Questionnaire due |
| State of Hawaii | Mediation Questionnaire due |
| State of Maine | Mediation Questionnaire due |
| State of New Jersey | Mediation Questionnaire due |
| State of New York | Mediation Questionnaire due |
| State of Vermont | Mediation Questionnaire due |
| State of Arizona | Mediation Questionnaire due |
| Wisconsin Economic Development Corporation | Mediation Questionnaire due |

| | |
|---|---|
| State of Rhode Island | Mediation Questionnaire due |
| Andy Beshear | Mediation Questionnaire due |
| State of Massachusetts | Mediation Questionnaire due |
| State of Oregon | Mediation Questionnaire due |
| Jessica Shirley | Mediation Questionnaire due |
| State of Virginia | Mediation Questionnaire due |
| State of California | Mediation Questionnaire due |
| State of North Carolina | Mediation Questionnaire due |

**8/13/2026**

| | |
|---|---|
| State of Maine | Appeal Transcript Order Due |
| State of Virginia | Appeal Transcript Order Due |
| State of California | Appeal Transcript Order Due |
| State of Colorado | Appeal Transcript Order Due |
| State of Michigan | Appeal Transcript Order Due |
| Jessica Shirley | Appeal Transcript Order Due |
| State of Illinois | Appeal Transcript Order Due |
| State of Vermont | Appeal Transcript Order Due |
| State of Oregon | Appeal Transcript Order Due |
| State of Washington | Appeal Transcript Order Due |
| State of Rhode Island | Appeal Transcript Order Due |
| State of Arizona | Appeal Transcript Order Due |
| State of North Carolina | Appeal Transcript Order Due |
| State of Connecticut | Appeal Transcript Order Due |
| State of Massachusetts | Appeal Transcript Order Due |
| Wisconsin Economic Development Corporation | Appeal Transcript Order Due |
| State of New Mexico | Appeal Transcript Order Due |
| State of New Jersey | Appeal Transcript Order Due |
| District of Columbia | Appeal Transcript Order Due |
| State of New York | Appeal Transcript Order Due |
| Andy Beshear | Appeal Transcript Order Due |
| State of Minnesota | Appeal Transcript Order Due |
| State of Maryland | Appeal Transcript Order Due |
| State of Hawaii | Appeal Transcript Order Due |

**9/14/2026**

| | |
|---|---|
| Andy Beshear | Appeal Transcript Due |
| State of New York | Appeal Transcript Due |
| State of Washington | Appeal Transcript Due |
| State of Massachusetts | Appeal Transcript Due |
| Wisconsin Economic Development Corporation | Appeal Transcript Due |
| State of Illinois | Appeal Transcript Due |
| State of Arizona | Appeal Transcript Due |
| State of New Jersey | Appeal Transcript Due |
| State of Colorado | Appeal Transcript Due |
| State of Oregon | Appeal Transcript Due |
| State of Minnesota | Appeal Transcript Due |
| State of Rhode Island | Appeal Transcript Due |
| State of Vermont | Appeal Transcript Due |
| State of Michigan | Appeal Transcript Due |
| State of Connecticut | Appeal Transcript Due |
| State of New Mexico | Appeal Transcript Due |
| State of Virginia | Appeal Transcript Due |
| State of California | Appeal Transcript Due |
| State of Maryland | Appeal Transcript Due |
| District of Columbia | Appeal Transcript Due |
| State of Hawaii | Appeal Transcript Due |
| Jessica Shirley | Appeal Transcript Due |
| State of Maine | Appeal Transcript Due |
| State of North Carolina | Appeal Transcript Due |

**10/22/2026**

| | |
|---|---|
| State of New Mexico | Appeal Opening Brief Due |
| Wisconsin Economic Development Corporation | Appeal Opening Brief Due |
| District of Columbia | Appeal Opening Brief Due |
| State of Arizona | Appeal Opening Brief Due |
| Andy Beshear | Appeal Opening Brief Due |
| State of Virginia | Appeal Opening Brief Due |
| State of Vermont | Appeal Opening Brief Due |

| | |
|---|---|
| State of Maryland | Appeal Opening Brief Due |
| State of California | Appeal Opening Brief Due |
| State of New York | Appeal Opening Brief Due |
| State of Minnesota | Appeal Opening Brief Due |
| Jessica Shirley | Appeal Opening Brief Due |
| State of New Jersey | Appeal Opening Brief Due |
| State of Maine | Appeal Opening Brief Due |
| State of North Carolina | Appeal Opening Brief Due |
| State of Hawaii | Appeal Opening Brief Due |
| State of Colorado | Appeal Opening Brief Due |
| State of Illinois | Appeal Opening Brief Due |
| State of Connecticut | Appeal Opening Brief Due |
| State of Rhode Island | Appeal Opening Brief Due |
| State of Massachusetts | Appeal Opening Brief Due |
| State of Oregon | Appeal Opening Brief Due |
| State of Washington | Appeal Opening Brief Due |
| State of Michigan | Appeal Opening Brief Due |

**11/23/2026**

| | |
|---|---|
| United States Environmental Protection Agency | Appeal Answering Brief Due |
| Lee Zeldin | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**