**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF ARIZONA, et al., | NO. 2:25-cv-02015-TMC |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| Defendants. | |

Pursuant to Local Rule 83.2(b)(3), Jennifer Campbell hereby withdraws as counsel for the Wisconsin Economic Development Corporation in the above-entitled action, as she is no longer with the Wisconsin Economic Development Corporation. The Wisconsin Economic Development Corporation will continue to be represented by Maya Haese.

/ / /

/ / /

NOTICE OF WITHDRAWAL OF
COUNSEL
NO. 2:25-CV-02015-TMC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

DATED this 5th of August, 2026.

**WISCONSIN ECONOMIC
DEVELOPMENT CORPORATION**
Maya Haese
Deputy General Counsel

By: */s/ Maya Haese*_____
MAYA HAESE
2352 S. Park St., Suite 303
Madison, WI 53713
608-210-6889
Maya.Haese@wedc.org

*Attorney for Wisconsin Economic
Development Corporation*

NOTICE OF WITHDRAWAL OF
COUNSEL
NO. 2:25-CV-02015-TMC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744