AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington  ▾

| | |
|---|---|
| State of Arizona et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Case No.   2:25-cv-02015-TMC |
| U.S. EPA and Lee Zeldin, in his official capacity ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington                                                                                                       .

Date:     08/10/2026

/s/William McGinty
_Attorney's signature_

William McGinty WSBA #41868
_Printed name and bar number_

Office of the Washington Attorney General
1125 Washington Street SE PO Box 40100
Olympia, WA 98504-0100
_Address_

william.mcginty@atg.wa.gov
_E-mail address_

(360) 709-6027
_Telephone number_

_FAX number_