(Rev. 10/2024)

### United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter:   Andrea Ramirez                 Judicial Officer:   Tiffany M. Cartwright

Case No.  2:25-cv-02015          Case Name:  State of Arizona, et al. v. U.S. EPA and Lee Zeldin

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| May 8, 2026 | Hearing on motion for summary judgment | |
| | | |
| | | |
| | | |

For Appeal?  ☐ No  ☑ Yes        Court of Appeals Case No. 26-4975

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | |
|---|---|---|---|---|
| | | Original | 1st Copy | 2nd Copy | **Requested Delivery Date*** |
| ☐ Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | |
| ☐ 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| ☐ Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | |
| ☐ 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| ☐ Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ Realtime Transcript | $3.70 | ------- | ------- | |

☐ PDF (default delivery format)

Email address for delivery of PDF transcript: _____

Additional Comments:

Designation for appeal only.

| **Contact Information** | | | |
|---|---|---|---|
| Name: | C.L. Junine So | | |
| Phone: | 206-464-7744 | Email: | junine.so@atg.wa.gov |
| Firm: | Washington State Attorney General's Office | | |
| Street Address: | 800 Fifth Avenue Suite 2000 | | |
| City/State/Zip: | Seattle, WA 98104 | | |
| Billing Reference # (if applicable): | | | |

*C.L. Junine So*                                    08/13/2026
**Signature**                                       **Date**

[ PRINT ]          [ SAVE AS ]          [ RESET ]